UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 1:23-10511-LTS |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Senior Litigation Counsel in the above-captioned case as counsel for the Plaintiff United States of America.

Respectfully submitted,

Dated:  March 7, 2023         By:    */s/ Aaron M. Teitelbaum*
AARON M. TEITELBAUM
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Suite 8000
Washington, DC 20530
Tel: (202) 894-4266
Fax: (202) 307-5802
Aaron.Teitelbaum@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). I also hereby certify that I have sent copies of this document via email to the following counsel:

**Attorney for Plaintiff Commonwealth of Massachusetts**

Daniel H. Leff
Assistant Attorney General
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Daniel.Leff@state.ma.us

**Attorney for Plaintiff State of New York**

Elinor R. Hoffman
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Elinor.Hoffman@ag.ny.gov

**Attorney for Plaintiff District of Columbia**

Adam Gitlin
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, D.C.  20001
Adam.Gitlin@dc.gov

**Attorney for Defendant JetBlue Airways Corporation**

Jessica Delbaum
Shearman & Sterling LLP
559 Lexington Avenue
New York, NY 10022
jdelbaum@shearman.com

**Attorney for Defendant Spirit Airlines, Inc.**

Andrew Finch
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
afinch@paulweiss.com

Dated:  March 7, 2023

                                             */s/ Aaron M. Teitelbaum*
                                             AARON M. TEITELBAUM
                                             Senior Litigation Counsel