AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-10511 |
| JetBlue Airways Corp. et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Commonwealth of Massachusetts                                                                           .

Date:    03/07/2023                                                        /s/ Daniel H. Leff
                                                                                          *Attorney's signature*

                                                                       Daniel H. Leff (MA Bar No. 689302)
                                                                              *Printed name and bar number*

                                                                              Office of the Attorney General
                                                                              One Ashburton Place, 18th Floor
                                                                              Boston, MA 02108
                                                                                          *Address*

                                                                              daniel.leff@mass.gov
                                                                                          *E-mail address*

                                                                              (617) 727-2200
                                                                                          *Telephone number*

                                                                                          *FAX number*

Print          Save As...                                                                                              Reset