AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511 |
| JetBlue Airways Corp. et. al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York, District of Columbia .

Date:   03/08/2023

/s/ Daniel H. Leff
*Attorney's signature*

Daniel H. Leff (MA Bar No. 689302)
*Printed name and bar number*

Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
*Address*

daniel.leff@mass.gov
*E-mail address*

(617) 727-2200
*Telephone number*

*FAX number*

Print    Save As...    Reset