AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:23-cv-10511 |
| JetBlue Airways Corporation and Spirit Airlines, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 03/08/2023

/s/ Elizabeth Wright
*Attorney's signature*

Elizabeth Wright (MA BBO #569387)
*Printed name and bar number*

500 Boylston Street
Boston, MA 02116-3736

*Address*

EWRIGHT@COOLEY.COM
*E-mail address*

(617) 937-2300
*Telephone number*

(617) 937-2400
*FAX number*