**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC. <br><br> Defendants. | Civil Action No.: 23-cv-10511-WGY |

**CERTIFICATION OF ELINOR R. HOFFMANN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Elinor R. Hoffmann, state as follows:

1. I am the Bureau Chief of the Antitrust Bureau of the New York State Office of the Attorney General, located at 28 Liberty Street, 20th Fl., New York, NY 10005, (212) 416-8269.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of New York.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2023                              __*/s/ Elinor R. Hoffmann*___