## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

Plaintiffs,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.

Defendants.

Civil Action No.: 23-cv-10511-WGY

## CERTIFICATION OF OLGA KOGAN
## IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Olga Kogan, state as follows:

1.      I am an Assistant Attorney General in the Antitrust Bureau of the New York State Office of the Attorney General, located at 28 Liberty Street, 20th Fl., New York, NY 10005, (212) 416-8066.

2.      I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.      I am admitted to practice in the State of New York.

4.      I am a member in good standing in every jurisdiction in which I am admitted to practice.

5.      I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6.      I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 8, 2023                    ___/s/ Olga Kogan___