UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511 |

### CERTIFICATION OF RICHARD SCHWED IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Richard Schwed, certify the following:

1. I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

   - State of New York
   - U.S. District Court for the Southern District of New York
   - U.S. District Court for the Eastern District of New York
   - U.S. Court of Appeals for the District of Columbia Circuit
   - U.S. Court of Appeals for the Second Circuit
   - U.S. Court of Appeals for the Third Circuit
   - U.S. Court of Appeals for the Fifth Circuit
   - U.S. Court of Appeals for the Sixth Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: March 10, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP

*/s/ Richard Schwed*
Richard Schwed
RSchwed@shearman.com
599 Lexington Avenue
New York, NY 10022
Telephone:   +1 212 848 5445
Facsimile:   +1 212 848 7179