# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

        *Plaintiffs*,

    v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

        *Defendants*.

Civil Action No. 1:23-cv-10511

## CERTIFICATION OF RYAN A. SHORES IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Ryan A. Shores, certify the following:

1. I am a member of the Bar of the District of Columbia, the Bar of the Commonwealth of Virginia, and the Bar of the U.S. Virgin Islands and am admitted to practice in the following courts:

   - District of Columbia

   - Commonwealth of Virginia

   - U.S. Virgin Islands

   - U.S. District Court for the District of Columbia

   - U.S. District Court for the Western District of Wisconsin

   - U.S. District Court for the Eastern District of Wisconsin

   - U.S. District Court for the Eastern District of Virginia

   - U.S. District Court for the District of Colorado

   - U.S. Court of Appeals for the Second Circuit

- U.S. Court of Appeals for the Third Circuit

- U.S. Court of Appeals for the Fourth Circuit

- U.S. Court of Appeals for the Fifth Circuit

- U.S. Court of Appeals for the Sixth Circuit

- U.S. Court of Appeals for the Ninth Circuit

- U.S. Court of Appeals for the District of Columbia Circuit

- U.S. Court of Appeals for the Federal Circuit

- Supreme Court of Illinois

- U.S. Supreme Court

2.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3.  There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6.  I certify that the foregoing is true and correct.

Dated: March 10, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP

/s/ *Ryan A. Shores*

Ryan A. Shores
Ryan.Shores@shearman.com
401 9th Street, NW
Washington, DC 20004
Telephone:   +1 202 508 8106
Facsimile:    +1 202 661 7480