UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511 |

**CERTIFICATION OF RACHEL MOSSMAN ZIEMINSKI IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Rachel Mossman Zieminski, certify the following:

1. I am a member of the Bar of the District of Columbia and the Bar of the State of Texas and am admitted to practice in the following courts:

   - District of Columbia
   - State of Texas
   - U.S. District Court for the Eastern District of New York

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court

for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: March 10, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP

*/s/ Rachel M. Zieminski*

Rachel Mossman Zieminski
Rachel.Zieminski@shearman.com
2601 Olive Street, 17th Floor
Dallas, TX 75201
Telephone:   +1 214 271 5385