UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., *Defendants*. | Civil Action No. 1:23-cv-10511 |

## UNOPPOSED MOTION FOR LEILA SIDDIKY, BRIAN HAUSER, AND MICHAEL MITCHELL TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Leila R. Siddiky of the firm Shearman & Sterling LLP, 599 Lexington Avenue New York, NY 10022; Brian C. Hauser and Michael Mitchell of the firm Shearman & Sterling LLP, 401 9th Street NW, Suite 800, Washington, DC 20004; be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case. Ms. Siddiky, Mr. Hauser, and Mr. Mitchell have executed certificates in accordance with Local Rule 85.5.3, which are submitted herewith. The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

| | |
|---|---|
| Dated: March 10, 2023 | Respectfully submitted,<br><br>COOLEY LLP<br><br><br>*/s/ Elizabeth M. Wright*<br>Elizabeth M. Wright (MA BBO #569387)<br>ewright@cooley.com<br>500 Boylston Street<br>14th Floor<br>Boston, MA  02116-3736<br>Telephone:    +1 617 937 2300<br>Facsimile:     +1 617 937 2400<br><br>*Attorney for JetBlue Airways Corporation* |

**CERTIFICATE OF CONFERENCE**

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

/s/ Elizabeth Wright
Elizabeth Wright

**CERTIFICATE OF SERVICE**

I hereby that the foregoing motion, which was filed with the Court through the CM/ECF system on March 10, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Elizabeth Wright
Elizabeth Wright
