UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511 |

**CERTIFICATION OF LEILA R. SIDDIKY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Leila R. Siddiky, certify the following:

1. I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

   - State of New York
   - U.S. District Court for the Southern District of New York
   - U.S. District Court for the Eastern District of New York
   - U.S. District Court for the Eastern District of Michigan
   - U.S. District Court for the Western District of Michigan
   - U.S. Court of Appeals for the Second Circuit
   - U.S. Court of Appeals for the Fifth Circuit
   - U.S. Court of Appeals for the Sixth Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: March 10, 2023                                      Respectfully submitted,

                                                           SHEARMAN & STERLING LLP

*/s/ Leila R. Siddiky*
Leila R. Siddiky
Leila.Siddiky@shearman.com
599 Lexington Avenue
New York, NY 10022
Telephone:   +1 212 848 7299
Facsimile:    +1 212 848 7179