UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511 |

### CERTIFICATION OF BRIAN C. HAUSER IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Brian C. Hauser, certify the following:

1. I am a member of the Bar of the District of Columbia and am admitted to practice in the following courts:

   - State of Illinois
   - District of Columbia
   - U.S. Court of Appeals for the Second Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court

for the District of Massachusetts.

6. I certify that the foregoing is true and correct.


Dated: March 10, 2023

Respectfully submitted,

SHEARMAN & STERLING LLP


*/s/ Brian C. Hauser*
Brian C. Hauser
Brian.Hauser@shearman.com
401 9th Street NW, Suite 800
Washington, DC 20004
Telephone:   +1 202 508 8005
Facsimile:   +1 202 508 8100