UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10511 |

**CERTIFICATION OF DEEPTI BANSAL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Deepti Bansal, certify the following:

1. I am a member of the Bar of the District of Columbia and the Bar of the State of New York and am admitted to practice in the following courts:

   - District of Columbia
   - New York State Courts
   - U.S. Court of Appeals for the Ninth Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court

for the District of Massachusetts.

6. I certify that the foregoing is true and correct.


Dated: March 10, 2023                                  Respectfully submitted,

                                                       COOLEY LLP


                                                       */s/ Deepti Bansal*
                                                       Deepti Bansal
                                                       dbansal@cooley.com
                                                       1299 Pennsylvania Avenue NW, Suite 700
                                                       Washington, DC 20004-2400
                                                       Telephone:   +1 202 842 7800
                                                       Facsimile:   +1 202 842 7899