UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511 |

## CERTIFICATION OF BEATRIZ MEJIA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Beatriz Mejia, certify the following:

1. I am a member of the Bar of the State of California and am admitted to practice in the following courts:

   - U.S. District Court for the Central District of California
   - U.S. District Court for the Northern District of California
   - U.S. Court of Appeals for the Ninth Circuit

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court

for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: March 10, 2023                                   Respectfully submitted,

                                                        COOLEY LLP


                                                        */s/ Beatriz Mejia*
                                                        Beatriz Mejia
                                                        bmejia@cooley.com
                                                        3 Embarcadero Center, 20th Floor
                                                        San Francisco, CA 94111
                                                        Telephone:   +1 415 693 2000
                                                        Facsimile:   +1 415 693 2222