**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511 |

## CERTIFICATION OF JOYCE RODRIGUEZ-LUNA IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Joyce Rodriguez-Luna, certify the following:

1. I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

   - New York State Courts

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: March 10, 2023

Respectfully submitted,

COOLEY LLP

_/s/ Joyce Rodriguez-Luna_
Joyce Rodriguez-Luna
jrodriguez-luna@cooley.com
55 Hudson Yards
New York, NY 10001-2157
Telephone:    +1 212 479 6895
Facsimile:    +1 212 479 6275