UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC.<br><br>Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION FOR
C. WILLIAM MARGRABE
FOR PLAINTIFF DISTRICT OF COLUMBIA**

The undersigned, counsel for the plaintiff Commonwealth of Massachusetts and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that C. William Margrabe, counsel for plaintiff District of Columbia, be granted leave to appear and practice in this Court in the above-referenced case. Mr. Margrabe's certification to the information required by Local Rule 83.5.3(e)(3) is filed herewith.

Dated: March 10, 2023

Respectfully submitted,

PLAINTIFF COMMONWEALTH
OF MASSACHUSETTS

ANDREA JOY CAMPBELL
ATTORNEY GENERAL

/s/ Daniel H. Leff
Daniel H. Leff (MA BBO No. 689302)
Assistant Attorney General
Daniel.Leff@mass.gov
Office of the Attorney General
One Ashburton Place, 18th Fl.
Boston, MA 02108
Tel: (617) 727-2200

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants' counsel assents to this motion.

/s/Daniel H. Leff
Daniel H. Leff

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system and by email on counsel for Spirit Airways, Inc.

/s/Daniel H. Leff
Daniel H. Leff