**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

UNITED STATES OF AMERICA, et al.,

                       Plaintiffs,

           v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.

                     Defendants.

Civil Action No.: 1:23-cv-10511-WGY

**CERTIFICATION OF C. WILLIAM MARGRABE**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, C. William Margrabe, state as follows:

1.     I am an Assistant Attorney General with the Antitrust and Nonprofit Enforcement Section of the Office of the Attorney General for the District of Columbia, located at 400 6th St., N.W., Washington, D.C. 20001. My office phone number is (202) 727-6294.

2.     I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3.     I am admitted to practice in the highest court of the States of New Jersey, New York, and Pennsylvania.

4.     I am a member in good standing in every jurisdiction in which I am admitted to practice.

5.     I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6.     I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7.     I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: Mar. 10, 2023                    _/s/ C. William Margrabe_____
                                        C. William Margrabe