AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation                   .

Date:   03/10/2023

/s/ Jessica K. Delbaum
*Attorney's signature*

Jessica K. Delbaum (NY #4048179)
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

Jessica.Delbaum@shearman.com
*E-mail address*

(212) 848-4815
*Telephone number*

(646) 848-4815
*FAX number*