AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al., | ) | | |
|---|---|---|---|
| *Plaintiff* | ) | | |
| v. | ) | Case No. | 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | | |
| *Defendant* | ) | | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 03/10/2023

/s/ Ryan A. Shores
*Attorney's signature*

Ryan A. Shores (DC #500031)
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
*Address*

Ryan.Shores@shearman.com
*E-mail address*

(202) 508-8106
*Telephone number*

(202) 661-7480
*FAX number*