AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 03/10/2023

/s/ Leila R. Siddiky
*Attorney's signature*

Leila R. Siddiky (NY #5225164)
*Printed name and bar number*

Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
*Address*

Leila.Siddiky@shearman.com
*E-mail address*

(212) 848-7299
*Telephone number*

(212) 848-7179
*FAX number*