AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation                                                        .

Date:     03/10/2023

/s/ Brian C. Hauser
*Attorney's signature*

Brian C. Hauser (DC #1024406)
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004

*Address*

Brian.Hauser@shearman.com
*E-mail address*

(202) 508-8005
*Telephone number*

(202) 508-8100
*FAX number*