AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al.,  | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:   03/10/2023

/s/ Michael Mitchell
*Attorney's signature*

Michael Mitchell (DC #1531689)
*Printed name and bar number*

Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
*Address*

Michael.Mitchell@shearman.com
*E-mail address*

(202) 508-8073
*Telephone number*

(202) 508-8100
*FAX number*