AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:  03/10/2023

/s/ Rachel M. Zieminski
*Attorney's signature*

Rachel Mossman Zieminski (TX #24131967)
*Printed name and bar number*

Shearman & Sterling LLP
2601 Olive Street, 17th Floor
Dallas TX 75201

*Address*

Rachel.Zieminski@shearman.com
*E-mail address*

(214) 271-5385
*Telephone number*

(202) 508-8100
*FAX number*