# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,  )<br>)<br>*Plaintiffs*,  )<br>)<br>v.  )<br>)<br>JETBLUE AIRWAYS CORPORATION and  )<br>SPIRIT AIRLINES, INC.  )<br>)<br>)<br>*Defendants*.  )<br>) | Case No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Samuel N. Rudman, of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: March 10, 2023

Respectfully submitted,

/s/ *Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4034
srudman@choate.com

*Counsel for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 10, 2023.

*/s/ Samuel N. Rudman*
Samuel N. Rudman (BBO #: 698018)
