UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**CERTIFICATION OF JAY COHEN FOR ADMISSION *PRO HAC VICE***

　　　　　Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Jay Cohen, hereby certify that:

　　　　1.　　I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of the Americas, New York, New York 10019-6064, and I am admitted to the bar of the State of New York.  My office telephone number is (212) 373-3163.

　　　　2.　　I am a member of good standing in every jurisdiction where I have been admitted to practice.

　　　　3.　　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

　　　　4.　　I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

　　　　5.　　I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on March 10, 2023 in New York, New York.

                                                       /s/    *Jay Cohen*
                                                              Jay Cohen