UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>        *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>        *Defendants*. | Case No. 1:23-cv-10511-WGY |

## **CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, Defendant Spirit Airlines, Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Dated: March 10, 2023

                                                              Respectfully submitted,

                                                              /s/ *Samuel N. Rudman*
                                                              Samuel N. Rudman (BBO #: 698018)
                                                              Choate, Hall & Stewart LLP
                                                              Two International Place
                                                              Boston, MA 02110
                                                             (617) 248-4034
                                                              srudman@choate.com

                                                              /s/ *Andrew C. Finch*
                                                              Andrew C. Finch (*pro hac vice*)
                                                              Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                              1285 Avenue of the Americas
                                                              New York, NY 10019
                                                              (212) 373-3417
                                                              afinch@paulweiss.com

/s/ *Jay Cohen*
Jay Cohen (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3163
jaycohen@paulweiss.com

/s/ *Meredith R. Dearborn*
Meredith R. Dearborn (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
(202) 223-7323
mdearborn@paulweiss.com

/s/ *Eyitayo St. Matthew-Daniel*
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3229
tstmatthewdaniel@paulweiss.com

/s/ *Jared P. Nagley*
Jared P. Nagley (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3114
jnagley@paulweiss.com

/s/ *Kate Wald*
Kate Wald (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
(212) 373-3101
kwald@paulweiss.com

*Counsel for Defendant Spirit Airlines, Inc.*

2

**CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 10, 2023.

                                                                               */s/ Samuel N. Rudman*
                                                                               Samuel N. Rudman (BBO #: 698018)