UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10511 |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT OF DEFENDANT JETBLUE AIRWAYS CORPORATION**

Pursuant to Federal Rule of Civil Procedure 7.1, the undersigned counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") hereby certifies that it is a publicly held corporation and that no publicly held corporation owns 10% or more of JetBlue's stock.

| | |
|---|---|
| DATED: March 10, 2023 | /s/  Richard F. Schwed<br>Richard F. Schwed (*Pro Hac Vice*)<br>Jessica K. Delbaum (*Pro Hac Vice*)<br>Leila Siddiky (*Pro Hac Vice*)<br>Shearman & Sterling LLP<br>599 Lexington Avenue<br>New York, NY  10022-6069<br>Tel: 212-848-4000<br>Fax: 212-848-7179<br>rschwed@shearman.com<br>jessica.delbaum@shearman.com<br>leila.siddiky@shearman.com<br><br>Ryan Shores (*Pro Hac Vice*)<br>Michael Mitchell (*Pro Hac Vice*)<br>Brian Hauser (*Pro Hac Vice*)<br>Shearman & Sterling LLP<br>401 9th Street, N.W., Suite 800<br>Washington, DC 20004<br>Tel: 202-508-8005<br>Fax: 202-661-7480<br>ryan.shores@shearman.com<br>michael.mitchell@shearman.com<br>brian.hauser@shearman.com<br><br>Rachel Mossman Zieminski (*Pro Hac Vice*)<br>Shearman & Sterling LLP<br>2601 Olive Street, 17th Floor<br>Dallas, TX 75201<br>Tel: 214-271-5385<br>rachel.zieminski@shearman.com<br><br>Elizabeth M. Wright (MA BBO #569387)<br>Cooley LLP<br>500 Boylston Street, 14th Floor<br>Boston, MA 02116-3736<br>Tel: 617-937-2300<br>ewright@cooley.com<br><br>Ethan Glass (*Pro Hac Vice*)<br>Deepti Bansal (*Pro Hac Vice*)<br>Cooley LLP<br>1299 Pennsylvania Avenue NW, Suite 700<br>Washington, DC 2004-2400<br>Tel: 202-842-7800<br>Fax: 202-842-7899 |

eglass@cooley.com
dbansal@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

Joyce Rodriguez-Luna (*Pro Hac Vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212 479 6895
Fax: 2124796275
jrodriguez-luna@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*