UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, et al.., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: March 13, 2023       By:    */s/ John M. Briggs*
                                                JOHN M. BRIGGS
                                                Trial Attorney
                                                U.S. Department of Justice
                                                Antitrust Division
                                                450 Fifth Street NW, Suite 8700
                                                Washington, DC 20530
                                                Tel: (202) 676-6131
                                                Fax: (202) 598-2680
                                                John.Briggs@usdoj.gov

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated:  March 13, 2023　　　　　　　　　　　*/s/ John M. Briggs*
　　　　　　　　　　　　　　　　　　　　　　JOHN M. BRIGGS
　　　　　　　　　　　　　　　　　　　　　　Trial Attorney