AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 03/13/2023

/s/ Ethan Glass
*Attorney's signature*

Ethan Glass (CA #216159)
*Printed name and bar number*

Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
*Address*

eglass@cooley.com
*E-mail address*

(202) 842-7800
*Telephone number*

(202) 842-7899
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511 |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on March 13, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: March 13, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Ethan Glass*
Ethan Glass (appearing *Pro Hac Vice*)
eglass@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:  +1 202 842 7800
Facsimile:  +1 202 842 7899

*Attorney for JetBlue Airways Corporation*