AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| United States of America | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) |
| JetBlue Airways Corp. | ) |
| *Defendant* | ) |

Case No.     1:23-cv-10511

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                                                      .

Date:        03/13/2023

*Elinor Hoffmann*
*Attorney's signature*

Elinor R. Hoffmann (NYS Bar. 1350453)
*Printed name and bar number*

Office of the New York Attorney General
Antitrust Bureau
28 Liberty Street
New York, NY 10005
*Address*

elinor.hoffmann@ag.ny.gov
*E-mail address*

(212) 416-8249
*Telephone number*

(212) 416-6015
*FAX number*

Print     Save As...     Reset