AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corp., et al. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia.

Date: 03/13/2023

/s/ C. William Margrabe
*Attorney's signature*

C. William Margrabe (NJ Bar No. 221042017)
*Printed name and bar number*
Office of the Attorney General
for the District of Columbia
400 6th Street, NW
Washington, DC 20001
*Address*

will.margrabe@dc.gov
*E-mail address*

(202) 727-6294
*Telephone number*

*FAX number*