AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511 |
| JetBlue Airways Corporation et al | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York.

Date: 03/13/2023

*/s/ Olga Kogan*
*Attorney's signature*

Olga Kogan (NYS Bar 5188909)
*Printed name and bar number*

Office of the New York Attorney General
Antitrust Bureau
28 Liberty Street
New York, NY 10005
*Address*

olga.kogan@ag.ny.gov
*E-mail address*

(212) 416-8066
*Telephone number*

(212) 416-6015
*FAX number*