AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511 |
| JetBlue Airways Corp. and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff New York State.

Date: 03/13/2023

/s/ Morgan J. Feder
*Attorney's signature*

Morgan J. Feder, NY Bar No. 4829834
*Printed name and bar number*

New York State Office of the Attorney General
Antitrust Bureau
28 Liberty Street, Fl. 20
New York, NY 10005
*Address*

morgan.feder@ag.ny.gov
*E-mail address*

(212) 416-8288
*Telephone number*

(212) 416-6015
*FAX number*

**CERTIFICATE OF SERVICE**

I hereby certify that this Appearance of Counsel, filed through the ECF system on March 13, 2023, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: March 13, 2023                                                   /s/ *Morgan J. Feder*
                                                                                         Morgan J. Feder
                                                                                         Assistant Attorney General