UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew C. Finch, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: March 13, 2023

                                                          Respectfully submitted,

                                                          /s/ *Andrew C. Finch*
                                                          Andrew C. Finch (admitted *pro hac vice*)
                                                          Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                          1285 Avenue of the Americas
                                                          New York, NY 10019
                                                          (212) 373-3417
                                                          afinch@paulweiss.com

                                                          *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 13, 2023.

      /s/ *Andrew C. Finch*