UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>       *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>       *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Eyitayo St. Matthew-Daniel, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: March 13, 2023

                Respectfully submitted,

                /s/ *Eyitayo St. Matthew-Daniel*
                Eyitayo St. Matthew-Daniel (admitted *pro hac vice*)
                Paul, Weiss, Rifkind, Wharton & Garrison LLP
                1285 Avenue of the Americas
                New York, NY 10019
                (212) 373-3229
                tstmatthewdaniel@paulweiss.com

                *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 13, 2023.

                                                            /s/ *Eyitayo St. Matthew-Daniel*