UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              *Plaintiffs*,<br><br>            v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>                              *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Kate Wald, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 1285 Avenue of Americas, New York, NY 10019, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: March 13, 2023

                                              Respectfully submitted,

                                              /s/ *Kate Wald*
                                              Kate Wald (admitted *pro hac vice*)
                                              Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                              1285 Avenue of the Americas
                                              New York, NY 10019
                                              (212) 373-3101
                                              kwald@paulweiss.com

                                              *Attorney for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

  I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on March 13, 2023.

<u>/s/ *Kate Wald*</u>