UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

**JOINT PROPOSED AGENDA FOR MARCH 21, 2023 SCHEDULING CONFERENCE**

By order dated March 17, 2023, the Court set a scheduling conference for 10:00 AM on March 21, 2023. The parties have conferred in advance of the scheduling conference regarding certain matters that they wish to submit for the Court's consideration in connection with the preparation of a case management order. These matters are as follows:

1. **Trial Date.** Plaintiffs believe that the trial should be set for the Court's November calendar (or to begin on **October 30, 2023** if the Court would consider setting the trial for a date certain). Defendants believe that the trial should be set for the Court's September calendar (or to begin on **September 11, 2023** if the Court would consider setting the trial for a date certain).

2. **Length of Trial and Allocation of Time.** Based on the Parties' understanding that the Court generally holds trial five days per week from 9:00 AM to 1:00 PM, with a 25-minute break, the Parties believe that four weeks should be reserved for trial, with the trial time split evenly (50/50) between the Parties.

1

3. **Discovery.** The Parties are negotiating a joint Case Management Order to be submitted to the Court promptly. If there remain any issues that require the Court's guidance, the Parties will seek a conference following submission of their separate positions in the Case Management Order.

4. **Protective Order.** The parties have stipulated as to the terms of a proposed protective order. The parties have filed a stipulated proposed protective order and would appreciate the Court's entry of that order to facilitate prompt discovery.

5. **Private Action Transferred to this District.** On March 17, 2023, Judge Jeffrey S. White of the U.S. District Court for the Northern District of California transferred *Garavanian v. JetBlue Airways Corp.*, 4:22-cv-06841-JSW to this District pursuant to 28 U.S.C. § 1404(a). *Garavanian* is a private antitrust action challenging JetBlue's acquisition of Spirit Airlines. Plaintiffs' trial time estimate and their position regarding the division of trial time among the parties are premised on the assumption that the private action will not be consolidated with this action. Defendants will seek coordination or consolidation of the cases and do not believe such coordination or consolidation will impact the trial time or allocation.

Dated: March 20, 2023

Respectfully submitted,

/s/ Edward W. Duffy
Edward W. Duffy
/s/ Aaron M. Teitelbaum
Aaron M. Teitelbaum
United States Department of Justice
Antitrust Division
450 Fifth Street, NW, Suite 4000
Washington, D.C. 20530
Telephone: (202) 812-4723
Fax: (202) 307-5802
Email: edward.duffy@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/ William T. Matlack
William T. Matlack (MA BBO No. 552109)
Assistant Attorney General, Chief, Antitrust Division
Daniel H. Leff (MA BBO No. 689302)
Assistant Attorney General
One Ashburton Place
Boston, MA 02108
Tel: (617) 727-2200
Fax: (617) 722-0184 (fax)
William.Matlack@mass.gov
Daniel.Leff@mass.gov

*Attorneys for the Commonwealth of Massachusetts and Local Counsel for the District of Columbia and the State of New York*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Tel: (212) 416-8262
olga.kogan@ag.ny.gov

*Attorney for Plaintiff the State of New York*

/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, D.C. 20001
Telephone: (202) 727-6294
will.margrabe@dc.gov

*Attorney for Plaintiff the District of Columbia*

/s/ Richard Schwed
Richard Schwed (*admitted pro hac vice*)
Jessica Delbaum (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
599 Lexington Avenue
New York, NY 10022
Telephone: (212) 848-4000
rschwed@shearman.com
jessica.delbaum@shearman.com

Ryan Shores (*admitted pro hac vice*)
Michael Mitchell (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
401 9th Street, NW, Suite 800
Washington, D.C. 20004
Telephone: (202) 508-8108
ryan.shores@shearman.com
michael.mitchell@shearman.com

Rachel Mossman Zieminski (*admitted pro hac vice*)
SHEARMAN & STERLING LLP
2601 Olive Street, Suite 1700
Dallas, TX 75201
Telephone: (214) 271-5385
rachel.zieminski@shearman.com

Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street, 14th Floor
Boston, MA 02116
Telephone: (617) 937-2349
ewright@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

/s/ Andrew C. Finch
Andrew C. Finch (*admitted pro hac vice*)
Jay Cohen (*admitted pro hac vice*)
Eyitayo St. Matthew-Daniel (*admitted pro hac vice*)
Kate Wald (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 373-3000
afinch@paulweiss.com
jaycohen@paulweiss.com
tstmatthewdaniel@paulweiss.com
kwald@paulweiss.com

Meredith Dearborn (*admitted pro hac vice*)
PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP
535 Mission Street, 24th Floor
San Francisco, California 94105
Telephone: (650) 208-2788
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                  /s/ Aaron M. Teitelbaum
                                  AARON M. TEITELBAUM
                                  Senior Litigation Counsel

Dated:  March 20, 2023