UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF SCHONETTE J. WALKER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Schonette J. Walker, state as follows:

1. I am an Assistant Attorney General with the Antitrust Division in the Maryland Office of the Attorney General, located at 200 Saint Paul Place, Baltimore, Maryland 21202. My office phone number is (410) 576-6473.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the highest court of the States of Illinois and Maryland and the District of Columbia.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 31, 2023  /s/ *Schonette J. Walker*
Schonette J. Walker