UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>       Plaintiffs,<br><br>    v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>       Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF ANA ATTA-ALLA
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Ana Atta-Alla, state as follows:

1. I am a Deputy Attorney General of the Consumer Fraud Prosecution Section with the New Jersey Office of the Attorney General, located at 124 Halsey Street, 5th Floor, Newark NJ 07101, (973) 648-7430.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the States of New Jersey, New York and the District of Columbia, and the District Court of New Jersey.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 24, 2023          By: _____
                          Ana Atta-Alla