AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511 |
| JetBlue Airways Corporation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey.

Date: 04/04/2023

/s/Ana Atta-Alla
*Attorney's signature*

Ana S. Atta-Alla (2426202017)
*Printed name and bar number*

State of New Jersey - Office of the Attorney General
Division of Law, 124 Halsey Street – 5th Floor
Newark, New Jersey 07102
*Address*

Ana.Atta-Alla@law.njoag.gov
*E-mail address*

(973) 648-3070
*Telephone number*

(973) 648-6835
*FAX number*

Print    Save As...    Reset