AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-105110 WGY |
| JetBlue Airways Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of Maryland                                                                                          .

Date:   04/04/2023                                    /s/Gary Honick
*Attorney's signature*

Gary Honick, MD Dist. Ct. #27413
*Printed name and bar number*
200 St. Paul Place
19th Floor
Baltimore, MD 21202

*Address*

ghonick@oag.state.md.us
*E-mail address*

(410) 576-6480
*Telephone number*

(410) 576-7830
*FAX number*