AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-10511-WGY |
| JetBlue Airways Corporation, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New Jersey                                    .

Date:  04/05/2023

*Attorney's signature*

Bryan S. Sanchez (NJ Bar No. 300462019)
*Printed name and bar number*

State of New Jersey, Office of the Attorney General
Division of Law, 124 Halsey Street - 5th Floor
Newark, New Jersey 07102

*Address*

Bryan.Sanchez@law.njoag.gov
*E-mail address*

(973) 648-3070
*Telephone number*

(973) 648-6835
*FAX number*

[Print]    [Save As...]    [Reset]