# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.<br>*Plaintiff*<br>v.<br>JETBLUE AIRWAYS CORP. AND SPIRIT AIRLINES, IN<br>*Defendant* | )<br>)<br>)  Case No.  1:23-cv-10511-WGY<br>)<br>) |

**APPEARANCE OF COUNSEL**

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff State of Maryland

Date:  04/05/2023

*(signed)* Byron Warren
*Attorney's signature*

Byron Warren (#30169)
*Printed name and bar number*

Maryland Attorney General's Office
200 Saint Paul Place
Baltimore, MD 21202
*Address*

bwarren@oag.state.md.us
*E-mail address*

(410) 576-6474
*Telephone number*

(410) 576-7830
*FAX number*