AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corp., et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Plaintiff District of Columbia                                   .

Date:   04/25/2023

/s/ Estefania Yulianny Torres Paez
*Attorney's signature*

Estefania Yulianny Torres Paez (MA Bar No. 705952)
*Printed name and bar number*

Office of the Attorney General
for the District of Columbia
400 6th Street, NW
Washington, DC 20001

*Address*

estefania.torrespaez@dc.gov
*E-mail address*

(202) 631-9492
*Telephone number*

*FAX number*