UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC. <br><br> Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

CERTIFICATION OF NATALIE S. MANZO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, NATALIE S. MANZO state as follows:

1. I am a Supervising Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 300 Spring Street, Suite 1702, Los Angeles, CA 90013. The telephone number is (213) 269-6289.

2. I am an attorney for Plaintiff State of California in this proceeding. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in California.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice, including California.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Dated: April 27, 2023 | Respectfully Submitted, |
| | */s/ Natalie Manzo* |
| | Natalie S. Manzo |
| | California Attorney General's Office |
| | 300 Spring Street, Suite 1702 |
| | Los Angeles, CA 90013 |