UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>                          v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>                              Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF WINSTON H. CHEN
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Winston H. Chen, state as follows:

1.      I am a Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 300 Spring Street, Suite 1702, Los Angeles, CA 90013. The telephone number is (213) 269-6381.

2.      I am an attorney for Plaintiff State of California in this proceeding.

3.      I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

4.      I am admitted to practice in California.

5.      I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California.

6.      I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

7.      I have not previously had a *pro hac vic*e admission to this Court (or other admission for a limited purpose) revoked for misconduct.

8. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: April 27, 2023                                             Respectfully Submitted,


                                                                  */s/ Winston Chen*
                                                                  Winston H. Chen
                                                                  California Attorney General's Office
                                                                  300 Spring Street, Suite 1702
                                                                  Los Angeles, CA 90013