# Elizabeth Sonnenberg

**From:** Alex MacDonald <alexmacdonald05@gmail.com>
**Sent:** Tuesday, May 9, 2023 1:44 PM
**To:** Elizabeth Sonnenberg
**Subject:** JetBlue Spirit Merger

**CAUTION - EXTERNAL:**

Hi Elizabeth,

Can you persuade Judge William Young to approve the JetBlue Spirit merger? Those two combined airlines will not create a monopoly in the airline industry, not even close. And as far as ultra low cost airlines go, Frontier, Allegiant, and Sun Country Airlines all still exist, and compete in the ultra low cost space.

Thank you,

Alex

**CAUTION - EXTERNAL EMAIL:** This email originated outside the Judiciary. Exercise caution when opening attachments or clicking on links.