AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation, et al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 05/10/2023

/s/ Komal K. Patel
*Attorney's signature*

Komal K. Patel (CA Bar No. 324765)
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
*Address*

Komal.Patel@doj.ca.gov
*E-mail address*

(213) 269-6298
*Telephone number*

(916) 731-3637
*FAX number*