**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF JAMIE L. MILLER**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Jamie L. Miller, state as follows:

1. I am a Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 455 Golden Gate Avenue, Suite 11000, San Francisco, CA 94102.  The telephone number is (415) 510-3565.

2. I am an attorney for Plaintiff State of California in this proceeding.  I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the California.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice, including California.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: May 18, 2023                               Respectfully Submitted,


                                                  /s/ Jamie Miller
                                                  Jamie Miller
                                                  California Attorney General's Office
                                                  455 Golden Gate Avenue, Suite 11000
                                                  San Francisco, CA 94102