UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs,*<br><br>*v.*<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants.* | Civil Action No. 1:23-cv-10511-WGY |

**DEFENDANTS' OPPOSITION TO PLAINTIFFS'
<u>MOTION FOR CLARFICIATION</u>**

Defendants JetBlue Airways Corporation ("JetBlue") and Spirit Airlines, Inc. ("Spirit") respectfully oppose Plaintiffs' Motion for Clarification, ECF No. 91, because there is nothing to clarify. At the scheduling conference, the Court was clear: the "one expert per discipline" rule will be discussed "in detail" and addressed by the Court at the final pretrial conference. March 23, 2023, Sched. Conf. Tr., ECF No. 67, 22:1–5; *id.* 23:10-11 ("in my practice, [this] is a matter that is thrashed out at the final pretrial conference."). Despite the Court's admonition, Plaintiffs identified two experts from the same discipline (economists) and seek an advisory opinion *now* on how the rule will apply to these experts.

Plaintiffs' own Motion further demonstrates why their request is misguided. Although Plaintiffs claim the "issues" on which their respective economists will testify are "distinct," the abstract issues they identify for each economist necessarily overlap, raising a serious risk of cumulative testimony, waste of time, and confusion.[1] Only after expert reports have been

---

[1] For example, contrary to Plaintiffs' suggestion, JetBlue's commitment to divest significant Spirit holdings (on which Dr. Chipty supposedly will testify, ECF No. 91 at 2) is critical to whether Plaintiffs can meet their prima facie case as to anticompetitive effects (on which Dr. Gowrisankaran supposedly will testify, *id.*). *See United States v. UnitedHealth Grp. Inc.*, No.

1

exchanged and expert depositions taken will be there a concrete record of exactly what these dual economists intend to say. Consistent with the Court's standard practice of addressing the permissible scope of expert testimony at the final pretrial conference based on a developed record, Defendants ask the Court to deny Plaintiffs' motion. *See In re Nexium (Esomeprazole) Antitrust Litig.*, 42 F. Supp. 3d 231, 301 (D. Mass. 2014) ("Since this Court will permit testimony from only one expert per discipline, it is unclear how [plaintiffs' expert theories] will all work out at the final pretrial conference.") (Young, J.).

DATED: May 23, 2023

/s/ *Richard F. Schwed*
Richard F. Schwed (*Pro Hac Vice*)
Jessica K. Delbaum (*Pro Hac Vice*)
Leila Siddiky (*Pro Hac Vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY  10022-6069
Tel: 212-848-4000
Fax: 212-848-7179
rschwed@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Ryan Shores (*Pro Hac Vice*)
Michael Mitchell (*Pro Hac Vice*)
Brian Hauser (*Pro Hac Vice*)
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-661-7480
ryan.shores@shearman.com
michael.mitchell@shearman.com
brian.hauser@shearman.com

Rachel Mossman Zieminski (*Pro Hac Vice*)
Shearman & Sterling LLP

---

1:22-cv-0481, 2022 WL 4365867, at *9 (D.D.C. Sept. 21, 2022).  More generally, Defendants disagree with Plaintiffs' characterization of the legal framework under Section 7 of the Clayton Act, ECF No. 91 at 2–3, and reserve their rights to address that argument at an appropriate time.

2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel: 214-271-5385
rachel.zieminski@shearman.com

Elizabeth M. Wright (MA BBO #569387)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

Joyce Rodriguez-Luna (*Pro Hac Vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212 479 6895
Fax: 2124796275
jrodriguez-luna@cooley.com

*Attorneys for Defendant JetBlue Airways Corporation*

Andrew C. Finch (*pro hac vice*)
Eyitayo St. Matthew-Daniel (*pro hac vice*)
Jay Cohen (*pro hac vice*)
Jared P. Nagley (*pro hac vice*)
Kate Wald (*pro hac vice*)

3

Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

<i>/s/ Richard F. Schwed</i><br>
Richard F. Schwed (<i>Pro Hac Vice</i>)