AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California.

Date: 05/31/2023

s/ Jamie L. Miller
*Attorney's signature*

Jamie L. Miller (CA Bar No. 271452)
*Printed name and bar number*

California Department of Justice
Office of the Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA 94102
*Address*

Jamie.Miller@doj.ca.gov
*E-mail address*

(415) 510-3565
*Telephone number*

(415) 703-5480
*FAX number*

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated: May 31, 2023                 <u>*/s/ Jamie L. Miller*</u>