# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Senior Litigation Counsel in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: June 1, 2023        By:        */s/ Arianna Markel*
ARIANNA MARKEL
Senior Litigation Counsel
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Tel: (202) 706-2523
Fax: (202) 616-2441
Arianna.Markel@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  June 1, 2023                                         */s/ Arianna Markel*