## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>  Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>  Defendants. | Civil Action No. 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John J. Falvey Jr., of Goodwin Procter LLP, as counsel for non-party United Airlines, Inc. in the above-captioned action.

| | |
|---|---|
| Dated:  June 1, 2023 | Respectfully submitted,<br><br>UNITED AIRLINES, INC.<br><br>By its attorney,<br><br>/s/  *John J. Falvey, Jr.*<br>John J. Falvey, Jr. (BBO No. 542674)<br>**GOODWIN PROCTER LLP**<br>100 Northern Avenue<br>Boston, Massachusetts 02210<br>Tel.: (617) 570 1000<br>Fax.: (617) 523 1231<br>jfalvey@goodwinlaw.com<br><br>*Attorneys for United Airlines, Inc.* |

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this June 1, 2023.

*/s/ John J. Falvey, Jr.*