UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

**UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF MARY LEHNER and JULIE ELMER AS COUNSEL FOR NON-PARTY UNITED AIRLINES, INC.**

Pursuant to Local Rule 83.5.3, the undersigned, counsel for non-party United Airlines, Inc. ("United") and a member of the bar of this Court, hereby moves for the admission *pro hac vice* of United's counsel Mary Lehner and Julie Elmer. As grounds, I state as follows:

1. Mary Lehner is a partner at the law firm of Freshfields Bruckhaus Deringer LLP, 700 13th Street, NW, Washington, DC 20005. Ms. Lehner is a member in good standing of the Bars of the District of Columbia and the Commonwealth of Virginia. She has also been admitted to practice in the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Eastern District of Virginia, and the United States District Court for the District of Columbia.

2. In further support of this Motion, I submit as **Exhibit A** the Certificate of Mary Lehner, which establishes that she is a member in good standing in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; that she has not previously had a *pro hac vice* admission to this Court or any other court revoked for misconduct; and that she is familiar with the Local Rules of this Court.

3. Julie Elmer is a partner at the law firm of Freshfields Bruckhaus Deringer LLP, 700 13th Street, NW, Washington, DC 20005. Ms. Elmer is a member in good standing of the Bars of the District of Columbia and the State of Alabama. She has also been admitted to practice in the United States Court of Appeals for the Eleventh Circuit and the United States District Courts for the Northern, Middle, and Southern Districts of Alabama.

4. In further support of this Motion, I submit as **Exhibit B** the Certificate of Julie Elmer, which establishes that she is a member in good standing in every jurisdiction in which she has been admitted to practice; that there are no disciplinary proceedings against her in any jurisdiction; that she has not previously had a *pro hac vice* admission to this Court or any other court revoked for misconduct; and that she is familiar with the Local Rules of this Court.

WHEREFORE, I respectfully request that this Court grant the admission of Mary Lehner and Julie Elmer *pro hac vice* to the Bar of this Court.

Dated: June 1, 2023   Respectfully submitted,

/s/ *John J. Falvey, Jr.*
John J. Falvey, Jr. (BBO No. 542674)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
jfalvey@goodwinlaw.com

*Attorneys for United Airlines, Inc.*

2

**LOCAL RULE 7.1(a)(2) CERTIFICATE and CERTIFICATE OF SERVICE**

I, John J. Falvey, Jr., certify that I conferred with counsel for Plaintiffs and Defendants regarding the foregoing requested relief and counsel do not oppose this Motion.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this June 1, 2023.

*/s/ John J. Falvey, Jr.*