## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## CERTIFICATION OF WILLIAM H. STALLINGS IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, William H. Stallings, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of Mayer Brown, LLP, 1999 K Street, N.W., Washington, D.C., 20006-1101.

3. I am a member in good standing of the bar of the District of Columbia.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 2nd day of June 2023.

*/s/ William H. Stallings*
William H. Stallings
Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C., 20006-1101
WStallings@mayerbrown.com