UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

### CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Southwest Airlines Co. hereby discloses the following:

Southwest Airlines Co. is a publicly traded entity and is traded on the NYSE (LUV). The Vanguard Group has filed a Form 13G with the Securities and Exchange Commission stating that it beneficially owns more than 10% of the shares of Southwest Airlines Co.

Southwest Airlines Co. has no parent corporation, and no other entity has reported holdings of over 10%.

Dated: June 2, 2023                                    Respectfully submitted,

                                                       /s/ Allison Aviki
                                                       Allison Aviki
                                                       William H. Stallings *(pro hac vice*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

<u>/s/ Allison Aviki</u>
Allison Aviki