IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Case No. 1:23-cv-10678-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Benjamin Solomon-Schwartz, of Boies Schiller Flexner LLP, as counsel for non-party Delta Air Lines, Inc. in the above captioned actions.

Dated: June 5, 2022

*/s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz (BBO No. 688674)
BOIES SCHILLER FLEXNER LLP
1401 New York Avenue, NW, Suite 1100
Washington, DC 20005
Telephone: (202) 237-2727
Email: bsolomon-schwartz@bsfllp.com

*Attorney for Non-Party Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 5, 2023

*/s/ Benjamin Solomon-Schwartz*
Benjamin Solomon-Schwartz
