IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

### CERTIFICATION OF MICHAEL S. MITCHELL IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael S. Mitchell, being of legal age and under oath, state as follows:

1. I am an attorney with the law firm of Boies Schiller Flexner LLP with an office located at 1401 New York Avenue, N.W., Washington, DC 20005. My telephone number is (202) 237-2727; my facsimile number is (202) 237-6131; and my email is mmitchell@bsfllp.com

2. I am a member in good standing in every jurisdiction where I have been admitted to practice.

3. I am a member in good standing of the State Bar of Maryland and the District of Columbia Bar. I am also a member in good standing of the following: United States District Court

for the District of Columbia; United States District Court for the District of Colorado; United States District Court for the District of Maryland; District of Columbia Court of Appeals; United States Court of Appeals for the Eleventh Circuit; United States Court of Appeals for the Ninth Circuit; United States Court of Appeals for the District of Columbia Circuit; and the Supreme Court of the United States.

4.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Dated: June 5, 2023                                  */s/ Michael S. Mitchell*
                                                     Michael S. Mitchell