IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., *Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al., *Plaintiffs*, v. JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., *Defendants*. | Case No. 1:23-cv-10678-WGY |

**NON-PARTY DELTA AIR LINES, INC.'S**
**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, non-party Delta Air Lines, Inc., states that it has no parent corporation. Vanguard Group Inc. owns 10% or more of its stock.

Dated:  June 5, 2023         Respectfully submitted,

By: *Benjamin Solomon-Schwartz*

James P. Denvir (pro hac vice application filed)
Michael S. Mitchell (pro hac vice application filed)
Benjamin Solomon-Schwartz (BBO #688674)
Boies Schiller Flexner LLP
1401 New York Avenue, N.W.
Washington, DC 20005

        Telephone: (202) 237-2727
        Fax: (202) 237-6131
        jdenvir@bsfllp.com
        mmitchell@bsfllp.com
        bsolomon-schwartz@bsfllp.com

*Attorneys for Delta Air Lines, Inc.*

## CERTIFICATE OF SERVICE

I certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: June 5, 2023

        */s/ Benjamin Solomon-Schwartz*
        Benjamin Solomon-Schwartz