AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| United States of America et al | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation et al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Southwest Airlines Co.

Date:   06/05/2023

s/ William H. Stallings
*Attorney's signature*

William H. Stallings 444924
*Printed name and bar number*

Mayer Brown LLP
1999 K Street, N.W.
Washington, D.C. 20006-1101
*Address*

wstallings@mayerbrown.com
*E-mail address*

(202) 263-3807
*Telephone number*

(202) 830-0328
*FAX number*