**EXHIBIT A**

# Stallings, William H.

| | |
|---|---|
| **From:** | Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov> |
| **Sent:** | Thursday, March 23, 2023 4:33 PM |
| **To:** | Stallings, William H. |
| **Cc:** | Riblet, Sarah (ATR); Boury, Jean (ATR) |
| **Subject:** | RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines] |

**CAUTION: External Email** - Only click on contents you know are safe.

Hi Bill,

See below on the bates numbers.

- **US Airways, Inc. and Delta Air Lines, Inc. Slot Swap Matter (2009);**
    - WN-DLUS-00000001 – WN-DLUS-00000766
- **US Airways and AMR Corp. Matter (2012);**
    - WN-AAUS-00000001 – WN-AAUS-00001944
- **United Continental Holdings Matter (2015);**
    - AAB6-RC-00091608-AAB6-RC-00092060
- **American Airlines, Inc. and JetBlue Airways Corp. Matter (2020);**
    - Emails before Feb 2022:
        - AAB6-DOJ-00001177 – AAB6-DOJ-00001328
        - AAB6-DOJ-00004150 – AAB6-DOJ-00004174
        - AAB6-DOJ-00006708 – AAB6-DOJ-00006740
    - Emails (Incremental since Feb 2022):
        - B6NK-CMNEA-00064666 – B6NK-CMNEA-00065834
    - Documents:
        - SWA_000044 – SWA_005343 (18 files)
- **JetBlue Airways Corp. and Spirit Airlines, Inc. Matter (2022)**
    - Documents:
        - SWA-CID-000001 – SWA-CID-004719
    - Emails:
        - B6NK-CM-00008679 – B6NK-CM-00009555

Thanks,

John

---

**From:** Stallings, William H. <WStallings@mayerbrown.com>
**Sent:** Thursday, March 23, 2023 1:28 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** [EXTERNAL] RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

Thanks for the Protective Order.  Can you give me a list (bates #s preferably) of Southwest materials that were produced to the defendants?

**From:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Sent:** Thursday, March 23, 2023 1:21 PM
**To:** Stallings, William H. <WStallings@mayerbrown.com>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

<mark>**CAUTION: External Email -** Only click on contents you know are safe.</mark>

Bill,

In reference to my initial email below, please see attached for the protective order for this litigation. If you still have questions concerning the documents being produced, please let me know.

Thanks,

John

**From:** Stallings, William H. <WStallings@mayerbrown.com>
**Sent:** Wednesday, March 15, 2023 4:27 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** [EXTERNAL] RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

Thanks – Is there a list of bates numbers that you can give us?
Also, who are the right contacts at the parties?

Thanks

**From:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Sent:** Wednesday, March 15, 2023 4:25 PM
**To:** Stallings, William H. <WStallings@mayerbrown.com>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

<mark>**CAUTION: External Email -** Only click on contents you know are safe.</mark>

Hi Bill,

For investigations that occurred prior to the Northeast Alliance matter, we produced a courtesy copy of most of these materials to Southwest (Leslie Abbott) in December 2021. In response to an RFP from Defendants in the NEA litigation, we produced approximately 35 additional Southwest documents from the Southwest – United Slot Swap and Gate Lease Matter (2014-2015). We are also producing Southwest documents from the Northeast Alliance matter, as well as communications with counsel regarding the investigation/litigation. Finally, we are also producing Southwest documents, data, and communications from this investigation.

Please let me know if you would like to discuss further.

Thanks,

John

---

**From:** Stallings, William H. <WStallings@mayerbrown.com>
**Sent:** Wednesday, March 15, 2023 3:19 PM
**To:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** [EXTERNAL] RE: Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

John – Can you identify for me the Southwest documents that will be produced from the old matters? Also, can you let me know counsel for the parties who you are sending the documents to?  I would like to reach out to them to reiterate the importance of the outside counsel only limitation, especially given the extreme sensitivity of the data that we produced.

Thanks.

---

**From:** Thornburgh, John (ATR) <John.Thornburgh@usdoj.gov>
**Sent:** Monday, March 13, 2023 11:16 AM
**To:** Stallings, William H. <WStallings@mayerbrown.com>
**Cc:** Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>
**Subject:** Notice of Production to Defendants in United States, et al. v. JetBlue Airways and Spirit Airlines [Southwest Airlines]

**CAUTION: External Email -** Only click on contents you know are safe.

Hi Bill,

On March 7, 2023, the United States filed a lawsuit in the U.S. District Court for the District of Massachusetts to enjoin the Proposed Merger of JetBlue Airways and Spirit Airlines: Case No. 1:23-cv-10511-WGY, *United States, et al. v. JetBlue Airways Corporation, et al*.  I write to inform Southwest Airlines ("Southwest") that the parties are negotiating, and will be proposing to the Court, a stipulated protective order which governs the use of confidential materials in this lawsuit.

As part of the lawsuit, the United States Department of Justice is required to provide Defendants with any third-party materials received or reviewed during our investigation of the transaction, as well as some materials we received from third parties during prior, related investigations. This includes Southwest's email correspondence with us, as well as any documents or data that Southwest may have provided to us.  The Department of Justice has identified and will be producing to Defendants materials from Southwest in the following matters: US Airways, Inc. and Delta Air Lines, Inc. Slot Swap Matter (2009); US Airways and AMR Corp. Matter (2012); United Continental Holdings Matter (2015); American Airlines, Inc. and JetBlue Airways Corp. Matter (2020); and JetBlue Airways Corp. and Spirit Airlines, Inc. Matter (2022).

The Department of Justice intends to produce the above-referenced investigative materials to Defendants by Thursday, March 16, 2023 in reliance on and subject to Defendants' representation that, until a protective order is entered, Defendants shall limit access to materials produced to them during discovery, including Investigative Materials, to Defendants' outside counsel in the action.

3

To the extent that Southwest is entitled to notice under paragraph 15 of the protective order in *United States, et al. v. American Airlines Group Inc. and JetBlue Airways Corp.*, No. 1:21-cv-11558 (D. Mass.) (the "NEA Protective Order"), please consider this such notice.  Please be advised that the United States will defer production of any materials governed by the NEA Protective Order until Friday, March 24, 2023.

We will seek to notify Southwest when the Court enters a protective order.  To ensure we can timely notify you of any changes, please **respond to this email if such notice should be directed to a different name and email address**.

Please confirm receipt of this notification and feel free to contact me at the phone number below if you have any questions.

Thank you,

John
John Thornburgh (he/him)
Department of Justice, Antitrust Division
450 Fifth Street, N.W., Suite 7000
Washington, DC 20530
M: 202-803-1168

_____

This email and any files transmitted with it are intended solely for the use of the individual or entity to whom they are addressed. If you have received this email in error please notify the system manager. If you are not the named addressee you should not disseminate, distribute or copy this e-mail.

Mayer Brown is a global services provider comprising an association of legal practices that are separate entities, including Mayer Brown LLP (Illinois, USA), Mayer Brown International LLP (England), Mayer Brown (a Hong Kong partnership) and Tauil & Chequer Advogados (a Brazilian partnership).

Information about how we handle personal information and our use of relationship insight tools in conjunction with email is available in our Privacy Notice.