**EXHIBIT D**

**FILED**

UNITED STATES COURT OF APPEALS

AUG 30 2011

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| WAYNE TALEFF; et al., | No. 11-16173 |
| Plaintiffs - Appellants, | D.C. No. 3:11-cv-02179-JW<br>Northern District of California,<br>San Francisco |
| v. | |
| SOUTHWEST AIRLINES CO.; et al., | |
| Defendants - Appellees. | ORDER |

Before: CANBY, WARDLAW, and GOULD, Circuit Judges.

Appellees' motion for sanctions is granted. *See* 28 U.S.C. § 1927. This matter is referred to the Appellate Commissioner for determination of the amount of attorneys fees to be awarded.

AT/MOATT