UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

### CERTIFICATION OF MICHAEL F MURRAY IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Michael F. Murray, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of Paul Hastings, LLP, 2050 M St NW, Washington D.C. 20036, 202-551-1730.

3. I am a member in good standing of the bar of the District of Columbia.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

I certify under penalty of perjury that the foregoing is true and correct, this 7th day of June 2023.

*/s/ Michael F Murray*
Michael F. Murray
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
michaelmurray@paulhastings.com