UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORP., ET AL.,<br><br>Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Airbus Americas, Inc. hereby discloses the following:

The parent corporation of Airbus Americas, Inc. is Airbus SAS, which is owned by Airbus SE.  No publicly held corporation owns 10% or more of Airbus SE's stock.

Dated:  June 7, 2023

Respectfully submitted,

By: /s/ Scott Peachman

Nathaniel B. Edmonds (*pro hac vice*)
nathanieledmonds@paulhastings.com
Michael F. Murray (*pro hac vice*)
michaelmurray@paulhastings.com
Lindsey W. Dieselman (*pro hac vice*)
lindseydieselman@paulhastings.com
PAUL HASTINGS LLP
2050 M Street NW
Washington, DC 20036
Tel.: 1(202) 551-1705
Fax: 1(202) 551-1700

Scott Peachman

- 2 -

scottpeachman@paulhastings.com
Noah Pinegar (*pro hac vice*)
noahpinegar@paulhastings.com
PAUL HASTINGS LLP
200 Park Avenue
New York, NY 10016
Tel: 1(212) 318-6000
Fax: 1(212) 319-4090

*Counsel for Airbus Americas, Inc.*

- 3 -

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

| | |
|---|---|
| Dated: June 7, 2023 | Respectfully submitted, |
| | By: /s/ Scott Peachman |
| | Scott Peachman |