## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE OF NOAH PINEGAR

PLEASE TAKE NOTICE that Noah Pinegar, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

| | |
|---|---|
| Dated: June 8, 2023 | Respectfully submitted, <br><br> By: /s/ Noah Pinegar <br> Noah Pinegar <br> Paul Hastings LLP <br> 200 Park Avenue <br> New York, NY 10166 <br> 212-318-6057 <br> noahpinegar@paulhastings.com <br><br> *Counsel for Airbus Americas, Inc.* |

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

Dated: June 8, 2023   Respectfully submitted,

By: /s/ Noah Pinegar
Noah Pinegar
Paul Hastings LLP
200 Park Avenue
New York, NY 10166
212-318-6057
noahpinegar@paulhastings.com

- 2 -