**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORP., ET AL.,<br><br>Defendants. | Civil Action No. 1:23-cv-10511-WGY |

**<u>NOTICE OF APPEARANCE OF MICHAEL F MURRAY</u>**

PLEASE TAKE NOTICE that Michael F Murray, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Michael F. Murray
Michael F. Murray
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1730
michaelmurray@paulhastings.com

*Counsel for Airbus Americas, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

Dated: June 8, 2023                    Respectfully submitted,

By: /s/ Michael F. Murray
Michael F. Murray
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1730
michaelmurray@paulhastings.com