UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ET AL., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORP., ET AL., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE OF NATHANIEL B EDMONDS

PLEASE TAKE NOTICE that Nathaniel B. Edmonds, an attorney with the firm of Paul Hastings LLP, and who is admitted *pro hac vice* to practice before this Court, hereby appears as counsel for non-party Airbus Americas, Inc. in the above-captioned matter.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Nathaniel B. Edmonds
Nathaniel B. Edmonds
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1774
nathanieledmonds@paulhastings.com

*Counsel for Airbus Americas, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic filing.

Dated: June 8, 2023

Respectfully submitted,

By: /s/ Nathaniel B. Edmonds
Nathaniel B. Edmonds
Paul Hastings LLP
2050 M St NW
Washington, DC 20036
202-551-1774
nathanieledmonds@paulhastings.com