UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**CERTIFICATION OF MATT K. NGUYEN**
**IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Matt K. Nguyen, certify the following:

1. I am an associate with the law firm Cooley LLP, 1299 Pennsylvania Avenue NW, Suite 700, Washington, DC 20004-2400.  I am a member of the State Bar of California and the District of Columbia Bar, and I am admitted to practice in the following courts:

   - California
   - District of Columbia
   - U.S. District Court for the Southern District of California

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: June 23, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Matt K. Nguyen*
Matt K. Nguyen
mnguyen@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone: +1 202 842 7800
Facsimile: +1 202 842 7899

287579542