AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation                                                                                      .

Date:      06/26/2023

/s/ Matt K. Nguyen
*Attorney's signature*

Matt K. Nguyen (DC #1736777)
*Printed name and bar number*

COOLEY LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400

*Address*

mnguyen@cooley.com
*E-mail address*

(202) 842-7800
*Telephone number*

(202) 842-7899
*FAX number*

## MIUNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No. 1:23-cv-10511-WGY

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on June 26, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: June 26, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Matt K. Nguyen*

Matt K. Nguyen (admitted *pro hac vice*)
mnguyen@cooley.com
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 20004-2400
Telephone:   +1 202 842 7800
Facsimile:    +1 202 842 7899

*Attorney for JetBlue Airways Corporation*

287579661