UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511 |

### NOTICE OF FIRM AND ADDRESS CHANGE

Please take notice that, effective July 5, 2023 Ryan Shores, counsel for Jetblue Airways Corporation Inc., in the above-captioned matter, is now with the law firm of Cleary Gottlieb Steen & Hamilton, 2112 Pennsylvania Avenue NW, Washington, DC 20037. Mr. Shores will continue to represent Jetblue Airways Corporation in the above-captioned matter.

Respectfully Submitted,

Jetblue Airways Corporation,

By its attorneys,

*/s/ Ryan Shores*

Ryan Shores *Pro Hac Vice*
 CLEARY GOTTLIEB STEEN & HAMLITON LLP
2112 Pennsylvania Avenue NW,
Washington, DC 20037
(202) 974 1876
rshores@cgsh.com

1

**Certificate of Service**

    I hereby certify that on July 10, 2023 I electronically filed the within document with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all counsel of record.

                                                                   */s/ Ryan Shores*

                                                                   Ryan Shores *Pro Hac Vice*
                                                                   CLEARY GOTTLIEB STEEN & HAMLITON LLP
                                                                   2112 Pennsylvania Avenue NW,
                                                                   Washington, DC 20037
                                                                   (202) 974 1876
                                                                   rshores@cgsh.com