IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

United States of America, et al,

        Plaintiffs,

v.

JetBlue Airways Corporation,

and

Spirit Airlines, Inc.,

        Defendants.

Case No. 1:23-cv-10511-WGY

**PLAINTIFFS' MOTION TO COMPEL PRODUCTION OF SPIRIT DOCUMENTS
WRONGFULLY WITHHELD AS PRIVILEGED**

Pursuant to Federal Rules of Civil Procedure 37 and Local Rule 7.1, the United States of America, the State of California, the District of Columbia, the State of Maryland, the Commonwealth of Massachusetts, the State of New Jersey, the State of New York, and the State of North Carolina (collectively, "Plaintiffs"), through their undersigned counsel, hereby seek an order compelling production of documents identified in Exhibit 1 to the Declaration in Support of the Motion to Compel, which Defendant Spirit Airlines, Inc. ("Spirit") has withheld entirely on the basis of privilege. The grounds for this motion are fully set forth in the accompanying memorandum of law.

1

Dated: August 18, 2023						Respectfully,

		/s/ Edward W. Duffy
		Edward W. Duffy
		Michael Battaglia
		Arianna Markel
		U.S. Department of Justice, Antitrust Division
		450 Fifth Street, NW, Suite 8000
		Washington, DC 20530
		Phone: 202-812-4723
		Facsimile: 202-307-5802
		E-mail: edward.duffy@usdoj.gov

		*Attorneys for Plaintiff United States of America*

		/s/ William T. Matlack
		William T. Matlack (MA Bar No. 552109)
		Office of the Attorney General
		One Ashburton Place, 18th Floor
		Boston, MA 02108
		Telephone: (617) 727-2200
		Email: William.Matlack@mass.gov

		*Attorney for Plaintiff Commonwealth of Massachusetts*

		/s/ Olga Kogan
		Olga Kogan (*admitted pro hac vice*)
		New York State Office of the Attorney General
		28 Liberty Street, 20th Floor
		New York, NY 10005
		Telephone: (212) 416-8262
		Email: olga.kogan@ag.ny.gov

		*Attorney for Plaintiff State of New York*


		/s/ C. William Margrabe
		C. William Margrabe (*admitted pro hac vice*)
		Office of the Attorney General
		400 6th Street NW, Suite 10100
		Washington, DC 20001
		Telephone: (202) 727-6294
		Email: will.margrabe@dc.gov

		*Attorney for Plaintiff District of Columbia*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State Maryland*

/s/ Komal K. Patel
Komal K. Patel (*admitted pro hac vice*)
Deputy Attorney General
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6000
Email: Komal.Patel@doj.ca.gov

*Attorneys for Plaintiff State of California*


/s/ Bryan S. Sanchez
Bryan S. Sanchez (*admitted pro hac vice*)
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Bryan.Sanchez@law.njoag.gov
Ana.Atta-Alla@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice Post Office Box 629
Raleigh, NC 27602

3

Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs conferred with counsel for Spirit in a good-faith effort to resolve or narrow the issues presented in this motion prior to filing. Spirit confirmed that they oppose the motion.

/s/ Edward W. Duffy
Edward W. Duffy
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Edward W. Duffy
Edward W. Duffy
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov