# EXHIBIT 2

| NAME OF PERSON FILING NOTIFICATION | DATE |
|---|---|
| Spirit Airlines, Inc. | August 12, 2022 |

## ITEM 4

PERSONS FILING NOTIFICATION MAY PROVIDE BELOW AN OPTIONAL INDEX OF DOCUMENTS REQUIRED TO BE SUBMITTED BY ITEM 4 *(See Item by Item instructions)*. THESE DOCUMENTS SHOULD NOT BE ATTACHED TO THIS PAGE.

| | | | |
|---|---|---|---|
| **4(a)** | ENTITIES WITHIN THE PERSON FILING NOTIFICATION THAT FILE ANNUAL REPORTS WITH THE SECURITIES AND EXCHANGE COMMISSION | ☐ None | CENTRAL INDEX KEY NUMBER |
| | Spirit Airlines, Inc. | | 0001498710 |

| | | | |
|---|---|---|---|
| **4(b)** | ANNUAL REPORTS AND ANNUAL AUDIT REPORTS | ☐ None | ATTACHMENT OR REFERENCE NUMBER |
| | Spirit Airlines, Inc. Annual Report on Form 10-K for the fiscal year ended December 31, 2021. Available at: https://www.sec.gov/ix?doc=/Archives/edgar/data/1498710/000149871022000088/save-20211231.htm | | N/A |

| | | | |
|---|---|---|---|
| **4(c)** | STUDIES, SURVEYS, ANALYSES, AND REPORTS | ☐ None | ATTACHMENT OR REFERENCE NUMBER |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated April 7, 2022. | | 4c-1 |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated April 21, 2022. | | 4c-2 |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated April 30, 2022. | | 4c-3/P-5 |
| | Rejected Proposal from JetBlue is Illusory and Not Superior, prepared under the supervision of Ted Christie, President & CEO, Spirit Airlines, Inc., dated May 5, 2022. | | 4c-4 |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated May 10, 2022. | | 4c-5/P-6 |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated May 18, 2022. | | 4c-6 |
| | Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated July 27, 2022. | | 4c-7 |

| | | | |
|---|---|---|---|
| **4(d)** | ADDITIONAL DOCUMENTS | ☒ None | ATTACHMENT OR REFERENCE NUMBER |
| | None | | |

| NAME OF PERSON FILING NOTIFICATION | DATE |
|---|---|
| Spirit Airlines, Inc. | August 12, 2022 |

| PRIVILEGED DOCUMENTS | ☐ None | ATTACHMENT OR REFERENCE NUMBER |
|---|---|---|

Questions for Discussion, prepared by Thomas Canfield, Senior Vice President, General Counsel & Secretary, Spirit Airlines, Inc., dated April 12, 2022.  
*The document is withheld on the basis of attorney-client privilege. A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc. The document's recipients were*

- ***Paul, Weiss, Rifkind, Wharton & Garrison LLP:*** *Andrew Finch, Partner; Sophia Bertran, Associate;*
- ***Spirit Airlines, Inc.:*** *Ted Christie, President & CEO;*
- ***Campbell-Hill Aviation Group, LLC****: Kevin Healy, President & CEO;*
- ***Charles River Associates****: Cristina Caffarra, Senior Consultant.*

*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.*

P-1

Confidential Analysis for Paul, Weiss LLP, prepared by Kevin P. Healy, President & CEO Campbell-Hill Aviation Group, LLC, dated April 13, 2022.  
*The document is withheld on the basis of attorney-client privilege. A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc. The document's recipients were*

- ***Paul, Weiss, Rifkind, Wharton & Garrison LLP:*** *Andrew Finch, Partner; Sophia Bertran, Associate; Michael Buchwald, Associate;*
- ***Spirit Airlines, Inc.:*** *Thomas Canfield, Senior Vice President, General Counsel & Secretary;*
- ***Charles River Associates****: Cristina Caffarra, Senior Consultant; David Reitman, Vice President; Gopal Das Varma, Vice President.*

*The document was prepared at the direction of and reflects legal advice of Andrew Finch, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.*

P-2

B6/F9: Comparison of Antitrust Considerations, prepared by Paul, Weiss, Rifkind, Wharton & Garrison LLP, dated April 19, 2022.  
*The document is withheld on the basis of attorney-client privilege. A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc. The document's recipients were*

- ***Paul, Weiss, Rifkind, Wharton & Garrison LLP:*** *Andrew Finch, Partner; Joshua Soven, Partner; Jared Nagley, Counsel; Yuni Sobel, Counsel; Sophia Bertran, Associate; Michael Buchwald, Associate; Jay Kaplan, Associate; Patrick McCusker, Associate; Arielle McTootle, Associate; Bethany Robinson, Associate; Jared Sunshine, Practice Management Attorney; Amy Metzel, Senior Staff Attorney; Nicole Cobb, Staff Attorney; Nia McFall, Litigation Paralegal.*
- ***Spirit Airlines, Inc.:*** *Thomas Canfield, Senior Vice President, General Counsel & Secretary; Scott Haralson, Senior Vice President & Chief Financial Officer; Leticia Lamarque, Director, Legal Counsel; Spirit Board of Directors;*
- ***Campbell-Hill Aviation Group, LLC****: Kevin Healy, President & CEO;*
- ***Charles River Associates****: Cristina Caffarra, Senior Consultant; David Reitman, Vice President; Gopal Das Varma, Vice President.*

*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.*

P-3

| NAME OF PERSON FILING NOTIFICATION | DATE |
|---|---|
| Spirit Airlines, Inc. | August 12, 2022 |

| | |
|---|---|
| Project Galaxy Antitrust Analysis of Potential B6/F9 Transactions, prepared by Paul, Weiss, Rifkind, Wharton & Garrison LLP, dated April 20, 2022.<br>*The document is withheld on the basis of attorney-client privilege.  A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc.  The document's recipients were*<br>- **Paul, Weiss, Rifkind, Wharton & Garrison LLP:**  *Andrew Finch, Partner; Joshua Soven, Partner;  Jared Nagley, Counsel; Yuni Sobel, Counsel; Sophia Bertran, Associate; Michael Buchwald, Associate; Jay Kaplan, Associate; Patrick McCusker, Associate; Arielle McTootle, Associate; Bethany Robinson, Associate; Jared Sunshine, Practice Management Attorney; Amy Metzel, Senior Staff Attorney; Nicole Cobb, Staff Attorney; Nia McFall, Litigation Paralegal;*<br>- **Spirit Airlines, Inc.:** *Thomas Canfield, Senior Vice President, General Counsel & Secretary; Scott Haralson, Senior Vice President & Chief Financial Officer; Leticia Lamarque, Director, Legal Counsel; Spirit Board of Directors;*<br>- **Campbell-Hill Aviation Group, LLC**: *Kevin Healy, President & CEO;*<br>- **Charles River Associates:** *Cristina Caffarra, Senior Consultant; David Reitman, Vice President; Gopal Das Varma, Vice President.*<br>*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.* | P-4 |
| Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated April 30, 2022.<br>*Portions of the document have been redacted on the basis of attorney-client privilege.  A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc.  The document's recipients were*<br>- **Spirit Airlines, Inc.:** *Ted Christie, President & CEO; Thomas Canfield, Senior Vice President, General Counsel & Secretary; Scott Haralson, Senior Vice President & Chief Financial Officer; Ady Savard, Executive Assistant; Leticia Lamarque, Director, Legal Counsel; Spirit Board of Directors;*<br>- **Barclays:** *Barclays Galaxy Deal Team\*\*; Thomas Klewer, Associate; Gianmaria Gianforme, Director; Johnathan Gerst, Managing Director; Benjamin Metzger, Managing Director; Amy Song, Associate;*<br>- **Morgan Stanley:** *Morgan Stanley Galaxy Deal Team\*\*\*; Kelsey Sharp, Associate of Mergers & Acquisitions; Chris Huchenski, Executive Director of  Transportation & Logistics;*<br>- **Debevoise & Plimpton LLP:** *Gregory Gooding, Partner; William Regner, Partner; Marisa Demko, Associate; Emily Huang, Partner;*<br>- **Paul, Weiss, Rifkind, Wharton & Garrison LLP**: *Andrew Finch, Partner; Sophia Bertran, Associate.*<br>*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.* | P-5/4c-3 |

| | |
|---|---|
| Discussion Materials Project Galaxy, prepared by Barclays and Morgan Stanley, dated May 10, 2022.<br>*Portions of the document have been redacted on the basis of attorney-client privilege. A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLP, counsel to Spirit Airlines, Inc. The document's recipients were*<br>- **Spirit Airlines, Inc.:** *Ted Christie, President & CEO; Thomas Canfield, Senior Vice President, General Counsel & Secretary; Scott Haralson, Senior Vice President & Chief Financial Officer; DeAnne Gabel, Senior Director of Investor Relations; Bobby Schroeter, Senior Vice President & Chief Marketing Officer; Lania Rittenhouse, Vice President of Guest Experience & Brand; Leticia Lemarque, Director, Legal Counsel; Spirit Board of Directors;*<br>- **Morgan Stanley**: *Kristin Healy, Managing Director of Merger & Acquisitions; Morgan Stanley Galaxy Deal Team\*\*\*;*<br>- **Barclays**: *Michael Coppola, Vice President; Barclays Galaxy Deal Team\*\*;*<br>- **Debevoise & Plimpton LLP:** *Gregory Gooding, Partner; William Regner, Partner; Marisa Demko, Associate; Emily Huang, Partner;*<br>- **Paul, Weiss, Rifkind, Wharton & Garrison LLP**: *Andrew Finch, Partner; Sophia Bertran, Associate;*<br>- **Sard Verbinnen:** *Sard Verbinnen Galaxy Deal Team\*;*<br>- **Okapi Partners:** *Bruce Goldfarb, Founder, President & Chief Executive Officer; Jason Alexander, Managing Director.*<br>*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.* | P-6/4c-5 |
| Project Galaxy Analysis of JetBlue's New Proposal and Regulatory Claims, prepared by Paul, Weiss, Rifkind, Wharton & Garrison, LLP, dated May 18, 2022.<br>*The document is withheld on the basis of attorney-client privilege. A copy is in the control of Yuni Sobel of Paul, Weiss, Rifkind, Wharton & Garrison LLC, counsel to Spirit Airlines, Inc. The document's recipients were*<br>- **Paul, Weiss, Rifkind, Wharton & Garrison LLP:** *Sophia Bertran, Associate;*<br>- **Sard Verbinnen:** *Columbia Clancy, Principal; Sard Verbinnen Galaxy Deal Team\*;*<br>- **Spirit Airlines, Inc.:** *Ted Christie, President & CEO; Thomas Canfield, Senior Vice President, General Counsel & Secretary; Scott Haralson, Senior Vice President & Chief Financial Officer; DeAnne Gabel, Senior Director of Investor Relations; Bobby Schroeter, Senior Vice President & Chief Marketing Officer; Lania Rittenhouse, Vice President of Guest Experience & Brand; Spirit Board of Directors;*<br>- **Barclays:** *Jonathan Gerst, Vice President; Michael Coppola, Vice President; Thomas Klewer, Associate; Amy Song, Analyst; Barclays Galaxy Deal Team\*\*,*<br>- **Morgan Stanley:** *Freddy Tovo, Associate; Guru Gupta, Managing Director of Transportation & Logistics; Morgan Stanley Galaxy Deal Team\*\*\*;*<br>- **Debevoise & Plimpton LLP:** *Gregory Gooding, Partner; William Regner, Partner; Eric Juergens, Partner; Emily Huang, Partner; Marisa Demko, Associate;*<br>- **Okapi Partners LLC:** *Bruce Goldfarb, Founder, President & Chief Executive Officer; Jason Alexander, Managing Director; Jeremy Provost, Assistant Vice President; Jon Einsidler, Managing Director.*<br>*The document reflects legal advice of Andrew Finch, Partner, Paul, Weiss, Rifkind, Wharton & Garrison LLP with respect to legal and regulatory matters.* | P-7 |

*The Sard Verbinnen Galaxy Deal Team includes Andrew Cole, Co-President; Robin Weinberg, Managing Director, Steve Balet, Managing Director; Chris Cernich, Managing Director; Columbia Clancy, Principal; Brad Vitou, Principal; Bridget Nagle, Vice President; Fiona Tessitore, Vice President; Catherine Livingston, Senior Associate; Sebastiano di Robilant Senior Associate; Zachary Herrmann, Junior Associate, Amanda Boateng, Junior Associate; Montgomery Owen, Junior Associate.

**The Barclays Galaxy Deal Team includes Benjamin Metzger, Managing Director; Gianmaria Gianforme, Director; Michael Coppola, Vice President; Thomas Klewer, Associate; Amy Song, Analyst; Jonathan Gerst, Managing Director.

***The Morgan Stanley Galaxy Deal Team includes Nelson Walsh, Vice President of Transportation & Logistics; Guru Gupta, Managing Director of Transportation & Logistics; Kristin Healy, Managing Director of Merger & Acquisitions; Chris Huchenski, Executive Director of Transportation & Logistics; James McMahon, Executive Director of Mergers & Acquisitions; Robert Schaus, Associate of Transportation & Logistics; Kelsey Sharp, Associate of Mergers & Acquisitions; Freddy Tovo, Associate of Transportation & Logistics; Yena Cho, Analyst of Mergers & Acquisitions; Zain Athar, Analyst of Transportation & Logistics.