# EXHIBIT 7

## Battaglia, Michael (ATR)

| | |
|---|---|
| **From:** | Wald, Kate <kwald@paulweiss.com> |
| **Sent:** | Monday, May 1, 2023 2:40 PM |
| **To:** | Battaglia, Michael (ATR); Jessica Delbaum; Ryan Shores; Richard Schwed; leila.siddiky@shearman.com; Brian.Hauser@shearman.com; Michael Mitchell; rachel.zieminski@shearman.com; mejiab@cooley.com; eglass@cooley.com; Finch, Andrew C; St. Matthew-Daniel, Eyitayo; Cohen, Jay; Dearborn, Meredith; Nagley, Jared; srudman@choate.com; Sunshine, Jared |
| **Cc:** | Duffy, Edward (ATR); Briggs, John (ATR); Sepulveda, Brendan (ATR); Pearl, Stephanie (ATR); Riblet, Sarah (ATR); Markel, Arianna (ATR); Teitelbaum, Aaron (ATR); Moore, James (ATR); Baldwin, Maisie (ATR); Boury, Jean (ATR); Torres Paez, Estefania (OAG); william.matlack@mass.gov; Will Margrabe; Kogan, Olga; daniel.leff@mass.gov; Feder, Morgan; Hoffmann, Elinor; swalker@oag.state.md.us; Komal.Patel@doj.ca.gov; Bryan.Sanchez@law.njoag.gov; jsutton2@ncdoj.gov |
| **Subject:** | [EXTERNAL] RE: United States et al. v. JetBlue Airways Corp. et al., No. 1:23-cv-10511 - Investigation Privilege Logs |

Michael,
This is confirmed for Spirit.
Best,
Kate


**Kate Wald** | Associate
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
212 373 3101 (Direct Phone) | 212 492 0101 (Direct Fax)
kwald@paulweiss.com | www.paulweiss.com
*Pronouns: She/Her/Hers*

---

**From:** Battaglia, Michael (ATR) <Michael.Battaglia@usdoj.gov>
**Sent:** Thursday, April 27, 2023 12:13 PM
**To:** Jessica Delbaum <Jessica.Delbaum@Shearman.com>; Ryan Shores <Ryan.Shores@Shearman.com>; Richard Schwed <RSchwed@Shearman.com>; leila.siddiky@shearman.com; Brian.Hauser@shearman.com; Michael Mitchell <Michael.Mitchell@shearman.com>; rachel.zieminski@shearman.com; mejiab@cooley.com; eglass@cooley.com; Wald, Kate <kwald@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; St. Matthew-Daniel, Eyitayo <TStMatthewDaniel@paulweiss.com>; Cohen, Jay <jaycohen@paulweiss.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nagley, Jared <jnagley@paulweiss.com>; srudman@choate.com; Sunshine, Jared <jsunshine@paulweiss.com>
**Cc:** Duffy, Edward (ATR) <Edward.Duffy@usdoj.gov>; Briggs, John (ATR) <John.Briggs@usdoj.gov>; Sepulveda, Brendan (ATR) <Brendan.Sepulveda@usdoj.gov>; Pearl, Stephanie (ATR) <Stephanie.Pearl@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Teitelbaum, Aaron (ATR) <Aaron.Teitelbaum@usdoj.gov>; Moore, James (ATR) <James.Moore4@usdoj.gov>; Baldwin, Maisie (ATR) <Maisie.Baldwin@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>; Torres Paez, Estefania (OAG) <estefania.torrespaez@dc.gov>; william.matlack@mass.gov; Will Margrabe <Will.Margrabe@dc.gov>; Kogan, Olga <Olga.Kogan@ag.ny.gov>; daniel.leff@mass.gov; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Hoffmann, Elinor <Elinor.Hoffmann@ag.ny.gov>; swalker@oag.state.md.us; Komal.Patel@doj.ca.gov; Bryan.Sanchez@law.njoag.gov; jsutton2@ncdoj.gov
**Subject:** United States et al. v. JetBlue Airways Corp. et al., No. 1:23-cv-10511 - Investigation Privilege Logs

Counsel,

Based on JetBlue's and Spirit's responses and objections, we understand that neither JetBlue nor Spirit will be re-reviewing or reproducing documents previously produced to the Division during the investigation, and accordingly that Defendants will continue to withhold documents withheld during the investigation on privilege grounds.

If this is true, please confirm be the end of the day tomorrow that JetBlue and Spirit will be relying on their respective privilege logs served during the investigation to substantiate claims of privilege for withheld investigation materials rather than serving updated privilege logs.

Regards,
Michael Battaglia

**Michael D. Battaglia**
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Phone: 202-706-3393
michael.battaglia@usdoj.gov

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.