# EXHIBIT 10

**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON  (1946-1991)
RANDOLPH E. PAUL  (1946-1956)
SIMON H. RIFKIND  (1950-1995)
LOUIS S. WEISS  (1927-1950)
JOHN F. WHARTON  (1927-1977)

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

WRITER'S DIRECT DIAL NUMBER
(212) 373-3063

WRITER'S DIRECT FACSIMILE
(212) 492-0063

WRITER'S DIRECT E-MAIL ADDRESS
sbertran@paulweiss.com

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
J. STEVEN BAUGHMAN
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
GERALD BRANT
ROBERT A. BRITTON
DAVID W. BROWN
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
ANDREW J. FOLEY
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
CHRISTOPHER D. FREY
MANUEL S. FREY
ANDREW L. GAINES
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
NICHOLAS P. GROOMBRIDGE
BRUCE A. GUTENPLAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
JEH C. JOHNSON
MATTHEW B. JORDAN
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG

ALAN W. KORNBERG
DANIEL J. KRAMER
BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
CARL L. REISNER
LORIN L. REISNER
JEANNIE S. RHEE*
WALTER G. RICCIARDI
RICHARD A. ROSEN
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
CHARLES F. "RICK" RULE*
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY D. SAFERSTEIN
JEFFREY B. SAMUELS
PAUL L. SANDLER
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM*
SUHAN SHIM
CULLEN L. SINCLAIR
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
SARAH STASNY
ERIC ALAN STONE
AIDAN SYNNOTT
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
AUSTIN WITT
MARK B. WLAZLO
ADAM WOLLSTEIN
JULIA TARVER MASON WOOD
JENNIFER H. WU
JORDAN E. YARETT
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KEN ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

October 7, 2022

**VIA EMAIL**

Sarah V. Riblet
Brendan Sepulveda, Esq.
Media, Entertainment, and Communications Section
Antitrust Division
U.S. Department of Justice
450 5th Street, NW
Suite 7000
Washington, DC 20530

       Re:    *Civil Investigative Demand No. 31142 (FGS Global) – Response to Specifications 1 and 2*

Dear Sarah:

       On behalf of FGS Global ("FGS"), please see below FGS's response to Specification 1 and 2 of Civil Investigative Demand No. 31142, issued by the Antitrust Division of the U.S. Department of Justice (the "Division") on September 7, 2022.

       \*     \*     \*

**SPECIFICATION 1: Identify each study, evaluation, analysis, project or other work that the Company is performing, is negotiating to perform, or has performed since**

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah Riblet
Brendan Sepulveda, Esq.  2

January 1, 2022, relating to either the Transaction or the proposed Frontier-Spirit Transaction, including the name of the client, the date(s) of retention, the person(s) with primary responsibility for completing the work, and provide a detailed explanation of the scope of the work.

**Response to Specification 1:**

FGS was engaged by Spirit Airlines, Inc. ("Spirit") on January 7, 2022 to provide strategic communications and media relations counsel in connection with the sale of Spirit, including the following stages relating to the sale: (1) the signing of a definitive agreement to merge with Frontier Airlines ("Frontier"); (2) the period before closing the transaction with Frontier; (3) Spirit's response to the unsolicited bid and tender offer from JetBlue Airways ("JetBlue"); (4) the termination of the Frontier merger agreement; (5) the signing of a definitive agreement to be acquired by JetBlue; and (6) the period before closing the transaction with JetBlue. The list below describes each stage of FGS's engagement in more detail, including the work that FGS performed in connection with each of these stages of the engagement.

- *Frontier/Spirit Merger Agreement (Jan. 2022-Feb. 2022):* FGS supported Spirit by drafting, reviewing, revising, and/or designing Spirit's external and internal communications relating to Spirit's proposed merger with Frontier. This work included the drafting of a deliverables list and rollout schedule, a plan in the event of a potential leak, press releases, a master Q&A regarding the proposed transaction, emails to airline guests, emails to suppliers and partners, an investor presentation, an investor and analyst conference call script, a fact sheet, a microsite with details about the proposed transaction, a cover note for investor outreach, talking points for use by agents and guest care, social media posts, a letter to employees, talking points for Spirit officers and managers, and a script for an employee video. FGS also advised Spirit on its media strategy, including pitching, securing, and coordinating logistics for interviews on announcement day. Additionally, FGS participated in joint Q&A prep sessions with Spirit, Frontier, and their respective advisors ahead of the proposed transaction's announcement. Lastly, FGS coordinated schedules for investor and sell-side analyst meetings on announcement day.

- *Path to Closing the Proposed Frontier Merger (Feb. 2022-July 2022):* FGS continued to support Spirit with strategic media and communications advice during Spirit's efforts to close the proposed Frontier-Spirit merger. During this stage, FGS developed a communications plan covering the post-announcement period through closing, drafted, reviewed, and/or revised multiple iterations of internal communications (e.g., an employee update newsletter), and, together with Spirit's legal advisors, advised Spirit on how to respond to inbound media inquiries regarding the status of the regulatory review process.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah Riblet
Brendan Sepulveda, Esq.                                                                 3

- *Unsolicited Bid and Tender Offer from JetBlue (Mar. 2022-July 2022):* Upon receipt of JetBlue's unsolicited bid to acquire Spirit, FGS pivoted to providing Spirit with strategic communications advice relating the unsolicited bid and tender offer from JetBlue. During this stage of the engagement, FGS developed and drafted scenario planning documents and internal and external communications materials (e.g., press releases, employee letters, employee Q&As, investor and analyst Q&As, conference call scripts and presentations, talking points for media interviews, infographics, and social media ads) in connection with JetBlue's bid and the proposed transaction with Frontier. FGS also advised on media strategy, including pitching, securing, and coordinating logistics for interviews and tracking third-party commentators. Additionally, FGS developed and designed a transaction microsite regarding the proposed transaction with Frontier, advised on and executed a paid digital shareholder ad campaign, and developed and designed newspaper ads.

- *Termination of the Frontier Merger Agreement (July 2022):* FGS supported Spirit in the announcement that Spirit would be terminating its merger agreement with Frontier. This entailed drafting and/or designing multiple iterations of external and internal communications materials (e.g., press releases, employee letters, and employee Q&As).

- *JetBlue/Spirit Merger Agreement (July 2022):* FGS supported Spirit with strategic communications advice in connection with the announcement of its merger agreement with JetBlue. This entailed drafting, reviewing, revising, and/or designing Spirit's external and internal communications relating to Spirit's proposed merger with JetBlue. This work included drafting a deliverables list and rollout schedule, a press release, a master Q&A regarding the proposed transaction, emails to airline guests, emails to suppliers and partners, an investor presentation, a cover note for investor outreach, talking points for use by agents and guest care, talking points for use by recruiters, talking points for use with the media, social media posts, a letter to employees, talking points for Spirit officers and managers, prep material and talking points for Ted Christie to use with media, and a script for an employee video and town hall.

- *Path to Closing the Proposed JetBlue Transaction (July 2022-Present):* Beginning in July 2022, FGS turned to supporting the potential Spirit/JetBlue transaction in its path to closing. This entailed the development of a communications plan covering the post-announcement period through closing, drafting internal communications regarding the Division's lawsuit against the Northeast Alliance, drafting a press release, employee note and employee Q&A regarding favorable recommendations from proxy advisory firms ISS and Glass Lewis, and advising on various inbound media inquiries.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah Riblet
Brendan Sepulveda, Esq.                                                                                          4

**SPECIFICATION 2: Identify all persons, including but not limited to employees of Frontier, JetBlue, or Spirit, that you have interviewed or otherwise received information from relating to each study, evaluation, analysis, project, or other work identified in response to Specification 1, and describe the information provided by each person.**

**Response to Specification 2:**

    The list below identifies all persons who have been interviewed or have otherwise provided information to FGS relating to the engagement described in FGS's response to Specification 1 above. The Spirit employees and advisors listed below provided factual and strategic information relevant to Spirit's internal and external communications strategies during the various stages of FGS's engagement.

- *Frontier/Spirit Merger Agreement (Jan. 2022-Feb. 2022):* During this stage, FGS received information relevant to the communications strategy for the proposed Frontier transaction from:

    o Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

    o Morgan Stanley (financial advisors to Spirit) employees Guru Gupta, Nelson Walsh, and Kristin Healy;

    o Barclays (financial advisors to Spirit) employees Benjamin Metzger and Jonathan Gerst;

    o Paul, Weiss, Rifkind, Wharton & Garrison LLP (legal advisors to Spirit) employees Andrew Finch, Jared Nagley, and Sophia Bertran;

    o Debevoise & Plimpton LLP (legal advisors to Spirit) employees Bill Regner, Greg Gooding, and Eric Juergens; and

    o Joele Frank (PR advisors to Frontier) employees Kelly Sullivan, Ed Trissel, Joseph Sala, and Brooks Hussey.

- *Path to Closing the Proposed Frontier Merger (Feb. 2022-July 2022):* During this stage, FGS received information relevant to the communications strategy for the period between signing and closing of the proposed Frontier merger from:

    o Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah Riblet
Brendan Sepulveda, Esq.                                                                                                         5

- o   Morgan Stanley employees Guru Gupta, Nelson Walsh, and Kristin Healy;

- o   Barclays employees Benjamin Metzger and Jonathan Gerst;

- o   Paul, Weiss, Rifkind, Wharton & Garrison LLP employees Andrew Finch, Jared Nagley, and Sophia Bertran;

- o   Debevoise & Plimpton LLP employees Bill Regner, Greg Gooding, and Eric Juergens; and

- o   Joele Frank employees Kelly Sullivan, Ed Trissel, Joseph Sala, and Brooks Hussey.

- *Unsolicited Bid and Tender Offer from JetBlue (Mar. 2022-July 2022):* During this stage, FGS received information relevant to the unsolicited bid and tender offer from JetBlue, as well as Spirit's position with respect to the proposed Frontier transaction, from:

  - o   Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

  - o   Morgan Stanley employees Guru Gupta, Nelson Walsh, and Kristin Healy;

  - o   Barclays employees Benjamin Metzger and Jonathan Gerst;

  - o   Paul, Weiss, Rifkind, Wharton & Garrison LLP employees Andrew Finch, Jared Nagley, and Sophia Bertran;

  - o   Debevoise & Plimpton LLP employees Bill Regner, Greg Gooding, and Eric Juergens;

  - o   Okapi Partners (proxy advisors to Spirit) Bruce Goldfarb and Jason Alexander; and

  - o   Joele Frank employees Kelly Sullivan, Ed Trissel, Joseph Sala, and Brooks Hussey.

- *Termination of the Frontier Merger Agreement (July 2022):* During this stage, FGS received information relevant to Spirit's communications strategy with respect to the termination of the proposed Frontier merger agreement from:

  - o   Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

Sarah Riblet
Brendan Sepulveda, Esq.                                                                                                6

- o   Morgan Stanley employees Guru Gupta, Nelson Walsh, and Kristin Healy;

- o   Barclays employees Benjamin Metzger and Jonathan Gerst;

- o   Paul, Weiss, Rifkind, Wharton & Garrison LLP employees Andrew Finch, Jared Nagley, and Sophia Bertran;

- o   Debevoise & Plimpton LLP employees Bill Regner, Greg Gooding, and Eric Juergens;

- o   Okapi Partners employees Bruce Goldfarb and Jason Alexander; and

- o   Joele Frank employees Kelly Sullivan, Ed Trissel, Joseph Sala, and Brooks Hussey.

- *JetBlue/Spirit Merger Agreement (July 2022):*  During this stage, FGS received information relevant to Spirit's communications strategy with respect to the announcement of the proposed JetBlue/Spirit transaction from:

    - o   Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

    - o   Morgan Stanley employees Guru Gupta, Nelson Walsh, and Kristin Healy;

    - o   Barclays employees Benjamin Metzger and Jonathan Gerst;

    - o   Paul, Weiss, Rifkind, Wharton & Garrison LLP employees Andrew Finch, Jared Nagley, and Sophia Bertran;

    - o   Debevoise & Plimpton LLP employees Bill Regner, Greg Gooding, and Eric Juergens;

    - o   Okapi Partners employees Bruce Goldfarb and Jason Alexander; and

    - o   Kekst CNC (PR advisors to JetBlue) employees Jeremy Fielding, Lissa Perlman, and Emma Young.

- *Path to Closing the Proposed JetBlue Transaction (July 2022-Present):*  During this stage, FGS received information relevant to the communications strategy for the period between signing and closing of the proposed JetBlue merger from:

    - o   Spirit employees Ted Christie, Thomas Canfield, Matthew Klein, Robert Schroeter, Lania Rittenhouse, DeAnne Gabel, Eric Hofmeyer, Laura Butler, and Samantha Johnson;

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah Riblet
Brendan Sepulveda, Esq.                                                                                                    7

- o   Morgan Stanley employees Guru Gupta, Nelson Walsh, and Kristin Healy;

- o   Barclays employees Benjamin Metzger and Jonathan Gerst;

- o   Paul, Weiss, Rifkind, Wharton & Garrison LLP employees Andrew Finch, Jared Nagley, and Sophia Bertran;

- o   Debevoise & Plimpton LLP employees Bill Regner, Greg Gooding, and Eric Juergens;

- o   Okapi Partners employees Bruce Goldfarb and Jason Alexander; and

- o   Kekst CNC (PR advisors to JetBlue) employees Jeremy Fielding, Lissa Perlman, and Emma Young.

*   *   *

FGS requests that the Division maintain this response as confidential pursuant to 15 U.S.C. § 1313(c)(3)–(4), and to use it solely for the purpose of this investigation, as well as to afford all protections from disclosure available under any applicable law, regulation, or practice.

Please do not hesitate to reach out to me if you have any questions.

Sincerely,

*/s/ Sophia Bertran*
Sophia Bertran
Paul, Weiss, Rifkind, Wharton & Garrison LLP