# EXHIBIT 11



March 07, 2022

Thomas C. Canfield
Senior Vice President, General Counsel & Secretary
Spirit Airlines Inc.
2800 Executive Way
Miramar, FL 33025

Dear Thomas:

Enclosed please find an invoice for January and February 2022 time charges above the initial project fee.

The invoice is for ▇▇▇▇▇ which reflects time charges of ▇▇▇▇▇ less the ▇▇▇▇▇ initial project fee, plus ▇▇▇▇▇ in out-of-pocket expenses through February 2022.

If you have any questions or need more information on this invoice, please call me.

Sincerely,

Andrew Cole
Co-President

Encl.

909 THIRD AVENUE  |  NEW YORK, NY 10022  |  212.687.8080  |  SARDVERB.COM



SARD VERBINNEN & CO

February 28, 2022

Client #:     3306
Invoice #:    0255384     - 3306

Thomas C. Canfield
Senior Vice President, General Counsel & Secretary
Spirit Airlines Inc.
2800 Executive Way
Miramar, FL 33025

## INVOICE

For Communication Consulting services rendered to Spirit Airlines Inc. during the months of January and February 2022, per the attached description.

**Total Time Charges**
**Less Project Fee**
**Net Time Charges**

Premium beat license
Istock photos
Grand Cuts - Spirit Merger Video Shoot Balance
Transcript Associates - Interview w/B.Biffle
Expenses related to on-site preparation and announcement day



**Expense Total**



## TOTAL AMOUNT DUE:

**Wire/ACH to:** Sard Verbinnen & Co., LLC, J.P. Morgan Chase & Co., 237 Park Avenue, Floor 6, NY, NY 10017,
Account # 134727630, Routing 021000021, SWIFT Code: CHASUS33
Invoices due upon receipt
Sard Verbinnen & Co., LLC Federal ID #: 13-4115411

909 THIRD AVENUE  |  NEW YORK, NY 10022  |  212.687.8080  |  SARDVERB.COM

FGS CONFIDENTIAL



**Client:** **Spirit Airlines - Confidential Project**

**Client #:** **3306**

*Page 1 of 2*

*Invoice Description*

*Principal activities during the months of January and February 2022 included:*

Providing strategic communications and media relations counsel to Spirit Airlines regarding its proposed combination with Frontier Airlines and other ongoing matters, including:

- Drafting, reviewing and/or revising multiple iterations of announcement communications materials for external audiences, including:
  - Deliverable list and rollout schedule;
  - Press release;
  - Master Q&A;
  - Email to guests, including breakout for frequent flyer groups and credit card holders;
  - Email to suppliers/partners;
  - Investor presentation;
  - Investor/analyst conference call script;
  - Fact sheet;
  - Microsite;
  - Cover note for investor outreach;
  - Talking points for use by agents & guest care; and
  - Social media posts;
- Drafting, reviewing and/or revising multiple iterations of announcement communications materials for internal audiences, including:
  - Team member note from T. Christie;
  - Talking points for pre-briefing Officers; and
  - Talking points for VPs to use with direct reports;
- Producing T. Christie team member video, including drafting script, coordinating logistics for and attending video shoot and editing clips into final video;
- Participating in joint prep session with advisors ahead of announcement;
- Advising on media strategy, including:
  - Pitching, securing and coordinating logistics for joint interview with P. LeBeau (CNBC);
  - Monitoring multiple media interviews on announcement day; and
  - Developing targeted media list;
- Advising on investor and analyst engagement, including:
  - Setting up virtual meeting room via Zoom;
  - Coordinating meeting schedule;
  - Monitoring multiple investor and analyst meetings on announcement day;
- Developing communications plan covering post-announcement period through close, including key milestones and related stakeholder communications activities;



**Client:** **Spirit Airlines - Confidential Project**

**Client #:** **3306**

*Page 2 of 2*

- Reviewing and advising on leak plan;
- Reviewing and advising on Q&A for Barclays fireside chat;
- Advising on ongoing media inquiries and opportunities;
- Participating in ongoing phone and email correspondence with T. Christie, T. Canfield, M. Klein, B. Schroeter, L. Rittenhouse, D. Gabel, E. Hofmeyer at Spirit, as well as members of the Frontier team and other external advisors to discuss announcement strategy, materials development, situation updates and other related matters;
- Conducting research as needed to inform development of relevant communications materials;
- Monitoring for, reviewing and circulating relevant media coverage; and
- Other related activities.

FGS CONFIDENTIAL

FGS-CID-00077377