# EXHIBIT 15

| | |
|---|---|
| Date: | Monday, May 16 2022 03:33 PM |
| Subject: | Addendum to Okapi Agreement |
| From: | Jason Alexander |
| To: | Thomas Canfield <Thomas.Canfield@Spirit.com>; |
| CC: | Bruce Goldfarb <bhgoldfarb@okapipartners.com>; Susan Hood <shood@okapipartners.com>; |
| Attachments: | Spirit Airlines (SAVE) Appendix II to 2022 Special Meeting Contract 5-16-2022.doc; image001.png |

Thomas,

Per our conversation, please see attached the Addendum to our letter of Agreement.

Thank you.

JWA

Jason W. Alexander
Senior Managing Director



1212 Avenue of the Americas, 24th Floor
New York, NY 10036

Office: 212.897.9785
Mobile: 917.864.8764
Email: jalexander@okapipartners.com

Website: www.okapipartners.com

OKAPI CONFIDENTIAL                                                                                                              OP-CID-00004287

APPENDIX II
(Includes Additional Services under paragraph (h) of Agreement dated February 16, 2022)

**SPIRIT AIRLINES, INC.**
**FEES & SERVICES SCHEDULE**

**CAMPAIGN MEETING SERVICES**                                                                                              Up to ▮

- Strategic advice and guidance relating to the Solicitation for SAVE
- Additional services relating to the Offer from JBLU
- Advance review of proxy materials
- Distribution of proxy materials
- Preparation of institutional stockholder contact lists
- Solicitation of Broadridge, brokers and banks
- Solicitation of institutional investors
- Communication with proxy advisory firms
- Delivery of executed proxies

**ADDITIONAL CAMPAIGN SERVICES**

- Direct telephone solicitation of registered holders/NOBOs
    - Set-up of toll-free number and training of Call Center Representatives    ▮
        - ▮ per call (incoming and outgoing)                                    TBD
        - ▮ per telephonic vote received                                        TBD
- Tabulation Services                                                            TBD

**ACTIVIST STOCK SURVEILLANCE AND MARKET INTELLIGENCE REPORTING**           ▮

- Price, Value and Performance Analysis
- Settlement and Institutional Ownership Analysis
- Monthly Institutional Shareholder Reports
- Peer and Industry Analysis
- Market Sentiment and Short Interest Analyses
- Options Activity Analysis

**PERFORMANCE FEES**                                                        TBD

Payable upon conclusion of the Solicitation (by settlement, meeting outcome or otherwise) and to be mutually agreed in light of effort expended and outcome achieved (anticipated to be no less than ▮ and up to ▮ of the fees for Campaign Meeting Services)

**FEE PAYMENT INSTRUCTIONS**

The Company shall pay Okapi for the Services as follows:

- Upon execution of this Appendix II as an Addendum to the Agreement, the Company shall pay Okapi ▮▮▮▮ and ▮▮▮▮ for Stock Surveillance Services.
- Upon filing of definitive proxy solicitation materials by any third-party, the Company shall pay Okapi ▮▮▮▮
- Upon conclusion of the Meeting (by settlement, meeting outcome or otherwise), the Company shall pay Okapi the sum of (i) ▮▮▮▮ for Campaign Meeting Services, (ii) any variable fees for Additional Campaign Services (e.g., telephone calls and votes) that have accrued over the course of the Solicitation, (iii) all reimbursable expenses and (iv) all other amounts due and owing pursuant to the terms of this Agreement. In addition, any Performance Fee shall be payable upon completion of the Solicitation.

Okapi will send the Company an invoice for each of the foregoing payments, which invoice will include wire transfer instructions and are due upon receipt. Any monies previously remitted to Okapi will be credited towards the final invoice.

Appendix II Agreed and Accepted as of May 16, 2022.

| OKAPI PARTNERS LLC | SPIRIT AIRLINES INC. |
|---|---|
| *[signature]* | _____ |
| Jason W. Alexander | Name: |
| Senior Managing Director | Title: |