UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: August 31, 2023

/s/ Brendan Sepulveda
BRENDAN SEPULVEDA
Trial Attorney
United States Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
(202) 316-7258
brendan.sepulveda@usdoj.gov