# EXHIBIT 1

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

1285 AVENUE OF THE AMERICAS
NEW YORK, NEW YORK 10019-6064
TELEPHONE (212) 373-3000

LLOYD K. GARRISON (1946-1991)
RANDOLPH E. PAUL (1946-1956)
SIMON H. RIFKIND (1950-1995)
LOUIS S. WEISS (1927-1950)
JOHN F. WHARTON (1927-1977)

WRITER'S DIRECT DIAL NUMBER
(212) 373-3417

WRITER'S DIRECT FACSIMILE
(212) 492-0417

WRITER'S DIRECT E-MAIL ADDRESS
afinch@paulweiss.com

UNIT 5201, FORTUNE FINANCIAL CENTER
5 DONGSANHUAN ZHONGLU
CHAOYANG DISTRICT, BEIJING 100020, CHINA
TELEPHONE (86-10) 5828-6300

SUITES 3601 – 3606 & 3610
36/F, GLOUCESTER TOWER
THE LANDMARK
15 QUEEN'S ROAD, CENTRAL
HONG KONG
TELEPHONE (852) 2846-0300

ALDER CASTLE
10 NOBLE STREET
LONDON EC2V 7JU, UNITED KINGDOM
TELEPHONE (44 20) 7367 1600

535 MISSION STREET, 24TH FLOOR
SAN FRANCISCO, CA 94105
TELEPHONE (628) 432-5100

FUKOKU SEIMEI BUILDING
2-2 UCHISAIWAICHO 2-CHOME
CHIYODA-KU, TOKYO 100-0011, JAPAN
TELEPHONE (81-3) 3597-8101

TORONTO-DOMINION CENTRE
77 KING STREET WEST, SUITE 3100
P.O. BOX 226
TORONTO, ONTARIO M5K 1J3
TELEPHONE (416) 504-0520

2001 K STREET, NW
WASHINGTON, DC 20006-1047
TELEPHONE (202) 223-7300

500 DELAWARE AVENUE, SUITE 200
POST OFFICE BOX 32
WILMINGTON, DE 19899-0032
TELEPHONE (302) 655-4410

MATTHEW W. ABBOTT
EDWARD T. ACKERMAN
JACOB A. ADLERSTEIN
JUSTIN ANDERSON
ALLAN J. ARFFA
JONATHAN H. ASHTOR
ROBERT A. ATKINS
SCOTT A. BARSHAY
PAUL M. BASTA
LYNN B. BAYARD
JOSEPH J. BIAL
BRUCE BIRENBOIM
H. CHRISTOPHER BOEHNING
BRIAN BOLIN
ANGELO BONVINO
ANDRE G. BOUCHARD*
PAUL D. BRACHMAN
GERALD BRANT
ROBERT A. BRITTON
WALTER F. BROWN*
SUSANNA M. BUERGEL
JESSICA S. CAREY
JOHN P. CARLIN
DAVID CARMONA
GEOFFREY R. CHEPIGA
ELLEN N. CHING
WILLIAM A. CLAREMAN
LEWIS R. CLAYTON
YAHONNES CLEARY
REBECCA S. COCCARO
JAY COHEN
KELLEY A. CORNISH
CHRISTOPHER J. CUMMINGS
TIHITINA DAGNEW
THOMAS V. DE LA BASTIDE III
MEREDITH R. DEARBORN*
ARIEL J. DECKELBAUM
KAREN L. DUNN
ALICE BELISLE EATON
ANDREW J. EHRLICH
GREGORY A. EZRING
ROSS A. FIELDSTON
ANDREW C. FINCH
BRAD J. FINKELSTEIN
BRIAN P. FINNEGAN
ROBERTO FINZI
PETER E. FISCH
HARRIS FISCHMAN
VICTORIA S. FORRESTER
HARRIS B. FREIDUS
MANUEL S. FREY
KENNETH A. GALLO
MICHAEL E. GERTZMAN
ADAM M. GIVERTZ
SALVATORE GOGLIORMELLA
NEIL GOLDMAN
MATTHEW B. GOLDSTEIN
ROBERTO J. GONZALEZ*
CATHERINE L. GOODALL
CHARLES H. GOOGE, JR.
ANDREW G. GORDON
BRIAN S. GRIEVE
UDI GROFMAN
MELINDA HAAG*
ALAN S. HALPERIN
CLAUDIA HAMMERMAN
IAN M. HAZLETT
BRIAN S. HERMANN
JOSHUA HILL JR.
MICHELE HIRSHMAN
JARRETT R. HOFFMAN
ROBERT HOLO
CHRISTOPHER HOPKINS
DAVID S. HUNTINGTON
AMRAN HUSSEIN
LORETTA A. IPPOLITO
WILLIAM A. ISAACSON*
JAREN JANGHORBANI
BRIAN M. JANSON
LUKE JENNINGS
JEH C. JOHNSON
MATTHEW B. JORDAN
CHRISTODOULOS KAOUTZANIS
BRAD S. KARP
PATRICK N. KARSNITZ
JOHN C. KENNEDY
ROBERT A. KILLIP
BRIAN KIM
KYLE J. KIMPLER
JEFFREY L. KOCHIAN
ALEXIA D. KORBERG
DANIEL J. KRAMER
ANDREW D. KRAUSE

BRIAN KRAUSE
CAITH KUSHNER
KAISA KUUSK
DAVID K. LAKHDHIR
GREGORY F. LAUFER
BRIAN C. LAVIN
XIAOYU GREG LIU
RANDY LUSKEY*
LORETTA E. LYNCH
JEFFREY D. MARELL
MARCO V. MASOTTI
DAVID W. MAYO
ELIZABETH R. MCCOLM
JEAN M. MCLOUGHLIN
ALVARO MEMBRILLERA
MARK F. MENDELSOHN
CLAUDINE MEREDITH-GOUJON
WILLIAM B. MICHAEL
SEAN A. MITCHELL
ERIN J. MORGAN
JUDIE NG SHORTELL*
CATHERINE NYARADY
JANE B. O'BRIEN
BRAD R. OKUN
SUNG PAK
CRYSTAL L. PARKER
LINDSAY B. PARKS
ANDREW M. PARLEN
DANIELLE C. PENHALL
CHARLES J. PESANT
ANASTASIIA V. PETERSON
JESSICA E. PHILLIPS*
AUSTIN S. POLLET*
VALERIE E. RADWANER
JEFFREY J. RECHER
LORIN L. REISNER
JEANNIE S. RHEE*
ANDREW N. ROSENBERG
JUSTIN ROSENBERG
JACQUELINE P. RUBIN
RAPHAEL M. RUSSO
ELIZABETH M. SACKSTEDER
JEFFREY B. SAMUELS
PAUL L. SANDLER
AARON J. SCHLAPHOFF
KENNETH M. SCHNEIDER
ROBERT B. SCHUMER
JOHN M. SCOTT
BRIAN SCRIVANI
KYLE T. SEIFRIED
KANNON K. SHANMUGAM
SUHAN SHIM
CULLEN L. SINCLAIR
MAURY SLEVIN
KYLE SMITH
AUDRA J. SOLOWAY
SCOTT M. SONTAG
JOSHUA H. SOVEN*
MEGAN SPELMAN
ROBERT Y. SPERLING
EYITAYO ST. MATTHEW-DANIEL
SARAH STASNY
AIDAN SYNNOTT
ROBERT D. TANANBAUM
BRETTE TANNENBAUM
RICHARD C. TARLOWE
DAVID TARR
MONICA K. THURMOND
DANIEL J. TOAL
LAURA C. TURANO
CONRAD VAN LOGGERENBERG
KRISHNA VEERARAGHAVAN
JEREMY M. VEIT
LIZA M. VELAZQUEZ
MICHAEL VOGEL
RAMY J. WAHBEH
JOHN WEBER
LAWRENCE G. WEE
THEODORE V. WELLS, JR.
SAMUEL J. WELT
LINDSEY L. WIERSMA
STEVEN J. WILLIAMS
LAWRENCE I. WITDORCHIC
MARK B. WLAZLO
ADAM WOLLSTEIN
STACI YABLON
BOSCO YIU*
KAYE N. YOSHINO
TONG YU
TRACEY A. ZACCONE
TAURIE M. ZEITZER
KENNETH S. ZIMAN
T. ROBERT ZOCHOWSKI, JR.

*NOT ADMITTED TO THE NEW YORK BAR

January 10, 2022

SPIRIT CONFIDENTIAL
BY EMAIL

Sarah V. Riblet, Esq.
Brendan Sepulveda, Esq.
U.S. Department of Justice
Antitrust Division
Media, Entertainment, and Communications Section
450 5th Street NW
Suite 7000
Washington, DC 20530

> Re: **Apparent Deficiencies in the Privilege Log for Spirit Airlines, Inc.'s ("Spirit") Second Request Production Pursuant to the Division's Investigation of the Proposed Acquisition of Spirit by JetBlue Airways Corp. ("JetBlue") – HSR-2022-2842**

Dear Sarah and Brendan:

On behalf of Spirit, I write in further response to Sarah's letter of December 22, 2022 letter and attachments ("DOJ Letter") which raised what were characterized as apparent deficiencies in the privilege log ("Log") submitted in

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah V. Riblet, Esq.
Brendan Sepulveda, Esq.                                                                 2

connection with Spirit's response to the Request for Additional Information and Documentary Material issued by the Department of Justice ("DOJ") on September 12, 2022 (the "Second Request"), to follow up on the discussion we had on December 30, 2022, as well as the further information that Sarah provided by email that day, the email in response from Jared Sunshine to Sarah on January 3, 2023, and the email in further response from Sarah to Jared on January 6, 2023, and Jared's email in reply that same day.

As offered in Jared's January 3 email, Spirit has undertaken (1) to rereview log entries involving the identified third parties as to which you expressed heightened interest via the Excel spreadsheet you sent via email on December 30, and to supplement the entries or produce the documents, as appropriate; (2) to provide more granular explanations of the five subject matters identified via email on December 30 in a written response; and (3) to rereview log entries for documents fully withheld of more than fifty pages as a middle ground in the proposed length threshold, and to produce any such documents as to which redactions are determined to be more appropriate. In response to Sarah's email of January 6, Spirit agreed to expand its rereview under (3) to documents of twenty pages or more. Spirit reiterates that these undertakings were made on a voluntary basis as a matter of good faith, with the understanding that the Division will not construe the rereview or any supplemental submission as a concession by Spirit that the privilege log or Spirit's document production was or is deficient as it stands. We estimated that we would be able to report on the results and provide any supplementation by the week of January 9, and we do so here.

Following the rereview of 361 entries in the Log corresponding to the third parties identified by the Division, replacement entries for the vast majority of these items are included on the supplementary privilege log enclosed with this letter incorporating an additional column of data captioned "Third Party Details," which further specifies the circumstances that support privilege on the document in question. In a handful of cases, we determined upon rereview that the document had been withheld in error,[1] as to which entries Spirit withdraws its claim of privilege and produces those documents herewith as part of the production labeled NK-2R-024. In some cases, a document was determined to be more properly redacted, and a revised copy is likewise included in this production.[2]

Following the rereview of 2,736 entries in the Log for documents of twenty pages or more that had been withheld on the basis of privilege, replacement entries for the vast majority of these items are included on the supplementary privilege log enclosed with this letter incorporating an additional column of data captioned

---

[1] *Viz.* Log entries 29163, 29164, 29165, 45803, 48540, 49161, 49305, 49381, 49937, 49996, 50167, 50508, 50683, 51294, 51302, 51358, 51785, 52037, and 58325.

[2] *Viz.* Log entries 29162, 58636, 60028, 60214, 60370, 64531, 64659, 64666, 64759, 64827, 64986, and 65017.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah V. Riblet, Esq.
Brendan Sepulveda, Esq.  3

"Lengthy Document Details," which further specifies the circumstances that support the withholding of the document in question.  In a few cases, we determined upon rereview that the document had been withheld in error and redactions were more appropriate.[3]  In a further small set of documents, we determined that privilege was asserted in error, as to which documents Spirit withdraws its claim of privilege.[4]  Both the newly redacted documents and those as to which the claims of privilege have been withdrawn are produced herewith as part of the productions labeled NK-2R-024 and NK-2R-025.

Finally, we provide the following more granular explanations of the five general subject matters as to which the Division narrowed its questions: "regulatory

---

[3] *Viz.* Log entries 13090, 13534, 13615, 13856, 14535, 14594, 22108, 22163, 22575, 22965, 23572, 64962, and 66617.

[4] *Viz.* Log entries 768, 769, 770, 771, 772, 773, 774, 775, 1246, 1247, 1248, 1249, 1250, 1251, 1252, 1253, 1254, 1255, 1256, 1257, 3219, 3220, 3844, 4299, 4300, 4301, 5805, 5806, 13535, 13536, 13616, 13617, 13618, 13619, 13620, 13621, 13857, 13858, 13859, 13860, 13861, 13862, 13865, 13866, 13867, 13868, 13869, 13870, 13871, 13872, 13873, 13874, 13875, 13876, 13878, 13879, 13880, 13881, 13882, 13883, 13884, 13885, 13886, 13887, 13888, 13889, 13890, 13891, 13892, 13893, 13894, 13895, 13896, 13897, 13898, 14224, 14225, 14226, 14227, 14560, 14561, 14562, 14563, 14564, 14565, 14566, 14567, 14568, 14572, 14573, 14574, 14575, 14576, 14577, 14578, 14579, 14580, 14581, 14582, 14583, 14584, 14585, 14586, 14587, 14588, 14589, 14590, 14591, 14592, 14593, 14595, 14596, 14597, 14598, 14599, 14600, 14601, 14602, 14706, 14707, 14708, 14709, 14710, 14711, 14712, 14713, 15084, 15086, 18361, 18362, 18363, 22063, 22064, 22109, 22164, 22429, 22430, 22431, 22432, 22433, 22511, 22512, 22513, 22576, 22966, 23178, 23179, 23573, 23576, 23577, 28225, 28226, 36914, 36915, 36916, 37216, 37217, 37437, 37438, 38550, 38554, 40258, 40259, 40489, 40490, 41119, 41120, 41190, 41191, 41431, 41432, 42203, 44557, 44558, 46775, 46776, 46777, 46778, 46779, 46780, 48430, 48431, 49161, 50508, 50744, 50750, 51302, 54625, 54626, 54627, 54628, 54629, 54643, 54653, 54654, 54656, 54657, 54658, 54659, 54660, 54662, 54663, 54666, 54667, 54668, 54669, 54670, 54671, 54672, 54673, 54675, 54676, 54677, 54678, 54679, 54680, 54681, 54682, 54683, 54684, 54685, 54696, 54698, 54707, 54708, 54728, 54740, 54784, 54866, 54889, 55077, 60177, 60178, 60229, 60230, 60231, 60232, 60233, 60234, 60235, 60236, 60237, 60238, 60239, 60242, 60243, 60244, 60245, 60246, 60247, 60461, 60462, 60463, 60464, 60465, 60466, 60467, 60468, 60469, 61167, 61168, 61169, 61170, 63105, 64436, 64963, 66618, 67000, 67001, 67002, 67003, and 67004.  Note that a plurality of these represent what were originally unitary documents which were artificially split into many parts for production due to constraints of the document review database technology (notable by the instances of consecutive numbers).  Even with this artificial expansion, the list above represents less than one-tenth of the subpopulation rereviewed.

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah V. Riblet, Esq.
Brendan Sepulveda, Esq.                                                                                          4

compliance," "regulatory advocacy," "relevant industry agreements," "corporate governance," and "internal company policies."

- *Regulatory compliance*. Documents pertaining to this subject matter generally concern discussions with counsel regarding conforming Spirit's ordinary-course operations to domestic law such as FAA and other DOT regulations, required securities or tax filings with SEC or IRS, adherence to administrative or regulatory procedures imposed by state or local airline and airport authorities, and the legal regimes of non-United-States governments where Spirit operates, as well as the legal analysis and interpretation of rules and regulations issued by all of the above authorities.

- *Regulatory advocacy*. Documents pertaining to this subject matter generally concern discussions with counsel regarding attempts to persuade the DOT, FAA, DOJ, state or local flight control and airport authorities to undertake regulatory and administrative actions that Spirit favors, involving the crafting of legal arguments that the favored action is permissible, encouraged, or required (such as the granting of "slots," gates, or others facilities at airports), or formulating Spirit's views of the legal implications of air travel industry developments like the Northeast Alliance to be expressed to federal, state, or local regulators.

- *Relevant industry agreements*. Documents pertaining to this subject matter generally concern discussions with counsel as to agreements with Spirit's ordinary-course business partners that are not intended to be or were not formalized in explicit contractual language, such as administrative and facilities protocols at airports, operating procedures with contracted ground personnel, or other contracted agents performing services for Spirit.

- *Corporate governance*. Documents pertaining to this subject matter generally concern discussions with counsel as to the procedures by which Spirit is overseen by its Board of Directors and executive management, as well as to legal consideration of questions posed to and substantive guidance and directions issued by the Board of Directors.

- *Internal company policies*. Documents pertaining to this subject matter generally concern discussion with counsel as to the legal implications, interpretation, and implementation of internal company policies for the corporate administration of the company as a business aside from flight operations, such as the employment and discipline of staff; payroll disbursement, withholding, and reporting; document processing, retention, and filing requirements; occupational safety and health guidelines; and office facilities security, management, and upkeep.

                              *     *     *

PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP

Sarah V. Riblet, Esq.
Brendan Sepulveda, Esq.                                                                                           5

      We remain available to meet and confer as to any further questions you may have on this additional information and supplemental submissions.  Due to its size, the enclosures NK-2R-024 and NK-2R-025 have been supplied via upload to JEFS rather than as a direct attachment to this letter.  For reasons of data security, the password for those productions are supplied under separate cover.

      This letter and the enclosed materials have been labeled SPIRIT CONFIDENTIAL and contain confidential and commercially sensitive information.  Accordingly, please afford this letter, enclosed material, and all information contained therein confidential treatment to the fullest extent possible under all applicable agreements, laws, and regulations.  Additionally, no production of privileged material is intended, and any potential inclusion of such matter is inadvertent.

      Very truly yours,

*/s/ Andrew C. Finch*
Andrew C. Finch, Esq.

cc:    Kate Wald, Esq.
       Jared S. Sunshine, Esq.

Enclosures