# EXHIBIT 3

| | |
|---|---|
| **From:** | Battaglia, Michael (ATR) |
| **To:** | Wald, Kate; Sunshine, Jared |
| **Cc:** | Duffy, Edward (ATR); Briggs, John (ATR); Sepulveda, Brendan (ATR); Wald, Kate; Finch, Andrew C; St. Matthew-Daniel, Eyitayo; Cohen, Jay; Dearborn, Meredith; Nagley, Jared; Markel, Arianna (ATR); Pearl, Stephanie (ATR); Riblet, Sarah (ATR); Boury, Jean (ATR); Torres Paez, Estefania (OAG); william.matlack@mass.gov; Will Margrabe; Kogan, Olga; daniel.leff@mass.gov; Feder, Morgan; Hoffmann, Elinor; Komal.Patel@doj.ca.gov; swalker@oag.state.md.us; Bryan.Sanchez@law.njoag.gov; jsutton2@ncdoj.gov |
| **Subject:** | RE: United States et al. v. JetBlue Airways Corp. et al., No. 1:23-cv-10511 - Spirit"s Investigation Privilege Logs |
| **Date:** | Tuesday, May 23, 2023 12:59:41 PM |

Dear Kate,

I write in response to your May 21 letter regarding Spirit's investigation privilege logs. As a preliminary matter, staff's decision to use limited investigation resources to pursue tasks other than challenging Spirit's investigation logs in court during the investigation does not preclude Plaintiffs from now challenging Spirit's claims of privilege over relevant material in this litigation nor does it constitute undue delay.

Spirit's lack of specificity with respect to purported pre-litigation agreements between itself and the Antitrust Division, as well as the absence of any case law, does little to clarify Spirit's positions with respect to the issues raised by Plaintiffs in my May 16 letter. But, to avoid a protracted back-and-forth, Plaintiffs offer the following: that Spirit submit a revised log reflecting factually accurate details for attachments involving communications with Campbell-Hill, FGS Global, and Okapi. This request significantly narrows the documents identified in my May 16 letter from over 17,000 to 1,032. **Plaintiffs ask that Spirit provide these revised entries by May 30.**

Separately, with respect to Campbell-Hill, FGS Global, and Okapi, Spirit's letter offers no justification for its continued withholding of materials involving these third parties other than vague references to pre-litigation correspondence with the Division. If those letters offer explanations consistent with the test set forth in *Dahl v. Bain Capital Partners*, LLC, 714 F. Supp. 2d 225, 227-28 (D. Mass. 2010), please point us to specific excerpts. If Spirit is relying on other caselaw to support its assertions of privilege for these third-party materials, please direct us to those cases. Relatedly, your letter makes no attempt to explain the role(s) played by Campbell-Hill prior to it providing services for Spirit in connection with M&A activity in 2022. Plaintiffs ask again that Spirit please provide details regarding Spirit's pre-2022 relationship with Campbell-Hill. **Plaintiffs ask that Spirit provide the information requested in this paragraph by May 26.**

Regards,
Michael Battaglia

**Michael D. Battaglia**
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Phone: 202-706-3393
michael.battaglia@usdoj.gov

**From:** Sunshine, Jared <jsunshine@paulweiss.com>
**Sent:** Sunday, May 21, 2023 3:49 PM
**To:** Battaglia, Michael (ATR) <Michael.Battaglia@usdoj.gov>
**Cc:** Duffy, Edward (ATR) <Edward.Duffy@usdoj.gov>; Briggs, John (ATR) <John.Briggs@usdoj.gov>; Sepulveda, Brendan (ATR) <Brendan.Sepulveda@usdoj.gov>; Wald, Kate <kwald@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; St. Matthew-Daniel, Eyitayo <TStMatthewDaniel@paulweiss.com>; Cohen, Jay <jaycohen@paulweiss.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nagley, Jared <jnagley@paulweiss.com>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Pearl, Stephanie (ATR) <Stephanie.Pearl@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>; Torres Paez, Estefania (OAG) <estefania.torrespaez@dc.gov>; william.matlack@mass.gov; Will Margrabe <Will.Margrabe@dc.gov>; Kogan, Olga <Olga.Kogan@ag.ny.gov>; daniel.leff@mass.gov; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Hoffmann, Elinor <Elinor.Hoffmann@ag.ny.gov>; Komal.Patel@doj.ca.gov; swalker@oag.state.md.us; Bryan.Sanchez@law.njoag.gov; jsutton2@ncdoj.gov
**Subject:** [EXTERNAL] RE: United States et al. v. JetBlue Airways Corp. et al., No. 1:23-cv-10511 - Spirit's Investigation Privilege Logs

Counsel:

Please see attached correspondence from Kate Wald in reference to the below.

Best,

**Jared S. Sunshine** | Practice Management Counsel
**Paul, Weiss, Rifkind, Wharton & Garrison LLP**
1285 Avenue of the Americas | New York, NY 10019-6064
(212) 373-3217 (Direct Phone) | 212 492 0217 (Direct Fax)
jsunshine@paulweiss.com | www.paulweiss.com

---

**From:** Battaglia, Michael (ATR) <Michael.Battaglia@usdoj.gov>
**Sent:** Tuesday, May 16, 2023 5:57 PM
**To:** Wald, Kate <kwald@paulweiss.com>; Finch, Andrew C <afinch@paulweiss.com>; St. Matthew-Daniel, Eyitayo <TStMatthewDaniel@paulweiss.com>; Cohen, Jay <jaycohen@paulweiss.com>; Dearborn, Meredith <mdearborn@paulweiss.com>; Nagley, Jared <jnagley@paulweiss.com>; Sunshine, Jared <jsunshine@paulweiss.com>
**Cc:** Duffy, Edward (ATR) <Edward.Duffy@usdoj.gov>; Briggs, John (ATR) <John.Briggs@usdoj.gov>; Sepulveda, Brendan (ATR) <Brendan.Sepulveda@usdoj.gov>; Markel, Arianna (ATR) <Arianna.Markel@usdoj.gov>; Pearl, Stephanie (ATR) <Stephanie.Pearl@usdoj.gov>; Riblet, Sarah (ATR) <Sarah.Riblet@usdoj.gov>; Boury, Jean (ATR) <Eugenie.Boury@usdoj.gov>; Torres Paez, Estefania (OAG) <estefania.torrespaez@dc.gov>; william.matlack@mass.gov; Will Margrabe <Will.Margrabe@dc.gov>; Kogan, Olga <Olga.Kogan@ag.ny.gov>; daniel.leff@mass.gov; Feder, Morgan <Morgan.Feder@ag.ny.gov>; Hoffmann, Elinor <Elinor.Hoffmann@ag.ny.gov>; Komal.Patel@doj.ca.gov; swalker@oag.state.md.us; Bryan.Sanchez@law.njoag.gov; jsutton2@ncdoj.gov

**Subject:** United States et al. v. JetBlue Airways Corp. et al., No. 1:23-cv-10511 - Spirit's Investigation Privilege Logs

Counsel,

Please see the attached letter.

Regards,
Michael Battaglia

**Michael D. Battaglia**
U.S. Department of Justice | Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Phone: 202-706-3393
[michael.battaglia@usdoj.gov](mailto:michael.battaglia@usdoj.gov)

This message is intended only for the use of the Addressee and may contain information that is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify us immediately.