UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## JOINT PROPOSED CONFIDENTIALITY PROTOCOL FOR PARTY DOCUMENTS

1. Pursuant to the Case Management Order, the Parties' Joint Proposed Confidentiality Protocol filed on August 21, 2023 (Dkt. 154), and the Court's statements at the March 21, 2023 scheduling conference concerning the importance of limiting the material that will not be included in the public record, the Parties hereby agree to the following proposed procedures and deadlines for protecting the confidentiality of the Parties' confidential information at trial.

2. The Parties propose that Defendants and Plaintiffs will notify each other by September 11, 2023 of (a) all documents on either Party's initial exhibit list or testimony included in either Party's deposition designations that, based on a good faith effort the Party does not believe will require sealing from the public record at trial or otherwise require any confidential treatment; and (b) any other documents identified as requiring sealing and/or confidential treatment in the NEA litigation.

3. The Party who has identified documents described above in Paragraph 2(b) will provide a list of the relevant exhibit numbers and copies of such exhibits with proposed redactions with the redactions unapplied, in "redbox" format, no later than September 12, 2023. The Parties shall confer on or before September 13, 2023, regarding any disagreements or disputes pertaining to initial confidentiality designations, including to discuss general subject matters that the Parties may reach agreement on as well as general subject matters that may require input from the Court.

4. The Parties will notify each other by September 15, 2023, of the exhibit number of any documents and the specific Bates range of the individual documents on either Party's initial exhibit list that were used as deposition exhibits (excluding Excel files) during a deposition in this case for any witness that has been identified on the Parties' final witness lists, for which documents either Party believes may require sealing and/or

confidential treatment. For the avoidance of doubt, this Paragraph does not require review of the entire family of a document that was used as deposition exhibit, but instead only the specific documents used for examination at the deposition regardless of whether the entire family appears on the exhibit list.

5. After review of the Parties' revised exhibit lists and no later than September 25, 2023, the Parties will (a) identify any additional exhibits that based on a good faith effort the Party does not believe will require sealing from the public record at trial or otherwise require any confidential treatment, and (b) identify the exhibit number of any newly listed documents (excluding Excel files) on the revised exhibit list that were used as deposition exhibits during a deposition in this case for any witness that has been identified on the Parties' final witness lists, for which documents either Party believes may require sealing and/or confidential treatment. For the avoidance of doubt, (b) does not require review of the entire family of a document that was used as deposition exhibit, but instead only the specific documents used for examination at the deposition regardless of whether the entire family appears on the exhibit list.

6. On or before October 3, 2023, each Party who has identified documents described in Paragraph 4 and Paragraph 5(b) shall provide copies of such exhibits (excluding any documents that exceed 20 pages) with proposed redactions with the redactions unapplied, in "redbox" format. The Parties shall confer on or before October 6, 2023 regarding any disagreements or disputes concerning the documents either Party believes may require sealing and/or confidential treatment (including the particular redactions proposed) as described in this Paragraph as well as Paragraphs 4 and 5(b) above.

7. On or before September 21, 2023, the Parties will each identify up to 30 documents on the Parties' exhibit lists that exceed 20 pages (or are Excel files) by Bates range that are highly likely to be used at trial and will likely require redactions. For those documents, the Party with whom the document originated shall provide copies of the documents with proposed redactions with the redactions unapplied, in "redbox" format, by October 5, 2023. The Parties shall confer on or before October 8, 2023, regarding any disagreements or disputes concerning the documents described in this Paragraph.

8. On or before October 9, 2023, the Parties may file a motion to seal identifying the general categories or subject matters of information they wish to have sealed from the public record at trial and protected as confidential, as well as a list of exhibits from the revised exhibit lists and deposition designations that do not require confidential treatment.

9. Consistent with that motion and any subsequent ruling from the Court, two days before a witness examination or any other use at trial (at no later than 5:00 pm), the Party seeking to admit or otherwise use a document designated as confidential and not subject to the reviews described herein or otherwise identified by the Parties as not requiring confidential treatment ("Additional Potential Confidential Trial Exhibits") shall identify such documents via email to opposing counsel. Before 5:00 pm on the next day (the day before the Additional Potential Confidential Trial Exhibits are to be used at trial), the Parties must meet and confer to determine which portions (if any) of the Additional

Potential Confidential Trial Exhibits will require redaction and/or some form of sealing from public view during trial.

10. To the extent agreement is not reached as to the confidentiality and/or treatment of any Additional Potential Confidential Trial Exhibit or documents described in Paragraphs 4, 5(b), and/or 7 herein, the matter will be raised with the Court before the relevant examination and consistent with the Court's preferred procedure. The trial time used for the Court to resolve any such disputes will be deducted from the time of the Party whose motion was not granted in full or whose objection was overruled in full or in part.

11. The Parties further stipulate that they will work in good faith to refrain from designating as confidential entire documents or pages of testimony unless warranted and otherwise seek to act in accordance with the Court's guidance for the need for an open and public trial.

Dated: September 8, 2023

Respectfully submitted,

*/s/* Edward W. Duffy
Edward W. Duffy
Don P. Amlin
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov

*Attorneys for Plaintiff United States of America*

/s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorney for Plaintiff Commonwealth of Massachusetts*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor

New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff State of New York*


/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov

*Attorney for Plaintiff District of Columbia*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State Maryland*

/s/ Komal K. Patel
Komal K. Patel  (*admitted pro hac vice*)
Deputy Attorney General
Office of the California Attorney General
300 South Spring Street, Suite 1702
Los Angeles, CA 90013
Tel: (213) 269-6000
Email: Komal.Patel@doj.ca.gov

*Attorneys for Plaintiff State of California*

/s/ Bryan S. Sanchez
Bryan S. Sanchez (*admitted pro hac vice*)
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney

- 4 -

General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Bryan.Sanchez@law.njoag.gov
Ana.Atta-Alla@law.njoag.gov

*Attorneys for Plaintiff State of New Jersey*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

*/s/ Elizabeth M. Wright*
Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com
zhafer@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor

San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

Joyce Rodriguez-Luna (*Pro Hac Vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212 479 6895
Fax: 2124796275
jrodriguez-luna@cooley.com

Jessica K. Delbaum
Leila R. Siddiky
Richard F. Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
jessica.delbaum@shearman.com
leila.siddiky@shearman.com
richard.schwed@shearman.com

Michael Mitchell
Shearman & Sterling LLP
401 9th St. NW
Suite 800
Washington, DC 20004
(202) 508-8000
michael.mitchell@shearman.com

Rachel Mossman Zieminski
Shearman & Sterling LLP
2601 Olive St, 17th Floor
Dallas, TX 75201
(214) 271-5777
Rachel.Zieminski@Shearman.com

Ryan A. Shores
David I Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1876
Fax: (202) 974-1999

rshores@cgsh.com
dgelfand@cgsh.com

Daniel P. Culley
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
(212) 225-2000
dculley@cgsh.com

*Attorneys for JetBlue Airways Corporation*

/s/ Samuel N. Rudman
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110
Telephone:   +1 617 248 4034
srudman@choate.com

/s/ Andrew C. Finch
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

        Attorneys for Defendant
        Spirit Airlines, Inc.

       *Attorneys for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Proposed Confidentiality Protocol for Party Documents was sent electronically via e-mail to all attorneys of record on September 8, 2023.

> */s/ Elizabeth Wright*
> Elizabeth Wright

290967112