UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned, Stephanie E. Pearl, in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  September 11, 2023         By:     */s/ Stephanie E. Pearl*
STEPHANIE E. PEARL
Trial Attorney
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW
Washington, DC 20530
Tel: (202) 568-3720
stephanie.pearl@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated: September 11, 2023　　　　　　　　　　　　　*/s/ Stephanie E. Pearl*
　　　　　　　　　　　　　　　　　　　　　　　　　STEPHANIE E. PEARL
　　　　　　　　　　　　　　　　　　　　　　　　　Trial Attorney