**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) <br> ) <br> ) |
| *Plaintiffs*, | ) <br> ) |
| v. | ) Civil Action No. 1:23-cv-10511-WGY <br> ) |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) <br> ) <br> ) |
| *Defendants*, | ) <br> ) |

**DECLARATION OF RYAN A. SHORES IN SUPPORT OF DEFENDANT JETBLUE AIRWAYS CORPORATION AND SPIRIT AIRLINES, INC.'S MOTION IN LIMINE TO ESTOP THE DEPARTMENT OF JUSTICE FROM TAKING INCONSISTENT POSITIONS AND TO OVERRULE OBJECTIONS**

I, Ryan A. Shores, hereby declare under penalty of perjury as follows:

1. I am duly licensed and admitted to practice law in the District of Columbia and the Commonwealth of Virginia, I am admitted to practice before this Court *pro hac vice*, and I am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for JetBlue Airways Corporation. I respectfully submit this declaration in support of Defendant JetBlue Airways Corporation and Spirit Airlines, Inc.'s Motion in Limine to Estop the Department of Justice from Taking Inconsistent Positions and to Overrule Objections.

2. Attached hereto as Exhibit A is a true and correct copy of excerpts from the transcript of the deposition of Dr. Gautam Gowrisankaran on September 1, 2023.

1

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 11, 2023, at Washington, D.C.

*/s/ Ryan A. Shores*
Ryan A. Shores

## CERTIFICATE OF SERVICE

I hereby certify that on September 11, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 11th day of September, 2023.

                                        */s/ Ryan A. Shores*
                                        Ryan A. Shores