EXHIBIT A

```
 1              UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
   UNITED STATES OF AMERICA, et al.,  )
 3                                    )
          Plaintiffs,                 )
 4                                    )
   v.                                 ) Case No.
 5                                    ) 1:23-cv-10511-WGY
   JETBLUE AIRWAYS CORPORATION and    )
 6 SPIRIT AIRLINES, INC.,             )
                                      )
 7        Defendants.                 )
   _____) _____
 8 GABRIEL GARAVANIAN, et al.,        )
                                      )
 9        Plaintiffs,                 )
                                      )
10 v.                                 ) Case No.
                                      ) 1:23-cv-10678-WGY
11 JETBLUE AIRWAYS CORPORATION and    )
   SPIRIT AIRLINES, INC.,             )
12                                    )
          Defendants.                 )
13

14

15

16

17          ********************************
             REMOTE VIDEOTAPED DEPOSITION OF
18                    SARA NELSON
                    June 20, 2023
19          ********************************

20

21

22

23
      Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                   Texas CSR 9306
                     California CSR 14407
25                   Illinois CSR 084.004659
```

1    A      What I meant by that was that we

2    experienced -- we experienced 20 years of scarcity

3    and concessions following 9/11.  After all the

4    bankruptcies, many airlines merged and down to

5    essentially three legacy carriers:  United, Delta,

6    and American.  And also Southwest, the domestic

7    competitor.

8              Between those four airlines covering

9    81 percent of the market, which meant that --

10   meant a lot of things.  It means that there's --

11   there's not as much competition for consumers to

12   benefit from, but also from the perspective of

13   workers, what this meant is that we have

14   negotiations at the top of the industry with

15   airlines that can generate the most amount of --

16   have the potential to generate the most amount of

17   revenue, which then in turns -- turns to more

18   bargaining power at the table.

19             Having that consolidated down to four

20   major carriers, with one of those major carriers

21   without a union, gave fewer opportunities to

22   negotiate and move -- and advance the -- advance

23   our careers.  So we believe that the only chance

24   to actually get at that predicament of a

25   nonbenefit to consumers and to workers was to

1    inject another airline that could compete at the

2    same level, and the only chance for that, looking

3    around the industry, is this merger between

4    JetBlue and Spirit to create more competition at

5    that network size airline.

6    Q    And what do you mean by the only chance of

7    that would be a merger between JetBlue and Spirit?

8    A    There's no way that another airline that

9    exists today can effectively compete with the Big

10   Four that contains -- that holds so much of the

11   market share of the industry.

12   Q    It wouldn't be possible for JetBlue, for

13   example, to grow organically without a merger to

14   compete effectively with the Big Four?

15   A    Absolutely not.  There's -- there's no way

16   that JetBlue, on its own, could get to a place of

17   effectively competing with carriers of that size

18   and of that market share and route structure.

19           MS. WRIGHT:  I'd like to bring up

20      Tab 2, please.

21           (Nelson Exhibit 2 marked.)

22   BY MS. WRIGHT:

23   Q    So, President Nelson, we're showing you a

24   document that's going to be marked as Exhibit 2,

25   which is an AFA document entitled "Spirit Airlines

1    in the industry at 28 inches -- and this is the

2    minimum standard of each airline, I should say --

3    to the highest standard for that minimum in the

4    industry at JetBlue, 32 inches, is an immediate

5    improvement on safety and comfort for consumers

6    and less -- less likely to contribute to an

7    aggression in the cabin.

8             We also supported this merger because

9    of what I described to you before.  We called it

10   the -- we call it the "antimerger merger,"

11   actually giving competition both for workers and

12   consumers with the Big Four and an opportunity for

13   us to advance our jobs.

14    Q    And just so it's clear on the record,

15   President Nelson, were you looking back at

16   Exhibit 1, the press release, from February

17   of 2023 as you provided that answer?

18    A    Yes.  Thank you for that clarification.

19    Q    Thank you.

20             So turning back to Exhibit 3, at the

21   top of Page 2, you wrote that "JetBlue management

22   committed in writing to engage in expedited

23   negotiations for the joint collective bargaining

24   agreement."

25             Can you explain, please, what that

1  means?

2   A      What that means is that I received a

3  letter from Robin Hayes on December 23rd

4  of 2022 -- the reason I know the date was because

5  it was three days after I had to have surgery, and

6  of course, just before Christmas -- and this

7  letter detailed certain protections that we also

8  required in order to gain our support for the

9  merger.

10          And it said that if we were the

11  representative after the -- a representation is

12  determined through a separate union process, that

13  we would -- that JetBlue would participate in an

14  expedited negotiations process that overall puts

15  the two contracts together to improve the benefits

16  at each airline, commensurate with the size of the

17  airline that had been created and the ability to

18  generate that revenue.

19          There was also promises for no

20  displacement, no furloughs.  That's very important

21  because oftentimes in these mergers there's a

22  concern about bases closing, people being -- even

23  if they don't lose their jobs, being displaced

24  from their homes.  So this is a critical and

25  important protection that we required, and support

1    for -- immediate support for us to complete the

2    seniority integration, which is also a major issue

3    for workers in -- in these mergers, to ensure that

4    they are retaining the seniority that they brought

5    to the merger.

6             So the -- the letter was quite clear,

7    listing out all of the things that we required,

8    and it was nearing the protections that we had

9    recently received from Frontier in order to gain

10   our support in that proposed merger.

11   Q       And do you have any reason to doubt the

12   commitments that were made in JetBlue's letter

13   from December 2022 to you?

14   A       No.  And it's always good to have things

15   in writing because we would hold them to it.

16   Q       And --

17   A       I should also note -- I should also note

18   that we also used that letter, then, to get a

19   mirrored commitment from the Spirit management, so

20   we have that as a side letter of the contract as

21   well.

22   Q       Okay.  Thank you.

23             If we scroll down just a little bit

24   here in Exhibit 3 to the paragraph that starts

25   "Third," President Nelson, you wrote that the

1    defendants' counsel in advance of this deposition?

2      A      No.

3      Q      Have defendants asked you to be a witness

4    at trial?

5      A      Yes.

6      Q      Sitting here today, do you intend to be a

7    witness for defendants at trial?

8      A      If I'm called, yes.

9      Q      Other than your attorney, have you spoken

10   with anyone else about this deposition?

11     A      No.

12            Sorry.  My staff, because of my

13   schedule.

14     Q      Approximately how many Spirit flight

15   attendants does AFA represent?

16     A      At this point, we're hovering right around

17   6,000.

18     Q      Does AFA represent gate agents?

19     A      We do not.

20     Q      Does AFA represent baggage handlers?

21     A      We do not.

22     Q      Does AFA represent pilots?

23     A      We do not.

24     Q      Are JetBlue's flight attendants unionized,

25   to your knowledge?

1    A       They are.

2    Q       As part of what union are JetBlue's flight

3    attendants unionized?

4    A       They are part of the Transport Workers

5    Union.

6    Q       Is the Transport Workers Union also known

7    as TWU?

8    A       Yes.

9    Q       Do you have a sense of how many JetBlue

10   flight attendants are organized within TWU?

11   A       I'm sorry.  Can you ask the question

12   again?

13   Q       Sure.

14           Do you have a sense as to how many

15   JetBlue flight attendants are organized within

16   TWU?

17   A       It's approximately comparable to Spirit.

18   Q       About 600 -- 6,000?

19   A       Yes.

20   Q       Do you have experience working with

21   JetBlue?

22   A       Yes.

23   Q       Have you represented flight attendants at

24   JetBlue?

25   A       No.

1    Q       In what context have you worked with

2    JetBlue?

3    A       I've worked with JetBlue in the context of

4    issues affecting airlines and workers across the

5    industry.  And that -- I did not really know

6    anyone at JetBlue until March 18th of 2020, when I

7    went by -- it's been reported very broadly in the

8    press.  I went down to Airlines for America

9    headquarters to discuss the government relief plan

10   for -- during the pandemic to keep workers and

11   their jobs and their paychecks going.

12   Q       To your knowledge, has TWU taken a

13   position on the JetBlue-Spirit merger?

14   A       Yes.

15   Q       And what position is that?

16   A       They are -- unless something has changed,

17   they are currently opposed.

18           MS. RIBLET:  I'd like to introduce

19      Tab 1 and mark it as Nelson Exhibit --

20      Dan, you might have to correct me -- 4.

21           THE VIDEOGRAPHER:  Exhibit 5.

22           MS. RIBLET:  5.  Thank you.

23        (Nelson Exhibit 5 marked.)

24   BY MS. RIBLET:

25   Q       Ms. Nelson, does this appear to be TWU's

 1    Very minor edits for consideration"?

 2                    MS. WRIGHT:  Object to form.

 3                    THE WITNESS:  Yes.

 4    BY MS. RIBLET:

 5      Q      Would you agree that JetBlue provided

 6    edits to AFA's letter supporting this merger?

 7      A      Yes, and I would point very strongly to

 8    "edits for consideration."

 9      Q      To your knowledge, did AFA incorporate

10    JetBlue's edits before submitting this letter to

11    the United States Department of Justice and

12    Transportation?

13      A      I do not know.

14      Q      You can set that document aside,

15    Ms. Nelson.

16              Do you expect that flight attendants

17    at the combined JetBlue-Spirit would retain union

18    representation?

19      A      I'm sorry.  Can you say that again?

20      Q      Sure.

21              Do you expect that flight attendants

22    at the combined JetBlue-Spirit would retain union

23    representation?

24      A      I do expect that, yes.

25      Q      And we discussed representation earlier

1      today; right?

2       A       Uh-huh.

3       Q       What do you mean by "representation"?

4       A       What I mean by "representation" is the

5      legal status, as confirmed by the National

6      Mediation Board, for representation of a craft

7      under the Railway Labor Act.

8       Q       Would AFA seek to represent all combined

9      JetBlue and Spirit flight attendants?

10      A       There -- yes.

11      Q       Do you believe that AFA would represent

12     all combined JetBlue-Spirit flight attendants?

13             MR. MORSE:  Objection to form.

14             THE WITNESS:  Am I supposed to

15        answer?

16     BY MS. RIBLET:

17      Q       Yes.

18      A       Okay.  I believe that, yes.

19      Q       Why do you believe that?

20      A       I believe that my union is a great union

21     for flight attendants, and I believe that flight

22     attendants would choose to be in the flight

23     attendant union.

24             I do want to note that the unions

25     don't have a choice in that matter.  There has to

1    be one representative at a carrier.

2        Q      Am I correct that representing all flight

3    attendants at the combined JetBlue-Spirit would

4    add about 6,000 flight attendants to AFA's body?

5                  MS. WRIGHT:  Object to form.

6                  THE WITNESS:  If things continue as

7           they are today, that would be correct.

8    BY MS. RIBLET:

9        Q      I just need to look back and make sure I'm

10   referencing the correct exhibit this time.

11                  Looking more closely at the letter in

12   Exhibit 7, do you see the paragraph beginning

13   "First"?

14       A      Yes.  I see it on the screen.  I'm just

15   trying to pull it up on my computer, too, for...

16       Q      And just let me know when you have it.

17                  MS. WRIGHT:  Sarah, just for

18          clarity, I think there are two letters

19          within Exhibit 7.

20                  MS. RIBLET:  Yes.  The letter --

21          okay.

22                  THE WITNESS:  It looks like this is

23          the second letter in Exhibit 7.

24   BY MS. RIBLET:

25       Q      Yes.  The letter Bates number ending in

1    BY MS. RIBLET:

2    Q       Am I correct in understanding that AFA

3    conditioned its support for the JetBlue-Spirit

4    merger on reaching that tentative agreement with

5    Spirit?

6                MS. WRIGHT:   Object to form.

7                THE WITNESS:   That was part of the

8         conditions that we had for our support,

9         yes.

10   BY MS. RIBLET:

11   Q       Did AFA refuse to support the merger

12   without reaching that tentative agreement?

13   A       Yes.

14   Q       And when did --

15   A       I want to be clear.

16   Q       Sure.

17   A       We had not -- we had been neutral, so

18   we -- they could not win our support without that

19   tentative agreement.  In addition to the other --

20   Q       When did you --

21   A       -- benefits that we secured.

22   Q       When did AFA reach that tentative

23   agreement with Spirit?

24   A       I -- I am guessing right now, but I

25   believe it was February 21st.  I may be off by a

1    day or two.

2        Q        Am I correct that that was three days

3    before AFA announced its support of this merger?

4        A        So I believe that we announced the support

5    of the merger the same day that we announced a

6    tentative agreement at Spirit.

7        Q        Does the tentative agreement include

8    higher pay for Spirit flight attendants?

9        A        Yes.

10       Q        Would that include higher pay for Spirit

11   flight attendants at the combined company after

12   the proposed merger?

13       A        It sets a higher floor to negotiate from.

14   And that, together with the agreement both --

15   separately with Spirit and with JetBlue, an

16   improved agreement afterwards.  So we would be

17   starting -- we were essentially raising the floor

18   for the joint contract negotiations.

19       Q        Do you see later on this page,

20   beginning -- later on the same page, Bates number

21   ending in 982, the last sentence on this page, the

22   portion of text that begins, quote, "We achieved a

23   tentative agreement"?

24       A        Yes.

25       Q        And the text there continues, quote:  "We

```
 1    achieved a tentative agreement for a short-term

 2    contract that provides immediate double-digit

 3    raises and scheduling improvements for Spirit

 4    flight attendants, as well as continued

 5    contractual raises during the merger process."

 6      A      Yes.

 7      Q      Have I read that correctly?

 8      A      Yes.

 9      Q      Am I correct in understanding that Spirit

10    flight attendants will be paid more through the

11    merger process?

12              MS. WRIGHT:  Object to form.

13              THE WITNESS:  We have set it up for

14        that to happen, yes.

15    BY MS. RIBLET:

16      Q      How important was the tentative agreement

17    promising higher pay in your consideration of

18    whether to support the proposed merger?

19      A      It was fundamental to our support, not

20    the -- not the only reason, but it was critically

21    important, and that is because of our experience

22    in other mergers where negotiations had been set

23    aside in favor of the merger and workers fell

24    behind at other airlines because those

25    negotiations were not concluded.
```

1    Q       Would you support this merger absent the

2    tentative agreement?

3    A       No.

4    Q       Looking further down the page, Bates

5    number ending in 983, do you see the paragraph

6    that begins "Fourth"?

7    A       Yes.

8    Q       And the first sentence of this paragraph

9    reads, quote:  "Fourth, the JetBlue-Spirit merger

10   will result in reconfiguration of all Spirit

11   aircraft from 28-inch seat pitch minimum (worst in

12   the industry) to 32-inch seat pitch minimum (best

13   in the industry)."

14   A       Yes.

15           MS. WRIGHT:  Object to form.

16   BY MS. RIBLET:

17   Q       Am I correct in understanding this to be a

18   reference to JetBlue's plans to convert all of

19   Spirit's aircraft to JetBlue's lower-density

20   layout post-merger?

21           MS. WRIGHT:  Object to form.

22           THE WITNESS:  Yes, a lower -- a

23       better ratio of passengers to flight

24       attendants and gate agents.

25

1           make sure that she understands that?

2      BY MS. RIBLET:

3       Q      Has AFA performed any legal analysis

4      informing its opinion of the JetBlue-Spirit

5      merger?

6                   MR. MORSE:  Again, same objection,

7            just, again, on privilege grounds.

8                   MS. RIBLET:  Are you instructing

9            your client not to answer at all?

10                  MR. MORSE:  Thanks.  Thanks for the

11           clarification.

12                  Yes, Ms. Nelson, all I'm

13           instructing you is that to the extent that

14           would call for any communications with

15           in-house counsel, that you cannot discuss

16           that.  But outside of any discussions with

17           in-house counsel, you may answer the

18           question.

19                  THE WITNESS:  Yes.

20     BY MS. RIBLET:

21      Q      Has AFA performed any economic analysis in

22     forming its opinion of the JetBlue-Spirit merger?

23      A      Yes.

24      Q      What was the substance of that analysis?

25      A      This was -- well, this also was done

1    through my legal department, so...

2             MR. MORSE:  So I would have the

3        same objection, then, on this question

4        that to the extent that it calls into

5        question any conversations you've had with

6        the legal department, that that's

7        privileged and you cannot answer that.

8        But you can answer to the extent that

9        these discussions would have been outside

10       of that context.

11            THE WITNESS:  Okay.  All of these

12       discussions were with my counsel.

13   BY MS. RIBLET:

14    Q      Has AFA performed any analysis of fares

15   post-merger?

16    A      No.

17    Q      Has AFA performed any economic analysis

18   looking at the impact of this merger on consumers?

19    A      No.

20            MS. RIBLET:  I think, if we may, we

21       will just take a short break and see if we

22       have any last questions before coming back

23       on the record and perhaps asking, you

24       know, a limited brief set of additional

25       questions, if that works for everyone.

 1    able to do that, and also in terms of regulatory

 2    constraints.

 3              So the combination of all those things

 4    make it very difficult for an individual airline

 5    to grow at a pace that would be able to compete

 6    with those network carriers.

 7    Q     Are you familiar with JetBlue's aircraft

 8    acquisition plans?

 9    A     "Familiar" is probably a bit strong.

10    Q     What awareness do you have of JetBlue's

11    aircraft acquisition plans?

12    A     I have an awareness that they have an

13    aircraft acquisition plan.  I did not review that

14    anytime in the last few months, and so I wouldn't

15    be able to speak affirmatively about it.

16    Q     What awareness do you have of Spirit's

17    aircraft acquisition plans?

18    A     I am aware that Spirit has a large number

19    of aircraft on order.  And, again, I haven't

20    looked at the exact numbers more recently, so I

21    wouldn't be able to quote those.

22    Q     Are you familiar with JetBlue's growth

23    strategy?

24    A     Yes.

25    Q     What familiarity do you have with

1    JetBlue's growth strategy?

2    A      JetBlue's growth strategy is this merger

3    plan.

4    Q      Are you familiar with JetBlue's growth

5    strategy absent this merger?

6    A      No.

7    Q      Are you familiar with Spirit's growth

8    strategy absent this merger?

9    A      Yes.  But, again, I haven't reviewed it

10   recently, so I wouldn't be able to speak with any

11   sort of level of confidence about it.

12   Q      Are you familiar with JetBlue's

13   integration strategy related to this merger?

14   A      Yes.  I think, again, "familiar" is a bit

15   strong, but I am aware of it.

16   Q      On what basis are you familiar with

17   JetBlue's integration strategy?

18   A      The -- during the course of any

19   discussions about how quickly we would be in a

20   position to get to a single contract, merge the

21   operation and get all of the benefits for the

22   flight attendants and the passengers.  We can

23   negotiate a single contract on an expedited path,

24   for example, but until all of the regulatory boxes

25   are checked, such as the single operating

1    certificate, JetBlue wouldn't be able to put that

2    operation together, which means that the flight

3    attendants themselves wouldn't have the ability to

4    bid for all of the flights within the network.

5              And that would be -- not only are the

6    conditions under the contract important, but also

7    the access to the greater network and flying

8    opportunities for flight attendants.  So it

9    wouldn't be until all of those things come

10   together that there would be the full benefits

11   realized.

12              MS. RIBLET:  All right, Ms. Nelson.

13        The government has no further questions

14        for you at this time, but I will reserve

15        the remainder of our time in the event

16        that defendants have additional questions.

17              THE WITNESS:  Okay.

18              MS. WRIGHT:  I do have just a few

19        more.

20              Josephine, do you have anything?

21              MS. ALIOTO:  Yeah.  I just have a

22        couple questions.

23              MS. RIBLET:  We need to go off the

24        record and begin a separate transcript.

25              THE VIDEOGRAPHER:  The time is

1    distinction.  Because we have supported mergers in

2    the past, usually to secure protections -- it

3    hasn't necessarily always been gains, but

4    protections -- for the workforce, and it was in

5    the context that I described earlier in an

6    environment where unions didn't have as much

7    leverage and power, like we do under the Biden

8    administration.  And so this -- this merger

9    started out with the business plan itself

10   providing benefits that we could see already, but

11   we had to -- for example, the change in seat pitch

12   in the cabin.

13              But it -- but as we got the

14   protections from Spirit and also the confirmations

15   from JetBlue to hold true to all of our

16   requirements for no displacements, no furloughs,

17   an expedite contract bargaining, all of the

18   support that we need in a seniority integration

19   complying with the law in our constitution, that

20   once we secured all of those things, we were in a

21   position to support.  And we withheld our support

22   until we had all of the things in place, even

23   though we could see there were certain benefits

24   that were already there before we got started with

25   our demands.