IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## PLAINTIFFS' MOTION IN LIMINE
## TO EXCLUDE TESTIMONY FROM MR. RICHARD SCHEFF

Pursuant to Federal Rule of Evidence 702, the United States of America, the State of California, the District of Columbia, the State of Maryland, the Commonwealth of Massachusetts, the State of New Jersey, the State of New York, and the State of North Carolina (collectively, "Plaintiffs"), respectfully move this Court for an order precluding Defendants' industry expert Richard Scheff from offering opinions or testimony that rely on his fleet optimization analysis as it is not based on a reliable methodology. The grounds for this motion are fully set forth in the accompanying memorandum of law.

1

Dated: September 11, 2023

Respectfully submitted,

*/s/* Edward W. Duffy
Edward W. Duffy
Arianna Markel
Daniel Loevinsohn
Brendan Sepulveda
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov


*/s/* William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov


*/s/* C. William Margrabe
C. William Margrabe (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC  20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov


*Attorneys for the United States of America, the Commonwealth of Massachusetts, and the District of Columbia, and on behalf of all Plaintiffs*

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs conferred with counsel for Defendants in a good-faith effort to resolve or narrow the issues presented in this motion prior to filing. Defendants confirmed that they oppose the motion.

*/s/* Edward W. Duffy
Edward W. Duffy
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                */s/* Edward W. Duffy
                                                Edward W. Duffy
                                                U.S. Department of Justice, Antitrust Division
                                                450 Fifth Street, NW, Suite 8000
                                                Washington, DC 20530
                                                Phone: 202-812-4723
                                                Facsimile: 202-307-5802
                                                E-mail: edward.duffy@usdoj.gov