# EXHIBIT A

# Filed Under Seal
# Pending Order on Joint Motion to Impound