EXHIBIT B

1             IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3   - - - - - - - - - - - - - - - - X

4   UNITED STATES OF AMERICA, et   :

5   al.,                         :

6         Plaintiffs,         :   Case No.

7          v.               :   1:23-cv-10511-WGY

8   JETBLUE AIRWAYS CORPORATION    :

9   AND SPIRIT AIRLINES, INC.,     X

10        Defendants.

11   - - - - - - - - - - - - - - - -

12           VIDEOTAPED DEPOSITION OF

13             RICHARD SCHEFF

14

15   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

16             Washington, D.C.

17             Wednesday, September 6, 2023

18

19

20

21

22



1      Q.    So based on your experience in network

2  planning and in the airline industry, do you have an

3  opinion as to whether it would be more difficult to

4  network plan a point to point network versus a hub

5  and spoke network?

6          MR. MITCHELL:  Objection to the form.

7          THE WITNESS:  For network planning, I

8  think that both models have their complexities and

9  intricacies, so I can't -- I can't compare which

10  would be more difficult.

11  BY MR. DeRITA:

12      Q.    Generally speaking, is there any impact on

13  utilization rates -- let me scratch that, and start

14  over.

15          Do utilization rates of point to point

16  networks tend to be higher or lower than hub and

17  spoke networks?

18          MR. MITCHELL:  Objection to the form.

19          THE WITNESS:  I haven't compared

20  utilization rates across various airlines, so it

21  depends on a number of factors.  I don't -- I don't

22  want to comment on different airlines' overall



Case 1:23-cv-10511-WGY   Document 133-2   Filed 09/11/23   Page 4 of 39
PURSUANT TO PROTECTIVE ORDER

1   utilization rates.

2   BY MR. DeRITA:

3       Q.     Would you expect that a point to point

4   network would have a higher fleet utilization rate

5   than hub and spoke?

6               MR. MITCHELL:  Objection to the form.

7               THE WITNESS:  I think it would depend on a

8   number of factors, including stage length, and

9   including airlines can choose how tightly to

10  schedule.  So it's -- I wouldn't want -- would not

11  want to make a blanket statement that a certain type

12  of airline would have more utilization or less.

13  BY MR. DeRITA:

14      Q.     How would stage length impact utilization

15  rates?

16      A.     Well, the utilization rates are basically

17  how much the plane is in the air.  When a plane is on

18  the ground, then it's not part of utilization.  So if

19  you have a long flight, let's say a five-hour flight,

20  you have five hours of utilization time, whereas if

21  you have two -- over that same five hours, you have

22  two two-hour flights, with a one-hour turn, you only



1   So what markets were served, what the distances are.

2   I think it would be a case by case situation, so I

3   hesitate to just give a blanket cause and effect.

4   BY MR. DeRITA:

5      Q.    Do you know if JetBlue has any plans to

6   adjust Spirit's current schedules to increase

7   connectivity following the merger?

8      A.    I'm not aware of -- beyond what they show

9   in 2027, but I'm not aware of what JetBlue's plans

10   are with respect to any re-timings or changes for

11   Spirit.

12      Q.    Did you consider the plans for 2027 that

13   you were just referring to in your analysis of

14   utilization?

15      A.    I did not in -- with respect to

16   utilization directly.

17      Q.    You said directly. So how about other

18   than directly?

19      A.    Well, the 2027 plans indicated, for

20   example, focus cities and areas where JetBlue

21   intended to increase service. And those -- those

22   factors give an indication of particularly some of



1    with that.

2        Q.    What's your opinion on whether that

3    measure would illuminate utilization changes of a

4    JetBlue-Spirit merger?

5            MR. MITCHELL:  Objection to the form.

6            THE WITNESS:  You know, I didn't quantify

7    this, but I do think that combining the airlines

8    potentially could allow JetBlue's lower plane

9    availability rate to come closer to Spirit's, and

10   potentially free up an airplane or some number of

11   airplanes.  Again, I didn't quantify, but it's -- I

12   think it's a possibly.

13   BY MR. DeRITA:

14       Q.    When you say come closer to Spirit's --

15   JetBlue's plane availability rate is lower than

16   Spirit's; is that right?

17           MR. MITCHELL:  Objection to the form.

18           THE WITNESS:  The historical periods that

19   I've looked at in the active schedule versus the

20   fleet, it is true that JetBlue has a lower plane

21   availability rate in both 2019 and 2023, that is

22   correct.



1    seat utilization.

2         Q.    So also in her report, Dr. Chipty states,

3    Spirit may generate many more flown seats than

4    JetBlue by running many short haul flights with more

5    idle time.  Do you agree with that statement?

6              MR. MITCHELL:  Objection to the form.

7              THE WITNESS:  No, I don't see any context.

8    I haven't assessed how much idle time they have.

9    Idle time is very specific.  If you're at an

10   airport -- for example, if you have an hour of idle

11   time, you can't add a flight, you can't go anywhere

12   and come back.  So I think there's no context for

13   whether Spirit has time that could be converted into

14   service or not.  So I don't have a view that

15   that's -- that that would happen.

16   BY MR. DeRITA:

17        Q.    So you haven't assessed any combined

18   network plans that would say whether Spirit would be

19   able to fly more or less flights post merger, one way

20   or the other?

21             MR. MITCHELL:  Objection to the form.

22             THE WITNESS:  Well, again, if we go back



1  to the days and the seasons where Spirit has reduced

2  and doesn't fly, for example, a lot of

3  Tuesday-Wednesday service, that is time that can

4  potentially be converted to additional flights,

5  whether flying a three-and-a-half hour flight instead

6  of a four-and-a-half hour flight allows more flights

7  is very context dependent.  And I don't have a view

8  of whether that would occur.

9  BY MR. DeRITA:

10      Q.    We had already talked about this earlier

11  today, but Exhibit 18 of your report, that assesses

12  utilization changes and converts them into a measure

13  of seat departures; is that right?

14            MR. MITCHELL:  Objection to the form.

15            THE WITNESS:  The utilization measure in

16  figure 18 is seat departure.

17  BY MR. DeRITA:

18      Q.    But you also use line utilization at other

19  points in your report, correct?

20            MR. MITCHELL:  Objection to the form.

21            THE WITNESS:  Yes, the report has used

22  line utilization as well as utilization defined by



1    they may choose to do in the future.

2    BY MR. DeRITA:

3        Q.    Did you do any analysis of whether

4    increasing Spirit utilization in off-peak months

5    would be profitable for the combined airline?

6            MR. MITCHELL:  Objection to the form.

7            THE WITNESS:  I did not assess the

8    profitability of increased flying, no.

9    BY MR. DeRITA:

10       Q.    And you didn't express an opinion as to

11   whether increased flying in off-peak months would be

12   profitable for the combined airline in your report,

13   correct?

14      A.    I did not express an opinion on that.  I

15   do think with JetBlue's heavier focus on business

16   travelers, that they may potentially be able to

17   operate profitably in periods of time where it's not

18   as lucrative for Spirit.  But I did not offer an

19   opinion on specifics.

20      Q.    Can you help me kind of unpack that a

21   little bit.  How would JetBlue's heavier focus on

22   business travelers increase the utilization and the

Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY Document 183-2 Filed 09/11/23 Page 10 of 39

PURSUANT TO PROTECTIVE ORDER

Page 112

 1    profitability of the Spirit fleet?

 2              MR. MITCHELL:  Objection to the form.

 3              THE WITNESS:  You're talking in a post

 4    merger situation?

 5    BY MR. DeRITA:

 6         Q.    Yes.

 7         A.    Well, I mean, I'll give you an example.

 8    Spirit has -- they serve a number of markets that do

 9    -- or routes, city pairs, that have a significant

10    business component.  And it's quite possible that an

11    airline who has that as a bigger piece of their

12    target audience would operate on business days, where

13    an airline who is relying very heavily on leisure

14    travel would not find it profitable to operate on

15    those days.

16         Q.    Have you done any analysis as to which

17    routes Spirit's off-peak utilization might increase

18    post merger?

19         A.    I have looked -- I haven't done analysis

20    on specific profitability, but I have looked at

21    schedule patterns.  So for example, in Austin, which

22    is a fairly large business market with a lot of high



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 11 of 39

PURSUANT TO PROTECTIVE ORDER

Page 113

1   tech, in 2019, Spirit operated ten flights a day,

2   Wednesday through Monday, and only four on Tuesday

3   and Wednesday.  Flights to Chicago and Los Angeles,

4   Detroit.  I don't remember which ones were cut back.

5           I looked at a number of Atlanta markets,

6   for example, I live there, and there's a lot of

7   markets like Atlanta-Baltimore, Atlanta-Cleveland,

8   whether there's reduction on Tuesday and Wednesday.

9   Those are markets I consider important business

10  markets.  And so on an observational basis, without

11  quantifying, I did look at whether it seemed

12  reasonable that JetBlue would operate a number of

13  those markets.

14      Q.    When you say would operate, are you

15  talking about markets that Spirit operates today, and

16  whether they would operate those markets as a

17  combined airline?

18      A.    Right.  So, for example, let's go to

19  Atlanta-Baltimore, with Spirit operating 12 flights a

20  week.  So only one on Tuesday and Wednesday, and two

21  the other days.  I would think it's very possible

22  that JetBlue would choose to operate 14 a week, and



Richard Scheff
HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER
9/6/2023
Page 114

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 12 of 39

1    operate Tuesday, Wednesday, both flights.  So those

2    types of pattern are what would be consistent with

3    how JetBlue operates.

4        Q.    Is it fair to say that Spirit reduces its

5    flying in off-peak months because there's less

6    consumer demands for the routes that Spirit flies in

7    those months?

8             MR. MITCHELL:  Objection to the form.

9             THE WITNESS:  Well, I mean, I don't have

10   insight into exactly the demand.  I think Spirit

11   reduces their capacity in off-peak -- or off-peak

12   days when they view that it would not be profitable

13   to operate.  So generally, lower demand does lead to

14   less profit.  But that's an analysis that Spirit

15   makes.  I don't have their profits by day.

16   BY MR. DeRITA:

17       Q.    So if that's your understanding as to why

18   Spirit changes its flying patterns, why would the

19   Spirit fleet increase utilization, as you suggest in

20   your report, if it's facing lower demand, which as

21   you said, does lead to less profit?

22             MR. MITCHELL:  Objection to the form.



Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 13 of 39
PURSUANT TO PROTECTIVE ORDER

1        MR. MITCHELL:  Objection to the form.

2        THE WITNESS:  Well, I mean, in many years

3   of building schedules, lots of business passengers do

4   originate their trips in the morning on weekdays.  So

5   that's basically an understood concept in airline

6   scheduling and planning.

7   BY MR. DeRITA:

8        Q.    If passengers are interested in this

9   service, and there's demand for it, then why isn't

10  there some airline flying it now?

11       MR. MITCHELL:  Objection to the form.

12       THE WITNESS:  Which route are you

13  referring to?

14  BY MR. DeRITA:

15       Q.    Let's go with your example, the Cleveland

16  route?

17       A.    Well, Delta flies it, I think, six, seven

18  times a day.  So if you want to go currently in the

19  morning from Atlanta to Cleveland, your choice would

20  largely be Delta or Delta, unless it's Wednesday

21  through Friday, you could choose Spirit.

22       Q.    So is there any reason Spirit couldn't



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 14 of 39

PURSUANT TO PROTECTIVE ORDER

Page 117

1    just add Tuesday and Wednesday mornings on Atlanta to

2    Cleveland in a vacuum without the merger?

3           MR. MITCHELL:  Objection to the form.

4           THE WITNESS:  I think Spirit has evaluated

5    and decided not to fly it.  I don't have the full

6    picture of what went into that decision.  They could

7    certainly change.  They add frequencies and drop

8    frequencies on an ongoing basis.  So I'm not aware of

9    anything that would prevent them from adding it if

10   they felt it would be profitable.

11   BY MR. DeRITA:

12       Q.    Is there any business condition or -- I

13   guess is there any kind of condition that would

14   change after the merger that would change the

15   evaluation as to whether not to fly that route?

16          MR. MITCHELL:  Objection to the form.

17          THE WITNESS:  So are you referring to

18   after the merger, and this is now a JetBlue market

19   from Atlanta to Cleveland?

20   BY MR. DeRITA:

21       Q.    Yeah, why would the merger change the

22   facts on the ground or the conditions on the ground



Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 15 of 39
PURSUANT TO PROTECTIVE ORDER

1   to incentivize an airline to fly, if things exist as

2   they are today?

3          MR. MITCHELL:  Objection to the form.

4          THE WITNESS:  Well, the merger -- the

5   airlines typically do have different target customer

6   bases.  And to the extent that JetBlue has more of a

7   focus on competing with a Delta or with an American

8   for a business passenger, then that can affect

9   whether you would want to add those flights.

10  BY MR. DeRITA:

11      Q.   Have you evaluated whether JetBlue's

12  combined network plan for the merger, should it

13  happen, would include these additional scheduled

14  flights that you give examples of?

15         MR. MITCHELL:  Objection to the form.

16         THE WITNESS:  The combined network plan

17  that I was provided had every flight operating seven

18  days a week, and nothing was fleeted yet.  So it was

19  more indicative of frequency and market, but it was

20  not reflective of a detailed specific day of the week

21  or seasonal schedule.

22  BY MR. DeRITA:



1  it's a general term.  I don't know how widespread the

2  usage is.

3      Q.    So going back to the first step that you

4  took that we were discussing, whether or not

5  schedules for July 2023 can be run with fewer planes

6  on a standalone basis, you did not allow flights to

7  be retimed using FAM to evaluate the standalone

8  schedules; is that right?

9      A.    The standalone schedules had already been

10 optimized.  They were the base, so they were the

11 schedules that the airplanes themselves after working

12 for however many months chose.  So because the

13 comparison was what could you do by pooling versus

14 the base, I did not feel it was appropriate to change

15 and update the base, but -- and so in that -- for

16 that reason, I left the base schedules as they were

17 in terms of departure times and -- yeah.

18     Q.    So just to be clear, I'm not talking about

19 why you might have not included rescheduling, just

20 simply, when you ran FAM on the standalone schedules,

21 you didn't put anything into the settings to allow

22 for if 20 to 60 minute retiming that you did for the



Richard Scheff

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

9/6/2023
Page 137

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 17 of 39

1   combined fleet, correct?

2            MR. MITCHELL:  Objection to the form.

3            THE WITNESS:  On the -- counting the

4   planes on the standalone base schedules, I did not

5   allow refleeting, that's correct -- or excuse me, I

6   did not allow retiming.

7   BY MR. DeRITA:

8       Q.    And that's a different setting for

9   retiming capabilities for the standalone fleet versus

10  the post merger combined fleet?

11           MR. MITCHELL:  Objection to the form.

12           THE WITNESS:  The standalone fleet was the

13  base -- I mean, it was the schedule, it was the

14  actual schedule.  The most merger was looking at what

15  opportunities would exist by combining and pooling.

16  So, yes, there was no combining and pooling in the

17  base, and that setting was different.

18  BY MR. DeRITA:

19      Q.    So understanding what you did in paragraph

20  42 of the report that did not allow for retiming on

21  standalone fleets, did you at some point run the FAM

22  model on the standalone fleets while allowing for

Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 18 of 39

PURSUANT TO PROTECTIVE ORDER

Page 149

1    the ordinary course of business, which of these

2    constraints would you consider?

3              MR. MITCHELL:  Objection to the form.

4              THE WITNESS:  It would really depend on

5    the context of the schedule.  Is it a future

6    schedule?  Is it planning where you're making

7    changes?  Is it next month's schedule?  So all of

8    these constraints are used under certain conditions

9    and many of them are not used for a number of others.

10   So it's very context dependent.

11   BY MR. DeRITA:

12       Q.    In your experience using FAM, have you

13   used any of the constraints that appear in this

14   screenshot as 0 when planning a future schedule?

15             MR. MITCHELL:  Objection to the form.

16             THE WITNESS:  Yes, I have.

17   BY MR. DeRITA:

18       Q.    Which ones?

19       A.    Well, the same fleet, row 902, I've used,

20   same fleet aggregate, I have used.  Future schedule

21   for plane on the ground, yes, I've used.  Maintenance

22   constraints, that would generally depend on the



Case 1:23-cv-10511-WGY  Document 183-2  Filed 09/11/23  Page 19 of 39
PURSUANT TO PROTECTIVE ORDER

1  timeframe, how far in advance.  So it's used

2  sometimes.

3          Pilot hour constraints, similarly for a

4  shorter term schedule, where the pilot hours are

5  fixed, you know, I've used that.  And the longer term

6  planning would normally not use it.  The fleet size

7  is just a function of how many fleets are active.

8  Would rarely use noise constraints anymore.

9          Midday breakouts are automatically

10  generated.  In this case, it's a 0 because all of the

11  airplanes in these runs are the same -- the same crew

12  flies them, so there's no opportunity to have a 737

13  arrive.  And then the next day, you have a 320 leave.

14          So the frequency constraints are used in

15  future planning, if you want to add or delete

16  service.  Some of these others are internally

17  generated by the model.  Refleet, you know, that can

18  be used essentially to -- when you're refleeting, to

19  control the number of changes.

20          So all of them have been used at some

21  point, and many of them are not used for many runs.

22  Again, it's very context dependent.



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY Document 183-2 Filed 09/11/23 Page 20 of 39

PURSUANT TO PROTECTIVE ORDER

Page 154

1    airlines by JetBlue in this transaction?

2         A.    Yes, I'm aware.

3         Q.    When evaluating LaGuardia, did you factor

4    in the slots that are going to be divested to

5    Frontier in that analysis as to whether or not the

6    slots were in the combined airline's portfolio?

7         A.    No, I used the July 2023 schedule in its

8    entirety, with no divestiture for both the flights,

9    as well as slots.

10        Q.    And did you evaluate JFK -- sorry, not

11   JFK.  Did you also evaluate -- no, forget it.  You

12   didn't evaluate Newark.  We don't need to go there.

13             To the extent that JetBlue or Spirit are

14   operating banks at any airport across the country,

15   does the FAM model evaluate whether the retiming that

16   could be allowed would move a flight outside of

17   banked hours.

18        A.    The FAM model does not.  The follow-up

19   process from any FAM solution would be to take the

20   solution, and to evaluate what got better, what got

21   worse from a timing perspective.  And then

22   iteratively improved and adjust the schedule.  So the



Richard Scheff
HIGHLY CONFIDENTIAL
9/6/2023
Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 21 of 39
PURSUANT TO PROTECTIVE ORDER
Page 155

1   FAM itself does not have that as a direct output.

2       Q.    Did you do this follow-up process that you

3   described on the FAM output?

4       A.    I did not.  I don't have a -- did not have

5   a calibrated -- I did not attempt to forecast the

6   profits and the passengers and the load factors of

7   either airline.  But I would anticipate, if JetBlue

8   after the merger is scheduling and building a

9   network, that that would certainly be part of their

10  process.  It would require demand forecasts, it would

11  require lots of inputs.  But I did not undertake that

12  exercise.

13      Q.    Does the FAM model consider whether

14  "remain overnight gates" are available to support

15  additional operations from popped aircraft?

16            MR. MITCHELL:  Objection to the form.

17            THE WITNESS:  The FAM model does not.  And

18  I did not attempt to address where or what the

19  eventual use of the popped aircraft would be.

20  BY MR. DeRITA:

21      Q.    Does FAM consider whether other terminal

22  assets, such as ticket counters or baggage carousels,



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 22 of 39

PURSUANT TO PROTECTIVE ORDER

Page 156

1   are available to support additional operations?

2        A.    FAM is not intended to be forecasting what

3   you would do with these extra planes.  That would be

4   part of JetBlue's planning process, but it is not --

5   it is not part of the FAM modeling.

6        Q.    Does FAM consider whether additional

7   ground crews, such as gate attendants or baggage

8   handlers, would be available to support additional

9   operations?

10       A.    Well, I mean, any schedule that an airline

11   proposes, they would take into account what their

12   ticket counter and staffing capabilities were.  So as

13   I said, what would happen, and where these planes

14   would go was not part of this analysis.  I have no --

15   I did not attempt to model JetBlue's capability at

16   different airports of what they might do with those

17   planes.

18       Q.    Does FAM take into account whether or not

19   moving a flight time might make it more or less

20   desirable for passengers?

21       A.    The FAM does not have a direct time of day

22   preference adjustment.  Which is, again, part of the

1    reason that there was a heavy emphasis to keep the

2    timing as close as possible to the original timing.

3         Q.    Does the FAM model differentiate --

4    actually, let me take that back.

5              Does the FAM model take as an input the

6    number of -- or availability of gates at specific

7    airports?

8              MR. MITCHELL:  Objection to the form.

9              THE WITNESS:  It is -- you have a

10   potential to limit the total number of airplanes on

11   the ground of a certain type at a specific airport.

12   But it's not -- it's not comprehensive in terms of

13   looking at gates.

14   BY MR. DeRITA:

15        Q.    One of the utilization adjustments that

16   you describe in your report is the increased use of

17   Spirit's A321s. Can you explain what that is?

18        A.    Can you point me where in the report?

19        Q.    Page 25.

20        A.    Okay.  So Spirit's A321s have been limited

21   from some very long flights for operational reasons.

22   And in certain seasons, particularly summer, where



1           MR. MITCHELL:  Objection to the form.

2           THE WITNESS:  There would be the potential

3  with the reduced seat density and having an airplane

4  that is equivalent to one that JetBlue flies on

5  longer stage length.  I think there's likely the

6  potential to fly the A321 on longer flights on those

7  occasions where the airline determines the demand is

8  such that that would be the best use of the plane.

9  BY MR. DeRITA:

10     Q.   If an A321 is used to fly a longer stage

11  length, would that tend to increase or decrease the

12  number of seats that it flies per year?

13           MR. MITCHELL:  Objection to the form.

14           THE WITNESS:  Flying -- if you increase

15  the average stage length, then that, in general,

16  depending on whether you were able to, for example,

17  add flights with additional redeye flying.

18           But if it's -- in general, longer stage

19  lengths would reduce departures and have a reduced

20  effect on seat departures.  The airline's overall

21  goal is not necessarily the most seats, period.  It's

22  the putting the most seats at the time and the place



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 25 of 39

PURSUANT TO PROTECTIVE ORDER

Page 163

1   where the demand exists for those seats.

2   BY MR. DeRITA:

3        Q.    So if, as you say, in general, longer

4   stage lengths would reduce departures and have a

5   reduced effect on seat departures, isn't the change

6   that you're suggesting in this section of your report

7   actually going to result in a reduction of the number

8   of seats per year?

9             MR. MITCHELL:   Objection to the form.

10            THE WITNESS:   I wouldn't say that.   And as

11  I mentioned, it can work both ways, because there are

12  flights that -- there are A321s that fly longer haul

13  now, that in the peak March and April seasons could

14  be deployed on shorter routes.

15            So instead of having merely the 30 A321s

16  that Spirit operates, the combined network would have

17  more than 60.   So you might have more seats in

18  certain times of year, less seats in other times of

19  year, but the goal would be productive seats where

20  the demand exists.

21            So I don't have a year-round assessment of

22  how the total seats would play out there.   To the



Richard Scheff
HIGHLY CONFIDENTIAL
9/6/2023
Case 1:23-cv-10511-WGY  Document 183-2  Filed 09/11/23   Page 26 of 39
PURSUANT TO PROTECTIVE ORDER
Page 166

1  currently exist.

2  BY MR. DeRITA:

3      Q.    Did you do anything to evaluate whether

4  adding additional redeye flights would be profitable

5  for the combined JetBlue and Spirit?

6      A.    I did not do a forecast on the

7  profitability of these potential redeyes.

8      Q.    Did you do any analysis of customer demand

9  for redeye flights?

10      A.    Redeye flights often have high appeal for

11  certain passengers, but I did not -- for these

12  potential new flights, I didn't do a redeye specific

13  forecast, no.

14      Q.    Are you aware of any JetBlue or Spirit

15  documents that discuss whether there's any unmet

16  demand for redeye flights?

17          MR. MITCHELL:  Objection to the form.

18          THE WITNESS:  I'm not aware of any

19  documents of that nature.

20  BY MR. DeRITA:

21      Q.    Did you evaluate whether Spirit could

22  increase its redeye flying independently without a

Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 27 of 39

PURSUANT TO PROTECTIVE ORDER

Page 168

1  aircraft reserved as spares.  What's underlying the

2  claim you make that the combined airline could keep

3  fewer spares?

4       A.    Generally, as a fleet size gets larger, so

5  for example, the 320s, their opportunities to

6  potentially have fewer -- many airlines might use a

7  metric, for example, one spare for 30 airplanes.

8            So if you have 70 airplanes, you need

9  three spares.  If you have 90 airplanes, you still

10  use three spares.  So there's potential there.  The

11  other factor is oftentimes if you take an airport

12  such as, let's say, Fort Lauderdale, both airlines

13  may have enough presence that they each need a spare.

14            But in a combined entity, one spare might

15  be sufficient.  So the reason I didn't quantify is

16  that's very specific to the number of planes, where

17  they're located, but I think it's quite possible that

18  one or fewer spares would be possible.

19       Q.    How does Spirit currently determine the

20  number of spares that it maintains?

21            MR. MITCHELL:  Objection to the form.

22            THE WITNESS:  I don't have all of the



Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 28 of 39
PURSUANT TO PROTECTIVE ORDER

1   input.  I can look at how many they've had, but that

2   number changes.  I don't know what all factors they

3   take into account in setting their spares.

4   BY MR. DeRITA:

5       Q.    Do you know if a piece of software is used

6   to do that?

7       A.    I'm not aware if it is or not.

8       Q.    Did you evaluate whether Spirit could

9   independently, outside of the merger, reduce the

10  number of spares it keeps in its fleet?

11      A.    I did not evaluate independently what they

12  might or might not do with spares, no.

13      Q.    Did you evaluate whether JetBlue could

14  reduce its number of spares independently, but for

15  the merger?

16      A.    No, I did not.

17      Q.    Did you quantify any change in utilization

18  that would result from having less spares?

19      A.    I did not quantify a change in

20  utilization.  Most of the utilization I did was line

21  utilization or seats per active airplane, not at a

22  fleet basis.



1   BY MR. DeRITA:

2      Q.     It does not account for any changes that

3   are planned to Spirit's fleet after 2023, correct?

4      A.     This figure uses only the 2023 fleet data,

5   nothing beyond that for either airline.

6      Q.     Are you aware that JetBlue's deal modeling

7   includes plans to reduce Spirit's fleet as compared

8   to its pre-merger fleet plans?

9          MR. MITCHELL:   Objection to the form.

10         THE WITNESS:   I have not reviewed

11   JetBlue's deal modeling.   I know, for example, that

12   Spirit recently has deferred some orders.   My

13   experience is that airlines frequently evaluate their

14   fleet and adjust, but I don't have -- I don't know

15   what the deal modeling assumed in terms of fleet

16   changes.

17   BY MR. DeRITA:

18      Q.     So you're not aware that -- actually,

19   let's just go to Dr. Chipty's reply.   If we can go to

20   page 64, paragraph 88.   And here, Dr. Chipty points

21   out that, "JetBlue anticipated rationalizing Spirit's

22   pre-merger fleet plans by 2027 as follows: (a) reduce



1  the number of A319 NEO aircraft by 31 planes; (b)

2  reduce the number of A321 NEO aircraft by 12 planes;

3  and, (c) increase the number of A320 NEO aircraft by

4  15."

5          You were not aware of these changes?

6          MR. MITCHELL:  Objection to the form.

7          THE WITNESS:  Well, I'm aware that that

8  claim was in Dr. Chipty's report.  As to what the

9  assumptions were in the deal modeling, I didn't

10  review that, so I can't -- I can't address that.  I

11  certainly see that that is the statement here, but

12  beyond that, I don't know.

13  BY MR. DeRITA:

14      Q.     So in the footnote to the sentence,

15  Dr. Chipty cites JetBlue spreadsheet, fleet

16  unreasonable and fleet reasonable tabs, May 4th,

17  2022, JBLU-DOJ-03084563.  Have you reviewed that

18  document?

19      A.     I have not reviewed that.

20      Q.     Did you review Dr. Chipty's analysis of

21  the seats that would be lost by the fleet

22  rationalization she points out in paragraph 88 of her



Case 1:23-cv-10511-WGY    Document 183-2    Filed 09/11/23    Page 31 of 39

PURSUANT TO PROTECTIVE ORDER

1    reply report?

2              MR. MITCHELL:  Objection to the form.

3              THE WITNESS:  I saw her quantification.  I

4    didn't review as to its accuracy or appropriateness.

5    So I saw the exhibit, but beyond that, I don't have a

6    comment on that.

7    BY MR. DeRITA:

8        Q.    You have no response to the fleet

9    rationalization claim that she makes in this

10   paragraph, that's right?

11             MR. MITCHELL:  Objection to the form.

12             THE WITNESS:  I do not have insight in

13   JetBlue's future fleet plans or Spirit's.  Other than

14   I noted that Spirit's has recently changed, but, no,

15   I don't -- I don't know what the assumptions are in

16   the deal modeling, and I did not review that.

17   BY MR. DeRITA:

18       Q.    You would agree that removing 31 A319 NEO

19   aircraft from Spirit's fleet would result in the loss

20   of some number of seats, correct?

21             MR. MITCHELL:  Objection to the form.

22             THE WITNESS:  I think it's in the context



1   additions and Saturday reductions, and subtracting

2   that number from the seasonal increase number that

3   you had already calculated?

4      A.    Right.   That eliminated any double

5   counting, because the seat -- the day of week

6   adjustments were implemented on a seasonal basis,

7   but, yes, that would be the net effect.

8      Q.    Okay.   And I want to circle back to the

9   seasonal and day of week adjustments that we talked

10   about earlier.   You had mentioned, as an example,

11   Cleveland to Atlanta as a route that might face more

12   demand after -- or might face more demand in a place

13   where seasonal flying increases can be done.   There

14   are presumably some routes where there are not demand

15   for additional seasonal or day of the week flying,

16   correct?

17      MR. MITCHELL:   Objection to the form.

18      THE WITNESS:   Yes, the demand really

19   varies from route to route.   So I would not assume

20   across the board that there would be demand

21   sufficient to add capacity in every route.

22   BY MR. DeRITA:



Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 33 of 39

PURSUANT TO PROTECTIVE ORDER

1   would have to do that evaluation on a seasonal and

2   route by route basis.

3   BY MR. DeRITA:

4        Q.    You do not know whether there are more

5   routes that JetBlue would be able to increase

6   seasonal and day of week flying versus ones like

7   Orlando to Cleveland that we discussed that may not

8   be able to?

9             MR. MITCHELL:  Objection to the form.

10            THE WITNESS:  I have not forecasted the

11   changes in profit, revenue, and cost from adding

12   frequencies on a day of week and market basis.  So I

13   don't have an exact number of how many you would add

14   or not add.

15   BY MR. DeRITA:

16        Q.    Okay.  Let's turn to paragraph 79 of your

17   report.

18        A.    Okay.

19        Q.    So here in this paragraph, you state, the

20   combined airline will not decrease output and will

21   likely make more seats available for departure.

22             How did you reach that conclusion?



Richard Scheff
HIGHLY CONFIDENTIAL
9/6/2023
Page 198
Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 34 of 39
PURSUANT TO PROTECTIVE ORDER

1    with their own fleet, and what they and Spirit both

2    do today.

3    BY MR. DeRITA:

4        Q.    Can you explain to me how to rationalize

5    the finding in figure 18 of a negative 3.8 million

6    seat departures with your conclusion that output will

7    not be decreased?

8             MR. MITCHELL:  Just for the record, you

9    misstated the number.

10            MR. DeRITA:  Yeah, sorry. .38 million.

11            THE WITNESS:  Yes.  In paragraph 79, I

12    mentioned the categories of utilization increases.

13    And again, fleet optimization, I believe, is the main

14    driver, where within that category that the combined

15    airline would do substantially more changes.  For

16    example, I did not allow any 320s to become 321 or

17    vice versa.  So there was a pool of some limited -- I

18    think 69 321s.  So there was no ability to change

19    capacity cost.  There was another pool of separate

20    320s.

21            And in addition, there would be -- in the

22    combined network, there would be 220 300s, depending



Richard Scheff
HIGHLY CONFIDENTIAL
9/6/2023
Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 35 of 39
PURSUANT TO PROTECTIVE ORDER
Page 199

1   on the timing of fleet changes, 319s.  So there would

2   be a much larger pool.  So there could be an ability

3   to potentially pop more airplanes, but also to

4   increase utilization with bigger blocks of time, for

5   example, during the day, where we talked earlier

6   about the plane on the ground.

7           So JetBlue could look at that, can they

8   take these multiple fleets, this bigger pool, and can

9   they create a block from 9:00 a.m. to 3:00 p.m. in

10  Boston.

11          So there are substantial changes that the

12  larger pool and the upgauging and downgauging allow

13  within fleet optimization, but without that data to

14  support and justify the specific changes, I did not

15  directly include that in this waterfall.

16  BY MR. DeRITA:

17      Q.    So is what you're saying, the numbers that

18  you include in fleet optimization could be larger?

19      A.    In an actual combined merged airline, when

20  they are able to upgauge, downgauge, and make the

21  seasonal adjustments and include additional fleet

22  types, I would expect the benefit to be significantly



Richard Scheff

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 36 of 39

HIGHLY CONFIDENTIAL

PURSUANT TO PROTECTIVE ORDER

9/6/2023

Page 202

1   BY MR. DeRITA:

2        Q.    So is it your expectation that the fleet

3   optimization could be increased by .38 million seats?

4        A.    I would expect after combining -- the

5   airlines combining the fleets and allowing

6   appropriate regauges, that the fleet optimization

7   total would increase by significantly more than .38

8   million.

9        Q.    But how can you say that it's going to be

10  more or could be more than .38 million if you have

11  not quantified that?

12            MR. MITCHELL:  Objection to the form.

13            THE WITNESS:  I mean, I've done these

14  types of regauging analysis.  It's also the larger

15  the pool of aircraft are, the more opportunities you

16  have to either pop airplanes or create that plane on

17  the ground.  And there's certainly almost always

18  capability to improve seat production or profit

19  performance through upgauges and downgauges.

20            So I've never seen it where there wasn't,

21  so I'm very confident that it would happen.  But

22  without that specific forecast and cost data I did



Richard Scheff

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 37 of 39

HIGHLY CONFIDENTIAL
PURSUANT TO PROTECTIVE ORDER

9/6/2023
Page 203

1  not quantify that piece of the fleet optimization.

2  BY MR. DeRITA:

3      Q.    When you said I've never seen it where

4  there wasn't, did you mean improving seat production

5  or profit performance through upgrades and

6  downgauges?  What's the "it"?

7      A.    Typically, with respect to upgauges and

8  downgauges, once a forecast is developed, I have

9  never seen a schedule where there was not the

10  potential to improve performance generally by adding

11  seats where the demand is.  So it's -- it's what I

12  would expect to happen and what has happened in each

13  case that I've worked over the past 30 years.

14      Q.    In those cases that you're referring to as

15  having worked on in the past 30 years, are any of

16  those involving the combination of two fleets -- of

17  two separate airlines?

18      A.    Other than the cases that I mentioned,

19  which were similar here, with no gauge changes, I

20  have not run an analysis of combining two separate

21  schedules.  I would expect that that would certainly

22  increase the likelihood of improvement, because you



Richard Scheff

HIGHLY CONFIDENTIAL

9/6/2023

Case 1:23-cv-10511-WGY   Document 183-2   Filed 09/11/23   Page 38 of 39

PURSUANT TO PROTECTIVE ORDER

Page 206

1   their network, their airplanes.  So I did not attempt

2   to second guess their deployment in their July

3   schedule.

4   BY MR. DeRITA:

5       Q.    But if you just said that in your prior

6   engagements, and probably almost all cases, there

7   would be opportunity for fleet optimization, Spirit's

8   just the one case that there isn't an opportunity for

9   fleet optimization?

10          MR. MITCHELL:  Objection to the form,

11   mischaracterizes.

12          THE WITNESS:  Yeah, I wouldn't phrase it

13   that way.  That's -- in the cases that we -- that

14   I've worked on or that our company has worked on,

15   there are many airlines -- or there are cases where

16   they haven't used that.

17          So when we are asked to come in, work with

18   them to build a forecast or utilize their forecast,

19   we would find that.  So I am not -- not commenting on

20   what Spirit has done.  I would anticipate if we were

21   to do a study and work with them, that we would find

22   opportunity.  But we would have to go through that



1   exercise to validate that.

2   BY MR. DeRITA:

3       Q.    You mentioned you were retained in July in

4   relation to this matter.  Was your assignment from

5   the start to use FAM to optimize the fleet?

6           MR. MITCHELL:  Objection to the form.  You

7   can answer.

8           THE WITNESS:  It might have been late

9   June.  No, the assignment was to look at the

10  potential changes as the initial assignment.  You

11  know, FAM was my choice of a way to quantify some of

12  the values, but I was not asked to use FAM.  I chose

13  to use it.

14  BY MR. DeRITA:

15      Q.    Do you remember approximately when you

16  chose to use FAM as the model for evaluating the

17  potential changes?

18          MR. MITCHELL:  Objection to the form.

19          THE WITNESS:  It would have been very

20  early in the process.  So after -- within the first

21  week, I would say.

22          MR. DeRITA:  Okay.  Let's go off the