# EXHIBIT C

B6_NK_FamOutput_Logs - Excel

G908

| | A | B | C | D | E | F |
|---|---|---|---|---|---|---|
| 900 | | | | | | |
| 901 | B | balance | constraints: | | 58910 | |
| 902 | J | same-fleet | constraints: | | 0 | |
| 903 | K | same-fleet agg | constraints: | | 0 | |
| 904 | C | cover | constraints: | | 1766 | |
| 905 | C | plane-on-ground | constraints: | | 0 | |
| 906 | M | maintenance | constraints: | | 0 | |
| 907 | P | pilot hour | constraints: | | 0 | |
| 908 | S | fleet size | constraints: | | 3 | |
| 909 | N | noise | constraints: | | 0 | |
| 910 | T | MDBO | constraints: | | 0 | |
| 911 | FRQ | frequency | constraints: | | 0 | |
| 912 | SIT | seat | constraints: | | 0 | |
| 913 | SLOT | slot | constraints: | | 0 | |
| 914 | CUT | | constraints: | | 0 | |
| 915 | G | source/sink | constraints: | | 0 | |
| 916 | G | same | constraints: | | 3 | |
| 917 | R | refleet | constraints: | | 0 | |
| 918 | R | refleet (aggr) | constraints: | | 0 | |
| 919 | t | total_aircraft | constraint : | | 1 | |
| 920 | mt | mintotal_aircraft | constraint : | | 1 | |
| 921 | | | | | | |

Log_3_321   Su ...

Ready   100%



EXHIBIT 7
WIT: Schnell
DATE: 9.6.23
DJura, RPR