# EXHIBIT 1

# Amended Expert Report Excerpts of Tanseem Chipty, Ph.D.

**SUBJECT TO MOTION TO IMPOUND FILED SEPTEMBER 11, 2023**