# EXHIBIT 2

# Reply Report Excerpts of Tanseem Chipty, Ph.D.

**SUBJECT TO MOTION TO IMPOUND FILED SEPTEMBER 11, 2023**