# EXHIBIT 4

## Amended Expert Report Excerpts of Gautam Gowrisankaran, Ph.D.

**SUBJECT TO MOTION TO IMPOUND FILED SEPTEMBER 11, 2023**