# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned, Garrett Windle, in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: September 13, 2023    By:    */s/ Garrett Windle*
Garrett Windle
Attorney Advisor
U.S. Department of Justice
Antitrust Division
950 Pennsylvania Ave. NW, Suite 3311
Washington, DC 20530
Tel: (202) 894-4243
Fax: (202) 598-2680
Garrett.Windle@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated: September 13, 2023                                        */s/ Garrett Windle*