# Exhibit C

Exhibits Without Evidentiary Objections as of September 15, 2023

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 1 | AA-NEA-03192426 | AA-NEA-03192469 | |
| 2 | ALLEGIANT_00009083 | ALLEGIANT_00009106 | |
| 3 | ALLEGIANT_DOJ_00000900 | ALLEGIANT_DOJ_00000919 | |
| 4 | ALLEGIANT_DOJ_00000994 | ALLEGIANT_DOJ_00001001 | |
| 5 | ALLEGIANT_DOJ_00001030 | ALLEGIANT_DOJ_00001030 | |
| 6 | ALLEGIANT_DOJ_00001139 | ALLEGIANT_DOJ_00001142 | |
| 7 | ALLEGIANT_DOJLIT_00003456 | ALLEGIANT_DOJLIT_00003457 | |
| 8 | ALLEGIANT_DOJLIT_00003465 | ALLEGIANT_DOJLIT_00003571 | |
| 9 | ALLEGIANT_DOJLIT_00004925 | ALLEGIANT_DOJLIT_00005098 | |
| 10 | ALLEGIANT_DOJLIT_00008105 | ALLEGIANT_DOJLIT_00008107 | |
| 11 | ALLEGIANT_DOJLIT_00008767 | ALLEGIANT_DOJLIT_00008774 | |
| 12 | AVELO_0000003 | AVELO_0000047 | |
| 13 | AVELO-DIV-00001 | AVELO-DIV-00001 | |
| 14 | Broward_County_00004591 | Broward_County_00004610 | |
| 15 | DL-B6NK_00026386 | DL-B6NK_00026495 | |
| 16 | DL-B6NK_00050360 | DL-B6NK_00050380 | |
| 17 | FRONTIER-000550 | FRONTIER-000557 | |
| 18 | FRONTIER-DIVCID-000001 | FRONTIER-DIVCID-000008 | |
| 19 | FRONTIER-DIVCID-000013 | FRONTIER-DIVCID-000016 | |
| 20 | GOAA2513 | GOAA2521 | |
| 21 | GOAA2600 | GOAA2601 | |
| 22 | GOAA2661 | GOAA2708 | |
| 23 | GOAADOJ0249 | GOAADOJ0249 | |
| 24 | JBLU_MERGER_LIT-01575858 | JBLU_MERGER_LIT-01575989 | |
| 25 | JBLU_MERGER_LIT-01649860 | JBLU_MERGER_LIT-01649860 | |
| 26 | JBLU_MERGER_LIT-01649868 | JBLU_MERGER_LIT-01649868 | |
| 27 | JBLU_MERGER_LIT-01649870 | JBLU_MERGER_LIT-01649870 | |
| 28 | JBLU_MERGER_LIT-01649931 | JBLU_MERGER_LIT-01649931 | |
| 29 | JBLU_MERGER_LIT-01942679 | JBLU_MERGER_LIT-01942697 | |
| 30 | JBLU-DOJ-04330894 | JBLU-DOJ-04330916 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 31 | JBLU-DOJ-10788409 | JBLU-DOJ-10788725 | |
| 32 | Item 3(b)-1 to Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022, Agreement and Plan of Merger dated July 28, 2022 | | |
| 33 | Response of Spirit Airlines to the Antitrust Division DOJ's Request for Additional Information and Documentary Material, December 12, | | |
| 34 | Response of JetBlue Airways to the Antitrust Division DOJ's Request for Additional Information and Documentary Material, December 12, 2022 | | |
| 35 | JetBlue Airways Investor Presentation, July 28, 2022 | | |
| 36 | Defendant JetBlue Airways Corporation's Responses and Objections to the Plaintiffs' First Set of Interrogatories (5/17/2023) | | |
| 37 | Press release, Defendant JetBlue Airways Corporation's Responses and Objections to the Plaintiffs' First Set of Interrogatories (5/17/2023); Press Release, JetBlue and Spirit will continue to advance plan to create compelling national low-fare challenger to the dominant U.S. carriers (3/07/2023) | | |
| 38 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-Reiterates-Support-for-Merger-with-Frontier-Airlines/default.aspx, "Spirit Airlines Board of Directors Reiterates Support for Merger with Frontier Airlines", dated 5/2/2022 | | |
| 39 | 2022 SEC form 10-K, Spirit Airlines, Inc. dated 2/26/2023 | | |
| 40 | Item 4(c)-20 to Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022, "Board of Directors Strategy Offsite" Presentation, dated June 2022 | | |
| 41 | JetBlue and Spirit Presentation, "Bringing Low Fares and Great Service to More Customers," Presentation to the Antitrust Division of the Department of Justice, February 22, 2023. | | |
| 42 | Document titled "Response of JetBlue Airways Corporation to the Antitrust Division of the U.S. Department of Justice's Request for Additional Information and Documentary Material Issued September 12, 2022," from December 12, 2022 | | |
| 43 | JetBlue Airways Second Quarter 2023 Earnings Call Presentation, August 1, 2023 | | |
| 44 | Spirit Document titled "Agreement and Plan of Merger among JetBlue Airways Corporation, Sundown Acquisition Corp. and Spirit Airlines,Inc. Dated as of July 28, 2022" | | |
| 45 | Spirit Press Release,"Spirit Airlines Adds a Batch of New Boston Flights this Summer," April 25, 2023 | | |
| 46 | Spirit Press Release, "Spirit Airlines Launches its Puerto Rico Expansion, Adding Nonstop Flights Stretching to Texas and the Midwest," May 5, 2023 | | |
| 47 | 2022 SEC form 10-K, American Airlines Group, Inc. dated 2/22/2023 | | |
| 48 | 2022 SEC form 10-K, Delta Air Lines, Inc. dated 2/10/2023 | | |
| 49 | 2022 SEC form 10-K, United Airlines Holdings, Inc. dated 2/16/2023 | | |
| 50 | 2013 SEC form 10-K, JetBlue Airways Corporation dated 2/19/2014 | | |
| 51 | 2014 SEC form 10-K, JetBlue Airways Corporation dated 2/12/2015 | | |
| 52 | 2015 SEC form 10-K, JetBlue Airways Corporation dated 2/17/2016 | | |
| 53 | 2016 SEC form 10-K, JetBlue Airways Corporation dated 2/17/2017 | | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 54 | 2017 SEC form 10-K, JetBlue Airways Corporation dated 2/16/2018 | | |
| 55 | 2018 SEC form 10-K, JetBlue Airways Corporation dated 2/21/2019 | | |
| 56 | 2019 SEC form 10-K, JetBlue Airways Corporation dated 2/18/2020 | | |
| 57 | 2020 SEC form 10-K, JetBlue Airways Corporation dated 3/2/2021 | | |
| 58 | 2021 SEC form 10-K, JetBlue Airways Corporation dated 2/22/2022 | | |
| 59 | 2022 SEC form 10-K, JetBlue Airways Corporation dated 2/27/2023 | | |
| 60 | 2013 SEC form 10-K, Spirit Airlines, Inc. dated 2/20/2014 | | |
| 61 | 2014 SEC form 10-K, Spirit Airlines, Inc. dated 2/18/2015 | | |
| 62 | 2015 SEC form 10-K, Spirit Airlines, Inc. dated 2/17/2016 | | |
| 63 | 2016 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2017 | | |
| 64 | 2017 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2018 | | |
| 65 | 2018 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2019 | | |
| 66 | 2019 SEC form 10-K, Spirit Airlines, Inc. dated 2/5/2020 | | |
| 67 | 2020 SEC form 10-K, Spirit Airlines, Inc. dated 2/10/2021 | | |
| 68 | 2021 SEC form 10-K, Spirit Airlines, Inc. dated 2/8/2022 | | |
| 69 | 2022 SEC Form 10-K, Soutwest Airlines Co. dated 2/6/2023 | | |
| 70 | 2022 SEC Form 10-K, Allegiant Travel Company dated 2/27/2023 | | |
| 71 | 2022 SEC Form 10-K, Frontier Group Holdings, Inc. dated 2/22/2023 | | |
| 72 | 2022 SEC Form 10-K, Sun Country Airlines Holdings, Inc. dated 2/15/2023 | | |
| 73 | SEC Form 10-Q Spirit Airlines, Inc. dated 8/3/2023 | | |
| 74 | SEC Form 10-Q Spirit Airlines, Inc. dated 4/26/2023 | | |
| 75 | SEC Form 10-Q JetBlue Airways Corporation dated 8/1/2023 | | |
| 76 | Spirit Airlines, Inc. SEC Form 8-K, dated 8/3/2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/00abc369-e712-452a-a2ef-6d93e51a6956.html | | |
| 77 | Spirit Airlines, Inc. SEC Form 8-K, dated 4/26/2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/39289508-03e8-4c5a-b8c7-24d368c826a5.html | | |
| 78 | Spirit Airlines, Inc. SEC Form 8-K, dated 10/20/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/06506ba2-7e0b-40c9-8844-8b607acb0168.html | | |
| 79 | Spirit Airlines, Inc. SEC Form 8-K, dated 7/28/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/f037bf53-da6f-4cb7-a92c-959f6d589fbc.html | | |
| 80 | Spirit Airlines, Inc. SEC Form 8-K, dated 6/24/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/d3887617-211a-4b2e-aa82-94faece4878f.html | | |
| 81 | Spirit Airlines, Inc. SEC Form 8-K, dated 6/3/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/eff584db-28eb-47b6-bebe-719a456196cf.html | | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 82 | Spirit SEC Form 8-K, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/495e3a62-322b-4775-9efd-cb9bd26dba90.html, Entry into Material Definitive Agreement, dated 2/7/2022 | | |
| 83 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2023/Spirit-Airlines-Takes-Home-Prestigious-Value-Airline-of-the-Year-Award-from-Air-Transport-World-ATW/default.aspx, "Spirit Airlines Takes Home Prestigious 'Value Airline of the Year' Award from Air Transport World (ATW)", dated 2/14/2023 | | |
| 84 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Announces-Stockholder-Approval-of-Merger-Agreement-with-JetBlue/default.aspx, "Spirit Announces Stockholder Approval of Merger Agreement with JetBlue" dated 10/19/2022 | | |
| 85 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Announces-Termination-of-Merger-Agreement-with-Frontier/default.aspx, "Spirit Announces Termination of Merger Agreement with Frontier" dated 7/27/2022 | | |
| 86 | Amendment No. 8 to Tender Offer by Sundown Acquisition Corp. dated 7/28/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/c84aef1d-8061-4528-a1d8-330d5e9b4dbb.html | | |
| 87 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders-/default.aspx, "Spirit Airlines Announces Intention to Adjourn Special Meeting of Stockholders" dated | | |
| 88 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders-2022/default.aspx, "Spirit Airlines Intention to Adjourn Special Meeting of Stockholders", dated 7/7/2022 | | |
| 89 | Amendment No. 7 to Tender Offer by Sundown Acquisition Corp. dated 6/30/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/55da04bc-b1a8-48eb-98c1-59632391c6a3.html | | |
| 90 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders/default.aspx, "Spirit Airlines Intention to Adjourn Special Meeting of Stockholders", dated 6/29/2022 | | |
| 91 | Spirit Airlines, Inc., SEC Filing Schedule 14A, Amendment 18, Spirit New York Times Ad, dated 6/29/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/3b44c623-49a2-4170-89ee-7d2d54fbf433.html | | |
| 92 | Amendment No. 6 to Tender Offer by Sundown Acquisition Corp. dated 6/29/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/02653b16-bde0-43b8-8f2c-66e5daa617a1.html | | |
| 93 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Reaffirms-Commitment-to-Merger-with-Frontier-/default.aspx, "Spirit Airlines Reaffirms Commitment to Merger with Frontier", dated 6/28/2022 | | |
| 94 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Amended-Merger-Agreement-with-Frontier-Including-Increased--Per-Share-Cash-Consideration-and-350-Million-Reverse-Termination-Fee/default.aspx, "Spirit Airlines Announces Amended Merger Agreement with Frontier, Including Increased Per-Share Cash Consideration and $350 Million Reverse Termination Fee", dated 6/24/2022 | | |
| 95 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Quietly-Flies-by-Competitors-in-Airport-Noise-Reduction-Awards/default.aspx, "Spirit Airlines 'Quietly' Flies by Competitors in Airport Noise Reduction Awards", dated | | |
| 96 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-to-Review-Revised-Proposal-from-JetBlue/default.aspx, "Spirit Airlines Board of Directors to Review Revised Proposal from JetBlue", dated 6/20/2022 | | |
| 97 | Amendment No. 5 to Tender Offer JetBlue Tender Offer dated 6/21/2022 | | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 98 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Postpones-Special-Meeting-of-Stockholders-Until-June-30-2022/default.aspx, "Spirit Airlines Postpones Special Meeting of Stockholders until June 30, 2022", dated | | |
| 99 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-to-Review-Updated-Proposal-from-JetBlue/default.aspx, "Spirit Airlines Board of Directors to Review Updated Proposal from JetBlue", dated 6/6/2022 | | |
| 100 | Amendment No. 4 to Tender Offer JetBlue Tender Offer dated 6/21/2022 | | |
| 101 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Frontier-Airlines-and-Spirit-Airlines-Announce-Amended-Merger-Agreement/default.aspx, "Frontier Airlines and Spirit Airlines Announce Amended Merger Agreement", dated 6/2/2022 | | |
| 102 | Amendment No. 3 to Tender Offer by Sundown Acquisition Corp. dated 6/1/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/8f9e0b02-f555-4c9a-bda8-abf53173e1c0.html | | |
| 103 | Amendment No. 2 to Tender Offer by Sundown Acquisition Corp. dated 5/26/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/1648f96b-8bcc-4ab1-8136-7edb18d237d0.html | | |
| 104 | Amendment No. 1 to Tender Offer by Sundown Acquisition Corp. dated 5/23/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/7b6b541b-d627-4c23-a194-cfd5900545ef.html | | |
| 105 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-Urges-Stockholders-to-Reject-JetBlue-Tender-Offer/default.aspx, "Spirit Airlines Board of Directors Urges Stockholders to Reject JetBlue Tender | | |
| 106 | Spirit Press Release, "Spirit Airlines Board of Directors to Review Unsolicited Tender Offer from JetBlue", dated 5/16/2022 | | |
| 107 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-to-Begin-Discussions-with-JetBlue-Airways/default.aspx, "Spirit Airlines to Begin Discussions with JetBlue", dated 4/7/2022 | | |
| 108 | Spirit Press Release, "Spirit Airlines Confirms Receipt of Unsolicited Proposal from JetBlue Airways", dated 4/5/2022 | | |
| 109 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2019/Spirit-Airlines-Wins-Low-Cost-Airline-of-the-Year-at-CAPA-World-Aviation-Awards/default.aspx, "Spirit Airlines Wins Low Cost Airline of the Year at CAPA World Aviation Awards", dated 12/6/2019 | | |
| 110 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2019/Value-Airline-of-the-Year-Spirit-Airlines-Receives-Top-Airline-Industry-Award-from-Air-Transport-World/default.aspx, "Value Airline of the Year! Spirit Airlines Receives Top Airline Industry Award from Air Transport World", dated 1/17/2019 | | |
| 111 | Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022 | | |
| 112 | Item 4(c)-3 to Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022, Presentation entitled "Board of Directors Finance Committee Meeting" dated March 14, 2022. | | |
| 113 | Item 4(c)-6 to Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022, Letter from Robin Hayes to H. McIntyre Gardner; Edward Christie, dated March 29, 2022. | | |
| 114 | Item 4(c)-7 to Notification and Report Form for Certain Mergers and Acquisitions filed by JetBlue Airways Corporation dated August 12, 2022, Presentation entitled "JetBlue Superior All-Cash Proposal to Acquire Spirit" dated March 29, 2022. | | |
| 115 | JetBlue's Responses and Objections to Pls.' Second Set of Interrogatories (June 20, 2023) | | |
| 116 | JetBlue's Responses and Objections to Pls' Requests for Admission (June 28, 2023) | | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 117 | Spirit Airlines' Responses to Plaintiffs' Second Set of Interrogatories (June 28, 2023) | | |
| 118 | JetBlue's Responses and Objections to Pls.' Third Interrogatories (June 28, 2023) | | |
| 119 | JetBlue's Response to Pls.' Interrogatory No. 3 (May 26, 2023) | | |
| 120 | Video, Mr. Matt Klein - Testimony Before the House Transporation and Infrastructure Committee, March 2, 2020, available at https://www.youtube.com/watch?v=TKLbcOK-Hnk | | |
| 121 | Video, Mr. Edward Christie - Testimony Before the House Transportation and Infrastructure Committee, March 26, 2019, available at https://www.youtube.com/watch?v=nyWqqxrPDb8 | | |
| 122 | Notification and Report Form for Certain Mergers and Acquisitions, filed by JetBlue, August 12, 2022 | | |
| 123 | Notification and Report Form for Certain Mergers and Acquisitions, filed by Spirit, August 12, 2022 | | |
| 124 | NK-2R-06725920 | NK-2R-06726023 | |
| 125 | NK-2R-06923360 | NK-2R-06923365 | |
| 126 | NK-MERGERLIT-0000000001 | NK-MERGERLIT-0000000014 | |
| 127 | NK-MERGERLIT-0003771469 | NK-MERGERLIT-0003771471 | |
| 128 | UALIT-00000733 | UALIT-00000883 | |
| 129 | UALIT-00056623 | UALIT-00056623 | |
| 130 | UALIT2-00004667 | UALIT2-00004817 | |
| 131 | JBLU-DOJ-10441773 - 2020_Q2-Q4 Ticket Data.csv | | |
| 132 | JBLU-DOJ-10441774 - 2021_H1 Ticket Data.csv | | |
| 133 | JBLU-DOJ-10441775 - 2021_H2 Ticket Data.csv | | |
| 134 | JBLU-DOJ-10441776 - 2022_Q1-Q3 Ticket Data.csv | | |
| 135 | JBLU-DOJ-10441780 - Ancillary_Data_2020.csv | | |
| 136 | Alaska Air Group, Inc. 2022 Form 10-K | | |
| 137 | Allegiant Travel Company Q2 2023 Form 10-Q | | |
| 138 | Delta Air Lines, Inc. Q2 2023 Form 10-Q | | |
| 139 | Frontier Group Holdings, Inc. Q2 2023 Form 10-Q | | |
| 140 | Hawaiian Holdings, Inc. 2022 Form 10-K | | |
| 141 | Hawaiian Holdings, Inc. Q2 2023 Form 10-Q | | |
| 142 | JBLU_MERGER_LIT-00016605 | JBLU_MERGER_LIT-00016607 | |
| 143 | JBLU_MERGER_LIT-00095806 | JBLU_MERGER_LIT-00095809 | |
| 144 | JBLU_MERGER_LIT-00096106 | JBLU_MERGER_LIT-00096108 | |
| 145 | JBLU_MERGER_LIT-00097558 | JBLU_MERGER_LIT-00097561 | |
| 146 | JBLU_MERGER_LIT-01583421 | JBLU_MERGER_LIT-01583444 | |
| 147 | JBLU_MERGER_LIT-01583604 | JBLU_MERGER_LIT-01583626 | |
| 148 | JBLU_MERGER_LIT-01583792 | JBLU_MERGER_LIT-01583828 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 149 | JBLU_MERGER_LIT-01649853 | JBLU_MERGER_LIT-01649853 | |
| 150 | JBLU_MERGER_LIT-01649854 | JBLU_MERGER_LIT-01649854 | |
| 151 | JBLU_MERGER_LIT-01649855 | JBLU_MERGER_LIT-01649855 | |
| 152 | JBLU_MERGER_LIT-01649856 | JBLU_MERGER_LIT-01649856 | |
| 153 | JBLU_MERGER_LIT-01649857 | JBLU_MERGER_LIT-01649857 | |
| 154 | JBLU_MERGER_LIT-01649858 | JBLU_MERGER_LIT-01649858 | |
| 155 | JBLU_MERGER_LIT-01649859 | JBLU_MERGER_LIT-01649859 | |
| 156 | JBLU_MERGER_LIT-01649861 | JBLU_MERGER_LIT-01649861 | |
| 157 | JBLU_MERGER_LIT-01649862 | JBLU_MERGER_LIT-01649862 | |
| 158 | JBLU_MERGER_LIT-01649863 | JBLU_MERGER_LIT-01649863 | |
| 159 | JBLU_MERGER_LIT-01649864 | JBLU_MERGER_LIT-01649864 | |
| 160 | JBLU_MERGER_LIT-01649865 | JBLU_MERGER_LIT-01649865 | |
| 161 | JBLU_MERGER_LIT-01649866 | JBLU_MERGER_LIT-01649866 | |
| 162 | JBLU_MERGER_LIT-01649867 | JBLU_MERGER_LIT-01649867 | |
| 163 | JBLU_MERGER_LIT-01649869 | JBLU_MERGER_LIT-01649869 | |
| 164 | JBLU_MERGER_LIT-01649932 | JBLU_MERGER_LIT-01649932 | |
| 165 | JBLU00365607 | JBLU00365643 | |
| 166 | JBLU-DOJ-00012526 | JBLU-DOJ-00012526 | |
| 167 | JBLU-DOJ-00185785 | JBLU-DOJ-00185805 | |
| 168 | JBLU-DOJ-02621370 | JBLU-DOJ-02621372 | |
| 169 | JBLU-DOJ-02630842 | JBLU-DOJ-02630842 | |
| 170 | JBLU-DOJ-02635212 | JBLU-DOJ-02635214 | |
| 171 | JBLU-DOJ-02647965 | JBLU-DOJ-02647965 | |
| 172 | JBLU-DOJ-02728205 | JBLU-DOJ-02728213 | |
| 173 | JBLU-DOJ-05766644 | JBLU-DOJ-05766692 | |
| 174 | JBLU-DOJ-06161106 | JBLU-DOJ-06161158 | |
| 175 | JBLU-DOJ-07038724 | JBLU-DOJ-07038953 | |
| 176 | JBLU-DOJ-10403487 | JBLU-DOJ-10403487 | |
| 177 | JBLU-DOJ-10407994 | JBLU-DOJ-10408012 | |
| 178 | JBLU-DOJ-10476733 | JBLU-DOJ-10476736 | |
| 179 | JBLU-LIT-00820534 | JBLU-LIT-00820542 | |
| 180 | JBLU-LIT-02827597 | JBLU-LIT-02827642 | |
| 181 | Plaintiffs' Objections and Responses to Defendants' First Set of Interrogatories dated April 18, 2023 | | |
| 182 | Plaintiffs' Responses and Objections to Defendants' Second Set of Interrogatories dated June 28, 2023 | | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 183 | Southwest Airlines Co. Q2 2023 Form 10-Q | | |
| 184 | Sun Country Airlines Holdings, Inc. Q2 2023 Form 10-Q | | |
| 185 | United Airlines Q2 2023 Form 10-Q | | |
| 186 | JBLU_MERGER_LIT-02732404 | JBLU_MERGER_LIT-02732404 | |
| 187 | JBLU_MERGER_LIT-02732405 | JBLU_MERGER_LIT-02732405 | |
| 188 | AA-NEA-00648734 | AA-NEA-00648734 | |
| 189 | AA-NEA-02468026 | AA-NEA-02468126 | |
| 190 | ALLEGIANT_00009055 | ALLEGIANT_00009072 | |
| 191 | AVELO-DIV-00008 | AVELO-DIV-00015 | |
| 192 | B6NK-CM-00015254 | B6NK-CM-00015256 | (FRONTIER-DIVCID-000037 to -0039) |
| 193 | BC-B6NK-00012909 | BC-B6NK-00012909 | |
| 194 | BREEZE-000001 | BREEZE-000025 | |
| 195 | BREEZE-002541 | BREEZE-002640 | |
| 196 | FRONTIER-CID-000006517 | FRONTIER-CID-000006533 | |
| 197 | GOAA2108 | GOAA2370 | |
| 198 | GOAA2602 | GOAA2602 | |
| 199 | UALIT-00039426 | UALIT-00039426 | |
| 200 | UALIT-00050479 | UALIT-00050479 | |
| 201 | UALIT-00050490 | UALIT-00050490 | |
| 202 | UALIT-00050505 | UALIT-00050505 | |
| 203 | UALIT-00056626 | UALIT-00056626 | |
| 204 | UALIT2-00021712 | UALIT2-00021746 | |
| 205 | Exhibit 1 to June 27, 2023 Yealy Deposition | | |
| 206 | NK-2R-00013262 | NK-2R-00013281 | |
| 207 | NK-2R-03488068 | NK-2R-03488095 | |
| 208 | NK-2R-05074792 | NK-2R-05074810 | |
| 209 | NK-2R-05336747 | NK-2R-05336965 | |
| 210 | NK-2R-06724835 | NK-2R-06724852 | |
| 211 | NK-2R-06923375 | NK-2R-06923376 | |
| 212 | NK-2R-06923371 | NK-2R-06923372 | |
| 213 | NK-2R-06923366 | NK-2R-06923367 | |
| 214 | NK-2R-06923359 | NK-2R-06923359 | |
| 215 | NK-2R-06923355 | NK-2R-06923358 | |
| 216 | NK-2R-06923353 | NK-2R-06923354 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 217 | NK-2R-06822315 | NK-2R-06822320 | |
| 218 | NK-2R-05331312 | NK-2R-05331520 | |
| 219 | NK-2R-05397383 | NK-2R-05397389 | |
| 220 | NK-2R-06923338 | NK-2R-06923345 | |
| 221 | NK-2R-05179207 | NK-2R-05179208 | |
| 222 | NK-2R-06923332 | NK-2R-06923333 | |
| 223 | NK-2R-06923330 | NK-2R-06923331 | |
| 224 | NK-2R-06904702 | NK-2R-06904755 | |
| 225 | NK-2R-06914141 | NK-2R-06914195 | |
| 226 | Spirit Airlines, Inc., SEC Schedule 14A Proxy Statement (Sept. 12, 2022) | | |
| 227 | Spirit Q1 2023 Earnings Release | | |
| 228 | https://www.gsa.gov/cdnstatic/CPP%20FY23%20Fast%20Facts.pdf | | |
| 229 | https://www.gsa.gov/system/files/CPP%20FY24%20Fast%20Facts.pdf | | |
| 230 | JBLU-DOJ-00129236 | JBLU-DOJ-00129239 | |
| 231 | JBLU-DOJ-00130028 | JBLU-DOJ-00130032 | |
| 232 | JBLU-DOJ-01068000 | JBLU-DOJ-01068000 | |
| 233 | Spirit Q2 2022 10-Q | | |