**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,* | ) |
| | ) |
| *Plaintiffs,* | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-10511-WGY |
| | ) |
| JETBLUE AIRWAYS CORPORATION and | ) |
| SPIRIT AIRLINES, INC., | ) |
| | ) |
| *Defendants.* | ) |
| | ) |
| | ) |

**DECLARATION OF MICHAEL P. MITCHELL IN SUPPORT OF DEFENDANTS'**
**OPPOSITION TO PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE TESTIMONY**
**FROM MR. RICHARD SCHEFF**

I, Michael P. Mitchell, declare pursuant to 28 U.S.C. § 1746, as follows:

1.       I am duly licensed and admitted to practice law in the District of Columbia and

the State of New York, I am admitted to practice before this Court *pro hac vice*, and I am a

partner with the law firm of Shearman & Sterling LLP, counsel for Defendant JetBlue Airways

Corporation.  I make this declaration of my own personal knowledge and, if called to do so,

could testify competently to the facts stated herein under oath.  I respectfully submit this

declaration in support of Defendants JetBlue Airways Corporation's and Spirit Airlines, Inc.'s

Opposition to Plaintiffs' Motion *in Limine* to Exclude Testimony from Mr. Richard Scheff.

2.       Attached hereto as Exhibit A is a true and correct copy of excerpts of the

Deposition Transcript of Richard Scheff, dated September 6, 2023.

1

Dated:  September 20, 2023                    Respectfully submitted,

*/s/ Michael P. Mitchell*
Michael P. Mitchell (admitted *pro hac vice*)
Shearman & Sterling LLP
401 9th St. NW
Suite 800
Washington, DC 20004
(202) 508-8000
michael.mitchell@shearman.com

*Attorney for Defendant JetBlue Airways
Corporation*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document was filed through the ECF system on September 20,

2023, and will be sent electronically to the registered participants as identified on the Notice of

Electronic Filing.

*/s/ Michael P. Mitchell*
Michael P. Mitchell
