UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

    *Plaintiffs*,

  v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

    *Defendants*.

Civil Action No. 1:23-cv-10511-WGY

### DECLARATION OF ELIZABETH M. WRIGHT IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION *IN LIMINE* TO EXCLUDE ANTICIPATED TESTIMONY BY SARA NELSON

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

    1.    I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in Support of Defendants' Opposition to Plaintiffs' Motion in Limine to Exclude Anticipated Testimony by Sara Nelson.

    2.    Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition Transcript of Sara Nelson, deposed June 20, 2023.

    3.    Attached as Exhibit 2 is a true and correct copy of Exhibit 3 to the Deposition of Sara Nelson, deposed June 20, 2023.

| | |
|---|---|
| Dated: September 20, 2023 | Respectfully submitted,<br><br>*/s/ Elizabeth M. Wright*<br>Elizabeth M. Wright (MA BBO #569387)<br>COOLEY LLP<br>500 Boylston Street<br>Boston, MA 02116<br>Phone (617) 937-2300<br>Fax (617) 937-2400<br>ewright@cooley.com<br><br>*Attorney for Defendant*<br>*JetBlue Airways Corporation* |

291429770

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on September 20, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291429770