# EXHIBIT 1

```
 1               UNITED STATES DISTRICT COURT
             FOR THE DISTRICT OF MASSACHUSETTS
 2
     UNITED STATES OF AMERICA, et al.,  )
 3                                      )
              Plaintiffs,               )
 4                                      )
     v.                                 ) Case No.
 5                                      ) 1:23-cv-10511-WGY
     JETBLUE AIRWAYS CORPORATION and    )
 6   SPIRIT AIRLINES, INC.,             )
                                        )
 7            Defendants.               )
     _____) _____
 8   GABRIEL GARAVANIAN, et al.,        )
                                        )
 9            Plaintiffs,               )
                                        )
10   v.                                 ) Case No.
                                        ) 1:23-cv-10678-WGY
11   JETBLUE AIRWAYS CORPORATION and    )
     SPIRIT AIRLINES, INC.,             )
12                                      )
              Defendants.               )
13

14

15

16

17          *********************************
              REMOTE VIDEOTAPED DEPOSITION OF
18                      SARA NELSON
                       June 20, 2023
19          *********************************

20

21

22

23
        Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
24                     Texas CSR 9306
                       California CSR 14407
25                     Illinois CSR 084.004659
```

```
*******************************
   REMOTE VIDEOTAPED DEPOSITION OF
             SARA NELSON
           June 20, 2023
*******************************
```

SARA NELSON, produced as a witness at the instance of the Defendants, was duly sworn and deposed in the above-styled and numbered cause on June 20, 2023, from 11:05 p.m. to 12:51 p.m. CST, stenographically reported remotely, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.

Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
               Texas CSR 9306
               California CSR 14407
               Illinois CSR 084.004659

```
 1                A P P E A R A N C E S

 2    (all attendees appearing via remote videoconference)

 3

      REPRESENTING THE PLAINTIFF, UNITED STATES OF
 4    AMERICA:

 5     Ms. Sarah Riblet
       Mr. John Briggs
 6     UNITED STATES DEPARTMENT OF JUSTICE
       Antitrust Division
 7     450 Fifth Street, NW, Suite 8000
       Washington, DC  20530
 8     (202) 812-4723
       s.riblet@usdoj.gov
 9


10
      REPRESENTING THE PRIVATE ACTION PLAINTIFFS:
11
       Ms. Josephine L. Alioto
12     THE VEEN FIRM
       20 Haight Street
13     San Francisco, California  94102
       (415) 673-4800
14


15
      REPRESENTING THE DEFENDANTS,JETBLUE AIRWAYS
16    CORPORATION and SPIRIT AIRLINES, INC.:

17     Ms. Elizabeth Wright
       COOLEY, LLP
18     500 Boylston Street
       Boston, Massachusetts  02116
19     (617) 937-2349
       ewright@cooley.com
20

21

22

23

24

25
```

```
 1                  A P P E A R A N C E S

 2     (all attendees appearing via remote videoconference)

 3

       REPRESENTING THE WITNESS:
 4
        Mr. John Morse
 5      ASSOCIATION OF FLIGHT ATTENDANTS - CWA
        501 3rd Street NW, 10th Floor
 6      Washington, DC  20001
        (202) 989-9393
 7      jmorse@afanet.org

 8

       THE VIDEOGRAPHER/VIDEOCONFERENCE TECHNICIAN:
 9
        Mr. Dan Cotilla
10

11     ALSO PRESENT:

12      Ms. Molly Dugdale, Paralegal Specialist,
        US Department of Justice
13
        Ms. Katie Kaufman, Cooley, LLP
14

15

16

17

18

19

20

21

22

23

24

25
```

1   for -- immediate support for us to complete the

2   seniority integration, which is also a major issue

3   for workers in -- in these mergers, to ensure that

4   they are retaining the seniority that they brought

5   to the merger.

6           So the -- the letter was quite clear,

7   listing out all of the things that we required,

8   and it was nearing the protections that we had

9   recently received from Frontier in order to gain

10  our support in that proposed merger.

11  Q    And do you have any reason to doubt the

12  commitments that were made in JetBlue's letter

13  from December 2022 to you?

14  A    No. And it's always good to have things

15  in writing because we would hold them to it.

16  Q    And --

17  A    I should also note -- I should also note

18  that we also used that letter, then, to get a

19  mirrored commitment from the Spirit management, so

20  we have that as a side letter of the contract as

21  well.

22  Q    Okay. Thank you.

23          If we scroll down just a little bit

24  here in Exhibit 3 to the paragraph that starts

25  "Third," President Nelson, you wrote that the

1   "combined carrier would 'improve' competition" and
2   "provide a significant shift in the industry."
3              What are you referring to there?
4   A    What I'm referring to here is the issues
5   that I've just described for workers:  Diluting
6   that two-tiered employment structure that has been
7   such a major issue for our union to tackle.  What
8   we also meant was that there would be more ability
9   for a greater reach in JetBlue's network in order
10  to compete in cities that have very little
11  competition today because of the consolidation of
12  the Big Four.
13             And what I also mean by that is what I
14  described earlier, being able to bargain more
15  often at the top end of the revenue generation
16  within the industry would provide a better
17  opportunity for workers to have good careers,
18  correcting what we have experienced for the last
19  20 years since 9/11.
20            MS. WRIGHT:  Let's go now to Tab 4,
21       please.
22            (Nelson Exhibit 4 marked.)
23  BY MS. WRIGHT:
24  Q    President Nelson, we're showing you a
25  document that we'll mark as Exhibit 4, which is an

1     A     No.

2           They were a general experience in the

3     industry, though.

4     Q     Ms. Nelson, am I correct in understanding

5     that you testified you do not believe these

6     reconfiguration plans would mean the combined

7     company could accommodate fewer passengers per

8     aircraft than Spirit currently does?

9                MS. WRIGHT:  Object to form.

10               THE WITNESS:  That's correct.

11    BY MS. RIBLET:

12    Q     Okay.  Can you explain that to me?

13    A     Yes.  So in a merger like this, and

14    specifically with JetBlue's plans, the larger

15    network allows the airline to put the planes in

16    the air more often, and that means actually

17    greater capacity for airline -- for airline

18    passengers, because the planes are utilized at a

19    higher rate.

20          So the reconfiguration both helps the

21    passengers on comfort and service and safety, for

22    our jobs with a better cabin environment that

23    creates safety and comfort, but also provides for

24    the ability to turn planes much more quickly to

25    create more or equivalent capacity in the

1  industry.

2  Q    My question is per aircraft.

3       So is it your understanding that
4  JetBlue's reconfiguration plans would mean the
5  combined company could accommodate fewer
6  passengers per aircraft than Spirit currently
7  does?

8       MS. WRIGHT:  Object to form.

9       THE WITNESS:  Again, I'm going to
10      say no, because that aircraft flies a
11      certain number of hours during the day.
12      If you have the aircraft in the air more
13      often, then it accommodates more
14      passengers per available seat mile.

15 BY MS. RIBLET:

16 Q    Ms. Nelson, what is the basis for your
17 understanding that JetBlue will be utilizing its
18 aircraft more post-merger?

19 A    JetBlue's merger plans, which is
20 consistent with the other mergers in the
21 utilization of aircraft.

22      It's just that in other mergers, the
23 seat pitch usually got worse, not better.

24      MS. RIBLET:  I'd like to introduce
25      Tab 5 and mark it as Nelson Exhibit 10.

1           make sure that she understands that?

2    BY MS. RIBLET:

3      Q      Has AFA performed any legal analysis

4    informing its opinion of the JetBlue-Spirit

5    merger?

6               MR. MORSE:  Again, same objection,

7         just, again, on privilege grounds.

8               MS. RIBLET:  Are you instructing

9         your client not to answer at all?

10              MR. MORSE:  Thanks.  Thanks for the

11        clarification.

12              Yes, Ms. Nelson, all I'm

13        instructing you is that to the extent that

14        would call for any communications with

15        in-house counsel, that you cannot discuss

16        that.  But outside of any discussions with

17        in-house counsel, you may answer the

18        question.

19              THE WITNESS:  Yes.

20   BY MS. RIBLET:

21     Q      Has AFA performed any economic analysis in

22   forming its opinion of the JetBlue-Spirit merger?

23     A      Yes.

24     Q      What was the substance of that analysis?

25     A      This was -- well, this also was done

```
 1    through my legal department, so...
 2              MR. MORSE:  So I would have the
 3         same objection, then, on this question
 4         that to the extent that it calls into
 5         question any conversations you've had with
 6         the legal department, that that's
 7         privileged and you cannot answer that.
 8         But you can answer to the extent that
 9         these discussions would have been outside
10         of that context.
11              THE WITNESS:  Okay.  All of these
12         discussions were with my counsel.
13    BY MS. RIBLET:
14     Q     Has AFA performed any analysis of fares
15    post-merger?
16     A     No.
17     Q     Has AFA performed any economic analysis
18    looking at the impact of this merger on consumers?
19     A     No.
20              MS. RIBLET:  I think, if we may, we
21         will just take a short break and see if we
22         have any last questions before coming back
23         on the record and perhaps asking, you
24         know, a limited brief set of additional
25         questions, if that works for everyone.
```