# EXHIBIT A

Subject to Motion to Impound