# EXHIBIT B

```
 1                  UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MASSACHUSETTS
 2
     UNITED STATES OF AMERICA, et al.,  )
 3                                      )
              Plaintiffs,               )
 4                                      )
     v.                                 ) Case No.
 5                                      ) 1:23-cv-10511-WGY
     JETBLUE AIRWAYS CORPORATION and    )
 6   SPIRIT AIRLINES, INC.,             )
                                        )
 7            Defendants.               )

 8

 9            **********************************
                   CONFIDENTIAL TRANSCRIPT
10                   ATTORNEYS' EYES ONLY
              **********************************
11             REMOTE VIDEOTAPED DEPOSITION OF
                         TREVOR YEALY
12                      June 27, 2023
              **********************************
13

14

15         TREVOR YEALY, produced as a witness at the

16     instance of the Defendants, was duly sworn and

17     deposed in the above-styled and numbered cause on

18     June 27, 2023, from 9:37 a.m. to 12:14 p.m. CST,

19     stenographically reported remotely, pursuant to

20     the Federal Rules of Civil Procedure and the

21     provisions stated on the record.

22

23     Reported by:   Rebecca A. Graziano, CSR, RMR, CRR
                      Texas CSR 9306
24                    California CSR 14407
                      Illinois CSR 084.004659
25
```

```
 1            can compete when we encounter those
 2            situations, regardless of who it is.
 3    BY MS. WRIGHT:
 4      Q      In your view, would a combined
 5    JetBlue-Spirit be a stronger competitor for the
 6    legacy airlines?
 7               MR. DeRITA:  Objection to form.
 8               THE WITNESS:  At the end of the
 9            day, a combined JetBlue-Spirit, I think,
10            would be a stronger competitor to the
11            legacy airlines, yes.
12    BY MS. WRIGHT:
13      Q      And why do you think that?
14      A      It gives the combined entity more size and
15    scale with which to operate out of their airports
16    where they do run into a number of the legacy
17    airlines.  It provides them more assets to compete
18    in a much faster manner than they would otherwise
19    have organically.
20      Q      Do you think it would be possible for
21    JetBlue to compete at scale with the legacies
22    based on its organic growth?
23               MR. DeRITA:  Objection to form.
24               THE WITNESS:  It's certainly
25            possible.  They have been doing it
```