# EXHIBIT C

```
 1                    UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MASSACHUSETTS

 3                              -o0o-

 4    UNITED STATES OF AMERICA,   )
      ET AL.,                     )
 5                                )
              Plaintiffs,         )
 6                                ) Civil Action No:
         v.                       ) 1:23-cv-10511
 7                                )
      JETBLUE AIRWAYS             )
 8    CORPORATION AND SPIRIT      )
      AIRLINES, INC.,             )
 9                                )
              Defendants.         )
10    _____)

11

12

13

14

15     RECORDED VIDEOCONFERENCE DEPOSITION OF DREW WELLS

16

17                       Taken via Zoom

18                 On Thursday, June 22, 2023

19                        At 9:16 a.m.

20

21

22

23

24

25    Reported by:   Emily A. Gibb, RPR, CSR, CCR
```

```
 1      A.    Correct.  Yes.
 2      Q.    They didn't grow organically to where they
 3   are now, did they?
 4            MR. DUFFY:  Objection.  Form.
 5            THE WITNESS:  Not -- not solely organically,
 6   no.
 7   BY MS. BANSAL:
 8      Q.    And I believe you testified earlier that the
 9   merger will help JetBlue gain the scales necessary to
10   better compete against the Big Four; correct?
11            MR. DUFFY:  Objection.  Form.  Leading.
12            THE WITNESS:  I -- I'd believe that to be
13   true.
14            MS. BANSAL:  Okay.  Why don't we take a
15   five-minute -- why don't we take a ten-minute break.
16            MR. DUFFY:  Okay.  Do you anticipate being
17   almost done, just so I know for purposes of being
18   ready?
19            MS. BANSAL:  I don't know.  I'm going to go
20   through my outline now, so --
21            MR. DUFFY:  Okay.
22            VIDEOGRAPHER:  Time is 3:43 p.m.  We are
23   going off the record.
24            (Short recess taken.)
25            VIDEOGRAPHER:  Time is 3:55 p.m.  We are
```