# EXHIBIT E

1          IN THE UNITED STATES DISTRICT COURT

2           FOR THE DISTRICT OF MASSACHUSETTS

3     - - - - - - - - - - - - - - - X

4     UNITED STATES OF AMERICA, et   :

5     al,                            :

6            Plaintiffs,             :  Case No.

7                v.                  :  1:23-cv-10511-WGY

8     JETBLUE AIRWAYS CORPORATION    :

9     AND SPIRIT AIRLINES, INC.,     X

10              Defendants.

11    - - - - - - - - - - - - - - -

12

13              VIDEOTAPED DEPOSITION OF

14              GAUTAM GOWRISANKARAN

15

16    HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17

18                      Washington, D.C.

19                      Friday, September 1, 2023

20

21

22



1    Q.    Good morning, Doctor.  How are you?

2    A.    I'm fine, thank you.

3    Q.    Good.  The court reporter has premarked

4  four exhibits that we might refer to frequently

5  today.  Exhibit 1 is your initial expert report,

6  Exhibit 2 is Dr. Hill's report, and then Exhibit 3 is

7  your reply report.  And finally, Exhibit 4 are the

8  2010 horizontal merger guidelines.  Do you see those

9  in front of you?

10    A.    Yes, I do.

11    Q.    Great.  You agree, Doctor, that a

12  nationwide market for scheduled air passenger service

13  would pass the hypothetical monopolist test, right?

14    A.    Well, Mr. Culley, yes, the hypothetical

15  monopolist test is meant to rule out markets that are

16  too narrow.  It's not meant to rule out markets that

17  are too broad.  And so I defined in my report a set

18  of markets that's based on end point pairs, city end

19  point pairs, so origin and destination pairs.

20          I also made the point in my initial report

21  that broader markets would typically pass the

22  hypothetical monopolist test if narrower markets did.



1  And so a geographic market, such as the United States

2  as a whole, would pass the hypothetical monopolist

3  test.

4            However, if we look at the merger

5  guidelines, then a market definition analysis is

6  supposed to exclude alternatives that are not

7  relevant for the transaction at hand.  And so if I

8  wanted to, say, fly from here to New York, then a

9  flight from, say, Spokane to Seattle isn't going to

10 help me very much.  And it's not really a relevant

11 alternative.

12           MR. CULLEY:  So move to strike anything

13 after narrower markets did, as non-responsive.

14 BY MR. CULLEY:

15      Q.   Doctor, we're going to be here a long time

16 today, so I would just ask that if I ask you a

17 question, you confine your answer to the question

18 that I asked.  So I want to try that again?

19           You do agree that a nationwide market for

20 scheduled air passenger service would pass the

21 hypothetical monopolist test, right?

22      A.   Mr. Culley, as I said, a nationwide market



1  does, then it is technically possible to examine the

2  merger's effects in that market, correct?

3       A.    Well, what I said in the sentence before

4  that is that the overarching principle under the

5  merger guidelines for selecting among market

6  definitions that satisfy the hypothetical monopolist

7  test is to choose a market definition that

8  illuminates the effects of the proposed merger on

9  competition.  And a national market here simply would

10 not illuminate the effects of the proposed merger on

11 competition.  4.

12            MR. CULLEY:  Let me move to strike as

13 nonresponsive.

14 BY MR. CULLEY:

15      Q.    Doctor, that's not the question that I

16 asked.  The question that I asked was, given that a

17 nationwide market for scheduled air passenger

18 services passes the hypothetical monopolist test, you

19 agree that it is technically possible to examine the

20 merger's effects in that market, right?

21      A.    It is technically possible to do so.  But

22 as I said later in the paragraph, selecting among



1　candidate markets is usually guided by making the

2　market definition one that helps focus the exercise.

3　　　　　So if you tried to use a market that's

4　simply inappropriate, as a national market would be,

5　then you won't bring into focus what you're trying to

6　consider in this merger, which is the competition

7　between JetBlue and Spirit.

8　　　　　MR. CULLEY:  Move to strike as

9　nonresponsive everything after, it is technically

10　possible to do so.

11　BY MR. CULLEY:

12　　　Q.　Your next sentence here in the report

13　says, "the criteria for choosing among such

14　candidates is not critical."  Do you see that?

15　　　A.　Yes, I do.

16　　　Q.　And when you say, among such candidates,

17　you mean all the candidate markets that pass the

18　hypothetical monopolist test; is that right?

19　　　A.　Right.  So what I mean by that sentence is

20　that I think there's language in the merger

21　guidelines that says choosing a potential market is

22　not a matter of precise metes and bounds.  So there

1    So overall, I think that it's more
2    reasonable to have separate markets defined for when
3    the origin or destination are each of those three
4    separate airports.  However, it doesn't really matter
5    to my analysis whether one groups them as one market
6    -- excuse me, groups those three cities -- those
7    three airports together as one city that's part of
8    multiple markets, or considers those three airports
9    as three different cities, as the Department of
10   Transportation does.
11        Q.   You're not opining, are you, Doctor, that
12   we must always choose the narrowest market that
13   passes the hypothetical monopolist test as the
14   relevant antitrust market, are you?
15        A.   No, Mr. Culley, that would not be
16   consistent with the principles in the horizontal
17   merger guidelines.  But the principles state not to
18   pick the narrowest market, but to include relevant
19   alternatives, and not include irrelevant
20   alternatives, because they harm the focus of the
21   investigation.
22        Q.   And what makes an alternative irrelevant?

1  not a zero-one, like they coordinate all the time or
2  they don't coordinate.
3           But what I'm opining on is that there are
4  a number of ways in which the airlines, including
5  JetBlue, engage in coordinated behavior.  So for
6  instance, they engage in cross-market initiatives and
7  flashing.  Those are two examples where they signal
8  to their rivals their intent to raise prices and not
9  compete in their rivals' hubs, for instance, with
10 cross-market initiatives, or they signal their intent
11 with flashing that -- of their intent to sort of
12 soften competition for their rivals.  Those are all
13 examples of what, as economists, we think of as
14 coordinated behavior.
15          And again, it's not a zero-one situation.
16 But what we mean by coordinated behavior as an
17 economist is some type of behavior, where it's not
18 purely static price competition or Bertrand
19 competition, as we call it as economists.  But rather
20 where companies understand that if they price higher
21 than the static profit-maximizing price level, the
22 Bertrand prices, that they will, in turn, see higher



1  account for entries; is that right?  Let me be more

2  specific.

3            Your concentration analysis does not

4  account for entry in response to the merger; is that

5  right.

6       A.   So by concentration analysis, I don't know

7  if you mean Exhibit 5 or another analysis.  Because

8  Exhibit 5 is about market shares, which relate to

9  concentration, but they're not exactly concentration.

10      Q.   Do you have a separate concentration

11 analysis in your report, apart from Exhibit 5?

12      A.   I do report Herfindahl Indices in a number

13 of points in my reports.  I can point you to some of

14 them if you would like.

15      Q.   None of them account for entry in response

16 to the merger, correct?

17      A.   Well, a concentration measure is, by its

18 definition, a measure at a point in time.  And what

19 my concentration or Herfindahl measures that I use --

20 I do, is they are measuring the Herfindahl Index at

21 the last four quarters before the merger was

22 announced.  And they are measuring how concentrated

1  the market is at that point.

2     Q.    And therefore, they don't incorporate
3  entry that may occur in response to the merger,
4  correct?

5     A.    They do not account for entry that
6  would -- may occur in response to the merger.  But of
7  course, my net harm model does allow for other firms
8  to reposition in response to the merger.

9     Q.    And when you say that your net harm model
10 allows other firms to revisit it in response to the
11 merger, that is because it does not control for the
12 identity of carriers before and after the entry
13 event?

14    A.    So broadly speaking, yes, that it's not
15 appropriate, and not best practices, if you're
16 looking at an entry event as exogenous, to control
17 for the other firms that are there in the market,
18 because those other firms may evolve endogenously or
19 may change in response to an entry.

20          And so what I did in my initial analysis
21 was to allow other firms to reposition in response to
22 entry or to exit, and to calculate what the impact of

1      Q.   Are you aware that in 18 of the -- sorry,
2  scratch that.
3           Are you aware that in 16 of the 18 JetBlue
4  entry events that you use, another carrier exited
5  after JetBlue's entry.
6      A.   I don't know if I remember that statistic
7  or not, but it wouldn't surprise me.
8      Q.   You have no reason to believe that's
9  incorrect?
10     A.   I have no reason to -- either way, to have
11 a belief about that.
12     Q.   And are you aware that in 52 of the 62
13 Spirit entry events that you study, a carrier exited
14 after Spirit entered?
15     A.   Again, it's not something I studied.  But
16 what -- the number of exiters.  But what I absolutely
17 did study is to understand what the effect on market
18 prices are.  And I know that repositioning occurs.
19 And that wouldn't surprise me either way, if it was
20 52 markets, or if it was 22.  They're both plausible.
21     Q.   And do you view -- scratch that.
22          MR. CULLEY:  Why don't we take a break



1  But for the benefit of the record, I want to clarify,
2  it's about a 9 percent price decrease?
3      A.   Yeah, so there's a close relationship
4  between the coefficient of a log and the actual price
5  decrease.  It's almost equal, but it's not quite
6  equal.  And so the coefficient there in the
7  unweighted specification is .0979, which is closer to
8  10 percent than 9.  And I think, if I got this right,
9  that when you convert from logs to percents, you
10 increase it slightly.  And so I think it's really a
11 10 percent price decrease.
12     Q.   And similarly, what you calculate for
13 JetBlue, it's just a little over 1 percent?
14     A.   It's like one-and-a-half percent, yeah.
15     Q.   And if I'm interpreting that correctly,
16 what you're saying is, separate and apart from
17 however much capacity Spirit puts in a route, you'd
18 expect the mere presence of Spirit to decrease
19 market-wide prices by 9 percent -- or 10 percent,
20 excuse me.
21     A.   So that's not really how we should think
22 about regression coefficients.  And there's really

1  two things about what you said that if, for instance,

2  if you were an undergraduate student in my advanced

3  undergraduate industrial organization class, I would

4  want to correct you on.

5           And the two points about that are that,

6  first of all, it's not separately from other

7  capacity, because it's 1 point.  But the more

8  fundamental point here, and this is something I

9  brought up in my reply report, is that modern

10 econometrics, really one of the -- one of the ideas

11 of modern econometrics is that we should be looking

12 at the effects only where we have data.  And we don't

13 want to look for effects outside of a range where we

14 have data, because the effects are not that

15 interpretable.

16          And what I cited in my reply report is the

17 Nobel Prize -- like, the description they gave in the

18 Nobel Prize.  And this is the year that Josh Angrist

19 from MIT, and David Card from Berkeley, and Guido

20 Imbens from Stanford won it.  And they won it for

21 basically all of these points for how to deal with

22 data and how to deal with what's called treatment



 1   effects.  And this is really a treatment effect here.
 2             And the Nobel Committee specifically said
 3   that one of the innovations of this was how to think
 4   about looking at regressions.  And one of the
 5   insights, if the look at the work of any of three of
 6   the Nobel Laureates, is we want to look within the
 7   range of the data.  So it's not appropriate to take a
 8   regression coefficient and say, oh, if the capacity
 9   was out here, you know, I'll say it rather than
10   gesture, and I apologize, was twice as high as what's
11   in the data, then this would be the impact of price.
12             When we're looking at the pricing impact
13   of capacity, we want to constrain ourselves to what
14   we observe in the data, because that's where we have
15   confidence about this quasi-experimental
16   relationship.
17             And Dr. Hill didn't seem to understand
18   this, because one of his criticisms was, boy, if you
19   look way out in the tail of the data, you're going to
20   see big price increases from having Spirit or JetBlue
21   enter.  But the whole point of what we do in
22   regressions is we look within the support of the



1  data.

2          So I've limited myself to a minimum level
3  of Spirit -- of relative capacity.  And I think I
4  have the -- I talked about the minimum level before.
5  I can get it for you if you'd like, but I think it's,
6  like, .05, or something like that.  And we only want
7  to look within that range when we're trying to
8  understand the predictions of any model.

9       Q.   When you look at the bottom end of that
10 range, where Spirit is contributing very little
11 capacity to a route, how is it possible that Spirit
12 could have more than a 10 percent impact on the
13 market-wide average price for that route?

14      A.   So the first thing I will note is that the
15 minimum that I look at is .0005.  And this is on
16 paragraph 298 of my report.  And if you look at what
17 .0005 is, this is half of a daily one-way flight, a
18 quarter of a daily round trip Spirit flight for every
19 thousand passengers in the market, the year before
20 Spirit entry.

21          So how is it possible that Spirit has
22 effects?  Spirit is good at restraining market

Gautam Gowrisankaran    HIGHLY CONFIDENTIAL    9/1/2023
Case 1:23-cv-10511-WGY   Document 201-5   Filed 09/20/23   Page 16 of 20
PURSUANT TO PROTECTIVE ORDER    Page 204

1   prices.  There's many ways in which Spirit is

2   lowering overall market prices.  They provide options

3   to consumers.  And other firms react to Spirit.  They

4   react to Spirit by -- Spirit has been a disruptive

5   force in the industry.  Having Spirit there is both

6   unilateral and coordinated effects.

7          There's many channels through which Spirit

8   is increasing competition and lowering prices in the

9   markets it serves.  What I'm doing in this regression

10   is simply letting the data speak as to what is that

11   effect, and how does it grow as Spirit's capacity

12   grows, and what is it when Spirit has a relatively

13   modest capacity on that route?  And what I find

14   overall is even modest capacities for Spirit on

15   routes lowers prices overall.

16     Q.    If Spirit has a very low share of capacity

17   on a route, why wouldn't other airlines just let them

18   fill up their plane and then ignore them?

19     A.    Well, again, I pointed to several reasons.

20   And just not exclusively, just thinking about this,

21   there are coordinated effects.  So Spirit, in some

22   sense, jams the signals, and doesn't let other

1  airlines coordinate as effectively on routes when
2  it's there.
3              And there are also unilateral effects.  So
4  Spirit has low prices, maybe other airlines think
5  that if they just let -- if they just had high
6  prices, and let Spirit fill up their plane, and I'll
7  say plane in the singular, since it's a low
8  frequency, with passengers, then Spirit would add
9  more planes to that route.
10             So I think that there's just a bunch of
11 different reasons why these -- Spirit is an effective
12 competitor.  And I've documented a bunch of these
13 reasons in my report.  But when I come to the net
14 harm model, the point of it is to say, look, let's
15 take very seriously the defendants' efficiency
16 claims.  And let's take seriously the fact that
17 JetBlue might alleviate some of these -- some of this
18 harm from removing Spirit from the market.
19             And let's let the data speak for
20 themselves about how big is that Spirit effect.  And
21 what I find is that Spirit has a big effect, which is
22 really consistent with my whole report.  And that

1  can say is that if I've overstated harm in one

2  market, I probably understated it by a similar amount

3  in another market.

4      Q.   So is your testimony that we should not be

5  using your harm numbers at the individual route

6  level, we should only be looking at the aggregate

7  pattern of harm?

8      A.   I wouldn't say that.  But I would say that

9  the aggregate pattern of harm is where you're most

10 likely to see this type of pattern.  And if we start

11 looking at individual markets, then you might have

12 some variation between a number that comes out of a

13 regression and an analysis that's, by definition,

14 based on statistics.  That's just not the way that

15 statistics or econometrics should be used.  It

16 shouldn't be used to look at individual observations

17 and determine with certainty what occurs in

18 individual observations.  It should be looked at to

19 get at likely effects and patterns that are going to

20 occur.

21     Q.   So let's take a look at an individual

22 observation.



1  question.  So without knowing more specifics about

2  the markets you had in mind, I'm listing factors that

3  I would want to look at more generally to understand

4  whether a connecting flight had a significant impact

5  on competition.

6       Q.   Your opinion is that the choice of

7  alternate destinations is not sufficiently

8  significant to change your geographic market

9  definition; is that right?

10      A.   I'm sorry, I don't know what you're

11 referring to.  Is this something you're asking me

12 about my report?

13      Q.   Yes.  Why don't you take a look at

14 paragraph 66 of your report.

15      A.   Sure.  Initial report?

16      Q.   Correct.

17      A.   I'll go ahead, if you'd like to ask the

18 question again.

19      Q.   So you're opining in this paragraph that

20 the ability to choose alternative destinations is not

21 sufficient to change your geographic market

22 definition, correct?



1    A.    So that's basically right.  But let me
2  just say it as I stated it in my report, which is
3  that the proportion of passengers who have the
4  flexibility to change destinations is likely small.
5  And the competitive significance of those alternative
6  destinations is likely also small.
7          So that putting in alternative geographic
8  destinations in the geographic market is not
9  warranted, that it would not be an appropriate market
10 definition exercise to include, say, a flight from
11 New York to Spokane, if I'm thinking of New York to
12 Dallas.
13   Q.    What analysis did you do to determine that
14 the proportion of passengers that had that
15 flexibility is likely small?
16   A.    I did a lot of analysis of this.  I mean,
17 let's start by the fact that I looked at the record
18 and what the market definitions have been, accepted
19 by the parties in previous litigation, including in
20 the Northeast Alliance.
21         But also, including recent airline mergers
22 such as the American Airlines-US Airways merger, and

