# EXHIBIT F

Subject to Motion to Impound