# EXHIBIT G

Subject to Motion to Impound