# EXHIBIT H

```
 1              UNITED STATES DISTRICT COURT

 2            FOR THE DISTRICT OF MASSACHUSETTS

 3   UNITED STATES OF AMERICA         )
     450 Fifth Street NW, Suite 8000 )
 4   Washington, DC  20530            ) Case No.
                                      ) 1:23-cv-10511-WGY
 5   COMMONWEALTH OF MASSACHUSETTS    )
     One Ashburton Place, 18th Floor  )
 6   Boston, MA  02108                )
                                      )
 7   DISTRICT OF COLUMBIA             )
     400 Sixth Street NW, Tenth Floor)
 8   Washington, DC  20001            )
                                      )
 9   STATE OF CALIFORNIA              )
     300 South Spring Street          )
10   Suite 1702                       )
     Los Angeles, CA  90013           )
11                                    )
     STATE OF MARYLAND                )
12   200 St. Paul Place, 19th Floor   )
     Baltimore, MD  21202             )
13                                    )
     STATE OF NEW JERSEY              )
14   124 Halsey Street - 5th Floor    )
     Newark, New Jersey  07102        )
15                                    )
     STATE OF NEW YORK                )
16   28 Liberty Street, 20th Floor    )
     New York, NY  10005              )
17                                    )
     and                              )
18                                    )
     STATE OF NORTH CAROLINA          )
19   P.O. Box 629                     )
     Raleigh, NC  27602               )
20                                    )
                     Plaintiffs,      )
21           vs.                      )
     JETBLUE AIRWAYS CORPORATION      )
22   27-01 Queens Plaza North         )
     Long Island City, NY  11101      )
23            and                     )
     SPIRIT AIRLINES, INC.            )
24   2800 Executive Way               )
     Miramar, FL  33025               )
25                   Defendants.      )
```



1    network."

2              Do you see that?

3    A       Yes.

4    Q       Do you agree with that?

5    A       It is correct, yes, in my view.

6    Q       In your view, are there any other

7    benefits relating to the loyalty program that

8    will arise as a result of the merger?

9    A       More customers.  And, I mean,

10   every customer, not just frequent flyers, would

11   get access to a loyalty program that gives more

12   benefits.

13   Q       Is there anything else?

14   A       Our loyalty program is unique that

15   it does give rewards for whoever you are, and I

16   think that is quite specific versus key

17   competition.

18   Q       Can you elaborate on what you mean

19   by that?

20   A       There's more JetBlue to more

21   places with low fares and a great product.  The

22   loyalty program, you will be able to earn

23   benefits through our loyalty program, more

24   people in more places.

25   Q       So before you said our loyalty

1    program is unique that it does give rewards for

2    whoever you are.

3              What does that mean, "for whoever

4    you are"?

5         A     Well, what I mean is it is for

6    everyone, whether you are a frequent or an

7    infrequent customer.

8         Q     How?

9         A     Because you can earn points more

10   easily and get benefits without being -- I'm

11   using a generic term, an elite status customer.

12        Q     Okay.  And I think you said

13   before, you said I think "that is quite

14   specific versus key competition."

15             What did you mean by that?

16        A     What I mean is that JetBlue offers

17   benefits through its loyalty program to

18   infrequent leisure travelers, more frequent

19   leisure travelers and business flyers, so it's

20   for everyone.  Many other programs you have to

21   be a frequent flyer.

22        Q     What are the key competitors you

23   are referring to?

24        A     We compete with any other airline

25   out there, and it will vary by route as well

1   main areas.  Yeah, those are the main areas,

2   yeah.

3       Q     So which of those main areas --

4   strike that.

5       So you would agree that other

6   airlines offer the opportunity to earn rewards

7   through the use of credit card points, correct?

8       MR. SCHWED:  Objection.

9       THE WITNESS:  I'm sure some do.

10  BY MR. WINDLE:

11      Q     Are you aware of other airlines

12  that allow you to earn rewards through flight

13  purchases?

14      A     I don't know the de -- that level

15  of detail, I'm afraid.

16      Q     Do you look at your key

17  competitors when you're trying to develop

18  products?

19      A     We would.

20      Q     Are you in the course of looking

21  at those competitors for that workflow we just

22  talked about -- strike that.  Let me rephrase.

23      When you look at your key

24  competitors, do you evaluate their product

25  offerings?



1          A          We would do that, yes.

2          Q          Is that part of your role?

3          A          We would look at, in a general

4    market knowledge, what the key competitors

5    have, yes.

6          Q          So do you know whether any of your

7    key competitors allow you to earn rewards based

8    on purchasing flights?

9          A          Yes, they would.

10          Q          Okay.  Do you know if any of your

11    key competitors allow customers to earn rewards

12    by purchasing hotels, hotel rentals?

13          A          They would, yes.  I'm sure some of

14    them would.

15          Q          So what aspect of JetBlue's Blue

16    Basic is -- strike that.

17                    So what aspect of the way that

18    customers earn rewards on Blue Basic is unique

19    to JetBlue?

20                    MR. SCHWED:  I don't think you

21          meant Blue Basic.

22                    MR. WINDLE:  Thank you.

23    BY MR. WINDLE:

24          Q          What aspect of the way that

25    JetBlue TrueBlue members earn rewards is unique