# EXHIBIT K

```
 1              UNITED STATES DEPARTMENT OF JUSTICE
 2   _____X
 3   IN THE MATTER OF:              :     Civil
 4                                  :     Investigative
 5   JETBLUE/SPIRIT INVESTIGATION   :     Demand 31421
 6                                  :
 7   _____X
 8                       Denver, Colorado
 9                    Thursday, March 2, 2023
10
11         Deposition of BARRY BIFFLE, a witness herein,
12   called for examination by counsel for United States
13   Department of Justice in the above-entitled matter,
14   pursuant to Civil Investigative Demand, the witness
15   being duly sworn by Marjorie R. Dauster, a Notary
16   Public in and for the State of Colorado, held remotely
17   at 9:06 a.m., Thursday, March 2, 2023, and the
18   proceedings being taken down by Stenotype by
19   Marjorie R. Dauster, RMR, CRR, and transcribed under
20   her direction.
21
22
23
24
25
```

```
 1   calculate your average revenue for the route.
 2        Q.    Does Frontier have any sort of minimum on
 3   forecasted profitability that would make it willing to
 4   enter a route?
 5        A.    If we don't believe it has the potential to
 6   someday at least make 10 percent, we don't -- we don't
 7   start the route.
 8        Q.    And when you say "someday," is that within any
 9   sort of particular time frame?
10        A.    Typically within -- so for domestic, within a
11   year, and international within a year and a half.  And,
12   by the way, that's pre-tax margins.
13        Q.    Does Frontier have any internal models to put
14   together these route-level forecasts?
15        A.    Yes.
16        Q.    What does Frontier call those models?
17        A.    I'm not sure what they call them.  I mean, it
18   would be projected route P&Ls.
19        Q.    Okay.
20        A.    And to be fair, it's not really a model.  I
21   mean, we just have -- you know, we have calculations
22   and some spreadsheets.  I mean . . .
23        Q.    When Frontier estimates demand, do you also
24   include any sort of estimate on the amount of
25   stimulation of demand Frontier has?
```



1    A.    Absolutely. Yes.

2    Q.    How do you come up with it? How does Frontier
3  come up with that number, in your experience?

4    A.    The domestic market that we have extremely
5  discrete data, we just -- we just take our averages of
6  what we've done. And so we -- we know how much each
7  discount level will have -- you know, we know the
8  corresponding amount of stimulation you get at each
9  amount of discount.

10         And so that will enable us to project the
11 stimulation, and we'll get to what we think the demand
12 is. If it is a market that has no data and just hasn't
13 been flown, we may look at city proxies and -- for
14 example, if you're looking at a route to fly to Orlando
15 and maybe they don't have service today, we might look
16 at a city that is similar to that with similar income,
17 similar size, and -- and that gives us a proxy, if you
18 will, to understand how big the market could be.

19   Q.    Okay. In your experience, when Frontier is
20 evaluating entry into a route, does it matter that
21 Frontier is already present in both airports that would
22 be on the route?

23   A.    Very helpful.

24   Q.    Would you say it's more likely for Frontier to
25 enter a route where it's already present on both

