# EXHIBIT L

1                  UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3        - - - - - - - - - - - - - - - - X

4      UNITED STATES OF AMERICA,          :

5      COMMONWEALTH OF                     :

6      MASSACHUSETTS, DISTRICT OF          :

7      COLUMBIA and STATE OF NEW           :

8      YORK,                               :

9          Plaintiffs,                     :   Case No.

10             v.                          :   1:23-cv-10511

11     JETBLUE AIRWAYS CORPORATION         :

12     and SPIRIT AIRLINES, INC.,          :

13         Defendants.                     :

14       - - - - - - - - - - - - - - - - X

15                    HIGHLY CONFIDENTIAL

16                          Washington, D.C.

17                          Wednesday, September 6, 2023

18          Videotaped deposition of NICHOLAS HILL,

19     Ph.D., a witness herein, called for examination by

20     counsel for Plaintiffs in the above-entitled matter,

21     pursuant to notice, the witness being duly sworn by

22     MARY GRACE CASTLEBERRY, a Notary Public in and for

1    Q.    Would you agree with me that there's a

2  difference between how much airlines enter new routes

3  in the aggregate as you presented in these figures as

4  compared to the likelihood of entry on any specific

5  particular route?

6    A.    Yeah.  I mean, this table is looking more

7  at sort of the airline or the carrier level, what did

8  they do, and then separately in the report I look at

9  the probability of entry in the ordinary course.

10    Q.    So where in your report would you point to

11  as indicating how likely it is that the

12  divestiture -- excuse me, that any airline will enter

13  one of the particular routes or markets at issue in

14  this transaction?

15    A.    So I take all of -- so starting with the

16  exhibit that we were discussing earlier in the

17  supplemental piece where we just -- forget arguing

18  about the 51.  That's not the purpose.  But just to

19  say, of the 51 complaint routes, six have become

20  noncomplaint routes and two new ones have become

21  complaint routes just in the, I guess, six months of

22  data since -- after Professor Gowrisankaran's



1   analysis.  So that's one piece.  Just I feel like

2   that shows the dynamic nature here of how people come

3   and go.  I feel figures 97 and 98 here are showing

4   that if we look at the individual carriers, we see a

5   pattern of entry and exit being commonplace.

6          And then the other two -- well, the other

7   pieces of evidence we use, if we look at figure 99,

8   we use Dr. Chipty's model to predict the probability

9   of ultra low cost carrier entry and then there's

10   qualitative evidence in figure 10.2 that pertains to

11   the likelihood of backfill by ULCCs.  Figure 100 also

12   goes to this.  And then figure 101 -- we can skip

13   over figure 101.  And then -- something I'm looking

14   for.  Oh, and then figure 105 goes to the question of

15   whether the -- if there were significant price

16   increases on the routes, how would that change the

17   profitability.

18          So I can't tell you here is the exact

19   probability of entry on those routes.  And that's one

20   of the challenges in saying how much harm there may

21   or may not be on the 15 routes.  But the bigger

22   picture here is I think this evidence is convincing

