# EXHIBIT O

Page 1

1      UNITED STATES DEPARTMENT OF JUSTICE

2   - - - - - - - - - - - - - - - X

3                                 :

4   IN THE MATTER OF:             : Civil

5                                 : Investigative

6   JETBLUE/SPIRIT INVESTIGATION  : Demand 31283

7                                 :

8   - - - - - - - - - - - - - - - X

9                   Washington, D.C.

10                  Thursday, January 13, 2023

11       Videotaped deposition of JOHN PATRICK

12  KIRBY, called for examination by counsel for United

13  States Department of Justice in the above-entitled

14  matter, pursuant to Civil Investigative Demand, the

15  witness being duly sworn by MARY GRACE CASTLEBERRY, a

16  Notary Public in and for the District of Columbia,

17  taken at the offices of United States Department of

18  Justice, 450 Fifth Street, N.W., Washington, D.C., at

19  9:07 a.m., Thursday, January 13, 2023, and the

20  proceedings being taken down by Stenotype by MARY

21  GRACE CASTLEBERRY, RPR, and transcribed under her

22  direction.

Page 62

1  accomplished our goal of continuing to add new

2  destinations out west, but also allowed us to

3  continue growing Las Vegas, which was also something

4  that was part of our long-term strategy.

5      Q.   Okay.

6      A.   So that's some of the things we do look

7  for.  We look at competition certainly, so who's in

8  the market.  We look at how much capacity's in the

9  market.  So again, we look at those fares, so we want

10 to make sure that we feel we can stimulate.  And then

11 we obviously run financial -- we use our financial

12 model, which I would tell you is very rudimentary,

13 but we look at what is our forecasted revenue

14 passengers in margin performance both in year one and

15 then the steady-state as well.  So we look at those

16 types of things.

17         And then we keep a list of opportunities,

18 because the environment is very fluid, very dynamic

19 and what may be an opportunity today may not be -- or

20 there may be an opportunity that's new that you maybe

21 shift your plans to because it may be -- it may be a

22 fleeting opportunity.