EXHIBIT C

# HIGHLY CONFIDENTIAL
# PURSUANT TO PROTECTIVE ORDER



## Transcript of **Gautam Gowrisankaran**

Friday, September 1, 2023

*United States, et al. v. JetBlue Airways Corporation
and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 132933

1  testimony from JetBlue that says, we're looking more

2  like a legacy carrier than we used to be.

3          So it definitely has some attributes of a

4  low cost carrier, but it's looking a little more like

5  a legacy carrier.  For instance, on long routes,

6  JetBlue has a first class product called Mint.  And

7  you wouldn't expect low cost carriers necessarily to

8  have first class.

9      Q.   Do you agree that JetBlue's differentiated

10 itself from other low cost carriers by offering not

11 only low fares, but also high quality service?

12     A.   Well, there's two parts to that question.

13 Whether JetBlue is differentiating itself from other

14 low cost carriers.  And I would say that, in general,

15 the airline industry is one where products

16 differentiate themselves, and where different

17 airlines differentiate themselves.

18          So one of my best friends swears by the

19 Cheez-Its on JetBlue.  And his wife always has him on

20 a diet, I think.  And when he flies JetBlue, he can

21 eat as many Cheez-Its as he wants.  And he loves

22 JetBlue for that reason.  I personally don't like



 1   Cheez-Its, but this is how airlines work.  Some

 2   people love different airlines for different reasons.

 3   It's a differentiated product.

 4              Now, as to whether JetBlue has

 5   differentiated itself by high quality, that's not

 6   something I would agree with.  And so, again, what

 7   I've written in my report, and what is true about the

 8   airline industry, is that there are different

 9   dimensions of quality.  Some are horizontal.  And so

10   an example of a horizontal differentiation is, do you

11   have Cheez-Its.  And some people like them, some

12   people don't.

13              There's also vertical differentiation.  So

14   for instance, most of us might like more leg room,

15   all else equal.  But you can't hold that all else

16   equal there, and the amount that people are willing

17   to pay for more leg room is going to vary across

18   people.

19              And so for that reason, I don't think you

20   can say that JetBlue has differentiated itself by

21   being higher quality.  It certainly does offer a

22   product that's somewhat differentiated from other



1  low-cost carriers.  And all airlines try to

2  differentiate themselves.  This is a classic industry

3  that, as economists, we model as a differentiated

4  product industry with heterogenous preferences for

5  consumers.

6       Q.    Would you agree that the JetBlue product

7  is a higher quality product than the Spirit product?

8       A.    Well, again, there's -- it really depends

9  on what you want.  So some aspects of quality --

10 there's not one definition of quality.  And as an

11 economist, we want to be really precise about this.

12            So some people are going to value some of

13 the attributes on JetBlue.  Other people are not

14 going to value them.  Even within JetBlue, there's a

15 whole bunch of different products.  So Blue Basic is

16 one of the products on JetBlue.  Is that a -- is that

17 something that people value more than, for instance,

18 Spirit products?

19            Well, I showed evidence in my reply report

20 that people who could pick between Blue Basic and

21 Spirit, about half or a little more than half picked

22 Spirit over Blue Basic.  So they're not thinking that



 1  Blue Basic is a higher quality product.  And this is

 2  conditioning on Blue Basic being actually cheaper or

 3  the same price as a Spirit product in that case.

 4           So I think that, again, you know, saying

 5  like is JetBlue higher quality than Spirit, that's

 6  not how we think about it as economists.  These are

 7  markets with huge amounts of vertical differentiation

 8  and horizontal differentiation, and different

 9  willingness to pay for attributes.

10           And each of these airlines have a whole

11  bunch of different products.  And they offer

12  segmented products.  And these are points I discuss

13  throughout my reports, because they're just

14  fundamental to understanding competition in the

15  airline industry.

16     Q.   So you would agree that we can't directly

17  compare the prices of a Spirit Airlines fare and a

18  JetBlue Blue Basic fare for a particular customer?

19     A.   I wouldn't agree with that, in the sense,

20  we can do that comparison.  And you know, and

21  especially for Spirit customers, you know, what -- I

22  think it's the CEO that I cite, Ted Christie, saying,



Scheduling@TP.One    800.FOR.DEPO
www.TP.One    (800.367.3376)

1  to that.

2         I also talked in my report about the
3  JetBlue effect, which is about them competing with
4  all the airlines they compete with.

5     Q.   Do you agree that JetBlue's pricing
6  strategy is to stimulate demand by offering lower
7  fares, like other low cost carriers, but JetBlue also
8  offers superior service to many airlines, including
9  legacy airlines?

10    A.   Well, that's a really broad statement.
11 And I think I would have to disagree with both parts
12 of it.  So the first part is that, I think you said,
13 like, JetBlue offers lower fares than legacy
14 airlines.  Well, it's going to depend on exactly the
15 route.  And, you know, and the particular route and
16 the characteristics and the day.

17        So I showed one example, and this is from
18 my reply report, from section 6 of my reply report,
19 where the offered fares on JetBlue were similar to
20 legacy carriers on the same route.  There are other
21 examples where JetBlue's going to have lower prices
22 than legacy carriers, but at least in this example,

1  in many of the routes, the majority of them, the

2  offered prices from JetBlue were similar to legacy

3  carriers.

4           I think the second part of your question

5  was whether JetBlue offered lower prices, but higher

6  quality.  And I don't remember exactly higher quality

7  than whom.  But again, as an economist looking at

8  this market, at this product that's very

9  differentiated, which is air travel, we can't think

10 about like JetBlue offering higher quality.  Like,

11 some people are going to value the JetBlue amenities.

12 You know, there's my friend, my college roommate who

13 loves Cheez-Its.  He thinks JetBlue is awesome

14 because he gets as many bags of Cheez-Its as he

15 wants.

16          Other people, they may not like JetBlue,

17 right?  And so I think it really depends on the

18 person, the particular flight, the experience.  All

19 of those are going to factor into what a given

20 customer is willing to pay for JetBlue.

21      Q.   Do you agree that JetBlue is uniquely

22 disruptive?



1    A.    Well, so disruptive is -- or maverick or

2  words like that.  In economics, we think of these as

3  not like a fixed characteristic of firms, but as

4  related to the incentives that the firms have.

5          And so I think that JetBlue -- there is a

6  JetBlue effect.  I document this.  When JetBlue

7  enters on markets, prices go down.  They don't go

8  down as much as when Spirit enters on markets, plane

9  for plane.  JetBlue enters with a lot more frequency

10 than JetBlue -- 2.7 flights per day on average versus

11 Spirit's 1.7 flights per day.  But JetBlue, when it

12 enters on markets, we see that the market average

13 prices do drop.  And there's something about that.

14          Now, what I also showed in my reply report

15 is that JetBlue's effect on market prices is not as

16 strong as it used to be.  And so if Dr. Hill went

17 back and took data going back to 2012, and looked at

18 JetBlue entry events.  And what I showed is that

19 JetBlue's impact on prices is lower in the three

20 years before the pandemic than it was in the earlier

21 part of the last decade.

22          And I think what's happened over time, and



Gautam Gowrisankaran    HIGHLY CONFIDENTIAL    9/1/2023
Case 1:23-cv-10511-WGY    Document 204-3    Filed 09/20/23    Page 10 of 11    Page 108
PURSUANT TO PROTECTIVE ORDER

1  this is substantiated by documentary evidence from
2  JetBlue that I testified to earlier, is that JetBlue
3  is looking more like a legacy carrier.  And so it has
4  had less of a disruptive influence, and less of an
5  influence on lowering prices than it used to a decade
6  ago.
7      Q.  So you would not agree that JetBlue's high
8  quality service allows it to compete effectively
9  against legacy airlines in ways that other LCCs and
10 ULCCs cannot?
11     A.  So again, like, that's such a broad
12 statement.  Like, I have a friend that loves Alaska,
13 which is counted as an LCC.  And he swears Alaska
14 more than other airlines.  I was on a JetBlue flight
15 last year, and it was five hours late, and there was
16 pandemonium at National Airport.  No one at JetBlue
17 seemed to know where everything was going with this.
18     And that didn't make me feel like JetBlue
19 is a high quality product, just that one experience.
20 And I'm not trying to disrespect JetBlue or the many
21 fine people that work there.  But I'm just saying,
22 different customers have different experiences about



Gautam Gowrisankaran     HIGHLY CONFIDENTIAL     9/1/2023
Case 1:23-cv-10511-WGY   Document 204-3   Filed 09/20/23   Page 11 of 11    Page 230
PURSUANT TO PROTECTIVE ORDER

1   there's some incentives to reduce competition that

2   will transpire as a result of this merger.  And

3   oftentimes, if I was analyzing a merger, I might stop

4   there, but because of the specifics of this deal the

5   parties have explained how they plan to use Spirit,

6   which is to shut down Spirit and repurpose the planes

7   to expand JetBlue.

8         And so in my net harm model, I want to

9   take seriously this deal rationale and the

10   efficiencies that stem from the fact that JetBlue is

11   going to use these Spirit planes in the JetBlue

12   business model.

13        So because of that, what I'm doing is I'm

14   accounting both for the anti-competitive effects of

15   this merger, but I'm also accounting for the

16   efficiencies that the merging parties think will

17   arise from this merger.  And so I'm not sure how you

18   define the competitive effects, but it does include

19   the efficiencies.  And that's why it's a net harm

20   model, and not a gross harm model.

21      Q.     So your econometric model of net harm

22   predicts the competitive effects of the merger,

