# EXHIBIT D

# HIGHLY CONFIDENTIAL



## Transcript of **Nicholas Hill, Ph.D.**

Wednesday, September 6, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 132439

1    Q.    Anyone.

2    A.    If someone who's researched the issue and
3  has a good basis for it, then yes.  And if not, then
4  no.  I mean, you -- just applying a particular label
5  to something does or does not make it a maverick.

6    Q.    Would you give different weights to
7  whether another economist labels a firm a maverick
8  versus a layperson?

9    A.    It would depend on the situation.

10   Q.    Do you believe whether a firm is a
11 maverick depends on its incentives?

12   A.    I think there's a question of -- so,
13 again, it depends.  If you see a firm continuously
14 acting in a way that's consistent with being a
15 maverick, then I think it's telling us something
16 about the underlying incentives.

17   Q.    If a merger changes a firm's incentives,
18 is it possible for a firm that was previously a
19 maverick, for that status to change?

20   A.    That's possible.

21   Q.    Do you believe, Dr. Hill, that an industry
22 can have more than one maverick in it?

1    A.    Yeah, that could be possible.

2    Q.    And can different maverick firms in an

3  industry have different effects on that industry?

4    A.    Yes, I think that's fair.

5    Q.    Dr. Hill, in your report, you don't

6  contest that scheduled air passenger service is the

7  relevant product market for analyzing the competitive

8  effects of this proposed transaction, is that fair?

9    A.    I typically think of relevant markets as

10  having both a geographic and product dimension.  But

11  I'll say I agree I'm not arguing that bus service or

12  other things are things we should be considering.

13    Q.    Okay.  Thank you for that.

14        And you did not perform a hypothetical

15  monopolist test on any relevant market or candidate

16  relevant market in connection with your evaluation of

17  this transaction, is that fair?

18    A.    That's correct.

19    Q.    Now, with the exception of your

20  disagreement with Dr. Gowrisankaran in terms of

21  market shares based on passengers versus revenue and

22  then also you provide in your report some critiques