# EXHIBIT K



# Transcript of **DeAnne Thompson Gabel**

Friday, January 27, 2023

*JetBlue/Spirit Investigation*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 124097

1              THE WITNESS:  That -- I -- I cannot answer

2    that question with a yes or no.

3    BY MR. BERMANN:

4        Q    Why not?

5        A    Because if -- if general counsel -- it's

6    not so much that they say, hey -- it might be that

7    if they've determined -- when I'm asking, when I go

8    say, "Hey, this is a situation.  Do we need to file

9    to correct it?"  I don't necessarily know their

10   understanding or so -- you know, I think Thomas is

11   honorable and that he would do -- but he could

12   conclude the fact that, "Oh, that's material, but

13   I'm not going to -- I'm not going to tell you that

14   because I don't want you to file the 8K."

15             I can't speak to what -- it's more I'm

16   going to them and saying, "This is the situation.

17   Does it warrant a correction?"  Whether or not

18   they're determining in their thinking, I -- I can't

19   attest to.

20       Q    In your view, is the process by which

21   Spirit ensures the accuracy of its public statements

22   effective?



1   A   Yes.

2   Q   In your view, the public can trust that

3   when Spirit makes a public statement, that statement

4   is true to the best of Spirit's knowledge at the

5   time?

6   A   Yes.

7   Q   If someone notices inaccuracies in a public

8   statement by Spirit after the statement has been

9   issued, is there a process by which they can report

10  that internally at Spirit?

11           MR. FINCH:  Object to the form.

12           Go ahead.

13           THE WITNESS:  Spirit has a hotline that if

14  someone wants to call the hotline or they can call

15  me or -- I don't -- if they don't call -- if -- I

16  don't know if they call.  I mean, there is a process

17  of that reporting.  Whether or not -- I don't know,

18  quite frankly, if it goes -- I don't know what

19  happens after it goes to the hotline.  I know it's

20  checked, and that would be under internal audit, and

21  I'm not involved in that.

22           But there is availability.  They can reach

```
 1   Carrier Trying to Buy a Low-Fare Carrier."
 2           Did I read that correctly?
 3       A   Yes.
 4       Q   You understand the phrase "high-fare
 5   carrier" in the title to refer to JetBlue, right?
 6       A   Yes.  For the purpose of this presentation,
 7   we were showing that they're a higher-fare carrier
 8   than Spirit.
 9       Q   JetBlue is a higher-fare carrier than
10   Spirit is, right?
11       A   On average, yeah.  The data would show
12   that.
13       Q   I'd like you to focus on the banner at the
14   bottom of the slide.  The banner reads, in part:
15   "JetBlue has stated it will reduce capacity and
16   raise fares on Spirit routes..." correct?
17       A   Yes.
18       Q   You understand that statement to be true?
19       A   I understand that whoever approved this
20   particular bullet point believed it to be true.  I
21   don't know who approved it, and I don't recall
22   JetBlue stating that in a public that I had access
```