IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## DECLARATION OF EDWARD W. DUFFY IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION TO EXCLUDE CERTAIN OPINIONS OF DR. TASNEEM CHIPTY

I, Edward W. Duffy, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice, and counsel of record for the United States in this case. I have personal knowledge of the matters recited herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of cited portions of a document produced by Defendant JetBlue Airways Corporation ("JetBlue") with the Bates numbers JBLU-DOJ-10617741– JBLU-DOJ-10617741_0048. Exhibit A is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

3. Attached as Exhibit B is a true and correct copy a document produced by JetBlue with Bates numbers JBLU-DOJ-04260597–603. Exhibit B is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

4. Attached as Exhibit C is a true and correct copy a document produced by JetBlue with Bates numbers JBLU-DOJ-05815880–6076. Exhibit C is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound. Exhibit C also contains redactions of certain information marked that does not bear on the instant motion.

5. Attached as Exhibit D is a true and correct copy the cited portions of a filing by Defendant Spirit Airlines, Inc. ("Spirit") with the Securities and Exchange Commission, bearing Bates numbers B6NK-TX-00012728–99.

6. Attached as Exhibit E is true and correct copy of the cited portions of the Transcript of the Deposition of Mr. Eric Friedman as a 30(b)(6) representative, dated June 22, 2023. Exhibit E is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

7. Attached as Exhibit F is a true and correct copy of a filing by Spirit with the Securities and Exchange Commission, produced with Bates numbers B6NK-TX-00000454–61.

8. Attached as Exhibit G is a true and correct copy of the cited portions of the Transcript of the Deposition of Dr. Nicholas Hill, dated September 6, 2023. Exhibit G is currently filed with redactions subject to the Court's Order on the Parties' Joint Motion to Impound.

9. Attached as Exhibit H is a true and correct copy of a document produced by JetBlue with Bates numbers JBLU-DOJ-04194562–66. Exhibit H is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

10. Attached as Exhibit I is a slipsheet for a spreadsheet produced by JetBlue with Bates number JBLU-DOJ-10840850. Exhibit I is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound. A true and correct electronic copy of Exhibit I is being submitted by Plaintiffs to Chambers on a thumb drive.

11. Attached as Exhibit J is a slipsheet for a spreadsheet produced by JetBlue with Bates number JBLU-DOJ-01184406. Exhibit J is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound. A true and correct electronic copy of Exhibit J is being submitted by Plaintiffs to Chambers on a thumb drive.

12. Attached as Exhibit K is a true and correct copy of the cited portions of the Transcript of the Deposition of Mr. Eric Friedman as a 30(b)(6) representative, dated January 19, 2023. Exhibit K is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

13. Attached as Exhibit L is a true and correct copy of a document produced by JetBlue with Bates numbers JBLU-DOJ-06183756–70. Exhibit L is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

14. Attached as Exhibit M is a true and correct copy of the cited portions of "Response of JetBlue Airways Corporation to the Antitrust Division of the U.S. Department of Justice's Request for Additional Information and Documentary Material Issued September 12, 2022." Exhibit M is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

15. Attached as Exhibit N is a true and correct copy of "Defendant JetBlue Airways Corporation's Responses and Objections to Plaintiffs' First Set of Interrogatories to Defendant JetBlue Airways Corporation," produced with Bates numbers B6NK-TX-00000345–58.

16. Attached as Exhibit O is a true and correct copy of the cited portions of the Expert Report of Tasneem Chipty, Ph.D. Exhibit O is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

17. Attached as Exhibit P is a true and correct copy of the cited portions of the Reply Report of Tasneem Chipty, Ph.D. Exhibit P is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

18. Attached as Exhibit Q is a slipsheet for a spreadsheet produced by JetBlue with Bates number JBLU-DOJ-06323142. Exhibit Q is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound. A true and correct electronic copy of Exhibit Q is being submitted by Plaintiffs to Chambers on a thumb drive.

19. Attached as Exhibit R is true and correct copy of the cited portions of the Transcript of the Deposition of Mr. Eric Friedman, dated June 21, 2023. Exhibit R is currently filed under seal subject to the Court's Order on the Parties' Joint Motion to Impound.

I declare under penalty of perjury the foregoing is true and correct.

Executed on September 20, 2023 in Washington, D.C.

/s/ Edward W. Duffy
Edward W. Duffy