# EXHIBIT G

Filed Under Seal
Pending Order on Joint Motion to Impound