# EXHIBIT I

Filed Under Seal
Pending Order on Joint Motion to Impound

Slip Sheet for JBLU-DOJ-10840850