# EXHIBIT P

## Filed Under Seal
## Pending Order on Joint Motion to Impound