UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**DECLARATION OF ELIZABETH M. WRIGHT
IN SUPPORT OF DEFENDANTS' REPLY IN SUPPORT OF
MOTION IN LIMINE TO EXCLUDE OPINIONS OF DR. TASNEEM CHIPTY**

I, Elizabeth M. Wright, declare pursuant to 28 U.S.C. § 1746, as follows:

1. I am an attorney admitted to practice before this Court and Special Counsel at the law firm of Cooley LLP, counsel of record for Defendant JetBlue Airways Corporation ("JetBlue") in this action. I make this declaration of my own personal knowledge and, if called to do so, could testify competently to the facts stated herein under oath. I submit this Declaration in Support of Defendants' Reply in Support of Motion *in Limine* to Exclude Opinions of Dr. Tasneem Chipty.

2. Attached as Exhibit 1 is a true and correct copy of excerpts of the Deposition Transcript of Tasneem Chipty, deposed August 31, 2023.

Dated: September 26, 2023

Respectfully submitted,

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO #569387)
COOLEY LLP
500 Boylston Street
Boston, MA 02116
Phone (617) 937-2300

1

Fax (617) 937-2400
ewright@cooley.com

*Attorney for Defendant JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 26, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

291654630