IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## DECLARATION OF EDWARD W. DUFFY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE TO EXCLUDE TESTIMONY FROM MR. RICHARD SCHEFF

I, Edward W. Duffy, pursuant to 28 U.S.C. 1746, hereby declare as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice, and counsel of record for the United States in this case. I have personal knowledge of the matters recited herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the cited portions of the Supplemental Report of Dr. Tasneem Chipty, dated September 22, 2023.

3. Attached as Exhibit B is a true and correct copy of the cited portions of the Transcript of the Deposition of Mr. Richard Scheff, dated September 6, 2023.

I declare under penalty of perjury the foregoing is true and correct.

Executed on September 26, 2023 in Washington, DC.

                                                /s/ Edward W. Duffy
                                                Edward W. Duffy