**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) Civil Action No. 1:23-cv-10511-WGY |
| | ) |
| JETBLUE AIRWAYS CORPORATION and | ) |
| SPIRIT AIRLINES, INC., | ) |
| | ) |
| Defendants, | ) |
| | ) |

**DECLARATION OF RYAN A. SHORES IN FURTHER SUPPORT OF DEFENDANTS'
MOTION TO ESTOP THE DEPARTMENT OF JUSTICE FROM TAKING
INCONSISTENT POSITIONS AND TO OVERRULE OBJECTIONS**

I, Ryan A. Shores, hereby declare under penalty of perjury as follows:

1.      I am duly licensed and admitted to practice law in the District of Columbia and
the Commonwealth of Virginia, I am admitted to practice before this Court *pro hac vice*, and I
am a partner with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for JetBlue
Airways Corporation.  I respectfully submit this declaration in in Reply to Plaintiffs' Opposition
to Motion to Estop the Department of Justice from Taking Inconsistent Positions and to Overrule
Objections (ECF No. 199).

2.      Attached hereto as Exhibits B–F, for the Court's convenience, are true and
correct copies of the following documents:

| Ex. | Document |
|---|---|
| B | Excerpts from Trial Tr. Day 9, NEA Case (testimony of Dr. Town) |
| C | Excerpts from Trial Tr. Day 1, NEA Case (opening statement of DOJ) |

| D | Excerpts from Trial Tr. Day 10, NEA Case (testimony of Dr. Miller) |
| E | Excerpts from the transcript of the deposition of Dr. Gautam Gowrisankaran on September 1, 2023 |
| F | Excerpts from the opening slides of Plaintiffs' Opening Statement in NEA Case |

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing is true and correct.

Executed on September 26, 2023, at Washington, D.C.

*/s/ Ryan A. Shores*
Ryan A. Shores

**CERTIFICATE OF SERVICE**

I hereby certify that on September 26, 2023, I electronically filed the foregoing document

with the Clerk of the Court using the CM/ECF system, which will send notification of such filing

to all attorneys of record registered on the CM/ECF system.

DATED this 26th day of September, 2023.


_/s/ Ryan A. Shores_
Ryan A. Shores