# EXHIBIT B

```
                     UNITED STATES DISTRICT COURT

                       DISTRICT OF MASSACHUSETTS


  _____

  UNITED STATES OF AMERICA, et al.

          Plaintiffs,                        Civil Action No.
                                             1:21-cv-11558-LTS
       v.

  AMERICAN AIRLINES GROUP, INC.,
  et al.,

          Defendants.

  _____


       BEFORE THE HONORABLE LEO T. SOROKIN, DISTRICT JUDGE


                             BENCH TRIAL
                               Day 9



                      Tuesday, October 11, 2022
                              8:58 a.m.




  John J. Moakley United States Courthouse
  Courtroom 13
  One Courthouse Way
  Boston, Massachusetts


  Rachel M. Lopez, CRR
  Official Court Reporter
  raeufp@gmail.com
```

1  fleet constrained.  And so by growing at the NEA, at the NEA
2  airports, they have to borrow from some other parts of their
3  network to fund that.
4  **Q.**  So let's talk specifically about JetBlue.  Can you
5  explain a little more about what you were just saying about
6  how JetBlue factors into the NEA's impact on capacity
7  discipline?
8  **A.**  Sure.  So JetBlue is a maverick.  It was growing much
9  faster than the other carriers during the capacity
10 discipline, and it was mitigating the impact of the capacity
11 discipline period by growing faster.  The NEA aligns
12 JetBlue's incentives with American.  And by prioritizing
13 growth in the Northeast, it compromises growth elsewhere.
14 **Q.**  So can you explain how all of these factors that you
15 you've just discussed lead to your conclusion about the NEA
16 restoring capacity discipline?
17           THE COURT:  Can you just pause on that -- wait,
18 before you answer that question.  Sorry.
19           The NEA prioritizes growth in the Northeast, so
20 that compromises growth elsewhere.
21           THE WITNESS:  Correct.
22           THE COURT:  That is because there's a fixed pool of
23 planes.
24           THE WITNESS:  Correct.
25           THE COURT:  So NEA minus one day, there's a certain