# EXHIBIT E

# HIGHLY CONFIDENTIAL
# PURSUANT TO PROTECTIVE ORDER



## Transcript of **Gautam Gowrisankaran**

Friday, September 1, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 132933

1              IN THE UNITED STATES DISTRICT COURT

2              FOR THE DISTRICT OF MASSACHUSETTS

3    - - - - - - - - - - - - - - - X

4    UNITED STATES OF AMERICA, et    :

5    al,                             :

6             Plaintiffs,            :   Case No.

7             v.                     :   1:23-cv-10511-WGY

8    JETBLUE AIRWAYS CORPORATION     :

9    AND SPIRIT AIRLINES, INC.,      X

10            Defendants.

11   - - - - - - - - - - - - - - - -

12

13              VIDEOTAPED DEPOSITION OF

14                GAUTAM GOWRISANKARAN

15

16   HIGHLY CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

17

18                      Washington, D.C.

19                      Friday, September 1, 2023

20

21

22

1  for, say, roll-on bags.  And they do account for the

2  prices that they would pay at JetBlue for roll-on

3  bags.  Some of them will pay that if they're in Blue

4  Basic, for instance.  Others won't pay that if

5  they're not.

6           And so those regressions do account for

7  those ancillary fees, and I don't find anything too

8  different.  The harm is a little larger when you

9  account for them, but it's pretty similar to if I

10  just use the DB1B data.

11       Q.   You're not saying that the experience a

12  passenger has on JetBlue is the same as the

13  experience a passenger has on Spirit after purchasing

14  all the ancillary products Spirit offers, are you?

15  Still a differentiated experience?

16       A.   I've testified already, Mr. Culley, that

17  airlines are differentiated.  You know, some people

18  like the snacks on Spirit, and some people like the

19  snacks on JetBlue.  Even within JetBlue planes, some

20  people may not want the cheapest fares of Blue Basic

21  because you've got to board last.

22            I know people who like to recline in their

1  seats, and I know other people who say, I like to fly
2  Spirit because the seat, the person in front of me
3  isn't reclining their seat.  That means I can read my
4  book more comfortably without worrying about the seat
5  being crashing into me, and crashing into my book.
6              So there's differentiation across these
7  products.  You're not going to get exactly the same
8  product when you switch from Spirit to JetBlue.
9  That's for sure.  But the point I made is that
10 accounting for a la carte services, if anything, does
11 not decrease the harm that this merger -- the net
12 harm that this merger would result in.  It actually
13 increases it.
14      Q.    Do you agree that JetBlue is able to
15 closely compete with legacy airlines?
16      A.    So that's a really broad statement, and
17 it's going to depend on the market that it's
18 operating in.  But as a whole, JetBlue has become
19 more like legacy airlines.  It definitely competes
20 with legacy airlines, also with Southwest, and also
21 with Spirit.  All those are true.  That airlines
22 compete with each other, and JetBlue is no exception

