# EXHIBIT F




# *United States of America and Plaintiff States v. American Airlines and JetBlue Airways*

September 27, 2022

# When JetBlue Competes, Travelers Save Billions



# When JetBlue Doesn't Compete, Travelers Pay More

## FARE DIFFERENCE AFTER EXIT FROM MARKET



"When a low fare competitor exits a market, [legacy competitors] again raise fares (e.g., NYC-PIT/RIC) and traffic usually drops as a result."

# JetBlue's Disruption Hurt American Airlines' Wallet...

1. **Before the NEA**
   - ✓ JetBlue Disrupted
   - ✓ JetBlue Saved Travelers $$$
   - ✓ Battlegrounds in Boston and New York City
2. **The NEA**
3. **After the NEA**
4. **No Justification**

**From**: Steven Gilman
**To**: Paul Swartz
**Sent**: August 10, 2019
**Re**: BOS

American Airlines

**Paul Swartz**
Regional Sales Manager



"The fact is unfortunately BOS does not perform well from a profitability perspective as other cities, largely due to the fare destruction B6 have wrought."

PX0195 at 2

9

# A New Battleground Was On The Horizon
1. **Before the NEA**
   - ✓ JetBlue Disrupted
   - ✓ JetBlue Saved Travelers $$$
   - ✓ Battlegrounds in Boston and New York City
   - ✓ Escalating Competition
2. **The NEA**
3. **After the NEA**
4. **No Justification**

jetBlue

"[O]ur newly imagined Mint experience is inevitably going to drive down the <mark>high fares</mark> charged by the alliances JVs that dominate 80-90 percent of transatlantic traffic"



So, it's reasonable to assume **50-60% fare drop** in BOSLON once B6 starts non-stop service