IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**DECLARATION OF EDWARD W. DUFFY IN SUPPORT OF PLAINTIFFS' REPLY IN SUPPORT OF MOTION IN LIMINE REGARDING PURPORTED OUT-OF-MARKET BENEFITS**

I, Edward W. Duffy, pursuant to 28 U.S.C. 1746, hereby declares as follows:

1. I am an attorney with the Antitrust Division of the United States Department of Justice, and counsel of record for the United States in this case. I have personal knowledge of the matters recited herein, and if called upon to testify, I could and would testify competently thereto.

2. Attached as Exhibit A is a true and correct copy of the cited portions of the Transcript of the Deposition of Dr. Nicholas Hill, dated September 6, 2023.

3. Attached as Exhibit B is a true and correct copy of the cited portions of the Amended Report of Gautam Gowrisankaran, Ph.D., dated July 7, 2023.

I declare under penalty of perjury the foregoing is true and correct.

Executed on September 26, 2023 in Washington, DC.

                                                /s/ Edward W. Duffy
                                                Edward W. Duffy