# EXHIBIT A

# HIGHLY CONFIDENTIAL



## Transcript of **Nicholas Hill, Ph.D.**

Wednesday, September 6, 2023

*United States, et al. v. JetBlue Airways Corporation and Spirit Airlines, Inc.*

www.TP.One
www.aldersonreporting.com
www.accutrancr.com
800.FOR.DEPO (800.367.3376)
Scheduling@TP.One

Reference Number: 132439

```
 1              UNITED STATES DISTRICT COURT

 2           FOR THE DISTRICT OF MASSACHUSETTS

 3   - - - - - - - - - - - - - - - X

 4   UNITED STATES OF AMERICA,       :

 5   COMMONWEALTH OF                 :

 6   MASSACHUSETTS, DISTRICT OF      :

 7   COLUMBIA and STATE OF NEW       :

 8   YORK,                           :

 9        Plaintiffs,                :   Case No.

10           v.                      :   1:23-cv-10511

11   JETBLUE AIRWAYS CORPORATION     :

12   and SPIRIT AIRLINES, INC.,      :

13        Defendants.                :

14   - - - - - - - - - - - - - - - X

15                HIGHLY CONFIDENTIAL

16                        Washington, D.C.

17                        Wednesday, September 6, 2023

18        Videotaped deposition of NICHOLAS HILL,

19   Ph.D., a witness herein, called for examination by

20   counsel for Plaintiffs in the above-entitled matter,

21   pursuant to notice, the witness being duly sworn by

22   MARY GRACE CASTLEBERRY, a Notary Public in and for
```

Nicholas Hill, Ph.D.    HIGHLY CONFIDENTIAL    9/6/2023
Case 1:23-cv-10511-WGY   Document 219-1   Filed 09/26/23   Page 4 of 8
Page 2

1  the District of Columbia, taken at the offices of

2  Cleary Gottlieb Steen & Hamilton, 2112 Pennsylvania

3  Avenue, N.W., Washington, D.C., at 9:12 a.m.,

4  Wednesday, September 6, 2023, and the proceedings

5  being taken down by Stenotype by MARY GRACE

6  CASTLEBERRY, RPR, and transcribed under her

7  direction.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

```
 1   the calculations as they are.
 2        Q.   And then other than Puerto Rico and
 3   Orlando, in your report you have not expressed any
 4   disagreements with Dr. Gowrisankaran's geographic
 5   market definition, is that fair?
 6        A.   I don't endorse it and I don't contest it
 7   with the exception of the ones you give.  I do say I
 8   think that there are other relevant markets to think
 9   about, including national markets, airport markets
10   and -- yeah, I guess those are the two.
11        Q.   So we'll get back to that.  So I just want
12   to make sure I understand, Dr. Hill, a few times
13   already this morning you've said that you quibble
14   with the use of the term "markets" as opposed to
15   "routes."  Is that a fair characterization of your
16   testimony this morning at various points?
17        A.   That's fair.
18        Q.   Can you help me understand why you're
19   making that distinction when we've gone through a few
20   questions just now and you've agreed that you're
21   largely not quibbling with the way in which
22   Dr. Gowrisankaran has defined markets in this case?
```



```
 1        Q.    Okay.  You don't understand the question.
 2   Let --
 3        A.    The guidelines say you use market
 4   definition for the -- the process of defining the
 5   market is about what customers would substitute to.
 6   And what I'm saying is if you were trying to testing
 7   whether there was a national market for airline
 8   service, the question would be do consumers inside of
 9   that market substitute to other service in such
10   numbers that you would not find a price increase
11   within that market to be profitable.  That's a
12   perfectly reasonable question to ask about a
13   potential market.
14        Q.    Let me ask you one more question before we
15   go back to this.  Sitting here today, you've said
16   that you think that the national -- a national
17   airline market is a relevant antitrust market for
18   evaluating the competitive effects associated with
19   this transaction, right?  That was your testimony
20   from a few minutes ago?
21        A.    I think I said it's useful for
22   understanding certain parts of the competition in
```



```
 1   this case.
 2       Q.   And I think you said -- and correct me if
 3   I'm wrong or if you disagree -- that it's a relevant
 4   antitrust market, right?
 5       A.   I think it has relevance for certain
 6   questions here, yes.
 7       Q.   Is it a relevant antitrust market,
 8   Dr. Hill?
 9       A.   Yes.
10       Q.   So why did you not say that in your
11   report, then?
12       A.   I don't think it's in dispute that this is
13   a relevant market.
14       Q.   Did Dr. --
15       A.   Or, sorry, that it's a -- I'll just --
16       Q.   No, I interrupted you.  Go ahead.  I'm
17   sorry.
18       A.   Yeah, I think we're getting turned around
19   here.  My point is that the information in these
20   figures is useful for understanding the competitive
21   effect of the transaction.  You're correct.  I have
22   not formally defined this as a market.
```

1    Q.    And do you think it should be formally

2    defined as a market for purposes of evaluating the

3    competitive effects associated with this transaction?

4    A.    I think it is useful for understanding the

5    competitive effects of the transaction, yes.

6    Q.    So, Dr. Hill, I'm sorry, I just want to

7    make sure the record is clear.  Do you think a

8    national airline market should be defined as a

9    relevant market for purposes of evaluating the

10   competitive effects associated with this transaction,

11   yes or no?

12   A.    Say it again.

13   Q.    Is it your opinion, Dr. Hill, that a

14   national airline market should be defined as a

15   relevant antitrust market for purposes of evaluating

16   the competitive effects associated with this

17   transaction, yes or no?

18   A.    I did not define it as such, so I guess

19   I'll say no.

20   Q.    Okay.  And you agree that

21   Dr. Gowrisankaran has not defined a national market

22   in either of his two reports, correct?

