AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION, et al. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Non-Party Allegiant Air LLC (Allegiant)                    .

Date:    09/28/2023                                    /s/ Carla Gilbertson
                                                                        *Attorney's signature*

                                                        Carla Gilbertson (BBO #567128)
                                                        *Printed name and bar number*

                                                        Wilmer Cutler Pickering Hale and Dorr LLP
                                                        2100 Pennsylvania Avenue NW Washington, DC 200037
                                                        *Address*

                                                        carla.gilbertson@wilmerhale.com
                                                        *E-mail address*

                                                        (202) 663-6118
                                                        *Telephone number*

                                                        (202) 663-6363
                                                        *FAX number*