UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

### **PRO HAC VICE CERTIFICATION OF HARTMUT SCHNEIDER**

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Hartmut Schneider, hereby certify:

(1) I am a member of the bar in good standing of the following jurisdiction to which I have been admitted to practice:

- District of Columbia (July 2006).

(2) There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(3) I have not previously had a *pro hac vice* admission to this Court revoked.

(4) I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: September 23, 2023

/s/ Hartmut Schneider
Hartmut Schneider (DC Bar #499258)
WILMER CUTLER PICKERING
 HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 200037
Tel: (202) 663-6948
hartmut.schneider@wilmerhale.com