UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and, SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Case No. 1:23-cv-10678-WGY |

### PRO HAC VICE CERTIFICATION OF GANNAM RIFKAH

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Gannam Rifkah, hereby certify:

(1)   I am a member of the bar in good standing of the following jurisdiction to which I have been admitted to practice:

- District of Columbia (November 2018).

(2)   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(3)   I have not previously had a *pro hac vice* admission to this Court revoked.

(4) I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

Dated: September 23, 2023     */s/ Gannam Rifkah*
Gannam Rifkah (DC Bar #1614625)
WILMER CUTLER PICKERING
  HALE AND DORR LLP
2100 Pennsylvania Avenue NW
Washington, DC 200037
Tel: (202) 663-6427
gannam.rifkah@wilmerhale.com