AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Avelo Airlines, Inc.

Date: 09/28/2023

/s/ Kaitlin Thompson
*Attorney's signature*

Kaitlin Thompson, BBO #706745
*Printed name and bar number*

Baker McKenzie LLP
452 Fifth Avenue
New York, NY 10018
*Address*

kaitlin.thompson@bakermckenzie.com
*E-mail address*

(212) 626-4100
*Telephone number*

(212) 310-1600
*FAX number*