**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) )  No. 1:23-cv-10511-WGY |
| Plaintiffs, | ) ) |
| v. | ) ) |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) ) ) |
| Defendants. | ) ) |

**CERTIFICATION OF MARK H. HAMER IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Mark H. Hamer, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am a partner at the law firm of Baker McKenzie LLP, 815 Connecticut Ave NW, Washington, DC 20006.

3. I am a member in good standing of the bars of California and the District of Columbia.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

I hereby certify under penalty of perjury that the foregoing is true and correct, this 28th day of September 2023.

Dated: September 28, 2023

*/s/ Mark H. Hamer*

Mark H. Hamer
Baker McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
mark.hamer@bakermckenzie.com
Tel: (202) 452-7000
Fax: (202) 452-7074

*Counsel for Non-Party Avelo Airlines, Inc.*