UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | No. 1:23-cv-10511-WGY |

**CERTIFICATION OF KRISTEN E. LLOYD IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Kristen E. Lloyd, state that:

1. I make this declaration in support of the accompanying Motion for Admission *pro hac vice* and have personal knowledge of the facts stated herein.

2. I am an associate at the law firm of Baker McKenzie LLP, 815 Connecticut Ave NW, Washington, DC 20006.

3. I am a member in good standing of the bars of Maryland and the District of Columbia.

4. There are no disciplinary proceedings pending against me in any jurisdiction.

5. I have never had a *pro hac vice* admission to this Court (or other admission for a limited purpose under Local Rule 83.5.3) revoked for misconduct.

6. I am familiar with, and agree to comply with, the local rules of this Court.

4

I hereby certify under penalty of perjury that the foregoing is true and correct, this 28th day of September 2023.

Dated: September 28, 2023

/s/ Kristen E. Lloyd

Kristen E. Lloyd
Baker McKenzie LLP
815 Connecticut Avenue, N.W.
Washington, D.C. 20006
kristen.lloyd@bakermckenzie.com
Tel: (202) 452-7000
Fax: (202) 452-7074

*Counsel for Non-Party Avelo Airlines, Inc.*