UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | No. 1:23-cv-10511-WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1, non-party Avelo Airlines, Inc. hereby discloses that it is a wholly owned subsidiary of Avelo, Inc., and that no other publicly held corporation owns 10% or more of its stock.

Dated: September 28, 2023

Respectfully submitted,

*/s/ Mark H. Hamer*
Mark H. Hamer (*pro hac vice pending*)
Kristen E. Lloyd (*pro hac vice pending*)
**Baker McKenzie LLP**
815 Connecticut Avenue, NW
Washington, D.C. 20006
mark.hamer@bakermckenzie.com
kristen.lloyd@bakermckenzie.com
(202) 452-7077

Kaitlin Thompson (BBO #706745)
**Baker McKenzie LLP**
452 Fifth Avenue
New York, New York 10018
kaitlin.thompson@bakermckenzie.com
(212) 626-4100

*Counsel for Non-Party Avelo Airlines, Inc.*

1

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 28, 2023, I caused a true and correct copy of the foregoing to be served by CM/ECF to the parties registered to the Court's CM/ECF system.

                                              */s/ Kaitlin Thompson*
                                              Kaitlin Thompson