# UNITED STATES DISTRICT COURT
# OR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

**BREEZE AVIATION GROUP, INC.'S CORPORATE DISCLOSURE STATEMENT**

Pursuant to Fed. R. Civ. P. 7.1, non-party Breeze Aviation Group, Inc. hereby discloses that it has no parent corporation, and no publicly-held corporation owns 10% or more of its stock.

Respectfully submitted,

BREEZE AVIATION GROUP, INC.
By its attorney,

Dated:  September 29, 2023

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor (BBO # 664811)
John F. White III (BBO# 706589)
GOULSTON & STORRS PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mail:  aoconnor@goulstonstorrs.com
             jwhite@goulstonstorrs.com

## **CERTIFICATE OF SERVICE**

I hereby certify that, on September 29, 2023, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

*/s/ Andrew T. O'Connor*
Andrew T. O'Connor