AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION, et al. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OAG Aviation Worldwide, LLC                                                                                                   .

Date: 09/29/2023

/s/ Jeffrey D. Vanacore
*Attorney's signature*

Jeffrey D. Vanacore, Bar No. 710438
*Printed name and bar number*
Perkins Coie LLP
1155 Avenue of the Americas, 22nd Floor
New York, NY 10036

*Address*

JVanacore@perkinscoie.com
*E-mail address*

(212) 262-6912
*Telephone number*

(212) 977-1642
*FAX number*