## UNITED STATES DISTRICT COURT
## OR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

### **NOTICE OF APPEARANCE**

Pursuant to Local Rule 83.5.2(a), please enter the appearance of John F. White III, of Goulston & Storrs PC, as counsel for non-party Breeze Aviation Group, Inc. in the above-captioned action.

|  |  |
|---|---|
|  | Respectfully submitted,<br><br>BREEZE AVIATION GROUP, INC.<br>By its attorney, |
| Dated:  September 29, 2023 | */s/ John F. White III*<br>John F. White III (BBO # 706589)<br>GOULSTON & STORRS PC<br>400 Atlantic Avenue<br>Boston, MA 02110<br>Telephone: (617) 482-1776<br>Facsimile: (617) 574-4112<br>E-mail:  jwhite@goulstonstorrs.com |

## CERTIFICATE OF SERVICE

I hereby certify that, on September 29, 2023, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

*/s/ John F. White III*
John F. White III