-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, et al., <br><br> Plaintiff, <br><br> v. <br><br> JetBlue Airways Corporation and Spirit Airlines, Inc., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

**MOTION TO ADMIT JONATHAN BUCK PRO HAC VICE**

Now comes Jeffrey Vanacore, a member in good standing of the bar of this Court, and moves pursuant to Local Rule 83.5.3 for the admission in this case of Jonathan Buck as counsel for Non-Party OAG Aviation Worldwide, LLC ("OAG").

Mr. Buck is a Partner in the law firm of Perkins Coie LLP. As set forth in the accompanying Certificate, Mr. Buck certifies that: (i) he is a member of the bar in good standing in every jurisdiction in which he has been admitted to practice; (ii) there are no disciplinary proceedings pending against him as a member of the bar in any jurisdiction; (iii) he has not previously had a pro hac vice admission to this Court revoked for misconduct; and (iv) he has read and agrees to comply with the Local Rules of this Court.

I have filed an appearance in this action on behalf of OAG as required by Local Rule 83.5.3(e)(2). I respectfully request requests that Mr. Buck be granted leave to appear and practice pro hac vice on behalf of OAG in the above-captioned matter.

-1-

163997338.1

-2-

|  |  |
|---|---|
|  | Respectfully submitted, |
| September 29, 2023 | By: */s/ Jeffrey D. Vanacore*<br>　　Jeffrey D. Vanacore, Bar No. 710438<br>　　JVanacore@perkinscoie.com<br>　　PERKINS COIE LLP<br>　　1155 Avenue of the Americas, 22nd Floor<br>　　New York, New York 10036-2711<br>　　Telephone:　+1.212.262.6900<br>　　Facsimile:　+1.212.977.1649<br><br>　　*Non-Party OAG Aviation Worldwide, LLC* |

163997338.1

-3-

## CERTIFICATE OF SERVICE

I hereby certify that on September 29, 2023, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 29, 2023.

s/ Jeffrey D. Vanacore
   Jeffrey D. Vanacore

163997338.1