# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, et al.,<br><br>    Plaintiff,<br><br>  v.<br><br>JetBlue Airways Corporation and Spirit Airlines, Inc.,<br><br>    Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## PRO HAC VICE CERTIFICATION OF JONATHAN BUCK

Pursuant to Local Rule 83.5.3(e)(3) of the Local Rules of the United States District Court for the District of Massachusetts, I, Jonathan Buck, hereby certify:

(1)   I am a member of the bar in good standing of the following jurisdiction to which I have been admitted to practice: Illinois (May 2004).

(2)   There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

(3)   I have not previously had a pro hac vice admission to this Court revoked.

(4)   I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

September 29, 2023

Respectfully submitted,

By: _/s/ Jonathan R. Buck_____

Jonathan R. Buck (IL Bar No. 06281672)
JBuck@perkinscoie.com
PERKINS COIE LLP
110 N. Wacker Drive, Suite 3400
Chicago, Illinois 60606
Telephone: +1.312.324.8400
Facsimile: +1.312.324.9400