**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.,<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants.* | Case No. 1:23-cv-10678-WGY |

**UNITED AIRLINES INC.'S UNOPPOSED MOTION TO IMPOUND CONFIDENTIAL MATERIALS**

Pursuant to Local Rule 7.2, the Protective Order in these cases (1:23-cv-10678-WGY ECF No. 164), and the Joint Proposed Confidentiality Protocol (1:23-cv-10511-WGY ECF No. 154; 1:23-cv-10678-WGY ECF No. 183), non-party United Airlines, Inc. (***United***), respectfully moves the Court for an order of impoundment of United's Confidential and Highly Confidential materials that have been designated by the Parties for use at trial until further order of the Court.

In response to pre-suit Civil Investigative Demand subpoenas issued by the Department of Justice and subpoenas issued by the Parties under Fed. R. Civ. P. 45, United produced to the Parties documents and testimony containing Confidential and Highly Confidential information relevant to its air transportation service offerings, including network plans, strategic assessments, aircraft gauge, pricing, advertising or marketing efforts, and other strategic operating information concerning airport operations (***Protected Materials***). The Parties have designated some of these Protected Materials for use at trial. United's request to impound the Protected Materials and redact portions of the deposition transcript will prevent harm to its competitive standing resulting from the disclosure of current and forward looking commercially sensitive information contained therein. The Parties do not oppose the relief requested in this motion but reserve the right to request that the Court unseal specific portions of United documents or deposition testimony and/or to address issues raised during any future court hearing regarding confidentiality. The requested impoundment would not impede trial as the Court could reassess the need to include any impounded information in its rulings post-trial.

In particular, given the sensitive nature of the information contained in United's Protected Materials, United respectfully requests the impoundment of the following Protected Materials in their entirety:

| **Exhibit No.**<br>*Government Action No.*<br>*Private Action No.*<br>*Nocella Ex. No.*<br>*Bates No.* | **Description** | **Basis of Motion to Impound** |
|---|---|---|
| AHV<br>(UA31106-000000581-585) | Presentation titled "RSA Business/Leisure Model Overview". | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| AHW<br>TX0779<br>Nocella Ex. 23<br>(UALIT-00067697) | Presentation titled "Domestic Fare Basis Codes & Booking Class Logic". | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| AHX<br>TX0780<br>Nocella Ex. 24<br>(UALIT-00067737) | Presentation titled "ULCC Strategy". | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| AQW | Unified Ticket Data | United moves to impound this document because it contains competitively sensitive data about United's operations. |
| BGZ<br>TX0774<br>Nocella Ex. 18<br>(UA31106-000003074-3075) | Email from Scott Kirby to Jon Roitman dated April 26, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHA<br>TX0773<br>Nocella Ex. 17<br>(UA31106-000003859-3862) | Email from Scott Kirby to Andrew Nocella dated July 6, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |

| | | |
|---|---|---|
| BHB<br>TX0772<br>Nocella Ex. 16<br>(UALIT-00006269-6272) | Email from Scott Kirby to Andrew Nocella. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHC<br>TX1399<br>(UALIT-00010164-10184) | Presentation titled "E-Team materials" and dated August 8, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHD<br>TX1400<br>(UALIT-00036871) | Market pricing slides. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHE<br>TX0765<br>Nocella Ex. 9<br>(UALIT-00039606) | Presentation titled "Domestic Update" and dated November 11, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHF<br>TX0761<br>Nocella Ex. 5<br>(UALIT-00040403) | Presentation titled "Domestic Update" and dated July 12, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHG<br>TX1403<br>(UALIT-00050494) | Presentation titled "Domestic Pricing Review" and dated March 23, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHH<br>TX1404<br>(UALIT-00067705) | Presentation titled "Intro to Pricing". | United moves to impound this document because it contains competitively |

| | | |
|---|---|---|
| | | sensitive information about United's operational, competitive, and business strategies. |
| BHI<br>TX0777<br>Nocella Ex. 21<br>(UALIT-00070860-70863) | Email from Lindsay Brehm to Scott Kirby, Andrew Nocella, and others dated September 12, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHJ<br>TX0778<br>Nocella Ex. 22<br>(UALIT-00070957-71069) | Presentation titled "Strategy Session" and dated September 21, 2022. | United moves to impound this document because it reveals information considered by the Board of Directors in strategic deliberation, including future plans and strategies. |
| BHK<br>TX0770<br>Nocella Ex. 14<br>(UALIT-00071070-71110) | Presentation titled "UAL 1Q/FY23 earnings prep" dated April 2023. | United moves to impound this document because it reveals information considered by the Board of Directors in strategic deliberation, including future plans and strategies. |
| BHL<br>TX1405<br>(UALIT-00081315-81318) | Email from Shawn Morris to Andrew Nocella dated September 6, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHM<br>TX1406<br>(UALIT-00082222-82223) | Presentation titled "4Q22/FY22 Earnings Call" and dated 1/18/2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHN<br>TX0757<br>Nocella Ex. 1<br>(UALIT-00093921-93922) | Email from Scott Kirby to Patrick Quayle dated January 28, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business |

| | | |
|---|---|---|
| | | strategies. |
| BHO<br>TX0759<br>Nocella Ex. 3<br>(UALIT2-00004668-4817) | Presentation titled "Board of Directors – Strategy Session" and dated September 13-14, 2017. | United moves to impound this document because it reveals information considered by the Board of Directors in strategic deliberation, including future plans and strategies. |
| BHP<br>TX1407<br>(UALIT2-00032255-32263) | Email from Scott Kirby to Andrew Nocella dated June 12, 2018. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHQ<br>TX1408<br>(UALIT2-00039211-39311) | Presentation titled "United Brand Tracker" and dated May 7, 2021. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BHR<br>TX1409<br>(UALIT2-00044342-44389) | Presentation titled "Domestic Pricing Meeting" and dated December 12, 2019. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSE<br>TX0767<br>Nocella Ex. 11<br>(UALIT-00050479) | Presentation titled Domestic Pricing Review" and dated February 23, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSF<br>TX1718<br>(UALIT2-00020704-20768) | Email from Scott Kirby to eTeam dated July 2, 2021. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |

| | | |
|---|---|---|
| BSG<br>TX1719<br>(UALIT2-00021758-21781) | Presentation titled "Domestic Update" and dated February 28, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSH<br>TX1720<br>(UALIT2-00022050-22082) | Presentation titled "Atlantic DRM – January 31st 2023". | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSI<br>TX1721<br>(UALIT2-00035752-35754) | Email from Andy Fine to Domestic Pricing and Domestic RM dated December 14, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSJ<br>TX1722<br>(UALIT2-00035755-35759) | Email from Andy Fine to Domestic Pricing and Domestic RM dated December 8, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSK<br>TX1723<br>(UALIT2-00035839-35841) | Email from Andy Fine to Domestic Pricing and Domestic RM dated September 28, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSL<br>TX1724<br>(UALIT2-00036044-36046) | Email from Andy Fine to Domestic Pricing and Domestic RM dated November 9, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSM<br>TX1725<br>(UALIT2-00036102) | Email from Andy Fine to Domestic Pricing and Domestic RM dated | United moves to impound this document because it contains competitively |

| | | |
|---|---|---|
| | October 26, 2022. | sensitive information about United's operational, competitive, and business strategies. |
| BSN<br>TX1726<br>(UALIT2-00036359-36361) | Email from Andy Fine to Domestic Pricing and Domestic RM dated October 6, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSO<br>TX1727<br>(UALIT2-00036399-36401) | Email from Andy Fine to Domestic Pricing and Domestic RM dated November 16, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSP<br>TX1728<br>(UALIT2-00036693-36695) | Email from Andy Fine to Domestic Pricing and Domestic RM dated September 21, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSQ<br>TX1729<br>(UALIT2-00036768-36770) | Email from Lauren Aumiller to Domestic Pricing and Domestic RM dated August 17, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSR<br>TX1730<br>(UALIT2-00037158-37163) | Email from Matt Phelan to Lauren Aumiller, Jason Nolan, and Andy Fine dated November 4, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSS<br>TX1731<br>(UALIT2-00037200-37202) | Email from Andy Fine to Domestic Pricing and Domestic RM dated December 28, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business |

| | | |
|---|---|---|
| | | strategies. |
| BST<br>TX1732<br>(UALIT2-00037203-37205) | Email from Andy Fine to Domestic Pricing and Domestic RM dated December 21, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSU<br>TX1733<br>(UALIT2-00037233-37236) | Email from Matt Phelan to Lauren Aumiller, Andy Fine, and Jason Nolan dated November 3, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSV<br>TX1734<br>(UALIT2-00037237-37239) | Email from Andy Fine to Domestic Pricing and Domestic RM dated September 16, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSW<br>TX1735<br>(UALIT2-00037327-37329) | Email from Andy Fine to Domestic Pricing and Domestic RM dated October 19, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSX<br>TX1736<br>(UALIT2-00037553-37554) | Email from Lauren Aumiller to Domestic Pricing and Domestic RM dated September 7, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| BSY<br>TX1737<br>(UALIT2-00037555-37556) | Email from Andy Fine to Domestic Pricing and Domestic RM dated August 31, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |

| | | |
|---|---|---|
| BSZ<br>TX1738<br>(UALIT2-00037837-37839) | Email from Andy Fine to Domestic Pricing and Domestic RM dated November 30, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 128<br>(UALIT-00000733-883) | Presentation titled "Board of Directors – Strategy Session" and dated September 13-14, 2017. | United moves to impound this document because it reveals information considered by the Board of Directors in strategic deliberation, including future plans and strategies. |
| 129<br>TX0782<br>Nocella Ex. 26<br>(UALIT-00056623) | Presentation titled "Domestic Pricing Review" and dated September 1, 2021. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 130<br>Nocella Ex. 3<br>(UALIT2-00004667-4817) | Presentation titled "Board of Directors – Strategy Session" and dated September 13-14, 2017. | United moves to impound this document because it reveals information considered by the Board of Directors in strategic deliberation, including future plans and strategies. |
| 199<br>TX1401<br>(UALIT-00039426) | Presentation titled "Domestic Update" and dated November 4, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 200<br>Nocella Ex. 11<br>(UALIT-00050479) | Presentation titled "Domestic Pricing Review" and dated February 23, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 201<br>TX1402<br>(UALIT-00050490) | Presentation titled "Domestic Pricing Review" and dated March 15, 2023. | United moves to impound this document because it contains competitively |

| | | |
|---|---|---|
| | | sensitive information about United's operational, competitive, and business strategies. |
| 202<br>TX0766<br>Nocella Ex. 10<br>(UALIT-00050505) | Presentation titled "Domestic Pricing Review" and dated April 12, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 203<br>TX0764<br>Nocella Ex. 8<br>(UALIT-00056626) | Presentation titled "Domestic Pricing Review" and dated September 14, 2022. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| 204<br>TX0762; TX0763<br>Nocella Exs. 6 & 7<br>(UALIT2-00021712-21746) | Presentation titled "3/23 DRM – Agenda". | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| TX0768; TX0769<br>Nocella Exs. 12 & 13<br>(UALIT-00067385-67386) | Presentation titled "Airline Industry Fundamentals" and dated Summer 2019. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| TX0771<br>Nocella Ex. 15<br>(UALIT-00071072-71110) | Presentation titled "UAL 1Q/FY23 earnings prep" and dated April 2023 | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. |
| TX0775; TX0776<br>Nocella Exs. 19 & 20<br>(UALIT-00070606-70626) | Presentation titled "Does the post-pandemic environment create a new era for aviation?" and dated February 15, 2023. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business |

| | | |
|---|---|---|
| | | strategies. |
| TX0781<br>Nocella Ex. 25<br>(UALIT2-00013970-13974) | Email from Andrew Nocella to Andrew Nocella dated February 28, 2021. | United moves to impound this document because it contains competitively sensitive information about United's operational, competitive, and business strategies. United further moves to impound this document because it contains confidential employee information. |

Finally, United requests the redaction of limited portions of the following deposition transcript:

- United moves to redact portions of the deposition of Andrew Nocella under Rule 30(b)(6) of the Federal Rules of Civil Procedure that are designated Confidential or Highly Confidential as specified in United's July 28, 2023, letters to the Parties.[1]

**DISCUSSION**

The Court may issue an order of impoundment requiring that confidential information be protected from public disclosure when a party shows "good cause" for keeping the information confidential. Fed. R. Civ. P. 26(c)(1). Good cause exists where the moving party makes a "factual showing of the harm that would be sustained if the court did not allow the filing under seal." *Dunkin Donuts Franchised Restaurants, LLC v. Agawam Donuts, Inc.*, 2008 WL 427290, at *1 (D. Mass. Feb. 13, 2008). In civil cases, the public's right to access judicial records may be overcome where the motion is "narrowly tailored" to protect "trade secrets in the documents or confidential business

[1] United includes a copy of its confidentiality designation letter provided to the Parties in the Appendix to this Motion.

information." *Skyhook Wireless, Inc. v. Google, Inc.*, 2015 WL 13675231, at *2 (D. Mass. Feb. 18, 2015).

The Protected Materials reveal details of non-party United's future business plans, competitive strategies, network plans, future operational and fleet plans, alliances, sensitive customer information, and forward-looking strategic, business planning, and financial information. United's requests to impound the Protected Materials and redact portions of the deposition transcript are targeted to protect its commercial and financial interests from harm resulting by the disclosure of competitively sensitive information, including but not limited to:

- Future network plans and strategy, the disclosure of which could allow competitors to undermine United's growth plans by previewing how United makes competitive decisions; and
- United's strategies for handling certain industry risks and for dealing with key industry suppliers, the disclosure of which could harm United's ability to implement these strategies.

"Courts have recognized the propriety of issuing protective orders to limit the disclosure of such sensitive commercial information among competitors, particularly that of non-parties." *W.N. Motors, Inc. v. Nissan North America, Inc.*, 2022 WL 1568443 (D. Mass. May 18, 2022) (citing *GTE Prods. Corp. v. Gee*, 112 F.R.D. 169, 171-72 (D. Mass. 1986) (collecting cases and finding that "attorney's eyes only" protection of competitor's commercial business information "balance[d] the risk of competitive injury to third parties as against the need for the defendants"); *Anaqua, Inc. v. Schroeder*, 2012 WL 12960760, at *3 (D. Mass. Sept. 14, 2012) ("Courts generally have protected the identity of a company's clients and its pricing information."); *Westside-Marrero Jeep Eagle, Inc. v. Chrysler Corp.*, 1998 WL 186728, at *2 (E.D. La. Apr. 17, 1998) ("Ample precedent

exists for limiting disclosure of highly sensitive, confidential, or proprietary information to attorneys and experts, particularly when there is some risk that a party might use the information or disseminate it to others who might employ it to gain a competitive advantage over the producing party.") (collecting cases)). Given the nature of the information contained in the Protected Materials, and the fact that Defendants and other airlines whose executives are expected to testify at trial are United's competitors, public disclosure could reasonably threaten United's current commercial interests, current non-public contract terms, as well as current sales, marketing, and negotiation strategies. Furthermore, any public disclosure of these materials could significantly compromise United's ability to improve network operations and service for its customers, and in turn could impair its ability to compete.

United's requests to impound the Protected Materials and redact portions of the deposition transcript are narrowly tailored. For example, United does not seek the impoundment of documents reflecting plans that have already been made public, or that no longer provide insight into the company's future plans. Rather, United's requests are narrowly tailored to protect materials that contain sensitive commercial information not in the public domain, the disclosure of which would cause substantial injury to United's current commercial and financial interests. And, importantly, the Parties have not objected to any of United's confidentially designation throughout the pre-suit investigation or during the discovery process in both cases, further showing that the material designated is competitively sensitive and should remain confidential.

## CONCLUSION

Accordingly, and pursuant to the Stipulated Protected Order and Joint Proposed Confidentiality Protocol, United respectfully requests that the Court grant its unopposed motion to impound the Protected Materials and redact portions of the deposition transcript.

Dated: September 29, 2023

Respectfully submitted,

*/s/ John J. Falvey*

John J. Falvey, Jr. (BBO No. 542675)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
(617) 570-1000
jfalvey@goodwinlaw.com

Mary Lehner (admitted *pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
mary.lehner@freshfields.com

Julie Elmer (admitted *pro hac vice*)
**FRESHFIELDS BRUCKHAUS DERINGER US LLP**
700 13th Street NW, 10th Floor
Washington, DC 20005
(202) 777-4500
julie.elmer@freshfields.com

*Attorneys for United Airlines, Inc.*

**LOCAL RULE 7.1(a)(2) CERTIFICATE and CERTIFICATE OF SERVICE**

I certify that counsel for Plaintiffs and Defendants regarding the foregoing requested relief and counsel do not oppose the relief requested in this motion, but reserve the right to request that the Court unseal specific United documents or testimony and/or to address issues raised during any future court hearing regarding confidentiality.

I further certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this 29th day of September, 2023.

*/s/ John F. Falvey*

# Appendix

Freshfields Bruckhaus Deringer US LLP

**Washington**
700 13th Street, NW, 10th Floor
Washington, DC 20005
T +1 (202) 777-4500 (Switchboard)
+1 (202) 777-4566 (Direct)
E Mary.Lehner@freshfields.com
freshfields.us

***By Email***

July 28, 2023

**Re: *United States of America v. JetBlue Airways Corporation and Spirit Airlines, Inc.*, No. 1:23-cv-10511-WGY (D. Mass.); *Garavanian v. JetBlue Airways Corporation and Spirit Airlines, Inc.*, 1:23-cv-10678-WGY (D. Mass.)**

Dear Counsel:

On behalf of United Airlines, Inc., and pursuant to the Stipulated Protective Order, the following portions of Andrew Nocella's June 28, 2023, deposition in the above captioned matters are designated Highly Confidential or Confidential

***United States v. JetBlue Airways Co.*, No. 1-23-cv-10511-WGY (D. Mass.)**

**Highly Confidential**

All testimony and exhibits listed below are designated Highly Confidential:

1. Exhibit 1
2. Exhibit 5
3. Exhibit 6
4. Exhibit 7
5. Exhibit 8
6. Exhibit 9
7. Exhibit 10
8. Exhibit 11
9. Exhibit 12
10. Exhibit 14
11. Exhibit 15
12. Exhibit 16
13. Exhibit 18
14. Exhibit 19
15. Exhibit 20
16. Exhibit 21
17. Exhibit 22
18. Exhibit 23
19. Exhibit 24
20. Exhibit 26
21. 24:12 - 25:13
22. 48:16 - 49:9
23. 60:16 - 62:2
24. 64:11 - 65:3
25. 68:12 - 71:12
26. 71:14 - 72:23
27. 73:5 - 75:24
28. 76:11 - 84:12
29. 84:18 - 86:10
30. 89:16 - 91:1
31. 96:2 - 97:24
32. 100:10 - 102:15
33. 102:17 - 104:25
34. 105:7 - 105:20
35. 106:16 - 109:6
36. 109:12 - 110:5
37. 110:15 - 112:8
38. 114:19 - 115:23
39. 116:3 - 116:16
40. 116:22 - 119:8
41. 119:10 - 120:12
42. 120:15 - 121:9
43. 123:7 - 123:15
44. 123:21 - 123:25
45. 124:13 - 125:1
46. 125:3 - 126:25
47. 154:6 - 155:2
48. 155:17 - 159:21
49. 162:6 - 167:7
50. 167:10 - 167:22
51. 174:20 - 176:20
52. 176:22 - 177:16
53. 178:2 - 179:13
54. 179:21 - 180:6

55. 180:14 - 181:23
56. 182:9 - 184:16
57. 192:5 - 196:2
58. 196:4 - 197:2
59. 197:25 - 200:20
60. 200:23 - 203:1
61. 203:5 - 204:1

In addition, the marked portions of Exhibit 17 as attached are designated Highly Confidential.

**Confidential**

All testimony and exhibits listed below are designated Confidential:

1. Exhibit 3
2. Exhibit 13
3. Exhibit 25
4. 35:3 - 37:2
5. 37:5 - 38:12
6. 38:20 - 40:2
7. 40:8 - 41:11
8. 41:16 - 42:13
9. 42:17 - 42:25
10. 43:4 - 44:2
11. 44:7 - 46:20
12. 59:2 - 60:2
13. 138:24 - 140:22
14. 142:24 - 143:9
15. 144:4 - 146:4
16. 147:2 - 150:3
17. 150:10 - 151:1
18. 168:11 - 171:3
19. 171:24 - 173:5
20. 173:16 - 174:19

***Garavanian v. JetBlue Airways Co.*, No. 1:23-cv-10678-WGY (D. Mass.)**

**Highly Confidential**

All testimony listed below is designated Highly Confidential:

1. 8:8 - 8:11
2. 8:13 - 9:3
3. 9:5 - 9:11
4. 9:17 - 10:21

Sincerely,

*/s/ Mary N. Lehner*

Mary N. Lehner
Attorney for United Airlines, Inc.