# EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| 15 | TX0039 | DL-B6NK_00026386 | DL-B6NK_00026495 | Email re "Network Strategy decks," dated April 1, 2021; presentation entitled "New Normal - March Refresh" dated March 2, 2021; presentation entitled "Competitor Fleet Update" dated March 2021; presentation entitled "2023 Domestic Network Vision" dated March 2, 2021; presentation entitled "Preliminary March Capacity Update" dated January 6, 2021; presentation entitled "Industry Competitive Update: Other Airline Profitability Model (OAPM) 2Q19" dated February 2020; presentation excerpt on capacity updates | Reveals confidential Delta Revenue Management information, strategy, methods, practices; demand, revenue, and profitability projections; competitive capacity and revenue analysis regarding strategies for specific markets; analysis of fleet decisions of other airlines |
| 16 | TX0046 | DL-B6NK_00050360 | DL-B6NK_00050380 | Email re "OAPM Deck" dated February 5, 2019; Presentation entitled "Industry Competitive Update: Other Airline Profitability Model (OAPM) 2Q18," dated February 4, 2019 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; proprietary revenue and profitability projections for Delta and other airlines; internal analysis of aircraft and fleet strategies; competitive analysis regarding strategies for specific markets |
| AZ | | DAL-00008870 | DAL-00008870 | Presentation entitled "Delta Air Lines Domestic Fare Basis Code" dated December 29, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices |

### EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BA | TX0042 | DL-B6NK_00005557 | DL-B6NK_00005575 | Email re "FW: Bookings and Demand Update - 02/23"; Presentation entitled "Bookings and Demand Update" dated February 23, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; demand projections; competitive analysis regarding strategies for specific markets |
| BB | TX0049 | DL-B6NK_00010367 | DL-B6NK_00010384 | Email re "FW: Bookings and Demand Update - 10/8" dated October 8, 2020; Presentation page entitled "Yield Trajectory Update"; Presentation entitled "Bookings and Demand Update" dated October 8, 2020 | Reveals confidential Delta Revenue Management and Sales information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BC | | DL-B6NK_00014332 | DL-B6NK_00014371 | Email re "FW: Updated Carrier Manuals for All Tariffs" dated August 18, 2021; presentation entitled "Domestic Pricing Carrier Manual Canada Trans-border" dated August 2021; presentation entitled "Domestic Pricing Carrier Manual US48" dated August 2021; presentation entitled "Domestic Pricing Carrier Manual Hawaii and Alaska" dated August 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive pricing analysis regarding strategies for specific markets; analysis regarding other airlines' fares |
| BD | TX0048 | DL-B6NK_00034428 | DL-B6NK_00034436 | Email re "Quick View of 1Q21 DB1B Takeaways" dated August 3, 2021; Presentation entitled "U.S. DOT DB1B Results - 1Q21" dated August 3, 2021 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets; analysis of pricing and yield decisions of other airlines |

## EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BE | TX0041 | DL-B6NK_00040757 | DL-B6NK_00040760 | Email re "FW: Draft ULCC document for tomorrow's Americas meeting" dated March 8, 2022; presentation excerpt entitled "Maintaining Focus on Strategies to Compete with ULCCs in Delta Core Hubs" | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BF | TX0045 | DL-B6NK_00042683 | DL-B6NK_00042686 | Email re "Re: SSIM Summary 26SEP22" dated October 1, 2022 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BG | TX0043 | DL-B6NK_00044055 | DL-B6NK_00044060 | Email re "ULCC Fall Plan" dated July 29, 2022; presentation entitled "DOM Fall Pricing Approach to ULCC Capacity Growth" | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BH | | DL-B6NK_00059258 | DL-B6NK_00059259 | Email re "RE: Retail Summary Thursday 22FEB23" dated February 22, 2023 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BI | | DL-B6NK_00061703 | DL-B6NK_00061704 | Email re "07JUN WN FN Q SR" dated June 8, 2021; Email re "Action: FN G3 UA ULCC Structure Cleanup" dated June 8, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BJ | | DL-B6NK_00063692 | DL-B6NK_00063693 | Email re "RE: Another win for ATLCHI" dated November 11, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BK | | DL-B6NK_00065752 | DL-B6NK_00065753 | Email re "RE: ATL/DTW/MSP- PHX Meeting Yield Goals, Further Opportunity Identified" dated October 21, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BL | | DL-B6NK_00066146 | DL-B6NK_00066147 | Email re "Re: Successful cancellation of all ULCC fares in CHISLC" dated September 23, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BM | | DL-B6NK_00068358 | DL-B6NK_00068369 | Email re "Updated Domestic Pricing T30 Carrier Manual" dated April 22, 2021; Presentation entitled "Domestic Pricing Tariff 30 Carrier Manual" dated March 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding other airlines' pricing tendencies |
| BN | | DL-B6NK_00091426 | DL-B6NK_00091432 | Email re "FW: Americas Meeting Summary - May 10th" dated May 10, 2018; Presentation excerpt entitled "Close-in Build Driving Intra-Month RASM Gain for May"; Presentation excerpt entitled "Delta Progressing Towards Sustainable Fares at Higher Fuel"; Presentation excerpt entitled "Leveraging BE for ULCC-Influenced Walkup Fares Consistent with Customer Expectations, Product Intent"; Presentation excerpt entitled "SEA to Sun Markets Grow 30% for Winter 2018"; Presentation excerpt entitled "Delta NE-DTW-TX capacity up double digits for fall" | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; internal capacity and revenue data; competitive analysis regarding strategies for specific markets |

### EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BO | | DL-B6NK_00105841 | DL-B6NK_00105845 | Email re "RE: ATLDTW" dated October 23, 2020; email re "ATLDTW Competitiveness Tracking - 10/22" dated October 22, 2020 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BP | TX0044 | DL-B6NK_00106982 | DL-B6NK_00106984 | Email re "RE: NK in ATL for Americas on Weds" dated August 24, 2022 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding specific markets |
| BQ | TX0051 | DL-B6NK_00108036 | DL-B6NK_00108039 | Email re "RE: SSIM Summary 16MAY22" dated May 20, 2022 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; competitive analysis regarding specific markets |
| BR | | DL-B6NK_00110169 | DL-B6NK_00110169 | Email re "RE: BE & ULCC Tracking Fares" dated February 24, 2020 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding specific market segments |
| BS | | DL-B6NK_00117688 | DL-B6NK_00117692 | Email re "RE: FN 1B/2B (FW: Domestic 10:10 Briefing Summary (Wed 21AUG19)" dated August 23, 2019 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding specific markets |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BT | | DL-B6NK_00124919 | DL-B6NK_00124945 | Email re "Updated Domestic Pricing Carrier Manual - 30/40" dated December 28, 2022; Presentation entitled "Domestic Pricing Carrier Manual Canada Trans-border" dated December 2022; Presentation entitled "Domestic Pricing Carrier Manual Hawaii and Alaska" dated December 2022 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding other airlines' pricing tendencies |
| BU | | DL-B6NK_00124997 | DL-B6NK_00125014 | Presentation entitled "Domestic Pricing Carrier Manual US48" dated December 2022 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding other airlines' pricing tendencies |
| BV | | DL-B6NK_00125027 | DL-B6NK_00125027 | Email re "RE: ATLDEN" dated December 8, 2022 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding specific markets |
| BW | | DL-B6NK_00125028 | DL-B6NK_00125091 | Email re "Updated PowerPoints" dated December 19, 2022; Presentation entitled "Fares & Carriers 101"; Presentation entitled "Carrier Training"; Presentation entitled "Weekend Coordinator Responsibilities" | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding other airlines' pricing tendencies |
| BX | TX0038 | DL-B6NK_00125124 | DL-B6NK_00125137 | Email re "RE: Domestic Pricing Skills/Knowledge Checklist" dated December 9, 2022; Presentation entitled "Domestic Pricing Analyst Knowledge/Skill Checklist" dated November 28, 2022 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; contains confidential Delta training materials |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BY | | DL-B6NK_00126771 | DL-B6NK_00126772 | Email re "RE: ATLLAX All IN" dated February 24, 2023 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BZ | | DL-B6NK_00126949 | DL-B6NK_00126950 | Email re "RE: West Team Weekly Initiatives - 10JAN23" dated January 13, 2023 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| CA | | DL-B6NK_00127612 | DL-B6NK_00127620 | Email re "Competitive Action Helper" dated August 2, 2022; Presentation entitled "Competitive Action Helper Use Cases"; Presentation entitled "Competitive Action Helper"; Email re "CAH Output" dated August 1, 2022; Spreadsheet entitled "Competitive Action Helper" | Reveals confidential Delta Revenue Management information, strategy, methods, practices; explains proprietary Delta pricing models; competitive analysis regarding strategies for specific markets |
| AQW | | | | Exhibit entitled "Unified Ticket Data," containing bookings data aggregated from Delta and other airlines | Reveals confidential Delta Revenue Management information including historical bookings and pricing data for specific routes, internal financial data, and customer names |
| BFE | TX0034 | DAL-00000172 | DAL-00000189 | Presentation entitled "Transcon Flatbed Strategy: Leveraging Multi-Product to Align Premium Supply with Demand" dated August 10, 2017 | Reveals confidential Delta Network Planning and/or Sales information, strategy, methods, practices; specific customer names; competitive analysis regarding strategies for specific markets. |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BFF | TX1367 | DAL-00000212 | DAL-00000268 | Presentation entitled "2027 Network Vision" dated June 21, 2022 | Reveals confidential Delta Network Planning and Sales information, strategy, methods, practices; revenue and profitability projections; competitive analysis regarding strategies for specific markets. |
| BFG | TX1368 | DAL-00000216 | DAL-00000241 | Presentation entitled "JetBlue A223 Cost Structure Assessment" dated January 2021 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; profitability projections; competitive analysis regarding strategies for specific markets. |
| BFH | TX1369 | DAL-00000328 | DAL-00000328 | Presentation entitled "2023 Domestic Network Vision" dated March 2, 2021 | Reveals confidential Delta Network Planning information, strategy, methods, practices; competitive analysis regarding strategies for specific markets. |
| BFI | TX1370 | DAL-00002291 | DAL-00002292 | Email re "[Recap] UA Re-entry to JFK" dated October 22, 2020 | Reveals confidential Delta Network Planning and Sales information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BFJ | TX1371 | DAL-00003103 | DAL-00003132 | Presentation entitled "2020 Integrated Communications Boston Roadmap" dated December 9, 2019 | Reveals confidential Delta Network Planning and Sales information, strategy, methods, practices; specific customer names; competitive analysis regarding strategies for specific markets |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BFK | TX0031 | DAL-00003247 | DAL-00003263 | Presentation entitled "Delta Shuttle Update" dated August 19, 2019 | Reveals confidential Delta Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue projections; competitive analysis regarding strategies for specific markets |
| BFL | TX0032 | DAL-00003509 | DAL-00003520 | Presentation entitled "Delta/Virgin in New York - London" dated September 2019 | Reveals confidential Delta Network Planning and Sales information, strategy, methods, practices; specific customer names; revenue and profitability projections; competitive analysis regarding strategies for specific markets |
| BFM | TX1372 | DAL-00004153 | DAL-00004174 | Presentation entitled "2024 NYC Network Vision" dated November 2021 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; revenue and profitability projections; competitive analysis regarding strategies for specific markets |
| BFN | TX1373 | DAL-00005865 | DAL-00005865 | Presentation entitled "Summer 2023 Domestic Plan" dated July 20, 2022 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; revenue and profitability projections; competitive analysis regarding strategies for specific markets |

### EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BFO | TX1374 | DAL-00007351 | DAL-00007361 | Presentation entitled "Startup Airline Update" dated March 30, 2022 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; revenue and profitability projections; competitive analysis regarding strategies for specific markets |
| BFP | TX1375 | DAL-00007367 | DAL-00007367 | Presentation entitled "OA Capacity Outlook & Competitive Evaluation" dated September 2, 2021 | Reveals confidential Delta Network Planning and Revenue Management information, strategy, methods, practices; revenue and profitability projections; competitive analysis regarding strategies for specific markets |
| BFQ | TX1376 | DAL-00022469 | DAL-00022473 | Email re "Re: TCON Domestic Delta One Scope/Ask" dated April 21, 2021 | Reveals confidential Delta Network Planning information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BFR | TX1377 | DAL-00023401 | DAL-00023402 | Email re "FW: B6 vs DL: FL & VFR Comparison" dated December 8, 2021 | Reveals confidential Delta Network Planning information, strategy, methods, practices; pricing information; competitive analysis regarding strategies for specific markets |
| BFS | TX1378 | DAL-00027078 | DAL-00027079 | Email re "RE: Basic Path Forward" dated June 15, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| BFT | TX0033 | DAL-00027203 | DAL-00027204 | Email re "FW: TPAC/TATL Next Week's PRM Actions - 6/19" dated June 19, 2021 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| BFU | TX1379 | DL-B6NK_00021141 | DL-B6NK_00021146 | Email re "SUMMARY: ALL TARIFFS 21-Mar-2023" dated March 21, 2023 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive pricing analysis regarding strategies for specific markets; analysis regarding other airlines' fares |
| BFV | TX0930 | DL-B6NK_00039086 | DL-B6NK_00039095 | Email re "BoD Deck - DL Journey in Competing with ULCCs" dated March 29, 2023; presentation entitled "Delta's Journey in Competing with ULCCs" dated April 2023 | Reveals confidential Delta Network Planning information, strategy, methods, practices; revenue and profitability projections for Delta and other airlines; competitive analysis regarding strategies for specific markets; analysis of pricing decisions of other airlines |
| BNH | TX1584 | DAL-00007216 | DAL-00007216 | Presentation entitled "Competitive Experience Snapshot - Spirit/Frontier-JetBlue - Q122" | Reveals Delta internal analysis regarding competitors |
|  | TX0035 | DAL-00003075 | DAL-00003075 | Email re "RE: JetBlue Makes Offer for Spirit Airlines" dated April 5, 2022 | Reveals confidential Delta Network Planning information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
|  | TX0036 | DAL-00004872 | DAL-00004872 | Email re "FW: B6+NK One-Pager" dated April 11, 2022 | Reveals competitive analysis regarding strategies for specific markets |

### EXHIBIT A – Trial Exhibits Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Government Proceeding Exhibit Number | Private Proceeding Exhibit Number | Start Bates | End Bates | Description | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|
| | TX0037 | DL-B6NK_00039406 | DL-B6NK_00039415 | Email re "FW: Review Network Memo" dated December 9, 2022; presentation entitled "March 2022 Network Memo" dated February 2022 | Reveals confidential Delta Network Planning information, strategy, methods, practices; pricing and cost projections domestically and internationally; internal data on aircraft utilization; competitive analysis of routes served by other airlines |
| | TX0040 | DL-B6NK_00039237 | DL-B6NK_00039238 | Email re "RE: March 2023 Competitive Capacity by Hub" dated January 31, 2023 | Reveals confidential Delta Network Planning information, strategy, methods, practices; competitive analysis regarding specific market types |
| | TX0047 | DL-B6NK_00010843 | DL-B6NK_00010845 | Email re "FW: International SSIM Update (09JUN)" dated June 10, 2021; Spreadsheet entitled "SSIM_CITIES_Yo2Y_09JUN2021.xlsx" | Reveals confidential Delta Revenue Management and Network Planning information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| | TX0050 | DL-B6NK_00058333 | DL-B6NK_00058333 | Email re "This Week's Domestic PRM Actions - 2/28" dated February 28, 2022 | Reveals confidential Delta Revenue Management information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |
| | TX0931 | DAL-00003165 | DAL-00003173 | Email re "RE: Review Network Memo" plus attachment dated February 16, 2022 | Reveals confidential Delta Network Planning information, strategy, methods, practices; competitive analysis regarding strategies for specific markets |