## EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 7 | 5 | 7 | 18 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Defendants' Counter-Designation | 7 | 19 | 8 | 8 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 8 | 9 | 9 | 20 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Defendants' Counter-Designation | 10 | 13 | 11 | 6 | Discusses contents of Highly Confidential Delta documents analyzing competition strategies in specific markets |
| Beck 30(b)(1) | Government's Designation | 14 | 3 | 14 | 16 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Defendants' Counter-Designation | 14 | 23 | 15 | 6 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Government's Designation | 15 | 7 | 15 | 8 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Defendants' Counter-Designation | 15 | 15 | 15 | 21 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Government's Designation | 15 | 22 | 16 | 2 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Defendants' Counter-Designation | 16 | 7 | 16 | 19 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Government's Designation | 16 | 20 | 16 | 24 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines |
| Beck 30(b)(1) | Government's Designation | 17 | 17 | 17 | 25 | Discusses contents of Highly Confidential Delta documents containing proprietary fleet and capacity projections |
| Beck 30(b)(1) | Government's Designation | 18 | 2 | 18 | 23 | Discusses contents of Highly Confidential Delta documents containing proprietary fleet and capacity projections |
| Beck 30(b)(1) | Government's Designation | 20 | 17 | 20 | 25 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines in specific markets |
| Beck 30(b)(1) | Government's Designation | 21 | 2 | 21 | 5 | Discusses contents of Highly Confidential Delta documents analyzing network strategies of other airlines in specific markets |
| Beck 30(b)(1) | Government's Designation | 21 | 12 | 21 | 25 | Discusses contents of Highly Confidential Delta documents analyzing competitors in specific markets |
| Beck 30(b)(1) | Government's Designation | 22 | 2 | 22 | 4 | Discusses contents of Highly Confidential Delta documents analyzing competitors in specific markets |
| Beck 30(b)(1) | Defendants' Counter-Designation | 24 | 6 | 24 | 17 | Discusses contents of Highly Confidential Delta documents analyzing competitors in specific markets |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Defendants' Counter-Designation | 25 | 2 | 25 | 7 | Discusses contents of Highly Confidential Delta documents containing proprietary fleet and capacity projections |
| Beck 30(b)(1) | Government's Counter-Counter-Designation | 25 | 8 | 25 | 11 | Discusses contents of Highly Confidential Delta documents containing proprietary fleet and capacity projections |
| Beck 30(b)(1) | Government's Designation | 25 | 12 | 25 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 26 | 2 | 26 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 27 | 2 | 27 | 18 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 27 | 23 | 27 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and capacity projections |
| Beck 30(b)(1) | Government's Designation | 28 | 2 | 28 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and capacity projections |
| Beck 30(b)(1) | Government's Designation | 30 | 5 | 30 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and capacity projections |
| Beck 30(b)(1) | Government's Designation | 31 | 2 | 31 | 16 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and capacity projections |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 32 | 16 | 32 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies for specific markets |
| Beck 30(b)(1) | Government's Designation | 33 | 2 | 33 | 24 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies for specific markets |
| Beck 30(b)(1) | Government's Designation | 34 | 12 | 34 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 35 | 2 | 35 | 19 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 36 | 2 | 36 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 37 | 2 | 37 | 9 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 37 | 12 | 37 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 38 | 2 | 38 | 5 | Discusses proprietary Delta Network Planning strategies and methods |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 38 | 11 | 39 | 21 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Counter-Counter-Designation | 40 | 10 | 40 | 13 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Defendants' Counter-Designation | 40 | 14 | 40 | 23 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 41 | 20 | 41 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 42 | 2 | 42 | 11 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 42 | 15 | 42 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 43 | 2 | 43 | 11 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 43 | 22 | 43 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |
| Beck 30(b)(1) | Government's Designation | 44 | 2 | 44 | 11 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 46 | 3 | 46 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of Delta capacity trends and strategies |
| Beck 30(b)(1) | Government's Designation | 47 | 2 | 47 | 7 | Discusses contents of Highly Confidential Delta documents containing analysis of Delta capacity trends and strategies |
| Beck 30(b)(1) | Defendants' Counter-Designation | 48 | 14 | 49 | 4 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 49 | 5 | 49 | 13 | Discusses contents of Highly Confidential Delta documents containing analysis of Delta capacity trends and strategies |
| Beck 30(b)(1) | Government's Designation | 50 | 24 | 50 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 51 | 2 | 51 | 21 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 52 | 2 | 52 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 53 | 2 | 53 | 20 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 53 | 21 | 53 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 54 | 2 | 54 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 55 | 2 | 55 | 6 | Discusses proprietary Delta Network Planning strategies and methods |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 55 | 7 | 55 | 25 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 56 | 2 | 56 | 5 | Discusses proprietary Delta Network Planning strategies and methods |
| Beck 30(b)(1) | Government's Designation | 57 | 14 | 58 | 6 | Discusses contents of Highly Confidential Delta documents |
| Beck 30(b)(1) | Government's Designation | 61 | 14 | 61 | 25 | Discusses Delta's pricing strategies against certain competitors |
| Beck 30(b)(1) | Government's Designation | 62 | 2 | 62 | 15 | Discusses Delta's pricing strategies against certain competitors |
| Beck 30(b)(1) | Government's Designation | 63 | 11 | 63 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(1) | Government's Designation | 64 | 2 | 64 | 2 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(1) | Government's Counter-Counter-Designation | 65 | 6 | 65 | 9 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(1) | Defendants' Counter-Designation | 65 | 10 | 65 | 14 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(1) | Government's Designation | 66 | 8 | 66 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 67 | 2 | 67 | 8 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(1) | Government's Designation | 69 | 2 | 69 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 70 | 2 | 70 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 71 | 2 | 71 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 72 | 2 | 72 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 74 | 2 | 74 | 16 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 75 | 9 | 75 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Government's Designation | 76 | 2 | 76 | 11 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |
| Beck 30(b)(1) | Defendants' Counter-Designation | 76 | 17 | 77 | 5 | Discusses contents of Highly Confidential Delta Network Planning documents and Delta pricing strategy |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 78 | 2 | 78 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 79 | 2 | 79 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 80 | 2 | 80 | 21 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 81 | 4 | 81 | 14 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 82 | 5 | 82 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 83 | 2 | 83 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 84 | 2 | 84 | 8 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 85 | 2 | 85 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 86 | 2 | 86 | 12 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies and profitability modeling for specific markets |
| Beck 30(b)(1) | Government's Designation | 92 | 21 | 92 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 93 | 2 | 93 | 2 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 93 | 7 | 93 | 9 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 93 | 11 | 93 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 94 | 2 | 94 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 95 | 2 | 95 | 3 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 96 | 9 | 96 | 24 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 96 | 25 | 96 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 97 | 2 | 97 | 15 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Defendants' Counter-Designation | 98 | 3 | 98 | 12 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 98 | 13 | 98 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 99 | 2 | 99 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 100 | 2 | 100 | 19 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies |
| Beck 30(b)(1) | Government's Designation | 102 | 2 | 102 | 11 | Discusses contents of Highly Confidential Delta documents |
| Beck 30(b)(1) | Government's Designation | 107 | 24 | 107 | 25 | Discusses commercially sensitive Delta pricing strategies in specific markets |
| Beck 30(b)(1) | Government's Designation | 108 | 2 | 108 | 19 | Discusses commercially sensitive Delta pricing strategies in specific markets |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(1) | Government's Designation | 113 | 15 | 114 | 14 | Discusses contents of Highly Confidential Delta documents |
| Beck 30(b)(1) | Government's Designation | 117 | 25 | 119 | 6 | Discusses contents of Highly Confidential Delta documents |
| Beck 30(b)(1) | Government's Designation | 121 | 10 | 121 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies, pricing strategies, and cost information for specific markets |
| Beck 30(b)(1) | Government's Designation | 122 | 2 | 122 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies, pricing strategies, and cost information for specific markets |
| Beck 30(b)(1) | Government's Designation | 123 | 2 | 123 | 25 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies, pricing strategies, and cost information for specific markets |
| Beck 30(b)(1) | Government's Designation | 124 | 2 | 124 | 11 | Discusses contents of Highly Confidential Delta documents containing internal Network Planning strategies, pricing strategies, and cost information for specific markets |
| Beck 30(b)(1) | Defendants' Counter-Designation | 132 | 8 | 135 | 10 | Discusses Delta opinions on commercially sensitive industry trends |
| Beck 30(b)(6) | Defendants' Counter-Designation | 13 | 16 | 14 | 2 | Discusses commercially sensitive Delta pricing strategies |
| Beck 30(b)(6) | Defendants' Counter-Designation | 14 | 15 | 14 | 16 | Discusses commercially sensitive Delta pricing strategies |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(6) | Government's Counter-Counter-Designation | 14 | 15 | 14 | 25 | Discusses commercially sensitive Delta pricing strategies |
| Beck 30(b)(6) | Government's Designation | 14 | 17 | 14 | 25 | Discusses commercially sensitive Delta pricing strategies |
| Beck 30(b)(6) | Government's Designation | 15 | 2 | 15 | 3 | Discusses commercially sensitive Delta pricing strategies |
| Beck 30(b)(6) | Government's Designation | 19 | 2 | 19 | 17 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Defendants' Designation | 21 | 3 | 21 | 16 | Discusses commercially sensitive Delta Network Planning strategies |
| Beck 30(b)(6) | Defendants' Designation | 37 | 7 | 37 | 15 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Defendants' Designation | 38 | 7 | 38 | 20 | Discusses contents of Highly Confidential Delta documents containing internal pricing and product offering strategies |
| Beck 30(b)(6) | Defendants' Designation | 61 | 9 | 62 | 4 | Discusses contents of Highly Confidential Delta documents containing internal pricing strategies and profitability modeling for specific markets |
| Beck 30(b)(6) | Defendants' Designation | 73 | 2 | 73 | 13 | Discusses contents of Highly Confidential Delta Network Planning documents |
| Beck 30(b)(6) | Defendants' Designation | 76 | 2 | 76 | 8 | Discusses contents of Highly Confidential Delta documents assessing competitors' value propositions |
| Beck 30(b)(6) | Defendants' Designation | 78 | 7 | 78 | 23 | Discusses contents of Highly Confidential Delta documents assessing competitors' value propositions |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(6) | Defendants' Counter-Designation | 82 | 14 | 82 | 25 | Discusses contents of Highly Confidential Delta documents assessing competitors' Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 100 | 21 | 100 | 24 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 101 | 4 | 101 | 5 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Defendants' Counter-Designation | 101 | 6 | 101 | 8 | Discusses contents of Highly Confidential Delta competitive analysis documents |
| Beck 30(b)(6) | Defendants' Counter-Designation | 101 | 13 | 102 | 15 | Discusses contents of Highly Confidential Delta competitive analysis documents |
| Beck 30(b)(6) | Defendants' Designation | 110 | 23 | 111 | 22 | Discusses contents of Highly Confidential Delta documents containing internal pricing strategies and profitability modeling for specific markets |
| Beck 30(b)(6) | Defendants' Designation | 136 | 12 | 136 | 18 | Discusses contents of Highly Confidential Delta documents containing internal profitability analysis |
| Beck 30(b)(6) | Government's Designation | 146 | 23 | 146 | 25 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 147 | 2 | 147 | 3 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 149 | 15 | 149 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |

**EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal**

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(6) | Defendants' Counter-Designation | 149 | 15 | 150 | 3 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Government's Designation | 150 | 2 | 150 | 3 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Defendants' Designation | 150 | 13 | 151 | 13 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 151 | 14 | 151 | 21 | Discusses commercially sensitive Delta pricing and Network Planning strategies |
| Beck 30(b)(6) | Government's Designation | 152 | 8 | 152 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |
| Beck 30(b)(6) | Government's Designation | 153 | 2 | 153 | 17 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |
| Beck 30(b)(6) | Government's Designation | 153 | 25 | 153 | 25 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |
| Beck 30(b)(6) | Government's Designation | 154 | 2 | 154 | 7 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |
| Beck 30(b)(6) | Government's Designation | 154 | 8 | 154 | 10 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(6) | Government's Designation | 154 | 11 | 154 | 13 | Discusses contents of Highly Confidential Delta Network Planning documents and competitive analyses |
| Beck 30(b)(6) | Government's Designation | 154 | 22 | 154 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Government's Designation | 155 | 2 | 155 | 9 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Government's Designation | 155 | 10 | 155 | 25 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Government's Designation | 156 | 7 | 156 | 15 | Discusses contents of Highly Confidential Delta documents containing analysis of industrywide capacity trends and strategies |
| Beck 30(b)(6) | Government's Designation | 156 | 17 | 158 | 5 | Discusses contents of Highly Confidential Delta Network Planning documents |
| Beck 30(b)(6) | Government's Designation | 158 | 6 | 158 | 13 | Discusses contents of Highly Confidential Delta Network Planning documents |
| Beck 30(b)(6) | Government's Designation | 163 | 2 | 163 | 10 | Discusses contents of Highly Confidential Delta pricing department documents and methods |
| Beck 30(b)(6) | Government's Counter-Counter-Designation | 163 | 21 | 163 | 22 | Discusses contents of Highly Confidential Delta pricing department documents and methods |

### EXHIBIT B – Deposition Designations Subject to Non-Party Delta Air Lines, Inc.'s Motion to Seal

| Transcript | Party Designation | Page From | Line From | Page To | Line To | Delta's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| Beck 30(b)(6) | Government's Counter-Counter-Designation | 163 | 24 | 164 | 3 | Discusses contents of Highly Confidential Delta pricing department documents and methods |
| Beck 30(b)(6) | Government's Designation | 164 | 4 | 164 | 5 | Discusses contents of Highly Confidential Delta pricing department documents and methods |
| Beck 30(b)(6) | Defendants' Counter-Designation | 164 | 6 | 164 | 6 | Discusses contents of Highly Confidential Delta pricing department documents and methods |
| Beck 30(b)(6) | Government's Designation | 164 | 7 | 164 | 11 | Discusses contents of Highly Confidential Delta pricing department documents and methods |