UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Marissa F. Mugan of Foley Hoag LLP, as counsel for non-party Sun Country Airlines Holdings, Inc. in the above-captioned action.

 

Respectfully submitted,

SUN COUNTRY AIRLINES HOLDINGS, INC.,

By its attorney,

*/s/ Marissa F. Mugan*
Marissa F. Mugan (BBO #710141)
mmugan@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
(617)  832-1000

Dated:  September 29, 2023

## Certificate of Service

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2023.

                                                    */s/ Marissa F. Mugan*
                                                    Marissa F. Mugan