# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| Plaintiffs, | |
| v. | Civil Action No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION, et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Joseph P. Rockers, of Goodwin Procter LLP, as counsel for non-party The Boeing Company in the above-captioned action.

Dated:  September 29, 2023

Respectfully submitted,

THE BOEING COMPANY

By its attorney,

/s/  *Joseph P. Rockers*
Joseph P. Rockers (BBO No. 625020)
**GOODWIN PROCTER LLP**
100 Northern Avenue
Boston, Massachusetts 02210
Tel.: (617) 570 1000
Fax.: (617) 523 1231
jrockers@goodwinlaw.com

*Attorney for The Boeing Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to the non-registered participants as known this September 29, 2023.

*/s/ Joseph P. Rockers*