UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10678-WGY |

### CERTIFICATE OF DANIEL J. HOWLEY IN SUPPORT OF MOTION FOR *PRO HAC VICE* ADMISSION

I, Daniel J. Howley, hereby certify that:

1. I am a member of the Bar in good standing in every jurisdiction where I have been admitted to practice. I have been admitted to practice in New York (September 2006) and the District of Columbia (February 2010).

2. There are no disciplinary proceedings against me as a member of the Bar in any jurisdiction.

3. I have not previously had a *pro hac vice* admission to this Court, or to any other court, revoked for misconduct.

- 2 -

4. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I declare, under the penalty of perjury, that the foregoing is true and correct. Executed on September 29, 2023.

/s/ Daniel J. Howley
Daniel J. Howley
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 843-9280
howley@rulegarza.com

*Counsel for Non-Party Sun Country Airlines Holdings, Inc.*
