UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10678-WGY |

**UNOPPOSED MOTION FOR *PRO HAC VICE* ADMISSION OF TAYLOR C. WILLIAMS AS COUNSEL FOR NON-PARTY SUN COUNTRY AIRLINES HOLDINGS, INC.**

Pursuant to Local Rule 83.5.3, the undersigned, counsel for non-party Sun Country Airlines Holdings, Inc. ("Sun Country") and a member of the bar of this Court, hereby moves for the admission *pro hac vice* of Sun Country's counsel Taylor C. Williams. As grounds, I state as follows:

1. Taylor C. Williams is an associate at the law firm of Rule Garza Howley LLP, 1701 Pennsylvania Ave NW, Suite 200, Washington, DC 20006. Mr. Williams is a member in good standing of the Bar of the District of Columbia (March 2020).

- 2 -

2. In further support of this Motion, I submit as **Exhibit A** the Certificate of Taylor C. Williams, which establishes that he is a member in good standing in every jurisdiction in which he has been admitted to practice; that there are no disciplinary proceedings against him in any jurisdiction; that he has not previously had a *pro hac vice* admission to this Court or any other court revoked for misconduct; and that he is familiar with the Local Rules of this Court.

WHEREFORE, I respectfully request that this Court grant the admission of Taylor C. Williams *pro hac vice* to the Bar of this Court.

Dated:  September 29, 2023                                   Respectfully submitted,


SUN COUNTRY AIRLINES HOLDINGS, INC.,

By its attorney,

*/s/ Marissa F. Mugan*
Lisa C. Wood (BBO #543811)
Marissa F. Mugan (BBO# 710141)
lwood@foleyhoag.com
mmugan@foleyhoag.com
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA  02110
(617)  832-1000

- 3 -

## LOCAL RULE 7.1 CERTIFICATION

      I hereby certify that pursuant to Local Rule 7.1(a)(2), counsel for non-party Sun Country conferred in good faith with all Parties before filing this motion in an attempt to resolve or narrow this issue. The Parties do not oppose Sun Country's motion.

                                              */s/ Marissa F. Mugan*
                                              Marissa F. Mugan

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2023.

                                              */s/ Marissa F. Mugan*
                                              Marissa F. Mugan