UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| United States of America, et al., <br><br>               Plaintiff, <br><br> v. <br><br> JetBlue Airways Corporation, <br><br> and <br><br> Spirit Airlines, Inc., <br><br>               Defendants. | Civil Action No. 1:23-cv-10511-WGY |

**DECLARATION OF SETH BAILEY**

I, Seth Bailey, being duly sworn, hereby depose and attest to the following:

    1.    I am over the age of 21 and competent to testify upon personal knowledge to the matters set forth herein.  The facts contained herein are true and correct to the best of my knowledge.

    2.    I have worked for OAG Aviation Worldwide LLC ("OAG") since 2014, and currently serve as Vice President – Business Development.

    3.    I have reviewed a copy of OAG's Motion to Impound (the "Motion"), and I am familiar with the data from OAG which the parties to the referenced litigation have advised they have included on exhibit lists.

    4.    The data from OAG reflected in the exhibits identified in the Motion (AQR; AQS; BBV; BBW; BBX; and BBY) contain and reflect confidential, competitively and commercially sensitive business information of OAG.  OAG maintains data reflected in these documents as confidential, and restricts access to the data in and as part of its business.  The

-2-

information in exhibits AQR, AQS, BBV, BBW, BBX, and BBY was and is designated as Highly Confidential Information under the protective order entered in this case in good faith and after careful determination.

    I declare under penalty of perjury that the foregoing is true and correct.

    Date: September 29, 2023

By: /s/ Seth C. Bowles