# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Giordano, of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 as an attorney representing non-party Frontier Airlines, Inc. and Frontier Group Holdings, Inc.[1] in the above-captioned action.

Dated: September 29, 2023

Respectfully submitted,

*/s/ Jennifer L. Giordano*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
jennifer.giordano@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

---

[1] Defendants' subpoena was sent to Frontier Airlines, Inc. while Plaintiffs' subpoena was sent to Frontier Group Holdings, Inc., and attorney Jennifer Giordano appears on behalf of both entities.

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                                  */s/ Jennifer L. Giordano*
                                                  Jennifer L. Giordano