UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. hereby disclose by and through their attorneys, Latham & Watkins LLP, the following:

- Frontier Group Holdings, Inc., a Delaware corporation, is a public entity and wholly owns Frontier Airlines Holdings, Inc.
- Frontier Airlines Holdings, Inc., a Delaware corporation, is a holding company and wholly owns Frontier Airlines, Inc.
- Frontier Airlines, Inc. is a Colorado corporation.

Dated: September 29, 2023

Respectfully submitted,

/s/ Jennifer L. Giordano
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200

                 Facsimile: (202) 637-2201
                 jennifer.giordano@lw.com

                 *Attorney for Frontier Airlines, Inc. and*
                 *Frontier Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                 */s/ Jennifer L. Giordano*
                 Jennifer L. Giordano