**Appendix A: Exhibits To Be Sealed**

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-00502253 | AA-NEA-00502253 | Email chain between Vasu and Timothy Lyon (cc Russell Bergstedt) re: "CLT," dated October 15, 2019, discussing sensitive, granular pricing and network strategy information. | American moves to seal the exhibit in its entirety. As explained in Sections I.A and I.B of the Motion, disclosure of non-stale competitively sensitive network planning strategy information and pricing strategy information will harm American's competitive standing. |
| AA-NEA-00611192 | AA-NEA-00611193 | Email chain between Lindsey Hanbidge and Brant Veasy to a group of American employees re: "ULCC Fare Updates," dated April 16, 2019, discussing sensitive, granular pricing and network strategy information. | American moves to seal the exhibit in its entirety. As explained in Sections I.A and I.B of the Motion, disclosure of non-stale competitively sensitive network planning strategy information and pricing strategy information will harm American's competitive standing. |
| AA-NEA-00611998 | AA-NEA-00611998 | Email from Sanjana Ram to Allysen Roberts and Mara Masciotra re: "Sample documents for pricing boot camp," dated April 13, 2018; contains three attachments titled "LCC Strategies.pdf," "legacy deck.pptx," and "ULCC Strategies.xlsx," discussing sensitive, granular pricing and network strategy information. | American moves to seal the attachment titled "LCC Strategies.pdf" in its entirety. As explained in Sections I.A and I.B of the Motion, disclosure of non-stale competitively sensitive corporate network planning information and pricing strategy information will harm American's competitive standing. |
| AA-NEA-00612005 | AA-NEA-00612005 | Email from Sanjana Ram to Allysen Roberts and Mara Masciotra re: "Sample documents for pricing boot camp," dated April 13, 2018; contains three attachments titled "LCC Strategies.pdf," "legacy deck.pptx," and "ULCC Strategies.xlsx," discussing sensitive, granular pricing and network strategy information. | American moves to seal the attachment titled "ULCC Strategies.xlsx" in its entirety. As explained in Section I.A of the Motion, disclosure of non-stale competitively sensitive network planning strategy information will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-00616101 | AA-NEA-00616112 | Email from Achilleas Zilakos to Allysen Roberts re: "ULCC DART," dated November 13, 2019; contains one attachment titled "DART_ULCC.pptx," discussing sensitive, granular pricing strategy information. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00632394 | AA-NEA-00632394 | Spreadsheet titled "ULCC handbook.xlsx," dated December 19, 2019, discussing sensitive, granular pricing strategy information. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00659344 | AA-NEA-00659358 | Email from Andrew Carcur to a large group of American employees re: "Legacy Handbook – Final 112319 PDF," dated November 22, 2019; contains one attachment titled "Legacy Handbook.pdf," discussing American's granular, sensitive competitive assessments of other carriers' network strategies. | American moves to seal the attachment to the email in its entirety. As explained in Section I.A of the Motion, disclosure of non-stale competitively sensitive network planning strategy information will harm American's competitive standing. |
| AA-NEA-01284027 | AA-NEA-01284032 | Internal training document for corporate sales teams titled "Deal Consultation Preparation Guide," dated February 6, 2020, containing granular, competitively sensitive information about American's strategies regarding contracting for corporate customers. | American moves to seal the exhibit in its entirety. As explained in Section I.A of the Motion, disclosure of non-stale competitively sensitive network planning strategy information will harm American's competitive standing. |
| AA-NEA-01313023 | AA-NEA-01313055 | Email from Allysen Roberts to Sneha Matte, Achilleas Zilakos, and Richard Sien from December 16, 2019 re: "Deck for YM"; contains one attachment titled "Pricing for | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| | | YM.pptx," which contains sensitive, granular pricing strategy information. | |
| AA-NEA-02154350 | AA-NEA-02154350 | Email chain between Michael Eng and Philippe Puech re: "Question on CLT RASM," dated September 25, 2019, discussing sensitive network strategy | American moves to seal the exhibit in its entirety. As explained in Section I.A of the Motion, disclosure of non-stale competitively sensitive network planning strategy information will harm American's competitive standing. |
| AA-NEA-03214554 | AA-NEA-03214568 | Internal presentation titled "International Pricing Work Flow- Tags and QC," dated September 27, 2019, discussing sensitive, granular pricing strategy information. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-03218296 | AA-NEA-03218310 | Internal presentation titled "Sweep and Core Maintenance – DOM Pricing," discussing sensitive, granular pricing and network strategy information. | American moves to seal the exhibit in its entirety. As explained in Sections I.A and I.B of the Motion, disclosure of non-stale competitively sensitive network planning strategy information and pricing strategy information will harm American's competitive standing. |
| AA-NEA-00373389 | AA-NEA-00373389 | Internal spreadsheet titled "adLbidprice_page.xlsx," dated September 19, 2018, discussing sensitive, granular pricing information. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00373390 | AA-NEA-00373391 | Internal presentation titled "Basic Economy Changes.docx," dated September 19, 2018, discussing sensitive, granular pricing information and competitive assessments of other carriers. | American moves to seal the exhibit in its entirety. As explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-23LIT-00000069 | AA-23LIT-00000105 | Internal presentation titled "Basic Economy," discussing American's fare class strategies and containing competitive assessments of other carriers, including some sensitive, granular financial data. | American moves to redact from this document the sensitive, granular financial data contained in it. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. |
| AA-23LIT-00000119 | AA-23LIT-00000119 | Internal presentation titled "Basic Economy Update" discussing American's fare class strategies and containing competitive assessments of other carriers, including some sensitive, granular financial data. | American moves to redact from this document the sensitive, granular financial data contained in it. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. |
| AA-NEA-00580276 | AA-NEA-00580300 | Internal presentation titled "Revenue Management Overview: RM Evolution ➔ RM @AA ➔ AA Performance Trends," dated April 11, 2018, regarding American's sensitive corporate and network strategies, and containing American's sensitive, granular financial data. | American moves to redact from this document the sensitive, granular financial data contained in it. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. |
| AA-NEA-00611999 | AA-NEA-00611999 | Email from Sanjana Ram to Allysen Roberts and Mara Masciotra re: "Sample documents for pricing boot camp," dated April 13, 2018; contains three attachments titled "LCC Strategies.pdf," "legacy deck.pptx," and "ULCC Strategies.xlsx," discussing sensitive, granular pricing and network strategy information. | American moves to redact the attachment titled "legacy deck.pptx," which contains sensitive information about American's network planning and pricing strategies and contains sensitive competitive assessments of other carriers. As explained in Section I.A of the Motion, disclosure of non-stale competitively sensitive network planning strategy information will harm American's competitive standing. |
| AA-NEA-00636861 | AA-NEA-00636893 | Internal presentation titled "RM 101: RM Overview ➔ RM at AA ➔ RM Professional | American moves to redact from this document the sensitive, granular financial data contained in it. As explained in Section I.C. of the Motion, disclosure of American's |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| | | Development," dated July 26, 2018, regarding American's sensitive corporate and network strategies, and containing American's sensitive, granular financial data. | granular financial data will harm American's competitive standing. |
| AA-NEA-00755585 | AA-NEA-00755637 | Internal presentation titled "Pricing Basics," dated May 31, 2018, regarding American's high-level pricing strategies and containing American's sensitive, granular financial data. | American moves to redact from this document the sensitive, granular financial data contained in it.  As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. |
| AA-NEA-01284024 | AA-NEA-01284026 | Email chain between Sebastian Navarro to Kimberly Lowe, Ricki Reichard, and Georgeta Mili re: "glossary and definitions," dated February 6, 2020; contains four attachments titled "Consultation Preparation Guide_06SEPT19.pdf," "Corporate Programs & Strategy - Training Deck DEC19.pptx," "Intro to RM-Feb18.pptx," and "Sales Glossary and Acronyms.docx." | American moves to redact from this document the name of a corporate customer.  As explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing.  The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-01284033 | AA-NEA-01284060 | Presentation titled "Account Manager Development Training Corporate Programs & Strategy (CP&S)," dated December 2019, discussing American's strategies for corporate customers, including specific strategies for pricing and discounts, and which contains sensitive, granular financial data. | American moves to redact from this document discussions of specific strategies and pricing information regarding corporate customers.  As explained in Section I.D of the Motion, disclosure of such information will harm American's competitive standing.  In addition, as explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-01830184 | AA-NEA-01830297 | Email from Ronald Defeo to "DL_AA_OFFICERS" list serv re: "Board Decks," dated July 26, 2021; contains two attachments titled "20210724 July Board Meeting_preread_vFF.pdf" and "20210724_BOD_Executive Summarties_vFF.pdf," containing sensitive financial information and network planning and pricing strategy information. | American moves to redact portions of this exhibit, which is a Board deck from July 2021 spanning 100 pages that was used by the company to explain to the Board in detail American's future commercial strategy.  Despite its sensitivity, American does not move to redact specific discussions of the Northeast Alliance and American's strategy with respect to New York and Boston.  However, American moves to redact from this presentation the most sensitive portions that reveal granular and competitively sensitive financial data including yield and profitability data broken out by types of routes that inform how American makes future capacity decisions, revenue data specific to American's partnerships and highly sensitive future strategy and network plans, including detailed analyses of network plans by airport, and future plans with respect to existing or potential partnerships.<br><br>As explained in Section I.A. and I.C. of the Motion, disclosure of competitively sensitive business information regarding American's future plans and granular financial data will harm American's competitive standing. |
| AA-NEA-02158022 | AA-NEA-02158024 | Email chain between American employees and a corporate customer re: "Spirit Airlines," dated May 11, 2021, asking about American's network strategy. | American moves to redact from this document the name of a corporate customer.  As explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing.  The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-03033382 | AA-NEA-03033389 | Email chain between Paul Swartz and Ruth Patterson re: "AA/B6 Call w/Stefanie and Mimi," dated April 30, 2021, discussing | American moves to redact from this document the name of a corporate customer.  As explained in Section I.D of the Motion, disclosure of corporate customer names will harm |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| | | feedback and strategy for a corporate customer. | American's competitive standing. The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-03095109 | AA-NEA-03095229 | Email from Travis McIeod to Elise Eberwein, Robert Isom, et al., re: "Materials for Senior Staff - October 18," dated October 17, 2021; contains five attachments titled "2A - Partnership 2.0_Chapters 1-4.pdf," "2B - Partnership 2.0_Trackers 1-5.pdf," "3 - 10.18 Officer Update_May_Raja_v16.pdf," "Future Agenda Summary - 10.18.21.pdf," and "Senior Staff Agenda - 10.18.21.pdf," which American presented in order to explain American's future partnership strategies and plans. | American moves to redact portions of this exhibit. As explained in Section I.A of the Motion, disclosure of future strategy and plans will harm American's competitive standing. |
| AA-NEA-03192426 | AA-NEA-03192469 | American's internal presentation titled "2021-2026 Network Five Year Plan" dated Aug. 26, 2021. | American moves to redact portions of this exhibit. The proposed redactions contain highly sensitive future network plans that if disclosed to competitors would harm American's competitive standing by allowing competitors to plan their own network with an understanding of American's future strategy. The proposed redactions also contain highly sensitive profitability data that if disclosed to competitors would allow competitors to make competitive decisions on targeting growth armed with knowledge regarding where American is weak or strong. Finally, American's redactions are targeted—American does not propose to seal relevant information that discuss background and high-level strategy that pertain to New York, Boston, and Philadelphia. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-23LIT-00000021 | AA-23LIT-00000042 | Internal slide deck titled "Basic Economy Leaders BCM," dated June 29, 2021, discussing American's strategies for fare classes and containing sensitive, granular financial information and network planning and pricing strategy information. | American moves to redact from this document the sensitive, granular financial data contained in it, as well as the information relevant to American's pricing strategy. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. Moreover, as explained in Section I.B of the Motion, disclosure of sensitive, granular pricing strategy will harm American's competitive standing. |
| AA-NEA-00043326 | AA-NEA-00043361 | Internal slide deck titled "BOS Strategy," dated December 2017, regarding American's network strategy in Boston and containing sensitive, granular financial information and corporate customer names. | American moves to redact from this document the sensitive, granular financial data contained in it, as well as the names of corporate customers. As explained in Section I.C. of the Motion, disclosure of American's granular financial data will harm American's competitive standing. Moreover, as explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing. |
| AA-NEA-00068377 | AA-NEA-00068378 | Email chain between Kyle Mabry, Jim Carter, and Alison Jane Taylor re: "BOS-LAX Performance Improvement Plan," dated November 16, 2018, discussing American's network planning strategy in Boston, and containing a corporate customer's name. | American moves to redact from this document the name of a corporate customer. As explained in Section I.D of the Motion, disclosure of corporate customer names will harm American's competitive standing. The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-00088678 | AA-NEA-00088684 | Standalone American Airlines slide deck from February 2020 titled "AA in BOS." | American moves to redact from this strategy deck a slide that shows American's profitability figures on a route-by-route basis. As explained in Section I.C. of the Motion, disclosure of granular financial data will harm American's competitive standing. |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| AA-NEA-00129550 | AA-NEA-00129641 | Internal presentation titled "The Future Is Now: Growing our Global Advantage," dated October 2019, discussing American's nation-wide network strategy. | American moves to redact from the document granular financial data and future network and partnership plans. As explained in Section I.A. and I.C. of the Motion, disclosure of future plans and granular financial data will harm American's competitive standing. |
| AA-NEA-00578466 | AA-NEA-00578527 | Internal presentation titled "TA Update 12-12-19.pptx," dated January 2019, discussing American's network strategy. | American moves to redact portions of this exhibit that contain sensitive, granular financial, pricing and performance data. As explained in Section I.C. of the Motion, disclosure of granular financial and performance data will harm American's competitive standing. Case 1:21-cv-11558-LTS Document 159-2 Filed 09/09/22 Page 53 of 91 |
| AA-NEA-01268770 | AA-NEA-01268876 | Internal presentation titled "2Q20 Board of Directors – Robert's Slides," dated July 2020, regarding American's network planning strategy. | American moves to redact from the Board presentation customer names and granular financial data. As explained in Section I.C. and I.D. of the Motion, disclosure of granular financial data and customer names will harm American's competitive standing. The customer also has a privacy interest against disclosure in this trial. |
| AA-NEA-02468027 | AA-NEA-02468126 | Internal presentation titled "Network Strategy," dated July 2021, regarding American's network planning strategy. | American moves to redact from this presentation the highly sensitive future network plans that, as explained in Section I.A of the Motion, if disclosed, would harm American's competitive standing. |
| AA-NEA-03192426 | AA-NEA-03192469 | Internal presentation titled "2021-2026 Network Five Year Plan," dated August 26, 2021, regarding American's network planning strategy. | The proposed redactions contain highly sensitive future network plans that if disclosed to competitors would harm American's competitive standing by allowing competitors to plan their own network with an understanding of American's future strategy. The proposed redactions also contain highly sensitive profitability data that if disclosed to |

| Start Bates | End Bates | Description | American's Basis for Motion to Seal |
|---|---|---|---|
| | | | competitors would allow competitors to make competitive decisions on targeting growth armed with knowledge regarding where American is weak or strong. Finally, American's redactions are targeted—American does not propose to seal relevant information that discuss background and high-level strategy that pertain to New York, Boston, and Philadelphia. |