# Appendix A
### Trial Exhibits Subject to Non-Party Frontier's Motion to Impound

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| 17 | FRONTIER-000550 – FRONTIER-000557 | Pg. 553-556, portion of pg. 557 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
|  |  | Portion of pg. 557 | Opposed by DOJ | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
| 19 | FRONTIER-DIVCID-000013 – FRONTIER-DIVCID-000016 | Pg. 14 | Unopposed | Confidential Contract Terms |
| 196 | FRONTIER-CID-000006517 – FRONTIER-CID-000006533 | Pg. 3-5, 7-8, 11-13 | Unopposed | Future Plans and Strategy, including Network Plans |

---

[1] Exhibit numbers are based on the Proposed Final Pretrial Order [Dkt. Nos. 191, 191-3, 191-4].

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| AID | FRONTIER-000812 – FRONTIER-000842 | Pg. 819, 823, 824, 825 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans |
| AM | B6NK-CM-00017945 - B6NK-CM-00018755 (Letter from A. Devlin to C. Brader Leuchten, March 31, 2022) | Pg. 4 | Unopposed | Granular Financial Data |
| BFW | FRONTIER-000029 – FRONTIER-000032 | Pg. 2-4 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
| BFX | FRONTIER-000033 – FRONTIER-000040 | Pg. 2, 4-8 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
| BFY | FRONTIER-000048 – FRONTIER-000067 | Pg. 5-6, 8-9, 11-12, 14, 16, 18, 20 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | | | Plans; Pricing Strategy |
| BFZ | FRONTIER-000130 – FRONTIER-000143 | Pg. 2-6, 9-11, | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Marketing Strategy; Pricing Strategy |
| BGA | FRONTIER-000250 – FRONTIER-000274 | Pg. 3-15, 17-25 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans |
| BGB | FRONTIER-000306 – FRONTIER-000346 | Pg. 4-7, 12-14, 16-18, 20-30, 32-34, 36-37, 39-41 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
| BGC | FRONTIER-000347 – FRONTIER-000359 | Pg. 1-10 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | | | Strategy; Marketing Strategy |
| | | Pg. 836 | Opposed by DOJ | Granular Financial Data; Future Plans and Strategy, including Network Plans |
| BGD | FRONTIER-CID-000013133 – FRONTIER-CID-000013136 | Pg. 3-4 | Unopposed | Future Plans and Strategy, including Network Plans |
| BGE | FRONTIER-CID-000014067 – FRONTIER-CID-000014076 | Pg. 4, 6-10 | Unopposed | Granular Financial Data; Future Plans and Strategy, including Network Plans; Pricing Strategy |
| BGF | FRONTIER-CID-000018516 – FRONTIER-CID-000018534 | Pg. 3-4, 6, 8-9, 11-14, 16 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy; Marketing Plans |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| BNF | B6NK-CM-0014766 – B6NK-CM-00014788 | Entirety[2] | Opposed by Defendants | Future Strategic Plans, including Network Plans |
| CF | FRONTIER-DIVCID-000145 – FRONTIER-DIVCID-000145 | Pg. 145 | Unopposed | Confidential Contract Terms; Strategic Plans and Valuation of Slots |
| CG | FRONTIER-VOL-0001196 – FRONTIER-VOL-0001212 | Pg. 1200, 1201 | Opposed by DOJ | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| | | Pg. 1205 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| CH | FRONTIER-VOL-0001512 – FRONTIER-VOL-0001538 | Pg. 1514, 1515 | Opposed by DOJ | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |

---

[2] Frontier received notice that Defendants intend to use this document at trial on September 29, 2023, a few hours before this filing was due. For now, Frontier moves to impound this document in its entirety, but will address any further issues of confidentiality at any future court hearing.

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | Pg. 1516 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| CI | FRONTIER-VOL-0001764 – FRONTIER-VOL-0001788 | Pg. 1767, 1768, 1769 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| | | Pg. 1770 | Opposed by DOJ | Granular Financial Data; Strategic Plans, including Network Plans; Pricing Strategy |
| CJ | FRONTIER-VOL-0001858 – FRONTIER-VOL-0001871 | Pg. 1859, 1860, 1862, 1863, 1864, 1855, 1867, 1868 | Unopposed | Granular Financial Data; Strategic Plans, including Network Plans |
| WD | CID Deposition Transcript of Barry Biffle (Mar. 2, 2023) | 85:20-15, 86:3, 86:6-16, 86:6-87, 93:4-11, 93:22-94:7, 94:9-95:4, 95:17-96:19, 96:21, 96:22-23, 971-6, 106:9, 106:16-107:25, 108:3-109:10, 115:19-20, 115:20-21, | Unopposed | Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | 115:23-24, 125:12, 125:25, 131:1-8, 131:10-11, 131:15-122:1, 136:11, 136:14-19, 136:20, 136:25, 148:10-20, 148:24, 149:9-10 | | |
| | | 84:14-85:19, 86:1-2, 86:4-5, 87:1-6, 88:1, 87:20-93:3, 93:12-21, 94:8, 95:11-17, 96:20-21, 96:21-22, 96:24-97:1, 97:7-9, 98:2-9, 103:15-104:19, 105:25-106:9, 106:9-15, 108:1-3, 114:8-115:19, 115:21-23, 115:25-116:2, 117:13-120:11, 120:17-121:7, 123:21-125:11, 125:13-24, 126:1-17, 130:24-131:1, 131:9-10, 131:12-15, 134:11-135:7, 135:15-136:11, 136:11-13, 136:20, 136:20-15, 136:25-137-1, 140:21-142:20, 148:8-9, 148:21-24, | Opposed by DOJ | Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information |

7

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | 148:25-149:9, 149:10-25, 150:5-15, 162:1-165:14, 112:3-6 | | |
| N/A[3] | File named "master_planner.xlsx" provided with Frontier's May 19, 2022 Spec 2g-i Sample response | Entire Spreadsheet | Unopposed | Granular Financial Data; Data on Future Network Plans |
| N/A | Litigation Deposition Transcript of Barry Biffle (June 14, 2023) | 42:15, 42:21, 42:24, 43:9, 43:12-17, 43:19, 43:21-44:6, 44:22, 44:25-45:4, 48:6, 48:8-9, 50:10-11, 50:13-24, 53:17-18, 53:20-21, 60:17-61:4, 61:9-12, 61:15-17, 61:24, 62:1-16, 63:1, 63:4-16, 63:20, 64:1-3, 64:9-22, 64:15-65:1, 81:11-13, 81:25-82:1, 82:13-16, 82:24-4, 83:10-11, | Unopposed | Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information |

---

[3] "N/A" refers to exhibits that the parties indicated they may use at trial but that do not appear in the Proposed Final Pretrial Order [Dkt. Nos. 191, 191-3, 191-4].  Out of an abundance of caution, Frontier requests impounding of these exhibits in the event they are used at trial.

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | 83:13-17, 105:23, 106:1, 106:4, 106:7-13, 107:1, 107:5, 107:10, 112:3-6, 112:7-10, 112:16-113:1, 113:11-13, 136:11-12, 136:12-13, 138:14-139:2, 139:7-8, 154:20, 160:10-17, 169:19-171:1, 172:4-10, 175:1-7 | | |
| | | 29:10-16, 38:19-40:20, 40:24-41:3, 41:19-42:15, 42:19-21, 42:22-24, 42:25-43:8, 43:10-12, 43:18-19, 43:19-20, 44:7-21, 44:23-24, 45:5-14, 45:19:46:15, 46:24-47:13, 48:3-5, 48:7, 48:21-49:13, 50:6-9, 50:12-13, 50:25-52:10, 53:15-17, 53:19, 60:14-16, 61:5-8, 61:13-14, 51:18-23, 61:25, 62:17-25, 63:2-3, 63:17-19, 63:21-25, 64:4-7, 64:23-24, 80:23-81:11, 81:14- | Opposed by DOJ | Future Strategic Plans, including Network Plans; Competitive Strategy; Pricing Strategy; Granular Financial Information |

| Exhibit #[1] | Description | Portion to Redact | Opposition by Parties | Frontier's Basis for Motion to Seal |
|---|---|---|---|---|
| | | 24, 82:1-2, 82:5-12, 82:17-23, 83:5-10, 83:11-12, 83:19-84:20, 105:22-23, 105:23-106:1, 106:2-4, 106:5-6, 106:25-107:1, 107:2-107:5, 107:5-9, 107:11-14, 109:4-15, 109:18-24, 111:22-112:3, 112:7, 112:11-16, 113:2-11, 122:3-14, 123:22-124:1, 134:2-136:10, 136:12, 138:10-13, 139:3-7, 149:1-149:18, 151:17-21, 152:10-154:19, 159:13-160:5, 160:8-9, 160:18-161:4, 166:14-22, 168:25-169:18, 171:2-172:3, 172:11-14, 174:7-13, 174:18-25, 179:13-23, 186:7-24, 187:7-11 | | |
| N/A | Frontier Ancillary Fee and Ticket Fare Data Produced to DOJ | Entirety | Unopposed | Granular Financial Data and Pricing Data |