# EXHIBIT A

## Trial Exhibits Subject to Non-Party Sun Country's Unopposed Motion to Impound

| Bates Number | Description | Sun Country's Basis for Sealing |
|---|---|---|
| SUN-COUNTRY-000002 | Letter from R. Neale to M. Thorpe dated April 17, 2023 | Reveals confidential Sun Country network planning, corporate strategy, and/or competitive analysis regarding specific markets. |
| SUN-COUNTRY-000030 | Presentation "SCA Preliminary 3 Year Outlook" dated April 24, 2023 | Reveals confidential Sun Country network planning, corporate strategy, method, practices, fleet planning, financial forecasts, and/or other competitive sensitive commercial strategies. |
| SUN-COUNTRY-000050 | Presentation "Total Addressable Market 1Q 2023" | Reveals confidential Sun Country corporate strategy, method, practices, fleet planning, financial forecasts, and/or other competitive sensitive commercial strategies. |
| SUN-COUNTRY-DOJ-000033 | Presentation "Board of Directors Meeting Ops, Staff Slides" dated February 2, 2022 | Reveals confidential Sun Country corporate strategy, method, practices, staffing planning, staffing forecasts, and/or other competitive sensitive commercial strategies. |
| SUN-COUNTRY-DOJ-000041 | Presentation "Board of Directors Meeting (Ops, Hiring, Risks, Labor)" dated October 26, 2021 | Reveals confidential Sun Country corporate strategy, method, practices, staffing planning, staffing forecasts, and/or other competitive sensitive commercial strategies. |
| SUN-COUNTRY-DOJ-001196 | Untitled presentation concerning 2022 Block Hour Growth | Reveals confidential Sun Country operational planning and/or other competitive sensitive commercial strategies. |
| SUN-COUNTRY-DOJ-001337 | Internal email concerning expansion dated October 4, 2022 | Reveals confidential Sun Country network planning, corporate strategy, and/or competitive analysis regarding specific markets. |
| SUN-COUNTRY-DOJ-001355 | Presentation "Board of Directors Meeting" dated August 3, 2022 | Reveals confidential Sun Country network planning, corporate strategy, method, practices, fleet planning, financial forecasts, and/or other competitive sensitive commercial strategies. |
| Letter re "Civil Investigative Demand to Sun Country Airlines" (Aug. 31, 2022) | | Reveals Sun Country's forward-looking fleet plans, corporate strategy, and analysis regarding its cargo business. |
| Letter re "Civil Investigative Demand to Sun Country Airlines" (Nov. 28, 2022) | | Reveals confidential Sun Country corporate strategy, operational planning, and/or other competitive sensitive commercial strategies. |