# Exhibit A

**EXHIBIT A – Trial Exhibits Subject to Non-Party Avelo's Motion to Seal**

| Trial Exhibit No. | Start Bates | End Bates | Designating Party | Avelo's Sealing Request | Description | Avelo's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| AI | AVELO_0000002 | AVELO_000002 | DOJ | Seal | Excel workbook containing detailed passenger booking and ancillary fee data, including destination, origin, fares, passenger usage fees, passenger group fees, taxes, and revenue from April 2021 to April 2023. | Avelo moves to seal this exhibit as it contains highly sensitive and confidential booking, fare, revenue, and pricing data for Avelo routes, and reveals Avelo's pricing strategy with respect to routes.<br><br>Although this document contains both recent and historical data, the information contained within continues to be commercially and competitively sensitive and relevant to Avelo's current strategy and business plans. |
| 12 | AVELO_0000003 | AVELO_0000047 | DOJ Defendants | Redact | PowerPoint presentation titled "Board Meeting – General Update" dated April 12, 2023. | Avelo moves to redact portions of this exhibit as they reveal non-public, confidential network planning, strategy, performance indicators, forward-looking base plans, profit margins, capacity plans, utilization and revenue projections, and market and competitive analyses. |
| AJ | AVELO-00000453 | AVELO-00000455 | DOJ | Seal | Email re "JetBlue & Spirit" dated July 29, 2022. | Avelo moves to seal this exhibit as it reveals Avelo's strategy with respect to potential JetBlue / Spirit divestitures and airports that Avelo is considering entering or expanding into.<br><br>Although this is a 2022 document, the information contained within continues |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Avelo's Motion to Seal**

| Trial Exhibit No. | Start Bates | End Bates | Designating Party | Avelo's Sealing Request | Description | Avelo's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| | | | | | | to be relevant to Avelo's current strategy and business plans. |
| AK | AVELO-00000459 | AVELO-00000463 | DOJ | Redact | Avelo Airlines, Inc.'s Response to DOJ CID Specifications 3(a), (b), and (c) dated September 14, 2022. | Avelo moves to redact portions of this exhibit as they reveal non-public, confidential information and strategy discussions regarding actual and planned expansion, entry, and exit, as well as constraints on entry or expansion for Avelo's airline operations, including discussions of specific airports and routes.<br><br>Although this is a 2022 document, the information contained within continues to be relevant to Avelo's current strategy and business plans. |
| BEU | AVELO-00003345 | AVELO-00003447 | Defendants | Redact | PowerPoint presentation titled "Board Meeting" dated March 10, 2022. | Avelo moves to seal this exhibit as it reveals non-public, confidential information including network planning, strategy, revenue, sales, budgets, and airport and fleet expansion and entry plans.<br><br>Although this is a 2022 document, the discussions continue to be relevant to Avelo's current strategy and business plans. |
| BEV | AVELO-00003588<br>AVELO-00003590<br>AVELO-00003609 | AVELO-00003589<br>AVELO-00003608<br>AVELO-00003627 | Defendants | Redact<br>Seal<br>Seal | Email re "Weekly and Daily" dated April 7, 2022 and attachments | Avelo moves to redact portions of the email exhibit as it reveals non-public, confidential information regarding |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Avelo's Motion to Seal**

| Trial Exhibit No. | Start Bates | End Bates | Designating Party | Avelo's Sealing Request | Description | Avelo's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| | | | | | titled "4.4 Weekly BOD Report" and "4.5 Daily Report." | Avelo's strategy, pricing, and business plans.<br><br>Avelo moves to seal the attachment titled "4.4 Weekly BOD Report" as it reveals detailed non-public, confidential operational data and analysis relating to commercially and competitive sensitive information, including Avelo's bookings, revenue, and performance.<br><br>Avelo moves to seal the attachment titled "4.5 Daily Report" as it reveals detailed non-public, confidential operational data and analysis relating to commercially and competitive sensitive information, including Avelo's bookings, revenue, and flight plans, as well as projections.<br><br>Although these are 2022 documents, the discussions and data contained therein continue to be commercially sensitive and relevant to Avelo's current strategy and business plans. |
| 13 | AVELO-DIV-00001 | AVELO-DIV-00001 | DOJ Defendants | Redact | Letter from Trevor Yealy (Avelo) to Robert Land (JetBlue) regarding potential | Avelo moves to redact a portion of this exhibit that discusses Avelo's strategy relating to potential JetBlue divestitures and the airports Avelo is considering entering or expanding into. |

**EXHIBIT A – Trial Exhibits Subject to Non-Party Avelo's Motion to Seal**

| Trial Exhibit No. | Start Bates | End Bates | Designating Party | Avelo's Sealing Request | Description | Avelo's Basis for Motion to Seal |
|---|---|---|---|---|---|---|
| | | | | | JetBlue divestitures dated January 15, 2023. | |
| BNB | B6NK-CM-00006298 | B6NK-CM-00006299 | Defendants | Seal | Avelo Airlines, Inc.'s Response to DOJ CID Specifications 1(a), (b), (c) and (2) dated August 31, 2022. | Avelo moves to seal this exhibit as it reveals non-public, confidential information and strategy discussions regarding Avelo's actual and planned expansion, entry, and exit, as well as constraints on entry or expansion for Avelo's fleet and effects on Avelo's route offerings.<br><br>Although this is a 2022 document, the information contained within continues to be relevant to Avelo's current strategy and business plans. |
| AQW | Unified Ticket Data | N/A | DOJ | Seal | DOJ trial exhibit with multiple non-party airlines' booking data. | Avelo moves to seal this exhibit to the extent the data is presented at trial in a way that would reveal Avelo's confidential, non-public booking data. The booking data is contained within AVELO_0000002 (Trial Exhibit AI), which Avelo is also moving to seal. The booking data is specific to Avelo's routes and continues to be commercially and competitively sensitive and relevant to Avelo's current network plans and strategy. |

4