# Exhibit B

**EXHIBIT B – DOJ Deposition Designations Subject to Non-Party Avelo's Motion to Seal**

| Transcript | Designated Testimony | Designating Party | Non-Party Avelo's Basis for Motion to Seal |
|---|---|---|---|
| Trevor Yealy | 18:1-19:17 | DOJ | Reveals confidential strategy relating to route entry, Avelo's business model, and expansion and competitive analysis. |
| Trevor Yealy | 20:6-21:19 | DOJ | Reveals confidential strategy information regarding how Avelo considers and selects base cities. |
| Trevor Yealy | 23:3-24:12 | DOJ | Reveals Avelo's confidential and forward-looking strategy regarding airport entry and expansion. |
| Trevor Yealy | 25:13-25 | DOJ | Reveals confidential strategy regarding Avelo's entry and expansion plans for routes and airports. |
| Trevor Yealy | 29:16-19 | DOJ | Reveals confidential strategy regarding Avelo's initiation of service at new airports. |
| Trevor Yealy | 30:17-31:11 | DOJ | Reveals confidential information regarding Avelo's business model and route strategy. |
| Trevor Yealy | 32:16-33:12 | DOJ | Reveals Avelo's confidential strategy regarding airport and route entry. |
| Trevor Yealy | 34:21-35:3 | DOJ | Reveals confidential information regarding Avelo's business, forward-looking strategy, and fleet network planning. |
| Trevor Yealy | 36:14-37:8 | DOJ | Reveals current and forward-looking strategy regarding routes Avelo may enter. |
| Trevor Yealy | 40:6-41:17 | DOJ | Reveals current and forward-looking strategy regarding airports and gate assets that Avelo may be interested in. |
| Trevor Yealy | 43:6-15 | DOJ | Reveals commercially and competitively sensitive information relating to Avelo's business strategy and growth model. |
| Trevor Yealy | 43:17-44:11 | DOJ | Reveals commercially and competitively sensitive information relating to Avelo's business strategy and growth model. |
| Trevor Yealy | 45:25-46:22 | DOJ | Reveals current and forward-looking strategy regarding Avelo's fleet operations. |
| Trevor Yealy | 49:6-57:5 | DOJ | Reveals current and forward-looking strategy regarding Avelo's booking, routes, operations, growth plans, capacity, and allocation of resources. |
| Trevor Yealy | 57:6-60:5 | DOJ | Reveals current and forward-looking confidential strategy regarding Avelo's flight operations, route selection, capital investments, and aircraft utilization. |
| Trevor Yealy | 60:23-61:1 | DOJ | Reveals confidential and competitively sensitive information regarding Avelo's aircraft utilization. |
| Trevor Yealy | 61:21-63:1 | DOJ | Reveals current and forward-looking strategy regarding Avelo's airport base selection and operations and fleet utilization. |
| Trevor Yealy | 63:3-11 | DOJ | Reveals current and forward-looking strategy related to Avelo's base airports and fleet utilization. |

**EXHIBIT B – DOJ Deposition Designations Subject to Non-Party Avelo's Motion to Seal**

| Transcript | Designated Testimony | Designating Party | Non-Party Avelo's Basis for Motion to Seal |
|---|---|---|---|
| Trevor Yealy | 63:16-64:13 | DOJ | Reveals current and forward-looking strategy related to performance indicators Avelo considers when conducting its network planning and its plans and strategy related to specific route offerings. |
| Trevor Yealy | 64:17-66:1 | DOJ | Reveals current and forward-looking strategy related to performance indicators Avelo considers when conducting its network planning and its plans and strategy related to specific route offerings. |
| Trevor Yealy | 66:5-67:21 | DOJ | Reveals Avelo's current and forward-looking strategy regarding launching of new routes and competitive responses. |
| Trevor Yealy | 68:23-72:8 | DOJ | Reveals Avelo's current and forward-looking strategy regarding launching of new routes, route selection, and competitive analysis. |
| Trevor Yealy | 72:10-13 | DOJ | Reveals Avelo's current and forward-looking strategy regarding launching of new routes, route selection, and competitive analysis. |
| Trevor Yealy | 74:7-18 | DOJ | Reveals Avelo's confidential and forward-looking network planning and route strategy. |
| Trevor Yealy | 76:1-21 | DOJ | Reveals Avelo's current and forward-looking confidential strategy regarding plans to add a route offering. |
| Trevor Yealy | 77:6-78:2 | DOJ | Reveals current and forward-looking confidential strategy regarding Avelo's plans to offer services for certain routes. |
| Trevor Yealy | 78:8-18 | DOJ | Reveals competitively sensitive information and strategy considerations regarding Avelo's operations at certain airports. |
| Trevor Yealy | 81:3-19 | DOJ | Reveals Avelo's current and forward-looking confidential strategy related to competitive analysis and strategy for route entry and expansion. |
| Trevor Yealy | 82:1-84:20 | DOJ | Reveals Avelo's confidential and forward-looking network planning and route strategy. |
| Trevor Yealy | 85:24-87:13 | DOJ | Reveals competitively sensitive information regarding Avelo's expansion and route selection strategies, as well as entry and expansion considerations. |
| Trevor Yealy | 89:1-99:1 | DOJ | Reveals current and forward-looking confidential strategy related to Avelo's network planning and growth plans and constraints. |
| Trevor Yealy | 101:5-103:6 | DOJ | Reveals current and forward-looking confidential strategy related to Avelo's plans for additional route offerings. |
| Trevor Yealy | 103:12-107:19 | DOJ | Reveals current and forward-looking confidential strategy related to Avelo's plans for entry and expansion at certain airports and route offerings. |

**EXHIBIT B – DOJ Deposition Designations Subject to Non-Party Avelo's Motion to Seal**

| Transcript | Designated Testimony | Designating Party | Non-Party Avelo's Basis for Motion to Seal |
|---|---|---|---|
| Trevor Yealy | 107:24-110:10 | DOJ | Reveals Avelo's current and forward-looking strategy related to network planning and route expansion. |
| Trevor Yealy | 113:17-20 | DOJ | Reveals Avelo's current and forward-looking strategy related to network planning and route expansion. |
| Trevor Yealy | 113:21-114:4 | DOJ | Reveals Avelo's current and forward-looking strategy related to bases and utilization. |
| Trevor Yealy | 117:2-14 | DOJ | Reveals Avelo's current and forward-looking strategy related to network planning, fleet plans, and route expansion. |
| Trevor Yealy | 113:17-20 | DOJ | Reveals Avelo's current and forward-looking strategy related to network planning and route expansion. |
| Trevor Yealy | 118:14-119:11 | DOJ | Reveals Avelo's current and forward-looking strategy related to network planning and growth plans and constraints. |
| Trevor Yealy | 120:13-17 | DOJ | Reveals Avelo's current and forward-looking network planning and strategy related to its service offerings and operations. |
| Trevor Yealy | 120:19-121:7 | DOJ | Reveals Avelo's current and forward-looking network planning and strategy related to its service offerings and operations. |