# Exhibit C

**EXHIBIT C – Defendants' Deposition Designations Subject to Non-Party Avelo's Motion to Seal**

| Transcript | Designated Testimony | Designating Party | Non-Party Avelo's Basis for Motion to Seal |
|---|---|---|---|
| Trevor Yealy | 23:3-24:12 | Defendants | Reveals Avelo's confidential and forward-looking strategy regarding airport entry and expansion. |
| Trevor Yealy | 25:13-25 | Defendants | Reveals confidential strategy regarding Avelo's entry and expansion plans for routes and airports. |
| Trevor Yealy | 29:16-19 | Defendants | Reveals confidential strategy regarding Avelo's initiation of service at new airports. |
| Trevor Yealy | 32:16-33:12 | Defendants | Reveals Avelo's confidential strategy regarding airport and route entry. |
| Trevor Yealy | 36:14-19 | Defendants | Reveals current and forward-looking strategy regarding routes Avelo may enter. |
| Trevor Yealy | 36:24-37:8 | Defendants | Reveals current and forward-looking strategy regarding routes Avelo may enter. |
| Trevor Yealy | 43:6-15 | Defendants | Reveals commercially and competitively sensitive information relating to Avelo's business strategy and growth model. |
| Trevor Yealy | 43:17-44:11 | Defendants | Reveals commercially and competitively sensitive information relating to Avelo's business strategy and growth model. |
| Trevor Yealy | 53:17-22 | Defendants | Reveals confidential strategy relating to Avelo's network planning and capacity decisions. |
| Trevor Yealy | 62:11-63:1 | Defendants | Reveals current and forward-looking strategy regarding Avelo's operations and fleet utilization at its base airports. |
| Trevor Yealy | 67:7-21 | Defendants | Reveals Avelo's current and forward-looking strategy regarding launching of new routes and competitive responses. |
| Trevor Yealy | 74:7-18 | Defendants | Reveals Avelo's confidential and forward-looking network planning and route strategy. |
| Trevor Yealy | 77:18-78:2 | Defendants | Reveals current and forward-looking confidential strategy regarding Avelo's plans to offer services for certain routes. |
| Trevor Yealy | 81:3-19 | Defendants | Reveals Avelo's current and forward-looking confidential strategy related to competitive analysis and strategy for route entry and expansion. |
| Trevor Yealy | 96:13-97:1 | Defendants | Reveals current operational and expansion challenges at certain airports and Avelo's current and forward-looking strategy related to these challenges. |
| Trevor Yealy | 103:12-104:7 | Defendants | Reveals current and forward-looking confidential strategy related to Avelo's plans for route offerings. |
| Trevor Yealy | 104:21-105:2 | Defendants | Reveals current and forward-looking confidential strategy related to Avelo's plans for route offerings. |
| Trevor Yealy | 108:6-16 | Defendants | Reveals confidential information regarding Avelo's current strategy related to potential JetBlue divestiture offerings. |
| Trevor Yealy | 113:17-114:4 | Defendants | Reveals current and forward-looking confidential strategy related to Avelo's plans for route offerings. |

**EXHIBIT C – Defendants' Deposition Designations Subject to Non-Party Avelo's Motion to Seal**

| Transcript | Designated Testimony | Designating Party | Non-Party Avelo's Basis for Motion to Seal |
|---|---|---|---|
| Trevor Yealy | 117:2-14 | Defendants | Reveals Avelo's current and forward-looking network planning and strategy related to its fleet and route offerings. |
| Trevor Yealy | 120:13-17 | Defendants | Reveals Avelo's current and forward-looking network planning and strategy related to its service offerings and operations. |
| Trevor Yealy | 120:19-121:7 | Defendants | Reveals Avelo's current and forward-looking network planning and strategy related to its service offerings and operations. |