UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of Craig L. Briskin, an attorney with the United States, in the above-captioned case as counsel for non-party United States Government Services Administration.

Respectfully submitted,

Dated: September 29, 2023   By:   */s/ Craig L. Briskin*
Craig L. Briskin
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Tel: (202) 704-4741
Fax: (202) 307-5802
Craig.briskin@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  September 29, 2023                          */s/ Craig L. Briskin*