UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et. al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10678-WGY |

**CORPORATE DISCLOSURE STATEMENT**

1

2

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Non-party Sun Country Airlines Holdings, Inc. ("Sun Country"), submits the following corporate disclosure statement:

Non-party Sun Country is a publicly traded corporation. No publicly held corporation owns more than 10 percent of Sun Country's stock.

| | |
|---|---|
| Dated: September 29, 2023 | Respectfully submitted, |
| RULE GARZA HOWLEY LLP | FOLEY HOAG LLP |
| | |
| | */s/ Marissa F. Mugan* |
| Daniel J. Howley | Lisa C. Wood (BBO #543811) |
| (*Pro Hac Vice* Motion Pending) | Marissa F. Mugan (BBO# 710141) |
| Taylor C. Williams | 155 Seaport Boulevard |
| (*Pro Hac Vice* Motion Pending) | Boston, MA  02110 |
| 1701 Pennsylvania Ave. NW, Suite 200 | Telephone: (617) 832-1000 |
| Washington, D.C. 20006 | lwood@foleyhoag.com |
| Telephone: (202) 843-9280 | mmugan@foleyhoag.com |
| howley@rulegarza.com | |
| williams@rulegarza.com | |

*Counsel for Non-Party Sun Country Airlines Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on September 29, 2023.

                                                   */s/ Marissa F. Mugan*
                                                   Marissa F. Mugan