# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

To the clerk of the court and all parties of record:

I am admitted to practice in this court, and I appear in this case as counsel for Defendant JetBlue Airways Corporation.

Dated: October 2, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Zachary Sisko*
Zachary Sisko (MA BBO #705883)
zsisko@cooley.com
500 Boylston Street
Boston, MA 02116-3736
Telephone:  +1 617-937-2300
Facsimile:  +1 617-937-2400

*Attorney for JetBlue Airways Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on October 2, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Zachary Sisko*
Zachary Sisko
