AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al. | ) |  |
|---|---|---|
| *Plaintiff* | ) |  |
| v. | ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |  |
| *Defendant* | ) |  |

## APPEARANCE OF COUNSEL

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Avelo Airlines, Inc.                                                                     .

Date:   10/02/2023

/s/ Mark H. Hamer
*Attorney's signature*

Mark H. Hamer, Admitted Pro Hac Vice
*Printed name and bar number*

Baker McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Address*

mark.hamer@bakermckenzie.com
*E-mail address*

(202) 452-7077
*Telephone number*

(202) 416-7177
*FAX number*