AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America, et al. | ) |
| :---: | :--- |
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

non-party Avelo Airlines, Inc.

Date: 10/02/2023

/s/ Kristen E. Lloyd
*Attorney's signature*

Kristen E. Lloyd, Admitted Pro Hac Vice
*Printed name and bar number*

Baker McKenzie LLP
815 Connecticut Avenue, NW
Washington, DC 20006
*Address*

kristen.lloyd@bakermckenzie.com
*E-mail address*

(202) 835-6289
*Telephone number*

(202) 416-7297
*FAX number*