AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION, et al. ) | |
| *Defendant* ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OAG Aviation Worldwide LLC                                            .

Date:   10/02/2023

/s/ Jonathan R. Buck
*Attorney's signature*

Jonathan R. Buck (IL Bar No. 06281672)
*Printed name and bar number*

Perkins Coie LLP
110 N. Wacker Drive, Suite 3400
Chicago, IL 60606

*Address*

JBuck@perkinscoie.com
*E-mail address*

(312) 324-8400
*Telephone number*

(312) 324-9400
*FAX number*

Print      Save As...      Reset