UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>Defendants. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.2(a), please enter the appearance of Lisa C. Wood of Foley Hoag LLP, as counsel for non-party Sun Country Airlines Holdings, Inc. in the above-captioned action.

          Respectfully submitted,

          SUN COUNTRY AIRLINES HOLDINGS, INC.,

          By its attorney,

          */s/ Lisa C. Wood*
          Lisa C. Wood (BBO #543811)
          lwood@foleyhoag.com
          FOLEY HOAG LLP
          155 Seaport Boulevard
          Boston, MA  02110
          (617)  832-1000

Dated:  October 2, 2023

- 2 -

## Certificate of Service

    I hereby certify that this document filed through the CM/ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing and paper copies will be sent to those indicated as non-registered participants on October 2, 2023.


                                      */s/ Lisa C. Wood*
                                      Lisa C. Wood