UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**PLAINTIFFS' OBJECTIONS TO DEFENDANTS' PROPOSED WITNESSES**

Pursuant to the Court's Procedural Order re: Final Pretrial Conference/Trial (ECF No. 189), Plaintiffs United States of America and the State of California, District of Columbia, State of Maryland, Commonwealth of Massachusetts, State of New Jersey, State of New York, and State of North Carolina hereby provide notice that they object to the following proposed witnesses on Defendants' witness list for the reasons in Plaintiffs' previously-filed motions *in limine* and memoranda in support thereof:

| Proposed Witness | Relevant Motion *in Limine* |
|---|---|
| Sara Nelson | ECF No. 171 |
| Richard Scheff | ECF No. 179 |

Dated: October 3, 2023             Respectfully submitted,

    /s/ Edward W. Duffy
Edward W. Duffy
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov


*/s/* William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Tel: (617) 727-2200
Email: William.Matlack@mass.gov


*/s/* C. William Margrabe
C. WILLIAM MARGRABE (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC  20001
Telephone: (202) 727-6294
will.margrabe@dc.gov


*Attorneys for the United States of America, the Commonwealth of Massachusetts, and the District of Columbia, and on behalf of all Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

Dated: October 3, 2023                                         /s/ Edward W. Duffy