UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney, J. Richard Doidge, in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  October 4, 2023        By:     */s/ J. Richard Doidge*
                                         J. Richard Doidge
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Antitrust Division
                                         450 Fifth Street NW, Suite 8000
                                         Washington, DC 20530
                                         Tel: (202) 514-8944
                                         Dick.Doidge@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated: October 4, 2023                                             */s/ J. Richard Doidge*