# Exhibit A

Exhibits Without Evidentiary Objections as of October 4, 2023

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 1 | AA-NEA-03192426 | AA-NEA-03192469 | |
| 2 | ALLEGIANT_00009083 | ALLEGIANT_00009106 | |
| 3 | ALLEGIANT_DOJ_00000900 | ALLEGIANT_DOJ_00000919 | |
| 4 | ALLEGIANT_DOJ_00000994 | ALLEGIANT_DOJ_00001001 | |
| 5 | ALLEGIANT_DOJ_00001030 | ALLEGIANT_DOJ_00001030 | |
| 6 | ALLEGIANT_DOJ_00001139 | ALLEGIANT_DOJ_00001142 | |
| 7 | ALLEGIANT_DOJLIT_00003456 | ALLEGIANT_DOJLIT_00003457 | |
| 8 | ALLEGIANT_DOJLIT_00003465 | ALLEGIANT_DOJLIT_00003571 | |
| 9 | ALLEGIANT_DOJLIT_00004925 | ALLEGIANT_DOJLIT_00005098 | |
| 10 | ALLEGIANT_DOJLIT_00008105 | ALLEGIANT_DOJLIT_00008107 | |
| 11 | ALLEGIANT_DOJLIT_00008767 | ALLEGIANT_DOJLIT_00008774 | |
| 12 | AVELO_0000003 | AVELO_0000047 | |
| 13 | AVELO-DIV-00001 | AVELO-DIV-00001 | |
| 14 | Broward_County_00004591 | Broward_County_00004610 | |
| 15 | DL-B6NK_00026386 | DL-B6NK_00026495 | |
| 16 | DL-B6NK_00050360 | DL-B6NK_00050380 | |
| 17 | FRONTIER-000550 | FRONTIER-000557 | |
| 18 | FRONTIER-DIVCID-000001 | FRONTIER-DIVCID-000008 | |
| 19 | FRONTIER-DIVCID-000013 | FRONTIER-DIVCID-000016 | |
| 20 | GOAA2513 | GOAA2521 | |
| 21 | GOAA2600 | GOAA2601 | |
| 22 | GOAA2661 | GOAA2708 | |
| 23 | GOAADOJ0249 | GOAADOJ0249 | |
| 24 | JBLU_MERGER_LIT-01575858 | JBLU_MERGER_LIT-01575989 | |
| 25 | JBLU_MERGER_LIT-01649860 | JBLU_MERGER_LIT-01649860 | |
| 26 | JBLU_MERGER_LIT-01649868 | JBLU_MERGER_LIT-01649868 | |
| 27 | JBLU_MERGER_LIT-01649870 | JBLU_MERGER_LIT-01649870 | |
| 28 | JBLU_MERGER_LIT-01649931 | JBLU_MERGER_LIT-01649931 | |
| 29 | JBLU_MERGER_LIT-01942679 | JBLU_MERGER_LIT-01942697 | |
| 30 | JBLU-DOJ-04330894 | JBLU-DOJ-04330916 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 31 | JBLU-DOJ-10788409 | JBLU-DOJ-10788725 | |
| 32 | B6NK-TX-00000021 | B6NK-TX-00000131 | |
| 33 | B6NK-TX-00000132 | B6NK-TX-00000211 | |
| 34 | B6NK-TX-00000212 | B6NK-TX-00000303 | |
| 35 | B6NK-TX-00000304 | B6NK-TX-00000331 | |
| 36 | B6NK-TX-00000332 | B6NK-TX-00000345 | |
| 37 | B6NK-TX-00000346 | B6NK-TX-00000364 | |
| 38 | B6NK-TX-00010117 | B6NK-TX-00010123 | |
| 39 | B6NK-TX-00000441 | B6NK-TX-00000741 | |
| 40 | B6NK-TX-00000897 | B6NK-TX-00001049 | |
| 41 | B6NK-TX-00001484 | B6NK-TX-00001495 | |
| 43 | B6NK-TX-00001786 | B6NK-TX-00001804 | |
| 44 | B6NK-TX-00001982 | B6NK-TX-00002092 | |
| 45 | B6NK-TX-00010647 | B6NK-TX-00010650 | |
| 46 | B6NK-TX-00010651 | B6NK-TX-00010655 | |
| 47 | B6NK-TX-00005518 | B6NK-TX-00005861 | |
| 48 | B6NK-TX-00007058 | B6NK-TX-00007213 | |
| 49 | B6NK-TX-00011640 | B6NK-TX-00012315 | |
| 50 | B6NK-TX-00007779 | B6NK-TX-00007902 | |
| 51 | B6NK-TX-00012571 | B6NK-TX-00012793 | |
| 52 | B6NK-TX-00019881 | B6NK-TX-00020003 | |
| 53 | B6NK-TX-00020004 | B6NK-TX-00020115 | |
| 54 | B6NK-TX-00020116 | B6NK-TX-00020232 | |
| 55 | B6NK-TX-00020233 | B6NK-TX-00020341 | |
| 56 | B6NK-TX-00020342 | B6NK-TX-00020451 | |
| 57 | B6NK-TX-00020452 | B6NK-TX-00020827 | |
| 58 | B6NK-TX-00020828 | B6NK-TX-00020959 | |
| 59 | B6NK-TX-00020960 | B6NK-TX-00021098 | |
| 60 | B6NK-TX-00012794 | B6NK-TX-00012948 | |
| 61 | B6NK-TX-00012949 | B6NK-TX-00013051 | |
| 62 | B6NK-TX-00021099 | B6NK-TX-00021279 | |
| 63 | B6NK-TX-00021280 | B6NK-TX-00021391 | |
| 64 | B6NK-TX-00013052 | B6NK-TX-00013158 | |
| 65 | B6NK-TX-00013159 | B6NK-TX-00013280 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 66 | B6NK-TX-00013281 | B6NK-TX-00013388 | |
| 67 | B6NK-TX-00013389 | B6NK-TX-00013622 | |
| 68 | B6NK-TX-00013623 | B6NK-TX-00013755 | |
| 69 | B6NK-TX-00013756 | B6NK-TX-00013999 | |
| 70 | B6NK-TX-00014000 | B6NK-TX-00014096 | |
| 71 | B6NK-TX-00014097 | B6NK-TX-00014260 | |
| 72 | B6NK-TX-00014261 | B6NK-TX-00014496 | |
| 73 | B6NK-TX-00014497 | B6NK-TX-00014557 | |
| 74 | B6NK-TX-00014558 | B6NK-TX-00014607 | |
| 75 | B6NK-TX-00021392 | B6NK-TX-00021439 | |
| 76 | B6NK-TX-00014608 | B6NK-TX-00014625 | |
| 77 | B6NK-TX-00014626 | B6NK-TX-00014643 | |
| 78 | B6NK-TX-00007903 | B6NK-TX-00007905 | |
| 79 | B6NK-TX-00014644 | B6NK-TX-00014777 | |
| 80 | B6NK-TX-00014778 | B6NK-TX-00014797 | |
| 81 | B6NK-TX-00014798 | B6NK-TX-00014813 | |
| 82 | B6NK-TX-00007906 | B6NK-TX-00007976 | |
| 83 | B6NK-TX-00014814 | B6NK-TX-00014817 | |
| 84 | B6NK-TX-00014818 | B6NK-TX-00014822 | |
| 85 | B6NK-TX-00014823 | B6NK-TX-00014827 | |
| 86 | B6NK-TX-00014828 | B6NK-TX-00014840 | |
| 87 | B6NK-TX-00014841 | B6NK-TX-00014846 | |
| 88 | B6NK-TX-00007977 | B6NK-TX-00007982 | |
| 89 | B6NK-TX-00014847 | B6NK-TX-00014854 | |
| 90 | B6NK-TX-00007983 | B6NK-TX-00007988 | |
| 91 | B6NK-TX-00007989 | B6NK-TX-00007990 | |
| 92 | B6NK-TX-00014855 | B6NK-TX-00014864 | |
| 93 | B6NK-TX-00007998 | B6NK-TX-00008005 | |
| 94 | B6NK-TX-00008006 | B6NK-TX-00008014 | |
| 95 | B6NK-TX-00014865 | B6NK-TX-00014867 | |
| 96 | B6NK-TX-00008015 | B6NK-TX-00008020 | |
| 97 | B6NK-TX-00008021 | B6NK-TX-00008031 | |
| 98 | B6NK-TX-00014868 | B6NK-TX-00014873 | |
| 99 | B6NK-TX-00008032 | B6NK-TX-00008037 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 100 | B6NK-TX-00021440 | B6NK-TX-00021448 | |
| 101 | B6NK-TX-00014874 | B6NK-TX-00014880 | |
| 102 | B6NK-TX-00008038 | B6NK-TX-00008041 | |
| 103 | B6NK-TX-00008042 | B6NK-TX-00008045 | |
| 104 | B6NK-TX-00008046 | B6NK-TX-00008049 | |
| 105 | B6NK-TX-00014881 | B6NK-TX-00014889 | |
| 106 | B6NK-TX-00014890 | B6NK-TX-00014894 | |
| 107 | B6NK-TX-00014911 | B6NK-TX-00014913 | |
| 108 | B6NK-TX-00014914 | B6NK-TX-00014916 | |
| 109 | B6NK-TX-00008050 | B6NK-TX-00008052 | |
| 110 | B6NK-TX-00008053 | B6NK-TX-00008055 | |
| 112 | B6NK-TX-00014917 | B6NK-TX-00014959 | |
| 113 | B6NK-TX-00008074 | B6NK-TX-00008078+ | |
| 114 | B6NK-TX-00008079 | B6NK-TX-00008086 | |
| 115 | B6NK-TX-00014960 | B6NK-TX-00014969 | |
| 116 | B6NK-TX-00008114 | B6NK-TX-00008127 | |
| 117 | B6NK-TX-00014970 | B6NK-TX-00014980 | |
| 118 | B6NK-TX-00008128 | B6NK-TX-00008144 | |
| 119 | B6NK-TX-00008145 | B6NK-TX-00008157 | |
| 120 | N/A | N/A | Video, Mr. Matt Klein - Testimony Before the House Transporation and Infrastructure Committee, March 2, 2020, available at https://www.youtube.com/watch?v=TKLbcOK-Hnk |
| 121 | N/A | N/A | Video, Mr. Edward Christie - Testimony Before the House Transportation and Infrastructure Committee, March 26, 2019, available at https://www.youtube.com/watch?v=nyWqqxrPDb8 |
| 122 | B6NK-TX-00019010 | B6NK-TX-00019022 | |
| 123 | B6NK-TX-00019023 | B6NK-TX-00019037 | |
| 124 | NK-2R-06725920 | NK-2R-06726023 | |
| 125 | NK-2R-06923360 | NK-2R-06923365 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 126 | NK-MERGERLIT-0000000001 | NK-MERGERLIT-0000000014 | |
| 127 | NK-MERGERLIT-0003771469 | NK-MERGERLIT-0003771471 | |
| 128 | UALIT-00000733 | UALIT-00000883 | |
| 129 | UALIT-00056623 | UALIT-00056623 | |
| 130 | UALIT2-00004667 | UALIT2-00004817 | |
| 131 | JBLU-DOJ-10441773 - 2020_Q2-Q4 Ticket Data.csv | | |
| 132 | JBLU-DOJ-10441774 - 2021_H1 Ticket Data.csv | | |
| 133 | JBLU-DOJ-10441775 - 2021_H2 Ticket Data.csv | | |
| 134 | JBLU-DOJ-10441776 - 2022_Q1-Q3 Ticket Data.csv | | |
| 135 | JBLU-DOJ-10441780 - Ancillary_Data_2020.csv | | |
| 136 | JBLU_MERGER_LIT-02732712 | JBLU_MERGER_LIT-02732818 | |
| 137 | JBLU_MERGER_LIT-02733257 | JBLU_MERGER_LIT-02733301 | |
| 138 | JBLU_MERGER_LIT-02734370 | JBLU_MERGER_LIT-02734433 | |
| 139 | JBLU_MERGER_LIT-02734768 | JBLU_MERGER_LIT-02734923 | |
| 140 | JBLU_MERGER_LIT-02735485 | JBLU_MERGER_LIT-02735918 | |
| 141 | JBLU_MERGER_LIT-02736020 | JBLU_MERGER_LIT-02736095 | |
| 142 | JBLU_MERGER_LIT-00016605 | JBLU_MERGER_LIT-00016607 | |
| 143 | JBLU_MERGER_LIT-00095806 | JBLU_MERGER_LIT-00095809 | |
| 144 | JBLU_MERGER_LIT-00096106 | JBLU_MERGER_LIT-00096108 | |
| 145 | JBLU_MERGER_LIT-00097558 | JBLU_MERGER_LIT-00097561 | |
| 146 | JBLU_MERGER_LIT-01583421 | JBLU_MERGER_LIT-01583444 | |
| 147 | JBLU_MERGER_LIT-01583604 | JBLU_MERGER_LIT-01583626 | |
| 148 | JBLU_MERGER_LIT-01583792 | JBLU_MERGER_LIT-01583828 | |
| 149 | JBLU_MERGER_LIT-01649853 | JBLU_MERGER_LIT-01649853 | |
| 150 | JBLU_MERGER_LIT-01649854 | JBLU_MERGER_LIT-01649854 | |
| 151 | JBLU_MERGER_LIT-01649855 | JBLU_MERGER_LIT-01649855 | |
| 152 | JBLU_MERGER_LIT-01649856 | JBLU_MERGER_LIT-01649856 | |
| 153 | JBLU_MERGER_LIT-01649857 | JBLU_MERGER_LIT-01649857 | |
| 154 | JBLU_MERGER_LIT-01649858 | JBLU_MERGER_LIT-01649858 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 155 | JBLU_MERGER_LIT-01649859 | JBLU_MERGER_LIT-01649859 | |
| 156 | JBLU_MERGER_LIT-01649861 | JBLU_MERGER_LIT-01649861 | |
| 157 | JBLU_MERGER_LIT-01649862 | JBLU_MERGER_LIT-01649862 | |
| 158 | JBLU_MERGER_LIT-01649863 | JBLU_MERGER_LIT-01649863 | |
| 159 | JBLU_MERGER_LIT-01649864 | JBLU_MERGER_LIT-01649864 | |
| 160 | JBLU_MERGER_LIT-01649865 | JBLU_MERGER_LIT-01649865 | |
| 161 | JBLU_MERGER_LIT-01649866 | JBLU_MERGER_LIT-01649866 | |
| 162 | JBLU_MERGER_LIT-01649867 | JBLU_MERGER_LIT-01649867 | |
| 163 | JBLU_MERGER_LIT-01649869 | JBLU_MERGER_LIT-01649869 | |
| 164 | JBLU_MERGER_LIT-01649932 | JBLU_MERGER_LIT-01649932 | |
| 165 | JBLU00365607 | JBLU00365643 | |
| 166 | JBLU-DOJ-00012526 | JBLU-DOJ-00012526 | |
| 167 | JBLU-DOJ-00185785 | JBLU-DOJ-00185805 | |
| 168 | JBLU-DOJ-02621370 | JBLU-DOJ-02621372 | |
| 169 | JBLU-DOJ-02630842 | JBLU-DOJ-02630842 | |
| 170 | JBLU-DOJ-02635212 | JBLU-DOJ-02635214 | |
| 171 | JBLU-DOJ-02647965 | JBLU-DOJ-02647965 | |
| 172 | JBLU-DOJ-02728205 | JBLU-DOJ-02728213 | |
| 173 | JBLU-DOJ-05766644 | JBLU-DOJ-05766692 | |
| 174 | JBLU-DOJ-06161106 | JBLU-DOJ-06161158 | |
| 175 | JBLU-DOJ-07038724 | JBLU-DOJ-07038953 | |
| 176 | JBLU-DOJ-10403487 | JBLU-DOJ-10403487 | |
| 177 | JBLU-DOJ-10407994 | JBLU-DOJ-10408012 | |
| 178 | JBLU-DOJ-10476733 | JBLU-DOJ-10476736 | |
| 179 | JBLU-LIT-00820534 | JBLU-LIT-00820542 | |
| 180 | JBLU-LIT-02827597 | JBLU-LIT-02827642 | |
| 181 | JBLU_MERGER_LIT-02736417 | JBLU_MERGER_LIT-02736441 | |
| 182 | JBLU_MERGER_LIT-02736464 | JBLU_MERGER_LIT-02736493 | |
| 183 | JBLU_MERGER_LIT-02737080 | JBLU_MERGER_LIT-02737139 | |
| 184 | JBLU_MERGER_LIT-02737803 | JBLU_MERGER_LIT-02737860 | |
| 185 | JBLU_MERGER_LIT-02738733 | JBLU_MERGER_LIT-02738776 | |
| 186 | JBLU_MERGER_LIT-02732404 | JBLU_MERGER_LIT-02732404 | |
| 187 | JBLU_MERGER_LIT-02732405 | JBLU_MERGER_LIT-02732405 | |
| 188 | AA-NEA-00648734 | AA-NEA-00648734 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 189 | AA-NEA-02468026 | AA-NEA-02468126 | |
| 190 | ALLEGIANT_00009055 | ALLEGIANT_00009072 | |
| 191 | AVELO-DIV-00008 | AVELO-DIV-00015 | |
| 192 | B6NK-CM-00015254 | B6NK-CM-00015256 | (FRONTIER-DIVCID-000037 to -0039) |
| 193 | BC-B6NK-00012909 | BC-B6NK-00012909 | |
| 194 | BREEZE-000001 | BREEZE-000025 | |
| 195 | BREEZE-002541 | BREEZE-002640 | |
| 196 | FRONTIER-CID-000006517 | FRONTIER-CID-000006533 | |
| 197 | GOAA2108 | GOAA2370 | |
| 198 | GOAA2602 | GOAA2602 | |
| 199 | UALIT-00039426 | UALIT-00039426 | |
| 200 | UALIT-00050479 | UALIT-00050479 | |
| 201 | UALIT-00050490 | UALIT-00050490 | |
| 202 | UALIT-00050505 | UALIT-00050505 | |
| 203 | UALIT-00056626 | UALIT-00056626 | |
| 204 | UALIT2-00021712 | UALIT2-00021746 | |
| 205 | JBLU_MERGER_LIT-02740356 | JBLU_MERGER_LIT-02740359 | Exhibit 1 to June 27, 2023 Yealy Deposition |
| 206 | NK-2R-00013262 | NK-2R-00013281 | |
| 207 | NK-2R-03488068 | NK-2R-03488095 | |
| 208 | NK-2R-05074792 | NK-2R-05074810 | |
| 209 | NK-2R-05336747 | NK-2R-05336965 | |
| 210 | NK-2R-06724835 | NK-2R-06724852 | |
| 211 | NK-2R-06923375 | NK-2R-06923376 | |
| 212 | NK-2R-06923371 | NK-2R-06923372 | |
| 213 | NK-2R-06923366 | NK-2R-06923367 | |
| 214 | NK-2R-06923359 | NK-2R-06923359 | |
| 215 | NK-2R-06923355 | NK-2R-06923358 | |
| 216 | NK-2R-06923353 | NK-2R-06923354 | |
| 217 | NK-2R-06822315 | NK-2R-06822320 | |
| 218 | NK-2R-05331312 | NK-2R-05331520 | |
| 219 | NK-2R-05397383 | NK-2R-05397389 | |
| 220 | NK-2R-06923338 | NK-2R-06923345 | |
| 221 | NK-2R-05179207 | NK-2R-05179208 | |
| 222 | NK-2R-06923332 | NK-2R-06923333 | |

| Ex. # | Beginning Bates | End Bates | Additional Information |
|---|---|---|---|
| 223 | NK-2R-06923330 | NK-2R-06923331 | |
| 224 | NK-2R-06904702 | NK-2R-06904755 | |
| 225 | NK-2R-06914141 | NK-2R-06914195 | |
| 226 | JBLU_MERGER_LIT-02740749 | JBLU_MERGER_LIT-02740972 | |
| 227 | JBLU_MERGER_LIT-02740973 | JBLU_MERGER_LIT-02740991 | |
| 228 | JBLU_MERGER_LIT-02740992 | JBLU_MERGER_LIT-02740992 | |
| 229 | JBLU_MERGER_LIT-02741406 | JBLU_MERGER_LIT-02741406 | |
| 230 | JBLU-DOJ-00129236 | JBLU-DOJ-00129239 | |
| 231 | JBLU-DOJ-00130028 | JBLU-DOJ-00130032 | |
| 232 | JBLU-DOJ-01068000 | JBLU-DOJ-01068000 | |
| 233 | JBLU_MERGER_LIT-02741807 | JBLU_MERGER_LIT-02741859 | |
| 234 | B6NK-TX-00021519 | B6NK-TX-00021529 | |
| 235 | NK-MERGERLIT-0003774203 | NK-MERGERLIT-0003774216 | |
| 236 | JBLU_MERGER_LIT-02742192 | JBLU_MERGER_LIT-02742320 | |
| 237 | JBLU_MERGER_LIT-02742435 | JBLU_MERGER_LIT-02742444 | |