UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,  )<br>           Plaintiffs  )<br>                           )<br>v.                                     )<br>                           )<br>JETBLUE AIRWAYS CORPORATION  )<br>and SPIRIT AIRLINES, INC.,  )<br>           Defendants  )  | Civil Action No.:23-cv-10511-WGY |

## NOTICE OF APPEARANCE AS COUNSEL FOR AMICI CURIAE

Please enter my Appearance as attorney for Amici Curiae Transport Workers Union Local 570, AFL-CIO, in the above-captioned matter.

                                                      Respectfully submitted,

                                                      Amici Curiae Transport Workers Union
                                                      Local 570, AFL-CIO

Dated:  October 5, 2023

                                                      By *s/Peter J. Perroni*
                                                          Peter J. Perroni, Esq., BBO # 634716
                                                          Nolan Perroni, P.C.
                                                          73 Princeton St., Suite 306
                                                          No. Chelmsford, MA  01863
                                                          Tel. (978) 454-3800
                                                          peter@nolanperroni.com

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 5th day of October, 2023.

                                                             **/S/ *PETER J. PERRONI***
                                                              Peter J. Perroni, Esq.