# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF
# MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>                              v.<br><br>JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC.<br><br>                              Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

## MOTION FOR PRO HAC VICE ADMISSION FOR KATHLEEN M. PHILLIPS AND HOLLY E. OLIVA-VAN HORSTEN FOR TRANSPORT WORKERS UNION, LOCAL 570, AFL-CIO

The undersigned, counsel for the Transport Workers Union, Local 570, AFL-CIO and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Kathleen M. Phillips and Holly E. Oliva-Van Horsten, counsel for Transport Workers Union, Local 570, AFL-CIO, be granted leave to appear and practice in this Court in the above-referenced case. Certifications by each of the aforenamed attorneys to the information required by Local Rule 83.5.3(e)(3) are filed herewith.

Dated: October 5, 2023                                Respectfully submitted,

                                                                               /s/ Peter J. Perroni
                                                                               Peter J. Perroni, Esquire
                                                                               (BBO No. 634716)
                                                                               Nolan/Perroni, PC
                                                                               73 Princeton Street
                                                                               North Chelmsford, MA 01863
                                                                               Telephone: 978-454-3800
                                                                               Email: peter@nolanperroni.com

## **LOCAL RULE 7.1 CERTIFICATION**

I, Kathleen M. Phillips, hereby certify that I have attempted in good faith to confer to resolve or narrow the issue with counsel for Plaintiff and counsel for Defendants, but I have not obtained a position on consent.

*/s/ Kathleen M. Phillips*

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/ Peter J. Perroni
Peter J. Perroni, Esquire