UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>Defendants. | Civil Action No.: 23-cv-10511-WGY |

**CERTIFICATION OF KATHLEEN M. PHILLIPS
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Kathleen M. Phillips, state as follows:

1. I am a partner with the firm of Phillips, Richard & Rind, P.A., located at 9360 SW 72 Street, Suite 283, Miami, Florida 33173, (305) 412-8322.

2. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of Florida.

4. I am a member in good standing in every jurisdiction in which I am admitted to practice.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts. I declare under penalty of perjury that the foregoing is true and correct.

Dated: September 28, 2023         */s/ Kathleen M. Phillips*