UNITED STATES DISTRICT COURT
OR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

**UNOPPOSED MOTION FOR LEAVE FOR ADMISSIONS *PRO HAC VICE***

Pursuant to Rule 83.5(b) of the Local Rules of the United States District Court for the District of Massachusetts, Andrew T. O'Connor of the law firm Goulston & Storrs PC, a member of the bar of this Court, respectfully moves that Austin J. Riter, Esq., who is a member of the State of Utah Bar, and Jonathan O. Hafen, Esq., who is also a member of the State of Utah Bar, be granted leave to appear and practice in this Court in the above-captioned actions *pro hac vice*. Attached to this Motion as Exhibits A-B are the Certifications signed by the attorneys stating that: (1) they are a member of the bar and in good standing in every jurisdiction where they have been admitted to practice; (2) there are no disciplinary proceedings against them as a member of

the bar in any jurisdiction; and (3) they are familiar with the Local Rules for the United States District Court for the District of Massachusetts.

WHEREFORE, non-party Breeze Aviation Group, Inc., through its counsel, Andrew T. O'Connor and John F. White III, respectfully requests that this Court allow this Motion for Leave For Admissions *Pro Hac Vice* of Austin J. Riter, Esq. and Jonathan O. Hafen, Esq.

Respectfully submitted,

BREEZE AVIATION GROUP, INC.

By its attorneys,

Dated: October 5, 2023

*/s/ John F. White III*
Andrew T. O'Connor (BBO # 664811)
John F. White III (BBO# 706589)
Goulston & Storrs PC
400 Atlantic Avenue
Boston, MA 02110
Telephone: (617) 482-1776
Facsimile: (617) 574-4112
E-mail: aoconnor@goulstonstorrs.com
jwhite@goulstonstorrs.com

## LOCAL RULE 7.1 CERTIFICATION

Pursuant to Local Rule 7.1(a)(2), I hereby certify that on October 3, 2023, Breeze met and conferred in good faith with counsel for the Plaintiffs in Case No. 1:23-cv-10511-WGY, with counsel for the Defendants in Case No. 1:23-cv-10511-WGY and in Case No. 1:23-cv-10678-WGY, and with counsel for the Private Plaintiffs in Case No. 1:23-cv-10678-WGY regarding Breeze's Motion for Leave for Admissions *Pro Hac Vice*. Each of the parties has informed Breeze that they do not oppose Breeze's Motion.

/s/ Austin J. Riter
Austin J. Riter (*pro hac vice pending*)
Jonathan O. Hafen (*pro hac vice pending*)
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
Email: ariter@parrbrown.com
       jhafen@parrbrown.com

*Counsel for Non-Party Breeze Aviation Group, Inc.*

## **CERTIFICATE OF SERVICE**

   I hereby certify that, on October 5, 2023, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

             */s/ John F. White III*
             John F. White III