UNITED STATES DISTRICT COURT
OR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |
| GABRIEL GARAVANIAN, et al.<br><br>*Plaintiffs*,<br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>*Defendants*. | Case No. 1:23-cv-10678-WGY |

**CERTIFICATION FOR ADMISSION TO PRACTICE BEFORE
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF
<u>MASSACHUSETTS PURSUANT TO LOCAL RULE 83.5.3</u>**

I, Austin J. Riter, Esq., certify as follows:

1. I am a partner of the law firm Parr Brown Gee & Loveless, P.C. and maintain my principal office in the firm's Utah office, which is located at 101 South 200 East, Suite 700, Salt Lake City, UT 84111, telephone number (801) 532-7840.

2. I submit this Certification in support of the motion for admission before this Court to represent non-party Breeze Aviation Group, Inc.

1

3. I am an active member in good standing of the bar of the State of Utah, and I am an active member in good standing in every jurisdiction listed below in which I have been admitted:

**State/Circuit Court & Year of Admission**

State of Utah Bar – 2007

United States Court of Appeals for the Tenth Circuit – 2012

4. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

5. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

I certify, under penalty of perjury of the laws of the United States, that the foregoing is true and correct.

Dated: October 4, 2023

Respectfully submitted,

/s/ Austin J. Riter
Austin J. Riter
PARR BROWN GEE & LOVELESS, P.C.
101 South 200 East, Suite 700
Salt Lake City, Utah 84111
Telephone: (801) 532-7840
Fax: (801) 532-7750
Email: ariter@parrbrown.com

*Attorney for Non-Party Breeze Aviation Group, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that, on October 5, 2023, I electronically filed the foregoing with the Clerk's Office using the Court's CM/ECF system, which will send notification of this filing (NEF) to all registered participants, and paper copies will be sent to those indicated as non-registered participants.

                                    */s/ John F. White III*
                                    John F. White III