# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Attorney, Patricia C. Corcoran, in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  October 6, 2023　　　　　By:　/s/ *Patricia C. Corcoran*
　　　　　　　　　　　　　　　　　　Patricia C. Corcoran
　　　　　　　　　　　　　　　　　　Assistant Chief
　　　　　　　　　　　　　　　　　　Transportation, Energy, Agriculture Section
　　　　　　　　　　　　　　　　　　U.S. Department of Justice
　　　　　　　　　　　　　　　　　　Antitrust Division
　　　　　　　　　　　　　　　　　　450 Fifth Street NW, Suite 8000
　　　　　　　　　　　　　　　　　　Washington, DC 20530
　　　　　　　　　　　　　　　　　　Tel: (202) 598-2529
　　　　　　　　　　　　　　　　　　Patricia.Corcoran@usdoj.gov

## CERTIFICATE OF SERVICE

     I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  October 6, 2023                                                /s/ *Patricia C. Corcoran*