UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  October 6, 2023          By:        */s/ Don P. Amlin*
                                              Don P. Amlin
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Antitrust Division
                                              450 Fifth Street NW, Suite 8000
                                              Washington, DC 20530
                                              Tel: (202) 598-8180
                                              Fax: (202) 598-2680
                                              don.amlin@usdoj.gov

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  October 6, 2023                                      */s/ Don P. Amlin*