# APPENDIX A[1]

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| ABI | NK-2R-04529391 | NK-2R-04529395 | Compilation of texts between N. Bartolotta and T. Christie | Spirit moves to redact cell phone numbers in these documents. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. |
| ABJ | NK-2R-04635314 | NK-2R-04635327 | Compilation of texts between B. Schroeter, T. Christie, and M. Klein | Spirit moves to redact cell phone numbers in these documents. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. |
| ADO | NK-2R-06871112 | NK-2R-06871119 | Email from U. Hurley to S. Haralson re Spirit/JB Merger Agreement - Section 5.1 IOC Request for Consent | Spirit moves to redact cell phone numbers in this document. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. |
| AFC | NK-MERGERLIT-0000295011 | NK-MERGERLIT-0000295013 | Email from C. Bole to T. Christie re Airbus Delivery Delays attaching letter to T. Christie | Spirit moves to redact contact details, including personal cell phones, of third parties in this document. | As explained in Section I of the motion, personal phone numbers and other contact information should be redacted in the interest of privacy. |
| AFD | NK-MERGERLIT-0000296040 | NK-MERGERLIT-0000296042 | Email from C. Bole to T. Christie re Airbus Delivery Delays | Spirit moves to redact contact details, including personal cell phones, of third parties in this document. | As explained in Section I of the motion, personal phone numbers and other contact information should be redacted in the interest of privacy. |
| AFR | NK-MERGERLIT-0003131963 | NK-MERGERLIT-0003131967 | Compilation of texts between M. Gardner and T. Christie | Spirit moves to redact cell phone numbers in these documents. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. |
| AYB | JBLU01496192 | JBLU01496216 | Standalone JetBlue slide deck from December 2019 presented to a corporate | JetBlue moves to redact from this 2019 presentation the name of the corporate client as well as pricing information | As explained in Section II.C of the motion, highly sensitive, non-public information related to granular financial data, will harm JetBlue's competitive standing. The |

---

[1] Appendix A identifies the exhibits Defendants were required to review pursuant to the Joint Confidentiality Protocol for Party Documents (Dkt. No. 166) and now move to seal in part, to which Plaintiffs do not object.

| | | | | client, prepared by Barry McMenamin | presented to the client. JetBlue does not move to seal information regarding general services provided to corporate customers. | exhibit contains granular and competitively sensitive financial data broken out by types of routes which if disclosed to competitors would help inform their competitive decision making. |
|---|---|---|---|---|---|---|
| AYC | JBLU01517484 | JBLU01517484 | | August 27, 2020 standalone presentation slide deck titled "JetBlue Update: Robbie Mehoke, Sales Director" | JetBlue moves to redact information related to specific pricing and discount terms provided to a corporate customer as well as the corporate customer's name. | As explained in Section II.B of the motion, specific pricing and discounting terms relevant to the customer if disclosed would harm JetBlue's competitive standing by enabling competitors to target JetBlue's key customers using the information contained in the exhibit. Disclosure of customer names would also allow competitors to target Defendants' customers with knowledge they have gained regarding Defendants' customers and the terms provided to those customers. |
| AXS | JBLU00248381 | JBLU002488428 | | Email thread between Ross Murello, Robert Land, OrlandoSupportCampus, BlueOrientation, J. Bernstein, K. Fontanez, S. Wrzesinkski, and J.B.LodgeReservations related to JetBlue orientation materials. | JetBlue moves to redact limited information regarding proprietary JetBlue tools and future plans pertaining to network, fleet and airport infrastructure. JetBlue does not seek to redact any information that has been made public or is stale. | As explained in Section II.A of the motion, disclosure of plans regarding network growth strategies will harm JetBlue's competitive standing. The exhibit contains commercially sensitive information regarding growth plans which if disclosed to competitors would help inform their competitive decision making. As explained in Section II.D of the motion, disclosure of network planning tools and processes will harm JetBlue's competitive standing. |
| BBN | JBLU-LIT-03446100 | JBLU-LIT-03446111 | | JetBlue Network Planning slide deck, dated March 2021 | JetBlue moves to redact parts of JetBlue's network plan that discuss JetBlue's future fleet strategy in New York and related granular profitability information. JetBlue does not move to seal general discussions of JetBlue's past strategy. | As explained in Section II.A of the motion, highly sensitive, non-public information related to corporate strategy, including those involving potential transactions, will harm JetBlue's competitive standing. This exhibit contains detailed transaction analysis, which if disclosed to competitors would help inform their competitive decision making. |

2

| | | | | | |
|---|---|---|---|---|---|
| BBR | JBLU-LIT-04434165 | JBLU-LIT-04434165 | July 22, 2022 email from Nirav Virani to Jonathan Weiner and Evan Jarashow re: JetBlue GSA FY23 Performance Summary | JetBlue moves to redact the portions of this email containing non-stale competitively sensitive information regarding JetBlue's network growth strategy and bidding tactics, granular financial data related to JetBlue's business with GSA, and JetBlue's pricing strategy with respect to the GSA City Pair Program. | As explained in Sections II.A, II.C, and II.D of the motion, disclosure of highly sensitive, non-public strategic planning documents, granular financial data, and specific pricing terms will harm JetBlue's competitive standing. The exhibit contains detailed bidding tactics and strategies, which if disclosed to competitors would help inform their competitive decision making. |
| BQO | JBLU-LIT-01591316 | JBLU-LIT-01591316 | September 19. 2019 email chain among Jack Massey, Dave Clark, Andrea Russo, and others discussing an update on Project Revere, along with other materials. | JetBlue moves to redact limited information relating to JetBlue's profitability in Boston and network initiatives related to a specific project that was launched in response to one of JetBlue's competitors. JetBlue does not seek to redact any plans that have already been implemented and made public. | As explained in Section II.A of the motion, disclosure of highly sensitive, non-public strategic planning documents, including those relating to initiatives in response to a particular competitor, will harm JetBlue's competitive standing. The exhibit contains detailed corporate strategies, which if disclosed to competitors would help inform their competitive decision making. |
| EX | JBLU00250498 | JBLU00250517 | Email from Dave Clark to Joanna Geraghty, Scott Laurence, Andrew Parker, Andrea Lusso, Evan Jarashow, Jeremy Blechman, BlueInventory&FaresLeadership, Nicholas Alemann, Richard Johns, and Nicholas Han from January 2020 meeting agenda and slides for a general overview meeting. | JetBlue moves to redact portions of the attachment, which contains information regarding JetBlue's internal pricing and inventory tools, processes and strategies. | As explained in Section II.C of the motion, disclosure of granular financial information will harm JetBlue's competitive standing. As explained in Section II.D of the motion, disclosure of pricing tools and processes will harm JetBlue's competitive standing. The exhibit provides detailed accounting of JetBlue's revenue data, which if disclosed to competitors would help inform their competitive decision-making in certain markets. |

| | | | | | |
|---|---|---|---|---|---|
| EY | JBLU00679357 | JBLU00679418 | JetBlue's January 11, 2019 Working Team Meeting presentation related to a specific project launched in response to a competitor's growth in Boston. | JetBlue moves to redact parts of JetBlue's strategic plans and granular financial data. JetBlue does not move to seal general discussions of JetBlue's previously publicly disclosed data. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and strategies and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| HI | JBLU-DOJ-01272257 | JBLU-DOJ-01272257 | August 5, 2021 email from Dave Clark to Robin Hayes re: FLL booking strength. | JetBlue moves to redact from this email thread financial data regarding revenue at certain airports. | As explained in Section II.C of the motion, disclosure of granular financial data will harm JetBlue's competitive standing. The exhibit contains revenue data for certain airports which if disclosed to competitors would help inform their competitive decision making. |
| LT | JBLU-DOJ-04244334 | JBLU-DOJ-04244334 | September 9, 2018 email from Dave Clark to David Fintzen, Juan Gomez Tolk, Marty St. George, and Eric Chen, copying the Blue Commercial & Planning VPs group, Andrew Parker, and Richard Johns, re: Updated IR Day Slides (and Joanna Fare Options 2.0 packet), attaching "IR Day RM Slides September 9 v2.pptx; Project Epcot JG overview 5Sep18 v6.pptx" | JetBlue moves to redact portions of this email containing granular, non-public financial data. | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed, granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| ME | JBLU-DOJ-04342338 | JBLU-DOJ-04342354 | June 8, 2021 standalone presentation titled "Fare Options 2.1." | JetBlue moves to redact from this presentation portions of slides regarding pricing strategy analysis. | As explained in Section II.B of the motion, specific pricing strategies if disclosed would harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |

| | | | | | |
|---|---|---|---|---|---|
| RZ | JBLU-LIT-02113531 | JBLU-LIT-02113591 | September 17, 2021 email chain among Jonathan Weiner, the Blue Inventory & Fares Leadership group, Dave Clark, Jonathan Weiner, Andrea Lusso, Richard Johns, and Scott Laurence, along with an attached slide deck, discussing revenue management and network planning. | JetBlue moves to redact portions of the attachment, which contains information regarding JetBlue's internal pricing and inventory tools, processes, and strategies. | As explained in Sections II.B and II.D of the motion, pricing strategies and pricing planning tools contain confidential JetBlue pricing strategy, which if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed information regarding pricing strategy and pricing planning tools, which if disclosed to competitors would help inform their competitive decision making. |
| RY | JBLU-LIT-01767343 | JBLU00679391 | September 22, 2021 presentation prepared for Monte Ford titled "Revenue Management Team and Network Team Primer." | JetBlue moves to redact portions of the presentation, which contains information regarding JetBlue's proprietary pricing and inventory tools, processes, and strategies. | As explained in Section II.D of the motion, pricing planning tools contain confidential JetBlue pricing strategy, which if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed information regarding pricing planning tools, which if disclosed to competitors would help inform their competitive decision making. |
| ZL | NK-2R-01114010 | NK-2R-01114025 | Email from V. Raman to C. Lacolla re Ancillary Initiatives Deck attaching Ancillary Initiatives Presentation | Spirit moves to redact parts of the presentation discussing revenue initiatives, pricing strategy and granular non-public financial information. | As explained in Section II.B, and Section II.D. of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's competitive standing. As explained in Section II.C of the motion, disclosure of granular financial data will harm Spirit's competitive standing. The exhibit provides detailed information regarding Spirit's pricing strategies and non-public financial information, which if disclosed to competitors would help inform their competitive decision-making. |
| 125 | NK-2R-06923360 | NK-2R-06923365 | Spirit Airlines Minute of the Meeting of the Board of Directors (May 10, 2022) | Spirit moves to redact parts of the document discussing revenue initiatives, pricing strategies and granular non-public financial information. | As explained in Section II.B, and Section II.D. of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's competitive standing. As explained in Section II.C of the motion, disclosure of granular financial data will harm Spirit's competitive standing. The |

|  |  |  |  | exhibit provides detailed information regarding Spirit's pricing strategies and non-public financial information, which if disclosed to competitors would help inform their competitive decision-making. |
|---|---|---|---|---|