**APPENDIX B[1]**

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| CQ | JBLU_MERGER _LIT-00008363 | JBLU_MERGER _LIT-00008363 | March 23, 2023 email among Miguel Velez, Nicolas Alemann, Nicholas Esparza, Kimberly Parker, Paige Geist, and Michael Hillyard, discussing pricing strategy regarding NYC and Florida. | JetBlue moves to redact parts of this email concerning route specific, forward-looking pricing strategy. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| CS | JBLU_MERGER _LIT-00024191 | JBLU_MERGER _LIT-00024194 | February 20, 2023 email thread among Robert Frerich, Jeremy Blechman, Michael Hillyard, and Erang Wei, discussing pricing strategies at Florida airports. | JetBlue moves to redact phone numbers and parts of this email thread concerning specific, forward-looking pricing strategy on specific routes.  JetBlue does not move to seal past pricing data. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| CT | JBLU_MERGER _LIT-00025764 | JBLU_MERGER _LIT-00025767 | March 8, 2023 email among Robert Freich, Erang Wei, Ann Masline, Jeremy Blechman, and Michael Hillyard, discussing pricing strategy at Florida airports. | JetBlue moves to redact phone numbers and parts of this email concerning pricing strategy on specific route strategy. JetBlue does not move to seal past pricing data. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |

[1] Appendix B identifies the exhibits Defendants were required to review pursuant to the Joint Confidentiality Protocol for Party Documents (Dkt. No. 166) and now move to seal in part or in whole for a limited set of exhibits while the parties continue to meet and confer.

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| CV | JBLU_MERGER _LIT-00048414 | JBLU_MERGER _LIT-00048416 | March 23, 2023 email thread among Dave Clark, Jonathan Weiner, Jack Massey, Timothy Cahn, Robin Hayes, and Joanna Geraghty, discussing baggage fee strategies. | JetBlue moves to redact parts of this email thread concerning specific pricing strategy related to checked bag fee strategy, as compared to certain competitors, which could be used by those competitors to their advantage. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and granular non-public financial data from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| CZ | JBLU_MERGER _LIT-00178343 | JBLU_MERGER _LIT-00178344 | February 23, 2023 email thread from Ann Masline to pricing group discussing internal pricing procedures. | JetBlue moves to redact personal phone numbers and parts of this email concerning pricing planning tools and processes that JetBlue uses as part of its pricing operations. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.D of the motion, pricing planning tools contain confidential JetBlue pricing strategy, which if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing planning tools from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| DC | JBLU_MERGER _LIT-00269126 | JBLU_MERGER _LIT-00269127 | December 14, 2022 email thread among Timothy Cahn, Richard Johns, Jonathan Weiner, Jack Massey, and Dave Clark, discussing potential revenue strategies. | JetBlue moves to redact parts of this email concerning specific future plans and strategies regarding revenue analysis. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| DF | JBLU_MERGER _LIT-00312015 | JBLU_MERGER _LIT-00312018 | February 9, 2023 email thread among Andrew Uzenoff, Eric Friedman, Michelle Girkinger, and David Jehn, discussing potential revenue opportunities with Spirit. | JetBlue moves to redact parts of this email thread concerning future plans related to potential specific strategies stemming from the merger, as well as | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future network plans from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | confidential data regarding consumer choice factors. | |
| DJ | JBLU_MERGER _LIT-00597096 | JBLU_MERGER _LIT-00597097 | August 26, 2022 email from Ann Masline to pricing group, Blue Inventory & Fares Leadership group, and Nicholas Mirza, discussing pricing strategies and procedures. | JetBlue moves to redact parts of this email concerning pricing and network planning tools, including a highly confidential "decoder" that JetBlue uses as part of its pricing strategy. | As explained in Section II.D of the motion, pricing planning tools contain confidential JetBlue pricing strategy, which if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed information regarding pricing planning tools, which if disclosed to competitors would help inform their competitive decision making. |
| DO | JBLU_MERGER _LIT-01105498 | JBLU_MERGER _LIT-01105499 | March 20, 2023 email thread among Eric Friedman, Nicholas Han, Andrew Allen, and Jeffrey Schlansky discuss specific strategies related to Combined Network Plan. | JetBlue moves to redact personal phone numbers and parts of this email concerning future plans regarding network growth strategies. JetBlue does not move to seal vague descriptions of the plan. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future network plans from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| DS | JBLU_MERGER _LIT-01175043 | JBLU_MERGER _LIT-01175043 | February 14, 2023 email thread among Claire Roeschke, Ursula Hurley, Joseph King, Dmitry Kopylov, describing future fleet plans. | JetBlue moves to redact parts of this email thread concerning post-merger integration strategy as it pertains to its fleet planning. JetBlue does not plan to seal more vague information about Spirit's assumptions regarding their fleet. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future network plans from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| DT | JBLU_MERGER _LIT-01316980 | JBLU_MERGER _LIT-01316981 | February 28, 2023 email chain among Joseph King, Dave Clark, Tracy Lawlor, and Claire Roeschke discussing fleet strategy. | JetBlue moves to redact portions of this email chain discussing potential future fleet strategy plans as it | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | pertains to potential strategies with Spirit aircraft. | disclosed to competitors would help inform their competitive decision making. |
| DU | JBLU_MERGER _LIT-01401758 | JBLU_MERGER _LIT-01401803 | Asset purchase agreement between JetBlue and Frontier Airlines. | JetBlue moves to redact portions of this exhibit, which contain non-public terms and conditions of its divestiture contract with an uninvolved non-party, which may contain sensitive forward looking details for the non-party. | As explained in Section II.E of the motion, business contracts may contain competitively sensitive information or confidential information of non-parties. The exhibit is a divestiture agreement with a third party, and the disclosure of the terms and conditions of the contract may undermine the uninvolved third-party's interests, or otherwise contain competitively sensitive information. |
| DV | JBLU_MERGER _LIT-01548886 | JBLU_MERGER _LIT-01548927 | Asset purchase agreement between Sunrise Asset Management and JetBlue. | JetBlue moves to redact portions of this exhibit, which contain non-public terms and conditions of its divestiture contract with an uninvolved non-party, which may contain sensitive forward looking details for the non-party. | As explained in Section II.E of the motion, business contracts may contain competitively sensitive information or confidential information of non-parties. The exhibit is a divestiture agreement with a third party, and the disclosure of the terms and conditions of the contract may undermine the uninvolved third-party's interests, or otherwise contain competitively sensitive information. |
| DX | JBLU_MERGER _LIT-01649871 | JBLU_MERGER _LIT-01649880 | May 2023 standalone presentation regarding a new potential focus city. | JetBlue moves to seal this exhibit in its entirety. The presentation relates to future plans regarding network growth, and is highly competitively sensitive. | As explained in Section II.A and II.B of the motion, future plans and strategies and specific pricing strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future network plans and pricing strategy from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |
| DY | JBLU_MERGER _LIT-01649881 | JBLU_MERGER _LIT-01649930 | May 5, 2023 standalone presentation titled "2027 Combined Network Plan." | JetBlue moves to seal this exhibit in its entirety. This presentation discusses in detail future integration and long-range network planning | As explained in Section II.A of the motion, details of the Combined Network Plan if disclosed could harm JetBlue's competitive standing. The exhibit provides integrated, detailed route planning analysis of a future |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | strategy for the combined airline, which, as discussed in Section IIA of this motion, contains highly competitive information.<br><br>The parties agree that this document is highly relevant and are still meeting and conferring regarding the scope of what can be publicly disclosed. | combined network, which if disclosed to competitors would help inform their competitive decision making. |
| EN | JBLU_MERGER _LIT-02713047 | JBLU_MERGER _LIT-02713047 | November 17, 2022 email from Derek Klinka to Ursula Hurley and Dora Habachy, discussing future fleet strategies. | JetBlue moves to redact phone numbers and parts of this email concerning specific post-merger integration fleet strategies. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future network plans, which if disclosed to competitors would help inform their competitive decision making. |
| EB | JBLU_MERGER _LIT-01801317 | JBLU_MERGER _LIT-01801320 | March 2, 2023 email thread among Leticia Lamarque, Dora Habachy, Derek Klinka, Ursula Hurley, Tracy Lawlor, Brandon Nelson, Lisa Reifer, Thomas Canfield, Scott Haralson, and Ted Christie, discussing specific terms related to the merger. | JetBlue moves to redact phone numbers and parts of this email regarding non-relevant business contracts. JetBlue does not move to seal publicly disclosed details about the merger. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Sections II.A and II.E of the motion, future plans and strategies and details of a business contract if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future integration plans and business contract information from earlier this year, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| EM | JBLU_MERGER _LIT-02713027 | JBLU_MERGER _LIT-02713028 | July 2, 2022 email thread among Derek Klinka, Ursula Hurley, Dora Habachy, Brandon Nelson, Christopher Glenn, Derrick Lott, Daniel Litowitz, Thomas Canfield, Millie Hernandez, Simon Gore, Blake Vanier, Matthew Glover, Scott Haralson, Leticia Lamarque, and Yasaman Moazami-Goudarzi, discussing future fleet strategies. | JetBlue moves to redact parts of this email thread concerning post-merger integration fleet strategy. JetBlue does not move to seal vague descriptions of the strategy. | As explained in Sections II.A and II.E of the motion, future plans and strategies and details of a business contract if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future integration plans and business contract information, which if disclosed to competitors would help inform their competitive decision making. |
| FI | JBLU02556093 | JBLU02556103 | Series of text messages between David Neeleman and Robin Hayes from February 2018. | JetBlue moves to redact certain non-public information about contemplated partnerships with other airlines | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  The exhibit contains personal phone numbers, which if disclosed would harm individual privacy interests. |
| FL | JBLU-DOJ-00069879 | JBLU-DOJ-00069885 | January 16, 2020 chat conversation between Michael Hillyard and Daniel McNulty discussing pricing strategies. | JetBlue moves to redact parts of this chat conversation concerning pricing strategies on specific routes. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| FM | JBLU-DOJ-00073661 | JBLU-DOJ-00073671 | October 24, 2019 email thread among Catterina Beltran, Wing-Kay Yuen, Erwin Coffy, Daniel McNulty, and Evan Jarashow, discussing pricing and revenue on specific routes. | JetBlue moves to redact phone numbers and parts of this email thread concerning pricing strategy on specific routes, as well as screenshots of specific internal pricing tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| FU | JBLU-DOJ-00273467 | JBLU-DOJ-00273471 | July 3, 2019 email thread among Evan Jarashow, Richard Johns, Dave Clark, Andrew Parker, and Jonathan Weiner discussing pricing strategy. | JetBlue moves to redact personal phone numbers and parts of this email thread concerning methodologies and assumptions underlying its pricing strategy. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| FW | JBLU-DOJ-00292381 | JBLU-DOJ-00292383 | December 12, 2019 email thread among Dave Clark, Andrea Lusso, Nicholas Han, and Scott Laurence discussing pricing strategy. | JetBlue moves to redact parts of this email thread concerning specific methodologies and assumptions around pricing strategies. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| GB | JBLU-DOJ-00374841 | JBLU-DOJ-00374842 | January 3, 2022 email thread among Dave Clark, Lana Ji, Jayne O'Brien, Justin Thompson, Tracy Lawlor, Steven Kennington II, Scott Laurence, and Greg Stiller discussing competitive strategies. | JetBlue moves to redact personal phone numbers and part of this email concerning pricing strategy, as well as thoughts and impressions of JetBlue's customer base. | As explained in Section I of the motion, personal phone numbers should be redacted to protect individual privacy interests. As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| GC | JBLU-DOJ-00405139 | JBLU-DOJ-00405140 | November 20, 2018 email thread among Andrew Parker, Dave Clark, Erwin Coffy, Jeremy Blechman, Elaine Kuo, Eric Chen, and Richard Johns discussing December specific strategies. | JetBlue moves to redact parts of this email concerning analysis around containing granular financial data, as well as season specific strategies which may be repeatable. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| GG | JBLU-DOJ-00482370 | JBLU-DOJ-00482371 | October 21, 2019 email thread between Scott Laurence and Dave Clark discussing pricing strategy. | JetBlue moves to redact parts of this email thread concerning specific pricing methodologies.  JetBlue does not move to seal vague descriptions of the strategy. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| GI | JBLU-DOJ-00493222 | JBLU-DOJ-00493222 | February 12, 2019 email thread among Dave Clark, Erwin Coffy, Andrew Parker, and Evan Jarashow discussing pricing strategy. | JetBlue moves to redact parts of this email thread concerning specific pricing methodologies which could be repeatable and used advantageously by JetBlue's competitors. | As explained in Section II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| GO | JBLU-DOJ-00548598 | JBLU-DOJ-00548603 | January 30, 2020 email thread among Jonathan Weiner, Dave Clark, Andrew Parker, Evan Jarashow, Jeremy Blechman, Richard Johns, Niklas Sandberg, Elaine Kuo, Uri Schlafrig, and Eric Friedman discussing competitive strategies. | JetBlue moves to redact parts of this email concerning assumptions and methodologies underlying calculations of granular financial data, as it pertains to focus cities. | As explained in Section II.D of the motion, pricing planning tools contain confidential JetBlue pricing strategy, which if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed information regarding pricing planning tools, which if disclosed to competitors would help inform their competitive decision making. |
| GP | JBLU-DOJ-00554709 | JBLU-DOJ-00554753 | January 6, 2020 presentation titled "ULCC Strategy Review." | JetBlue moves to redact portions of this presentation reflecting pricing strategy and granular non-public financial data, specifically related to margins and RASM on particular routes. | As explained in Sections II.B and II.C of the motion, specific pricing strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| HD | JBLU-DOJ-01108044 | JBLU-DOJ-01108047 | August 6 2021 email chain between Greg Stiller and | JetBlue moves to redact personal phone numbers and | As explained in Section II.A of the motion, disclosure of future network plans will harm |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | Eric Friedman discussing financial and capacity data on specific routes. | information from this email thread concerning JetBlue's pricing strategy in certain markets, as well as granular financial data.. | JetBlue's competitive standing.  The exhibit contains commercially sensitive information regarding growth plans which if disclosed to competitors would help inform their competitive decision making. |
| HS | JBLU-DOJ-02531852 | JBLU-DOJ-02531853 | September 30, 2019 email chain between Joanna Geraghty and Robin Hayes discussing comparisons with other airlines. | JetBlue moves to redact personal phone numbers and parts of this email thread that discuss information concerning JetBlue's growth strategy in Latin American markets. JetBlue does not move to seal vague descriptions of the strategy. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.A of the motion, disclosure of highly sensitive, non-public information concerning JetBlue's future corporate strategy will harm JetBlue's competitive standing. |
| HT | JBLU-DOJ-02552625 | JBLU-DOJ-02552627 | January 29, 2020 email chain between Joanna Geraghty and Robin Hayes analyzing past performance. | JetBlue moves to redact parts of the email thread providing internal analysis, thoughts, and impressions of JetBlue's successes and failures of particular strategies, which may underly future strategies. | As explained in Section II.C of the motion, disclosure of granular financial data will harm JetBlue's competitive standing. The exhibit contains commercially sensitive information regarding JetBlue's revenue initiatives which if disclosed to competitors would help inform their competitive decision making. |
| HU | JBLU-DOJ-02572460 | JBLU-DOJ-02572462 | October 19, 2019 email chain among Robin Hayes, Joanna Geraghty, Dave Clark, and Erwin Coffy discussing pricing strategy at specific airports. | JetBlue moves to redact parts of this email thread concerning JetBlue's pricing strategies in certain markets. JetBlue does not move to pricing data that was otherwise public. | As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| HV | JBLU-DOJ-02586644 | JBLU-DOJ-02586645 | February 21, 2022 email from U. Hurley to Dimitry Kopylov forwarding an | JetBlue moves to redact parts of this email thread discussing assumptions underlying JetBlue's future | As explained in Section II.A of the motion, disclosure of forward-looking plans and corporate strategy will harm JetBlue's competitive standing. This exhibit contains |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | email attaching JetBlue's 5 year plan (Feb 2022). | fleet planning, as it pertained to future planning statistics. | commercially sensitive information regarding JetBlue's future fleet planning which if disclosed to competitors would help inform their competitive decision making. |
| HW | JBLU-DOJ-02604781 | JBLU-DOJ-02604783 | February 2, 2022 email chain among Patrick Staudt, Ursula Hurley, and Dimitri Euzebe discussing a future fleet plan. | JetBlue moves to redact parts of this email thread discussing JetBlue's modeling assumptions regarding future fleet planning as it pertained to assumptions underlying its future modeling. | As explained in Section II.A of the motion, disclosure of forward-looking plans and corporate strategy will harm JetBlue's competitive standing. This exhibit contains commercially sensitive information regarding JetBlue's future fleet planning which if disclosed to competitors would help inform their competitive decision making. |
| HX | JBLU-DOJ-02614653 | JBLU-DOJ-02614654 | July 28, 2022 email from Derek Klinka to Ursula Hurley and others at JetBlue discussing leverage metrics. | JetBlue moves to redact personal phone numbers and parts of this email concerning granular financial data related to transaction synergies. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.A of the motion, highly sensitive, non-public information related to corporate strategy, including those involving potential transactions, will harm JetBlue's competitive standing. |
| HY | JBLU-DOJ-02622443 | JBLU-DOJ-02622443 | February 11, 2020 email from Mike Hillyard to Evan Jarashow discussing pricing strategy at specific airports. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategies on particular routes in specific domestic markets. | As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| IA | JBLU-DOJ-02647651 | JBLU-DOJ-02647651 | October 2, 2019 email from Kimberly Parker to Jeremy Blechman discussing pricing strategy at specific airports. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategies on particular routes in specific domestic markets. | As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| ID | JBLU-DOJ-02660788 | JBLU-DOJ-02660791 | November 16, 2019 email chain among Rich Johns, Evan Jarashow, Metodi Lazarov, copying others, discussing pricing strategy at specific airports. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy concerning particular routes in specific domestic markets. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of highly sensitive, non-public information concerning JetBlue's corporate strategy will harm JetBlue's competitive standing. |
| IJ | JBLU-DOJ-02761778 | JBLU-DOJ-02761780 | October 9, 2020 email chain among Catterina Yanez, Jeremy Blechman, Evan Jarashow, copying others discussing pricing strategy on a specific route. | JetBlue moves to redact personal phone numbers and parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy which if disclosed to competitors would help inform their competitive decision making. |
| IK | JBLU-DOJ-02772717 | JBLU-DOJ-02772718 | August 4, 2020 email chain among Michael Hillyard, Trent Hagenbuch, Evan Jarashow and others discussing strategy on a Florida based route. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy which if disclosed to competitors would help inform their competitive decision making. |
| IP | JBLU-DOJ-02783182 | JBLU-DOJ-02783183 | March 29, 2019 email chain among Lukasz Osolkowski, Ana Silva, Evan Jarashow, and Erwin Coffy discussing strategy on a Florida based route. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| IS | JBLU-DOJ-02787426 | JBLU-DOJ-02787430 | March 24, 2020 email chain among Jeremy Blechman, Evan Jarashow, and Catterina Yanez discussing pricing strategy on a Boston based route. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section II.B of the motion, disclosure of pricing strategy will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy which if disclosed to competitors would help inform their competitive decision making. |
| IT | JBLU-DOJ-02788649 | JBLU-DOJ-02788650 | February 4, 2020 email chain between Neil Boneparth and Lukasz Osolkowski, copying Evan Jarashow discussing strategy on a Florida based route. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| IW | JBLU-DOJ-02802318 | JBLU-DOJ-02802320 | May 6, 2019 email from Jeremy Blechman to Jin Xin Lin and Ann Masline, copying Evan Jarashow discussing pricing strategy on a Florida based route. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit contains pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| IY | JBLU-DOJ-02810803 | JBLU-DOJ-02810808 | February 14 2020 email chain among Lukasz Osolkowski, Jeremy Blechman, Evan Jarashow, copying others discussing pricing strategy on specific Florida based routes. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | JetBlue's internal pricing planning tools. | would help inform their competitive decision making. |
| IZ | JBLU-DOJ-02811301 | JBLU-DOJ-02811302 | April 23, 2019 email chain among Erwin Coffy, Lukasz Osolkowski copying Daniel McNulty and Evan Jarashow discussing strategy on specific Florida based routes. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| JE | JBLU-DOJ-02844389 | JBLU-DOJ-02844393 | January 22, 2020 email chain among Catterina Yanez, Evan Jarashow, and others discussing competitive strategy. | JetBlue moves to redact personal phone numbers and parts of this email thread discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| JM | JBLU-DOJ-02870559 | JBLU-DOJ-02870560 | March 2, 2020 email from Matt Dehner to RM distribution groups discussing competitive strategy. | JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes. | As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| JS | JBLU-DOJ-02908256 | JBLU-DOJ-02908256 | July 31, 2019 email from Evan Jarashow to Jeremy Blechman summarizing pricing strategies in various markets. | JetBlue moves to JetBlue moves to redact parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes. | As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---------|-----------|-----------|-------------|---------------------------|--------------------------------------|
| JW | JBLU-DOJ-02938015 | JBLU-DOJ-02938017 | January 14, 2020 email chain among Evan Jarashow, Jeremy Blechman, and Andrew Parker discussing competitive strategy. | JetBlue moves to redact personal phone numbers and parts of this email discussing JetBlue's repeatable pricing strategy on particular domestic routes and containing detail from JetBlue's internal pricing planning tools | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.B of the motion, disclosure of pricing strategies will harm JetBlue's competitive standing. The exhibit provides detailed pricing strategies which if disclosed to competitors would help inform their competitive decision making. |
| JX | JBLU-DOJ-02953551 | JBLU-DOJ-02953555 | February 22, 2019 email from Erwin Coffy to Dave Clark and Andrew Parker analyzing financial data in Latin American markets. | JetBlue moves to redact personal phone numbers and parts of this email discussing competitively sensitive information concerning JetBlue's network growth strategy in specific markets. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.A of the motion, disclosure of highly sensitive, non-public information concerning JetBlue's corporate strategy will harm JetBlue's competitive standing.  This exhibit contains details concerning JetBlue's growth strategy in Leisure markets. |
| JY | JBLU-DOJ-03041353 | JBLU-DOJ-03041359 | August 28, 2020 standalone presentation regarding a particular pricing strategy. | JetBlue moves to redact portions of this presentation containing the underlying assumptions and methodology of its pricing strategy. | As explained in Section II.B of the motion, specific pricing strategies if disclosed would harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| JZ | JBLU-DOJ-03042178 | JBLU-DOJ-03042184 | December 21, 2021 standalone presentation titled "Ancillary Revenue & Future Plans." | JetBlue moves to redact from this presentation portions of a single slide containing granular, forward-looking financial data. | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KH | JBLU-DOJ-03084557 | JBLU-DOJ-03084557 | Jun 14, 2022 standalone spreadsheet titled "New Cost Synergy Build." | JetBlue moves to seal this spreadsheet, which contains highly sensitive forward | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | looking granular financial data, related to both JetBlue and Spirit's forward looking strategies, as well as synergy calculations stemming from such financial data. | detailed granular non-public financial data related to transaction synergies, which if disclosed to competitors would help inform their competitive decision making. |
| KJ | JBLU-DOJ-03084563 | JBLU-DOJ-03084563 | May 4, 2022 standalone spreadsheet titled "Shop fleet plan." | JetBlue moves to seal this spreadsheet, which contains granular financial data related to potential future fleet planning strategies, which competitors could use to project JetBlue's growth strategy. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| KN | JBLU-DOJ-03303838 | JBLU-DOJ-03303840 | February 23, 2022 email chain between Richard Johns and Timothy Cahn concerning ancillary pricing strategies. | JetBlue moves to redact from this email chain a chart containing pricing strategy, personal phone numbers, and granular, forward-looking financial data. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Sections II.B and II.C of the motion, pricing strategy and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy and detailed granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KP | JBLU-DOJ-03402441 | JBLU-DOJ-03402442 | September 23, 2022 email chain among Kimberly Parker, Ann Masline, Nicholas Mirza, the Pricing group, and another group, discussing an internal pricing project. | JetBlue moves to redact portions of this email chain containing pricing strategy and concerning JetBlue's internal pricing tools, including a highly confidential internal decoder. | As explained in Sections II.B of the motion, specific pricing strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| KQ | JBLU-DOJ-03464806 | JBLU-DOJ-03464807 | June 24, 2022 email chain among Robert Berke, Ursula Hurley, Santiago | JetBlue moves to redact portions of this email chain discussing forward looking | As explained in Section I .of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
|  |  |  | Martello, Pete Gianvecchio, Lisa Reifer, Mike Baker, Jonathan Freeman, Derek Klinka, Gary Kirton, Joseph King, Patrick Staudt, and Dmitry Kopylov discussing board materials. | fleet strategy plans and granular, forward-looking financial data. | II.A .of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| KR | JBLU-DOJ-03472584 | JBLU-DOJ-03472585 | May 2, 2022 email from Claire Roeschke to Ursula Hurley, Derek Klinka, Andrea Lusso, and Eric Friedman discussing hypothetical fleet plans. | JetBlue moves to redact portions of this email chain containing granular forward looking fleet data and a personal phone number. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| KR | JBLU-DOJ-03472586 | JBLU-DOJ-03472586 | May 2, 2022 spreadsheet titled "Project Exchange Fleet Rationalization." | JetBlue moves to seal in this spreadsheet, which contains granular, non-public financial data and potential future fleet strategy information. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KS | JBLU-DOJ-03480806 | JBLU-DOJ-03480807 | May 4, 2022 spreadsheet titled "Shop Standalone_5.4.22_proforma." | JetBlue moves to seal in this spreadsheet, which contains granular, non-public financial data related to potential future fleet, cost, and revenue projections.. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| KU | JBLU-DOJ-03483334 | JBLU-DOJ-03483334 | August 1, 2022 email chain among Ursula Hurley, Oronzo Regina, Derek Klinka, Lisa Reifer, Melinda Maher, Joanna Geraghty, and Warren Christie discussing future plans. | JetBlue moves to redact a portion of this email chain containing granular, forward-looking financial data, which underly JetBlue's assumptions on its future strategy. | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed, granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KW | JBLU-DOJ-03486371 | JBLU-DOJ-03486372 | June 24, 2022 email from Claire Roeschke to Ursula Hurley copying Derek Klinka discussing financial projections of the merger. | JetBlue moves to redact portions of this email chain containing granular, forward-looking financial data, underlying its future strategy assumptions and a personal phone number. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed, granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KX | JBLU-DOJ-03487443 | JBLU-DOJ-03487448 | June 24, 2022 email chain among Claire Roeschke, Derek Klinka, and Ursula Hurley discussing potential future plans. | JetBlue moves to redact portions of this email chain containing granular, forward-looking financial data underlying its future strategy assumptions, and a personal phone number. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed, granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| KZ | JBLU-DOJ-03492264 | JBLU-DOJ-03492265 | June 23, 2022 email from Claire Roeschke to Derek Klinka discussing financial projections of the merger. | JetBlue moves to redact portions of this email containing granular, forward-looking financial data underlying its future planning assumptions, and a personal phone number. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed, granular non-public financial data, which if disclosed to competitors |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | | would help inform their competitive decision making. |
| LC | JBLU-DOJ-03633364 | JBLU-DOJ-03633365 | April 28, 2021 email chain among Eric Friedman, Andrea Lusso, and Andrew Uzenoff discussing strategy at Florida airports. | JetBlue moves to redact portions of this email chain discussing future network growth strategies and plan at a particular Florida airport, and containing personal phone numbers. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides future plans regarding network growth strategy, which if disclosed to competitors would help inform their competitive decision making. |
| LL | JBLU-DOJ-04194816 | JBLU-DOJ-04194826 | May 11, 2022 email chain among Pete Gianvecchio, Dave Clark, Andrea Lusso, Robert Berke, Mike Baker, Eric Friedman, Andy Parker, David Jehn, Nicholas Han, Matthew Urbanek, Richard Johns, Jonathan Weiner and Alexander Harris-Hertel discussing potential future plans. | JetBlue moves to redact portions of this email chain discussing JetBlue's assumptions underlying a potential future fleet strategy. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| LO | JBLU-DOJ-04205851 | JBLU-DOJ-04205891 | November 6, 2020 presentation titled "Evolving the JetBlue Story." | JetBlue moves to redact portions of this presentation containing granular, non-public financial data and related to possible repeatable pricing strategy. | As explained in Sections II.B and II.C of the motion, specific pricing strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| LQ | JBLU-DOJ-04212398 | JBLU-DOJ-04212400 | August 22, 2020 email chain among Dave Clark, | JetBlue moves to redact a portion of this email chain | As explained in Section II.B of the motion, specific pricing strategies if disclosed would |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | Steven Kennington, Scott Laurence, Jayne O'Brien, Elizabeth Windram, Don Uselmann, Lana Ji, Jonathan Weiner, Richard Johns, and Dave Clark discussing pricing and revenue strategy. | discussing possible scenarios which could be used as part of JetBlue's pricing strategy. | harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| LV | JBLU-DOJ-04259273 | JBLU-DOJ-04259276 | March 22, 2022 email chain among Andrew Uzenoff, Eric Friedman, James Chung, Jack Massey, and Alexander Harris-Hertel discussing strategy at Florida airports. | JetBlue moves to redact limited portions of this email chain discussing specific future fleet strategy assumptions. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| LW | JBLU-DOJ-04260136 | JBLU-DOJ-04260138 | March 22, 2022 email chain among Andrew Uzenoff, Dave Clark, Eric Friedman, Michael Quiello, Jeffery Hart, Dana Shapir, Kevin Costello, Mike Stine, Lisa Reifer, Andrea Lusso, Jeffrey Goodell, Jack Massey, Andrew Uzenoff, and James Chung discussing strategy at Florida airports. | JetBlue moves to redact a limited portion of this email chain discussing assumptions underlying its network growth strategy, and a personal phone number. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing.  The exhibit provides future plans regarding network growth strategy, which if disclosed to competitors would help inform their competitive decision making. |
| LX | JBLU-DOJ-04260597 | JBLU-DOJ-04260603 | June 5, 2022 email chain among Eric Friedman, Dave Clark, Dave Jehn, Andrea Lusso, Joi Plummer, James Brown, Derek Klinka, Steven Kennington, Lana Ji, Alla Gorelik, and Conor | JetBlue moves to redact a portion of this email chain discussing assumptions underlying revenue synergies stemming from the transaction, the value of a | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed granular non-public financial data regarding revenue synergies, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | McEneaney discussing potential transaction synergies. | potential customer experience premium. | |
| LY | JBLU-DOJ-04265052 | JBLU-DOJ-04265053 | December 11, 2019 email chain among Derek Klinka, Andrea Lusso, Eric Friedman, Daniel Czech, Patrick Staudt, and Claire Roeschke discussing underlying assumptions analyzing synergies. | JetBlue moves to redact a portion of this email chain discussing revenue synergies stemming from the transaction, and personal phone numbers. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed granular non-public financial data regarding revenue synergies, which if disclosed to competitors would help inform their competitive decision making. |
| LZ | JBLU-DOJ-04267338 | JBLU-DOJ-04267340 | May 17, 2021 email chain among Nicholas Han, Eric Friedman, Patrick Staudt, Pete Gianvecchio, Cody Kleiman, and Joseph King discussing modeling assumptions. | JetBlue moves to redact portions of this email chain discussing future fleet strategy and granular, forward-looking financial data. | As explained in Section II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| MB | JBLU-DOJ-04323226 | JBLU-DOJ-04323230 | November 8, 2018 email chain among Erwin Coffy, Andrew Parker, Matthew Dehner, Evan Jarashow, the Blue Inventory & Fares Leadership group, and Theodore Niedermayer discussing specific route results. | JetBlue moves to redact portions of this email chain containing granular, route specific financial data. | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| MX | JBLU-DOJ-05585963 - JBLU-DOJ-05585974, JBLU-DOJ-05585977 - | JBLU-DOJ-05585963 - JBLU-DOJ-05585974, JBLU-DOJ-05585977 - | January 31, 2022 presentation titled "SLT Strategy Offsite - February 2022 - Network." | JetBlue moves to redact portions of this presentation containing future fleet and network growth strategy, in particular specific | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans and future plans regarding network growth strategy, which |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | JBLU-DOJ-05586014 | JBLU-DOJ-05586014 | | considerations for an additional focus city. | if disclosed to competitors would help inform their competitive decision making. |
| NO | JBLU-DOJ-06234833 | JBLU-DOJ-06234879 | November 25, 2019 presentation titled "Quarterly Network Review 4Q 2019." | JetBlue moves to redact from this presentation granular financial data (including margins and profitability) and plans related to network growth. | As explained in Sections II.A and II.C of the motion, disclosure of competitively sensitive business information regarding JetBlue's future plans and granular financial data will harm JetBlue's competitive standing. |
| OH | JBLU-DOJ-07295181 - | JBLU-DOJ-07295261 | August 8, 2022 presentation titled "Quarterly Network Review – Route Planning." | Jet Blue moves to redact parts of the presentation that relate to competitively sensitive future network planning, specific route planning analyses, and operational constraints. | As explained in Section II.A of the motion, disclosure of future network plans will harm JetBlue's competitive standing. The exhibit provides detailed route planning analysis, which if disclosed to competitors would help inform their competitive decision making. |
| OV | JBLU-DOJ-08423511 | JBLU-DOJ-08423511 - JBLU-DOJ-08423563 | March 3, 2022 presentation titled "Quarterly Network Review, Network Planning" | JetBlue moves to redact from this presentation granular financial data (including margins and profitability); network plans; and future fleet plans. | As explained in Section II.A of the motion, disclosure of future network plans will harm JetBlue's competitive standing. The exhibit provides detailed route planning analysis, which if disclosed to competitors would help inform their competitive decision making. |
| OX | JBLU-DOJ-08683658 | JBLU-DOJ-08683658 - JBLU-DOJ-08683681 | February 6, 2020 presentation titled "Board of Directors Meeting, Project Exchange." | JetBlue moves to redact parts of this presentation containing detailed analysis of transaction synergies, including forward looking assumptions that may be strategically sensitive, and granular financial data underlying forward looking plans. | As explained in Sections II.A and II.C of the motion, disclosure of competitively sensitive business information regarding JetBlue's corporate growth strategies will harm JetBlue's competitive standing.  The exhibit contains detailed financial analysis of transaction synergies, as well as granular revenue data. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| PC | JBLU-DOJ-08831244 | JBLU-DOJ-08831244 - JBLU-DOJ-08831267 | February 26, 2021 draft presentation titled "Industry Recovery." | JetBlue moves to redact from this presentation future business planning and strategy, and forward looking granular financial data. | As explained in Section II.C of the motion, disclosure of granular financial data will harm JetBlue's competitive standing. The exhibit contains commercially sensitive information regarding JetBlue's revenue initiatives which if disclosed to competitors would help inform their competitive decision making. |
| PK | JBLU-DOJ-09546821 | JBLU-DOJ-09546821 - JBLU-DOJ-09546887 | June 2022 presentation titled "Organic growth: five year plan." | JetBlue moves to redact from this presentation future business planning and strategy, future network planning, future fleet planning, and granular forward looking financial information. | As explained in Section II.A of the motion, disclosure of future network growth plans will harm JetBlue's competitive standing. The exhibit provides detailed future growth plans and analysis, which if disclosed to competitors would help inform their competitive decision making. |
| PO | JBLU-DOJ-09825709 | JBLU-DOJ-09825818 | December 12, 2019 presentation titled "Board of Directors Meeting" related to the 2020 budget. | JetBlue moves to redact parts of the presentation discussing revenue initiatives and granular financial information. | As explained in Section II.C of the motion, disclosure of granular financial data will harm JetBlue's competitive standing. The exhibit contains commercially sensitive information regarding JetBlue's revenue initiatives which if disclosed to competitors would help inform their competitive decision making. |
| QO | JBLU-DOJ-10840850 | JBLU-DOJ-10840850 - JBLU-DOJ-10840850 | May 2022 model of the transactions with divestitures. | JetBlue moves to seal this spreadsheet containing granular non-public financial data, future plans regarding network growth strategies, growth initiatives, and post-merger integration strategy. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future network plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| QY | JBLU-DOJ-10973090 | JBLU-DOJ-10973123 | September 2022 SLT Offsite presentation. | JetBlue moves to redact portions of this presentation containing granular non- | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---------|-----------|-----------|-------------|----------------------------|--------------------------------------|
| | | | public financial data, future plans regarding network growth strategy, and post-merger integration strategy. | | competitive standing.  The exhibit provides detailed future network plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| RF | JBLU-DOJ-11401258 | JBLU-DOJ-11401260 | Fleet Rationalization Model. | JetBlue moves to seal this spreadsheet.  The spreadsheet contains granular non-public financial data and future fleet strategy. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed future network plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| RO | JBLU-DOJ-11851381 | JBLU-DOJ-11851405 | June 2, 2022 email thread among Allison Burr, Claire Roeschke, Derek Klinka, JJ Mulwanda, Meghna Gorrela, Lisa Reifer, GS-Exchange-WG group, GS-Exchange-FG-WG group, Dora Habachy, Sidney Djite, David Schmidt, Radha Tilton, Sarah Michelson, Stephanie Charles, Charles Brockett, Chris Bonner, Gregory Lee, Jordan McCallum, Paolo Battaglia, Karen Giles, Jay Johnston, Mark Kushemba, Will Storrs, Diana Leung, Bill Brenton, Daniel Melaugh, Justin Javaherian, Silvia Montagna, Emily Buchanan, Brian Leblanc, and Mikael Nabati | JetBlue moves to redact phone numbers and portions of this email thread containing forward looking, granular non-public financial data, as well as discussion of revenue and cost strategy, based on potentially repeatable financial situations. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy.  As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | discussing project exchange financing. | | |
| SA / 180 | JBLU-LIT-02827598 | JBLU-LIT-02827642 | April 25, 2017 presentation titled "JetBlue Quarterly Network Review." | JetBlue moves to redact portions of this presentation regarding granular profitability information, granular margin information, and future network planning in Boston, Florida, New York, and the Transcontinental market. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and strategies and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| SD | JBLU-LIT-03882198 | JBLU-LIT-03882346 | Email from Steven Kennington II to Scott Laurence and Tracy Lawlor concerning a slide deck titled: "Review June Offsite Materials"; contains one attachment: JetBlue Board of Directors – Strategic Offsite - Evolution to a Travel Company – Competitive Assessment Primer. | JetBlue moves to redact from this 2021 presentation corporate strategy and future planning information regarding expanding offered services. JetBlue further moves to redact granular financial information. JetBlue does not move to seal historic or current market information. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and strategies and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| SG | JBLU-LIT-04405031 | JBLU-LIT-04405206 | February 2022 standalone JetBlue slide deck titled "Board of Directors Meeting." | JetBlue moves to redact from this board presentation granular financial data (including margins and profitability); future plans related to network, infrastructure, and fleet plans; and draft board resolutions. | As explained in Section I of the motion, personal phone numbers and personal email addresses should be redacted in the interest of privacy. As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future plans and strategies and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| XF | NK-2R-00001245 | NK-2R-00001356 | Spirit Board of Directors Meeting (August 2021) | Spirit moves to redact from this attachment granular non-public information regarding future fleet planning, non-public granular financial data and information regarding non-relevant business contracts. | As explained in Sections II.A, II.C and II.E of the motion, future plans and strategies, non-public financial data and details of business contracts if disclosed could harm Spirit's competitive standing.  The exhibit provides detailed granular information about future fleet plans, revenue initiatives and business contract information which if disclosed to competitors would help inform their competitive decision making. |
| XH | NK-2R-00007072 | NK-2R-00007087 | Email from N. Bartolotta to P. Pastrana attaching 2H 2021 New Markets PowerPoint | Spirit moves to redact portions of this presentation containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| XI | NK-2R-00009499 | NK-2R-00009511 | Presentation re Network Plan | Spirit moves to redact portions of this presentation containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| XU | NK-2R-00460719 | NK-2R-00460734 | Email from M. Klein to T. Christie re Fwd: October BOD meeting: network slides attaching BOD October 2021 Network Presentation | Spirit moves to redact portions of this presentation containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| YG | NK-2R-00739576 | NK-2R-00739580 | Email from J. Kirby to M. Klein re FW: Gates | Spirit moves to redact portions of this presentation | As explained in Section II.A of the motion, disclosure of future network plans will harm |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | attaching Facility 2021; Copy of Leasehold cheat sheet 7.13.2021 with utilization requirements spreadsheet | containing future network planning initiatives. | Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| AAE | NK-2R-02437557 | NK-2R-02437558 | Email from J. Kirby to N. Bartolotta re Five year plan priorities attaching Five year plan priorities.docx | Spirit moves to redact portions of this email and attachment containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network strategy, plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| AAF | NK-2R-02449920 | NK-2R-02449921 | Email from J. Kirby to N. Bartolotta re Five year plan priorities attaching Five year plan priorities.docx | Spirit moves to redact portions of this attachment containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network strategy, plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| AAG | NK-2R-02461987 | NK-2R-02462046 | Email from B. Haag to J. Kirby re FYP Deck attaching Five Year Plan: Spirit Presentation Titled: 2021 Update | Spirit moves to redact portions of this presentation containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network strategy, plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| AAO | NK-2R-02496893 | NK-2R-02496900 | Email from M. Glover to J. Kirby et al re Network Planning BH Summary - Airbus Delays attaching Network Planning BH Summary - Airbus Delays Presentation | Spirit moves to redact portions of this presentation containing information about future fleet planning and operational strategy. | As explained in Sections II.A and II.C of the motion, future plans and strategies if disclosed could harm Spirit's competitive standing. The exhibit provides detailed future fleet and operational plans, which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| ACK | NK-2R-05824445 | NK-2R-05824449 | Email from J. Kirby to J. Pang re Don't open until Monday | Spirit moves to redact portions of this email containing granular non-public data regarding network planning strategy. | As explained in Section II.A of the motion, disclosure of future network growth strategy will harm Spirit's competitive standing. The exhibit includes granular non-public data relevant to Spirit's network plans, which if disclosed to competitors would help inform their competitive decision making. |
| ACN | NK-2R-05869727 | NK-2R-05869881 | Email from J. Young to airportacess@dot.gov re Spirit Airlines Proposal to Operate 16 Peak-Hour Runway Timings at Newark attaching Spirit Proposal for 16 EWR Peak Runway Timings (Final with Exhibits).pdf; Exhibit 1 _NK Appendix A - EWR Schedule Request Form Spreadsheet | Spirit moves to redact portions of this attachment containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network strategy, plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| ADH | NK-2R-06846969 | NK-2R-06846973 | Email from N. Bartolotta to J. Kirby re Some stats on Florida flying | Spirit moves to redact portions of this email chain reflecting network planning strategy. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes information relevant to Spirit's network planning strategy, which if disclosed to competitors would help inform their competitive decision making. |
| AEY | NK-MERGERLIT-0000168876 | NK-MERGERLIT-0000168951 | Email from D. Gabel to R. Wiggins re BOD Presentation attaching 12.9.22 BOD Presentation | Spirit moves to redact from this attachment information regarding operational and capex planning, non-public granular financial data regarding revenues and profitability and information | As explained in Sections II.A, II.C and II.E of the motion, future plans and strategies, non-public financial data and details of business contracts if disclosed could harm Spirit's competitive standing.  The exhibit provides information which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | regarding non-relevant business contracts. | |
| AFB | NK-MERGERLIT-0000289798 | NK-MERGERLIT-0000289800 | Email from M. Hernandez to S. Haralson RE: Fleet plan.msg; Spirit 2022-2027 Aircraft Fleet Plan (Yr_Qtr) as of 10-21-2022 (Confidential).pdf | Spirit moves to redact from this attachment granular non-public information regarding future fleet planning. | As explained in Sections II.A of the motion, future plans and strategies if disclosed could harm Spirit's competitive standing.  The exhibit provides detailed granular information about future operational plans, which if disclosed to competitors would help inform their competitive decision making. |
| AFG | NK-MERGERLIT-0000348946 | NK-MERGERLIT-0000348956 | Email to A. Finelli re Pricing Tech Project Updates attaching Mismatch Report & F9 Trend Graph Presentation; Connect Market Optimization Presentation | Spirit moves to redact portions of this presentation that contains information regarding Spirit's pricing strategies,  tools, and processes. | As explained in Section II.B and Section II.D of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's competitive standing.  The exhibit provides detailed information regarding Spirit's pricing strategies and initiatives, which if disclosed to competitors would help inform their competitive decision making. |
| AFH | NK-MERGERLIT-0000445665 | NK-MERGERLIT-0000445669 | Email from T. Ranaldi to J. Blava De Azevedo re FW: Spirit 2023-2024 Fleet Delivery Schedule attaching Spirit 2023-2027 Aircraft Fleet Plan (Yr_Qtr) as of 01-17-2023 (Confidential); Spirit 2023-2027 Aircraft Fleet Plan (Yr_Qtr) as of 01-17-2023 (Confidential) (Delay Assump 2024-2025) Spreadsheet | Spirit moves to redact from these attachments granular non-public information regarding future fleet planning. | As explained in Sections II.A of the motion, future plans and strategies if disclosed could harm Spirit's competitive standing.  The exhibit provides detailed granular information about future operational plans, which if disclosed to competitors would help inform their competitive decision making. |
| AFM | NK-MERGERLIT-0001485831 | NK-MERGERLIT-0001485860 | Pricing at Spirit Airlines Presentation June 7th 2022 | Spirit moves to redact portions of this presentation that contains information | As explained in Section II.B and Section II.D of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | regarding Spirit's pricing strategies, tools and processes. | competitive standing.  The exhibit provides detailed information regarding Spirit's pricing strategies, which if disclosed to competitors would help inform their competitive decision making. |
| AFS | NK-MERGERLIT-0003152219 | NK-MERGERLIT-0003152240 | Spirit Five Year Network Plan 2024-2028 Presentation | Spirit moves to redact portions of this attachment containing future network planning initiatives. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network strategy, plans and opportunities, which if disclosed to competitors would help inform their competitive decision making. |
| AGV | NK-MERGERLIT-0003774221 | NK-MERGERLIT-0003774293 | Spirit Airlines Board of Directors Meeting (May 2023) | Spirit moves to redact parts of the presentation discussing future network planning initiatives, pricing initiatives, granular non-public financial information and forecasts, and pricing strategy. | As explained in Section II.A of the motion, disclosure of future network plans and pricing initiatives will harm Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, and revenue initiatives which if disclosed to competitors would help inform their competitive decision making. As explained in Section II.B of the motion, disclosure of pricing strategies will harm Spirit's competitive standing.  The exhibit provides detailed information regarding Spirit's pricing strategies, which if disclosed to competitors would help inform their competitive decision making. As explained in Section II.C of the motion, disclosure of non-public financial information will harm Spirit's competitive standing.  The exhibit provides detailed information including regarding revenues and profitability which if disclosed to competitors would help inform their competitive decision making. |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---------|-----------|-----------|-------------|----------------------------|--------------------------------------|
| | | | | | |
| AIN | JBLU-DOJ-08572948 | JBLU-DOJ-08572948 | July 7, 2022 email chain among Claire Roeschke, Dora Habachy, Derek Klinka, and Ursula Hurley discussing potential Spirit fleet plan. | JetBlue moves to redact portions of this email chain discussing Spirit Airlines' future fleet strategy and containing personal phone numbers. | As explained in Section I of the motion, personal phone numbers should be redacted in the interest of privacy. As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| AIN | JBLU-DOJ-08572949 | JBLU-DOJ-08572950 | Treasury Fleet Plan document for Spirit Airlines as of January 11, 2022. | JetBlue moves to seal this chart in its entirety. This chart may reflect Spirit Airlines' future fleet strategy in granular detail. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans, which if disclosed to competitors would help inform their competitive decision making. |
| AWO | JBLU_MERGER_LIT-01218218 | JBLU_MERGER_LIT-01218270 | February 10, 2023 standalone presentation titled "Revenue Management." | JetBlue moves to redact portions of this presentation involving granular financial data underlying its pricing strategy and screenshots of internal JetBlue pricing tools, including its highly confidential decoder.  JetBlue does not seek to seal pricing information that is otherwise vague or public. | As explained in Section II.B of the motion, specific pricing strategies if disclosed would harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, which if disclosed to competitors would help inform their competitive decision making. |
| BAC | JBLU-DOJ-09730045 | JBLU-DOJ-09730065 | July 22, 2022 training presentation titled "Pricing 101." | JetBlue moves to redact portions of this presentation that contains information regarding JetBlue's pricing and inventory tools, processes and strategies. | As explained in Section II.D of the motion, disclosure of pricing tools and processes will harm JetBlue's competitive standing. The exhibit provides detailed information concerning pricing tools and processes which if |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | | disclosed to competitors would help inform their competitive decision making. |
| BAV | JBLU-DOJ-10760862 | JBLU-DOJ-10760900 | October 23, 2017 presentation titled "Henri Special Committee Discussion." | JetBlue moves to redact parts of this presentation regarding JetBlue's corporate strategy and granular financial data concerning a potential acquisition transaction, including considerations of a transaction with an unrelated non-party. | As explained in Sections II.A and II.C of the motion, disclosure of competitively sensitive business information regarding JetBlue's corporate growth strategies will harm JetBlue's competitive standing. The exhibit contains detailed financial analysis of potential growth transactions and strategies which if disclosed to competitors would help inform their competitive decision making. |
| BBB | JBLU-DOJ-11062736 | JBLU-DOJ-11062782 | December 12, 2019 Project Exchange Board of Directors Meeting presentation; November 18, 2019 Project Exchange Board of Directors Meeting presentation; September 19, 2019 Industry Landscape Discussion presentation. | JetBlue moves to redact portions of this presentation containing financial data and synergies of the transaction and future plans regarding network growth strategy and potential transactions with other airlines. | As explained in Sections II.A and II.C of the motion, future plans and strategies and financial data if disclosed could harm JetBlue's competitive standing. The exhibit provides detailed future network plans and granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| BIV | NK-2R-06905355 | NK-2R-06905422 | Spirit Airlines Board of Directors Meeting (August 2020) | Spirit moves to redact portions of this presentation regarding the terms of non-relevant potential business contracts with non-parties. | As explained in Section II.E of the motion, details of a business contract if disclosed could harm Spirit's competitive standing. The exhibit provides detailed information regarding business contracts. |
| BIY | NK-2R-06904852 | NK-2R-06904929 | Spirit Airlines Board of Directors Meeting (March 2021) | Spirit moves to redact portions of this presentation containing future network planning initiatives and forecasts and non-public financial data related to fleet planning. Spirit moves to | As explained in Section II.A of the motion, disclosure of future network growth and other plans will harm Spirit's competitive standing. As explained in Section II.C of the motion, disclosure of non-public financial information will harm Spirit's competitive standing. The exhibit includes detailed future network plans |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | redact portions of this presentation regarding non-relevant potential business contracts with non-parties. | and opportunities, and forecasts related to fleet planning which if disclosed to competitors would help inform their competitive decision making.  As explained in Section II.E of the motion, details of a business contract if disclosed could harm Spirit's competitive standing. |
| BRK; AEO | NK-2R-07001680 | NK-2R-07001691 | Email from R. Weiner to A. Finelli re Connect Market Optimization with attached Connect Pricing Optimization Presentation | Spirit moves to redact portions of this presentation that contains information regarding Spirit's proprietary pricing tools, processes and strategies. | As explained in Section II.B and Section II.D of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's competitive standing.  The exhibit provides detailed information regarding Spirit's pricing strategies and processes, which if disclosed to competitors would help inform their competitive decision making in certain markets. |
| BQQ | JBLU-LIT-04400989 | JBLU-LIT-04401038 | March 21, 2022 Board of Directors Project Exchange Meeting presentation. | JetBlue moves to redact portions of this presentation containing granular financial data and synergies of the transaction, as well as details of potential future network strategies. | As explained in Section II.C of the motion, financial data if disclosed could harm JetBlue's competitive standing.  The exhibit provides detailed granular non-public financial data, which if disclosed to competitors would help inform their competitive decision making. |
| 30 | JBLU-DOJ-04330894 | JBLU-DOJ-04330916 | November 5, 2018 standalone training presentation titled "Pricing 101." | JetBlue moves to redact portions of this presentation containing screenshots of JetBlue's internal pricing tools and processes. | As explained in Section II.D of the motion, disclosure of pricing tools and processes will harm JetBlue's competitive standing. The exhibit provides detailed information concerning pricing tools and processes, which if disclosed to competitors would help inform their competitive decision making. |
| 153 | JBLU_MERGER _LIT-01649857 | JBLU_MERGER _LIT-01649857 | April 20, 2023 standalone spreadsheet titled "Elasticities Analysis v3." | JetBlue moves to seal this spreadsheet, which contains price elasticity data and calculations relating to the highly-sensitive future | As explained in Section II.B of the motion, specific pricing strategies if disclosed would harm JetBlue's competitive standing. The exhibit provides detailed pricing strategy, |

| Ex. No. | Beg. Bates | End Bates | Description | Defendants' Motion to Seal | Defendants' Basis For Motion To Seal |
|---|---|---|---|---|---|
| | | | | combined network plan, which JetBlue developed for strategic analysis. | which if disclosed to competitors would help inform their competitive decision making. |
| 174 | JBLU-DOJ-06161107 | JBLU-DOJ-06161158 | March 1, 2022 Quarterly Network Review presentation for Q1 2022. | JetBlue moves to redact portions of this presentation containing future fleet and network growth strategy, including granular information of strategy at specific airports and routes. | As explained in Section II.A of the motion, future plans and strategies if disclosed could harm JetBlue's competitive standing. The exhibit provides future fleet plans and future plans regarding network growth strategy, which if disclosed to competitors would help inform their competitive decision making. |
| 207 | NK-2R-03488068 | NK-2R-03488095 | Spirit Deck re Introduction to Revenue Management | Spirit moves to redact portions of this presentation that contains information regarding Spirit's proprietary pricing tools, processes and strategies. | As explained in Section II.B and Section II.D of the motion, disclosure of pricing strategies, tools and processes will harm Spirit's competitive standing.  The exhibit provides detailed information regarding Spirit's pricing strategies, which if disclosed to competitors would help inform their competitive decision making. |
| 225 | NK-2R-06914141 | | Spirit Airlines Board of Directors Meeting (October 2022) | Spirit moves to redact parts of the presentation discussing future network planning initiatives, and granular non-public revenue information. | As explained in Section II.A of the motion, disclosure of future network plans will harm Spirit's competitive standing. The exhibit includes detailed future network plans and opportunities, which if disclosed to competitors would help inform their competitive decision making.<br><br>As explained in Section II.C of the motion, disclosure of non-public financial information will harm Spirit's competitive standing.  The exhibit provides detailed information regarding Spirit's revenues and pricing, which if disclosed to competitors would help inform their competitive decision making. |