**APPENDIX C[1]**

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| AZT | JBLU-DOJ-07255532 | JBLU-DOJ-07255587 |
| BPV | JBLU-DOJ-00274728 | JBLU-DOJ-00274729 |
| CU | JBLU_MERGER_LIT-00027997 | JBLU_MERGER_LIT-00028003 |
| DE | JBLU_MERGER_LIT-00274103 | JBLU_MERGER_LIT-00274103 |
| DH | JBLU_MERGER_LIT-00523974 | JBLU_MERGER_LIT-00523974 |
| DM | JBLU_MERGER_LIT-00937339 | JBLU_MERGER_LIT-00937339 - JBLU_MERGER_LIT-00937368 |
| DN | JBLU_MERGER_LIT-00943364 | JBLU_MERGER_LIT-00943364 |
| DN | JBLU_MERGER_LIT-00943360 | JBLU_MERGER_LIT-00943360 |
| DN | JBLU_MERGER_LIT-00943368 | JBLU_MERGER_LIT-00943368 |
| DP | JBLU_MERGER_LIT-01112906 | JBLU_MERGER_LIT-01112907 |
| EA | JBLU_MERGER_LIT-01799335 | JBLU_MERGER_LIT-01799336 |
| EG | JBLU_MERGER_LIT-02285872 | JBLU_MERGER_LIT-02285874 |
| LA | JBLU-DOJ-03562427 | JBLU-DOJ-03562436 |
| ET | JBLU-DOJ-03310989 | JBLU-DOJ-03310990 |
| FN | JBLU-DOJ-00074275 | JBLU-DOJ-00074277 |
| FT | JBLU-DOJ-00253215 | JBLU-DOJ-00253215 |
| FV | JBLU-DOJ-00279911 | JBLU-DOJ-00279912 |
| FZ | JBLU-DOJ-00341679 | JBLU-DOJ-00341680 |
| GH | JBLU-DOJ-00483420 | JBLU-DOJ-00483421 |
| GJ | JBLU-DOJ-00496383 | JBLU-DOJ-00496386 |
| GT | JBLU-DOJ-00852846 | JBLU-DOJ-00852848 |
| GY | JBLU-DOJ-01012979 | JBLU-DOJ-01012981 |
| HA | JBLU-DOJ-01026713 | JBLU-DOJ-01026715 |
| HC | JBLU-DOJ-01067190 | JBLU-DOJ-01067193 |
| HH | JBLU-DOJ-01191686 | JBLU-DOJ-01191686 |
| HP | JBLU-DOJ-02491751 | JBLU-DOJ-02491754 |
| HZ | JBLU-DOJ-02642804 | JBLU-DOJ-02642805 |
| IE | JBLU-DOJ-02664834 | JBLU-DOJ-02664835 |
| IU | JBLU-DOJ-02790050 | JBLU-DOJ-02790051 |
| IX | JBLU-DOJ-02809064 | JBLU-DOJ-02809064 |

[1] Appendix C identifies exhibits from the parties' exhibit lists that the Defendants have reviewed pursuant to the Joint Confidentiality Protocol for Party Documents (Dkt. No 166) that, based on a good faith effort, the parties do not believe will require sealing either in part or in whole from the public record at trial.

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| JC | JBLU-DOJ-02833003 | JBLU-DOJ-02833005 |
| JJ | JBLU-DOJ-02861172 | JBLU-DOJ-02861173 |
| JT | JBLU-DOJ-02924496 | JBLU-DOJ-02924508 |
| LG | JBLU-DOJ-04157702 | JBLU-DOJ-04157702 |
| KT | JBLU-DOJ-03482462 | JBLU-DOJ-03482463 |
| LB | JBLU-DOJ-03587295 | JBLU-DOJ-03587295 |
| LN | JBLU-DOJ-04201573 | JBLU-DOJ-04201574 |
| LR | JBLU-DOJ-04219657 | JBLU-DOJ-04219674 |
| MD | JBLU-DOJ-04327201 | JBLU-DOJ-04327201 |
| MF | JBLU-DOJ-04618550 | JBLU-DOJ-04618551 |
| XH | NK-2R-00007072 | NK-2R-00007072 |
| XX | NK-2R-00507559 | NK-2R-00507559 |
| YJ | NK-2R-00754156 | NK-2R-00754162 |
| YJ | NK-2R-00754163 | NK-2R-00754170 |
| YJ | NK-2R-00754171 | NK-2R-00754172 |
| YN | NK-2R-00810187 | NK-2R-00810191 |
| ZN | NK-2R-01201435 | NK-2R-01201439 |
| AAB | NK-2R-02238657 | NK-2R-02238657 |
| AAI | NK-2R-02464312 | NK-2R-02464328 |
| AAI | NK-2R-02464352 | NK-2R-02464371 |
| AAI | NK-2R-02464372 | NK-2R-02464390 |
| AAO | NK-2R-02496893 | NK-2R-02496893 |
| AAW | NK-2R-03286591 | NK-2R-03286591 |
| ABR | NK-2R-05258468 | NK-2R-05258470 |
| ABV | NK-2R-05327708 | NK-2R-05327709 |
| ABV | NK-2R-05327710 | NK-2R-05327711 |
| ACM | NK-2R-05864091 | NK-2R-05864094 |
| ADE | NK-2R-06786552 | NK-2R-06786552-0008 |
| ADM | NK-2R-06862930 | NK-2R-06862942 |
| ADU | NK-2R-06878553 | NK-2R-06878553 |
| ADU | NK-2R-06878554 | NK-2R-06878554-0001 |
| ADU | NK-2R-06878555 | NK-2R-06878555-0008 |
| ADX | NK-2R-06904596 | NK-2R-06904600 |
| AGD | NK-MERGERLIT-0003383452 | NK-MERGERLIT-0003383453 |
| AGG | NK-MERGERLIT-0003419242 | NK-MERGERLIT-0003419244 |
| AIS | NK-2R-05875546 | NK-2R-05875553 |
| 136 | Alaska Air Group, Inc. 2022 Form 10-K | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| ATR | Alaska Air Group, Inc. Q1 2022 Earnings Call Transcript | |
| ATS | Alaska Air Group, Inc. Q1 2023 Earnings Call Transcript | |
| ATT | Alaska Air Group, Inc. Q2 2022 Earnings Call Transcript | |
| ATU | Alaska Air Group, Inc. Q2 2023 Earnings Call Transcript | |
| ATV | Alaska Air Group, Inc. Q3 2022 Earnings Call Transcript | |
| ATW | Alaska Air Group, Inc. Q4 2022 Earnings Call Transcript | |
| ATX | Alaska Air Group, Inc. Q2 2023 Form 10-Q | |
| 70 | Allegiant Travel Company 2022 Form 10-K | |
| ATY | Allegiant Travel Company Q1 2022 Earnings Call Transcript | |
| ATZ | Allegiant Travel Company Q1 2023 Earnings Call Transcript | |
| AUA | Allegiant Travel Company Q2 2022 Earnings Call Transcript | |
| AUB | Allegiant Travel Company Q2 2023 Earnings Call Transcript | |
| AUC | Allegiant Travel Company Q3 2022 Earnings Call Transcript | |
| AUD | Allegiant Travel Company Q4 2022 Earnings Call Transcript | |
| 137 | Allegiant Travel Company Q2 2023 Form 10-Q | |
| 47 | American Airlines Group Inc. 2022 Form 10-K | |
| AUE | American Airlines Group Inc. Q1 2022 Earnings Call Transcript | |
| AUF | American Airlines Group Inc. Q1 2023 Earnings Call Transcript | |
| AUG | American Airlines Group Inc. Q2 2022 Earnings Call Transcript | |
| AUH | American Airlines Group Inc. Q2 2023 Earnings Call Transcript | |
| AUI | American Airlines Group Inc. Q3 2022 Earnings Call Transcript | |
| AUJ | American Airlines Group Inc. Q4 2022 Earnings Call Transcript | |
| AUK | American Airlines Group Inc. Q2 2023 Form 10-Q | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| AUL | ATPCO: The Foundation of Modern Retailing (accessed July 26, 2023), https://www.atpco.net/sites/atpco-public/files/all_pdfs/press-kit-atpco.pdf | |
| 48 | Delta Air Lines, Inc. 2022 Form 10-K | |
| AUQ | Delta Air Lines, Inc. Q1 2022 Earnings Call Transcript | |
| AUR | Delta Air Lines, Inc. Q1 2023 Earnings Call Transcript | |
| AUS | Delta Air Lines, Inc. Q2 2022 Earnings Call Transcript | |
| AUT | Delta Air Lines, Inc. Q2 2023 Earnings Call Transcript | |
| AUU | Delta Air Lines, Inc. Q3 2022 Earnings Call Transcript | |
| AUV | Delta Air Lines, Inc. Q4 2022 Earnings Call Transcript | |
| 138 | Delta Air Lines, Inc. Q2 2023 Form 10-Q | |
| AUW | DOJ-NEA-00001302 | DOJ-NEA-00001304 |
| AUX | DOJ-NEA-00002620 | DOJ-NEA-00002624 |
| AUZ | FAA Slot Administration Data: "Summer 2022 LGA holder totals and Summer 2022 LGA operator totals," US Department of Transportation | |
| 138 | Frontier Group Holdings, Inc. 2022 Form 10-K | |
| AVA | Frontier Group Holdings, Inc. Q1 2022 Earnings Call Transcript | |
| AVB | Frontier Group Holdings, Inc. Q1 2023 Earnings Call Transcript | |
| AVC | Frontier Group Holdings, Inc. Q2 2022 Earnings Call Transcript | |
| AVD | Frontier Group Holdings, Inc. Q2 2023 Earnings Call Transcript | |
| AVE | Frontier Group Holdings, Inc. Q3 2022 Earnings Call Transcript | |
| AVF | Frontier Group Holdings, Inc. Q4 2022 Earnings Call Transcript | |
| 71 | Frontier Group Holdings, Inc. Q2 2023 Form 10-Q | |
| AVG | G. Steven Olley and Robert Town, "End of and Era: The American Airlines-US Airways Merger," in The Antitrust Revolution, 7th Edition, ed. John E. Kwoka, Jr. and Lawrence J. White (New York: Oxford University press, 2019), Case 19 | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| AVI | GSA FY 2024 All Carrier Awards, available at https://www.gsa.gov/travel/plan-book/transportation-airfare-pov-etc/airfare-rates-city-pair-program | |
| 140 | Hawaiian Holdings, Inc. 2022 Form 10-K | |
| AVM | Hawaiian Holdings, Inc. Q1 2022 Earnings Call Transcript | |
| AVN | Hawaiian Holdings, Inc. Q1 2023 Earnings Call Transcript | |
| AVO | Hawaiian Holdings, Inc. Q2 2022 Earnings Call Transcript | |
| AVP | Hawaiian Holdings, Inc. Q2 2023 Earnings Call Transcript | |
| AVQ | Hawaiian Holdings, Inc. Q3 2022 Earnings Call Transcript | |
| AVR | Hawaiian Holdings, Inc. Q4 2022 Earnings Call Transcript | |
| 141 | Hawaiian Holdings, Inc. Q2 2023 Form 10-Q | |
| AVS | JetBlue Customer Bill of Rights, available at https://www.jetblue.com/customer-assurance/customer-bill-of-rights | |
| AWU | JBLU_MERGER_LIT-01428267 | JBLU_MERGER_LIT-01428267 |
| AYS | JBLU-DOJ-01045588 | JBLU-DOJ-01045590 |
| AYU | JBLU-DOJ-02521161 | JBLU-DOJ-02521162 |
| AYV | JBLU-DOJ-02534300 | JBLU-DOJ-02534301 |
| AYW | JBLU-DOJ-02536565 | JBLU-DOJ-02536567 |
| AZR | JBLU-DOJ-07130853 | JBLU-DOJ-07130854 |
| AZT | JBLU-DOJ-07255530 | JBLU-DOJ-07255531 |
| 180 | JBLU-LIT-02827597 | JBLU-LIT-02827597 |
| BBO | JBLU-LIT-03513235 | JBLU-LIT-03513235 |
| BBP | JBLU-LIT-03874404 | JBLU-LIT-03874407 |
| 59 | JetBlue Airways Corporation 2022 Form 10-K | |
| BBS | JetBlue Airways Corporation Q1 2022 Earnings Call Transcript | |
| TQ | JetBlue Airways Corporation Q1 2023 Earnings Call Transcript | |
| TY | JetBlue Airways Corporation Q2 2022 Earnings Call Transcript | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| TP | JetBlue Airways Corporation Q2 2023 Earnings Call Transcript | |
| TW | JetBlue Airways Corporation Q3 2022 Earnings Call Transcript | |
| TU | JetBlue Airways Corporation Q4 2022 Earnings Call Transcript | |
| 75 | JetBlue Airways Corporation Q2 2023 Form 10-Q | |
| BCC | Press Release:  North American Airline Passenger Satisfaction Declines: Here's Why That's Good News, Says J.D. Power, J.D. Power (May 11, 2022), https://www.jdpower.com/business/press-releases/2022-north-america-airline-satisfaction-study | |
| 69 | Southwest Airlines Co. 2022 Form 10-K | |
| BCD | Southwest Airlines Co. Q1 2022 Earnings Call Transcript | |
| BCE | Southwest Airlines Co. Q1 2023 Earnings Call Transcript | |
| BCF | Southwest Airlines Co. Q2 2022 Earnings Call Transcript | |
| BCG | Southwest Airlines Co. Q2 2023 Earnings Call Transcript | |
| BCH | Southwest Airlines Co. Q3 2022 Earnings Call Transcript | |
| BCI | Southwest Airlines Co. Q4 2022 Earnings Call Transcript | |
| 183 | Southwest Airlines Co. Q2 2023 Form 10-Q | |
| 39 | Spirit Airlines, Inc. 2022 Form 10-K | |
| SK | Spirit Airlines, Inc. Q1 2022 Earnings Call Transcript | |
| TH | Spirit Airlines, Inc. Q1 2023 Earnings Call Transcript | |
| TX | Spirit Airlines, Inc. Q2 2022 Earnings Call Transcript | |
| TZ | Spirit Airlines, Inc. Q2 2023 Earnings Call Transcript | |
| TV | Spirit Airlines, Inc. Q3 2022 Earnings Call Transcript | |
| TT | Spirit Airlines, Inc. Q4 2022 Earnings Call Transcript | |
| 73 | Spirit Airlines, Inc. Q2 2023 Form 10-Q | |
| 72 | Sun Country Airlines Holdings, Inc. 2022 Form 10-K | |
| BDI | Sun Country Airlines Holdings, Inc. Q1 2022 Earnings Call Transcript | |
| BDJ | Sun Country Airlines Holdings, Inc. Q1 2023 Earnings Call Transcript | |
| BDK | Sun Country Airlines Holdings, Inc. Q2 2022 Earnings Call Transcript | |
| BDL | Sun Country Airlines Holdings, Inc. Q2 2023 Earnings Call Transcript | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| BDM | Sun Country Airlines Holdings, Inc. Q3 2022 Earnings Call Transcript | |
| BDN | Sun Country Airlines Holdings, Inc. Q4 2022 Earnings Call Transcript | |
| 184 | Sun Country Airlines Holdings, Inc. Q2 2023 Form 10-Q | |
| BDO | Syndicated Benchmark Study Dates and Details, J.D. Power (July 20, 2023), https://hub.jdpower.com/travel-hospitality-intelligence-syndicated-study-dates?__hstc=247542680.071ec68ece6d1bc86ca70952eb5bb574.1690898508378.1690898508378.1690898508378.1&__hssc=247542680.4.1690898508378&__hsfp=2180945085 | |
| 49 | United Airlines 2022 Form 10-K | |
| BDP | United Airlines Q1 2022 Earnings Call Transcript | |
| BDQ | United Airlines Q1 2023 Earnings Call Transcript | |
| BDR | United Airlines Q2 2022 Earnings Call Transcript | |
| BDS | United Airlines Q2 2023 Earnings Call Transcript | |
| BDT | United Airlines Q3 2022 Earnings Call Transcript | |
| BDU | United Airlines Q4 2022 Earnings Call Transcript | |
| 185 | United Airlines Q2 2023 Form 10-Q | |
| BDV | US Bureau of Transportation Statistics, "Air Carriers: T-100 Segment (All Carriers)" | |
| BDW | US Bureau of Transportation Statistics. "Airline Origin and Destination Survey (DB1B)" | |
| BHU | NK-2R-06776512 | NK-2R-06776516 |
| ADA | NK-2R-06726655 | NK-2R-06726656 |
| BIA | NK-2R-04164067 | NK-2R-04164068 |
| BIB | NK-2R-05082173 | NK-2R-05082175 |
| BIG | NK-2R-05856106 | NK-2R-05856107 |
| BIH | NK-2R-01099520 | NK-2R-01099524 |
| BII | NK-MERGERLIT-0003366359 | NK-MERGERLIT-0003366360 |
| BII | NK-MERGERLIT-0003366361 | NK-MERGERLIT-0003366363 |
| BII | NK-MERGERLIT-0003366364 | NK-MERGERLIT-0003366364 |
| AGA | NK-MERGERLIT-0003350870 | NK-MERGERLIT-0003350870 |
| AGA | NK-MERGERLIT-0003350871 | NK-MERGERLIT-0003350871 |
| AGA | NK-MERGERLIT-0003350872 | NK-MERGERLIT-0003350872 |
| BIK | NK-2R-05845444 | NK-2R-05845444 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| BIN | NK-2R-05302077 | NK-2R-05302078 |
| BIO | NK-2R-06775251 | NK-2R-06775254 |
| BIR | NK-2R-05845685 | NK-2R-05845685 |
| BIS | NK-2R-01437320 | NK-2R-01437320 |
| BIT | NK-2R-02432464 | NK-2R-02432464 |
| BIU | NK-2R-06776088 | NK-2R-06776088 |
| BIX | NK-2R-05062532 | NK-2R-05062532 |
| 208 | NK-2R-05074792 | NK-2R-05074792 |
| BJB | NK-2R-06697740 | NK-2R-06697740 |
| 209 | NK-2R-05336747 | NK-2R-05336851 |
| 124 | NK-2R-06725920 | NK-2R-06725920 |
| 124 | NK-2R-06725921 | NK-2R-06725921 |
| 124 | NK-2R-06725922 | NK-2R-06725926 |
| 124 | NK-2R-06725927 | NK-2R-06726023 |
| BJL | NK-2R-06785993 | NK-2R-06785997 |
| 219 | NK-2R-05397383 | NK-2R-05397389 |
| 221 | NK-2R-05179207 | NK-2R-05179207 |
| ADQ | NK-2R-06872683 | NK-2R-06872683 |
| ADQ | NK-2R-06872684 | NK-2R-06872690 |
| AFT | NK-MERGERLIT-0003283921 | NK-MERGERLIT-0003283941 |
| AWB | JBLU-DOJ-02534302 | JBLU-DOJ-02534302 |
| AWB | JBLU-DOJ-02534303 | JBLU-DOJ-02534303 |
| AWB | JBLU-DOJ-02534304 | JBLU-DOJ-02534304 |
| BRJ | NK-2R-06871876 | NK-2R-06871876-0005 |
| BRK | NK-2R-07001679 | NK-2R-07001679 |
| CR | JBLU_MERGER_LIT-00016580 | JBLU_MERGER_LIT-00016580 |
| CW | JBLU_MERGER_LIT-00089661 | JBLU_MERGER_LIT-00089661 |
| CX | JBLU_MERGER_LIT-00142573 | JBLU_MERGER_LIT-00142573 |
| DD | JBLU_MERGER_LIT-00273731 | JBLU_MERGER_LIT-00273731 |
| DK | JBLU_MERGER_LIT-00820821 | JBLU_MERGER_LIT-00820821 |
| DL | JBLU_MERGER_LIT-00911576 | JBLU_MERGER_LIT-00911576 |
| DL | JBLU_MERGER_LIT-00911612 | JBLU_MERGER_LIT-00911612 |
| DL | JBLU_MERGER_LIT-00911578 | JBLU_MERGER_LIT-00911578 |
| DL | JBLU_MERGER_LIT-00911574 | JBLU_MERGER_LIT-00911574 |
| DL | JBLU_MERGER_LIT-00911610 | JBLU_MERGER_LIT-00911610 |
| DL | JBLU_MERGER_LIT-00911572 | JBLU_MERGER_LIT-00911572 |
| DN | JBLU_MERGER_LIT-00943369 | JBLU_MERGER_LIT-00943370 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| DN | JBLU_MERGER_LIT-00943356 | JBLU_MERGER_LIT-00943356 |
| DN | JBLU_MERGER_LIT-00943371 | JBLU_MERGER_LIT-00943372 |
| DN | JBLU_MERGER_LIT-00943366 | JBLU_MERGER_LIT-00943366 |
| DN | JBLU_MERGER_LIT-00943358 | JBLU_MERGER_LIT-00943358 |
| DN | JBLU_MERGER_LIT-00943362 | JBLU_MERGER_LIT-00943362 |
| DN | JBLU_MERGER_LIT-00943354 | JBLU_MERGER_LIT-00943354 |
| DN | JBLU_MERGER_LIT-00943352 | JBLU_MERGER_LIT-00943352 |
| DQ | JBLU_MERGER_LIT-01155959 | JBLU_MERGER_LIT-01155959 |
| 24 | JBLU_MERGER_LIT-01575858 | JBLU_MERGER_LIT-01575989 |
| DW | JBLU_MERGER_LIT-01613884 | JBLU_MERGER_LIT-01613907 |
| EC | JBLU_MERGER_LIT-01806670 | JBLU_MERGER_LIT-01806670 |
| EK | JBLU_MERGER_LIT-02710806 | JBLU_MERGER_LIT-02710809 |
| EK | JBLU_MERGER_LIT-02710810 | JBLU_MERGER_LIT-02710811 |
| ES | JBLU_MERGER_LIT-02718312 | JBLU_MERGER_LIT-02718331 |
| ES | JBLU_MERGER_LIT-02718332 | JBLU_MERGER_LIT-02718332 |
| FC | JBLU00949988 | JBLU00949988 |
| FK | JBLU-DOJ-00019414 | JBLU-DOJ-00019415 |
| FP | JBLU-DOJ-00124566 | JBLU-DOJ-00124566 |
| GK | JBLU-DOJ-00500139 | JBLU-DOJ-00500139 |
| HO | JBLU-DOJ-02434218 | JBLU-DOJ-02434220 |
| IG | JBLU-DOJ-02701193 | JBLU-DOJ-02701193 |
| IH | JBLU-DOJ-02744662 | JBLU-DOJ-02744662 |
| JD | JBLU-DOJ-02844141 | JBLU-DOJ-02844142 |
| JV | JBLU-DOJ-02925628 | JBLU-DOJ-02925629 |
| LH | JBLU-DOJ-04179532 | JBLU-DOJ-04179532 |
| LJ | JBLU-DOJ-04189368 | JBLU-DOJ-04189369 |
| LR | JBLU-DOJ-04219657 | JBLU-DOJ-04219657 |
| LR/AZK | JBLU-DOJ-04219657 | JBLU-DOJ-04219657 |
| MA | JBLU-DOJ-04267864 | JBLU-DOJ-04267864 |
| MC | JBLU-DOJ-04324753 | JBLU-DOJ-04324753 |
| MI | JBLU-DOJ-04906063 | JBLU-DOJ-04906063 |
| MI | JBLU-DOJ-04906070 | JBLU-DOJ-04906070 |
| MI | JBLU-DOJ-04906060 | JBLU-DOJ-04906060 |
| MI | JBLU-DOJ-04906072 | JBLU-DOJ-04906072 |
| MI | JBLU-DOJ-04906068 | JBLU-DOJ-04906068 |
| MI | JBLU-DOJ-04906071 | JBLU-DOJ-04906071 |
| MI | JBLU-DOJ-04906061 | JBLU-DOJ-04906061 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| MK | JBLU-DOJ-04953928 | JBLU-DOJ-04953928 |
| MK | JBLU-DOJ-04954013 | JBLU-DOJ-04954013 |
| MK | JBLU-DOJ-04953953 | JBLU-DOJ-04953953 |
| MK | JBLU-DOJ-04953998 | JBLU-DOJ-04953998 |
| MK | JBLU-DOJ-04953933 | JBLU-DOJ-04953933 |
| MN | JBLU-DOJ-05258135 | JBLU-DOJ-05258135 |
| MN | JBLU-DOJ-05258137 | JBLU-DOJ-05258137 |
| MN | JBLU-DOJ-05258142 | JBLU-DOJ-05258142 |
| MN | JBLU-DOJ-05258143 | JBLU-DOJ-05258143 |
| MN | JBLU-DOJ-05258146 | JBLU-DOJ-05258146 |
| MQ | JBLU-DOJ-05275388 | JBLU-DOJ-05275388 |
| MQ | JBLU-DOJ-05275390 | JBLU-DOJ-05275390 |
| MQ | JBLU-DOJ-05275392 | JBLU-DOJ-05275392 |
| MQ | JBLU-DOJ-05275393 | JBLU-DOJ-05275393 |
| MQ | JBLU-DOJ-05275396 | JBLU-DOJ-05275396 |
| MQ | JBLU-DOJ-05275420 | JBLU-DOJ-05275420 |
| MQ | JBLU-DOJ-05275423 | JBLU-DOJ-05275423 |
| MQ | JBLU-DOJ-05275426 | JBLU-DOJ-05275426 |
| MQ | JBLU-DOJ-05275427 | JBLU-DOJ-05275427 |
| MQ | JBLU-DOJ-05275429 | JBLU-DOJ-05275429 |
| MQ | JBLU-DOJ-05275439 | JBLU-DOJ-05275439 |
| MQ | JBLU-DOJ-05275459 | JBLU-DOJ-05275459 |
| MQ | JBLU-DOJ-05275460 | JBLU-DOJ-05275460 |
| MQ | JBLU-DOJ-05275461 | JBLU-DOJ-05275461 |
| MS | JBLU-DOJ-05305857 | JBLU-DOJ-05305857 |
| MU | JBLU-DOJ-05313779 | JBLU-DOJ-05313779 |
| MU | JBLU-DOJ-05313781 | JBLU-DOJ-05313781 |
| MU | JBLU-DOJ-05313782 | JBLU-DOJ-05313782 |
| MU | JBLU-DOJ-05313783 | JBLU-DOJ-05313783 |
| MU | JBLU-DOJ-05313784 | JBLU-DOJ-05313784 |
| NJ | JBLU-DOJ-06159364 | JBLU-DOJ-06159364 |
| NN | JBLU-DOJ-06199719 | JBLU-DOJ-06199721 |
| NP | JBLU-DOJ-06254228 | JBLU-DOJ-06254228 |
| OF | JBLU-DOJ-07221705 | JBLU-DOJ-07221705 |
| OF | JBLU-DOJ-07221706 | JBLU-DOJ-07221728 |
| OO | JBLU-DOJ-07481232 | JBLU-DOJ-07481232 |
| OW | JBLU-DOJ-08558838 | JBLU-DOJ-08558838 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| OW | JBLU-DOJ-08558839 | JBLU-DOJ-08558867 |
| PF | JBLU-DOJ-08914740 | JBLU-DOJ-08914740 |
| PF | JBLU-DOJ-08914743 | JBLU-DOJ-08914743 |
| PF | JBLU-DOJ-08914699 | JBLU-DOJ-08914700 |
| QQ | JBLU-DOJ-10898201 | JBLU-DOJ-10898213 |
| RJ | JBLU-DOJ-11489132 | JBLU-DOJ-11489132 |
| RJ | JBLU-DOJ-11489134 | JBLU-DOJ-11489134 |
| RJ | JBLU-DOJ-11489136 | JBLU-DOJ-11489136 |
| RJ | JBLU-DOJ-11489128 | JBLU-DOJ-11489128 |
| RJ | JBLU-DOJ-11489127 | JBLU-DOJ-11489127 |
| RJ | JBLU-DOJ-11489133 | JBLU-DOJ-11489133 |
| RJ | JBLU-DOJ-11489135 | JBLU-DOJ-11489135 |
| RK | JBLU-DOJ-11504450 | JBLU-DOJ-11504450 |
| RK | JBLU-DOJ-11504455 | JBLU-DOJ-11504455 |
| RK | JBLU-DOJ-11504457 | JBLU-DOJ-11504457 |
| RK | JBLU-DOJ-11504470 | JBLU-DOJ-11504470 |
| RK | JBLU-DOJ-11504458 | JBLU-DOJ-11504458 |
| RK | JBLU-DOJ-11504468 | JBLU-DOJ-11504468 |
| RK | JBLU-DOJ-11504456 | JBLU-DOJ-11504456 |
| RK | JBLU-DOJ-11504451 | JBLU-DOJ-11504451 |
| RK | JBLU-DOJ-11504459 | JBLU-DOJ-11504459 |
| RK | JBLU-DOJ-11504469 | JBLU-DOJ-11504469 |
| RK | JBLU-DOJ-11504454 | JBLU-DOJ-11504454 |
| RK | JBLU-DOJ-11504447 | JBLU-DOJ-11504447 |
| RK | JBLU-DOJ-11504452 | JBLU-DOJ-11504452 |
| RK | JBLU-DOJ-11504453 | JBLU-DOJ-11504453 |
| RK | JBLU-DOJ-11504448 | JBLU-DOJ-11504448 |
| RK | JBLU-DOJ-11504449 | JBLU-DOJ-11504449 |
| RP | JBLU-DOJ-11861513 | JBLU-DOJ-11861513 |
| RP | JBLU-DOJ-11861495 | JBLU-DOJ-11861495 |
| RP | JBLU-DOJ-11861496 | JBLU-DOJ-11861496 |
| RP | JBLU-DOJ-11861522 | JBLU-DOJ-11861522 |
| RP | JBLU-DOJ-11861514 | JBLU-DOJ-11861514 |
| RP | JBLU-DOJ-11861507 | JBLU-DOJ-11861507 |
| RP | JBLU-DOJ-11861515 | JBLU-DOJ-11861515 |
| RP | JBLU-DOJ-11861497 | JBLU-DOJ-11861497 |
| RP | JBLU-DOJ-11861508 | JBLU-DOJ-11861508 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| RP | JBLU-DOJ-11861517 | JBLU-DOJ-11861517 |
| RP | JBLU-DOJ-11861519 | JBLU-DOJ-11861519 |
| RP | JBLU-DOJ-11861512 | JBLU-DOJ-11861512 |
| RP | JBLU-DOJ-11861521 | JBLU-DOJ-11861521 |
| RP | JBLU-DOJ-11861516 | JBLU-DOJ-11861516 |
| RP | JBLU-DOJ-11861509 | JBLU-DOJ-11861509 |
| RP | JBLU-DOJ-11861518 | JBLU-DOJ-11861518 |
| RP | JBLU-DOJ-11861504 | JBLU-DOJ-11861504 |
| RP | JBLU-DOJ-11861511 | JBLU-DOJ-11861511 |
| RP | JBLU-DOJ-11861520 | JBLU-DOJ-11861520 |
| RP | JBLU-DOJ-11861505 | JBLU-DOJ-11861505 |
| RP | JBLU-DOJ-11861510 | JBLU-DOJ-11861510 |
| RP | JBLU-DOJ-11861506 | JBLU-DOJ-11861506 |
| RV | JBLU-DOJ-11966368 | JBLU-DOJ-11966368 |
| SE | JBLU-LIT-04305098 | JBLU-LIT-04305098 |
| SE | JBLU-LIT-04305098 | JBLU-LIT-04305105 |
| SK | Spirit Airlines First Quarter 2022 Earnings Call Transcript, May 5, 2022 | |
| 35 | JetBlue Airways Investor Presentation, July 28, 2022 | NA |
| SL | Spirit Airlines Earnings Call Transcript, May 5, 2022 | |
| 37 | Press Release, JetBlue and Spirit will continue to advance plan to create compelling national low-fare challenger to the dominant U.S. carriers (3/07/2023) | NA |
| SM | Complaint of Spirit Airlines, Inc. For Investigation of the Joint Venture Agreements announced by American Airlines and JetBlue Before The Department of Transportation, Washington, D.C., January 7, 2021 | |
| SN | Final Order, United States v. Airline Tariff Publishing Company et. al., Civil Action No. 92-2854 SSH (D.D.C., August 10, 1994) | NA |
| 38 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-Reiterates-Support-for-Merger-with-Frontier-Airlines/default.aspx, "Spirit Airlines Board of Directors Reiterates Support for Merger with Frontier Airlines", dated 5/2/2022 | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| SO | Spirit Airlines, Inc., SEC Filing Schedule 14A, Amendment 19, "Ted Christie "Mad Money" Interview Transcript 6.28.22", dated 6/29/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/e5df36f9-4b18-4877-9658-2e788c94c5af.html | |
| SP | Audio recording of Spirit Airlines First Quarter 2022 Earnings Call, May 5, 2022 | |
| SQ | Audio recording of Spirit Airlines Special Call Transcript, May 23, 2022 | |
| 39 | 2022 SEC form 10-K, Spirit Airlines, Inc. dated 2/26/2023 | |
| ST | CNBC News Release, "Squawk Box" Transcript, https://www.cnbc.com/2022/05/19/cnbc-exclusive-cnbc-excerpts-spirit-airlines-ceo-ted-christie-speaks-with-cnbcs-squawk-box-today.html, dated May 19, 2022 | |
| SU | Yahoo Finance Live Transcript, https://news.yahoo.com/spirit-airlines-ceo-jetblue-posturing-151314851.html, dated June 29, 2022 | |
| SV | CNBC News Release, "Power Lunch" Transcript, https://www.cnbc.com/2022/05/16/cnbc-exclusive-cnbc-transcript-spirit-airlines-ceo-ted-christie-speaks-with-cnbcs-phil-lebeau-on-power-lunch-today.html, dated May 16, 2022 | |
| SX | S&P Global Market Intelligence document titled "Spirit Airlines, Inc. NYSE:SAVE Special Call" from May 23, 2022 | |
| SY | Federal Aviation Administration Webpage titled https://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/systemops/perf_analysis/slot_administration/slot_administration_schedule_facilitation/level-2-airports, "Slot Administration - U.S. Level 2 Airports" | NA |
| TB | Spirit Airlines, Inc. SEC Schedule 14A, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/291f978d-04c3-4eff-bd20-b2877fad5003.html, Letter from H. McIntrye Gardner to shareholders, dated 6/2/2022 | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| TD | Spirit Airlines, Inc.  SEC 425 Filing, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/4e135f88-5716-4258-b978-3fc05fbb5068.html, Presentation "Spirit + Fronter: Creating America's Most Competitive Ultra-Low Fare Airline" dated 5/25/2022 | |
| TE | Spirit Airlines, Inc.  SEC 425 Filing, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/07b80d01-dd92-4e4d-a0c3-70f0064a252d.html, "Spirit Airlines - Discussion of Board of Directors' Decision to Reject JetBlue Unsolicited Tender Offer", dated 5/23/2022 | |
| TF | Spirit Airlines, Inc., SEC 425 Filing,https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/b2241a86-818c-41ea-bbc9-d3b48d3a96a3.html, Presentation "Creating America's Most Compeititve Ultra-Low Fare Airline" dated 5/23/2022 | |
| TH | Spirit Airlines First Quarter 2023 Earnings Call Transcript, April 27, 2023 | |
| TJ | Audio recording of Spirit Airlines First Quarter 2023 Earnings Call, April 27, 2023 | |
| TP | JetBlue Airways Second Quarter 2023 Earnings Call Transcript, August 1, 2023 | NA |
| 43 | JetBlue Airways Second Quarter 2023 Earnings Call Presentation, August 1, 2023 | NA |
| TQ | JetBlue Airways First Quarter 2023 Earnings Call Transcript, April 25, 2023 | NA |
| TR | Spirit Airlines JP Morgan Industrials Conference Transcript, March 14, 2023 | |
| TS | Spirit Airlines JP Morgan Industrials Conference Presentation, March 14, 2023 | |
| TT | Spirit Airlines Fourth Quarter 2022 Earnings Call Transcript, February 7, 2023 | |
| TU | JetBlue Airways Fourth Quarter 2022 Earnings Call Transcript, January 26, 2023 | NA |
| TV | Spirit Airlines Third Quarter 2022 Earnings Call Transcript, October 27, 2022 | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| TW | JetBlue Airways Third Quarter 2022 Earnings Call Transcript, October 25, 2022 | NA |
| TX | Spirit Airlines Second Quarter 2022 Earnings Call Transcript, August 10, 2022 | |
| TY | JetBlue Airways Second Quarter 2022 Earnings Call Transcript, August 2, 2022 | NA |
| TZ | Spirit Airlines Second Quarter 2023 Earnings Call Transcript, August 3, 2023 | |
| 44 | Spirit Document titled "Agreement and Plan of Merger among JetBlue Airways Corporation, Sundown Acquisition Corp. and Spirit Airlines,Inc. Dated as of July 28, 2022" | |
| 45 | Spirit Press Release,"Spirit Airlines Adds a Batch of New Boston Flights this Summer," April 25, 2023 | |
| 46 | Spirit Press Release, "Spirit Airlines Launches its Puerto Rico Expansion, Adding Nonstop Flights Stretching to Texas and the Midwest," May 5, 2023 | |
| UC | Transport Workers Union of America, AFL-CIO Letter dated February 23, 2023, available at https://www.twu.org/wp-content/uploads/2023/02/TWU-Jetblue-letter-2.23.2023.pdf | NA |
| UE | National Air Carrier Association Webpage and Presentation titled "Ultra Low-Cost Carriers (ULCCs) Innovation, Low Prices, and Sustainability" (Christie LIT Depo. Ex. 2) | |
| UF | SEC Schedule 14A Definitive Additional Materials filed by Spirit Airlines, June 21, 2022 | |
| UG | Federal Aviation Administration Webpage titled "Slot Administration - Slot Definition," https://www.faa.gov/about/office_org/headquarters_offic es/ato/service_units/systemops/perf_analysis/slot_admini stration/slot_definition | NA |
| 50 | 2013 SEC form 10-K, JetBlue Airways Corporation dated 2/19/2014 | NA |
| 51 | 2014 SEC form 10-K, JetBlue Airways Corporation dated 2/12/2015 | NA |
| 52 | 2015 SEC form 10-K, JetBlue Airways Corporation dated 2/17/2016 | NA |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| 53 | 2016 SEC form 10-K, JetBlue Airways Corporation dated 2/17/2017 | NA |
| 54 | 2017 SEC form 10-K, JetBlue Airways Corporation dated 2/16/2018 | NA |
| 55 | 2018 SEC form 10-K, JetBlue Airways Corporation dated 2/21/2019 | NA |
| 56 | 2019 SEC form 10-K, JetBlue Airways Corporation dated 2/18/2020 | NA |
| 57 | 2020 SEC form 10-K, JetBlue Airways Corporation dated 3/2/2021 | NA |
| 58 | 2021 SEC form 10-K, JetBlue Airways Corporation dated 2/22/2022 | NA |
| 59 | 2022 SEC form 10-K, JetBlue Airways Corporation dated 2/27/2023 | NA |
| 60 | 2013 SEC form 10-K, Spirit Airlines, Inc. dated 2/20/2014 | |
| 61 | 2014 SEC form 10-K, Spirit Airlines, Inc. dated 2/18/2015 | |
| 62 | 2015 SEC form 10-K, Spirit Airlines, Inc. dated 2/17/2016 | |
| 63 | 2016 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2017 | |
| 64 | 2017 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2018 | |
| 65 | 2018 SEC form 10-K, Spirit Airlines, Inc. dated 2/13/2019 | |
| 66 | 2019 SEC form 10-K, Spirit Airlines, Inc. dated 2/5/2020 | |
| 67 | 2020 SEC form 10-K, Spirit Airlines, Inc. dated 2/10/2021 | |
| 68 | 2021 SEC form 10-K, Spirit Airlines, Inc. dated 2/8/2022 | |
| 73 | SEC Form 10-Q Spirit Airlines, Inc. dated 8/3/2023 | |
| 74 | SEC Form 10-Q Spirit Airlines, Inc. dated 4/26/2023 | |
| 75 | SEC Form 10-Q JetBlue Airways Corporation dated 8/1/2023 | NA |
| 76 | Spirit Airlines, Inc. SEC Form 8-K, dated 8/3/2023, https://d18rn0p25nwr6d.cloudfront.net/CIK- | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| | 0001498710/00abc369-e712-452a-a2ef-6d93e51a6956.html | |
| 77 | Spirit Airlines, Inc. SEC Form 8-K, dated 4/26/2023, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/39289508-03e8-4c5a-b8c7-24d368c826a5.html | |
| 78 | Spirit Airlines, Inc. SEC Form 8-K, dated 10/20/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/06506ba2-7e0b-40c9-8844-8b607acb0168.html | |
| 79 | Spirit Airlines, Inc. SEC Form 8-K, dated 7/28/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/f037bf53-da6f-4cb7-a92c-959f6d589fbc.html | |
| 80 | Spirit Airlines, Inc. SEC Form 8-K, dated 6/24/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/d3887617-211a-4b2e-aa82-94faece4878f.html | |
| 81 | Spirit Airlines, Inc. SEC Form 8-K, dated 6/3/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/eff584db-28eb-47b6-bebe-719a456196cf.html | |
| 82 | Spirit SEC Form 8-K, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/495e3a62-322b-4775-9efd-cb9bd26dba90.html, Entry into Material Definitive Agreement, dated 2/7/2022 | |
| 83 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2023/Spirit-Airlines-Takes-Home-Prestigious-Value-Airline-of-the-Year-Award-from-Air-Transport-World-ATW/default.aspx, "Spirit Airlines Takes Home Prestigious 'Value Airline of the Year' Award from Air Transport World (ATW)", dated 2/14/2023 | |
| 84 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Announces-Stockholder-Approval-of-Merger-Agreement-with-JetBlue/default.aspx, "Spirit | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| | Announces Stockholder Approval of Merger Agreement with JetBlue" dated 10/19/2022 | |
| 85 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Announces-Termination-of-Merger-Agreement-with-Frontier/default.aspx, "Spirit Announces Termination of Merger Agreement with Frontier" dated 7/27/2022 | |
| 87 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders-/default.aspx, "Spirit Airlines Announces Intention to Adjourn Special Meeting of Stockholders" dated 7/13/2022 | |
| 88 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders-2022/default.aspx, "Spirit Airlines Intention to Adjourn Special Meeting of Stockholders", dated 7/7/2022 | |
| 90 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Intention-to-Adjourn-Special-Meeting-of-Stockholders/default.aspx, "Spirit Airlines Intention to Adjourn Special Meeting of Stockholders", dated 6/29/2022 | |
| 91 | Spirit Airlines, Inc., SEC Filing Schedule 14A, Amendment 18, Spirit New York Times Ad, dated 6/29/2022, https://d18rn0p25nwr6d.cloudfront.net/CIK-0001498710/3b44c623-49a2-4170-89ee-7d2d54fbf433.html | |
| VJ | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Highlights-Must-See-CNBC-Interview-of-President-and-CEO-Ted-Christie-with-Jim-Cramer-Regarding-Frontier-Merger-/default.aspx, "Spirit Airlines Highlights Must-See CNBC Interview of | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
|  | President and CEO Ted Christie with Jim Cramer Regarding Frontier Merger", dated 6/29/2022 |  |
| 93 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Reaffirms-Commitment-to-Merger-with-Frontier-/default.aspx, "Spirit Airlines Reaffirms Commitment to Merger with Frontier", dated 6/28/2022 |  |
| 94 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Announces-Amended-Merger-Agreement-with-Frontier-Including-Increased--Per-Share-Cash-Consideration-and-350-Million-Reverse-Termination-Fee/default.aspx, "Spirit Airlines Announces Amended Merger Agreement with Frontier, Including Increased Per-Share Cash Consideration and $350 Million Reverse Termination Fee", dated 6/24/2022 |  |
| 95 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Quietly-Flies-by-Competitors-in-Airport-Noise-Reduction-Awards/default.aspx, "Spirit Airlines 'Quietly' Flies by Competitors in Airport Noise Reduction Awards", dated 6/22/2022 |  |
| 96 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-to-Review-Revised-Proposal-from-JetBlue/default.aspx, "Spirit Airlines Board of Directors to Review Revised Proposal from JetBlue", dated 6/20/2022 |  |
| 98 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Postpones-Special-Meeting-of-Stockholders-Until-June-30-2022/default.aspx, "Spirit Airlines Postpones Special Meeting of Stockholders until June 30, 2022", dated 6/8/2022 |  |
| 99 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news- |  |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
|  | details/2022/Spirit-Airlines-Board-of-Directors-to-Review-Updated-Proposal-from-JetBlue/default.aspx, "Spirit Airlines Board of Directors to Review Updated Proposal from JetBlue", dated 6/6/2022 |  |
| 101 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Frontier-Airlines-and-Spirit-Airlines-Announce-Amended-Merger-Agreement/default.aspx, "Frontier Airlines and Spirit Airlines Announce Amended Merger Agreement", dated 6/2/2022 |  |
| 105 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-Board-of-Directors-Urges-Stockholders-to-Reject-JetBlue-Tender-Offer/default.aspx, "Spirit Airlines Board of Directors Urges Stockholders to Reject JetBlue Tender Offer", dated 5/19/2022 |  |
| 106 | Spirit Press Release, "Spirit Airlines Board of Directors to Review Unsolicited Tender Offer from JetBlue", dated 5/16/2022 |  |
| VK | Spirit Airlines, Inc. SEC 425 Filing "Rejected Proposal from JetBlue is Illusory and Not Superior" dated 5/5/2022 |  |
| 107 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2022/Spirit-Airlines-to-Begin-Discussions-with-JetBlue-Airways/default.aspx, "Spirit Airlines to Begin Discussions with JetBlue", dated 4/7/2022 |  |
| 108 | Spirit Press Release, "Spirit Airlines Confirms Receipt of Unsolicited Proposal from JetBlue Airways", dated 4/5/2022 |  |
| 109 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2019/Spirit-Airlines-Wins-Low-Cost-Airline-of-the-Year-at-CAPA-World-Aviation-Awards/default.aspx, "Spirit Airlines Wins Low Cost Airline of the Year at CAPA World Aviation Awards", dated 12/6/2019 |  |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| 110 | Spirit Airlines, Inc. Press Release, https://ir.spirit.com/news-releases/news-details/2019/Value-Airline-of-the-Year-Spirit-Airlines-Receives-Top-Airline-Industry-Award-from-Air-Transport-World/default.aspx, "Value Airline of the Year! Spirit Airlines Receives Top Airline Industry Award from Air Transport World", dated 1/17/2019 | |
| VN | Federal Aviation Administration Webpage titled "Slot Administration - U.S. Level 3 Airports," https://www.faa.gov/about/office_org/headquarters_offices/ato/service_units/systemops/perf_analysis/slot_administration/slot_administration_schedule_facilitation/level-3-airports | NA |
| VO | Spirit Airlines First Quarter 2019 Earnings Call Transcript, April 25, 2019 | |
| VP | Audio recording of JetBlue Airways Second Quarter 2023 Earnings Call, August 1, 2023 | NA |
| VQ | Audio recording of JetBlue Airways First Quarter 2023 Earnings Call, April 25, 2023 | NA |
| VR | Audio recording of Spirit Airlines Fourth Quarter 2022 Earnings Call, February 7, 2023 | |
| VS | Audio recording of JetBlue Airways Fourth Quarter 2022 Earnings Call, January 26, 2023 | NA |
| VT | Audio recording of Spirit Airlines Third Quarter 2022 Earnings Call, October 27, 2022 | |
| VU | Audio recording of JetBlue Airways Third Quarter 2022 Earnings Call, October 25, 2022 | NA |
| VV | Audio recording of Spirit Airlines Second Quarter 2022 Earnings Call, August 10, 2022 | |
| VW | Audio recording of JetBlue Airways Second Quarter 2022 Earnings Call, August 2, 2022 | NA |
| VX | Audio recording of Spirit Airlines Second Quarter 2023 Earnings Call, August 3, 2023 | |
| VY | Audio recording of Spirit Airlines First Quarter 2019 Earnings Call, April 25, 2019 | |
| WA | Audio recording of Spirit Airlines JP Morgan Industrials Conference, March 14, 2023 | |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| XE | Spirit Fourth Quarter 2018 Earnings Call Transcript, February 6, 2019 | |
| 120 | Video, Mr. Matt Klein - Testimony Before the House Transporation and Infrastructure Committee, March 2, 2020, available at https://www.youtube.com/watch?v=TKLbcOK-Hnk | |
| 121 | Video, Mr. Edward Christie - Testimony Before the House Transportation and Infrastructure Committee, March 26, 2019, available at https://www.youtube.com/watch?v=nyWqqxrPDb8 | |
| XG | NK-2R-00004116 | NK-2R-00004118 |
| XL | NK-2R-00025136 | NK-2R-00025136 |
| XL | NK-2R-00025137 | NK-2R-00025199 |
| XP | NK-2R-00052577 | NK-2R-00052577 |
| XQ | NK-2R-00057019 | NK-2R-00057019 |
| XQ | NK-2R-00057020 | NK-2R-00057046 |
| XR | NK-2R-00071862 | NK-2R-00071862 |
| XR | NK-2R-00071863 | NK-2R-00071881 |
| XR | NK-2R-00071882 | NK-2R-00071882 |
| XR | NK-2R-00071883 | NK-2R-00071883 |
| XR | NK-2R-00071884 | NK-2R-00071884 |
| XR | NK-2R-00071885 | NK-2R-00071885 |
| XR | NK-2R-00071886 | NK-2R-00071886 |
| XR | NK-2R-00071887 | NK-2R-00071887 |
| XR | NK-2R-00071888 | NK-2R-00071888 |
| XR | NK-2R-00071889 | NK-2R-00071889 |
| XR | NK-2R-00071890 | NK-2R-00071908 |
| XS | NK-2R-00091691 | NK-2R-00091691 |
| XS | NK-2R-00091692 | NK-2R-00091717 |
| XS | NK-2R-00091718 | NK-2R-00091718 |
| XS | NK-2R-00091719 | NK-2R-00091719 |
| XS | NK-2R-00091720 | NK-2R-00091720 |
| XS | NK-2R-00091721 | NK-2R-00091721 |
| XS | NK-2R-00091722 | NK-2R-00091722 |
| XS | NK-2R-00091723 | NK-2R-00091723 |
| XS | NK-2R-00091724 | NK-2R-00091724 |
| XS | NK-2R-00091725 | NK-2R-00091725 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| XS | NK-2R-00091726 | NK-2R-00091726 |
| XU | NK-2R-00460719 | NK-2R-00460721 |
| XX | NK-2R-00507589 | NK-2R-00507589 |
| XX | NK-2R-00507590 | NK-2R-00507590 |
| XX | NK-2R-00507591 | NK-2R-00507591 |
| XX | NK-2R-00507592 | NK-2R-00507592 |
| XX | NK-2R-00507593 | NK-2R-00507593 |
| XX | NK-2R-00507594 | NK-2R-00507594 |
| XX | NK-2R-00507595 | NK-2R-00507595 |
| XX | NK-2R-00507596 | NK-2R-00507596 |
| XX | NK-2R-00507597 | NK-2R-00507597 |
| XX | NK-2R-00507598 | NK-2R-00507598 |
| XX | NK-2R-00507599 | NK-2R-00507599 |
| XX | NK-2R-00507600 | NK-2R-00507600 |
| XX | NK-2R-00507601 | NK-2R-00507601 |
| XY | NK-2R-00509267 | NK-2R-00509270 |
| YA | NK-2R-00655894 | NK-2R-00655896 |
| YB | NK-2R-00660426 | NK-2R-00660426 |
| YC | NK-2R-00707633 | NK-2R-00707635 |
| YD | NK-2R-00707942 | NK-2R-00707942 |
| YD | NK-2R-00707943 | NK-2R-00707955 |
| YD | NK-2R-00707956 | NK-2R-00707956 |
| YD | NK-2R-00707957 | NK-2R-00707957 |
| YD | NK-2R-00707958 | NK-2R-00707958 |
| YD | NK-2R-00707959 | NK-2R-00707959 |
| YD | NK-2R-00707960 | NK-2R-00707960 |
| YF | NK-2R-00735604 | NK-2R-00735604 |
| YH | NK-2R-00744701 | NK-2R-00744702 |
| YI | NK-2R-00745129 | NK-2R-00745130 |
| YJ | NK-2R-00754155 | NK-2R-00754155 |
| YK | NK-2R-00783393 | NK-2R-00783416 |
| YK | NK-2R-00783417 | NK-2R-00783417 |
| YT | NK-2R-00894018 | NK-2R-00894020 |
| ZB | NK-2R-00928283 | NK-2R-00928285 |
| ZD | NK-2R-00934470 | NK-2R-00934470 |
| ZE | NK-2R-00967685 | NK-2R-00967685 |
| ZJ | NK-2R-01110328 | NK-2R-01110328 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| ZK | NK-2R-01112434 | NK-2R-01112434 |
| ZK | NK-2R-01112435 | NK-2R-01112435 |
| ZL | NK-2R-01114010 | NK-2R-01114010 |
| ZR | NK-2R-01469388 | NK-2R-01469392 |
| ZS | NK-2R-01470604 | NK-2R-01470605 |
| ZV | NK-2R-01534983 | NK-2R-01534985 |
| ZW | NK-2R-01709637 | NK-2R-01709637 |
| ZX | NK-2R-01715379 | NK-2R-01715383 |
| AAC | NK-2R-02428437 | NK-2R-02428438 |
| AAE | NK-2R-02437557 | NK-2R-02437557 |
| AAF | NK-2R-02449920 | NK-2R-02449920 |
| AAG | NK-2R-02461987 | NK-2R-02461987 |
| AAH | NK-2R-02463244 | NK-2R-02463244 |
| AAI | NK-2R-02464311 | NK-2R-02464311 |
| AAJ | NK-2R-02464450 | NK-2R-02464450 |
| AAL | NK-2R-02477111 | NK-2R-02477112 |
| AAM | NK-2R-02478667 | NK-2R-02478667 |
| AAM | NK-2R-02478668 | NK-2R-02478668 |
| AAM | NK-2R-02478669 | NK-2R-02478669 |
| AAR | NK-2R-02728480 | NK-2R-02728480 |
| AAT | NK-2R-03085435 | NK-2R-03085435 |
| AAU | NK-2R-03142629 | NK-2R-03142629 |
| ABA | NK-2R-03749194 | NK-2R-03749195 |
| ABL | NK-2R-05076885 | NK-2R-05076885 |
| ABM | NK-2R-05102507 | NK-2R-05102507 |
| ABN | NK-2R-05121207 | NK-2R-05121207 |
| ABN | NK-2R-05121269 | NK-2R-05121269 |
| ABN | NK-2R-05121270 | NK-2R-05121275 |
| ABO | NK-2R-05122436 | NK-2R-05122436 |
| ABO | NK-2R-05122437 | NK-2R-05122442 |
| ABR | NK-2R-05258471 | NK-2R-05258496 |
| ABR | NK-2R-05258497 | NK-2R-05258497 |
| ABR | NK-2R-05258498 | NK-2R-05258498 |
| ABR | NK-2R-05258499 | NK-2R-05258499 |
| ABS | NK-2R-05264536 | NK-2R-05264537 |
| ABS | NK-2R-05264538 | NK-2R-05264553 |
| ABS | NK-2R-05264554 | NK-2R-05264557 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| ABW | NK-2R-05327976 | NK-2R-05327976 |
| ABW | NK-2R-05327977 | NK-2R-05327984 |
| ABX | NK-2R-05330342 | NK-2R-05330343 |
| ABX | NK-2R-05330344 | NK-2R-05330363 |
| ABY | NK-2R-05332964 | NK-2R-05332964 |
| ACA | NK-2R-05357898 | NK-2R-05357901 |
| ACA | NK-2R-05357902 | NK-2R-05357914 |
| ACB | NK-2R-05386960 | NK-2R-05386965 |
| ACE | NK-2R-05574032 | NK-2R-05574032 |
| ACE | NK-2R-05574033 | NK-2R-05574055 |
| ACE | NK-2R-05574056 | NK-2R-05574056 |
| ACE | NK-2R-05574057 | NK-2R-05574057 |
| ACE | NK-2R-05574058 | NK-2R-05574058 |
| ACF | NK-2R-05653949 | NK-2R-05653949 |
| ACF | NK-2R-05653950 | NK-2R-05653953 |
| ACG | NK-2R-05656251 | NK-2R-05656253 |
| ACH | NK-2R-05656272 | NK-2R-05656274 |
| ACJ | NK-2R-05823456 | NK-2R-05823456 |
| ACJ | NK-2R-05823457 | NK-2R-05823466 |
| ACL | NK-2R-05833278 | NK-2R-05833279 |
| ACL | NK-2R-05833280 | NK-2R-05833280 |
| ACL | NK-2R-05833281 | NK-2R-05833281 |
| ACN | NK-2R-05869727 | NK-2R-05869727 |
| ACP | NK-2R-05878946 | NK-2R-05878949 |
| ACQ | NK-2R-05950496 | NK-2R-05950496 |
| ACQ | NK-2R-05950497 | NK-2R-05950498 |
| ACQ | NK-2R-05950499 | NK-2R-05950499 |
| ACQ | NK-2R-05950500 | NK-2R-05950502 |
| ACR | NK-2R-05958825 | NK-2R-05958825 |
| ACR | NK-2R-05958826 | NK-2R-05958843 |
| ACS | NK-2R-06233249 | NK-2R-06233249 |
| ACT | NK-2R-06571117 | NK-2R-06571158 |
| ACT | NK-2R-06571159 | NK-2R-06571159 |
| ACT | NK-2R-06571160 | NK-2R-06571160 |
| ACT | NK-2R-06571161 | NK-2R-06571161 |
| ACT | NK-2R-06571162 | NK-2R-06571162 |
| ACU | NK-2R-06571447 | NK-2R-06571485 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| ACU | NK-2R-06571486 | NK-2R-06571486 |
| ACU | NK-2R-06571487 | NK-2R-06571487 |
| ACU | NK-2R-06571488 | NK-2R-06571488 |
| ACV | NK-2R-06657904 | NK-2R-06657904 |
| ACX | NK-2R-06725870 | NK-2R-06725870 |
| ACX | NK-2R-06725871 | NK-2R-06725882 |
| 124 | NK-2R-06725920 | NK-2R-06725920 |
| 124 | NK-2R-06725921 | NK-2R-06725921 |
| 124 | NK-2R-06725922 | NK-2R-06725926 |
| 124 | NK-2R-06725927 | NK-2R-06726023 |
| ACY | NK-2R-06726572 | NK-2R-06726580 |
| ACY | NK-2R-06726581 | NK-2R-06726589 |
| ACY | NK-2R-06726590 | NK-2R-06726593 |
| ACY | NK-2R-06726594 | NK-2R-06726594 |
| ACY | NK-2R-06726595 | NK-2R-06726637 |
| ACY | NK-2R-06726638 | NK-2R-06726638 |
| ACY | NK-2R-06726648 | NK-2R-06726648 |
| ACY | NK-2R-06726649 | NK-2R-06726654 |
| ACZ | NK-2R-06726639 | NK-2R-06726647 |
| ADD | NK-2R-06775130 | NK-2R-06775130 |
| ADE | NK-2R-06786551 | NK-2R-06786551 |
| ADF | NK-2R-06818271 | NK-2R-06818300 |
| ADG | NK-2R-06818347 | NK-2R-06818361 |
| ADG | NK-2R-06818362 | NK-2R-06818362 |
| ADG | NK-2R-06818363 | NK-2R-06818363 |
| ADG | NK-2R-06818364 | NK-2R-06818364 |
| ADG | NK-2R-06818365 | NK-2R-06818365 |
| ADG | NK-2R-06818366 | NK-2R-06818366 |
| ADL | NK-2R-06855412 | NK-2R-06855413 |
| ADL | NK-2R-06855414 | NK-2R-06855420 |
| ADM | NK-2R-06862943 | NK-2R-06862998 |
| ADN | NK-2R-06869008 | NK-2R-06869014 |
| ADP | NK-2R-06871969 | NK-2R-06871969-0004 |
| ADQ | NK-2R-06872683 | NK-2R-06872683 |
| ADQ | NK-2R-06872684 | NK-2R-06872690 |
| ADT | NK-2R-06876825 | NK-2R-06876825 |
| ADW | NK-2R-06904580 | NK-2R-06904595 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| ADY | NK-2R-06920610 | NK-2R-06920611 |
| ADZ | NK-2R-06920670 | NK-2R-06920671 |
| AEA | NK-2R-06932447 | NK-2R-06932447 |
| AEB | NK-2R-06941043 | NK-2R-06941044 |
| AEC | NK-2R-06942034 | NK-2R-06942034 |
| AED | NK-2R-06942255 | NK-2R-06942256 |
| AEF | NK-2R-06950321 | NK-2R-06950322 |
| AEG | NK-2R-06954326 | NK-2R-06954326 |
| AEG | NK-2R-06954327 | NK-2R-06954327 |
| AEH | NK-2R-06954586 | NK-2R-06954588 |
| AEI | NK-2R-06955545 | NK-2R-06955545 |
| AEJ | NK-2R-06959072 | NK-2R-06959074 |
| AEK | NK-2R-06962158 | NK-2R-06962158 |
| AEK | NK-2R-06962159 | NK-2R-06962159 |
| AEL | NK-2R-06971766 | NK-2R-06971766 |
| AEM | NK-2R-06988116 | NK-2R-06988116 |
| AEN | NK-2R-06993729 | NK-2R-06993729 |
| AEO | NK-2R-07001679 | NK-2R-07001679 |
| 126 | NK-MERGERLIT-0000000001 | NK-MERGERLIT-0000000014 |
| AEY | NK-MERGERLIT-0000168876 | NK-MERGERLIT-0000168876 |
| AEZ | NK-MERGERLIT-0000208576 | NK-MERGERLIT-0000208577 |
| AEZ | NK-MERGERLIT-0000208578 | NK-MERGERLIT-0000208599 |
| AFB | NK-MERGERLIT-0000289798 | NK-MERGERLIT-0000289798 |
| AFF | NK-MERGERLIT-0000345221 | NK-MERGERLIT-0000345222 |
| AFG | NK-MERGERLIT-0000348946 | NK-MERGERLIT-0000348946 |
| AFH | NK-MERGERLIT-0000445665 | NK-MERGERLIT-0000445665 |
| AFI | NK-MERGERLIT-0000495784 | NK-MERGERLIT-0000495784 |
| AFT | NK-MERGERLIT-0003283921 | NK-MERGERLIT-0003283941 |
| AFU | NK-MERGERLIT-0003284064 | NK-MERGERLIT-0003284064 |
| AFZ | NK-MERGERLIT-0003285831 | NK-MERGERLIT-0003285840 |
| AGA | NK-MERGERLIT-0003350870 | NK-MERGERLIT-0003350870 |
| AGA | NK-MERGERLIT-0003350871 | NK-MERGERLIT-0003350871 |
| AGA | NK-MERGERLIT-0003350872 | NK-MERGERLIT-0003350872 |
| AGB | NK-MERGERLIT-0003367271 | NK-MERGERLIT-0003367271 |
| AGC | NK-MERGERLIT-0003371708 | NK-MERGERLIT-0003371709 |
| AGE | NK-MERGERLIT-0003387759 | NK-MERGERLIT-0003387759 |
| AGF | NK-MERGERLIT-0003398742 | NK-MERGERLIT-0003398746 |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| AGH | NK-MERGERLIT-0003747795 | NK-MERGERLIT-0003747796 |
| AGH | NK-MERGERLIT-0003747797 | NK-MERGERLIT-0003747797 |
| AGI | NK-MERGERLIT-0003771042 | NK-MERGERLIT-0003771042 |
| AGJ | NK-MERGERLIT-0003771505 | NK-MERGERLIT-0003771506 |
| AGJ | NK-MERGERLIT-0003771507 | NK-MERGERLIT-0003771525 |
| AGK | NK-MERGERLIT-0003771582 | NK-MERGERLIT-0003771582 |
| AGK | NK-MERGERLIT-0003771583 | NK-MERGERLIT-0003771594 |
| AGL | NK-MERGERLIT-0003771837 | NK-MERGERLIT-0003771837 |
| AGL | NK-MERGERLIT-0003771838 | NK-MERGERLIT-0003771840 |
| AGM | NK-MERGERLIT-0003772307 | NK-MERGERLIT-0003772307 |
| AGM | NK-MERGERLIT-0003772308 | NK-MERGERLIT-0003772315 |
| AHE | SPIRIT-NEA-00012032 | SPIRIT-NEA-00012032 |
| AHE | SPIRIT-NEA-00012033 | SPIRIT-NEA-00012082 |
| AEO | NK-2R-07001679 | NK-2R-07001679 |
| AJO | Airlines for America Presentation titled "Industry Review:Allocating Capital to Benefit Customers, Employees and Investors," August 31, 2023 | NA |
| AJP | Austan Goolsbee and Chad Syverson, "How Do Incumbents Respond to the Threat of Entry?  Evidence from the Major Airlines," NBER Working Paper Series, Working Paper 11072, National Bureau of Economic Research, 2005 (Revised 2008), available at: https://www.nber.org/papers/w11072 | NA |
| AJR | Competitive Impact Statement, United States v. Airline Tariff Publishing Company et. al., Civil Action No. 92-2854 SSH (D.D.C., March 17, 1994), Dkt. No. 124. | NA |
| AJS | Complaint, United States v. Airline Tariff Publishing Company et. al., Civil Action No. 92-2854 SSH (D.D.C., December 21, 1992), Dkt No. 1. | NA |
| AJT | Douglas Turner, "Coordinated Effects in the American Airlines-US Airways Merger", September 13, 2022, available at SSRN: https://ssrn.com/abstract=3917112 or http://dx.doi.org/10.2139/ssrn.3917112/. | NA |
| AJY | Federico Ciliberto and Jonathan Williams, "Does multimarket contact facilitate tacit collusion? Inference on conduct parameters in the airline industry," RAND Journal of Economics, 2014, Vol. 45, No. 4. Pp.764-791 | NA |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| AJZ | Federico Ciliberto, Eddie Watkins, and Jonathan W. Williams, "Collusive pricing patterns in the US airline industry," International Journal of Industrial Organization, 2019, Vol. 62, pp. 136-157. | NA |
| AKA | Gaurab Aryal, Federico Ciliberto, and Benjamin T Leyden, "Coordinated Capacity Reductions and Public Communication in the Airline Industry," Review of Economic Studies, Oxford University Press, 2022, vol. 89(6), pp. 3055-3084. | NA |
| AKB | Gregory J. Werden, "Economic Evidence of the Existence of Collusion: Reconciling Antitrust Law with Oligopoly Theory," 71 Anitrust L.J. 719. (2004). | NA |
| AKC | Nicholas Hill, Dominic Vote, and Nathan E. Wilson, "Four Key Aspects of the Tronox/Cristal Litigation," The Antitrust Source, American Bar Association, October 2019 | NA |
| AKD | Peter Belobaba, Amedeo Odoni, and Cynthia Barnhart, The Global Airline Industry (Peter Belobaba et al. eds. 2nd ed. 2015). | NA |
| AKE | Petition of the United States for an Order to Show Cause Why Respondent American Airlines, Inc. Should Not Be Found in Contempt, United States v. Airline Tariff Publishing Company et. al., Civil Action No. 92-2854 SSH (D.D.C., August 6, 2004), Dkt No. 145. | NA |
| AKF | Robert Hazel, "Airline Capacity Discipline in the U.S. Domestic Market," Journal of Air Transport Management, 2018, Vol. 66, pp. 76–86. | NA |
| AKG | Settlement Agreement and Order, United States v. Airline Tariff Publishing Company et. al., Civil Action No. 92-2854 SSH (D.D.C., September 23, 2004), Dkt. No. 147. | NA |
| AKH | Severin Borenstein, "Rapid Communication and Price Fixing: The Airline Tariff Publishing Company Case," 1997, available at: chrome-extension://efaidnbmnnnibpcajpcglclefindmkaj/https://faculty.haas.berkeley.edu/borenste/download/atpcase1.pdf | NA |
| AKI | Soo Jin Kim and Yongjoon Park, "Examining the Coordinated Effects of the AA/USAir Merger," ShanghaiTech SEM Working Paper No. 2021-006, | NA |

| Exhibit No. | Beg. Bates | End Bates |
|---|---|---|
| | February 3, 2023, available at SSRN: https://ssrn.com/abstract=3877895 or http://dx.doi.org/10.2139/ssrn.3877895. | |
| AKJ | U.S. Department of Transportation document, "Meeting of the Aviation Consumer Protection Advisory Committee (ACPAC) – Speakers Biographical Information," June 28, 2022 | NA |
| AKK | U.S. Department of Transportation, Aviation Consumer Protection Advisory Committee (ACPAC) June 28 and 29, 2022 Meeting Minutes | NA |
| AKL | William N. Evans and Ioannis N. Kessides, "Living by the 'Golden Rule': Multimarket Contact in the U.S. Airline Industry," The Quarterly Journal of Economics, 1994, vol. 109), pp. 341–366. | NA |