UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>       *Plaintiffs*,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>       *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**JETBLUE AIRWAYS CORPORATION AND SPIRIT AIRLINES, INC.'S
NOTICE REGARDING PLAINTIFFS' MOTION FOR LEAVE TO FILE OPPOSITION
TO DEFENDANTS' MOTION TO SEAL CERTAIN TRIAL EXHIBITS**

Defendants JetBlue Airways Corporation ("JetBlue") and Spirit Airlines, Inc. ("Spirit") (collectively, "Defendants") filed a Motion to Seal Certain Trial Exhibits (ECF No. 291) (the "Motion") on October 10, 2023, which the Court granted yesterday, October 11, 2023 (ECF No. 293). Plaintiffs have now filed a motion for leave to file an opposition to reiterate what is already reflected in the Motion (ECF No. 291-2 n.1)—that the parties are not yet in agreement, and are continuing to meet and confer, as to the confidentiality of the exhibits identified in Appendix B.

The timing of the Motion was set in the Joint Confidentiality Protocol, approved by the Court on September 12, 2023 (Dkt. 187). The Motion makes clear that the requested sealing is ***subject to*** the parties' ongoing meet-and-confers. Accordingly, there are no issues ripe for the Court's consideration and it would be inefficient for the Court and the parties to engage in any further motion practice or briefing while the parties meet and confer. Defendants remain committed to working cooperatively with Plaintiffs to address the trial exhibits identified in

1

Appendix B with the goal of reaching agreement as to all exhibits subject to the Joint Protocol for Party Documents, or at the very least, to significantly narrow the issues for the Court's input.

Dated: October 12, 2023                                    Respectfully submitted,

*/s/ Elizabeth M. Wright*
Zachary R. Hafer (MA BBO #569389)
Elizabeth M. Wright (MA BBO #569387)
Zachary Sisko (MA BBO #705883)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
zhafer@cooley.com
ewright@cooley.com
zsisko@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com
mnguyen@cooley.com

Michael Mitchell
Shearman & Sterling LLP
401 9th St. NW
Suite 800
Washington, DC 20004
(202) 508-8000
michael.mitchell@shearman.com

Jessica K. Delbaum
Leila R. Siddiky
Richard F. Schwed
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022
(212) 848-4000
jessica.delbaum@shearman.com

leila.siddiky@shearman.com
richard.schwed@shearman.com

Rachel Mossman Zieminski
Shearman & Sterling LLP
2601 Olive St, 17th Floor
Dallas, TX 75201
(214) 271-5777
Rachel.Zieminski@Shearman.com

Ryan A. Shores
Daniel P. Culley
David I Gelfand
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 974-1876
Fax: (202) 974-1999
rshores@cgsh.com
dculley@cgsh.com
dgelfand@cgsh.com

*Attorneys for JetBlue Airways Corporation*

*/s/ Samuel N. Rudman*
Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA  02110
Telephone:   +1 617 248 4034
srudman@choate.com

*/s/ Andrew C. Finch*
Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com
tstmatthewdaniel@paulweiss.com

3

jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

*Attorneys for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on October 12, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Elizabeth M. Wright*
Elizabeth M. Wright