AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | |
|---|---|
| United States of America, et al., ) | |
| *Plaintiff* ) | |
| v. ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. ) | |
| *Defendant* ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date: 10/17/2023

/s/ Joseph M. Kay
*Attorney's signature*

Joseph M. Kay (NY No. 5410055)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza,
New York, NY 10006
*Address*

jkay@cgsh.com
*E-mail address*

(212) 225-2745
*Telephone number*

(202) 974-1999
*FAX number*

**CERTIFICATE OF SERVICE**

    I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Joseph M. Kay*
                                                        Joseph M. Kay (*Pro Hac Vice*)