UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: October 19, 2023     By:   */s/ John J. DiMarco*
                                         John J. DiMarco
                                         Trial Attorney
                                         U.S. Department of Justice
                                         Antitrust Division
                                         450 Fifth Street NW, Suite 8000
                                         Washington, DC 20530
                                         Tel: (202) 598-2712
                                         john.dimarco@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  October 19, 2023                                        */s/ John J. DiMarco*