UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              *Plaintiffs*,<br><br>            v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>                              *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## UNOPPOSED MOTION FOR ADMISSION *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned counsel Samuel N. Rudman, hereby moves that this Court enter an Order granting leave to Thomas S. Rucker of the law firm Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, to appear *pro hac vice* on behalf of Defendant Spirit Airlines, Inc. ("Spirit") in the above-captioned matter. In support of this motion, undersigned counsel submits that Mr. Rucker has represented as follows:

1. On March 10, 2023, Samuel N. Rudman of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, who is a member in good standing of the bar of this Court, filed a Notice of Appearance in the above-captioned matter on behalf of Spirit.

2. Attorney Thomas S. Rucker's certification pursuant to Local Rule 83.5.3 accompanies this motion as Exhibit A.

WHEREFORE, the undersigned counsel respectfully moves that Thomas S. Rucker be admitted to practice before this Court *pro hac vice*.

Dated: October 23, 2023

                                                     Respectfully submitted,

                                                     /s/ *Samuel N. Rudman*
                                                     Samuel N. Rudman (BBO#: 698018)
                                                     Choate, Hall & Stewart LLP
                                                     Two International Place
                                                     Boston, MA 02110
                                                     (617) 248-4034
                                                     srudman@choate.com

                                                   *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATION PURSUANT TO LOCAL RULE 7.1(a)**

I hereby certify that Defendants attempted to confer with counsel for Plaintiffs with respect to the relief requested in this motion and that Defendants are not aware of any opposition to this motion.

                                                     /s/ *Samuel N. Rudman*
                                                     Samuel N. Rudman (BBO #: 698018)

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 23, 2023.

                                                     /s/ *Samuel N. Rudman*
                                                     Samuel N. Rudman (BBO #: 698018)