UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>          *Plaintiffs*,<br><br>     v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>          *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**CERTIFICATION OF THOMAS S. RUCKER FOR ADMISSION *PRO HAC VICE***

    Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Thomas S. Rucker, hereby certify that:

    1.  I am an associate with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, and I am admitted to the bar of the District of Columbia. My office telephone number is (202) 223-7347.

    2.  I am a member of good standing in every jurisdiction where I have been admitted to practice.

    3.  There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

    4.  I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

    5.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on October 23, 2023, in Washington, D.C.

/s/   *Thomas S. Rucker*
Thomas S. Rucker