UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

       *Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

       *Defendants*.

Civil Action No. 1:23-cv-10511-WGY

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE HONORABLE CLERK OF THE COURT:

    Please withdraw the appearance of Bryan S. Sanchez in the proceeding captioned above. The Plaintiff State of New Jersey will continue to be represented by Deputy Attorney General Ana Atta-Alla as counsel of record.

Dated: October 24, 2023

Respectfully submitted,

**FOR THE STATE OF NEW JERSEY:**

**MATTHEW J. PLATKIN**
**ATTORNEY GENERAL OF NEW JERSEY**

By:    /s/ Bryan S. Sanchez
        Bryan S. Sanchez
        New Jersey Bar No. 300462019
        Deputy Attorney General
        State of New Jersey
        Office of the Attorney General
        Division of Law
        124 Halsey Street – 5th Floor
        Newark, New Jersey 07102
        Telephone: (973) 648-3070
        Fax: (973) 648-6835
        Bryan.Sanchez@law.njoag.gov

## **CERTIFICATE OF SERVICE**

    I, Bryan S. Sanchez, hereby certify that on October 24, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which shall send notice to all counsel of record and I will submit paper copies to those indicated as non-registered participants. The document is available for viewing and downloading from the ECF system.

                                                                    By:    <u>/s/ Bryan S. Sanchez</u>
                                                                                    Bryan S. Sanchez