UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Thomas S. Rucker, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: October 24, 2023

                                                          Respectfully submitted,

                                                          /s/ *Thomas S. Rucker*
                                                          Thomas S. Rucker (admitted *pro hac vice*)
                                                          Paul, Weiss, Rifkind, Wharton & Garrison LLP
                                                          2001 K St. NW
                                                          Washington, DC 20006-1047
                                                          (202) 223-7347
                                                          trucker@paulweiss.com

                                                          *Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 24, 2023.

      /s/ *Thomas S. Rucker*