UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC. <br><br> *Defendants*. | Case No. 1:23-cv-10511-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of John C. Calhoun, of Choate, Hall & Stewart LLP, Two International Place, Boston, MA 02110, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: October 25, 2023

Respectfully submitted,

/s/ *John C. Calhoun*
John C. Calhoun (BBO #: 694479)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
(617) 248-4769
jcalhoun@choate.com

*Counsel for Defendant Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on October 25, 2023.

<u>/s/ John C. Calhoun</u>
John C. Calhoun (BBO #: 694479)
