# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

       *Plaintiffs*,

    v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

       *Defendants*.

Civil Action No. 1:23-cv-10511-WGY

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  October 25, 2023

By:    */s/ Sarah V. Riblet*
       Sarah V. Riblet
       Trial Attorney
       U.S. Department of Justice
       Antitrust Division
       450 Fifth Street NW, Suite 4100
       Washington, DC 20530
       Tel: (202) 679-4066
       Fax: (202) 307-5802
       sarah.riblet@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.


Dated:  October 25, 2023                                              */s/ Sarah V. Riblet*