**APPENDIX D**

| Ex. No. | Beg. Bates | End Bates | Description |
|---|---|---|---|
| DX | JBLU_MERGER_LIT-01649871 | JBLU_MERGER_LIT-01649880 | May 2023 standalone presentation regarding a new potential focus city. |
| DY | JBLU_MERGER_LIT-01649881 | JBLU_MERGER_LIT-01649930 | May 5, 2023 standalone presentation titled "2027 Combined Network Plan." |