# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## DECLARATION OF LAURA E. RODGERS

I, Laura E. Rodgers, declare as follows:

1. I am over the age of 21, I have personal knowledge of the facts stated herein, and I am in all respects competent to make this Declaration. These facts are based on my personal knowledge.

2. I have been employed by JetBlue Airways Corporation ("JetBlue") since 2015 and currently serve as Director, Regulatory and Litigation Counsel.

3. I submit this declaration in support of Defendants' Supplemental Motion to Seal Certain Trial Exhibits and for Limited Closing of Courtroom to Public During Trial (the "Supplemental Motion"), which seeks to (i) place under seal certain trial exhibits relating to JetBlue's future, post-merger network plans as listed in Appendix D (collectively, the "Combined Network Plan Documents") and (ii) prevent the public disclosure through testimony or attorney argument at trial JetBlue's future plans contained in the Combined Network Plan Documents.

4. I have reviewed the Supplemental Motion and am familiar with the Combined Network Plan Documents. The Combined Network Plan Documents reflect internal, non-public future

plans for the post-merger airline. These documents constitute highly confidential, competitively and commercially sensitive business information of JetBlue. JetBlue has taken reasonable efforts to maintain the secrecy of this information.

5. The public disclosure of such competitively and commercially sensitive information would give JetBlue's competitors, vendors or other third parties an unfair competitive advantage and would cause serious competitive harm to JetBlue's commercial, competitive or financial interests.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED this 25th day of October, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　_/s/ *Laura E. Rodgers*___
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Laura E. Rodgers

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on October 25, 2023, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Leila R. Siddiky*
Leila R. Siddiky
