# UNITED STATES DISTRICT COURT

# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                    Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, et al.,<br><br>                    Defendants. | Civil Action No.: 1:23-cv-10511-WGY<br><br>Related Case No.: 1:23-cv-10678-WGY |

## MOTION FOR ALAN J. DEVLIN, ANNA M. RATHBUN AND SADIK H. HUSENY TO APPEAR *PRO HAC VICE*

The undersigned, counsel for Non-Parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc., and a member of the bar of this Court, hereby requests, pursuant to Local Rule 83.5.3, that Alan J. Devlin, Anna M. Rathbun and Sadik H. Huseny of Latham & Watkins LLP be permitted to appear as counsel for said Non-Parties and practice in this Court *pro hac vice*. The certifications of Attorneys Devlin, Rathbun and Huseny are filed concurrently herewith, setting forth the information required under Local Rule 83.5.3(e)(3).

Dated: October 26, 2023

*/s/ Jennifer L. Giordano*
Jennifer L. Giordano (BBO# 650537)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
jennifer.giordana@lw.com

*Attorneys for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

**LOCAL RULE 7.1 CERTIFICATION**

      Pursuant to Local Rule 7.1(a)(2), I hereby certify that counsel has conferred regarding the relief requested in this motion, and this motion is assented-to.

                                                                               */s/ Jennifer L. Giordano*
                                                                               Jennifer L. Giordano

**CERTIFICATE OF SERVICE**

      I hereby certify that this document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF"), and paper copies will be sent October 26, 2023 to those identified as non-registered participants.

                                                                               */s/ Jennifer L. Giordano*
                                                                               Jennifer L. Giordano