**UNITED STATES DISTRICT COURT**

**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, et al.,<br><br>                              Defendants. | Civil Action No.: 1:23-cv-10511-WGY<br><br>Related Case No.: 1:23-cv-10678-WGY |

**CERTIFICATION OF SADIK H. HUSENY IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Sadik H. Huseny, hereby state as follows:

1. I am a partner at Latham & Watkins LLP, located at 300 Colorado Street, Suite 2400, Austin, Texas 78701.

2. I have been retained to represent Non-Parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc., in the above-captioned action, and I submit this certification in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in the State of California, before the U.S. District Courts for the Central District of California, the Eastern District of California, the Northern District of California, the Southern District of California, before the U.S. Court of Appeals for the Eleventh Circuit, Second Circuit, Fourth Circuit, Seventh Circuit, and Ninth Circuit, and before the United States Supreme Court.

4. I am a member of the bar in good standing in every jurisdiction in which I have been admitted to practice.

5. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

6. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on October 26, 2023                  */s/ Sadik H. Huseny*
                                              Sadik H. Huseny