IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Case No. 1:23-cv-10511-WGY |

**NOTICE OF PROPOSED OPPOSITION TO
DEFENDANTS' MOTION TO SEAL CERTAIN TRIAL EXHIBITS AND FOR
LIMITED CLOSING OF COURTOOM TO PUBLIC DURING TRIAL**

Plaintiffs respectfully file the attached Opposition to Defendants' Motion to Seal Certain Trial Exhibits and for Limited Closing of Courtroom to Public During Trial. Yesterday, Defendants filed their Motion (Dkt. No. 310) without noting in the Motion that Plaintiffs opposed the Motion. Today, the Court granted the Motion in part and denied it in part, denying Defendants' request to the seal the courtroom on the present showing but granting Defendants' request to seal certain exhibits, including JetBlue's combined network plan.

In light of Defendants' failure to state in the Motion that Plaintiffs opposed it and the Court's expeditious ruling, Plaintiffs request that the Court accept the attached Proposed Opposition to Defendants' Motion and reconsider its order granting Defendants' request to seal certain exhibits for the reasons stated in the Proposed Opposition.

Dated: October 26, 2023                     Respectfully submitted,

*/s/* Edward W. Duffy
Edward W. Duffy
Don P. Amlin
Garrett Windle
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov

*/s/* William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*/s/* C. William Margrabe
C. William Margrabe (*pro hac vice*)
Assistant Attorney General
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov

*Attorneys for the United States of America, the Commonwealth of Massachusetts, and the District of Columbia, and on behalf of all Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

/s/ Edward W. Duffy
Edward W. Duffy
U.S. Department of Justice, Antitrust Division
450 Fifth Street, NW, Suite 8000
Washington, DC 20530
Phone: 202-812-4723
Facsimile: 202-307-5802
E-mail: edward.duffy@usdoj.gov
