UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated: October 27, 2023      By:      */s/ Michael DeRita*
                                              Michael DeRita
                                              Trial Attorney
                                              U.S. Department of Justice
                                              Antitrust Division
                                              450 Fifth Street NW, Suite 8000
                                              Washington, DC 20530
                                              Tel: (202) 664-2418
                                              Fax: (202) 598-2680
                                              michael.derita@usdoj.gov

## CERTIFICATE OF SERVICE

      I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated: October 27, 2023                                          */s/ Michael DeRita*