## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　　Plaintiffs,<br><br>　　　　　　v.<br><br>JETBLUE AIRWAYS CORPORATION, and<br>SPIRIT AIRLINES, INC.<br><br>　　　　　　　　　　　Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

## ASSENTED-TO MOTION FOR PRO HAC VICE ADMISSION FOR ROBERT B. MCNARY FOR PLAINTIFF STATE OF CALIFORNIA

The undersigned, counsel for the plaintiff Commonwealth of Massachusetts and a member of the bar of this Court, requests, in accordance with Local Rule 83.5.3, that Robert B. McNary, counsel for plaintiff State of California, be granted leave to appear and practice in this Court in the above-referenced case. Mr. McNary's certification to the information required by Local Rule 83.5.3(e)(3) is filed herewith.

Dated: October 27, 2023					Respectfully submitted,

                PLAINTIFF COMMONWEALTH
                OF MASSACHUSETTS

                ANDREA JOY CAMPBELL
                ATTORNEY GENERAL

                /s/ Daniel H. Leff
                Daniel H. Leff (MA BBO No. 689302)
                Assistant Attorney General
                Daniel.Leff@mass.gov
                Office of the Attorney General
                One Ashburton Place, 18th Fl.
                Boston, MA 02108
                Tel: (617) 727-2200

**LOCAL RULE 7.1 CERTIFICATION**

Pursuant to Local Rule 7.1(a)(2), undersigned counsel hereby certifies that he has conferred with counsel for Defendants regarding the relief requested in this motion, and Defendants' counsel assents to this motion.

/s/Daniel H. Leff
Daniel H. Leff

## **CERTIFICATE OF SERVICE**

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/Daniel H. Leff
Daniel H. Leff