UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                              Plaintiffs,<br><br>              v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.<br><br>                              Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

CERTIFICATION OF ROBERT B. McNARY
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Robert B. McNary, state as follows:

1. I am a Deputy Attorney General in the Antitrust Law Section of the Office of the California Attorney General, located at 300 Spring Street, Suite 1702, Los Angeles, CA 90013. The telephone number is (213) 269-6298.

2. I am an attorney for Plaintiff State of California in this proceeding. I submit this certificate in support of a motion for my admission *pro hac vice* to practice before this Court pursuant to Local Rule 83.5.3.

3. I am admitted to practice in California and New York.

4. I am a member of the bar in good standing in every jurisdiction where I am admitted to practice, including in California and New York.

5. I am not the subject of disciplinary proceedings pending before any jurisdiction in which I am a member of the bar.

6. I have not previously had a *pro hac vice* admission to this Court (or other admission for a limited purpose under this rule) revoked for misconduct.

7. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: October 25, 2023              Respectfully Submitted,


                                     */s/ Robert B. McNary*
                                     Robert B. McNary
                                     California Attorney General's Office
                                     300 Spring Street, Suite 1702
                                     Los Angeles, CA 90013