UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of Alan J. Devlin, of Latham & Watkins LLP, 555 Eleventh Street, NW, Suite 1000, Washington, D.C. 20004-1304 as an attorney representing non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. in the above-captioned action.

Dated: October 27, 2023

Respectfully submitted,

/s/ Alan J. Devlin
Alan J. Devlin (*pro hac vice*)
LATHAM & WATKINS LLP
555 Eleventh Street, NW
Suite 1000
Washington, D.C. 20004-1304
Telephone: (202) 637-2200
Facsimile: (202) 637-2201
alan.devlin@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

                                               */s/ Alan J. Devlin*
                                               Alan J. Devlin