UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>   Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**NOTICE OF APPEARANCE**

Please enter the appearance of Sadik Huseny, of Latham & Watkins LLP, 300 Colorado St., Suite 2400, Austin, TX 78701 as an attorney representing non-parties Frontier Airlines, Inc. and Frontier Group Holdings, Inc. in the above-captioned action.

Dated: October 27, 2023

Respectfully submitted,

/s/ Sadik Huseny
Sadik Huseny (*pro hac vice*)
LATHAM & WATKINS LLP
300 Colorado St.
Suite 2400
Austin, TX 78701
Telephone: (737) 910-7300
Facsimile: (737) 910-7301
sadik.huseny@lw.com

*Attorney for Frontier Airlines, Inc. and Frontier Group Holdings, Inc.*

## CERTIFICATE OF SERVICE

  I hereby certify that the foregoing document, which was filed with the Court through the CM/ECF system, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing.

              */s/ Sadik Huseny*
              Sadik Huseny