AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.  1:23-cv-10511-WGY |
| JetBlue Airways Corp. et. al | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of California                                                                                                                      .

Date:    10/30/2023

/s/ Robert McNary
*Attorney's signature*

Robert McNary (CA Bar No. 253745)
*Printed name and bar number*
California Department of Justice
300 South Spring St., Suite 1702
Los Angeles, CA 90013

*Address*

robert.mcnary@doj.ca.gov
*E-mail address*

(213) 269-6283
*Telephone number*

(916) 731-3637
*FAX number*