UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Attorney, Katherine Celeste Speegle, in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  October 30, 2023          By:     */s/ Katheirne Celeste Speegle*
Katherine Celeste Speegle
Assistant Chief
U.S. Department of Justice
Antitrust Division
450 Fifth Street NW, Suite 8000
Washington, DC 20530
Tel: (202) 704-1793
Fax: (202) 598-2680
Katherine.Speegle@usdoj.gov

## CERTIFICATE OF SERVICE

  I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.

Dated:  October 30, 2023               */s/ Katherine Celeste Speegle*