UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF GRACE SONG IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, Grace Song, certify that I am a member of the Bar of the District of Columbia and am admitted to practice in the following courts:

- District of Columbia
- New York

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-2-

Dated:  November 2, 2023

/s/ *Grace Song*
Grace Song
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8167
Fax: 202-508-8100
Grace.Song@shearman.com

293530420