# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al., | ) | |
| Plaintiffs | ) | |
| | ) | |
| v. | ) | Civil Action No.:23-cv-10511-WGY |
| | ) | |
| JETBLUE AIRWAYS CORPORATION | ) | and |
| SPIRIT AIRLINES, INC., | ) | |
| Defendants | ) | |

## NOTICE OF APPEARANCE AS COUNSEL FOR AMICI CURIAE

Please enter my Appearance as attorney for Amici Curiae Transport Workers Union Local 570, AFL-CIO, in the above-captioned matter.

Respectfully submitted,

Amici Curiae Transport Workers Union
Local 570, AFL-CIO

Dated: November 2, 2023

By: *s/ Holly E. Oliva-Van Horsten*
Holly E. Oliva-Van Horsten, Esq.
Fla Bar. #57791
Phillips, Richard & Rind, P.A.
9360 SW 72 Street, Suite 283
Miami, Florida 33173
Telephone: (305) 412-8322
Email: holly@phillipsrichard.com
(Admitted Pro Hac Vice)

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on this 2nd day of November, 2023.

*s/ Holly E. Oliva-Van Horsten*
Holly E. Oliva-Van Horsten, Esq.