-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF MICHAEL TETREAULT
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Michael Tetreault, certify that I am a member of the Bar of California and am admitted to practice in the following courts:

- Central District of California

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

293567082

-2-

Dated:  November 2, 2023

/s/ *Michael Tetreault*
Michael Tetreault
Cooley LLP
10265 Science Center Drive
San Diego, CA 92121
Tel: 858-550-6281
Fax: 858-550-6420
mtetreault@cooley.com