UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>   *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and<br>SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10511 |

## CERTIFICATION OF ISABEL TUZ IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Isabel Tuz, certify the following:

1. I am a member of the Bar of the District of Columbia. I am admitted to practice in the D.C. Court of Appeals.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated: November 2, 2023

Respectfully submitted,

CLEARY GOTTLIEB STEEN & HAMILTON LLP

_____
Isabel Tuz
ituz@cgsh.com
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Telephone: +1 202-974-1736
Facsimile:  +1 202-974-1999