**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Pursuant to Local Rule 83.5.3, please enter the appearance of the undersigned Trial Attorney in the above-captioned case as counsel for Plaintiff United States of America.

Respectfully submitted,

Dated:  November 3, 2023          By:     */s/ Brian Hanna*
                                        Brian Hanna
                                        Trial Attorney
                                        U.S. Department of Justice
                                        Antitrust Division
                                        450 Fifth Street NW, Suite 8000
                                        Washington, DC 20530
                                        Tel: (202) 698-8360
                                        Fax: (202) 598-2680
                                        brian.hanna2@usdoj.gov

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF system will be sent electronically to counsel of record for all parties as identified on the Notice of Electronic Filing.


Dated:  November 3, 2023                                              */s/ Brian Hanna*