AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:  11/03/2023

/s/ Michael Tetreault
*Attorney's signature*

Michael Tetreault (pro hac vice / CA#346298)
*Printed name and bar number*

Cooley LLP
10265 Science Center Drive
San Diego, CA 92121

*Address*

mtetreault@cooley.com
*E-mail address*

(858) 550-6281
*Telephone number*

(858) 550-6420
*FAX number*

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on November 3, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

Dated: November 3, 2023

Respectfully submitted,

COOLEY LLP

/s/ Michael Tetreault
Michael Tetreault (admitted *pro hac vice*)
mtetreault@cooley.com
10265 Science Center Drive
San Diego, CA 92121-1117
Telephone:   +1 858 550 6281
Facsimile:   +1 858 550 6420

*Attorney for JetBlue Airways Corporation*

293608048