AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| United States of America, et al., | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Defendant JetBlue Airways Corporation.

Date:    11/03/2023

/s/ Isabel Tuz

Isabel Tuz (DC No. 1724793)
*Printed name and bar number*

Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Avenue NW
Washington, DC 20037
*Address*

ltuz@cgsh.com
*E-mail address*

(202) 974-1500
*Telephone number*

(202) 974-1999
*FAX number*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

Dated: 11/03/2023

/s/ Isabel Tuz
Isabel Tuz (*Pro Hac Vice*)