**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., | |
| *Plaintiffs*, | |
| v. | Civil Action No.:  1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | |
| *Defendants*. | |

## NOTICE OF APPEARANCE

Please enter the appearance of Grace Song of Shearman & Sterling LLP, 401 9th Street,

N.W., Suite 800, Washington, DC 20004, as an attorney representing Defendant JetBlue Airways

Corporation in the above-captioned action.


Dated:  November 3, 2023          */s/ Grace Song*
                                  Grace Song
                                  Shearman & Sterling LLP
                                  401 9th Street, N.W., Suite 800
                                  Washington, DC 20004
                                  Tel: 202-508-8167
                                  Fax: 202-508-8100
                                  Grace.Song@shearman.com

-2-

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed through the ECF system and will be sent

electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).


*/s/ Grace Song*
Grace Song