AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York.

Date:   11/03/2023

/s/ Christopher D'Angelo
*Attorney's signature*

Christopher D'Angelo (pro hac vice/ NY# 4348744)
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005
*Address*

Christopher.DAngelo@ag.ny.gov
*E-mail address*

(212) 416-6124
*Telephone number*

*FAX number*

Print    Save As...    Reset