-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF ELIZABETH ROBINSON
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Elizabeth Robinson, certify that I am a member of the Bar of New York and am admitted to practice in the following courts:

- New York Appellate Division, 1st Department

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-1-

293708344

-2-

| | |
|---|---|
| Dated:  November 6, 2023 | */s/ Elizabeth Robinson*<br>Elizabeth Robinson<br>Shearman & Sterling LLP<br>599 Lexington Ave<br>New York, NY 10022-6069<br>Tel: 212-848-8076<br>Liz.Robinson@shearman.com |

293708344