## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

       Plaintiffs,

   v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

       Defendants.

Civil Action No.:  1:23-cv-10511-WGY

## UNOPPOSED MOTION TO APPEAR *PRO HAC VICE*

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Noni Nelson, Harlan P. Rosenson, Sheyla D. Soriano and David Garfinkel of Shearman & Sterling LLP, 599 Lexington Avenue, New York, NY 10022, and Tina Asgharian of Shearman & Sterling LLP, 9 Appold St., London, EC2A 2AP, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case. Ms. Nelson, Mr. Rosenson, Ms. Soriano, Mr. Garfinkel, and Ms. Asgharian have each executed a certificate in accordance with Local Rule 85.5.3, which are submitted herewith. The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

-1-

293787993

Dated:  November 7, 2023

Respectfully submitted,

COOLEY LLP


*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO#569387)
ewright@cooley.com
500 Boylston Street
14th Floor
Boston, MA 02216-3736
Telephone:  +1 617 937 2300
Facsimile:  +1 627 937 2400

*Attorney for JetBlue Airways Corporation*

## <u>CERTIFICATE OF CONFERENCE</u>

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  The other parties to this matter do not oppose the relief requested herein.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

293787993