UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF NONI NELSON IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Noni Nelson, certify that I am a member of the Bar of New York and am admitted to practice in the following courts:

- New York Second Appellate Division

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-1-

293788412

-2-

Dated:  November 7, 2023          /s/ *Noni Nelson*
                                  Noni Nelson
                                  Shearman & Sterling LLP
                                  599 Lexington Ave
                                  New York, NY 10022
                                  Tel: 212-848-7244
                                  Noni.Nelson@shearman.com

293788412