UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      *Defendants*. | Civil Action No. 1:23-cv-10511 |

## CERTIFICATION OF HARLAN P. ROSENSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

I, Harlan P. Rosenson, certify the following:

1. I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

   - State of New York
   - U.S. District Court for the Southern District of New York
   - U.S. District Court for the Eastern District of New York

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.


Dated: November 7, 2023             Respectfully submitted,

SHEARMAN & STERLING LLP


*/s/ Harlan P. Rosenson*
Harlan P. Rosenson
Harlan.Rosenson@shearman.com
599 Lexington Avenue
New York, NY 10022
Telephone:    +1 212 848 7876
Facsimile:     +1 646 848 7876