UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF SHEYLA D. SORIANO
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*__**

I, Sheyla D. Soriano, certify the following:

1. I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

    - State of New York
    - U.S. District Court for the Southern District of New York
    - U.S. District Court for the Eastern District of New York

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

2

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6. I certify that the foregoing is true and correct.

Dated:  November 7, 2023

/s/ *Sheyla D. Soriano*
Sheyla D. Soriano
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022
Tel: 212-848-5450
Sheyla.Soriano@shearman.com