-1-

**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br>   v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF DAVID GARFINKEL IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

I, David Garfinkel, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- New York State Courts
- U.S.D.C. Southern District of New York
- U.S.D.C. Eastern District of New York
- U.S. Court of Appeals, Ninth Circuit

1.  I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2.  There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3.  I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4.  I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5.  I certify that the foregoing is true and correct.

Dated:  November 7, 2023

*/s/ David Garfinkel*
David Garfinkel
Shearman & Sterling LLP
599 Lexington Ave
New York, NY 10022-6069
Tel: 212-848-4428
David.Garfinkel@Shearman.com