-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF TINA ASGHARIAN IN SUPPORT OF**
**MOTION FOR ADMISSION *PRO HAC VICE***

    I, Tina Asgharian, certify that I am a member of the Bar of the State of New York and am admitted to practice in the following courts:

- New York State Courts

    1.    I am a member in good standing in every jurisdiction in which I have been admitted to practice.

    2.    There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

    3.    I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

    4.    I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

    5.    I certify that the foregoing is true and correct.

293766861

-2-

Dated: November 7, 2023

/s/ *Tina Asgharian*
Tina Asgharian
Shearman & Sterling LLP
9 Appold St.
London, EC2A 2AP
Tel: 212-848-7428
Fax: 221-848-7179
Tina.Asgharian@shearman.com

293766861