UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　Plaintiffs,<br>　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF SAMUEL GUGGENHEIMER
IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Samuel Guggenheimer, certify that I am a member of the Bars of New York and the District of Columbia and am admitted to practice in the following courts:

- State of New York
- District of Columbia

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-1-

293806475

-2-

| | |
|---|---|
| Dated: November 7, 2023 | */s/ Samuel Guggenheimer*<br>Samuel Guggenheimer<br>Shearman & Sterling LLP<br>401 9th Street, NW<br>Washington, DC 20004<br>Tel: 202-508-8046<br>Fax: 202-508-8100<br>Samuel.Guggenheimer@Shearman.com |

293806475