UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF JACOB KOTLER IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Jacob Kotler, certify that I am a member of the Bars of the District of Columbia and Maryland am admitted to practice in the following courts:

- District of Columbia
- State of Maryland

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-1-

Dated:  November 7, 2023

/s/ *Jacob Kotler*
Jacob Kotler
Shearman & Sterling LLP
401 9th Street, NW
Washington, DC 20004
Tel: 202-508-8036
Fax: 202-508-8100
Jake.Kotler@Shearman.com

293788874