-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**UNOPPOSED MOTION TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Ryan Leske of Shearman & Sterling LLP, 401 9th Street NW, Washington, D.C. 20004-2128, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case. Mr. Leske has executed a certificate in accordance with Local Rule 85.5.3, which is submitted herewith. The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

-1-

-2-

Dated:  November 8, 2023

Respectfully submitted,

COOLEY LLP

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright (MA BBO#569387)
ewright@cooley.com
500 Boylston Street
14th Floor
Boston, MA 02216-3736
Telephone:  +1 617 937 2300
Facsimile:  +1 627 937 2400

*Attorney for JetBlue Airways Corporation*

-2-

293816163

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion.  The other parties to this matter do not oppose the relief requested herein.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system and all attachments will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and that this document and its attachments will be served on any unregistered participants by U.S. Mail.

*/s/ Elizabeth M. Wright*
Elizabeth M. Wright

293816163