UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.:  1:23-cv-10511-WGY |

**CERTIFICATION OF RYAN LESKE IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Ryan Leske, certify the following:

1. I am a member of the Bar of the District of Columbia and the Bars of the States of New York and New Jersey and am admitted to practice in the following courts:

   - District of Columbia
   - State of New York
   - State of New Jersey
   - U.S. District Court for the District of Columbia

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

-1-

-2-

5.      I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6.      I certify that the foregoing is true and correct.

Dated:  November 8, 2023

<u>/s/ Ryan Leske</u>
Ryan Leske
Shearman & Sterling LLP
401 9th Street NW
Washington, D.C. 20004
Tel: 202-508-8022
Fax: 202-560-0958
Ryan.Leske@shearman.com