-1-

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      Plaintiffs,<br><br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**CERTIFICATION OF LAURA RODGERS IN SUPPORT OF
MOTION FOR ADMISSION *PRO HAC VICE***

I, Laura Rodgers, certify that I am a member of the Bar of New York and am admitted to practice in the following courts:

- State of New York
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York

1. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

2. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

3. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

4. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

5. I certify that the foregoing is true and correct.

-1-

293816238

-2-

Dated: November 8, 2023

/s/ *Laura Rodgers*
Laura Rodgers
JetBlue Airways Corporation
27-01 Queens Plaza North
Long Island City, NY 11101
Tel: 718-709-3328
Laura.Rodgers@JetBlue.com