AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America, et al., | ) | |
|---|---|---|
| *Plaintiff* | ) | |
| v. | ) | Case No.   1:23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

State of New York                                                                                                    .

Date:    11/03/2023

/s/ Amy McFarlane
*Attorney's signature*

Amy McFarlane (pro hac vice/ NY#)
*Printed name and bar number*

New York Office of the Attorney General
28 Liberty Street
New York, NY 10005

*Address*

Amy.McFarlane@ag.ny.gov
*E-mail address*

(212) 416-6195
*Telephone number*

*FAX number*

Print    Save As...    Reset