UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

To the clerk of the court and all parties of record:

I am admitted to practice *pro hac vice* in this court in the above-referenced matter. Please enter my appearance as counsel for Defendant JetBlue Airways Corporation in this case.

Dated: November 9, 2023                     Respectfully submitted,

*/s/ Laura E. Rodgers*
Laura E. Rodgers
JetBlue Airways Corporation
27-01 Queens Plaza North
Long Island City, NY 11101
Telephone: +1 718-709-3328
Laura.Rodgers@jetblue.com

*Attorney for JetBlue Airways Corporation*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing Notice of Appearance, which was filed with the Court through the CM/ECF system on November 9, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

*/s/ Laura E. Rodgers*
Laura E. Rodgers
