UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>  *Plaintiffs*,<br> v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>  *Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of Ryan Leske of Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC 20004, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated: November 9, 2023

            */s/ Ryan Leske*
            Ryan Leske
            Shearman & Sterling LLP
            401 9th Street, N.W., Suite 800
            Washington, DC 20004
            Tel: 202-508-8022
            Fax: 202-508-8100
            Ryan.Leske@shearman.com

-2-

## **CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                */s/ Ryan Leske*
                                                Ryan Leske