UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

# NOTICE OF APPEARANCE

Please enter the appearance of Jacob Kotler of Shearman & Sterling LLP, 401 9th Street, N.W., Suite 800, Washington, DC 20004, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  November 13, 2023

*/s/ Jacob Kotler*
Jacob Kotler
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8036
Fax: 202-508-8100
Jake.Kotler@Shearman.com

-1-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Jacob Kotler*
Jacob Kotler