UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> *Plaintiffs*, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., <br><br> *Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of Tina Asgharian of Shearman & Sterling LLP, 9 Appold St. London, EC2A 2AP, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated:  November 13, 2023

*/s/ Tina Asgharian*
Tina Asgharian
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-848-7428
Tina.Asgharian@Shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ Tina Asgharian*
Tina Asgharian