UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　*Plaintiffs*,<br>　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　*Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth Robinson of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.


Dated:  November 13, 2023　　　　　　　*/s/ Elizabeth Robinson*
　　　　　　　　　　　　　　　　　　　Elizabeth Robinson
　　　　　　　　　　　　　　　　　　　Shearman & Sterling LLP
　　　　　　　　　　　　　　　　　　　599 Lexington Avenue
　　　　　　　　　　　　　　　　　　　New York, New York 10022
　　　　　　　　　　　　　　　　　　　Tel: 212-848-8076
　　　　　　　　　　　　　　　　　　　Liz.Robinson@Shearman.com

-2-

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                                        */s/ Elizabeth Robinson*
                                                        Elizabeth Robinson