UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>    *Plaintiffs*,<br>  v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>    *Defendants*. | Civil Action No.: 1:23-cv-10511-WGY |

## NOTICE OF APPEARANCE

Please enter the appearance of Harlan Rosenson of Shearman & Sterling LLP, 599 Lexington Avenue, New York, New York 10022, as an attorney representing Defendant JetBlue Airways Corporation in the above-captioned action.

Dated: November 13, 2023

/s/ Harlan Rosenson
Harlan Rosenson
Shearman & Sterling LLP
599 Lexington Avenue
New York, New York 10022
Tel: 212-848-7876
Harlan.Rosenson@Shearman.com

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                          */s/ Harlan Rosenson*
                                          Harlan Rosenson