UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>Defendants, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) Civil Action No. 1:23-cv-10511-WGY<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

**UNOPPOSED MOTION FOR CHARLES BAALAN**
 **TO APPEAR *PRO HAC VICE***

Pursuant to Local Rule 83.5.3, the undersigned attorney, duly admitted to practice before this Court and whose appearance has been filed in this action on behalf of Defendant JetBlue Airways Corporation, respectfully moves that Charles Baalan of the firm Cleary Gottlieb Steen & Hamilton, 2112 Pennsylvania Avenue NW, Washington, DC 20037, be admitted *pro hac vice* to act as counsel for JetBlue Airways Corporation in this case. Mr. Balaan has executed a certificate in accordance with Local Rule 83.5.3, which is submitted herewith. The undersigned is a member in good standing of this Court and will continue to act as counsel in the representation of JetBlue Airways Corporation in this action.

Dated: November 15, 2023	Respectfully submitted,

	COOLEY LLP


	*/s/ Elizabeth M. Wright*
	Elizabeth M. Wright (MA BBO #569387)
	ewright@cooley.com
	500 Boylston Street
	14th Floor
	Boston, MA 02116-3736
	Telephone:	+1 617 937 2300
	Facsimile:	+1 617 937 2400

	*Attorneys for Defendant JetBlue Airways Corporation*

## CERTIFICATE OF CONFERENCE

Pursuant to Local Rule 7.1, I hereby certify that the parties conferred in good faith to attempt to resolve or narrow the issues presented by this motion. The other parties to this matter do not oppose the relief requested herein.

<u>/s/ Elizabeth M. Wright</u><br>
Elizabeth M. Wright

## CERTIFICATE OF SERVICE

I hereby that the foregoing motion, which was filed with the Court through the CM/ECF system on November 15, 2023, will be sent electronically to all registered participants as identified on the Notice of Electronic Filing ("NEF").

<u>/s/ Elizabeth M. Wright</u><br>
Elizabeth M. Wright

294207842