## UNITED STATES DISTRICT COURT FOR
## THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, et al.,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil Action No. 1:23-cv-10511

## CERTIFICATION OF CHARLES BAALAN IN SUPPORT OF
## MOTION FOR ADMISSION *PRO HAC VICE*

I, Charles Baalan, certify the following:

1. I am a member of the Bar of the District of Columbia and of the Pennsylvania Bar.  I am admitted to practice in the  D.C. Court of Appeals and the Supreme Court of Pennsylvania.

2. I am a member in good standing in every jurisdiction in which I have been admitted to practice.

3. There are no disciplinary proceedings pending against me in any jurisdiction in which I am a member of the bar.

4. I have not previously had a *pro hac vice* admission to this court (or other admission for a limited purpose under D. Mass. Local Rule 83.5.3) revoked for misconduct.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

6.   I certify that the foregoing is true and correct.


Dated: November 14, 2023                  Respectfully submitted,

                                          CLEARY GOTTLIEB STEEN & HAMILTON LLP


                                          Charles Baalan
                                          cbaalan@cgsh.com
                                          2112 Pennsylvania Avenue, NW
                                          Washington, DC 20037
                                          Telephone:  +1 202-974-1500
                                          Facsimile:   +1 202-974-1999