UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *et al.*, | ) ) ) | |
| *Plaintiffs*, | ) ) | |
| v. | ) ) ) | Civil Action No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) ) ) ) | |
| *Defendants*, | ) ) | |

**DEFENDANTS JETBLUE AIRWAYS CORPORATION'S AND SPIRIT AIRLINES, INC.'S SUPPLEMENTAL MEMORANDUM IN OPPOSITION TO PLAINTIFFS' MOTION TO ADMIT EXHIBITS AW, AX AND AY**

Defendants respectfully submit this short supplemental memorandum to explain why the June 15, 2023, letter from Eyitayo St. Matthew-Daniel of Paul, Weiss to Michael Battaglia of the U.S. Department of Justice, which the Government submitted to the Court at the end of the day today, does not establish that Campbell-Hill Aviation was an "agent or employee" of Spirit Airlines for the purposes of F.R.E 801(d)(2)(D).

Context is important. On its face, the June 15 letter (which the Government did not reference in its Motion (ECF No. 382)) related to whether the corporate attorney-client privilege "could ever attach to certain *nonemployees* working on behalf of Spirit Airlines." Ltr. at 1. The letter then went on to discuss the application of *Uphohn* v. *United States*, 449 U.S. 383 (1981), and its progeny (including *In re Bieter Co.*, 16 F.3d 929 (8th Cir. 1994)) to communications between a corporation and a consultant, and to argue that certain

1

communications with Campbell-Hill were privileged and therefore properly protected from disclosure. *See, e.g.*, Ltr. at 3 (quoting *In re Copper Mkt. Antitrust Litig.*, 200 F.R.D. 213, 218 (S.D.N.Y. 2001) ("[B]ecause [a] consultant was involved in the activities which were the subject matter of [ ] ensuing litigation, and because the consultant possessed the information that was required by the attorney for informed advice, the consultant's confidential communications to counsel were protected.")) In that context, Spirit explained that it engaged Campbell-Hill to "employ[] the consultancy's expertise in the economics of the aviation sector." Ltr at 8. Spirit asserted that, for the purpose of the privilege analysis, "when Campbell-Hill was performing the work assigned by Spirit, it was acting as Spirit's representative *for purposes of assessing corporate privilege under* Bieter." Ltr. at 8 (emphasis added).

The privilege analysis for *Upjohn* purposes is fundamentally different from the hearsay analysis under FRE 801(d)(2)(D). The relevant question for privilege purposes addressed in that letter was whether Campbell-Hill should be deemed a "client" under the *Upjohn* analysis. The fact that Campbell-Hill could be so considered does not establish that it is an "agent or employee" for all purposes under FRE 801(d)(2)(D), which requires evidence that the declarant should be deemed an agent whose statements bind a party. Here, as noted in Defendants' Opposition filed earlier today, there is nothing in the record (or the Government's Motion beyond its conclusory statements) to establish that out-of-court statements of Campbell-Hill should be attributed to Spirit for the purposes of any hearsay exception.

For the foregoing reasons as well as those enumerated in Defendants' Opposition, Plaintiffs' motion should be denied.

Dated: November 21, 2023                      Respectfully submitted,

                                              */s Ryan A. Shores*

Ryan A. Shores (*Pro Hac Vice*)
David I. Gelfand (*Pro Hac Vice*)
Daniel P. Culley (*Pro Hac Vice*)
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500
rshores@cgsh.com
dgelfand@cgsh.com
dculley@cgsh.com

Elizabeth M. Wright (MA BBO #569387)
Zachary R. Hafer (MA BBO #569389)
Cooley LLP
500 Boylston Street, 14th Floor
Boston, MA 02116-3736
Tel: 617-937-2300
ewright@cooley.com
zhafer@cooley.com

Ethan Glass (*Pro Hac Vice*)
Deepti Bansal (*Pro Hac Vice*)
Matt K. Nguyen (*Pro Hac Vice*)
Cooley LLP
1299 Pennsylvania Avenue NW, Suite 700
Washington, DC 2004-2400
Tel: 202-842-7800
Fax: 202-842-7899
eglass@cooley.com
dbansal@cooley.com

Beatriz Mejia (*Pro Hac Vice*)
Cooley LLP
3 Embarcadero Center, 20th Floor
San Francisco, CA 94111
Tel: 415-693-2000
Fax: 415-693-2222
bmejia@cooley.com

Joyce Rodriguez-Luna (*Pro Hac Vice*)
Cooley LLP
55 Hudson Yards
New York, NY 10001-2157
Tel: 212 479 6895
Fax: 2124796275
jrodriguez-luna@cooley.com

Michael Mitchell (*Pro Hac Vice*)
Brian Hauser (*Pro Hac Vice*)
Shearman & Sterling LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-661-7480
ryan.shores@shearman.com
michael.mitchell@shearman.com
brian.hauser@shearman.com

Richard F. Schwed (*Pro Hac Vice*)
Jessica K. Delbaum (*Pro Hac Vice*)
Leila Siddiky (*Pro Hac Vice*)
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: 212-848-4000
Fax: 212-848-7179
rschwed@shearman.com
jessica.delbaum@shearman.com
leila.siddiky@shearman.com

Rachel Mossman Zieminski (*Pro Hac Vice*)
Shearman & Sterling LLP
2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel: 214-271-5385
rachel.zieminski@shearman.com

*Attorneys for Defendant JetBlue Airways Corporation*


Andrew C. Finch (*Pro Hac Vice*)
Eyitayo St. Matthew-Daniel (*Pro Hac Vice*)
Jay Cohen (*Pro Hac Vice*)
Jared P. Nagley (*Pro Hac Vice*)
Kate Wald (*Pro Hac Vice*)
Jackson Yates (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019
Tel: 212-373-3000
Fax: 212-757-3990
afinch@paulweiss.com

tstmatthewdaniel@paulweiss.com
jcohen@paulweiss.com
jnagley@paulweiss.com
kwald@paulweiss.com

Meredith R. Dearborn (*Pro Hac Vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
535 Mission Street, 24th Floor
San Francisco, CA 94105
Tel: 628-432-5100
Fax: 628-232-3101
mdearborn@paulweiss.com

Samuel N. Rudman (MA BBO #698018)
Choate, Hall & Stewart LLP
Two International Place
Boston, MA 02110
Tel: 617-248-4034
srudman@choate.com

*Attorneys for Defendant*
*Spirit Airlines, Inc.*

## CERTIFICATE OF SERVICE

I, Samuel N. Rudman, hereby certify that on November 21, 2023, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all attorneys of record registered on the CM/ECF system.

DATED this 21st day of November, 2023.

                                               */s/ Samuel N. Rudman*
                                             Sameul N. Rudman