AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

District of Massachusetts

| | | |
|---|---|---|
| United States of America, et al. | ) | |
| *Plaintiff* | ) | Case No.   23-cv-10511-WGY |
| v. | ) | |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To:     The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Travelers United, Inc.                                                                      .

Date:     12/01/2023

/s/Glenn A. MacKinlay
*Attorney's signature*

Glenn A. MacKinlay, BBO#561708
*Printed name and bar number*
McCarter & English, LLP
265 Franklin Street
Boston, MA  02110

*Address*

gmackinlay@mccarter.com
*E-mail address*

(617) 449-6500
*Telephone number*

(617) 607-9200
*FAX number*