AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the

District of Massachusetts

| United States of America, et al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 23-cv-10511-WGY |
| JetBlue Airways Corporation and Spirit Airlines, Inc. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Travelers United, Inc.

Date: 12/01/2023

/s/Dean A. Elwell
*Attorney's signature*

Dean A. Elwell, BBO#707149
*Printed name and bar number*

McCarter & English, LLP
265 Franklin Street
Boston, MA  02110
*Address*

delwell@mccarter.com
*E-mail address*

(617) 449-6500
*Telephone number*

(617) 607-9200
*FAX number*