1                    UNITED STATES DISTRICT COURT

2                    DISTRICT OF MASSACHUSETTS (Boston)

3                              No. 1:23-cv-10511-WGY
                               Vol 1, Pages 1 - 78
4

5

6    UNITED STATES OF AMERICA, et al,
                Plaintiffs
7

8    vs.

9

10   JETBLUE AIRWAYS CORPORATION, et al,
                Defendants
11

12                         * * * * * * * *

13

14                    For Bench Trial Before:
                      Judge William G. Young
15

16
                      United States District Court
17                    District of Massachusetts (Boston)
                      One Courthouse Way
18                    Boston, Massachusetts 02210
                      Friday, November 3, 2023
19

20                         * * * * * * * *

21
                  REPORTER: RICHARD H. ROMANOW, RPR
22                      Official Court Reporter
                      United States District Court
23        One Courthouse Way, Room 5510, Boston, MA 02210
                         rhrbulldog@aol.com
24

25

```
 1                    A P P E A R A N C E S

 2

 3    EDWARD WILLIAM DUFFY, ESQ.
      ARIANNA MARKEL, ESQ.
 4    AARON TEITELBAUM, ESQ.
          DOJ-Atr
 5        450 Fifth Street NW, Suite 8000
          Washington, DC 20530
 6        (202) 812-4723
          Email: Edward.duffy@usdoj.gov
 7    and
       WILLIAM T. MATLACK, ESQ.
 8        Attorney General's Office
          One Ashburton Place, 18th Floor
 9        Boston, MA 02108
          (617) 727-2200
10        Email: William.matlack@mass.gov
          For Plaintiffs United States of America and
11        The Commonwealth of Massachusetts

12

13    RYAN SHORES, ESQ.
          Cleary Gottlieb Steen & Hamilton LLP
14        2112 Pennsylvania Avenue, NW
          Washington, DC 20037
15        (202) 974-1876
          Email: Rshores@cgsh.com
16    and
       ELIZABETH M. WRIGHT, ESQ.
17        Cooley LLP
          500 Boylston Street
18        Boston, MA 02116-3736
          (617) 937-2349
19        Email: Ewright@cooley.com
      and
20    RACHEL MOSSMAN ZIEMINSKI, ESQ.
      MICHAEL MITCHELL, ESQ.
21        Shearman & Sterling LLP
          2601 Olive Street, 17th Floor
22        Dallas, TX 75201
          Email: Rachel.zieminski@shearman.com
23        For Defendant JetBlue Airways Corporation

24

25        (Continued.)
```

```
 1      (Continued.)

 2

 3   JAY COHEN, ESQ.
     ANDREW C. FINCH, ESQ.
 4      Paul, Weiss, Rifkind, Wharton & Garrison
        1285 Avenue of the Americas
 5      New York, NY 10019-6064
        (212) 373-3000
 6      Email: Jaycohen@paulweiss.com
        For Defendant Spirit Airlines, Inc.
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
1                       I N D E X

2

3    WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

4

5    TREVOR YEALY

6       By Mr. Loevinsohn:     5                44

7       By Ms. Wright:              31

8

9    MATTHEW KLEIN

10      By Ms. Riblet:      46

11      By Ms. Dearborn:

12

13                     E X H I B I T S

14

15         EXHIBIT 671........................ 62

16

17

18

19

20

21

22

23

24

25
```

1        P R O C E E D I N G S

2        (Begins, 9:00 a.m.)

3        MR. DUFFY:  Mr. Loevinsohn will be taking the next

4   witness, your Honor.

5        THE COURT:  You may.  And let's swear the witness.

6        (TREVOR YEALY, sworn.)

7

8        * * * * * * * * * * * *

9        TREVOR YEALY

10       * * * * * * * * * * * *

11

12   DIRECT EXAMINATION BY MR. LOEVINSOHN:

13       MR. LOEVINSOHN:  Good morning, your Honor, David

14   Loevinsohn on behalf of the plaintiff United States and

15   the plaintiff states.

16       At this time the plaintiffs call Trevor Yealy as a

17   nonparty witness.  Mr. Yealy is the Head of Planning and

18   Strategy at Avelo Airlines, Incorporated.

19       Good morning to you, sir.

20       THE COURT:  Well let's let him testify.

21       Would you state your full name, sir.

22       THE WITNESS:  Yes, my name is Trevor Yealy.

23       THE COURT:  And what do you do?

24       THE WITNESS:  I'm the Head of Commercial for Avelo

25   Airlines.

```
 1            THE COURT:  Now I have testimony.  Go ahead.
 2            (Laughter.)
 3   Q.    Mr. Yealy, we've placed the binder in front of
 4   you.  We may refer to it during your examination.  And
 5   I'll let you know at the right time.
 6            Can you please spell your name for the record.
 7   A.    Trevor, T-R-E-V-O-R, and Yealy, Y-E-A-L-Y.
 8   Q.    And who is your current employer, Mr. Yealy?
 9   A.    Avelo Airlines.
10   Q.    And what is your current position?
11   A.    Head of Commercial.
12   Q.    And how long have you been the Head of Commercial?
13   A.    I've been the Head of Commercial for about two
14   months.  Before that I was the Head of Strategy and
15   Planning for a year.
16   Q.    Okay.  And what are your responsibilities as Head
17   of Commercial?
18   A.    I have oversight for network planning, so route
19   planning and aircraft scheduling.  Airport relations.
20   Charter sales and operations.  And then pricing and
21   revenue management.
22   Q.    Okay, you mentioned "route planing."  What does
23   "route planning" refer to?
24   A.    Selecting the cities that we fly between, new
25   bases that we want to fly into and out of, how many
```

1    times a week we fly, etc.

2    Q.    Okay, you also mentioned "airport relations."

3    What does that refer to?

4    A.    As we go and develop relationships with new

5    airports we intend to serve, there's a team that goes

6    out and enters preliminary discussions and negotiations

7    with airports to get agreements set up in place so we

8    can operate there.

9    Q.    Okay.  And as part of your responsibilities as

10   Head of Commercial, to what extent, if at all, do you

11   stay up to date with respect to the operations of other

12   U.S. carriers?

13   A.    I stay pretty up to date with the operations of

14   other U.S. carriers.

15   Q.    Okay, and how do you stay up to date with the

16   operations of other carriers?

17   A.    We keep a weekly tab on schedule changes that are

18   occurring throughout the industry, what other airlines

19   are flying, entering, or exiting.  Mostly focused on

20   areas that pertain to us, regions that pertain to us.

21   We keep a general watch on what others are doing,

22   broadly speaking as well.

23   Q.    And to what extent, if at all, do you review the

24   public filings of other U.S. carriers?

25   A.    We review them, generally speaking, after each

1  earning season, just to see what's going on.

2  Q.    You mentioned that you were previously the Head of

3  Strategy, um -- the Head of Planning and Strategy.  Do

4  you hold any other positions at Avelo?

5  A.    Prior to being Head of Strategy and Planning, I

6  was their Head of Financial Planning Analysis and

7  Company Treasurer.

8  Q.    Okay.  And when was Avelo founded, Mr. Yealy?

9  A.    The current incarnation of Avelo was really

10  founded in late 2018 when Andrew Levy acquired the

11  charter airline known as Xtra Airways or TEM

12  Enterprises, and that was the foundation for which Avelo

13  eventually became.

14  Q.    Okay.  And, Mr. Yealy, I have a tendency to speak

15  very quickly.  I understand that a -- if you wouldn't

16  mind slowing down just a little bit, that would be

17  helpful.

18  A.    No problem.

19  Q.    Okay.  When did Avelo start offering airline

20  service?

21  A.    Our first flight was on April 28th, 2021.

22  Q.    How do you describe Avelo?

23  A.    We are the U.S.'s most ultra-low-cost carrier.

24  Q.    Okay.  And how many aircraft does Avelo operate?

25  A.    We currently operate 16 airplanes.

1    Q.    I'd like to briefly discuss other carriers.  You

2    mentioned that Avelo is an ultra-low-cost carrier.  Are

3    there any other ultra-low-cost carriers in the United

4    States?

5    A.    There are.

6    Q.    What are those?

7    A.    Allegiant Airlines.  Spirit Airlines.  Frontier

8    Airlines.  And Sun Country Airlines.

9    Q.    Okay.  And you mentioned Spirit, like Avelo, is an

10   ultra-low-cost carrier.  To what extent, if at all, are

11   you familiar with their operations?

12   A.    I'm familiar with Spirit's operations.

13   Q.    How do you compare the size of Spirit's operations

14   with the size of Avelo's operations?

15   A.    Spirit is significantly larger than Avelo.  We are

16   quite small in the grand scheme of the U.S. industry at

17   this point in time.

18   Q.    And when you say "small," what do you mean?

19   A.    We have a very small percentage of the domestic

20   seats flying around, less than 1 percent.

21   Q.    Mr. Yealy, how do you compare the types of

22   destinations Spirit serves with those served by Avelo?

23   A.    There are similar types of destinations, although

24   we certainly target different routes from a depth

25   perspective in terms of how we approach the route and

1    what are the cities we select and how frequently we fly

2    between those cities.  But the destinations generally

3    are pretty similar, targeting leisure and visiting

4    friends-and-relatives customers.

5    Q.    Okay, you mentioned "depth" there.  What do you

6    mean by "depth"?

7    A.    Spirit tends to fly routes with more frequency

8    than we do, we get along with very little or low

9    frequency on routes, generally speaking.

10   Q.    Okay.  Mr. Yealy, are you familiar with -- well

11   let me back up a second.

12        To what extent, if at all, do Spirit's routes

13   differ from Avelo's with respect to the presence of

14   other carriers on the same route?

15   A.    Generally speaking Spirit flies routes that have

16   other airlines flying on, whereas we target many routes

17   where other airlines are not flying between two distinct

18   airplane pairs.

19   Q.    Are you generally familiar with JetBlue's

20   operations?

21   A.    I am.

22   Q.    Do you have an understanding of how the customer

23   base of JetBlue compares to the customer base of Avelo?

24   A.    Um --

25        MS. WRIGHT:  Objection.

1            THE COURT:  Well I'm going to allow him to answer

2       that yes or no.

3            Do you have an understanding?

4            THE WITNESS:  Generally, but not with any great

5       specific detail.

6   Q.    What is your general understanding, Mr. Yealy?

7   A.    JetBlue is typically targeting leisure and VFR

8       customers as well, those Visiting Friends and Relatives

9       customers.  They do the business component here in

10      Boston.  But, um, predominantly I believe they are

11      targeting leisure and VFR customers.

12  Q.    Mr. Yealy, in your experience, how have customers

13      responded to the ultra-low-cost business model?

14           MS. WRIGHT:  Objection.

15           THE COURT:  No, he may tell us from his experience

16      how customers have responded.

17  A.    From my experience customers have responded very

18      well to the ultra-low-cost business model.  It enables a

19      portion of the population access to air travel that they

20      may otherwise have not had access to.

21  Q.    Mr. Yealy, I'd like to briefly discuss with you,

22      in greater detail, Avelo's ability to initiate or expand

23      service at certain airports.

24           What resources at airports does Avelo need to

25      initiate or expand service at that airport?

A.    Generally speaking we need to ensure that we've
got access to gates and terminal facilities, first and
foremost.  That's the largest challenge when entering a
new airport.

Q.    And are those resources available to Avelo at all
airports in the United States?

A.    It is case-by-case dependent on each individual
airport.  In some airports they are instantly available
and in others it can be a challenge to get access.

Q.    And would you --

THE COURT:  What's the relationship between having
access to a gate or gates and terminal facilities?

THE WITNESS:  Generally speaking you need to have
access to both for a carrier like ourselves.  There are
occasions where just an access to a gate will do,
depending on how you contract services at the airport
with third-parties.  If it's an airport where we employ
our own crew members, then you would need space so that
they have a break room.  We could store parts and other
items at the airport.  If we're using a third-party
provider, they may already have the space, so we might
not be as heavily dependent on needing space in addition
to access to a gate.

THE COURT:  How does hangar space, if that makes
sense, I mean someplace to park the planes or maintain

1    the planes, do you need that at every airline -- every

2    airport in which you fly?

3         THE WITNESS:  So we do not need that at every

4    airport we fly.  Our new business model is a little

5    unique in that our aircraft come back to our bases each

6    and every night, so we don't leave them at airports

7    scattered around the country.  That's why we don't need

8    parking positions, we don't need hangar space or access,

9    at multiple airports throughout the country at any given

10   point in time.  We focus on the places that we originate

11   traffic into and out of.

12        THE COURT:  To your knowledge is any other airline

13   -- of course you don't fly too many planes, but does any

14   other airline operate that same way, returning all the

15   planes to base at night?

16        THE WITNESS:  To my knowledge Allegiant does and I

17   think Sun Country has some tendency to do that as well.

18        THE COURT:  Thank you.

19        Go ahead, Mr. Loevinsohn.

20   Q.   Mr. Yealy, which airports, if any, come to mind

21   when you think of airports that do not have sufficient

22   available resources for Avelo to initiate or expand

23   service?

24   A.   The slot-controlled airports are ones that would

25   be difficult for us to get into just by their very

1    nature of being regulated with slots.  And then there

2    are larger airports throughout the country that have

3    become quite full over the last 10 and 20 years, they

4    can be very difficult to get access into and out of.

5         Fort Lauderdale, for example, we are in -- but it

6    can be difficult to grow into it just because the

7    airport is pretty well-utilized, um, and we share gates

8    with other airlines.  Therefore it can be difficult for

9    us to get a foothold and to grow in the way that we

10   might otherwise grow.

11   Q.   And when you say it's difficult for you to grow at

12   Fort Lauderdale, do you mind explaining that a little

13   bit further?

14   A.   Every time we intend to add flights or change our

15   schedule, it's got to be approved by the airport, and of

16   course they're taking into consideration the other

17   airlines that are operating there.  And so we may

18   oftentimes get schedules that don't work with how we

19   would intend to operate our flights, and therefore can't

20   get into the airport.

21   Q.   Okay.  And putting aside for a second the airport

22   resources that are needed to expand or initiate service,

23   what other resources, if any, does Avelo need to

24   initiate or expand service at an airport?

25   A.   Availability of aircraft crews, things that we

1   would need just to operate the airline.  And then at

2   times capital depending on the airport and the level of

3   investment that needs to be made at the airport.

4   Q.    Okay.  And you mentioned a "slot-controlled

5   airport" a few seconds ago.  What are -- are you

6   familiar with the term "takeoff and landing slots"?

7   A.    I am.

8   Q.    And what are "takeoff and landing slots"?

9   A.    The right to have or perform one takeoff and one

10  landing at a given airport.

11  Q.    Okay.  And which airports require a carrier to

12  have takeoff and landing slots to operate service at

13  that airport?

14  A.    La Guardia Airport in New York City.  John F.

15  Kennedy Airport in New York City.  Washington Reagan

16  Airport in D.C.  I believe that's it.  Well there may be

17  a few others.

18  Q.    Okay.  And can you please describe Avelo's ability

19  to obtain slots at these airports?

20  A.    Um, we have not attempted to obtain slots at these

21  airports.  But it would be very challenging.  We'd have

22  to go, to my knowledge, to try and acquire them from

23  another airline.

24  Q.    Okay.  Do you know if takeoff and landing slots

25  are easy to operate into or out of Newark Liberty

1    International Airport?

2    A.    This one has, um, to my knowledge changed over the

3    years.  In the past takeoff and landing spots were

4    required, but I do know those were waived for a period

5    of time.  I do not know at the moment whether takeoff

6    and landing slots are required at Newark Liberty.

7    Q.    Do you know if any authorizations are needed to

8    operate into or out of Newark Liberty?

9    A.    I believe there are but I'd have to, um -- we'd

10   have to reach out and have discussions with the airport

11   directly.

12   Q.    Okay.  Mr. Yealy, a few seconds ago you mentioned

13   that it can be challenging to, um -- resources are

14   challenging at larger airports.  I don't want to

15   misstate your testimony.  But does that sound familiar?

16   A.    Yes.

17   Q.    And what do you mean by that?

18   A.    It can be difficult to get access to the gate and

19   terminal space that I mentioned previously at certain

20   larger airports.

21   Q.    And which airports come to mind when you say that?

22   A.    I mentioned Aurora Fort Lauderdale, that can be

23   tricky to get appropriate access to grow service.  There

24   are other airports that exhibit the same

25   characteristics.  Fort Meyers we had challenges in

1    getting access to grow in the manner that we wanted to

2    grow.  And even our first base, Hollywood Burbank

3    Airport, is very full, it's a 14-gate facility that we

4    had the good fortune of obtaining access to in the

5    pandemic.  But beyond that it's difficult to grow into

6    just given the space constraints at the field.

7    Q.    Okay.  Are you familiar with the term "fortress

8    hubs"?

9    A.    Yes.

10   Q.    What is a "fortress hub"?

11   A.    Generally speaking it's the large hubs that the

12   legacy airlines have, like Atlanta, Charlotte, Chicago

13   O'Hare, Dallas Fort Worth, etc.

14   Q.    To what extent, if at all, does Avelo currently

15   operate service into or out of fortress hubs?

16   A.    We don't operate into or out of any fortress hubs,

17   as they would probably be classically defined today, but

18   we do have service to Chicago's Midway Airport, which is

19   a large hub for Southwest Airlines.

20   Q.    And can you please describe Avelo's ability to

21   initiate service at the fortress hubs other than what

22   you've made reference to today?

23   A.    We have not made a particular attempt to enter any

24   of the fortress hubs at this point in time, so I cannot

25   really speak one way or another about our ability to get

```
 1    into the airports.
 2    Q.    Okay.  Switching topics a little bit, Mr. Yealy,
 3    if we could discuss Avelo's bases.
 4          To what extent, if at all, does Avelo operate
 5    bases?
 6    A.    We operate at 6 bases across the country.
 7    Q.    And where are those bases?
 8    A.    Um, the Hollywood Burbank Airport in Los Angeles.
 9    Las Vegas Airport.  Orlando International Airport.  New
10    Haven Airport in Connecticut.  And Wilmington Airport in
11    the Delaware Valley Philadelphia region.  And then
12    Raleigh-Durham International Airport.
13          THE COURT:  What you call "New Haven," that's T.F.
14    Green, isn't it?
15          THE WITNESS:  That is -- T.F. Green is just up the
16    road.  Tweed, New Haven.  It's Tweed.
17          THE COURT:  Tweed New Haven?
18          THE WITNESS:  Tweed Airport, T-W-E-E-D.
19          THE COURT:  Thank you.
20          THE WITNESS:  Yup.
21    Q.    When Avelo refers to a city as a "base," what does
22    that mean?
23    A.    That's where we predominantly park our aircraft,
24    that's where we have them live every day.  When I refer
25    to aircraft going out and back and staying at bases
```

1    overnight, that's where we keep them.  That where we

2    employ most of our crew members, like pilots, flight

3    attendants, airport operations, crew members,

4    maintenance technicians, etc.

5    Q.    And are those crew members and other employees you

6    mentioned specifically hired for bases?

7    A.    Correct, yes.

8    Q.    If you know, what percentage of Avelo's routes

9    touch a base at at least one end?

10   A.    At least 90 percent.  Almost all of our routes

11   touch a base on one end.

12   Q.    Okay.  Mr. Yealy, we're going to refer to the

13   binder right now.  If you'd turn to the tab marked

14   Exhibit 12 in your binder.

15        MR. LOEVINSOHN:  Your Honor, Exhibit 12 has

16   already been admitted into evidence.  It does however

17   contain certain information that Avelo has requested to

18   keep confidential, and we'll ask momentarily to publish

19   it.  And the copy of the exhibit that we'd like

20   published to the gallery will contain redactions.

21        THE COURT:  Understood.

22        MR. LOEVINSOHN:  May we publish Exhibit 12,

23   please?

24        THE COURT:  You may.

25        (On screen.)

1   Q.    Mr. Yealy, are you familiar with this document?

2   A.    I am, yes.

3   Q.    And what is it?

4   A.    Some board materials from our April 2023 board

5   meeting.

6   Q.    Were you involved in preparing this document?

7   A.    I was.

8   Q.    If we could turn in Exhibit 12 to the page

9   Bates-ending 035.

10  A.    (Turns.)

11  Q.    The title of the slide says "Driving to

12  Profitability: Minimal Competition."  Can you please

13  describe what is being depicted in the bar chart at the

14  bottom of the slide?

15  A.    The bar chart at the bottom of the slide depicts

16  the percentage of available seat miles, ASMs, that we

17  had in our network at that point in time, or at least we

18  were projecting to have at that point in time, in April

19  of 2023, that had direct nonstop competition between

20  airport pairs.  The purple bar represents our entire

21  network.  And the light blue bar represents our network,

22  excluding our Raleigh-Durham base.

23  Q.    Okay, and why is Raleigh-Durham excluded?

24  A.    We excluded Raleigh-Durham because -- we started

25  that base in February of 2023 and we started with three

1    routes that had direct nonstop competition, which was a

2    first for us.  We were testing to see our ability to

3    compete in markets with direct nonstop competition, and

4    we wanted to also test the amount of awareness that we

5    could build quickly in Raleigh.  So this gives a view

6    for the board of what it looks like, what our system

7    looks like without considering Raleigh, and that

8    experiment that we're running, and also what the system

9    looks like if you include that.

10   Q.    Okay, and do you still serve those three

11   competitive routes in Raleigh?

12   A.    We do not.

13   Q.    So if we could specifically look at the last month

14   in the chart for December 2023.  Can you tell us what

15   it's showing there?

16   A.    It's showing that in December of 2023, as of this

17   April board meeting, we expected to have 7 percent of

18   the available seat miles, the ASMs, that we were

19   scheduling to have direct nonstop competition, and 4

20   percent if you -- throughout the three Raleigh markets,

21   or all of the Raleigh markets that we fly, or intended

22   to fly at that point in time.

23   Q.    And to what extent, if at all, does this bar chart

24   tell us how many of Avelo's ASMs do not have competition

25   on them?

1    A.    The percentage of ASMs that do not have

2    competition on them would simply be 100 percent minus

3    the percentage you see in the bar chart.  So the purple

4    bar showing 7 percent, 100 miles, that would show that

5    93 percent of our available seat miles do not have

6    nonstop competition.

7    Q.    Okay.

8         THE COURT:  I'm not sure I'm following.  7 percent

9    do not have competition?

10        THE WITNESS:  7 percent have direct nonstop

11   competition.

12        THE COURT:  And -- right.

13        THE WITNESS:  Correct.

14        THE COURT:  I see.  I see.  And that's why the

15   title here is -- this is taking a look at Avelo's share

16   with minimal competition?

17        THE WITNESS:  Correct.

18        THE COURT:  I follow.

19   Q.    We've been discussing ASMs here.  ASM is just a

20   measure of airplane capacity, right?

21   A.    It is one measure of airplane capacity, yes.

22   Q.    Okay.  Now looking at the slide here, I'll refer

23   to the title of the slide again, "Driving to

24   Profitability:  Minimal Competition."

25         Can you please describe the relationship, if any,

1    between minimal competition and profitability?

2    A.    So for us "Driving to Profitability with Minimal

3    Competition" is twofold.  Number 1, we're trying to

4    offer a differentiated product versus just the same

5    routes that other airlines are flying, so we seek to

6    find routes, at least airport fares that other carriers

7    are not serving so we can differentiate our product in a

8    way that's not just lowest priced or lowest fare.

9    Additionally as a startup airline, in a competitive

10   industry, the best way for us to grow our business, grow

11   our brand, and grow our awareness, is to find routes

12   that other carriers are not today flying.

13   Q.    And why is Avelo interested in flying routes that

14   other carriers are not flying?

15   A.    To grow that business, grow that brand, that

16   awareness, and to allow us to carve out our unique

17   niche.

18   Q.    Does the presence of other airlines affect the

19   price Avelo can charge for fares on those routes?

20   A.    It can, yes.  Not always, but it can.

21   Q.    And how can it?

22   A.    Depending on what other airlines are pricing, we

23   may have to respond or react accordingly in order to

24   fill the aircraft that we need to fly profitably back

25   and forth.

1    Q.    Okay.  And so if other airlines are not serving

2    those routes, how does that affect what Avelo can charge

3    for those fares?

4    A.    If other airlines are not serving those routes, it

5    does not mean that we can just charge anything, um, at

6    times we have to look at what's going on in a metro area

7    as well to see if an airport up the road might be more

8    competitive fares.  And then of course the market will

9    only bear what the market will bear.  And so our ability

10   to price, it's helped by not having direct nonstop

11   competition, but that doesn't always directly mean we

12   can charge the price that we would otherwise want to

13   charge.

14   Q.    Okay.  And just to make sure this was clear.  When

15   we look at the bar chart again for December, is this

16   saying that 93 percent of Avelo's capacity has no

17   nonstop competition on their route?

18   A.    That's what this is saying, yes.  At least as of

19   this snapshot in April of 2023.

20   Q.    Okay.  And if we could turn backwards in this

21   slide -- in this dec., sorry, to the page ending --

22   Bates ending 027, we would see Exhibit 12.

23   A.    (Turns.)

24   Q.    And I'd like to direct your attention to the first

25   subbullet under "Continuing on the path we laid out for

1  2023," do you see that?

2  A.    Yes.

3  Q.    It says like "Stage lengths short, under 850

4  miles."  Do you see that?

5  A.    Yes.

6  Q.    What does that sentence mean?

7  A.    At this point in time, for the plan that we had

8  for the remainder of 2023, we intended to keep the

9  average flight distance, the distance between two

10  airport pairs on a flight that we operated, at less than

11  850 miles.  On average at least.

12  Q.    Okay.  And why was Avelo interested in keeping

13  average stage lengths under 850 miles?

14  A.    For two reasons predominantly.  Number 1, it helps

15  keep operational simplicity.  Our flying is all out-and-

16  back flying that we accomplish with a single crew, so a

17  pair of pilots and a crew of flight attendants.  So

18  going further introduces complexities where you may have

19  to have crews sleep overnight at a hotel and get off the

20  aircraft.  So this keeps our business simple and our

21  operation simple.

22      And then in a highly volatile and rising fuel

23  environment, the further you fly, the larger the

24  percentage of your overall operating expenses is fuel.

25  And so keeping our stage length short helps minimize our

1    exposure to the volatility in the fuel market,

2    especially in a rising environment like we've seen over

3    the last two years.

4    Q.    Okay.  And does Avelo continue to desire to keep

5    stage lengths short?

6    A.    We do, yes.

7    Q.    Okay.  Could you give us an example of a route

8    that is 850 miles?

9    A.    Um, New York to Florida is, generally speaking,

10   850 to 1,000 miles, New York to Carolina.  So New Haven,

11   Connecticut, say it's to Myrtle Beach or Charleston,

12   South Carolina, or Savannah Georgia, would be in the

13   neighborhood of 850 miles.

14   Q.    Okay.  Does Avelo offer any transcontinental

15   service?

16   A.    We do not, no.

17   Q.    Does Avelo have any plans to offer

18   transcontinental service?

19   A.    Not at this time, but it's something you always

20   look at.

21   Q.    Does Avelo currently offer international service?

22   A.    Not with Scheduled Service Fly, we do not.

23   Q.    Now three bullets down it says "Leverage spoke

24   airport investments are connected to multiple bases."

25   Do you see that?

1    A.    I do, yes.

2    Q.    What does that sentence refer to?

3    A.    When we add spoke airports in our network, the

4    goal is always to fly from that spoke to more than one

5    base in our network?

6    Q.    Okay.  And why is that?

7    A.    When you add new cities it can be difficult to

8    build awareness in the market, "Who is Avelo?" "What's

9    the product that we offer?"  "What's the customer value

10   proposition?"  So by having more destinations offered

11   from a spoke, it makes our service more attractive to

12   more customers, and helps us gain awareness faster, and

13   helps us be more efficient in how we operate at the

14   airport in that multiple flights can help improve the

15   efficiency of the airport operations crew members that

16   might be employed at the airport, and for our pilots and

17   flight attendants.

18   Q.    In the last year, has Avelo launched any service

19   on any route in which it does not serve -- it does not

20   already serve at least one endpoint?

21   A.    Um --

22         THE COURT:  I don't understand the question.  I'm

23   sorry.

24         MR. LOEVINSOHN:  I stumbled over it.  Let me try

25   it again.

1    Q.    In the last year, has Avelo launched service on

2    any route in which it does not already serve at least

3    one of the airports that are an endpoint to that route?

4    A.    So over the last year we've added predominantly

5    airports that already existed in our network.  There

6    haven't been -- there have been new airports added that

7    we didn't have a presence in prior, but there's been no

8    new two-airport routes that we've added in the last

9    year, at least that I can recall.

10   Q.    Okay.  When was the last time that Avelo launched

11   service on a route in which it did not previously serve

12   at least one of the airports on that route?

13   A.    Most likely -- I'd have to go back and double-

14   check, but most likely the opening of our New Haven base

15   in November of 2021.

16   Q.    And does Avelo have any plans to launch service on

17   any route in which it does not already serve at least

18   one of the endpoints?

19   A.    At this point we do not, at least looking out into

20   the near future, although we're always up -- you know

21   keeping our eyes on available market opportunity.  So it

22   could very well happen again in the near future.

23   Q.    Okay.  If we could turn to the page ending, Bates

24   ending 032, the title of the slide says, "Driving to

25   Profitability:  Utilization."

```
 1    A.     (Turns.)
 2    Q.     If you look at the two bullets on the slide.  Are
 3    these two bullets accurate?
 4    A.     Yes.
 5    Q.     Okay.  Can you please explain -- so that the
 6    second bullet says "As a result, it makes more sense not
 7    to operate flights that would likely not cover their
 8    variable costs."  Do you see that?
 9    A.     I do, yes.
10    Q.     Can you please explain it makes sense not to
11    operate flights that would likely not cover their
12    variable costs?
13    A.     Um, well by definition, if they're not covering
14    their variable costs, then they would be burning cash by
15    literally operating the flight, getting from Point A to
16    Point B.
17    Q.     Okay.  And, um, how do you measure utilization,
18    Mr. Yealy?
19    A.     We measure it, as you see here on the slide, as
20    "scheduled block hours per aircraft per day."
21           THE COURT:  As I recall the testimony in this
22    case, I understand that Spirit tries to keep its costs
23    down by investing in planes and then using them very
24    frequently.
25           When looking at this, you keep your costs down by
```

1    investing in used aircraft, which I assume are cheaper,

2    and that's what saves you -- saves your costs?

3            THE WITNESS:  That's correct.  That's in part at

4    least what helps reduce our overall costs.

5    Q.    And do you have an understanding as to how Avelo's

6    utilization compares to the utilization of other ultra-

7    low-cost carriers?

8    A.    I do, yes.

9    Q.    And how does Avelo's utilization compare to that

10   of other ultra-low-cost carriers?

11   A.    Generally speaking, our utilization is more

12   comparable to an Allegiant or a Sun Country, whereas

13   Spirit and Frontier operate at higher levels of

14   utilization.

15   Q.    Okay.  And to what extent, if any, is there a

16   relationship between an airline's utilization and the

17   amount of capacity offered by that airline?

18   A.    It's difficult to say.  I'd say that generally

19   speaking airlines with lower utilization offer less

20   capacity, although I don't think that that's necessarily

21   a universal truth.  But I think that's probably safe to

22   say.

23           MR. LOEVINSOHN:  Your Honor, may I have a moment?

24           THE COURT:  You may.

25           (Pause.)

1        MR. LOEVINSOHN:  I pass the witness, your Honor.

2        THE COURT:  Ms. Wright?

3        MS. WRIGHT:  Thank you, your Honor.

4

5    CROSS-EXAMINATION BY MS. WRIGHT:

6    Q.    If you could, let's bring back up TX 12, please,

7    and let's go back to Bates number ending in 35.

8    A.    (Turns.)  Mr. Yealy, the first bullet point on

9    this slide is that only a small percentage of Avelo's

10   capacity is in markets with airport-to-airport

11   competition, is that correct?

12   A.    That's correct, yes.

13   Q.    And what does that mean, "airport-to-airport"?

14   A.    That means, um, as it says, literally airport to

15   airport.  So, for example, no nonstop competition from

16   say New Haven to Fort Lauderdale, and only those two

17   airport pairs.

18   Q.    So you mentioned earlier metro areas.  So even if

19   a route is unique between two airports, there may be

20   other airlines that fly from nearby airports in the

21   metro area, is that correct?

22   A.    That's correct, yes.

23   Q.    And I'll pass up to you, Mr. Yealy, what's been

24   marked as Demonstrative Number 1.

25        (Pause.)

```
 1           THE COURT:  The Court Reporter didn't hear it.
 2    A.     Ask your question again.
 3    Q.     Mr. Yealy, does Avelo publish its route map on its
 4    website?
 5    A.     Yes, we do.
 6    Q.     And in front of you is Demonstrative Number 1.  Is
 7    that a reflection of Avelo's route map as published on
 8    its website?
 9    A.     Um, it looks like it is.  Yes.
10    Q.     Does Avelo fly from Wilmington Delaware?
11    A.     We do, yes.
12    Q.     And Avelo considers its route from Wilmington
13    Delaware to San Juan to be unique, is that correct?
14    A.     We do, yes.
15    Q.     But other airlines fly from Philadelphia to San
16    Juan, don't they?
17    A.     That's correct, yes.
18    Q.     And Philadelphia and Wilmington Delaware are in
19    the same metro area?
20    A.     That's correct, yes.
21    Q.     They're relatively close to each other?
22    A.     Yes.
23    Q.     Does Avelo consider its route from New Haven to
24    Orlando to be unique?
25    A.     We do, yes.
```

1   Q.    Do other airlines fly from Hartford to Orlando?

2   A.    There are other airlines that fly from Hartford to

3   Orlando, yes.

4   Q.    And New Haven and Hartford are in the same metro

5   area?

6   A.    They are very close.  I don't know if they're in

7   the same metro area per se, but they are close.

8         THE COURT:  And I'm trying to extend my

9   understanding.

10        Hartford is Bradley International, is that right?

11        THE WITNESS:  That's correct, yes.

12        THE COURT:  I shouldn't have asked you.

13        (Laughter.)

14        THE WITNESS:  Yes, spot on.

15        THE COURT:  Thank you for your testimony.  All

16  right.

17        Go ahead, Ms. Wright.  Forgive me.

18  Q.    Mr. Yealy, does JetBlue fly from Hartford to

19  Orlando?

20  A.    They do, yes.

21  Q.    Does Avelo fly from New Haven to other cities in

22  Florida?

23  A.    We do, yes.

24  Q.    Which other cities?

25  A.    Many of the large Florida cities, including

1    Orlando, which we've already discussed.  Daytona Beach.

2    Melbourne Florida.  West Palm Beach.  Fort Lauderdale.

3    And then on the West Coast, we fly to Tampa, Sarasota,

4    and Fort Meyers.

5    Q.    And does JetBlue fly from Hartford to Tampa?

6    A.    I believe so, yes.

7    Q.    Does JetBlue fly from Hartford to Fort Meyers?

8    A.    I believe so, yes.

9    Q.    And does JetBlue fly from Hartford to South

10   Florida?

11   A.    Yes, I believe so.

12   Q.    So notwithstanding Avelo's current focus on unique

13   airport-to-airport routes, is it fair to say that Avelo

14   will consider a new route even if another airline is

15   serving it?

16   A.    Yes, that's fair.

17   Q.    And today it says "being in commercial service

18   since April 2021."  Has Avelo encountered other airlines

19   on its route?

20   A.    We have, over the last couple years.  Yes.

21   Q.    Which other airlines?

22   A.    We've encountered Alaska Airlines and Southwest

23   Airlines on the West Coast with some of our Burbank

24   routes.  And then as I mentioned earlier, the Raleigh-

25   Durham routes, the three that we launched initially, had

1   nonstop competition to Orlando, Fort Lauderdale, and

2   Tampa, we encountered JetBlue and Spirit, Frontier,

3   Southwest, and others.

4   Q.    On the map in front of you, Mr. Yealy, what are

5   the yellow highlighted cities?

6   A.    These appear to be our base cities around the

7   country.

8   Q.    And you testified earlier that there are six of

9   them currently?

10  A.    That's correct, yes.

11  Q.    So in the 2 1/2 years that Avelo's been operating,

12  it's been able to establish bases on the West Coast, the

13  East Coast, and in Florida?

14  A.    Yes.

15  Q.    Mr. Yealy, does Avelo fly from New Haven to San

16  Juan?

17  A.    We don't fly yet, although we will start service

18  in 12 days here, so.  Yes.

19  Q.    And why did Avelo decide to fly from New Haven to

20  San Juan?

21  A.    There's a large Puerto Rican community in the

22  Connecticut region, especially in New Haven, and so we

23  felt that that was a great opportunity to serve that

24  community to where they want to go.

25  Q.    And does Avelo fly to San Juan from any other

1   cities?

2   A.     Um, concurrent with starting service to New Haven,

3   Connecticut, we will also start service to Wilmington,

4   Delaware.

5   Q.     And that service will start this month?

6   A.     Correct, yes.

7   Q.     Are there nonstop flights that other airlines

8   offer from Philadelphia Airport to San Juan?

9   A.     There are, yes.

10  Q.     Do you know which other airlines offer that

11  service from Philadelphia to San Juan?

12  A.     American, Frontier, and Spirit, to my knowledge.

13  Q.     And did you look at the demand for flights to San

14  Juan from the greater Philadelphia region when you

15  decided to begin service from Wilmington to San Juan?

16  A.     That was one part of the consideration set that we

17  looked at, yes.

18  Q.     And why did you consider that was part of the

19  consideration set?

20  A.     Just to see what the existing traffic looked like

21  that the carriers, the incumbent carriers were able to

22  achieve.

23  Q.     And Avelo believed it could fly a possible route

24  from Wilmington to San Juan?

25  A.     Correct, yes.

1    Q.    Will Avelo consider flying to San Juan from any
2    other city?
3    A.    Perhaps, we're always looking at opportunities to
4    add new routes in our network, so it's not -- it's
5    possible certainly.
6    Q.    And as a general matter, is it easier to start a
7    new route if Avelo is already serving one end of it?
8    A.    That can help make it easier, yes.
9    Q.    And why is that?
10   A.    Generally speaking we've already gone through the
11   work to establish access at that destination report.
12   San Juan, for example, we at least know that we'd have
13   access to a gate, we'd have access to a facility.  So
14   does that guarantee that we could add another route?
15   No.  But it certainly makes it easier because we're not
16   starting our conversation from scratch.
17   Q.    And how many routes does Avelo currently fly?
18   A.    Um, just under 70.  68 routes.
19   Q.    And how quickly can Avelo enter a new route?
20   A.    That's a difficult question.  It's entirely
21   dependent on the airline pairs we intend to serve.  If
22   they're larger airports, we can turn on a route fairly
23   quickly, it could be a matter of a few months.  If it's
24   an airport that has not historically had commercial
25   service or require some level of infrastructure

1    investment, it may be a number of months up to perhaps a

2    year even.  So it depends entirely on the airport pair

3    in question.

4    Q.    Counsel for the government asked whether Avelo

5    currently flies commercial service internationally?  And

6    I believe you said No, is that correct?

7    A.    That's correct.

8    Q.    Does Avelo fly charter service internationally?

9    A.    We have had charter service internationally in the

10   past, and then we will start a dedicated charter program

11   from Lansing, Michigan to Cancun, Punta Cana, and

12   Montego Bay, um, this January.

13   Q.    And for the benefit of everyone, can you explain

14   the difference between charter service and commercial

15   service?

16   A.    Broadly speaking, in commercial service we put

17   tickets and seats out to the public ourselves, we're

18   taking the risk of selling the seats as Avelo.  Whereas

19   a charter, a third-party will approach us and basically

20   pay for the entire aircraft, and the risk of selling the

21   seats to customers is on them.  Whether it's a sports

22   team, a large VIP group, or perhaps a hotel group,

23   they're the ones taking the risk of selling the tickets.

24   They instead just pay us to operate the aircraft.

25   Q.    So Avelo currently has all of the regulatory

1    approvals and designations it needs to fly charter

2    service internationally, correct?

3    A.    That's correct.

4    Q.    Does Avelo have all of the regulatory approvals

5    and designations it needs to fly commercially

6    internationally?

7    A.    That's correct, yes.

8    Q.    Has Avelo considered offering international

9    commercial service?

10   A.    We have.

11   Q.    And looking at the map, some of the airports where

12   Avelo currently flies are international airports, is

13   that correct?

14   A.    That's correct, yes.

15   Q.    And that's on the East Coast and in Florida, in

16   particular?

17   A.    Yes.

18   Q.    So those international airports could support

19   flights, for instance, to Mexico or the Caribbean?

20   A.    They could, sure.

21   Q.    Switching gears a little bit on the map to focus

22   on the Midwest.  Does Avelo fly from Dubuque, Iowa?

23   A.    We do, yes.

24   Q.    And when did Avelo enter Dubuque Airport?

25   A.    We intended to enter Dubuque Airport in January of

1    2023.  But due to some complications with the airport,

2    we didn't actually start serving Dubuque Airport itself

3    until March of 2023.

4    Q.    And where did Avelo fly to from Dubuque?

5    A.    Both Orlando and Las Vegas.

6    Q.    Before Avelo entered Dubuque Airport, was any

7    other airline offering commercial service there?

8    A.    Historically there has been some level of

9    commercial service at Dubuque.

10   Q.    And do you know when that other commercial service

11   ended?

12   A.    I believe American Airlines left in 20 -- either

13   2019 or 2022.  I can't recall the specifics.  But there

14   was an airline that departed the airplane entirely.

15   Q.    And between the time American Airlines departed

16   and Avelo started service at Dubuque, was there any

17   other airline offering commercial service there?

18   A.    Not to my knowledge, no.

19   Q.    So if a consumer near Dubuque Iowa wanted to fly

20   to Orlando, Florida during that time period, what other

21   airport options do they have?

22   A.    They would have had to drive to Cedar Rapids, um,

23   50 or 60 miles down the road, um, perhaps Madison,

24   Wisconsin, or drive a little further to the Chicago area

25   airports for service.

Q.    And is Avelo currently the only airline offering
commercial service at Dubuque?

A.    Yes.

Q.    Mr. Yealy, did you testify earlier that you
currently have 16 airplanes in service?

A.    Yes.

Q.    How many aircraft did you have when you started
commercial service in April of 2021?

A.    We had three aircraft at the time.

Q.    And did you acquire additional aircraft later in
2021?

A.    We did, yes.

Q.    How many aircraft did you acquire?

A.    Three additional airplanes.  We finished with six.

Q.    Does Avelo plan to acquire additional aircraft
next year?

A.    We do, yes.

Q.    Approximately how many does Avelo plan to acquire
next year?

A.    At this point in time we plan to acquire five more
aircraft next year.

Q.    So if you currently have 16 in service and you're
acquiring five more, that's approximately a 30 percent
increase?

A.    Correct, yes.

1  Q.    And at a high level does -- I know there are

2  confidentiality concerns.  But at a high level does

3  Avelo intend to continue growing its fleet beyond next

4  year into the future?

5  A.    Yes, we do.

6  Q.    Mr. Yealy, do you know how many planes Spirit had

7  when it started commercial service?

8  A.    Not off the top of my head, I do not, no.

9  Q.    In your best estimation does Spirit have more

10  planes today than it did when it started service?

11  A.    Yes, most certainly.

12  Q.    Mr. Yealy, you said earlier that Avelo primarily

13  acquired used aircraft, correct?

14  A.    That's correct, yes.

15  Q.    So Avelo generally does not purchase new aircraft

16  directly from a manufacturer?

17  A.    That's correct, yes.

18  Q.    Okay.  So to the extent manufacturers are

19  experiencing delays in producing new aircraft, that

20  would not directly affect Avelo, is that fair?

21  A.    It doesn't directly affect us, although there are

22  secondary impacts that we feel by lack of manufacturer

23  production.  Many of the aircraft that we take from used

24  airlines, they require the introduction of a new

25  aircraft in order to return the aircraft that we would

1    eventually take.  So any delay ends up cascading back

2    down to us if the company returning the prior aircraft

3    is not getting their new aircraft on time.

4    Q.    Mr. Yealy, you mentioned the acquisition of Xtra

5    Airlines, which was a charter airline, is that correct?

6    A.    That's correct, yes.

7    Q.    Why did Avelo transition from just charter service

8    to commercial service?

9    A.    I would categorize it a little differently.  Our

10   founder, Andrew Levy acquired Xtra Airways in August of

11   2018 with the intent of restructuring it or turning it

12   into a scheduled service airline.  So the intent under

13   the new ownership group was never to really operate the

14   charter airline, the intent was to turn it into a

15   scheduled service airline as soon as possible.

16   Q.    And who is Mr. Levy?

17   A.    He is our founder, Chairman, CEO.

18   Q.    And does he have experience with any other

19   airline?

20   A.    He does.  He was a co-founder of Allegiant Air in

21   the early 2000s, and then he was, um, prior to Avelo,

22   the CFO of United Airlines.

23   Q.    Are any other Avelo executives, do any of them

24   have -- let me start that over.

25         Are there any other Avelo executives who have

1    experience working at other airlines?

2    A.     Yes.

3    Q.     Which other airlines?

4    A.     We have executives from Allegiant, United, Delta,

5    JetBlue, and others.

6    Q.     And do you have confidence in Avelo's leadership

7    to grow a successful ULCC?

8    A.     Yes, absolutely.

9    Q.     In your estimation will Avelo continue to grow in

10   the next few years?

11   A.     Yes.

12   Q.     And why are you so confident in that?

13   A.     We have a business plan that we are confident in

14   operating.  There's been tremendous customer response to

15   the product and the convenience and reliability that we

16   offer.  So I'm confident that we can continue to find

17   opportunities to grow and expand our presence across the

18   country.

19         MS. WRIGHT:  Thank you, Mr. Yealy.

20         THE COURT:  Any redirect, Mr. Loevinsohn?

21         MR. LOEVINSOHN:  Just a few brief questions, your

22   Honor.

23         THE COURT:  You may.

24

25   REDIRECT EXAMINATION BY MR. LOEVINSOHN:

1   Q.    Mr. Yealy, do you recall your discussion with
2   JetBlue's counsel about Avelo's interest in operating
3   international service?
4   A.    Um, I don't recall a specific conversation about
5   offering international service with JetBlue's counsel,
6   although we may have discussed it.
7   Q.    Okay.  And do you recall our strategy -- our
8   discussion earlier about Avelo's strategy of flying to
9   routes without competition?
10  A.    Yes.
11  Q.    To what extent, if at all, if Avelo were
12  interested in the exploring of national service, would
13  it apply that strategy to those international routes?
14  A.    We would view it the same way as we view our
15  scheduled service today, we'd evaluate opportunities
16  each on a case-by-case basis with a lean towards
17  operating routes that do not have nonstop competition.
18  Though that certainly won't be the only criteria for
19  selecting a route.  But it would be a heavy
20  consideration though.
21        MR. LOEVINSOHN:  May I have a moment, your Honor?
22        THE COURT:  Yes.
23        (Pause.)
24        MR. LOEVINSOHN:  No further questions, your Honor.
25        THE COURT:  Nothing further, Ms. Wright?

```
 1          MS. WRIGHT:  No.
 2          THE COURT:  You may step down.  Thank you.
 3          Call your next witness.
 4          MR. DUFFY:  Your Honor, Sarah Riblet will be
 5     taking our next witness, who is Mr. Matt Klein of
 6     Spirit.
 7          THE COURT:  Mr. Klein may come forward.
 8          (MATTHEW KLEIN, sworn.)
 9
10     * * * * * * * * * * * * *
11     MATTHEW KLEIN
12     * * * * * * * * * * * * *
13
14     DIRECT EXAMINATION BY MS. RIBLET:
15     Q.   Good morning, your Honor, Sarah Riblet for the
16     United States.  And good morning, Mr. Klein.
17     A.   Good morning.
18     Q.   We've provided you with a binder there that
19     contains some documents we've made reference to during
20     your examination, but for now I'd just like you to put
21     that aside and just answer some introductory questions.
22          You are currently employed by Spirit Airlines,
23     right?
24          THE COURT:  Let's start the way I normally start.
25          Would you state your full name.
```

1            THE WITNESS:  Yes, sir.  Matthew Klein.

2            THE COURT:  Go ahead.

3            MS. RIBLET:  Thank you, your Honor.

4    Q.    You are currently employed by Spirit Airlines,

5    right, Mr. Klein?

6    A.    Yes, that's correct.

7    Q.    And in total you spent about 28 years working in

8    the airline industry, is that right?

9    A.    I have.

10   Q.    For how many airlines have you worked?

11   A.    I have worked for -- this is my third airline.

12   Q.    U.S. Air, Air Tran, and now Spirit, right?

13   A.    Correct.

14   Q.    Today you're Spirit's Executive Vice-President and

15   Chief Commercial Officer?

16   A.    Yes.

17   Q.    And you have been Spirit's Chief Commercial

18   Officer since joining the airline in 2016, right?

19   A.    That is correct.

20   Q.    What are your responsibilities as Spirit's Chief

21   Commercial Officer?

22   A.    So at a broad level I'm responsible for the

23   revenue side of the business, network planning, revenue

24   management, brand, guest experience, um, sales,

25   e-commerce.  Anything that kind of rolls off that

1    involves the guest or revenue generation.

2    Q.    And in your present role at Spirit, you report

3    directly to Spirit's CEO, Ted Christie, right?

4    A.    I do.

5    Q.    You also regularly make presentations to Spirit's

6    board of directors?

7    A.    Yes, I do.

8    Q.    And you regularly speak on behalf of Spirit on

9    earnings calls, right?

10   A.    I do.

11   Q.    Today we're here to discuss whether the proposed

12   merger would harm competition.  I'd like to briefly

13   discuss how Spirit competes with other airlines,

14   particularly JetBlue.

15         Spirit operates today as a ULCC, correct?

16   A.    We do.

17   Q.    And JetBlue is not an ultra-low-cost carrier, is

18   it?

19   A.    Um, no.

20   Q.    JetBlue is more set up to carry corporate

21   travelers or high-end travelers, is that right?

22   A.    I wouldn't necessarily say that.

23   Q.    You've heard JetBlue identified as a "hybrid

24   carrier," correct?

25   A.    Um, I've heard that term before, yes.  It's not

1    one that I use, but, yes.

2    Q.    You have described "hybrid carriers" as set up to

3    carry corporate travelers or high-end travelers more

4    than Spirit, right?

5    A.    I generally call them "low-cost carriers," not

6    "hybrid carriers."  But could you repeat your question

7    again?

8    Q.    You've described "hybrid carriers" as set up to

9    carry corporate travelers or high-end travelers more

10   than Spirit, correct?

11   A.    In terms of more than Spirit?  I would say that's

12   probably correct.

13   Q.    And there are fewer seats per equivalent plane on

14   JetBlue's aircraft than on Spirit's aircraft, right?

15   A.    There are fewer seats on JetBlue's aircraft,

16   equivalent aircraft, that's right.

17   Q.    Today on average JetBlue's fares are higher than

18   Spirit's, correct?

19   A.    They are.

20         Can I correct one of my answers from before?  I'm

21   not sure that I've ever personally said that JetBlue is

22   set up to carry more corporate customers than Spirit.  I

23   just want to make sure I say that correctly.

24         THE COURT:  And it's appropriate always, you can

25   go back and correct anything, if on reflection you think

1   it's inaccurate.

2         THE WITNESS:  Oh, thank you.  Okay.  Thank you.

3   Q.    Let's look at a document you submitted on behalf

4   of Spirit to the United States government.  I'd like you

5   to pull out that binder now and either turn to Exhibit

6   340 or reference your screen.  We'll pull it up there as

7   well.

8   A.    (On screen.)

9   Q.    And we've tabbed some of the pages in the binder

10  for longer documents just to help you find the relevant

11  pages.

12  A.    Okay.

13  Q.    So, Mr. Klein, this is Spirit's complaint to the

14  U.S. Department of Transportation regarding JetBlue's

15  and American Airline's Northeast Alliance, correct?

16  A.    Yes.

17  Q.    And the filing is dated January 7th, 2021, do you

18  see that?

19  A.    I do.

20  Q.    You have no reason to doubt that this is an

21  accurate copy, do you?

22  A.    I have no reason to doubt that.

23  Q.    And if you turn to the first tab that we've

24  provided for you at the page Bates number ending in 377.

25  A.    (Turns.)

1    Q.    You can see that you signed a verification of

2    truthfulness, subject to legal penalty, on behalf of

3    Spirit, correct?

4    A.    Yes.

5    Q.    Turning to the second tab at the top of the

6    document.

7          THE COURT:  You're going faster -- I don't have

8    binder carriers for me.

9          Where are we now?

10         MS. RIBLET:  There are tabs at the top of the

11   document.

12         THE COURT:  No, I can read it.  Just what tab are

13   we?

14         MS. RIBLET:  We're at Exhibit 340.

15         THE COURT:  Yes.

16         MS. RIBLET:  And we're moving to this page that is

17   Bates number ending in 396.

18         THE COURT:  Thank you.

19         MS. RIBLET:  No problem, your Honor.

20   Q.    So, Mr. Klein, turning to that page, which is the

21   beginning of Exhibit E to this filing, Spirit told the

22   DOT that JetBlue is moving away from the LCC business

23   model and toward the legacy model, right?

24   A.    We wrote "JetBlue is moving away from the LCC

25   business model towards traditional legacy products and

1   partnerships," that's what's on the page.

2   Q.    And Spirit pointed out in this document that

3   "JetBlue fare trends are higher than all its LCC and

4   ULCC competitors," right?

5   A.    They have been overall for a few years.  Uh-huh.

6   Q.    You made that statement to the DOT based on data

7   showing that JetBlue's average fares were staying

8   constant or increasing, right?

9   A.    Over this timeframe reviewed, yes.

10   Q.    Let's turn to that data analysis you provided to

11   the DOT which begins at the page Bates number ending in

12   396.

13   A.    (Turns.)  I don't think I see data on that page.

14   Q.    398.  I'm sorry.

15   A.    Oh, yes.

16   Q.    So on Page 398, we see a graphic comparing fare

17   trends between JetBlue and other airlines, including

18   Spirit, right?

19   A.    I do.

20   Q.    And it is based on 5 years of average fare data,

21   do you see that?

22   A.    From 2014 to 2019.

23   Q.    There's a blue line representing JetBlue, right?

24   A.    Yes.

25   Q.    And the point you are making to DOT with this data

1  was that JetBlue has maintained and increased average

2  fares, correct?

3  A.    Can you we repeat your question?  I'm sorry.

4  Q.    Sure.  The point you were making, and you can see

5  it in the heading there, to DOT with this data was that

6  JetBlue had maintained and increased average fares.

7  A.    Yes, that's what we said there.

8  Q.    The same data shows Spirit's average fare

9  decreasing, correct?

10  A.    Over this timeframe, that's correct.

11  Q.    In fact Spirit has the lowest average fare in

12  every year depicted, right?

13  A.    That would be correct.

14  Q.    Mr. Klein, you may set that document aside.

15      And returning to your responsibilities at Spirit.

16  One of the Spirit departments you mentioned that you

17  oversee is the airline's pricing organization, right?

18  A.    That is correct.

19  Q.    So you are familiar with the work done by Spirit's

20  pricing organization?

21  A.    Generally that's correct.

22  Q.    And you have ultimate responsibility for the

23  pricing actions taken by Spirit, correct?

24  A.    Their department makes decisions that rolls up to

25  me, that's correct.

1   Q.    And in these decisions rolling up to you, you

2   direct Spirit's pricing strategy, is that right?

3   A.    The strategy I do, yes.

4   Q.    As the Chief Commercial Officer, you have to

5   delegate some responsibilities to others within your

6   organization, correct?

7   A.    Absolutely.

8   Q.    Responsibilities like training your employees, is

9   that fair to say?

10  A.    Correct.

11  Q.    Please now turn to Exhibit 330 in your binder.

12  A.    (Turns.)

13  Q.    This is a version of the pricing at Spirit

14  Airlines' presentation dated June 7th, 2022.  Do you see

15  that?

16  A.    I do.

17  Q.    Do you have any reason to doubt that this document

18  was used to train analysts within your pricing

19  organization at Spirit?

20  A.    I wouldn't doubt that.  I have no reason to doubt

21  that.

22  Q.    And, Mr. Klein, we've included both the black and

23  white and color versions of the document in this

24  exhibit, but I'd like to reference the color version.

25  So again I'll direct you to the tab that's in your

1   binder or just look at the screen, and let me know when

2   you've reached Slide 3 in the color version, which is

3   titled "Spirit's Business Model."  And again it is

4   tabbed for your reference.

5   A.     (Turns.)  I'm there.

6   Q.     Consistent with this slide, you agree that price

7   drives customer purchase decisions, correct?

8   A.     Well, yes.  It's one of the things that drives

9   purchase decisions.  Sure.

10  Q.     In fact you've described the entire country as a

11  "highly-priced sensitive customer," right?

12  A.     Well --

13         MS. DEARBORN:  Objection, vague.

14         THE COURT:  Well just because he paused, it seems

15  to me --

16         Can you answer that?

17         THE WITNESS:  Well I think that, um, for the most

18  part, customers do think about price when they make a

19  purchase decision.

20  Q.     And -- thank you, Mr. Klein.

21         MS. RIBLET:  Before I move to the next slide, I'll

22  note that defendants' counsel have identified some of

23  this content as confidential.  So while the Court and

24  you, Mr. Klein, will see all material, the public will

25  see some redactions.

1    Q.    I'd like to move to the two slides that are

2    labeled Slide 5 and Slide 6 in this presentation, these

3    are both titled "Filing Fares and Two Pricing Systems."

4    A.    (Turns.)

5          THE COURT:  Bates number?

6          MS. RIBLET:  These do not have Bates numbers, your

7    Honor, but you'll see it's Slide 5 and Slide 6 in the

8    lower right-hand corner of the slide.

9          THE COURT:  Thank you.

10         MS. RIBLET:  There is a color version of the

11   document after the Bates-numbered pages.

12         (Pause.)

13         THE COURT:  And the, um, the title of the slide?

14         MS. RIBLET:  These slides are both titled "Filing

15   Fares and Two Pricing Systems."

16         THE COURT:  I have it.

17         MS. RIBLET:  Thank you.

18   Q.    Mr. Klein, these slides reference the ways in

19   which Spirit publishes its fares, right?

20   A.    We reference how they make fares available to the

21   buying public, sure.

22   Q.    One of those ways is through ATPCO, correct?

23   A.    Yes.

24   Q.    What is ATPCO?

25   A.    ATPCO is called the "Airline Tariff Publishing

1    Company."

2    Q.    Fares filed on ATPCO are published to all

3    airlines, right?

4    A.    They are available for anyone to see.

5    Q.    The left-hand slide references -- the left-hand

6    slide, which is Slide 5 for reference, makes note of the

7    fact that "Spirit can file fares on its website that are

8    not published in ATPCO," correct?

9    A.    We can.

10   Q.    Including sale fares, right?

11   A.    We can.

12   Q.    And you understand "visibility" on the second

13   slide, or Slide 6, as a reference to whether airlines

14   can see each other's fares, right?

15   A.    (Pause.)  Can you repeat your question?  I'm

16   sorry.

17   Q.    You understand "visibility" on that second slide

18   to be a reference to whether airlines can see each

19   other's fares, right?

20   A.    Um, in a way I would say that's correct.  But in

21   terms -- well it says its technical team monitors other

22   airline's fare changes, so it's referencing what we're

23   looking at, not necessarily what other airlines are

24   getting at.  I'm not sure if I'm answering your

25   question.  I'm trying to.

Q.    Yeah, I can verify.  This slide says that "Spirit
is able to file restricted viewership fares while others
are not."  Do you see that?
A.    Um, yes, it says that.
Q.    So it takes other airlines more effort to see the
fares that are only on Spirit's website, right?
       MS. DEARBORN:  Objection, foundation.
       THE COURT:  Well she may ask the question in that
form.  We'll see what answer he gives.
       THE WITNESS:  Can you repeat the question?
       THE COURT:  So it takes other airlines longer to,
um, access the fares that are, um, on your website?
       THE WITNESS:  Um, that is not necessarily true.
       THE COURT:  Well I asked the question wrong,
maybe.
       So go ahead.  It's your question.  Ask a question.
Q.    It takes other airlines more effort to see the
fares only on Spirit's website, right?
A.    Um, I don't necessarily think that's accurate
today.
Q.    They have to go through a process of scraping
Spirit's website to see those fares, right?
A.    Yes, they do, but that doesn't make it harder or
more complicated in my opinion.
Q.    Those fares aren't automatically pushed through

1    ATPCO, right?

2    A.    They're not put through ATPCO, but I think that's

3    different than what you're asking me before.

4          THE COURT:  And that's because "scraping the

5    website" simply means going to their website and looking

6    at it, is that right?

7          THE WITNESS:  That's correct.

8    Q.    These slides identify it as an "advantage" that

9    Spirit has these two pricing systems, right?

10   A.    Yes, I see that.  Uh-huh.

11   Q.    And turning to Slide 10.

12   A.    (Turns.)

13   Q.    Do you see that it's titled "Pricing Philosophy,

14   Spirit Versus Other Airlines"?

15   A.    Yes, I see that.

16   Q.    So this slide is Spirit's view on how its pricing

17   philosophy is different from other airlines, right?

18   A.    Um, it's contrasting to separate views, yes, I

19   agree.

20   Q.    And the first bullet on this slide indicates that

21   airlines other than Spirit -- the first subbullet,

22   apologies, on this slide indicates that "Airlines other

23   than Spirit tend to file a competitive response to every

24   fare filed in ATPCO."  Have I read that correctly?

25   A.    You have.

1          THE COURT:   What are Os and Ds?

2          THE WITNESS:   I think of it as a city pair.  So if

3    you want to fly from say Boston to Orlando, that would

4    be an OAD, an origination to a destination.

5    Q.    And speaking of tending to file a competitive

6    response to every fare filed in ATPCO, historically

7    that's what you have observed, right?

8    A.    Yes, I would say historically that's correct.

9    Generally.

10   Q.    And the second-to-last subbullet point on this

11   slide says that "Spirit has no obligation to follow the

12   herd when it comes to large industry initiative."  Have

13   I read that correctly?

14   A.    You have.

15   Q.    You agree that Spirit prices based on what it

16   believes is best for Spirit markets, correct?

17   A.    I do believe that.

18   Q.    Put that document aside now, Mr. Klein.

19          We've just seen in that document that one of the

20   things that Spirit's pricing organization does is

21   monitor and evaluate fare actions by other airlines,

22   correct?

23   A.    We do.

24   Q.    Spirit evaluates its competitors' fares when

25   deciding how Spirit should price to the public, right?

A.    It's an input.  It's definitely an input.  One of
the inputs.
Q.    You receive daily reports on industry pricing
activities from Spirit's pricing team, correct?
A.    I do.
Q.    Those reports come in the form of an e-mail called
a "Pricing Activity Report," right?
A.    Yes.  Generally, yes.
Q.    And Leo Lage sends many of these Pricing Activity
Reports, right?
A.    He does.
Q.    Mr. Lage is a Senior Pricing Manager at Spirit,
correct?
A.    He is.
Q.    He has responsibility for monitoring and
evaluating fare activity by other airlines?
A.    Um, yes, that's one of his responsibilities.  Yes.
Q.    And separate from his Pricing Activity Reports,
Mr. Lage will also send you information on specific fare
actions by e-mail sometimes, correct?
A.    From time to time as he feels is appropriate or if
I have specific questions from time to time.
Q.    I'd like to take a look at one example of those
communications with Mr. Lage regarding pricing actions
by other airline.

1        If you could turn to the document that's been

2   marked ZN in your binder.

3   A.    (Turns.)

4   Q.    This is an e-mail exchange you had with Mr. Lage

5   and Eric Monahan on October 29th, 2021.  Do you see

6   that?

7   A.    Yes.

8   Q.    Did you receive these e-mails?

9   A.    Um, yes, I'm assuming so.

10  Q.    You responded to Mr. Lage's e-mails in that chain,

11  right?

12  A.    Yes.

13        MS. RIBLET:  Your Honor, plaintiffs move to admit

14  as Exhibit 671 the document which has previously been

15  identified as ZN.

16        THE COURT:  No objection?

17        MS. DEARBORN:  No objection, your Honor.

18        THE COURT:  ZN is admitted, 671.

19        MS. RIBLET:  Thank you, your Honor.

20        (Exhibit 671, marked.)

21  Q.    Let's look briefly at the most recent e-mails on

22  this chain, which are on the top of the page ending in

23  435.

24        Do you see where Mr. Lage wrote, "We'll see if

25  this promotes any changes by JetBlue in their own

1    structure, although my feeling is that those fares

2    JetBlue filed are so low due to competitive pressure

3    from us."

4    A.    (Looks.)  I see that it says that.  May I read the

5    e-mail?

6    Q.    Sure, certainly.

7    A.    (Reads.)  So I've caught up now.  Can I read the

8    top part of the e-mail?

9    Q.    And I can repeat my question if you want.

10   A.    Just give me one more second, please.  (Reads.)

11   Okay.  Thank you.

12   Q.    And shall I repeat my question?

13   A.    Oh, yes, please.

14   Q.    Do you see where Mr. Lage wrote "We'll see if this

15   promotes any changes by JetBlue in their own structure,

16   although my feeling is that those fares JetBlue filed

17   are so low due to competitive pressure from us."

18   A.    I do see that.

19   Q.    And you understand that "us" is Spirit, right?

20   A.    Yes.

21   Q.    All right, thank you, Mr. Klein.  You can set that

22   document aside.

23   A.    Okay.

24   Q.    I'd like to spend a little time understanding the

25   customers who are choosing to fly with Spirit.

1          You would agree that Spirit's customers are

2    sensitive to the prices they pay for Spirit's products,

3    correct?

4          MS. DEARBORN:  Objection, foundation.

5          THE COURT:  Overruled.

6    A.    Can you repeat the question please?

7          THE COURT:  You would agree that the prices --

8    that Spirit's customers are sensitive to the prices they

9    pay for tickets on Spirit?

10   A.    I think that's correct.  I also think that's true

11   for any leisure customer looking to fly, not just Spirit

12   customers.

13         THE COURT:  Okay.

14   Q.    Let's now take a look at Exhibit 320 in your

15   binder.

16   A.    (Looks.)

17   Q.    This document is a cover e-mail sent to you dated

18   June 27th, 2022 attaching a Spirit presentation labeled

19   "ACPAC meeting, Spirit Airlines."  Do you see that?

20   A.    I do, yes.

21   Q.    "ACPAC" references the "Aviation Consumer

22   Protection Advisory Committee," correct?

23   A.    It does.

24   Q.    And the ACPAC is an organization within the United

25   States Department of Transportation, is that right?

```
 1    A.     Yes.

 2    Q.     The attachment to this e-mail is a June 28th, 2022

 3    presentation prepared and given by Spirit to the ACPAC,

 4    correct?

 5    A.     It looks like it, yes.

 6    Q.     You testified at your deposition that you would

 7    have reviewed these materials before they were provided

 8    to the ACPAC, correct?

 9    A.     I would have reviewed it.

10    Q.     You would have ensured that they were accurate,

11    right?

12    A.     I would have relied on my team to ensure they were

13    accurate.

14    Q.     So you would expect that a Spirit presentation to

15    the DOT would be accurate?

16    A.     Absolutely.  At the time, yes.

17    Q.     Mr. Klein, we've again provided a prior exhibit in

18    both black and white and color versions.  I'll be

19    referencing the color version again.  We've had the

20    first page I'll being referencing again for you.

21           If you could turn to that 23rd page of the

22    exhibit.

23    A.     (Turns.)

24    Q.     Do you see a slide that is entitled "Spirit

25    Airlines Target Consumers"?
```

1    A.     Yes.

2    Q.     You would agree that this slide distinguishes

3    Spirit's target consumer from legacy airlines' target

4    consumers, right?

5    A.     Well generally that would have been true at that

6    time.

7    Q.     Spirit's target consumer, it says, "pays for their

8    own ticket," right?

9    A.     Yes, and can I just rephrase that?  The legacy

10   target consumer is a lot of how they, I would say, build

11   their product, but I believe legacy carriers also just

12   target consumers.  But in terms of their product itself,

13   it may be geared more that way.

14   Q.     I understand.

15          This slide indicates that "price is highly

16   important to Spirit's target consumer," right?

17   A.     Yes.

18   Q.     On average legacy fares are higher than Spirit's

19   fares, correct?

20   A.     On average that would be correct.  On average.

21   Q.     So on average consumers pay more to fly on

22   legacies than on Spirit, right?

23   A.     On average for all the products offered by those

24   legacy carriers, absolutely.  On average.

25   Q.     And you would agree that there are some consumers

1    who can't afford these, on average, higher-priced legacy

2    fares, right?

3    A.    There may be some consumers, if they're going for

4    a high premium or a highly-priced product, then that

5    would be correct.

6    Q.    So having the lower fare option of Spirit allows

7    people to fly who could not afford to otherwise, right?

8    A.    I would say that that's generally accurate.

9    However if another airline has a low fare, then that

10   would be available for the same consumers to buy on that

11   individual transaction.

12   Q.    You may set that document aside as well now.

13         Mr. Klein, in your role at Spirit today, you

14   oversee the airline's Omni Account Sales Group, correct?

15   A.    I do.

16   Q.    And Spirit's Omni Account Sales Group manages the

17   airline's ancillary and loyalty products, right?

18   A.    Amongst other things, that's correct.

19   Q.    Let's focus on one of those Spirit loyalty

20   programs.

21         Spirit has a program called the "Savers Club,"

22   correct?

23   A.    We do, yes.

24   Q.    Savers Club members pay a subscription fee, is

25   that right?

A.      They do.

Q.      Those Savers Club members can effectively opt into this program?

A.      They actually must opt into the program.

Q.      And once subscribed, Savers Club members are eligible for discounts on both base fares and ancillary products, correct?

A.      On most ancillary products, that's correct.  Not all, but most.

Q.      Savers Club members don't have to earn status to get these discounts, do they?

A.      They do not, they gain that by the annual subscription fee.

Q.      So the discounts are available immediately upon subscription, is that right?

A.      That is correct.

Q.      And Spirit allows Savers Club members to apply their discounts to up to 8 passengers, right?

A.      Um, I believe that's correct.

Q.      So the Savers Club can immediately reduce families's costs to travel, right?

A.      Yes, and if -- sure if the family is flying with another Savers Club member.

Q.      But Savers Club is different from traditional airline frequent flier or miles program, right?

1    A.    Other airlines have programs that are similar.   So

2    I'm not exactly sure how to answer that.   If other

3    airlines have subscription programs, then it would be

4    the same.

5    Q.    JetBlue doesn't have a subscription program like

6    the Savers Club, does it?

7    A.    I'm not familiar either way with that.

8    Q.    To your knowledge JetBlue doesn't have a program

9    like the Saver's Club, do they?

10    A.    To my knowledge I don't think so.   But I'm not 100

11    percent certain.

12    Q.    And to your knowledge the legacies don't offer a

13    similar program to the Savers Club, do they?

14    A.    Well not exactly to the Savers Club program, but

15    other legacy carriers do have subscription programs of

16    their own, just not maybe the exact same type that

17    Spirit has.   But they do have them.

18    Q.    I'd like to understand how Spirit's specific

19    product compares to and has influence to that of other

20    domestic carriers.

21        Mr. Klein, you've observed other airlines adding

22    accents of Spirit's business model to their business

23    model, correct?

24    A.    I'm not sure.   I think so?   I --

25    Q.    I can ask a more specific question.

1    A.    Okay.

2    Q.    Other airlines have introduced a product that is

3    similar to Spirit called "Basic Economy," right?

4    A.    Oh, yes.

5    Q.    And Basic Economy fares feature a lower-based fare

6    with options to add unbundled ancillary products, right?

7    A.    Or restrict their ability to add ancillary items.

8    But, yes.

9    Q.    JetBlue now has a Basic Economy product, correct?

10   A.    They have one.

11   Q.    And you believe that JetBlue introduced its Basic

12   Economy product in response to Spirit's success, right?

13   A.    No, I don't -- I don't know that I think that.

14   Q.    Mr. Klein, you recall testifying before a

15   committee of the United States Congress on March 3rd,

16   2020, correct?

17   A.    Yes, I did.

18   Q.    And the testimony you gave to Congress was

19   truthful, right?

20   A.    Sure.  Yes.

21        MS. RIBLET:  Your Honor, plaintiffs would now like

22   to play for the courtroom a very brief 4-minute video

23   that's been marked as Exhibit 120.  We'll be pausing

24   along the way to unpack some of Mr. Klein's testimony.

25        THE COURT:  It may be played.

```
 1           MS. RIBLET:  Thank you, your Honor.
 2           (Plays video.)
 3   Q.     Mr. Klein, that is an accurate reporting of your
 4   testimony to the United States Congress on March 3rd,
 5   2020, correct?
 6   A.     I believe so.
 7   Q.     In your testimony you said that Spirit serves 50
 8   domestic airports and 25 international destinations,
 9   correct?
10   A.     Um, yes, I think I said that.
11   Q.     Spirit now serves over 90 destinations, correct?
12   A.     In total.  Presently.
13   Q.     You told the committee that Spirit's total prices
14   are, on average, "more than 30 percent below those of
15   other airlines on our routes," correct?
16   A.     Um, yes.
17   Q.     And "total price fare" was a reference to average
18   bundled fares including ancillary products, right?
19   A.     We would be referencing the total fares in
20   summary, yes.
21   Q.     So "total fare," including all ancillary products,
22   is on average 30 percent lower than the fares of
23   competitors on Spirit's route?
24   A.     Can you repeat that please?
25   Q.     Sure.
```

1      So Spirit's total fare, including all ancillary

2   products, is on average 30 percent lower than the fares

3   of competitors on Spirit's routes?

4   A.   At the time of that analysis that would have been

5   correct.

6   Q.   And Spirit said the same thing to the Department

7   of Transportation last year, right?

8   A.   We were referencing, likely referencing the exact

9   same study from back in before covid, 2018 and 2019.

10  Back then.

11  Q.   Spirit still serves an "underserved segment of

12  highly-price-sensitive travelers" today, correct?

13  A.   We service a segment of customers, but I'm not so

14  sure they're underserved at this time, especially

15  compared to that time period that we're referencing

16  precovid.

17  Q.   And you mentioned Spirit's "high load factor" to

18  emphasize that customers are choosing to fly Spirit and

19  fill those planes, correct?

20  A.   That was definitely true back then.

21  Q.   So let's continue watching.

22      (Plays video.)

23  Q.   Mr. Klein, this portion of your testimony provided

24  information on Spirit's "Invest in the Guest" program,

25  correct?

1    A.     It did.

2    Q.     Could you describe Invest in the Guest for the

3    Court, please.

4    A.     Sure.  So Invest in the Guest, um, is something we

5    embarked upon a number of years ago.  The goal behind

6    that was to provide -- it started off with better

7    customer service training with our flight attendants.

8    That went really well.  We've always trained our flight

9    attendants very well on regulatory and safety matters,

10   but in terms of customer service training, we felt like

11   we needed to do a little bit more, at least our

12   customers were telling us that at the time.  So we did

13   that and it was very well-received, and so we expanded

14   that to the rest of the company as well.

15          And then beyond that we started to think about

16   other aspects of the product that we could improve upon

17   to really just make the company better, a natural kind

18   of evolution of, um, of trying to see what your

19   customers want and then trying to deliver that to them.

20   We named it "Invest in the Guest," as we call our

21   travelers "guests," once they decide to fly with us.

22   Q.     As part of Invest in the Guest, Spirit has been

23   the first domestic airlines to introduce self-bag-drop

24   machines, right?

25   A.     In the United States, to the best of my knowledge,

1    that's right.  But I don't know if others have it now.

2    I'm not sure.

3    Q.    So others may have followed Spirit in introducing

4    self-bag --

5    A.    I'm not really sure.  We have it in a limited

6    number of airports today.

7    Q.    Spirit was the first ULCC to install WIFI across

8    its fleet, correct?

9    A.    To the best of my knowledge in the U.S., that's

10   absolutely correct.  Yes.

11   Q.    And Spirit was also the first U.S. carrier to have

12   wheelchair-accessible lavatories installed on most of

13   its aircraft, right?

14   A.    Again I'm not 100 percent sure of that, but we do

15   have a lot of wheelchair-accessible lavs installed,

16   that's correct.

17   Q.    And you believe the Invest in the Guest problem

18   has been successful, right, Mr. Klein?

19   A.    I think it's been successful in terms of rolling

20   it out, our execution, the goal behind it.  If you're

21   asking me whether it's been successful?  The goal behind

22   it is to raise the brand reputation and brand awareness

23   and make sure more customers out there would like to fly

24   on Spirit and ultimately pay us higher average fares to

25   generate more revenue.

1          In terms of whether that has been successful, I'm

2     not so sure.  I know that, um, a big piece of success to

3     me is profitability in generating revenue and being able

4     to drive higher average fares with it, that's ultimately

5     the goal.  I'm not so sure unfortunately if that's been

6     as successful as we would like.  The execution has been

7     great.  Has it been successful in driving to a goal?

8     That's probably a little bit harder to say,

9     unfortunately.

10    Q.    Spirit still cares about improving service for its

11    customers, right?

12    A.    Absolutely.

13    Q.    And Spirit is continuing to make improvements as

14    part of Invest in the Guest today, correct?

15    A.    We will always try to make improvements to our

16    guests for sure.

17    Q.    And Spirit is also continuing to introduce new

18    ancillary products, right?

19    A.    If we feel like there is a product that, um, the

20    customer would like to have and we think we can be

21    profitable doing it, then we'd definitely evaluate that.

22    Q.    Spirit will continue to make these improvements

23    and ancillary innovations absent the proposed

24    transaction, correct?

25    A.    I would expect us to.

1    Q.    Let's look at the last minute of your testimony.

2          (Plays video.)

3    Q.    Mr. Klein, you agree that air travel is still

4    essential in the U.S. today, right?

5    A.    It is essential.

6    Q.    And you said that Spirit recognizes that its

7    product may not be for everyone, correct?

8    A.    That's correct.

9    Q.    That's because Spirit does not target the premium

10   market, right?

11   A.    No, I wouldn't say that necessarily.

12   Q.    Spirit targets the more price-sensitive market,

13   right?

14   A.    Our target would definitely be leisure customers.

15   Q.    And finally, you stated that "Spirit drives

16   savings for all travelers even those who do not fly

17   Spirit," correct?

18   A.    Yes, I did say that and that's definitely, um,

19   something that I still agree with.  As long as other

20   airlines choose to compete and file low fares, then

21   they're offering low fares as well.  If they choose to.

22   Q.    (Pause.)  And it is your experience that other

23   airlines generally choose to compete with Spirit when

24   Spirit enters a route, correct?

25   A.    Um, I think that some airlines do that more than

 1    others.

 2    Q.    All right.  Thank you, Mr. Klein.

 3          MS. RIBLET:  No further questions at this time,

 4    your Honor.

 5          THE COURT:  Do you wish to question this witness

 6    now or reserve?

 7          MS. DEARBORN:  I do, your Honor.

 8          THE COURT:  How long do you think you're going to

 9    take?

10          MS. DEARBORN:  Approximately an hour, possibly an

11    hour and a half.  Somewhere in that neighborhood.

12          THE COURT:  May we can take the morning recess?

13          MS. WRIGHT:  Absolutely, your Honor.

14          THE COURT:  We'll take the morning recess until 5

15    minutes after 11:00.

16          We'll recess.

17          THE CLERK:  All rise.

18          (Ends, 10:35 a.m.)

19

20

21

22

23

24

25

```
 1              C E R T I F I C A T E

 2

 3

 4         I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

 5    do hereby certify that the foregoing record is a true

 6    and accurate transcription of my stenographic notes

 7    before Judge William G. Young, on Friday, November 3,

 8    2023, to the best of my skill and ability.

 9

10

11    /s/ Richard H. Romanow 11-03-23
      _____
12    RICHARD H. ROMANOW    Date

13

14

15

16

17

18

19

20

21

22

23

24

25
```