```
 1                UNITED STATES DISTRICT COURT

 2                DISTRICT OF MASSACHUSETTS (Boston)

 3                              No. 1:23-cv-10511-WGY
                                Vol 3, Pages 170 - 177
 4

 5

 6   UNITED STATES OF AMERICA, et al,
              Plaintiffs
 7

 8   vs.

 9

10   JETBLUE AIRWAYS CORPORATION, et al,
              Defendants
11

12
                       *********
13

14             For Bench Trial Before:
               Judge William G. Young
15

16
               United States District Court
17             District of Massachusetts (Boston)
               One Courthouse Way
18             Boston, Massachusetts 02210
               Monday, November 6, 2023
19

20                     *******

21
            REPORTER: RICHARD H. ROMANOW, RPR
22                Official Court Reporter
               United States District Court
23    One Courthouse Way, Room 5510, Boston, MA 02210
                   rhrbulldog@aol.com
24

25
```

```
 1                     A P P E A R A N C E S

 2


 3    EDWARD WILLIAM DUFFY, ESQ.
      ARIANNA MARKEL, ESQ.
 4    AARON TEITELBAUM, ESQ.
         DOJ-Atr
 5       450 Fifth Street NW, Suite 8000
         Washington, DC 20530
 6       (202) 812-4723
         Email: Edward.duffy@usdoj.gov
 7    and
      WILLIAM T. MATLACK, ESQ.
 8       Attorney General's Office
         One Ashburton Place, 18th Floor
 9       Boston, MA 02108
         (617) 727-2200
10       Email: William.matlack@mass.gov
         For Plaintiffs United States of America and
11       The Commonwealth of Massachusetts


12


13    RYAN SHORES, ESQ.
         Cleary Gottlieb Steen & Hamilton LLP
14       2112 Pennsylvania Avenue, NW
         Washington, DC 20037
15       (202) 974-1876
         Email: Rshores@cgsh.com
16    and
      ELIZABETH M. WRIGHT, ESQ.
17       Cooley LLP
         500 Boylston Street
18       Boston, MA 02116-3736
         (617) 937-2349
19       Email: Ewright@cooley.com
      and
20    RACHEL MOSSMAN ZIEMINSKI, ESQ.
      MICHAEL MITCHELL, ESQ.
21       Shearman & Sterling LLP
         2601 Olive Street, 17th Floor
22       Dallas, TX 75201
         Email: Rachel.zieminski@shearman.com
23       For Defendant JetBlue Airways Corporation


24


25       (Continued.)
```

```
 1      (Continued.)

 2


 3   JAY COHEN, ESQ.
     ANDREW C. FINCH, ESQ.
 4      Paul, Weiss, Rifkind, Wharton & Garrison
        1285 Avenue of the Americas
 5      New York, NY 10019-6064
        (212) 373-3000
 6      Email: Jaycohen@paulweiss.com
        For Defendant Spirit Airlines, Inc.
 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          P R O C E E D I N G S
 2          (Begins, 2:15 p.m.)
 3          THE CLERK:  Now hearing Civil Matter 23-10511, the
 4  United States versus JetBlue, et al.
 5          THE COURT:  Just a word about how I do a view.  A
 6  view is an appropriate source of evidence.  You'll all
 7  be on the record.  The way I do it, I get -- I guess
 8  it's the defense that wanted the view, so the defense
 9  will go first.
10          It's appropriate to ask me -- it's appropriate for
11  you to point out anything you'd like me to observe.  I
12  assume you want me to sit in the seats, and I want to
13  sit in the seats, and you can just go ahead and point
14  out anything you want to point out.
15          Once both defendants have had a chance to draw my
16  attention to this or that, the government may do
17  likewise, the same sort of thing.  And once we've done
18  that, that's it for the view.
19          I don't think it's testimonial if you remind me
20  which seats are which seats.  We've had testimony about
21  the different seats.
22          So with that in mind, I'll turn to the defense and
23  you can go right ahead.
24          MR. SHORES:  Yes, your Honor.
25          So as a reminder, these are the Spirit Acro seats
```

```
 1   that we've heard testimony about.  A-C-R-O.  Acro 6.
 2   And these to the left are the JetBlue Meridian seats.
 3   (Indicates.)  As we heard, the Meridian seats are on
 4   most of JetBlue's planes.
 5         And between them is what's called the "pitch" of
 6   the seat, that is between the front and the back.  And
 7   on the JetBlue seats, the pitch is 32 inches, and you'll
 8   have an opportunity to sit in the seats and experiment.
 9   And on the Spirit planes, it's 28 inches.
10         And also you've heard testimony about the width of
11   the seats between the arm rests.  And on the JetBlue
12   Meridian seats, it's at least 18 inches width between
13   the arm rests.  And on the Spirit Acro 6 seats, it's 17
14   inches on the aisle and on the window.
15         And then if you go behind, if we could walk
16   behind, I'll show you some of the other features.
17         So as you can see, the JetBlue Meridian seats have
18   built-in entertainment.  This was the subject of the
19   testimony of Mr. Hayes.  It also has free WIFI.  You can
20   see this symbol here, that's the WIFI symbol.  And there
21   are power outlets at the bottom of these seats.
22         (Indicates.)
23         And, um, it was the testimony that none of those
24   features are reflected on the standard Spirit seats.
25         THE COURT:  Mr. Cohen, do you want to add
```

```
 1   anything?
 2           MR. COHEN:  No, I think Mr. Shores has covered
 3   everything, thank you, your Honor.
 4           THE COURT:  Mr. Duffy, anything?
 5           MR. DUFFY:  A few things.
 6           The row of the Spirit seats, as Mr. Klein's was
 7   testifying, is a bulkhead row.  There's essentially one
 8   of these rows in the cabin on Spirit.  In every other
 9   row, except for the big front seat, would be like this.
10   So the trade table and that arm rest does make these
11   seats narrower than the typical Spirit seat.  So this is
12   the more reflective front.
13           And the other thing I would point out is the width
14   is different between the seats, it's actually 18 1/2
15   inches to the middle seat, 17 1/2 for the window and the
16   aisle.
17           And then I think it's obvious, but the JetBlue
18   seats do recline, whereas the Spirit seats have got a
19   prereclined angle.
20           Mr. Shores pointed out the pitch, which is 32
21   inches for the JetBlue seats, 28 inches for the Spirit
22   seats.  And if you recall Mr. Klein's testimony, that
23   the Spirit seats are designed such that the leg room
24   feels like more given the way they are curved, just to
25   point that out.
```

```
 1          THE COURT:  Thank you.
 2          I'm going to clamor around the seat and after I've
 3     done that, if anyone wants to point anything out, feel
 4     free.
 5          (Walks around the seats and looks.)
 6          (Sits in seats.)
 7          THE COURT:  Anything else?
 8          The defense?
 9          MR. SHORES:  No, your Honor.
10          MR. DUFFY:  Nothing from us, your Honor.
11          (Ends, 2:30 p.m.)
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1          C E R T I F I C A T E

4     I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,
5 do hereby certify that the foregoing record is a true
6 and accurate transcription of my stenographic notes
7 before Judge William G. Young, on Monday, November 6,
8 2023, to the best of my skill and ability.

11 /s/ Richard H. Romanow 11-06-23
   _____
12 RICHARD H. ROMANOW      Date