1          THE UNITED STATES DISTRICT COURT

2           DISTRICT OF MASSACHUSETTS (Boston)

3                   No. 1:23-cv-10511-WGY
                   Vol 1, Pages 1 - 84

4

5

6 UNITED STATES OF AMERICA, et al,
         Plaintiffs

7

8 vs.

9

10 JETBLUE AIRWAYS CORPORATION, et al,
         Defendants

11

12                * * * * * * * *

13

14           For Bench Trial Before:
           Judge William G. Young

15

16

17           United States District Court
           District of Massachusetts (Boston)
           One Courthouse Way

18           Boston, Massachusetts 02210
           Thursday, November 9, 2023

19

20                * * * * * * * *

21

22       REPORTER: RICHARD H. ROMANOW, RPR
           Official Court Reporter
           United States District Court

23     One Courthouse Way, Room 5510, Boston, MA 02210
            rhrbulldog@aol.com

24

25

```
 1                    A P P E A R A N C E S

 2

 3    EDWARD WILLIAM DUFFY, ESQ.
      ARIANNA MARKEL, ESQ.
 4    AARON TEITELBAUM, ESQ.
         DOJ-Atr
 5       450 Fifth Street NW, Suite 8000
         Washington, DC 20530
 6       (202) 812-4723
         Email: Edward.duffy@usdoj.gov
 7    and
       WILLIAM T. MATLACK, ESQ.
 8       Attorney General's Office
         One Ashburton Place, 18th Floor
 9       Boston, MA 02108
         (617) 727-2200
10       Email: William.matlack@mass.gov
         For Plaintiffs United States of America and
11       The Commonwealth of Massachusetts

12

13    RYAN SHORES, ESQ.
         Cleary Gottlieb Steen & Hamilton LLP
14       2112 Pennsylvania Avenue, NW
         Washington, DC 20037
15       (202) 974-1876
         Email: Rshores@cgsh.com
16    and
       ELIZABETH M. WRIGHT, ESQ.
17       Cooley LLP
         500 Boylston Street
18       Boston, MA 02116-3736
         (617) 937-2349
19       Email: Ewright@cooley.com
      and
20    RACHEL MOSSMAN ZIEMINSKI, ESQ.
      MICHAEL MITCHELL, ESQ.
21       Shearman & Sterling LLP
         2601 Olive Street, 17th Floor
22       Dallas, TX 75201
         Email: Rachel.zieminski@shearman.com
23       For Defendant JetBlue Airways Corporation

24

25       (Continued.)
```

1     (Continued.)

2

3   JAY COHEN, ESQ.
    ANDREW C. FINCH, ESQ.
4       Paul, Weiss, Rifkind, Wharton & Garrison
        1285 Avenue of the Americas
5       New York, NY 10019-6064
        (212) 373-3000
6       Email: Jaycohen@paulweiss.com
        For Defendant Spirit Airlines, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                        I N D E X

2

3  WITNESS                DIRECT  CROSS  REDIRECT  RECROSS

4

5  ERIC FRIEDMAN

6     By Mr. Moore:          5

7     By Mr. Mitchell:

8

9

10                    E X H I B I T S

11

12        EXHIBIT 692 ........................ 50

13

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1          P R O C E E D I N G S
 2          (Begins, 9:00 a.m.)
 3          THE COURT:  And we may swear this witness.
 4          (ERIC FRIEDMAN, sworn.)
 5
 6          * * * * * * * * * * * * *
 7          ERIC FRIEDMAN
 8          * * * * * * * * * * * * *
 9
10   DIRECT EXAMINATION BY MR. MOORE:
11   Q.  Good morning, Mr. Friedman.
12   A.  Good morning.
13   Q.  Would you please state your full name for the
14   record.
15   A.  Eric Friedman.
16   Q.  You've been given a binder of exhibits that we'll be
17   referring to today.  I'll let you know when you need to
18   look in that binder.
19   A.  Sure.
20   Q.  Mr. Friedman, you currently work for JetBlue,
21   correct?
22   A.  Yes, that's correct.
23   Q.  Your title is "Director of Route Planning," is that
24   right?
25   A.  Yes.
```

1    Q.  And that means that you lead the Route Planning
2    Group, correct?
3    A.  Yes, I lead the Route Planning Group with my Vice-
4    President of Network Planning.
5    Q.  So you report to the Vice-President of Network
6    Planning, correct?
7    A.  Yes, that's correct.
8    Q.  And that's because the Route Planning Group is part
9    of the network planning organization, is that right?
10   A.  Yes.
11   Q.  And Mr. Jayne, he's the Vice-President of Network
12   Planning, correct?
13   A.  Yes, Dave Jayne is the Vice-President of Network
14   Planning and Airline Partnerships.
15   Q.  And Mr. Jayne, he in turn reports to Dave Clark, who
16   is the Head of Revenue and Planning, correct?
17   A.  Yes, that's correct.
18   Q.  The Route Planning Group is responsible for figuring
19   out which routes JetBlue flies on, is that right?
20   A.  Yes.
21   Q.  It's also responsible for figuring out how often
22   JetBlue flies on those routes, correct?
23   A.  We're responsible for many things, um, which routes
24   we fly, how many frequencies, which aircraft we fly them
25   on, what times of day.

1    Q.   In making the decisions about where and how often to

2    fly, JetBlue's goal was to maximize the profits from its

3    network, correct?

4    A.   Our goal is to create a well-oiled network that's

5    very relevant to customers in our focus cities that

6    drives profitability for JetBlue.

7    Q.   Another one of your responsibilities is long-term

8    planning for the JetBlue network, correct?

9    A.   Yes.

10   Q.   And that includes identifying where JetBlue would

11   grow next, correct?

12   A.   Yes, we've put together multiple plans over the

13   years, different growth plans on where we would, um,

14   where we would potentially grow.

15   Q.   And when you identified those next-growth options,

16   part of your job was to make profitability projections,

17   correct?

18   A.   Yes.

19   Q.   And that requires projecting the revenue that

20   JetBlue expects to earn if it starts service on a new

21   route, correct?

22   A.   Yes.

23   Q.   And it also requires projecting the costs to serving

24   that route, correct?

25   A.   Yes.

1    Q.  So now that we have some of your background covered,

2    I want to turn to today's case, Mr. Friedman.

3         Before JetBlue and Spirit signed their merger

4    agreement in 2022, you helped to evaluate the potential

5    transaction, correct?

6    A.   Yes.

7    Q.   In particular you helped to calculate the

8    increased revenues that JetBlue expects to earn from

9    acquiring Spirit, correct?

10   A.  Um, I helped to calculate the revenue synergies,

11   yes.

12   Q.  And "revenue synergies," those refer to increased

13   revenues for JetBlue, correct?

14   A.  Increased revenues relative to what Spirit would

15   have created, yes.

16   Q.  I want to walk through each category of those

17   revenue synergies today and understand how you

18   calculated them, and to help us do that I want to look

19   at a document that you wrote that summarizes these

20   revenue synergies.

21        So could you turn in your binder, sir, to Exhibit

22   403.

23   A.  (Turns.)

24   Q.  This is a June 2022 e-mail from you to Dave Clark

25   and other JetBlue employees with the subject line,

1    "Talking points RE revenue synergies," correct?

2    A.  Yes.

3    Q.  This e-mail predates the merger agreement between

4    JetBlue and Spirit, correct?

5    A.  Yes, I believe so.

6    Q.  And as we discussed earlier, your organization, the

7    Route Planning Group, ultimately reports to Mr. Clark,

8    correct?

9    A.  Yes.

10   Q.  In this e-mail you are sending to Mr. Clark talking

11   points that explain the revenue synergies that you had

12   calculated, correct?

13   A.  (Looks.)  Um, yes, there appears to be a slide and

14   an attachment, I believe a WORD document, that outlines

15   the revenue synergies.

16   Q.  Let's turn to that attachment now, which starts on

17   the page ending with 599 at the bottom right-hand

18   corner.

19   A.  (Turns.)

20   Q.  We're actually going to start with this chart before

21   we're get to see your talking points.

22        So this chart that you see on this page is showing

23   the changes in revenues and costs that JetBlue expected

24   from the transaction, correct?

25   A.  Um, yes, this is an overview of the combined entity

1    synergies.  I just want to point out that I did not
2    create this slide.
3    Q.  But this side, you attached it when sending the
4    talking points to your supervisor, Mr. Clark, correct?
5    A.  Yes.
6         MR. MOORE:  And I've been asked to publish this to
7    the gallery.  It looks like it's not published yet.
8    Thank you.
9         (On screen.)
10   Q.   Mr. Friedman, you and your team were responsible
11   for helping to calculate the revenue increases that
12   appear in the columns labeled "Network" and "Customer
13   Service," correct?
14   A.  Um, yes.
15   Q.  The revenue increases that appear in the Customer
16   Service column are called the "Customer Service
17   Premium," correct?
18   A.  I'm sorry, can you say that again?
19   Q.  No problem.
20        The revenue increases that appear in the Customer
21   Service Column are called the "Customer Service
22   Premium," correct?
23   A.  Um, yes.
24   Q.  And then the other revenue increases that you and
25   your team worked on appear in the Network Column,

1    correct?

2    A.   Yes, I believe so.

3    Q.   These categories of increased revenues are Network

4    Optimization, Competitive O & D Network, and Increased

5    Relevance, is that right?

6    A.   Yes, those are the three that I listed.

7    Q.   To be clear though, revenue numbers that we see on

8    this page are not a calculation of consumer savings in

9    the form of lower fares, right?

10   A.   Um, these are revenue synergies.

11   Q.   So they're not, for example, trying to quantify

12   lower fares and how much consumers would pay for the

13   transaction, right?

14   A.   These figures refer to the revenue synergies of the

15   transaction, they -- the transaction would lower fares

16   for millions of customers.  But these are not -- I don't

17   believe these figures would quantify the savings that

18   the transaction would generate.

19   Q.   Right, these are additional revenues for JetBlue,

20   correct?

21   A.   Um, yes.

22   Q.   Together these four revenue synergies that you were

23   responsible for calculating are, um, the significant

24   majority of increased revenues that JetBlue expected

25   from the transaction, correct?

1  A.  I apologize.  Can you say that again?

2  Q.  Sure.

3      So the four categories of revenue synergies that

4  you calculated, they constitute the significant majority

5  of increased revenues that JetBlue expected from the

6  transaction, correct?

7  A.  Yes, my team calculated the majority of the revenue

8  synergies.

9  Q.  And they're the significant majority of the total

10 revenue synergies expected from the transaction,

11 correct?

12 A.  Yes.

13 Q.  And if we just do the math on this slide, absent

14 those increased revenues that you and your team

15 calculated, JetBlue will be losing money compared to

16 Spirit, right?

17     THE COURT:  I -- without those revenue -- what you

18 refer to as "synergies," if it -- your question is if

19 you didn't get those, then JetBlue would be losing

20 money?

21     MR. MOORE:  Relative to Spirit, your Honor.

22 Correct.

23     THE COURT:  I don't understand the question.

24     MR. MOORE:  Sure.

25     THE COURT:  They would forego the benefits, but --

1      MR. MOORE:  I can rephrase it, your Honor.

2      THE COURT:  But what I've heard is they're

3   profitable?

4      MR. MOORE:  I can rephrase, your Honor.

5      THE COURT:  All right.

6   Q.  So, Mr. Friedman, looking at the Net Synergies

7   column, you see that that's a total of 900 million as

8   reported on this slide?

9   A.  Um, yes.

10   Q.  And that is cumulative of both the changes in cost

11   as well as the changes in revenues, right?

12   A.  Yes.

13   Q.  And as we can see on this side, the costs actually,

14   um, the cost dissynergies exceed the cost synergies,

15   right, meaning that the costs actually increased as a

16   result of the transaction, right?

17   A.  There are revenue synergies and I believe the costs

18   line would be characterized as a cost dissynergy.

19   Q.  And so that's the negative 400 that we see on this

20   slide, correct, it's in the far left?

21   A.  Yes, roughly speaking.

22   Q.  And if JetBlue did not earn the revenue synergies

23   that appear in the Network and Customer Service columns,

24   the additional revenues, for example from JCP and

25   loyalty, those would not outweigh the increases in costs

1    from the transactions, correct?

2    A.   As modeled on the slide?  No.

3    Q.   And, Mr. Friedman, we've printed an extra copy of

4    the slide, um, it's in the front pocket of your binder,

5    we'll probably be coming back to it a few times, so you

6    might want to --

7         But for now though, let's turn to the fourth page

8    of Exhibit 403, which is the second attachment to your

9    e-mail.

10   A.   (Turns.)  600?

11   Q.   Yes, that's correct.

12        So this is a WORD document with "Synergies and

13   Timing" at the top, correct?

14   A.   Yes.

15   Q.   You authored this document, correct, Mr. Friedman?

16   A.   Yes.

17   Q.   In this document you're explaining to Mr. Clark the

18   various categories of increased revenue that you had

19   calculated, correct?

20   A.   Yes, I'm providing a very high-level summary before

21   a meeting that we had to discuss it in more detail.

22   But, yes, this is the summary that I provided.

23   Q.   And for each category of revenue synergies, you also

24   described how you calculated them, correct?

25   A.   Um, again providing a broad overview.  But, yes,

```
1    explaining how, in a broad way, we calculated the
2    synergies.
3    Q.  Mr. Clark had asked you to provide these talking
4    points in advance of a meeting with JetBlue's board of
5    directors, is that right?
6    A.  I believe so.
7    Q.  And you understood that the board might ask
8    Mr. Clark questions about the work that you had done,
9    correct?
10   A.  Um, I'm sure that was possible, yes.
11   Q.  And you wanted to provide him the information so he
12   could answer those questions if they came up, right?
13   A.  Candidly I don't know what the board would ask Dave
14   Clark, but he wanted a briefing, so I provided this
15   overview, and then we had a meeting to discuss it
16   further.
17   Q.  And you tried to be as accurate as possible in this
18   overview, correct?
19   A.  Yes.
20   Q.  Let's now start with what you called the "Customer
21   Service Premium," which is at the first half of this
22   page.
23   A.  (Turns.)
24   Q.  You helped to calculate the synergy, correct?
25   A.  Yes.
```

1  Q.  And if we look at the first bullet in the section,

2  you're explaining that this synergy represents the

3  higher revenues that JetBlue would earn from converting

4  Spirit planes to JetBlue planes, correct?

5  A.  Yes, this is referring to JetBlue's better product

6  relative to Spirit and generating more TRASM as a

7  result.

8  Q.  And more "TRASM" meaning more revenues per unit of

9  capacity, correct?

10  A.  Yes, more total revenues per unit of capacity.

11  Q.  If we look at the second bullet, these higher

12  revenues would come from 5/6ths of the former Spirit

13  network, correct?

14  A.  Um, to be clear from a modeling standpoint, um, for

15  the deal synergy valuation, that's what was in the

16  model, correct.

17  Q.  The model that ultimately underlies the revenue

18  synergies that were presented to the board, correct?

19  A.  Yes.

20  Q.  That 5/6ths of the Spirit network, um, for which the

21  Customer Service Premium would be generated, those would

22  be Spirit planes that remain on the routes that they

23  currently serve prior to the transaction, correct?

24  A.  So I just want to be clear.  In the theoretical

25  modeling of the revenue synergies, yes, but there's a

1    separate Combined Network Plan moving forward that's
2    different from what's exactly being discussed here.  So
3    from the theoretical modeling standpoint for the deal
4    valuation?  Yes.  But not the Combined Network Plan.
5    Q.    And we'll get back to the Combined Network Plan
6    later.  But for purposes of this deal modeling though,
7    the Customer Service Premium would be generated on
8    Spirit planes that remain on the same routes they serve
9    today?
10   A.  In the EXCEL modeling?  In a theoretical sense.
11   Q.  We will talk about the other six of the network a
12   bit later.
13        But to calculate the higher revenues for this part
14   of the network, you calculated what's called, um, in
15   this document, a "RASM" change, correct?
16        THE COURT:  In this document a "RASM" change?
17        MR. MOORE:  Yes, your Honor, the first bullet.
18        (Pause.)
19        THE COURT:  You may answer.
20   A.  Yes, the synergy refers to RASM change generated by
21   converting shop customer experience to JetBlue's.
22   Q.  And we mentioned the term "TRASM" earlier, "RASM"
23   and "TRASM," they're different ways to measure revenue
24   per unit of capacity, correct?
25   A.  They are, but admittedly I interchange them, and

1    many people do.  I think in this context that we're

2    talking about is "TRASM."

3    Q.   This RASM or TRASM change is the difference between

4    the -- Spirit's revenue per unit of capacity and what

5    you expected JetBlue to earn per unit of capacity for

6    those transactions, correct?

7    A.    Um, yes, again driven by the product value or the

8    product differences of Spirit and JetBlue, we felt there

9    would be a customer service revenue synergy.

10   Q.   And when you say a "customer service revenue

11   synergy," you mean higher revenues per unit of capacity

12   for JetBlue compared to Spirit, correct?

13   A.   Because of the better product, we would generate

14   higher revenues on that product.  Yes.

15   Q.   You also sometimes refer to this RASM change as a

16   "RASM premium," correct?

17   A.   I believe so.

18   Q.   I want to talk about how you calculated this revenue

19   premium.  And we'll come back to the current exhibit

20   later, but for now we're going to go to our next

21   exhibit, which is Exhibit 413 in your binder.

22   A.   (Turns.)

23   Q.   Mr. Friedman, this is a March 2022 e-mail from you

24   to Dave Clark and other JetBlue employees, correct?

25   A.   Yes.

1   Q.   In this e-mail you are discussing your method for

2   calculating the increased revenues from JetBlue's

3   potential acquisition of Spirit, correct?

4   A.   Again I believe we're talking about the revenue

5   synergies, yes.

6   Q.   Let's go to Bullet Point Number 2 in your e-mail,

7   and the subbullets underneath it.

8   A.   (Turns.)

9   Q.   In this part of your e-mail you were describing two

10  different methods for calculating the revenue premium,

11  is that right?

12  A.   Yes, I believe so.

13  Q.   The first method compared the revenues that JetBlue

14  and Spirit each earned on the routes where they had

15  competed against each other, correct?

16  A.   Yes, the first method was showing, um, using real

17  data on overlap routes, what was JetBlue's real TRASM

18  performance relative to Spirit's real TRASM performance,

19  in the real world.

20  Q.   And you found that where you compared the real

21  performance by JetBlue and Spirit, JetBlue's revenues

22  for each unit of capacity were 41 percent higher than

23  Spirit's, correct?

24  A.   Right, the initial attempt to value the product

25  differential was to look at how our performance compared

1    to Spirit's performance on overlap routes as a direct

2    comparison, and the initial data showed 41 percent.

3    Q.  And just looking at what's highlighted on the screen

4    for a moment, there's a reference to "shop," and you

5    understand that's referring to Spirit, correct?

6    A.  Yes.

7    Q.  And then the 1.41 that we see in Subbullet 2b,

8    that's the 41 percent premium that we were just

9    discussing, correct?

10   A.  Yes, that's correct.

11   Q.  You ultimately did not use this 41 percent premium

12   in order to calculate the Customer Service Premium,

13   correct?

14   A.  Correct, we instead wanted to go with a more

15   conservative figure.

16   Q.  You used a, what's called, "bottom-up method," as we

17   see in this e-mail, correct?

18   A.  Um, yes, I refer to it as the "bottom-up."

19   Q.  This method also involves an analysis of real-world

20   data, correct?

21   A.  Um, there were multiple inputs to this model, um,

22   and, yes, many of those inputs were real-world data.

23   Q.  This second method involved a real-world analysis of

24   what happens when Spirit stops flying on a route,

25   correct?

1    A.   Um, we, um, took a -- we took a look at data from

2    2014 to 2018 and identified all routes that Spirit had

3    exited during that time period that met certain

4    criteria, and we looked at the impact of Spirit's exits

5    during that time.  I believe there were 12 routes that

6    we identified.

7    Q.   And your analysis of those routes that you selected

8    showed that average fares increased 30 percent when

9    Spirit exits a route, correct?

10   A.   So on an individual route basis, when you average

11   all the average fare changes, we saw that average fare,

12   on average, increased 30 percent one year after the

13   Spirit entrance -- the Spirit exit.

14   Q.   And what that means is that the average price of a

15   ticket for all of these remaining airlines on the route

16   increased 30 percent when Spirit stopped flying,

17   correct?

18   A.     The market fare on average changed by 30 percent.

19   I never did a detailed analysis to see how the

20   individual airlines changed.  It's possible that they

21   did not change the full 30 percent and that Spirit's own

22   fares were contributing to that average.  But at the

23   highest level, average fares in the market increased by

24   30 percent.

25   Q.   You then write that, um, "Market size shrinks at a

1    rate of negative .42 elasticity," and I'm in Bullet 2C.
2    Do you see that?
3    A.   Yes.
4    Q.   That means that fewer passengers were flying on the
5    routes after Spirit exited, correct?
6    A.   The negative .42 would suggest that for every
7    percentage point increase in fare observed, only .42
8    percent -- demand increased by only .42 percent.  It's a
9    relatively low elasticity for what you see compared to
10   JetBlue.
11   Q.   But what that does mean ultimately, once you do the
12   math, is fewer passengers were flying on the routes
13   after Spirit left, right?
14   A.   Um, yes, this was a limited negative elasticity, um,
15   and it -- despite its small number, yes, the market size
16   did shrink.
17   Q.   And then after the fares had risen and passengers
18   left the market, what your model shows is that JetBlue
19   then enters the market and takes its fare share plus
20   share back, do you see that?
21   A.   Yes, I see that.  I just want to be very clear about
22   that.  That's a very high-level summary of a much
23   broader conversation that was had.
24        If you look at the bottom of the e-mail, we talk
25   about "How there's a lot here and we'll attempt to bring

1  you through everything this evening."  I would just

2  characterize this sentence as one of those that we

3  discussed more in depth.

4  Q.  Well understanding that it's complex, just following

5  the steps of the method that we just talked about, you

6  ultimately calculated a number that was the revenue

7  premium that JetBlue expected, right?

8  A.  Yes, this model was solely used to calculate the

9  product differential revenue synergy.

10  Q.  And that number that you calculated was 24 percent,

11  a 24 percent revenue premium for JetBlue, correct?

12  A.  Yes, it went to a more conservative figure, um, 24

13  percent, instead of the 41 percent.

14  Q.  And you said "conservative" a few times.  You mean

15  that's lower revenues for JetBlue compared to what you

16  would have gotten, for example, if you used the 41

17  percent, right?

18  A.  Um, correct, yes.

19  Q.  This revenue premium, um, means that JetBlue, for

20  each unit of capacity, was earning 24 percent higher

21  revenues according to what you calculated, correct?

22  A.  I apologize.  Can you say that again?

23  Q.  This 24 percent revenue premium is showing that

24  JetBlue would earn 24 percent higher revenues for each

25  unit of capacity, correct?

1    A.  Compared to what Spirit would have generated on the

2    worse product, um, yes.

3    Q.  And this 24 percent revenue premium, which is again

4    based on the 30 percent increase and decrease in

5    passengers, this is what was used to calculate the

6    Customer Service Premium, correct?

7    A.  The 30 percent figure was merely an input into a

8    much broader model.  But I would not characterize a 30

9    percent fare increase being suggested by the model.

10   Q.  Well it's the necessary input to get to the 24

11   percent, right?

12   A.  It was an input into the 24 percent, but not a, um

13   -- we're not characterizing this as a 30 percent fare

14   increase.

15   Q.  Understood.  But to get to the 24 percent, you have

16   to calculate them from 30 percent higher fares from

17   Spirit's exit, right?

18   A.  That was one input into the model, yes.

19   Q.  And that 24 percent, that's what you used in order

20   to calculate the total Customer Service Premium we

21   talked about earlier, right?

22   A.  Um, where we ended up in 2022 was with 1.24, yes.

23   Q.  When you, um, calculated this revenue premium, you

24   didn't model that fares would decrease when JetBlue

25   entered the market, right?

1    A.   Um, that is correct, we did not model the JetBlue

2    effect in this.   It would have led to a more aggressive

3    revenue, um, premium more in line with the 1.4 one we

4    originally set out with if we had included the JetBlue

5    Effect.

6    Q.   You also didn't model that passengers would return

7    to the market when JetBlue entered, right?

8         THE COURT:   I didn't hear the question?

9    Q.   You also did not model that passengers would return

10   to the market when JetBlue entered the former Spirit

11   market?

12   A.   So we addressed this model in a very specific way to

13   calculate a more conservative product premium relative

14   to Spirit.   The way we did that was to not model in the

15   JetBlue Effect by reducing fares and stimulating the

16   market.   And the reason for that was that it would have

17   led to a product premium that was very similar to the

18   1.41 that we were looking at before.   So in essence we

19   kept it out to ensure a more conservative figure came

20   out of the model.

21   Q.   But this number is the one that you chose in order

22   to calculate the synergies for your group, right?

23   A.   Yes, the 1.24.

24   Q.   And this is the number that they would then be

25   relying on to make the decision whether to proceed with

1  this transaction, correct?

2  A.  I'm -- it's an assumption that went into the

3  modeling that went into the numbers that was showed to

4  the board.  I'm not sure if the board ever saw this

5  particular number.

6  Q.  But to the top-line number, the Customer Service

7  Premium, you understood that was going to be presented

8  to the board so they could decide whether to invest

9  JetBlue's financial assets in this transaction, correct?

10 A.  Yes.

11 Q.  So far we've been talking about the Customer Service

12 Premium and I now want to talk about another revenue

13 synergy you calculated.

14      To do that let's go to the fifth page of Exhibit

15 403.  It's going to have the Bates number ending 641.

16      THE COURT:  You're back to 403 now?

17      MR. MOORE:  Correct, your Honor, we'll actually

18 come back here a few different times.

19      THE COURT:  And where in 403?

20      MR. MOORE:  It will be the fifth page that has the

21 Bates number ending 601 at the bottom right-hand corner.

22      THE COURT:  Thank you.

23 Q.  So I want to zoom in, Mr. Friedman, on the section

24 titled "Network Optimization."

25      In the first bullet in the section you explain

1    that this synergy refers to "redeploying aircraft from

2    Spirit's weakest routes onto other routes."  Do you see

3    that?

4    A.  Yes, I see that.

5    Q.  So this synergy refers to taking Spirit planes from

6    their existing routes and sending them to new routes,

7    correct?

8    A.  Um, yes, in the modeling, in a theoretical sense,

9    yes.

10   Q.  And in the modeling that would mean that the

11   combined company would have fewer planes on the former

12   Spirit routes than Spirit had prior to the transaction,

13   right?

14   A.  Again in the theoretical modeling, yes.  But that

15   modeling ended up being different from what the Combined

16   Network Plan is moving forward.

17   Q.  And we'll get to the Combined Network Plan later.

18        This synergy would apply to the other ones of the

19   former Spirit network that did not receive the Customer

20   Service Premium, correct?

21   A.  In theory.

22   Q.  And that means that according to this model JetBlue

23   would stop service on the least profitable 1/6th of the

24   Spirit number, correct?

25   A.  It wasn't just the least profitable 1/6th, I believe

1     there were -- there might have been divestiture
2     commitments modeled in as well.
3     Q.   Nevertheless the model shows that JetBlue would stop
4     service on 1/6th of the Spirit network, correct?
5     A.   We would redeploy 1/6th of their network and we
6     assumed, um, during this modeling phase, that it would
7     come in at the 25th percentile revenue per shell, having
8     not specifically reallocated it because of the, um, the
9     mathematical nature of the modeling.
10    Q.   You talked about the, um, revenue synergies model a
11    few times already and I now want to look at the model
12    and walk through how you allocated planes, which ones
13    would stay and which ones would be redeployed.
14    A.   Sure.
15    Q.   To do that we're going to go to our next exhibit,
16    which is Exhibit 436 in your binder.
17    A.   (Turns.)
18    Q.   So you'll probably recall, Mr. Friedman, Exhibit 436
19    is a very large spreadsheet, so all you have in your
20    binder is a single sheet that was produced just by your
21    counsel that describes what that document is.  So we'll
22    start here first.
23         If you look at this sheet, the title of the
24    spreadsheet is "Model" --
25         THE COURT:  With respect, I don't -- we're on 436.

1  I don't have it.  At least I don't have it in paper.

2       THE WITNESS:  I do not have it either.

3       (Pause.)

4       MR. MOORE:  Sorry about that, your Honor, we'll

5  bring up a couple of extra copies.

6       THE COURT:  Fine.

7       (Hands.)

8       THE COURT:  I do have this.  (Indicates.)

9       MR. MOORE:  Oh, okay, understood, your Honor.

10  We're going to look at the spreadsheet through

11  demonstratives, this is just --

12       THE COURT:  Oh, all right.

13  Q.  So, Mr. Friedman, just to be clear, the title of the

14  spreadsheet, as indicated on this document, is "Model

15  V.05 with Divestitures," correct?

16  A.  Um, yes.

17  Q.  So, as I mentioned, it's a very large spreadsheet,

18  so we created a few demonstratives that will help us in

19  looking through the spreadsheet.

20       To start let's go to, um, what's labeled in your

21  binder as "Friedman Demonstrative A."

22  A.  (Looks.)

23  Q.  So this is a snapshot of one tab that's labeled

24  "RE," do you see that?

25  A.  Um, yes.

1    Q.   And this is one tab in the spreadsheet that's the

2    revenue synergies model, correct?

3    A.   Yes, this particular model was put together by a

4    colleague of mine, not in the Route Planning

5    Organization, but is familiar with this.  Yes.

6    Q.   And the model was built on using a model that you

7    had previously created to value the potential

8    acquisition of Spirit, correct?

9    A.   Yeah, I would say the underpinnings of that model

10   were used, and then my colleague made adjustments along

11   the way.

12   Q.   And so this updated version of the model, it's your

13   understanding that this is what was ultimately used to

14   calculate the revenue synergies for this potential

15   application, correct?

16   A.   I believe this was the final file.

17   Q.   And along the way your group provided inputs into

18   the creation of the files for your colleague who worked

19   on it, correct?

20   A.   Yes.

21   Q.   Let's now go to the next tab in your binder, what is

22   Friedman B, it's another tab from this same spreadsheet.

23   A.   (Turns.)

24   Q.   So, Mr. Friedman, you will see on your screen that

25   certain information in the demonstrative have been

1    redacted at your counsel's request.  The unredacted

2    information is in your binder in the hard copy so you

3    should be able to see it.  I would just ask, pursuant to

4    your counsel's request, do not repeat the information

5    that's been blacked out on the screen.

6         Mr. Friedman, this demonstrative is an excerpt

7    from the Spirit P & L view tab of the larger

8    spreadsheet, correct?

9    A.  Yes.

10   Q.  That's what we see with the "NK P & L view" at the

11   bottom?

12   A.  Yes.

13   Q.  You and your team supplied some of the information

14   that's reflected in this tab, correct?

15   A.  Um, yes.

16   Q.  And that information includes publicly-available

17   data about Spirit's performance, correct?

18   A.  Correct.

19   Q.  This tab is where JetBlue identified which Spirit

20   planes would stay in their existing routes and which

21   were marked for removal and redeployment, correct?

22   A.  So again I would characterize this as a very

23   formulaic high-level approach to calculate the revenue,

24   the potential revenue synergies from redeployment.

25   What's happening here is very simplistic, very

1    formulaic, and what is not being used for what the

2    ultimate Combined Network Plan will be.  But this was

3    our attempt to quickly identify what that value could

4    be.

5    Q.  But again this is what you did in order to

6    ultimately calculate the revenue synergies for your

7    board before they approved this transaction, correct?

8    A.  Um, yes.

9    Q.  So we're going to discuss the formula process that

10   you just mentioned in a moment, but I just want to walk

11   through each of these columns to orient us to what's in

12   the spreadsheet.  So let's start at the left-hand side

13   of the demonstrative, I'm going to start with Column C.

14        This is a list of routes that Spirit was serving

15   as of 2019, correct?

16   A.  Um, yes.

17   Q.  And then moving one column to the right, um, Column

18   K, this is labeled "B6 Overlap Route," correct?

19   A.  Yes.

20   Q.  That's indicating whether both JetBlue and Spirit

21   served that particular route in 2019, correct?

22   A.  Um, that particular route at the airport level, yes.

23   Q.  And then the column next to it, Column L, is labeled

24   "B6 Overlap Metro," correct?

25   A.  Correct.

1    Q.  And that's indicating overlaps where JetBlue and

2    Spirit might serve the same city at one end of the route

3    but from two different airports, correct?

4    A.  Yes, that's correct.

5    Q.  Moving over to Column BC.  This column is showing

6    where JetBlue converted the Spirit revenues on the

7    aircraft to JetBlue revenues, correct?

8    A.  Um, it -- apologies, there's a large gap there.  I

9    believe this is where we multiplied Spirit's RASM

10   figures by the 1.24 TRASM adjustment, um, to account for

11   the customer experience of synergy.

12   Q.  And the 1.24, that's the same as the 24 percent

13   revenue premium we were talking about earlier, correct?

14   A.  Yes, driven by the product differences between the

15   two airlines.

16   Q.  In the column next to that Column BD, JetBlue then

17   converts the Spirit costs to the JetBlue costs, correct?

18   A.  Yes.

19   Q.  And to do that the spreadsheet's applying a 33

20   percent cost increase, correct?

21   A.  Um, yes.

22   Q.  That's the CASM factor we see in cell BD 8, correct?

23   A.  That's correct.

24   Q.  And that means that this model is showing that

25   JetBlue's cost would be 33 percent higher per unit of

1    capacity compared to Spirit's, correct?

2    A.   On a per-unit basis, a CASM basis, that's correct.

3    Q.   And then in the next two columns this spreadsheet is

4    applying those revenues and cost premiums to the Spirit

5    planes, correct?

6    A.   I apologize.  Can you say that again?

7    Q.   Sure.  For Columns BH to BK, the spreadsheet is then

8    applying those RASM and CASM adjustments, the revenue

9    and cost adjustments, correct?

10   A.   We're taking the per unit figures, multiplying them

11   over the units, ASMs, to get the revenues and the costs

12   and then the profits.

13   Q.   And ultimately the margin from calculating those

14   revenues and costs, that appears in Column BL, correct?

15   A.   Um, I would call that like an initial step margin

16   because all the other synergies are not being allocated

17   here.  But, yes, the synergies that are being allocated

18   here, that would be the initial margin.

19   Q.   And then starting in Column BN, which is the next

20   column to the right, that's where the model begins

21   identifying which planes would be -- would stay on their

22   current route and which would be -- correct?

23   A.   Again, in a very theoretical sense, to calculate a

24   potential redeploy synergy, yes, um, this is where we

25   begin marking that.  It's initially very formulaic and

1    then we apply a quick strategic lens to it as well.

2    Q.  In the determination of whether a plane would stay

3    or be redeployed, that's based I think you said on a

4    formula that appears in this column, correct?

5    A.  Yes, I believe so.

6    Q.  And we've selected one cell in this sheet to just

7    provide an example.  If you look towards the very top,

8    you'll see that we selected Cell BN 12.  Do you see

9    that?

10   A.  Yes.

11   Q.  And then if you move over to the right, that's the

12   formula you're talking about, um, that decides where the

13   Spirit planes would go, correct?

14   A.  It certainly doesn't decide where the Spirit planes

15   would go, it just marks these rows as either

16   overperforming or underperforming JetBlue's average

17   after these synergies are applied.

18   Q.  So if the value of the margin for the route is

19   higher than the average JetBlue margin, then it's

20   classified as "outperforms," correct?

21   A.  Yes.

22   Q.  And then if it's less than the average JetBlue

23   margin, it's classified as "underperforms," correct?

24   A.  Yes, per the formula.

25   Q.  This initial determination of

1  outperforms/underperforms could be overridden by the

2  Route Planning Group, correct?

3  A.  Yes, we have a manual override column in Column BN.

4  Q.  And these manual overrides reflect an adjustment

5  based on whether JetBlue might maintain those Spirit

6  routes as part of its network strategy, correct?

7  A.  So at a very high level, um, we were aware of some

8  potential growth strategies from work in the past or the

9  fact that some of these routes might touch focus cities

10  that exist today, so at a very high level we applied a

11  strategic lens to say "Maybe we'd actually keep this

12  route" or "Maybe" -- "or maybe not."  But it was an

13  attempt to put a very quick strategic lens into the

14  synergy valuation.

15  Q.  So this is suggesting that even though a route may

16  not be profitable or as profitable based on the data, it

17  still might be strategically useful for JetBlue,

18  correct?

19  A.  I think when JetBlue is focused on its focus city

20  strategy and on building relevance and ensuring that we

21  fly to the most popular destinations at the right

22  frequency levels and driving success through that focus

23  city strategy, um, sometimes we would keep an

24  individually underperforming route that might contribute

25  to the "greater good" so to speak.

1    Q.  And that's true not only in this model but just as

2    part of normal route planning at JetBlue, correct?

3    A.  We tried to apply that theme very quickly here, um,

4    as we were building out the synergies, but as you can

5    see it's very formulaic and a very quick override

6    process to get to the redeploy synergy value.

7    Q.  And just to round out the columns that we've been

8    talking about, I want to go to the next column over,

9    which is Column BO, labeled "Final Category."  Do you

10   see that?

11   A.  Yes.

12   Q.  So if a route is marked as "outperforms" or "keep"

13   in this final category, that means the plane is marked

14   to stay on its current route, correct?

15   A.  Again in the modeling's theoretical sense, right, we

16   would say that this route is staying for the purposes of

17   calculating the synergy, a much more in-depth process

18   followed this and then a much more in-depth process then

19   followed that second process.

20   Q.  And for each of the routes that were marked

21   "outperforms" or "keep" in this column, um, those are

22   the routes where JetBlue was assuming the 24 percent

23   revenue premium, correct?

24   A.  Um, the 24 percent TRASM premium is being applied to

25   all the routes in the model.

1   Q.  But ultimately determining which routes would feed

2   into the top-line Customer Service Premium, those are

3   the routes that are marked "outperforms" or "keep" in

4   this column, correct?

5   A.  Um, yes, I believe that's how we rolled it up.

6   Q.  So that's the 5/6ths of the network that we talked

7   about when we started our discussion about the revenue

8   synergies, correct?

9   A.  I believe if you were to take all of the

10  "underperforms" here in the final category, that would

11  represent that 1/6th of the network.

12  Q.  Right, so the "underperforms" are the remaining ones

13  of the network not receiving the Customer Service

14  Premium, correct?

15  A.  Um, yes, and from the modeling standpoint.

16  Q.  So on a typical EXCEL spreadsheet we can filter

17  information to see only the routes or the rows rather

18  that meet a certain criteria, right?

19  A.  We can filter the information.

20  Q.  So, for example, this spreadsheet we could filter it

21  to only be the routes that are marked as

22  "underperforming" in the final category column, correct?

23  A.  Um, yes, you could filter them out.

24  Q.  So we've created another demonstrative that I want

25  to get to now that actually does that, um, filtering

1    process, and it's going to be the next tab in your

2    binder, which is Demonstrative 31C.

3    A.   (Turns.)

4    Q.   Looking at the bottom left-hand side of this

5    demonstrative, it appears that 127 routes are marked as

6    "underperforms."  Do you see that?

7    A.   Based on the bottom left, 127 of 313.  Yes.

8    Q.   And does that sound accurate to you?

9    A.   It's been a long time since I counted, but I trust

10   the 127.

11   Q.   I want to, um, look at an example of one of those

12   routes that was marked as "underperforms."  We'll go to

13   row 122.  And I'll just remind you that it's redacted on

14   the screen, but you can actually see it on your paper

15   copy in your binder.  So let's go to Row 122.

16        Do you see the route in that row?

17   A.    This is with the 111 next to -- it's Row 122 and

18   then the first column is 111, is that correct?

19   Q.   Correct.

20   A.   Okay.

21   Q.   Do you see that?

22   A.   Yes.

23   Q.   And according to this spreadsheet, that route is not

24   on overlap either at the route level or at the metro

25   level, correct?

1    A.   Um, that is correct.

2    Q.   That means that Spirit was not serving that route in

3    2019 -- that Spirit was serving that route in 2019, but

4    JetBlue was not?

5    A.   That's correct.

6    Q.   And this route is also marked as "underperforms" in

7    both the initial and final categories, correct?

8    A.   Yes.

9    Q.   And that means that for this route JetBlue was

10   modeling that it would remove the Spirit planes,

11   correct?

12   A.   From a pure modeling perspective, um, that's

13   correct.

14   Q.   And because JetBlue was -- JetBlue was not already

15   serving that route, that would be an elimination of all

16   service on that route by the combined JetBlue/Spirit,

17   correct?

18   A.   I just want to be careful again because we're not

19   suggesting here that we're eliminating this route.   In

20   this modeling for the deal valuation and for the synergy

21   valuation, that's how the formula -- the formula

22   designated this particular route.

23   Q.   So it was eliminated in this modeling that you did

24   for the route synergies, correct?

25   A.   In the valuation model.

1   Q.  So we've just been discussing how JetBlue identified

2   which planes were staying on the routes and which were

3   marked for redeployment in your model.

4        As part of that exercise, your team created

5   something called a "Preliminary Network Overview,"

6   correct?

7   A.  Yes.

8   Q.  And that overview is a list of routes that the post-

9   merger JetBlue would serve according to the model,

10  correct?

11  A.  Um, I wouldn't characterize it as a list of routes

12  that JetBlue will serve, it was, um -- after we put

13  together this deal synergy valuation, we were asked to

14  sanity check that some of the assumptions in the model,

15  um, would carry weight.  So we very quickly, in a 5-to-7

16  business day period, endeavored upon a high-level

17  Preliminary Network Overview to back up some of the

18  assumptions in the deal synergy modeling before we

19  signed the final agreement with Spirit.

20  Q.  So the purpose of this overview was to validate the

21  assumptions that were going into your revenue synergies,

22  correct?

23  A.  It was to do a sanity check and, yes, to validate.

24  Q.  Because you wanted to make sure that the revenue

25  synergies were an accurate representation of what

1    JetBlue could expect from the transaction, correct?

2    A.  Um, yes, we wanted to make sure that they were,

3    um -- that they were accurate.

4    Q.  And going back to, um, what's actually in the

5    overview.  So understanding that it's part of the

6    modeling that you did, and you've done some work later,

7    this overview was though a list of routes that the post-

8    merger JetBlue would service, correct?

9    A.  Yeah, I just want to be careful on that

10   characterization.  It's not always the route that

11   JetBlue would serve, it's a list of potential routes

12   that were put together with a very high-level

13   forecasting methodology of over 5 to 7 business days to

14   sanity check the assumptions, the 25th percentile

15   revenue redeploy that was built into the original deal

16   synergy model.

17   Q.  So let's talk about what's in that list of routes.

18        So that list of routes would include the Spirit

19   routes that were marked "outperforms" or "keep" in that

20   spreadsheet we were looking at, correct?

21   A.  That's correct.

22   Q.  And it would also include a set of new routes that

23   neither JetBlue nor Spirit serves today, correct?

24   A.  There were new routes put in, yes.

25   Q.  For that last category the Route Planning Team

1   identified those Potential new routes by looking at

2   areas where JetBlue had previously considered growing,

3   correct?

4   A.  Um, yes, we had from previous work a high-level

5   understanding of potential growth areas that we could

6   grow into.  So because of the quick nature of the

7   exercise, we started there, um, and started with those

8   points as potential growth opportunities.

9   Q.  And the routes that, um, were marked "underperforms"

10  in the spreadsheet we were looking at, those would not

11  be included with that overview, correct?

12  A.  The routes specifically would not have been, but the

13  aircraft would have been redeployed to other places.

14  Q.  So I want to look at the Preliminary Network

15  Overview now.  To do that we created another

16  demonstrative from that same spreadsheet that we've been

17  looking at, it's Friedman Demonstrative B.  It's in your

18  binder.  It should be the next tab.

19  A.  (Looks.)

20  Q.  And as before, Mr. Friedman, you can see the routes

21  on this demonstrative are redacted, but you can see them

22  in your paper copy.

23       The name in this tab in the revenue synergies

24  model is "Combined Network View by City."  You can see

25  that at the bottom, correct?

1    A.   Um, yes.

2    Q.   The Route Planning Team put together the information

3    in this tab, correct?

4    A.   Um, I can't specifically recall if it was my team or

5    my colleague, but we were -- it's all the same file that

6    we're involved in.

7    Q.   Your team was providing the input though in the

8    selection of routes that appears in this tab, correct?

9    A.   Um, yes.

10   Q.   And this tab, it summarizes the Preliminary Network

11   Overview in a visual format, correct?

12   A.   It does accomplish that, but the use of the -- of

13   this tab was -- to kind of give some context to the

14   exercise, was on the left side you have all the, quote,

15   unquote "growth programs" that were being considered and

16   on the top you have the same growth programs.  The

17   purpose of this tab was to sanity check that we were

18   serving all the growth programs from the other growth

19   programs.  And if we weren't, um, we would just

20   qualitatively add it in considering that we were trying

21   to build a strategic network.

22        So it wasn't necessarily quantitatively based,

23   this helped us visualize where we might have missed an

24   obvious opportunity without an actual forecast having

25   been run.

1    Q.   Just to sort of break that down though.  If we look

2    at this tab we can see whether routes would be included

3    in the Preliminary Network Overview or not, correct?

4    A.   You could see if specific routes between these

5    cities were included, and if they weren't, it would be a

6    cue to our team to see if it should be just from a

7    high-level strategic sense.

8    Q.   So for the cells that are marked "yes" in those

9    columns, that's indicating the route would be included

10   in the overview, correct?

11   A.   That would suggest that the route is on the other

12   spreadsheet as part of the high-level Preliminary

13   Network Overview.

14   Q.   And if the cell is blank, that would mean that the

15   route is not included in the Preliminary Network

16   Overview, correct?

17   A.   Um, that's correct.

18   Q.   I want to go to, um, Cell Y31, which I know is

19   harder to find in a physical copy, so we're going to

20   highlight the cell on your screen as well, to help you

21   find it.

22        So this is the cell for the route that we were

23   just talking about a few moments ago, correct?

24   A.   Correct.

25   Q.   And that's a legacy hub-to-hub route, correct?

A.  Um, yes, that's a legacy hub-to-hub route.

Q.  And that route was marked as "underperforms" in the tab we looked at earlier, correct?

A.  Yes.

Q.  And we can see here in this demonstrative that that route was not included in the overview, correct, because the cell is blank?

A.  Um, correct, it was not included in the overview.

Q.  So according to the model this is a former Spirit route that was marked for elimination, correct?

A.  From the high-level Preliminary Network Overview phase, this was marked, um -- this was not included in that document.

Q.  All right.  You can put that demonstrative to the side.

     So so far we've talked about, um, two categories of revenue synergies, the increased revenues from the Customer Service Premium and the redeployment synergy. I want to talk about a third category of synergies now. And to do that we're going to go back to an exhibit that we have looked at earlier a few times already, it's Exhibit 403.

A.  (Turns.)

Q.  And we're going to go to page 5 of Exhibit 403, which has the Bates number ending 601.

1    A.   (Turns.)

2    Q.   And I want to go to the section entitled "Increased

3    Relevance."  Do you see that?

4    A.   Yes.

5    Q.   You also calculated this category of revenue

6    synergies, correct?

7    A.   Yes, that's correct.

8    Q.   So as we can see in the first bullet underneath

9    "Increased Relevance," this synergy refers to JetBlue

10   having increased presence at certain airports as a

11   result of buying Spirit, correct?

12   A.   Um, yes.

13   Q.   "Increased presence" meaning having a larger share

14   of seats on planes departing from that airport, correct?

15   A.   It's referring to adding additional frequencies, new

16   routes, relevant routes that are relevant to the

17   customers in that focus city.  So the more routes we

18   serve, the more frequencies we serve on those routes,

19   the more relevant we become.  That's the type of

20   presence and relevance that we're trying to generate

21   here.

22   Q.   And for purposes of this synergy it's looking at,

23   um, what would be JetBlue's share at the airport

24   compared to other airlines serving that airport,

25   correct?

1    A.   It -- I believe we use a share metric to calculate

2    it.

3    Q.   And what this synergy shows is that the higher the

4    share that JetBlue has at an airport, the higher the

5    revenue premium it can achieve, correct?

6    A.    Um, the higher of the share, presumably the more

7    routes that you serve, and serving those routes well,

8    yes, the better you perform relative to other carriers

9    as you become a carrier of choice.

10   Q.   Well there's no metric for quality performance

11   though that you incorporate into your modeling of this

12   relevance synergy rate, it's just based on the share?

13   A.   Um, there is no specific, um, metric related to

14   quality, but it's kind of implicit.

15   Q.   This premium reflects the fact that JetBlue has

16   increased pricing power at airports where it has a

17   higher share, correct?

18   A.   This metric refers to growing focus cities, um, by

19   increasing the number of routes, increasing the number

20   of frequencies on those routes, and increasing your

21   overall relevance in becoming --

22        THE COURT:  But that doesn't answer his question,

23   I don't think.

24        I understood that question to say that at airports

25   where JetBlue has a larger presence, they have a greater

1    power to increase fares?

2         THE WITNESS:  I wouldn't characterize it as a

3    "greater power," I would characterize it as being more

4    relevant to, um, to more customer segments.  So for

5    example --

6         THE COURT:  No, I understand your answer, which is

7    responsive to my question, and how does that translate

8    into revenue?

9         THE WITNESS:  Oh.  If you are more relevant to

10   more customer segments, that translates into higher

11   revenues and higher unit revenues as a result.

12        THE COURT:  Because they're more likely, by your

13   calculation, to choose JetBlue to fly?

14        THE WITNESS:  That's correct, your Honor.

15        THE COURT:  All right.

16   Q.  Mr. Friedman, let's go for a moment to the tab

17   that's labeled BTE.  And this exhibit is not already in

18   evidence and we're going to not put it on the screen for

19   a moment.  So just turn to the physical document in your

20   binder.

21   A.  (Turns.)

22   Q.  Mr. Friedman, this is an e-mail from you to other

23   JetBlue employees in February of 2020, correct?

24   A.  Um, yes.

25   Q.  One of those employees you were sending this e-mail

1   to was Scott Lawrence, correct?

2   A.  Um, yes.

3   Q.  And at the time Mr. Lawrence held a similar position

4   to what Mr. Clark, whom we discussed earlier, holds

5   today, correct?

6   A.  Yes, that's correct.

7   Q.  So Mr. Lawrence was your supervisor ultimately at

8   the time?

9   A.  Yes, he was my reporting chair.

10  Q.  At this time in February of 2020, JetBlue had also

11  been considering buying Spirit, correct?

12  A.  Um, yes.

13  Q.  And you're attaching your e-mail as a talking point

14  relating to the revenue synergies from that iteration of

15  the transaction, correct?

16  A.  Yes.

17        MR. MOORE:  Your Honor, at this time plaintiffs

18  would move Exhibit BTE in evidence as Exhibit 692.

19        THE COURT:  Any objection?

20        MR. MITCHELL:  No objection, your Honor.

21        THE COURT:  No objection.  BTE is admitted in

22  evidence, Exhibit 692.

23        (Exhibit 692, marked.)

24  Q.  Mr. Friedman, I want to turn to the second page of

25  Exhibit BTE, which has the Bates number ending 829.

1    A.   (Turns.)

2    Q.   So this appears to be an earlier version of the

3    talking points we've been looking at throughout our

4    discussion today, correct?

5    A.   Yes, that's correct.

6    Q.   Let's flip one more page ahead, so it's the page

7    ending 830, and I want to go to the "Increased

8    Relevance" section there.  Do you see that?

9    A.   Yes.

10   Q.   In the first bullet, um, underneath "Increases

11   Relevance," you explain that this synergy reflects that

12   an airline would have increased pricing power, correct?

13   A.   The way that I describe it is it becomes a carrier

14   of choice and thus creating pricing power.  I think what

15   I'm referring to here is this similar concept that we

16   just discussed earlier, just rephrase it.

17   Q.   So a "yes" to my question, you described the synergy

18   of increasing pricing power, correct?

19   A.   I see how we described it here, but we -- the way

20   that we described it earlier is what I would consider to

21   be more accurate.

22   Q.   We're going to go now back to Exhibit 403 where

23   we've been a few times, even with that.  And we're going

24   to go back to the page ending 601.  So it's where we

25   were earlier.

1    A.   I apologize, what's the number?

2    Q.   403 is the exhibit, and the Bates number at the

3    bottom is 601.

4    A.   Got it.   (Turns.)

5    Q.   In this third main bullet underneath "Increased

6    Relevance," you're explaining how you calculated the

7    revenue synergies, it's the bullet that says "Synergy

8    Calculated By."   Do you see that?

9    A.   Yes.

10   Q.   As part of this analysis you studied the revenue

11   premium that American Airlines earns at its hubs,

12   correct?

13   A.   I believe we studied multiple airlines, American

14   included.

15   Q.   You also studied Delta, correct?

16   A.   Yes.

17   Q.   And you studied United, correct?

18   A.   Yes.

19   Q.   And you also studied Southwest, correct?

20   A.   And others.

21   Q.   Those are actually the only four that you studied,

22   correct, for those revenue premiums?

23   A.   Um, I can't recall.

24   Q.   Would it refresh your recollection, um, if you

25   looked back at your deposition transcript?

1    A.   Um, sure.

2    Q.   You can go, it's one of the bigger binders that you

3    have on the podium, and the tab label will be CID

4    30(b)(6).  And I'll give you a page number.

5    A.   (Looks.)

6    Q.   If you turn to -- do you have that transcript,

7    Mr. Friedman?

8    A.   Yes.

9    Q.   And if you'd turn to Page 242, and just read lines 5

10   through 14 silently to yourself.

11   A.   (Turns.)  I apologize.  What lines?

12   Q.   Lines 5 to 14.

13   A.   (Pause.)  Sorry, I'm on Page 243.

14   Q.   242.

15   A.   Oh, sorry.  (Turns.)  (Reads.)  Got it.  Thank you.

16   Q.   So now having read that, does that refresh your

17   recollection, Mr. Friedman?

18   A.   Um, yes, I apologize, in that analysis we only

19   included those four carriers that you described.  I

20   believe we earlier looked at other carriers to see if it

21   existed, but they weren't at the share levels to see the

22   effect.

23   Q.   So the only four airlines that, um, are built into

24   the calculation of this revenue synergy are the three

25   legacy airlines and Southwest, correct?

1    A.   That's correct.

2    Q.   So according to this revenue synergy, um -- well

3    actually let me ask you this first.

4         Those four airlines that we were just discussing,

5    American, Delta, United, and Southwest, they're

6    sometimes referred to as the "Big 4," correct?

7    A.   Yes, they're referred to as the "Big 4."

8    Q.   So according to this synergy, JetBlue would, after

9    acquiring Spirit, have increased pricing power similar

10   to how the Big 4 have pricing power, correct?

11   A.   I would characterize it as we would be able to serve

12   high-value customer segments that we've had trouble

13   serving over the years.  So getting better access to

14   high-end leisure customers.  Getting better access to

15   corporate customers.  Getting better access to customer

16   segments that value credit car acquisition and a robust

17   loyalty program with a wide and deep network.

18   Increasing our presence in focus cities.  Flying more

19   frequencies.  Flying more routes.  That's what you see

20   from Delta, United, and American, and that's who we want

21   to compete against and instill more competition.

22   Q.   You, um, talked about serving certain customers in

23   your answer, those are what you were describing here as

24   "higher-value customers," is that right?

25   A.   I think I said "high value."

1    Q.   Higher-value customers?

2    A.   Got it.  I see it.  Yes.

3    Q.   So as opposed to, um, for example, a Spirit customer

4    who may not value those things that you just described?

5    A.   Again the way that I look at this is about

6    increasing our relevance to generate incremental traffic

7    onto aircraft from customer segments that the Big 4 have

8    been able to serve because of their position.  And as a

9    result of this transaction, we would be able to go after

10   those incremental customer segments and generate

11   incremental traffic alongside Spirit customers that we

12   otherwise would be challenged to do because of the

13   position of the Big 4.

14   Q.   You calculated the synergy would result in $140

15   million annually for JetBlue in increased revenues,

16   correct?

17   A.   Yes, that's what we estimated.

18   Q.   All right.  So we've talked about three synergies so

19   far and I just want to round out and talk about the last

20   synergy that you worked on for this transaction.  So

21   we're going to stay with Exhibit 403 and go back to the

22   page before, which ends in 600.  And I'm going to go to

23   the section that's titled "Competitive O & D Network."

24   A.   (Turns.)

25   Q.   "O & D" stands for "Original and Destination,"

1    correct, Mr. Friedman?

2    A.   Um, yes.

3    Q.   Does this synergy describe the increased revenues

4    JetBlue would earn from operating a hub at Fort

5    Lauderdale Airport, correct?

6    A.   This synergy refers to growing Fort Lauderdale and

7    being able to offer incremental connectivity as a result

8    of the two airlines coming together.

9    Q.   "Incremental connectivity," meaning turning it into

10   a hub, correct?

11   A.   There would be connectivity, it would be our -- it

12   would continue to be our focus city, and it would be a

13   competitive hub alternative to Miami and Atlanta.

14   Q.   Miami referring to the hub for American Airlines at

15   Miami International Airport, correct?

16   A.   Yes, they have about 350 flights a day at their hub

17   in Miami.

18   Q.   And Atlanta, that refers to Delta's hub at Atlanta

19   Airport, correct?

20   A.   Delta's hub with about 800 flights a day, correct.

21   Q.   And that's the two that you're trying to model Fort

22   Lauderdale after for this transaction, correct?

23   A.   We're not trying to model ourselves after Delta or

24   American, I think what we're trying to get across here

25   is that as a result of combining our two networks and in

1    the Combined Network Plan getting to the 250 flights a

2    day, we'll have a very strong network for the Fort

3    Lauderdale point of sale on the nonstop basis, we'll

4    have a very strong network for millions of customers to

5    also connect through Fort Lauderdale into Central

6    America, Latin America, South America, et cetera.  We're

7    going to do this in the JetBlue way, but I think the

8    point we're trying to make here is there's incremental

9    revenue to be had and it will make us much more -- it

10   would drive much more competition to the duopoly that

11   exists in Miami and Atlanta today.

12   Q.  And that incremental revenue is $150 million

13   annually and more revenues for JetBlue, correct?

14   A.  Um, yes, by being more attractive for customers

15   travelling on O & D pairings through Fort Lauderdale.

16   Q.  All right, you can close that exhibit, and I think

17   we may actually be done with it for today.

18        So we've been talking about the deal modeling that

19   was prepared in 2022 to assist JetBlue management in

20   evaluating this transaction, and I want to shift forward

21   now in time to the Combined Network Plan you referred to

22   a few times.

23        So after the merger agreement was signed, you led

24   a team that created a Combined Network Plan for JetBlue

25   in the event that it buys Spirit, correct?

1    A.   Yes, I led the team that created the Combined
2    Network Plan.
3    Q.   So unlike the network overview we looked at earlier,
4    the Combined Network Plan was not created until after a
5    merger agreement was signed, correct?
6    A.   That's correct.
7    Q.   You and your team began the process for creating
8    this plan in November of 2022, correct?
9    A.   Um, I'd characterize it as the "preseason" for the
10   Combined Network Plan that started in November, um, the
11   work really began after I got back from my paternity
12   leave in mid January.
13   Q.   So you and your team essentially did no work for at
14   least 5 months, maybe more, on creating the Combined
15   Network Plan after you had finished the network
16   overview, correct?
17   A.   Um, there was no work done on the high-level network
18   overview that was done in May of 2022.  I believe we
19   signed the deal with Spirit in July, um, and then there
20   was, um, some time to build the integration
21   infrastructure before we kicked off the combined network
22   planning process.
23   Q.   So several months though went by before you started
24   working on the Combined Network Plan, correct?
25   A.   Yes.

1    Q.   Ultimately you and your team created a slide deck

2    that summarizes the Combined Network Plan, correct?

3    A.   Um, yes.

4    Q.   In terms of timing, that slide deck summarizing the

5    Combined Network Plan was provided to the Department of

6    Justice in May of this year, correct, during this

7    litigation?

8    A.   Candidly I don't know when it was provided to you.

9    We presented it to our leadership in earlier mid May.

10   Q.   And that slide deck summarizing the Combined Network

11   Plan was actually created specifically to present to the

12   Department of Justice, correct?

13   A.   Um, no, I would not characterize it that way.

14   Q.   So it's your testimony that that deck was not

15   created for the Department of Justice?

16        MR. MITCHELL:  Objection, your Honor, asked and

17   answered.

18        THE COURT:  I think that's right.  Sustained.

19   Q.   Mr. Friedman, could you, um, turn to the tab labeled

20   "Lit" in your deposition binder.  L-I-T.

21   A.   (Turns.)

22   Q.   And we're going to go to the --

23   A.   Sorry, in the deposition?

24   Q.   Right.

25   A.   Okay, got it.

1  Q.  And I'm going to go to Page 278 in the transcript

2  labeled "Lit."

3  A.  (Turns.)  278 in "Lit"?

4  Q.  278 in "Lit," correct.

5  A.  (Turns.)  I apologize.  I feel like I'm making a

6  mistake.  In the Friedman NEA Lit --

7  Q.  Not NEA, just L-I-T.

8  A.  All right.  Okay.  Do you know if it's in 202 or in

9  102?

10 Q.  It may be in a separate binder.  You have two

11 deposition binders.

12 A.  (Turns.)  Apologies.

13 Q.  I know it's a lot of paper.

14 A.  What page?

15 Q.  278.

16 A.  (Turns.)

17 Q.  And let me know when you're there.

18 A.  (Turns.)  Yes.

19 Q.  So I'm going to start reading at Line 4.

20      Question, "Why was that deck an output for legal?"

21 Answer, "My understanding was that the Department of

22 Justice was asking for the Combined Network Plan."

23 Question, "Absent that request, would you have created

24 that deck?"  Answer, "You're talking about an

25 alternative universe?"  Question, "Yes.  Absent the

1    request, would you have created the deck as it exists

2    today?"  Answer, "I, at some point through my

3    transactions, apologies, at some point, just like we

4    provide network plans and quarterly network reviews,

5    that very well could have been created.  However this

6    deck was created to pass on and to present to the

7    Department of Justice."

8         Did I read that correctly?

9    A.  Yes, you did.

10   Q.  And those were the answers that you provided?

11   A.  Um, I believe so.

12   Q.  So I want to look at that Combined Network Plan now.

13   Let's turn in your binder to the tab labeled 36Q, and

14   we're going back to your exhibit binder when we're done.

15   A.  (Turns.)

16   Q.  Mr. Friedman, this is the slide deck summarizing the

17   Combined Network Plan that we were just discussing,

18   correct?

19   A.  Yes, this is the 2027 Combined Network Plan.

20   Q.  You created this presentation, correct?

21   A.  Yes, me and my team.

22   Q.  And the date of the presentation is May 5th, 2023,

23   correct?

24   A.  That's correct.

25   Q.  So you completed this presentation after the

1    Department of Justice had sued to block this

2    transaction, correct?

3    A.  We started this in January, um, and we completed it

4    in May.  Offhand I can't remember when you sued us.

5           THE COURT:  What is the, um -- 362?

6           MR. MOORE:  Yes, your Honor, 362.

7           THE COURT:  Okay, thank you.

8           Go ahead.

9    Q.  Let's go to Slide 2 of Exhibit 362.  It has a Bates

10   number ending 882.

11          This slide is providing an overview of the

12   Combined Network Plan, correct?

13   A.  Yes.

14   Q.  And to be clear, this is not the same network plan

15   that was presented in the network overview we looked at

16   earlier, correct?

17   A.  Yeah.  And just to be clear, this is the Combined

18   Network Plan, the other models that we looked at were

19   for validating synergy valuations.

20   Q.  So this contains a different set of routes than the

21   network overview we looked at earlier, correct?

22   A.  Yes, a different set of routes, a different

23   methodology, a much more in-depth review that took

24   several months.

25   Q.  So it's a different plan than the one that was used

1   to validate the revenue synergies presented to JetBlue's

2   board, correct?

3   A.  Yes, that's correct.

4   Q.  I want to go down to the footnotes that appear at

5   the bottom of the slide, and we'll try and zoom in, but

6   I'm not sure it will make it that much bigger on the

7   screen.

8        Each of these footnotes with the two asterisks is

9   providing information about the airports where JetBlue

10  has offered divestitures, correct?

11  A.  Yes.

12  Q.  Let's go to the bullet for Boston Logan, "BOS."

13  That bullet says that JetBlue's and Spirit's existing

14  capacity, as well as all future growth, all of that

15  would sit within JetBlue's current gate structure at

16  Boston, correct?

17  A.  Um --

18       THE COURT:  I just don't understand the question.

19  Would you ask the question again?

20       MR. MOORE:  Yes, your Honor.

21  Q.  So this bullet is talking about the gates that

22  JetBlue has in Boston, correct?

23  A.  This bullet is referring to Spirit's gates.

24  Q.  At the end of the bullet it refers to JetBlue's

25  "existing gate portfolio," do you see that?

1    A.  Yes.

2    Q.  And that means the gates that JetBlue already has in

3    Boston, correct?

4    A.  Yes.

5    Q.  And it's saying that those JetBlue and existing --

6    JetBlue and Spirit existing capacity could fit within

7    those gates, correct?

8            THE COURT:  What gates?

9            MR. MOORE:  The combined gates between JetBlue and

10   Spirit, subtracting out the divestitures.

11           THE COURT:  I understand that.

12           Is that what you meant to convey?

13           THE WITNESS:  Um, yes.  Taking JetBlue's frequency

14   levels at the time of the Combined Network Plan and

15   Spirit's frequency levels, we could fit them on the

16   gates that JetBlue had, um, and Spirit's gates would be

17   divested.

18   Q.  So all of the existing flights within the current

19   number of gates that JetBlue has in Boston Logan?

20   A.  Yes.

21   Q.  And so that's indicating that JetBlue would, um --

22   let me ask it this way.

23           That means that JetBlue has room, sitting here

24   today on a standalone basis, to add more flights on its

25   gates at Boston Logan, correct?

1   A.   Today we're operating about 140 daily flights out of

2   Boston.   Precovid we were operating about 185.   The

3   environment precovid to post-covid has changed.   So as a

4   result, what we're able to fit on our gates today

5   relative to what Spirit operates, we're able to fit what

6   they have.

7   Q.   So that's a "yes," JetBlue has room to add flights

8   even without the Spirit transaction in Boston Logan,

9   correct?

10  A.   In Boston we have room to add flights.

11  Q.   Let's go to Slide 8 of this exhibit, it has a Bates

12  number ending 888 at the bottom.

13  A.   (Turns.)

14  Q.   So this slide is also discussing JetBlue's plans for

15  Boston, correct?

16  A.   Yes.

17  Q.   And it indicates that there's no change to plan in

18  Boston, correct?

19  A.   Um, correct, no change to plan.

20  Q.   That's indicating that the total growth in Boston is

21  the same in JetBlue's standalone network plan as in the

22  Combined Network Plan, correct?

23  A.   I believe it's indicating that there is no change

24  because the original plan assumed to max out our gate

25  utilization -- well not our gate utilization, but our

1    gate footprint at Boston, um, and it's our intention to

2    do so again.  And we wouldn't be able to grow further

3    because we're divesting those Boston Spirit assets.

4    Q.  So the transaction achieves no additional departures

5    at Boston Logan compared to what JetBlue would have

6    achieved on a standalone basis, correct?

7    A.  Correct, because we're divesting Spirit's assets.

8    Q.  Let's go back to Slide 2 now.

9    A.  (Turns.)

10   Q.  We're going to go back to the footnotes and we're

11   going to go to the footnote for Fort Lauderdale.

12        So this bullet refers to an assumption about

13   JetBlue receiving additional gates at Fort Lauderdale by

14   2027.  Do you see that?

15   A.  Um, yes.

16   Q.  You were not aware of any conversations with the

17   airport authority in Fort Lauderdale confirming that

18   JetBlue would receive these gates, correct?

19   A.  My understanding today is that there are two gates

20   in a new Terminal 5 that's being built that will come to

21   JetBlue.

22   Q.  When did you gain that understanding?

23   A.  Um, that understanding -- I've had that

24   understanding for a long time.

25   Q.  Okay.  So let's go to your LIT 30(b)(6) deposition

1    on here.

2    A.   (Turns.)

3    Q.   And let me know when you're at the transcript.  I'll

4    give you a page number.

5    A.   Yup.

6    Q.   I want to go to Page 41, Lines 17 to 24.

7    A.   (Turns.)

8    Q.   So those lines say, Question, "But my question is

9    whether you are aware of any questions of the 30(b)(6)

10   representative would be had confirming that JetBlue

11   would in fact receive the gates necessary to accomplish

12   the growth in the Combined Network Plan?"  And your

13   answer was, "As a 30(b)(6) witness, I'm not aware of

14   those conversations."

15         That was your answer?

16   A.   Yes.  And to be clear, for the full growth of the

17   Combined Network Plan?  Yes.  But there are two gates

18   that I'm aware of in Terminal 5 that will be coming our

19   way.  Are those two gates everything for Fort Lauderdale

20   250?  No.  But I just want to make it clear that I am

21   aware of two gates that are coming our way in Fort

22   Lauderdale.

23   Q.   So sitting here today you do not know whether

24   JetBlue will in fact receive all of the gates

25   contemplated by the Combined Network Plan, correct?

1    A.   Sitting here today I know that we had a joint press

2    release supporting the master plan with DCAD in Fort

3    Lauderdale and, um, it's our assumption that, um, we

4    would be able to, as a result of that press release,

5    grow into what we need to grow into.

6    Q.   All right.  Let's go to Slide 15, um, of this

7    exhibit, Exhibit 362.

8          THE COURT:  Say it again?  Go where?

9          MR. MOORE:  Exhibit 362, the Combined Network Plan

10   document we were looking at earlier, it would be in

11   Slide 15.

12         THE COURT:  15.  And the Bates page?

13         MR. MOORE:  895.

14         THE COURT:  Thank you.

15   Q.   So this slide is describing JetBlue's plan to create

16   a connecting hub, is that right?

17   A.   This is a plan, um -- sorry.  Yes, so we would be

18   making a play for a top MSA while enabling one-stop

19   connections for millions of customers.

20   Q.   So JetBlue would be creating a connecting hub,

21   right?

22   A.   This would be a focus city with a lot of

23   connectivity potential, yes.

24   Q.   And the same questions as I had about Fort

25   Lauderdale.

1          To your knowledge no one at JetBlue has discussed

2     with this airport whether JetBlue would actually obtain

3     the gates necessary to achieve the departures in the

4     Combined Network Plan, correct?

5     A.  I'm personally not aware if the -- a guarantee or a

6     contract has been given, but again the joint press

7     release and public support for the Fort Lauderdale Beach

8     Head Master Plan, which includes dozens of new gates,

9     um, I think the intention was to have the joint support

10    for the Fort Lauderdale 250 plan.

11    Q.  Well my question is not this airport, you're not

12    aware of any --

13    A.  Oh, sorry.

14    Q.  You have not received confirmation that JetBlue has

15    actually received the gates at this airport necessary to

16    achieve the departures contemplated in the plan?

17    A.  No, we have not reached out to anyone for

18    confirmation or signed any contracts, we are aware that

19    terminal expansion is possible.

20    Q.  Let's turn to Slide 48, so towards the very end of

21    this exhibit.  It has the Bates number ending 928.

22    A.  (Turns.)

23          THE COURT:  Say again the Bates number?

24          MR. MOORE:  928.

25          THE COURT:  Thank you.

1    Q.  So this slide is describing the forecast methodology

2    for the baseline, the Combined Network Plan, correct?

3    A.  Um, yes.

4    Q.  And "baseline" refers to the existing JetBlue and

5    the Spirit schedules, correct?

6    A.  Um, yes.

7    Q.  This slide describes both the capacity and

8    anticipated revenues for that baseline, correct?

9    A.  Um, the anticipated capacity and revenues?

10   Q.  For the baseline schedules, correct.

11   A.  I believe this describes the forecasting

12   methodology.

13   Q.  Well there's two segments -- well actually three

14   segments to the slide, "Capacity," "Revenue," and

15   "Cost," correct?

16   A.  Yes.

17   Q.  And those are all responding to the baseline

18   schedules, correct?

19   A.  Yes.

20   Q.  I want to start with the capacity discussion.

21       Looking at the second bullet underneath

22   "Capacity," it says "Except for divestitures, no

23   capacity reductions are assumed in the baseline

24   schedule," correct?

25   A.  Yes, that's correct.

1   Q.  That means that the baseline schedule of the

2   Combined Network Plan does not remove Spirit aircraft

3   from their existing routes, except for the divestitures,

4   correct?

5   A.  Um, yes, that's correct.

6   Q.  At the time that you made the decision to maintain

7   those existing Spirit routes, you did not prepare any

8   quantitative route-by-route analysis to show that that

9   would be a profitable decision, correct?

10  A.  There were two reasons why we didn't pursue that

11  path.  The first one was the -- at this point in time

12  the data that we had, um, post-covid was -- was not

13  clean, it was completely tainted by covid, so the only

14  data we did have was 2019, which we didn't have much of

15  Spirit's performance on any of the new routes that they

16  launched.

17       The second, um, was in discussing this with my

18  leadership, um, there was an assumption that we'd want

19  to see how these routes, the frequency levels, would

20  interplay with each other in this new combined network

21  moving forward, and then from there we would of course

22  optimize.

23  Q.  Mr. Friedman, my question was that you did not

24  perform any quantitative analysis showing it would be

25  profitable to maintain these former Spirit routes,

1    correct?

2    A.   No, we weren't able to do so with the data that we

3    had and then we didn't feel it was the right thing to

4    do.

5    Q.   And to be clear, the 2019 data, the precovid data,

6    you were comfortable using that data to support the

7    revenue synergies modeling, right?

8    A.   Um, we -- we had to use the 2019 data because all of

9    the new data was also dirty covid-tainted data.

10   Q.   So you used 2019 data for the revenue synergies

11   modeling that was ultimately presented to your board in

12   approving this transaction, correct?

13   A.   Um, yes, we did.

14   Q.   And even though your prior analyses, the deal

15   modeling, had showed it would have been profitable for

16   JetBlue to redeploy Spirit aircraft, you decided not to

17   model redeployment in the Combined Network Plan, is that

18   right?

19   A.   As I mentioned earlier, there was kind of the first

20   margin forecast in those files and there are other

21   synergies that come on top, and I think not necessarily

22   knowing how these routes would interplay in a full

23   combined network, we wanted to see how that would occur

24   before we make any decisions and continue to optimize

25   from there.

1    Q.  Okay, so we talked about capacity, I want to talk

2    about revenues briefly, which is at the bottom half of

3    this slide.

4        This section is showing how you calculated the

5    revenues associated with the baseline schedules,

6    correct?

7    A.  Um, yes.

8    Q.  And we won't talk about all of the steps, but I did

9    want to pause on the second bullet underneath Spirit,

10   that says "Increases TRASM further by 24 percent to

11   account for revenue synergies."  Do you see that?

12   A.  Yes.

13   Q.  That 24 percent revenue premium is the same revenue

14   premium used in the deal modeling, correct?

15   A.  Yes, we're bringing Spirit's product and upgrading

16   it to JetBlue's product in this Combined Network Plan

17   modeling.

18   Q.  So it's the same numbers, correct?

19   A.  Yes.

20   Q.  You did not update the calculations for the 24

21   percent revenue premium for purposes of the Combined

22   Network Plan, correct?

23   A.  We couldn't because the data was tainted by all of

24   the covid madness.

25   Q.  So this means that like the revenue synergies

```
 1    modeling, the revenues that are projected in the
 2    baseline assume the 30 percent higher fares in Spirit's
 3    former markets, correct?
 4    A.   Um, no.
 5    Q.   How is that wrong?
 6    A.   Um, as we had discussed earlier, the modeling that
 7    we did for the 24 percent TRASM premium was solely to
 8    identify the product differentials between Spirit and
 9    JetBlue, it was not to forecast that market fares across
10    the board would go up 30 percent.  It wasn't a forecast
11    of end-state demand levels or any of that.  Ultimately
12    to assume that a 24 percent TRASM increase was driven by
13    a 30 percent increase in fare to me is just not -- it
14    doesn't make sense, it would imply a lower load factor,
15    and that's certainly not what we're modeling and this
16    isn't the, um -- a 30 percent fare increase that we're
17    assuming here.
18    Q.   Mr. Friedman, to get to the 24 percent that appears
19    both in the deal modeling and the Combined Network Plan,
20    a necessary input is 30 percent higher fares in the
21    former Spirit markets, correct?
22    A.   It was an observation that we saw that led to the
23    output of a model whose purpose was to quantify the
24    product differential between Spirit and JetBlue.  I
25    would not characterize the output of that model and the
```

1    implication of that model as increasing fares by 30

2    percent across the board.

3    Q.  All right, let's go to the last slide, Exhibit 362,

4    and I want to look at the second heading which says

5    "Things not fully captured in the forecast."  This is

6    the very last page of the exhibit we've been looking at.

7    A.  (Turns.)

8    Q.  The first subbullet indicates that you have not yet

9    calculated a relevance payload for the Combined Network

10   Plan, correct?

11   A.  That's correct.

12   Q.  And when it says "relevant payload," that's

13   referring to the increased pricing power we talked about

14   earlier, right?

15   A.  It's referring to our ability to gain incremental

16   customers from incremental customer segments by becoming

17   more relevant in our focus cities.

18   Q.  It's the same thing that in 2020 you described as

19   "increasing pricing power," correct?

20   A.  In 2020, um, I think with Scott Lawrence, we used

21   those words.  With Dave Clark, the words have changed.

22   But again it's incremental customer segments becoming

23   more relevant to them and driving more customers onto

24   the aircraft as a result.

25   Q.  And according to this bullet, even though you didn't

1    model this particular revenue synergy, you still expect

2    that JetBlue would gain this increased pricing power at

3    airports where it has a higher share, right?

4    A.  I believe as we continue to build out and become

5    more relevant to more customer segments, more routes,

6    more frequencies, more depth, that we'll absolutely be

7    able to compete better with the Big 4 on the national

8    basis and take more incremental customers that we've had

9    trouble getting in the past.

10   Q.  So is that a "yes" to my question, increased pricing

11   power, that's still assumed in the network plan too?

12   A.  Increased ability to capture new customer segments.

13   Q.  Is that a "yes" or a "no" is my question?

14   A.  Candidly I guess I just disagree with the

15   characterization of the question.  But it's more the

16   ability to go after more customer segments and generate

17   incremental customers, that's the relevance premium that

18   we're discussing here.

19   Q.  Okay, we can close that document.

20        I want to shift gears to one last topic,

21   Mr. Friedman.

22        Earlier we talked about some of your job

23   responsibilities and I think one of the things you

24   mentioned is that you provide advice on the fleet that

25   JetBlue needs in order to accomplish its network plans,

1   correct?

2   A.  We put together proposals on fleet.

3   Q.  I want to talk about some recent decisions JetBlue

4   has made concerning its fleet.

5        Let's go to, in your binder, to the tab labeled

6   363.

7   A.  (Turns.)

8        MR. MOORE:  Your Honor, I know we're coming up on

9   the break, but I only have a couple more minutes in my

10  exam.

11       THE COURT:  Proceed.

12  Q.  Mr. Friedman, the first page of Exhibit 363 is an

13  e-mail from you to the Senior Leadership Team

14  transmitting the Quarterly Network Review for April

15  2023, correct?

16  A.  Um, yes.

17  Q.  And the Quarterly Network Review, that's a recurring

18  update to JetBlue management about JetBlue's network,

19  correct?

20  A.  Um, yes, on a quarterly basis we discuss various

21  network topics.

22  Q.  Let's go to Slide 2 of the attachment, um, to

23  Exhibit 363, it's going to be the page that has the

24  Bates number ending 812.

25  A.  I'm sorry, 812?

1    Q.   812.

2    A.   (Turns.)

3    Q.   The third heading on the slide says "HD/mint

4    optimization plus 5 leased aircrafts."  Do you see that?

5    A.   Yes.

6    Q.   And according to the slide, JetBlue was planning to

7    forego five aircraft leases currently baked into a

8    standalone network plan, correct?

9    A.   These were five leased 321 NEOs baked into the

10   budget but never actually signed for.

11   Q.   So they were included in your plan, but this was a

12   decision not to pursue those five leases, correct?

13   A.   That's correct.

14   Q.   Let's go to Slide 37 of this deck, which is Bates

15   number ending 847.

16   A.   (Turns.)

17   Q.   So this slide is describing, um, certain financial

18   metrics associated with these five leases that we were

19   just talking about, correct?

20   A.   Yes.

21   Q.   And you helped to calculate these metrics, correct?

22   A.   Um, my team did, yes.

23   Q.   I want to look at the right-hand side of the slide

24   at the, um, second bullet.

25        That bullet indicates that foregoing those five

1    leases would reduce JetBlue's system capacity by 2 to

2    2.2 percentage points in 2025.  Do you see that?

3    A.   Yes.

4    Q.   And then the fourth bullet says, "In a Spirit

5    acquisition," um -- the third bullet in the zoom.  "In a

6    Spirit acquisition, they could have also been viewed as

7    a low Cap X solution for funding retrofit lines."

8         Do you see that?

9    A.   Yes.

10   Q.   When it says "retrofit lines," that's referring to

11   the process of removing the seats from the Spirit

12   aircraft to match the JetBlue configuration, correct?

13   A.   Yes, that's about upgrading the Spirit aircraft to

14   the JetBlue product.

15   Q.   And during this process these aircraft would be

16   unavailable for flying, correct?

17   A.   That's correct.

18   Q.   This bullet is saying that while these Spirit planes

19   were off the market, JetBlue could have replaced that

20   capacity with these leases, correct?

21   A.   It was an idea that the Network Planning Team wanted

22   to put forward.

23   Q.   But JetBlue ultimately did not do that, correct?

24   A.   No, we did not.

25   Q.   Then going above the --

1          THE COURT:  Excuse me.  What's the, um -- I guess

2     I should know this.  What's the abbreviation "HD" stand

3     for?

4          THE WITNESS:  Um, that stands for "High Density."

5     So on the 321 aircraft we have two iterations.  One is

6     the mint-configured iteration, which has the 16 lie-flat

7     business class seats and has a total of 160 seats.  The

8     high-density is all core or all coach and has 200 seats.

9          THE COURT:  All right.  Thank you.

10    Q.  So, Mr. Friedman, going up to the bullet above the

11    one we were just looking at, which starts "In an organic

12    world."  Do you see that?

13    A.  Um, yes.

14    Q.  It says "In an organic world these aircrafts could

15    have contributed to cash-positive growth in a

16    delivery-delay-prone world."  Do you see that?

17    A.  Yes.

18    Q.  "Organic world" is referring to a situation in which

19    Spirit does not acquire Spirit, correct?

20    A.  In which JetBlue does not acquire Spirit, correct.

21    Q.  Thank you for that correction.

22          And "delivery-day-prone world" is referring to the

23    current delays with Airbus deliveries, correct?

24    A.  Yeah, I would characterize it as an overarching

25    comment about the delivery delays and the engine issues

1   that we've been seeing.

2   Q.  So you and your team were advising that pursuing

3   these leases would have helped JetBlue generate revenues

4   while it was dealing with these aircraft delays,

5   correct?

6   A.  Again I don't know if I'd characterize it as

7   "advising," but we were certainly putting out the idea

8   that these could help in that context.

9   Q.  But JetBlue again decided not to pursue that idea,

10  correct?

11  A.  Um, correct, we did not pursue these aircraft.

12  Q.  So earlier this year JetBlue declined an opportunity

13  to acquire aircraft that would have enabled it to grow

14  on a standalone basis, correct?

15      MR. MITCHELL:  Objection, your Honor.  I think

16  he's asked that question --

17      THE COURT:  Would you ask it again?  I'm sorry.

18  Q.  Earlier this year JetBlue declined an opportunity to

19  acquire aircraft that would have enabled it to grow on a

20  standalone basis?

21      THE COURT:  You object to that?

22      MR. MITCHELL:  I think he's asked that question

23  three times now, your Honor.

24      THE COURT:  Well I'll let him ask it.  If it is

25  again, it's in my discretion.

1           You may answer.

2    A.   It's all in the eyes of the beholder.  I think from

3    a route-planning perspective we thought that this was an

4    opportunity.  From other decision-makers and more senior

5    leaders in the company than me, they didn't see it as an

6    opportunity.  But to characterize it as JetBlue having

7    forgone an opportunity, that's not my decision.  We

8    wanted to raise this for discussion.

9    Q.   So senior leaders in the company made the decision

10   not to pursue these aircraft?

11   A.   Um, yes.

12          (Pause.)

13          MR. MOORE:  I think, your Honor, I have no further

14   questions at this time.

15          THE COURT:  All right, we'll take the recess.

16          I'm at sea in a minor way.  You've been so good at

17   providing me with the names of the witnesses and who's

18   going to examine them, and unless I've overlooked it in

19   the sea of paper here, I don't have that for this

20   witness.  So if I could, um -- well here's the Clerk

21   giving it to me, I think.

22          (Hands to judge.)

23          Oh, here's -- all right, thank you very much.  You

24   see how dependent I am on the Clerk.

25          All right, we'll stand in recess until 10 minutes

```
1    after 11:00.  We'll recess.

2          THE CLERK:  All rise.

3          (Recess, 10:40 a.m.)
```

```
 1              C E R T I F I C A T E

 2

 3

 4         I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

 5    do hereby certify that the foregoing record is a true

 6    and accurate transcription of my stenographic notes

 7    before Judge William G. Young, on Thursday, November 9,

 8    2023, to the best of my skill and ability.

 9

10

11    /s/ Richard H. Romanow 11-09-23
      _____
12    RICHARD H. ROMANOW   Date

13

14

15

16

17

18

19

20

21

22

23

24

25
```