```
                UNITED STATES DISTRICT COURT
              DISTRICT OF MASSACHUSETTS (Boston)

                                  No. 1:23-cv-10511-WGY
                                  Vol. 2, Pages 85-175


UNITED STATES OF AMERICA, et al
          Plaintiffs

vs.


JETBLUE AIRWAYS CORPORATION,
et al,
          Defendants



                       ********


              For Bench Trial Before:
              Judge William G. Young




                 United States District Court
                 District of Massachusetts (Boston)
                 One Courthouse Way
                 Boston, Massachusetts 02110
                 Thursday, November 9, 2023



                       ********



         REPORTER:  CHERYL B. PALANCHIAN, RMR, CRR
                Official Court Reporter
              United States District Court
            One Courthouse Way, Boston, MA 02110
```

                    A P P E A R A N C E S


EDWARD WILLIAM DUFFY, ESQ.
ARIANNA MARKEL, ESQ.
AARON TEITELBAUM, ESQ.
        DOJ-Atr
        450 Fifth Street NW, Suite 8000
        Washington, DC 20530
        (202)812-4723
        Email:  Edward.duffy@usdoj.gov
        For Plaintiff United States of America
- and -
WILLIAM T. MATLACK, ESQ.
        Attorney General's Office
        One Ashburton Place, 18th Floor
        Boston, MA 02108
        (617)727-2200
        Email:  William.matlack@mass.gov
        For Plaintiffs United States of America and The
        Commonwealth of Massachusetts



RYAN SHORES, ESQ.
        Cleary Gottlieb Steen & Hamilton LLP
        2112 Pennsylvania Avenue, NW
        Washington, DC 20037
        (202)974-1876
        Email:  Rshores@cgsh.com
- and -
ELIZABETH M. WRIGHT, ESQ.
        Cooley LLP
        500 Boylston Street
        Boston, MA 02116-3736
        (617)937-2349
        Email:  Ewright@cooley.com
- and -
RACHEL MOSSMAN ZIEMINSKI, ESQ.
MICHAEL MITCHELL, ESQ.
        Shearman & Sterling LLP
        2601 Olive Street, 17th Floor
        Dallas, TX 75201
        (214)271-5777
        Email:  Rachel.zieminski@shearman.com
        For Defendant JetBlue Airways Corporation


(Continued.)

(Continued.)


JAY COHEN, ESQ.
ANDREW C. FINCH, ESQ.
        Paul, Weiss, Rifkind, Wharton & Garrison
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212)373-3000
        Email:  Jaycohen@paulweiss.com
        For Defendant Spirt Airlines, Inc.

```
                        I N D E X

WITNESS:              DIRECT    CROSS    REDIRECT    RECROSS

ERIC FRIEDMAN, Continued

  By Mr. Mitchell               89

  By Mr. Moore                             164
```

| EXHIBITS | PAGE |
|---|---|
| 693 . . . . . . . . . . . . . | 105 |
| 694 . . . . . . . . . . . . . | 109 |
| 695 . . . . . . . . . . . . . | 113 |
| 696 . . . . . . . . . . . . . | 160 |
| 697 . . . . . . . . . . . . . | 162 |

```
 1                THE COURT:  Court is in session, please be seated.

 2                Now, Mr. Mitchell.  You may inquire.

 3                MR. MITCHELL:  Thank you, your Honor.

 4                     ERIC FRIEDMAN, (Resumed)

 5                       CROSS-EXAMINATION

 6   BY MR. MITCHELL:

 7   Q.   Hello again, Mr. Friedman.

 8   A.   Hello.

 9   Q.   The government asked you a lot of questions on their --

10   during their examination about your revenue synergy

11   estimates for the customer experience premium.  Do you

12   recall that?

13   A.   Yes.

14   Q.   Okay.  We'll get into some of the details on that in a

15   moment.  But just so that the record is clear, does the

16   modeling that you did on the customer experience premium

17   synergy predict that fares will increase by 30 percent as a

18   result of this merger?

19   A.   No.

20   Q.   Okay.  And so you talked about it a little bit before,

21   but just explain what that 30 percent figure is?

22   A.   The 30 percent figure is what we observed from some

23   work that we did that compiled Spirit route exits from 2014

24   to 2018.  We identified 12 route exits that were used, so we

25   then averaged the average fare increases after the exits,
```

1  the 12 months after the exits, relative to the 12 months

2  before those exits, then also evaluated passenger levels as

3  well.

4  Q.   And so when you evaluated these 12 exits, what data did

5  you look at to make those observations?

6  A.   We looked at the DB1B data that's publicly available to

7  us.

8  Q.   Okay.  And so you looked at the public data, and then

9  you observed certain impacts on average fare and passenger

10 count; correct?

11 A.   That's correct.

12 Q.   And then what did you do with those -- the impacts you

13 observed on those 12 exits?  You then averaged those

14 averages?

15 A.   Yes.  We took those averages and the average fare

16 increases and the corresponding market size impacts and we

17 used them as inputs into a QSI model to get to the specific

18 purpose of identifying the JetBlue-Spirit product

19 differential premium.

20 Q.   Okay.  And when did you make that observation, those

21 observations you've just described?  At what point in time

22 was that done?

23 A.   The work was done in 2019.

24 Q.   And was that because JetBlue at the time was

25 considering a potential transaction with Spirit?

1   A.   Yes.

2   Q.   Okay.  Thank you.  And then what did you do with that

3   30 percent figure after you observed it?

4   A.   We took the 30 percent figure, we put it into a QSI

5   model as part of an overarching process to try to hone in on

6   what the product differential premium would be between

7   JetBlue's product and Spirit's product.

8   Q.   Okay.  And that exercise you just described, taking

9   certain inputs into what you said was a QSI model, was that

10  also done in 2019?

11  A.   Yes.

12  Q.   Okay.  So we'll come back to that forecasting model

13  again in a moment, but I first want to ask whether those

14  observations for the forecasting model you just mentioned,

15  were those updated in 2022 when you were working on the

16  customer experience premium synergies work?

17  A.   No, they were not.

18  Q.   Okay.  So turning back to the forecasting model you

19  just mentioned, you made reference to a QSI model.  We've

20  heard that before, but just could you give a brief summary

21  of what a QSI model is and what it does?

22  A.   A QSI model takes a carrier's frequency on a market, as

23  well as the average seats on that market, other quality

24  aspects like product, for example.  There are assumptions

25  built in.  And it takes that information and essentially

1  forecasts what share of a market size a carrier would be

2  quote/unquote entitled to as a result of their capacity and

3  frequency levels.

4  Q.   Okay.  And is the input to that QSI, do you guys call

5  that a market size file?

6  A.   That is one of the inputs, the market size file.

7  Q.   And are the observations that you discussed with

8  Mr. Moore, were those inputs into the market size file?

9  A.   Those were inputs into the overall model.

10  Q.   Okay.  So we've talked a little bit about some of the

11  inputs that you put into the QSI model.  Were there certain

12  factors that you did not include as inputs into that model

13  at the time?

14  A.   Yes.  Typically, we would, in any route forecast, model

15  in what we called the JetBlue Effect; our ability to lower

16  fare and stimulate demand.  We would do that with a high

17  elasticity, higher than the negative .42 that we've seen in

18  the past.  That was not included in the modeling.

19  Q.   Okay.  I think you said typically.  What's the context

20  for the "typically"?  Is that typically in your

21  route-planning activities?

22  A.   Yes, that's correct.

23  Q.   Okay.  So why didn't you incorporate the JetBlue Effect

24  into your modeling of the customer experience premium and

25  revenue synergy?

1    A.   Ultimately, we were trying to get to a conservative

2    assumption, one that was more conservative than the

3    41 percent we observed in the real world.  To do that, we

4    took out the JetBlue Effect to kind of create this low-end

5    baseline conservative scenario.

6    Q.   Okay.  So that might be a little confusing.  Explain

7    why not including the JetBlue Effect is conservative from a

8    revenue perspective?

9    A.   The beauty about the JetBlue Effect is without

10   elasticities we're able to stimulate demand at a faster rate

11   than we decrease the fare in the market.  As a result of

12   that, right, to put that into context, it's roughly, if you

13   were to decrease the market -- or decrease fares by

14   10 percent, we would see a corresponding 20, 30, 40 percent

15   increase in demand stimulation.  Because the demand

16   stimulation is increasing faster than the fare decrease,

17   when you implement the JetBlue Effect, it actually increases

18   revenue and makes the QSI model more aggressive than

19   conservative.

20        We wanted to focus on a very conservative model, a very

21   base, low-end extreme example to get a more conservative

22   number.

23             THE COURT:  Just so I'm following, as I've

24   listened to the evidence in this case, most of the witnesses

25   have talked about the JetBlue Effect as decreasing consumer

1    prices in a market for various reasons.  Now, you've pointed

2    out, because you use that same term, in fact, you can model

3    based upon experience that what you call the JetBlue Effect

4    increases the revenue in that market when you enter it for

5    JetBlue.  That's what you're testifying, right?

6         THE WITNESS:  Yes.  To hopefully make it clear,

7    we're -- we're stimulating passenger demand more quickly

8    than we're decreasing the fare.  So as we decrease the

9    fares, we're increasing more volume, higher load factors,

10   and more revenue on to the aircraft.

11        THE COURT:  It also demonstrates that customers

12   are price-sensitive.

13        THE WITNESS:  It does demonstrate that customers

14   respond to our fare decreases, yes.

15        THE COURT:  Go ahead, Mr. Mitchell.

16   Q.   And, Mr. Friedman, just to be clear, when you say

17   stimulate demand, it may be obvious, but can you state, for

18   the record, what do you mean when you say stimulate demand?

19   A.   When I say stimulate demand, I mean that typically

20   before JetBlue enters a market -- we'll use simple numbers.

21   Let's say there are 100 customers per day traveling on a

22   particular route.  When we go and lower the fare, the 100

23   customers turn into 200 customers because our low fares

24   stimulate the market.

25   Q.   Now, does the fact that you did not incorporate the

1    JetBlue Effect into your modeling of the customer experience

2    premium revenue synergies mean that JetBlue does not expect

3    the JetBlue Effect to occur after the merger?

4    A.    No, absolutely not.

5    Q.    Okay.  And are you confident that the JetBlue Effect

6    will remain and will occur after the merger?

7    A.    Yes, absolutely.

8    Q.    Okay.  Thank you.  Before we move on, when you were

9    using the QSI tool you mentioned a moment ago, did you

10   assume additional entry by ULCCs or other carriers as an

11   input into the QSI model?

12   A.    No, I did not.

13   Q.    Okay.  And why didn't you do that?

14   A.    Again, the purpose of the model was not to be a Magic 8

15   Ball that would predict all of the competitive environment

16   changes.  It would be -- it was simply to hone in on what

17   the value difference between the Spirit product and the

18   JetBlue product would be.

19   Q.    The other number you were asked about during the

20   government's examination was this 24 percent figure.  Do you

21   recall that?

22   A.    Yes.

23   Q.    And so you talked about this a bit, but just so the

24   record's clear, does the modeling you did on the customer

25   experience premium synergy predict or demonstrate that fares

1    will increase by 24 percent after the merger?

2    A.    No, that's not how I would characterize it.

3    Q.    In your earlier question you characterized that as a

4    TRASM premium; correct?

5    A.    Yes, that's correct.

6    Q.    So you walked through most of that with Mr. Moore

7    earlier, so we won't retread that, but the total revenue

8    component of that acronym, so total revenue, just what are

9    the underlying components that make up total revenue?

10   A.    Sure.  So total revenue refers to all of the revenue

11   streams.  Obviously, we had had ticketed fares.  We'd also

12   had ancillaries on board, think checked baggage, purchasing

13   a beer on board.  It would also include nonflown ancillaries

14   that aren't actually related to the actual flying on the

15   aircraft, but might be related to renting a car, and taking

16   commissions on that, JetBlue vacation packages, on the

17   hotels, or getting paid by Barclays for our credit card when

18   we issue points when someone is shopping at a grocery store

19   with the JetBlue credit card, for example.

20   Q.    Okay.  Does the DiiO modeling estimate how much of that

21   24 percent TRASM premium is attributable to an increase in

22   the average fare?

23   A.    It does not.

24   Q.    Okay.  Does your customer experience premium modeling

25   suggest that there will be a fare increase for the average

1  customer after the merger?

2  A.   For the average customer I think it would be quite the

3  opposite.   I think the reality is fares right now are mostly

4  led by the big four carriers who control 80 percent of the

5  marketplace, and I think the JetBlue Effect has demonstrated

6  that we will go into these markets, reduce fares, and reduce

7  fares for millions of customers.

8  Q.   Okay.   And what about for the average Spirit customer?

9  A.   So I think for the average Spirit customer there's a

10  range of outcomes.   Right?   I think one outcome might be

11  that a Spirit customer who's typically flown to Myrtle Beach

12  to play some golf might see the JetBlue product and pay for

13  the JetBlue product.   There might be a Spirit customer that

14  doesn't necessarily want to pay for the JetBlue product, but

15  based off the time of year, the day of week, the time of

16  day, might still be able to get the same Spirit-level price.

17  And then there might be another Spirit customer that is

18  looking for an unbundled product, may not necessarily be

19  able to find one, but will have alternative ULCC options as

20  a result.

21  Q.   Thank you.   Now, do you recall whether the customer

22  experience premium was modeled to begin immediately after

23  the merger closed?

24  A.   No, it was not.

25  Q.   Okay.   And why not?

1    A.   The customer experience premium is tied in large part

2    to the product on board the aircraft.  So the synergy

3    should -- the synergy timing should really be tied to the

4    rate at which we're converting aircraft into the JetBlue

5    product spec.

6    Q.   Okay.  We gave you a binder with some exhibits, but

7    before we turn to our binder I want to have you reopen the

8    binder that Mr. Moore provided you and we'll take a quick

9    look at Exhibit 403.  And I'm going to direct your attention

10   to the page with Bates number ending 600.  Are you there?

11   A.   Yep.

12   Q.   Okay.  Under the heading, "Customer Service Premium,"

13   I'd like you to take a look at the third bullet there.

14   A.   Yes.

15   Q.   Okay.  This third bullet reads, "Synergy in full force

16   after all retrofits are complete should ramp accordingly

17   with retrofits."

18   A.   Yes.

19   Q.   Is that capturing the sentiment you just described a

20   moment ago in your testimony?

21   A.   Yes.  Yes, it is.

22   Q.   Thank you, Mr. Friedman.  Sticking in that binder I

23   want you to flip to what is now Exhibit 692 in evidence, but

24   I think in the binders it's behind the tab that says BTE.

25           (On screen.)

1    Q.   And I'll ask you to go to the page ending Bates number

2    830.

3    A.   Okay.

4    Q.   Okay.  Do you see there's a heading there that says,

5    "Increased Relevance"?

6    A.   Yes.

7    Q.   And you discussed this section with Mr. Moore.  Do you

8    recall that?

9    A.   Yes.

10   Q.   Okay.  Now, you gave some context to the Court on what

11   you -- the way you think about this phrase "creating pricing

12   power" here, but just so we're clear, can you explain to us

13   how increasing JetBlue's relevance, how you think about

14   increasing JetBlue's relevance from a revenue-generation

15   perspective?

16   A.   Sure.  So from a revenue-generation perspective,

17   increasing relevance is essentially referring to increasing

18   the number of routes you fly, increasing the number of

19   frequencies you fly on those routes, ensuring that you serve

20   those routes with good patterns of service across the day,

21   making sure that you're relevant to multiple customer

22   segments, whether it's a leisure customer, a customer

23   visiting a friend or a relative, a corporate customer, a

24   customer that is a loyal frequent traveler.  By gaining more

25   share and expanding the network and becoming more relevant,

1    we're able to tap into those customer segments, drive

2    incremental traffic and, frankly, high, well-paying

3    incremental traffic as well.

4    Q.   Because some of those customer segments you just

5    mentioned may typically pay a higher average fare than other

6    segments?

7    A.   That's correct.

8    Q.   And by being more relevant at an airport or in a city,

9    it allows you to appeal to a wider section of those

10   segments?

11   A.   That's correct.

12   Q.   Okay.  The other thing you discussed with Mr. Moore

13   were the airlines that you sort of studied in order to do

14   your work on this synergy.  Do you recall that?

15   A.   Yes.

16   Q.   And among the airlines you looked at were the legacy

17   carriers; right?

18   A.   Yes.

19   Q.   And just for some context, after the merger is

20   completed, the combined network plan, is Fort Lauderdale the

21   largest growth city in the combined network plan in terms of

22   daily departures?

23   A.   Yes.  It will have about 250 daily departures.

24   Q.   So let's put that 250 daily departure numbers in

25   context.  Approximately how many daily departures does

```
1    American have at its hub in Miami?

2    A.   I'd roughly estimate about 350.

3    Q.   And do you know how, approximately, how many departures

4    American has at its hub in Dallas?

5    A.   It's approaching nearly a thousand.

6    Q.   Okay.  And how many departures, approximately, does

7    Delta have at its hub in Atlanta?

8    A.   It's above 800 flights a day.

9    Q.   Okay.  And just to round it out, how many approximate

10   daily departures does United have at its hub in Newark?

11   A.   I think it's about 400, 450 daily departures.

12   Q.   Thank you, Mr. Friedman.  You can set that aside, and I

13   think you can set this binder aside.

14        So you discussed with Mr. Moore that your current title

15   is director of route planning at JetBlue; correct?

16   A.   Yes.

17   Q.   And is one of the responsibilities of your position to

18   know who JetBlue competes with?

19   A.   Yes.

20   Q.   Okay.  So who are JetBlue's competitors?

21   A.   We compete with all competitors.  We have American,

22   United, Delta, Southwest, they control 80 percent of the

23   market.  There's also LCCs in the marketplace in the form of

24   Alaska, ourselves are sometimes considered an LCC, and also

25   ULCCs, Spirit and Frontier.
```

```
 1    Q.    Were you done?

 2    A.    I was going to finish and say that mainly the big four

 3    control 80 percent of the marketplace.

 4    Q.    Okay.  And Spirit is one of JetBlue's competitors;

 5    correct?

 6    A.    Yes.

 7    Q.    Is there a specific state in which you've observed

 8    Spirit having a larger presence?

 9    A.    Yes.  They have a larger presence in the state of

10    Florida.

11    Q.    And what have you observed about Spirit's presence in

12    Florida?

13    A.    They have a large presence in the South Florida region

14    as well as in Orlando.

15    Q.    Okay.  And when you say South Florida, what do you mean

16    by that?

17    A.    I'm referring to Fort Lauderdale and the Miami region.

18    Q.    Okay.  And is there data that you could look at that

19    would show you who the largest competitors are on JetBlue's

20    routes involving South Florida?

21    A.    Yes.

22    Q.    Okay.  What data set would that be?

23    A.    That would be the DB1B data.

24    Q.    Just briefly, can you explain to the Court what the

25    DB1B is and what information is contained within it?
```

1    A.    Sure.   The DB1B is data provided by airlines to the

2    U.S. Government.   It's typically a 10 percent sample size of

3    customers by route, the number of customers, the fares that

4    they're paying.   That is then aggregated by a tool that we

5    use called DiiO.

6    Q.    Okay.   In your role as director of route planning are

7    you familiar with DB1B data?

8    A.    Yes.

9    Q.    And do you use that data in the ordinary course of your

10   employment to think about, for example, market shares of

11   your competitors?

12   A.    Yes, absolutely.

13   Q.    Okay.   Is there also a data source that provides

14   JetBlue with information on the schedules that its

15   competitors are flying?

16   A.    Yes.

17   Q.    And what is that data called?

18   A.    It would be the public schedule data that's also

19   filtered through DiiO, and we pull it from DiiO.

20   Q.    You said the public schedule data.   So this is schedule

21   data that any carrier can see?

22   A.    Yes.

23   Q.    Okay.   In your role as director of route planning, are

24   you personally familiar with the public schedule data?

25   A.    Yes.

```
 1    Q.   And do you use that data in the ordinary course to look
 2    at competitor market shares on routes that JetBlue flies?
 3    A.   Yes, absolutely.
 4    Q.   Okay.  So, Mr. Friedman, please take a look at the tab
 5    in your binder labeled Friedman 1006 Summary A, which should
 6    appear on the screen in front of you for identification.
 7              (On screen.)
 8    Q.   Are you there?
 9    A.   Yes.
10    Q.   Okay.  So without getting into the substance, first,
11    can you just explain to the Court what are the data that's
12    reflected here and for what time period?
13    A.   Sure.  So this is on all JetBlue routes in the South
14    Florida region from Q2 of 2022 through Q1 of 2023, the
15    revenue share, passenger share and seat share of all the
16    airlines.  This is coming from the DB1B and the public
17    schedule data.
18    Q.   Now, have you personally had the opportunity to review
19    this exhibit to ensure that it accurately reflects the
20    market shares on JetBlue's routes to and from South Florida
21    for the time period indicated?
22    A.   Yes.
23    Q.   Okay.
24              MR. MITCHELL:  Your Honor, I move to have Friedman
25    1006 Summary A admitted into evidence.
```

```
 1              MR. MOORE:  No objection, your Honor.
 2              THE COURT:  It may be received, Friedman Summary A
 3     admitted, number 693.  Very well.
 4              (Exhibit 693 received in evidence.)
 5     Q.   Okay.  So, Mr. Friedman, the Court has seen some
 6     similar slides so we don't need to spend too much time on
 7     it, but could you just walk the Court through the various
 8     bar charts here and what they're reflecting?
 9     A.   Yes.  So the bar charts that we see are a revenue share
10     bar chart, a passenger share bar chart, and a seat share bar
11     chart.
12     Q.   Okay.  So, in your view, why is it important to think
13     about market share using these different metrics?
14     A.   There's multiple different ways to look at share.
15     Revenue share is one, passenger share is important as well,
16     and the overall capacity or seat share in the market is also
17     important.
18     Q.   And, Mr. Friedman, so stepping back, what's your
19     takeaway from this data?
20     A.   I think in the South Florida region the takeaway for me
21     is the 800-pound gorilla in the room in the form of American
22     Airlines.  They command 38 percent of the revenue share,
23     38 percent of the -- excuse me, 29 percent of the passenger
24     share, and 38 percent of the seat share on
25     JetBlue-competitive routes.
```

1    Q.   Now, what about beyond American?  How do you think

2    about the competitive environment in South Florida after you

3    get past American?

4    A.   Sure.  I think once you get beyond American in South

5    Florida it becomes fairly fractured and pretty dynamic

6    between Delta, Spirit, United, Southwest, ULCC Frontier.

7    Most of them, from Delta to Southwest, all have relatively

8    similar levels of competition, followed by the ULCC

9    Frontier.  So highly fractured, highly dynamic.

10   Q.   Is Spirit your primary competitor in South Florida?

11   A.   I don't like using the word "primary competitor," but

12   the largest competitor is American Airlines.  That said, we

13   need to compete with all of these competitors, including

14   Spirit.

15   Q.   Okay.  So my next question was going to be, well, how

16   do you think about competition with Spirit in South Florida?

17   A.   I think we think about competition with Spirit just as

18   any other airline in the south or across the country.

19   They're there.  We need to keep a watchful eye on them from

20   a comprehensive standpoint.  But you'll see that we need to

21   keep a watchful eye on American, Delta, Southwest, United.

22   We need to keep an eye on the competitive environment for

23   all of them.

24   Q.   Okay.  So, Mr. Friedman, the Court has seen a number of

25   documents that the government's presented where JetBlue is

```
 1    paying close attention to Spirit, particularly in Fort

 2    Lauderdale.  So what about those documents?

 3    A.   I know that we've done in-depth studies on Spirit out

 4    of Fort Lauderdale.  We've also done in-depth studies of

 5    American out of Miami.  We've also done in-depth studies of

 6    Southwest out of Fort Lauderdale, too, not to mention

 7    multiple studies across different geographies and different

 8    airlines.

 9    Q.   Now, when your group, the network group does a study,

10    as you put it, of a competitor, is there a document, a

11    periodic presentation into which those studies are typically

12    put?

13    A.   Yes.  We would call them the quarterly network review.

14    Q.   Okay.  So let's take a quick look at one of those

15    quarterly network reviews.  In your binder it should be at

16    Exhibit 275, which contains -- Exhibit 275, which is in

17    evidence.  It's also up on the screen here.

18              (On screen.)

19    Q.   Just quickly, Mr. Friedman, do you recognize this

20    document?

21    A.   Yes.  This is the quarterly network review from

22    February 13th of 2018.

23    Q.   Okay.  And did you personally have a role in helping to

24    prepare it?

25    A.   Yes.
```

1   Q.   Okay.  So can we just flip to slide 10, please, which

2   is on the Bates ending 984.  Are you there?

3   A.   Yes.

4   Q.   Okay.  So what does this slide reflect?

5   A.   So this is reflecting at the time in 2018 our belief

6   that Southwest could potentially overtake JetBlue in terms

7   of seat share in Fort Lauderdale.  Potentially by 2019, at

8   the time.

9   Q.   Okay.  So in 2018 JetBlue was forecasting and

10  considering whether Southwest would become the top carrier

11  in Fort Lauderdale?

12  A.   Yes, that's correct.

13  Q.   Okay.  Is Southwest currently the largest carrier at

14  Fort Lauderdale by market share?

15  A.   Far from.

16  Q.   Okay.  Thank you.  We can put this aside.

17       Aside from South Florida, JetBlue's other focus city in

18  Florida is Orlando; is that right?

19  A.   Yes.

20  Q.   Okay.  So let's take a look at some recent data for

21  Orlando.  Mr. Friedman, please turn to the tab in your

22  binder labeled Friedman 1006 Summary B.  I'll put this up

23  for identification.  And, again, without getting into the

24  substance, just explain to the Court what the data is here

25  and what is the time period?

```
 1              (On screen.)
 2    A.    Sure.  So very similar to the last chart, we're showing
 3    JetBlue-Orlando routes from Q2 2022 through Q1 of 2023,
 4    revenue share, passenger share and seat share for all
 5    airlines on JetBlue routes using the DB1B and public
 6    schedule data.
 7    Q.    Now, with respect to Friedman 1006 Summary B, did you
 8    have an opportunity to review this exhibit to ensure it
 9    accurately reflects the market share data on JetBlue's
10    routes to and from Orlando for the time period indicated?
11    A.    Yes.
12              MR. MITCHELL:  Your Honor, I move to have Friedman
13    Exhibit 1006 Summary B admitted into evidence.
14              THE COURT:  No objection?
15              MR. MOORE:  No objection, your Honor.
16              THE COURT:  It may be received.  It will be
17    Exhibit 694.
18              (Exhibit 694 received in evidence.)
19    Q.    Okay.  So, Mr. Friedman, who are JetBlue's largest
20    competitors in Orlando?
21    A.    So it's a bit of a split message here.  I think in
22    terms of revenue share we have Delta at 20 percent.  In
23    terms of seat share we have Spirit at 18 percent.  But as
24    you can see, the bars across all the airlines are relatively
25    equal in size, similar to South Florida once you get beyond
```

 1   American.  It's highly fractured, highly dynamic.

 2   Q.   Is Spirit your primary competitor in Orlando?

 3   A.   Again, I -- I don't like to use the word "primary

 4   competitor" because, as you can see from this, we need to

 5   compete with all of these carriers.  Depending on which

 6   metric you use, Delta or Spirit would be the largest.  But

 7   we have to compete against everyone here.

 8   Q.   Okay.  Thank you, Mr. Friedman.  We can put this

 9   exhibit to the side.

10        What is your takeaway from this data about JetBlue's

11   competition with Spirit in Florida?

12   A.   I think the takeaway is despite the fact that they're

13   largest in Florida, Spirit is a competitor, but the main

14   competitors are the legacy carriers and Southwest, the big

15   four.

16   Q.   Okay.  Thank you.  So let's take a step back and talk a

17   minute about how competition works for airline networks.

18   Okay?

19   A.   Sure.

20   Q.   At what geographic level or levels does JetBlue compete

21   with other airlines when making network planning decisions?

22   A.   I think of it across a few different levels.  I think

23   the first level would be the route level, the O&D level,

24   flying from one origin to another origin.  Or, sorry,

25   another destination.  The second level would potentially be

1    the focus city level or the metro area level.  And I think

2    the third level would be the national level.

3    Q.   Okay.  So let's take those one at a time.  What aspects

4    of competition, network competition have you observed at the

5    route level?

6    A.   At the route level, all right, it's things you might

7    think about, such as which airline is flying from what

8    origin to what destination, how many times a day are they

9    flying, what times of day are they flying, which aircraft

10   are they flying, do they have a good pattern of service

11   throughout the day, or multiple different variables at the

12   route level.

13   Q.   Now, moving up a level, in your experience in what

14   aspects of the competition -- did competition play out at

15   the focus city or metro level?

16   A.   At the focus-city level it becomes a little bit more

17   strategic.  It's essentially about creating a -- an

18   ecosystem, if you will, where you're focused on building

19   relevance to the customers in that geography as a whole.

20   How can I be most relevant to those customers.  How can I

21   fly the most relevant routes, fly those routes correctly, at

22   the right times of day, at the right frequency levels.  How

23   can I be relevant to all the customers' travel needs,

24   whether they're going on vacation, traveling for business,

25   or going to a wedding or a funeral.

```
 1    Q.   Okay.  And what are the benefits of building relevance
 2    in a focus city or metro area?
 3    A.   It's a little bit of a win-win phenomenon for the
 4    customers, obviously.  They have a company that they can be
 5    loyal to as we help them for all their travel needs.  For
 6    the company, for the airline, it helps with what we call
 7    point-of-sale strength.
 8    Q.   Okay.  That's what I was going to ask.  How does
 9    relevance manifest itself from a point-of-sale perspective?
10    A.   The more relevant you are, the stronger you are in
11    selling your product within your geography.  So the point of
12    sale in a geography where you have more presence and more
13    relevance will typically be stronger as a result.
14    Q.   Okay.  And is there public data available to you that
15    would demonstrate that phenomenon you just mentioned?
16    A.   Yes.  It would be the same DB1B data we were discussing
17    before.
18    Q.   Okay.  And you said earlier that you and your team use
19    that data in the ordinary course of business.  Do you use
20    that data to look at point of origin for passengers on a
21    route, on routes that JetBlue flies?
22    A.   Yes.
23    Q.   So, Mr. Friedman, I'd like you to look in your binder
24    at the tab labeled 1006 Summary D.  We'll put that up on the
25    screen for identification as well.
```

```
 1              (On screen.)
 2    Q.   Mr. Friedman, before we get into the substance, can you
 3    please explain the data that's reflected here and the time
 4    period?
 5    A.   Sure.  So the data reflected here is DB1B data from Q2
 6    of 2022 through Q1 of 2023 for select Boston routes showing
 7    the point of origins.
 8    Q.   Thank you.  Have you had the opportunity to personally
 9    review this exhibit to ensure that it accurately reflects
10    the data on the market share and point-of-origin shares for
11    the JetBlue routes that have been selected here?
12    A.   Yes.
13              MR. MITCHELL:  Your Honor, I move to have Friedman
14    1006 Summary D admitted into evidence.
15              THE COURT:  No objection?
16              MR. MOORE:  No objection.
17              THE COURT:  Summary D is admitted, Exhibit 695.
18              (Exhibit 695 received in evidence.)
19              MR. MITCHELL:  Thank you, your Honor.
20    Q.   So, Mr. Friedman, there's a lot here.  Why don't we
21    focus on one of the examples.  You can choose which one you
22    want to focus on, and just walk through the column headings,
23    explain what they mean.
24    A.   Sure.  So I think we can potentially focus on the
25    Boston-to-Philadelphia chart first.  You'll see the
```

marketing airline, that's essentially the airline that's

flying on the route, Boston to Philadelphia.  You'll see the

passenger share number, that's the percentage of customers

that are flying on each airline.  You'll see the revenue

share number, that's the revenue associated with each

airline on that route.  And then you'll see the percent

customers originating in Boston and percent customers

originating in Philadelphia for this specific route, Boston

to Philadelphia.

I think what's most interesting about this data, when

you look at it, is American has a relatively small presence

in Boston, but a very large hub in Philadelphia.  And you'll

see that it carries, 60 percent of its customers originate

in Philadelphia, and only 40 percent of the customers it's

carrying originate in Boston.

When you look at JetBlue in this phenomenon, we have a

relatively large focus city in Boston and have large

relevance and presence here.  61 percent of the customers we

carry on this route are coming from Boston, but only

38 percent are originating in Philadelphia.  So you can see

how the point of origination or the point of sale is skewed

to wherever the carrier has greater relevance.

Q.   And sort of what is your understanding, what's your

takeaway as to why this phenomenon exists?

A.   The greater relevance you have in a focus city, the

```
 1   more likely a customer will be to choose you and be loyal to
 2   you.
 3   Q.   And we don't have to go through in quite as much detail
 4   all the others, but is that same phenomenon playing out in
 5   the other routes we've selected here?
 6   A.   Yes, it absolutely is.  You can see something similar
 7   in Boston to Baltimore, for example, with JetBlue carrying
 8   58 percent of its customers from Boston, only 40 from
 9   Baltimore.  And then Southwest, who has a hub in Baltimore,
10   is only carrying 38 percent from Boston, but 62 percent from
11   Baltimore where its hub is.
12   Q.   Okay.  And just to, without going through all the
13   detail, the first route is Boston to Minneapolis; is that
14   right?
15   A.   Yes.
16   Q.   And does Delta Airlines have a hub in Minneapolis?
17   A.   Yes, it does.
18   Q.   Okay.  Then Boston to Philadelphia, you mentioned
19   American has a hub in Philadelphia?
20   A.   Yes.
21   Q.   Okay.  Boston to ORD, that's O'Hare Airport in Chicago?
22   A.   Yes.
23   Q.   And what are the carriers in that list that have hubs
24   in Chicago?
25   A.   Both American and United.
```

1   Q.   Okay.  And in the Minneapolis example, the top left

2   chart, most of these airline codes we've been over with the

3   Court.  Could you tell the Court, what is the relevance

4   there to SY?

5   A.   SY is a ULCC based in Minneapolis, it's called Sun

6   Country.  As you can see from those numbers as well on the

7   Boston-to-Minneapolis route it significantly overindexes on

8   the percent of customers originating in Minneapolis because

9   that's where it's based and that's where it's known.

10  Q.   Thank you, Mr. Friedman.  We can put this exhibit to

11  the side.

12      So let's return briefly to what we were discussing

13  before relevance, which was the various geographic levels Of

14  competition.  You said there are aspects of competition,

15  network competition that are carried out at the national

16  level?

17  A.   Yes.

18  Q.   Okay.  And how would you describe network competition

19  at the national level today?

20  A.   Today I would say it's fairly dominated by the legacy

21  carriers and Southwest, the big four:  American, United,

22  Delta and Southwest.  They control roughly 80 percent of the

23  market share.

24  Q.   Okay.  And what does JetBlue do with its network to try

25  to compete at a national level to that?

A.   So we're always trying to increase our breadth, our

depth.  We're always trying to optimize the network and

expand.  With that said, it's been relatively challenging to

do and we remain mostly an east coast airline at this point.

Q.   Okay.  You made reference a minute ago to optimizing

your network; is that correct?

A.   Yes.

Q.   Okay.  How often does JetBlue seek to optimize its

network?

A.   We're optimizing on a daily basis.

Q.   Okay.  And does the route planning team at JetBlue keep

track of what its competition is doing on their networks?

A.   Yes, absolutely.

Q.   Okay.  How does your team track what other airlines are

doing on their networks with respect to capacity changes?

A.   Sure.  So on a weekly basis the public airline

schedules are updated.  They're updated on Friday nights,

and there's always an unfortunate analyst that needs to work

over the weekend to update the latest capacity plans of

other airlines that show up through the schedules.

Q.   Okay.  Could you take a look in your binder, please, at

the tab marked 289 which contains Exhibit 289 in evidence.

          (On screen.)

Q.   And that's going to be on the screen in front of you,

Mr. Friedman.  Could you explain -- do you recognize this

1  document?

2  A.   Yes.

3  Q.   And, just briefly, what is this?

4  A.   This is the e-mail that we send out every Tuesday after

5  the work is complete over the weekend, called the,

6  "Competitive Schedule Changes."  This one is from April 25th

7  of 2023.

8  Q.   Okay.  And I think the Court has already seen one of

9  these, so we'll try to be brief.  If you could just explain

10  to us what's being described in this?

11  A.   Sure.  So if you could scroll down, I think it would

12  be -- there we go.  This outlines all of the competitive

13  schedule changes that my team identified as relevant and

14  within the JetBlue network, as well as JetBlue's capacity

15  changes, and some capacity changes outside of our network

16  that are of interest.

17  Q.   Thank you, Mr. Friedman.  So if, when you said scroll

18  down, if we're looking at the paper copy, the bullets you

19  referenced, those appear on the slides ending with the

20  Bates 002 and 003.  Do you see those bullets?  They're up on

21  the screen for you too.

22  A.   Yes.

23  Q.   Okay.  So these bullets here are identifying the

24  network changes that happened in the week that's reflected

25  at the top of this report, that is the week in April 2023?

```
 1   A.    Yes, that's correct.

 2   Q.    Okay.  So why are there so many network changes

 3   identified here?

 4   A.    At the end of the day, airlines are optimizing on a

 5   daily basis.  Right?  We're able to take the planes from one

 6   geography, move them into another geography, we're able to

 7   optimize demand and try to build out our growth strategy.

 8   So in this particular week these are the moves that we saw

 9   from all the various airlines.

10   Q.    Okay.  Before we move on from this document let's go

11   back to the first page, which is the Bates ending 001, and

12   let's take a look at the fifth paragraph on that first page.

13   We'll highlight that for you on the screen, Mr. Friedman.

14   Reference is made here to Avelo Airlines.  Do you see that?

15   A.    Yes.

16   Q.    What is Avelo?

17   A.    Avelo is a new ULCC.  It started off in Burbank,

18   California, rapidly expanded across the United States to New

19   Haven, where we compete with them out of Hartford and some

20   of the New York City area.  They've been rapidly growing,

21   growing in places like Orlando, Fort Lauderdale, Palm Beach,

22   multiple cities where JetBlue has a presence as well.  Here

23   we were highlighting what came through on this -- in this

24   particular week, a new growth initiative where they clearly

25   made Wilmington, Delaware, a growth focus and ended up
```

1    flying to multiple cities where JetBlue also flies.

2    Q.   Is Avelo a competitor to JetBlue?

3    A.   Absolutely.

4    Q.   Thank you.  We can put that aside.  We're going to look

5    at one more example of these.  Could you turn in your

6    binder, Mr. Friedman, to the tab 232 which contains

7    Exhibit 232, which is in evidence.

8         (On screen.)

9    Q.   And, Mr. Friedman, what is this?

10   A.   This is another competitive schedule change from

11   February 27th of 2018.

12   Q.   Okay.  And on Exhibit 232 I'd like you to look, you see

13   there's two headings there, "In-Network Changes" and

14   "Out-of-Network Changes"?

15   A.   Yes.

16   Q.   Just briefly, why do you organize it that way?  What is

17   the difference between these changes?

18   A.   The changes, the in-network changes reflect changes we

19   observe we consider to be in our network.  The

20   out-of-network changes we consider to be interesting changes

21   that are happening across the industry but don't necessarily

22   touch a route that JetBlue flies.

23   Q.   Okay.  I just want to focus in, briefly, on the bottom

24   three bullets under the heading, "In-Network Changes."

25   Mr. Friedman, what is the reference to G4?  What carrier is

 1    G4?

 2    A.   G4 is Allegiant.

 3    Q.   Okay.  And could you take a look, does JetBlue serve

 4    those routes that are reflected here in these three bullets?

 5    A.   So JetBlue serves -- at this point in time, served

 6    Austin to Orlando, MCO Airport.  Here we're seeing

 7    Allegiant, the ULCC is serving Austin to Sanford, Orlando,

 8    which is a substitute airport in the Orlando region.

 9    Because we're flying often to Orlando, because we're also

10    flying at the time Stewart, which is SWF in the third

11    bullet, to Orlando, we considered these to be in-network

12    changes.  We also fly JFK-Savannah.  Because they were

13    flying Newark-Savannah, we included that one as well.

14    Q.   Okay.  You mentioned this other airport, SFB.  That's

15    Sanford Orlando Airport?

16    A.   Yes.

17    Q.   That's also in the Orlando area?

18    A.   Yes.

19    Q.   Approximately how far away is that airport from MCO?

20    A.   It's about thirty to forty-five minutes away from the

21    airport, and about thirty to forty-five minutes away from

22    the theme parks as well.

23    Q.   Okay.  So even though Allegiant was using different

24    airports than JetBlue uses for these routes, you still

25    reflected these changes in the section about in-network

1   changes?

2   A.   Yes.

3          MR. MOORE:  Objection, your Honor, leading.

4   There's been a significant amount of leading outside the

5   scope of direct.

6          THE COURT:  There is but, again, you've called

7   this adverse witness.  So unless -- and you have your own

8   agreement here.  I do allow him to lead.  I mean, it affects

9   the weight perhaps that I give to it.  Go ahead.

10          MR. MITCHELL:  I'll rephrase it.

11  Q.   Mr. Friedman, why are these three schedule updates

12  included under the heading, "In-Network Changes"?

13  A.   Again, Sanford Orlando Airport is a perfectly

14  substitutable airport to get to the Orlando area.  And

15  because we serve Austin to MCO Orlando, and they added to

16  Austin-Sanford Orlando, we felt that these should be

17  designated within our network.

18  Q.   Thank you, Mr. Friedman.  We can put this exhibit

19  aside.

20          Let's talk briefly about JetBlue's current network.  At

21  a high level how would you describe JetBlue's current

22  network?

23  A.   At a high level I'd characterize it as roughly a

24  thousand flights a day across six different focuses cities:

25  Boston, New York, Fort Lauderdale, Orlando, San Juan and LA.

```
 1    In Boston we have a large corporate presence.  And across
 2    the network we're focused on leisure and VFR customers as
 3    well.
 4    Q.   You mentioned a few things in there.  What is a focus
 5    city at JetBlue?
 6    A.   A focus city is probably best compared against a hub.
 7    A focus city is a geography where we are focused on the
 8    customers of that geography, and building relevance for
 9    those customers as a result.  Building additional routes,
10    the right frequencies on those routes, the right patterns of
11    service on those routes.
12         If you were to compare that to a hub, oftentimes you
13    have large carriers that built hubs.  The purpose of those
14    hubs is to connect people from outside the hub through the
15    hub and onward outside the hub.  Because of their natural
16    size, they do provide relevance for the local population as
17    well, but the main purpose is to build connectivity.
18    Q.   Okay.  How many focus cities does JetBlue currently
19    have?
20    A.   Six.
21    Q.   And why does JetBlue have only six focus cities?
22    A.   We've been focused on our six-focus-city strategy for
23    as long as I've been at JetBlue, which has been about 12
24    years.
25    Q.   Okay.  Does JetBlue have a network strategy as it
```

1  relates to different customer segments?

2  A.   Yes.  So our strategy on customer segments is really

3  tied to the focus city strategy.  Right?  By building out a

4  focus city, by building out the right routes, serving those

5  routes correctly, we are able to tap into as many customer

6  segments as we can.  That's how the focus-city strategy

7  relates to customer segments.

8  Q.   Are you aware of the term "seasonality" as it relates

9  to network planning?

10  A.   Yes.

11  Q.   What is your understanding of what seasonality is?

12  A.   Seasonality refers to demand ebbing and flowing

13  throughout the year.

14  Q.   Okay.  Does JetBlue have a strategy related to

15  seasonality?

16  A.   Yes.

17  Q.   What is that, broadly speaking?

18  A.   Again, it relates to the focus-city strategy.  It

19  relates to going after as many customer segments as

20  possible, but by appealing to more and more customer

21  segments, we're able to ebb and flow capacity into the

22  different demand channels as they ebb and flow throughout

23  the year.

24       So as corporate demand wanes as you get into summer

25  vacation, leisure demand increases.  We're able to move

1    capacity in and out of those type of markets.  And,

2    similarly, when leisure wanes in the fall and corporate

3    demand picks back up, we're able to move capacity as a

4    result.

5    Q.   Okay.  Are you aware that JetBlue recently announced

6    that it's planning to reduce certain flying during offpeak

7    periods in Q4 2023?

8    A.   Yes.

9    Q.   How does that impact JetBlue's approach to seasonality?

10   A.   Overall, in my opinion, it really doesn't.  The way

11   that I view it would be the industry environment.  The

12   economic environment will be what it will be.  But so long

13   as we're focused on as many customer segments as possible,

14   we'll be able to ebb and flow seasonal capacity as flat as

15   possible as a result.

16   Q.   Okay.  And as director of route planning at JetBlue, do

17   you intend to retain JetBlue's strategy with respect to

18   seasonality once combined with Spirit?

19   A.   Yes, absolutely.

20   Q.   Okay.  So let's switch gears a little bit and now talk

21   about JetBlue's network plans for the combined airline.

22   Okay?  Have you been involved in planning for what JetBlue

23   will look like after this transaction closes?

24   A.   Yes.

25   Q.   Okay.  So you spoke with Mr. Moore for a while about

```
 1    the combined network plan but, just briefly, who was on the
 2    team that worked with you to put together the combined
 3    network plan?
 4    A.   The combined network plan was worked alongside my vice
 5    president, Dave Jehn, vice president of network planning and
 6    airline partnerships, as well as one of my managers, Nick
 7    Han, and his team, which really focus on long-term strategy
 8    and special projects.
 9    Q.   Okay.  And that team ultimately developed a plan that
10    you referred to internally as the combined network plan?
11    A.   That's correct.
12    Q.   And just so we're clear, the team you just described,
13    yourself and those others, were those the individuals
14    responsible for conceiving of and authoring the combined
15    network plan?
16    A.   Yes.
17    Q.   Okay.  Once the combined network plan was developed,
18    was it provided to senior managers for approval?
19    A.   Yes.
20    Q.   Okay.  And who were those folks?
21    A.   We got the approval of Dave Clark, Joanna Geraghty and
22    Robin Hayes.
23    Q.   We covered some of this earlier, so let's try to be
24    brief.  Approximately when did you begin work in earnest on
25    the combined network plan?
```

A.   So the real work began in mid-January when I got back

from my paternity leave.

Q.   And you presented the plan to senior managers

approximately when?

A.   We presented on May 5th, after several months of work

on it.

Q.   Okay.  During the time that your team was working on

this, was this their main priority?

A.   Yes.  We always have to multitask, but this was the

main priority for the team.

Q.   Okay.  Why did you prepare this combined network plan?

A.   I think the better question would be why wouldn't we

create the combined network plan.  I think, ultimately,

we're about to engage and, hopefully, close the transaction,

and we're going to need a blueprint to build to a

steady-state vision.  The combined network plan is an

incredibly exciting opportunity to build that vision, build

that blueprint, so when this deal closes, not to be

presumptuous, we have something to build to.  So we're

excited to move forward with it.

Q.   Okay.  Mr. Moore asked you a number of times about a

document referred to as the combined network overview that

you worked on in 2019 and then again in 2022 in connection

with your revenue synergies modeling.  Do you recall that?

A.   Yes.

1   Q.   And you -- you're familiar with those documents that he

2   looked at this morning?

3   A.   Yes.

4   Q.   Is the combined network overview that you talked about

5   this morning, is that essentially just an earlier version of

6   the combined network plan?

7   A.   No.  I wouldn't characterize it that way.

8   Q.   Why not?

9   A.   The high-level preliminary network overview that was

10  done was done in five to seven business days, over a one- to

11  two-week period.  It was done to sanity-check some of the

12  assumptions that went into the DiiO modeling before the

13  agreement was signed with Spirit in what I believe was June

14  or July.  The combined network plan was several months of

15  work with detailed forecasting that ultimately was approved

16  by our senior leadership team.

17  Q.   Okay.  How did you go about preparing the combined

18  network plan?

19  A.   So quite the intensive process.  The way that we began

20  was to essentially say let's look at everything and we'll

21  narrow it down from there.  We looked at the top MSAs across

22  the country.  I think we picked the top 50 MSAs across the

23  country and looked at all routes that met a certain demand

24  threshold, a certain number of customers per day that were

25  flying.  We then forecasted all those routes with

```
 1   frequencies numbers 1 through 5.  I think in the end we

 2   forecasted roughly 6,000 routes with five frequencies each,

 3   for a combination of 30,000 individual route frequency

 4   combinations.

 5        The idea then was to take a look at, for all those

 6   route frequency combinations, where was there the most

 7   amount of profitability.  And then to take more of an art

 8   and science approach, the science being the math, the art

 9   being could we build focus cities around these profitable

10   markets and frequencies that we saw.  And then once we saw

11   that there was frequencies converging in certain cities, we

12   continued to build out those cities from there and

13   ultimately ended up with the combined network plan.

14   Q.   Okay.  So there's a lot there.  Just you referenced

15   something called an MSA.  What is that?

16   A.   That is a metropolitan statistical area, I believe.

17   It's essentially a metro area.

18   Q.   Okay.  So just in simple terms, when you said you

19   looked at the top 50 MSAs, what does that mean?

20   A.   We looked at the top 50 largest cities across the

21   country to potentially build out a focus city within.

22   Q.   Okay.  And then through conducting the analysis you

23   just described, you modeled, did you say, 30,000 route and

24   frequency combinations?

25   A.   That's correct, 30,000 route frequency combinations.
```

```
 1   Q.   Okay.  And just could you remind us, did you model
 2   30,000 route and frequency combinations in connection with
 3   the combined network overview that you discussed with
 4   Mr. Moore?
 5   A.   In the high-level network overview that we did for
 6   synergy evaluation I don't believe we came anywhere close.
 7   And the forecasting methodology was much more high level.
 8   Again, we needed to do that in a five to seven business day
 9   time period.
10   Q.   Did you conduct this months-long analysis for purposes
11   of generating a litigation document?
12   A.   Absolutely not.
13   Q.   Okay.  Mr. Moore showed you an excerpt from your
14   deposition, or one of your depositions.  You understood that
15   there was a lawsuit going on between the Department of
16   Justice and JetBlue at the time?
17   A.   When we started the combined network plan I had been
18   deposed.  In the middle of the combined network plan I
19   believe the lawsuit occurred.  I can't exactly remember
20   when.  And then thereafter when we presented the combined
21   network plan, after several months of work, I guess the
22   lawsuit was ongoing at that point.
23   Q.   Do you know -- when you said that the Department of
24   Justice was asking for a combined network plan, you
25   understood that they were asking for it because of
```

1    litigation deadlines?

2    A.    That was my understanding.  And it was also asked for

3    in my -- or asked about in my deposition.

4    Q.    But just to be clear, your testimony, you didn't create

5    the combined network plan for purposes of litigation?

6    A.    No, absolutely not.  This plan serves as the blueprint

7    from which we will build if and when this deal is approved.

8    Q.    Okay.  Thank you, Mr. Friedman.  You've talked about

9    modeling approximately 30,000 different route and frequency

10   combinations in the analysis leading up to the combined

11   network plan; correct?

12   A.    Yes.

13   Q.    And how did you select which routes and frequencies to

14   add?

15   A.    It -- as I was discussing earlier, it was a little bit

16   of art and science.  You would take a look at the

17   profitability of all the different route and frequency

18   combinations.  We would see where there was the most

19   potential profitable growth.  We would then evaluate that

20   city and see if we could build a relevant focus city

21   footprint in a profitable way where we could be relevant to

22   multiple different customer segments.

23   Q.    Okay.  Now, the combined network plan, it assumed a

24   growth plan for what year, starting in what year?

25   A.    The summer of 2027.

1    Q.   Okay.  And so earlier when you were shown, I think it's

2    in plaintiff's demonstrative 3, it's Friedman -- sorry, I

3    said 3.  I meant C.  Friedman Demonstrative C.  You were

4    shown a series of routes in connection with the redeploy

5    synergy work.  Do you recall that?

6    A.   Yes.

7    Q.   Do you know which carriers will serve those routes in

8    2027, as you sit here today?

9    A.   No.

10   Q.   And when you were doing this work back in 2019, did you

11   know what carriers were going to be serving those routes

12   eight years in the future in 2027?

13   A.   No.

14   Q.   And the same question, when you were doing the work in

15   2022, did you have any way to understand what carriers would

16   be serving those routes in 2027?

17   A.   No.

18   Q.   Okay.  What about what the demand environment would be

19   on those routes in 2027?

20   A.   No.

21   Q.   Okay.  If you had tried guessing at things like what

22   the demand environment would have been or what carriers

23   would have served those routes, would that have provided you

24   any useful data point for purposes of network planning for

25   the future of JetBlue?

```
 1   A.   It would have been a lot of work and a bunch of false

 2   precision.

 3   Q.   Okay.  Was one of the things you did in your analysis

 4   and modeling leading up to the combined network plan, did

 5   you calculate route-level elasticities?

 6   A.   Yes.

 7   Q.   Okay.  So, Mr. Friedman, if you could turn in your

 8   binder to the tab 153, which contains Exhibit 153 in

 9   evidence.

10            (On screen.)

11            MR. MITCHELL:  And, your Honor, we're not going to

12   do much with this exhibit.  I just want to establish a fact

13   with Mr. Friedman.

14   Q.   So, Mr. Friedman, do you recognize Exhibit 153?

15   A.   Yes, I do.

16   Q.   Okay.  And is this -- this is a -- on the screen is

17   sort of a PDF printout of the first page.  But do you

18   understand that this is a spreadsheet, Exhibit 153 is a

19   spreadsheet?

20   A.   Yes.

21   Q.   Okay.

22            MR. MITCHELL:  So, Mr. McLeod, I'd just ask if we

23   could put the native spreadsheet up on the screen for a

24   moment.

25            (On screen.)
```

1    Q.    Okay.  Now, Mr. Friedman, is this the document you used

2    when calculating elasticities in connection with your work

3    on the combined network plan?

4    A.    Yes.  So for all of the 6,000 routes that we

5    forecasted, we needed as close to a bespoke elasticity

6    figure as we could get.  As a result, this model helped

7    provide the custom elasticity figures for each forecast.

8    Q.    Okay.  And you see at the bottom there's three tabs

9    there.  Can we turn to the tab, "Source File (final)"?  So,

10   again, Mr. Friedman, we're in Exhibit 153 here on this tab,

11   "Source File (final)."  Can you explain which column or

12   columns you used, which elasticity numbers you used in

13   connection with your work analyzing the combined network

14   plan?

15   A.    We would have used the simple elasticity figures in

16   green in column Q.

17   Q.    Okay.  And what about that same column appears --

18   sorry, the same green appears in column H as well.  Do you

19   see that?

20   A.    Yes.  So we have the O&D level for column H, and the

21   metro level in column Q.  And we used the simple

22   elasticities.

23   Q.    For those of us not looking at the screen and may not

24   have the column numbers, did you use, just to simply put it,

25   did you use the column that's green or the column that's

```
 1   blue as the elasticity calculations in the combined network
 2   plan?
 3   A.   The column that's green.
 4   Q.   Thank you.  We can put that to the side.
 5            MR. MITCHELL:  Okay.  So, your Honor, the next
 6   document we're going to use with Mr. Friedman contains
 7   competitively sensitive information.  And, your Honor, your
 8   binder has the unredacted version with red boxes around the
 9   confidential material.  And with your permission, we're
10   going to put up a redacted version on the screen.
11            THE COURT:  That may be done.  And what document
12   shall I go to?
13            MR. MITCHELL:  Thank you, your Honor.  Could you
14   please turn to tab 362 in your binder which contains
15   Exhibit 362 in evidence.
16            (On screen.)
17   Q.   Mr. Friedman, you looked at this earlier, but just for
18   the record what is Exhibit 362?
19   A.   This is the 2027 combined network plan that my team put
20   together.
21   Q.   Is this the final version of the deck you put together?
22   A.   Yes.
23   Q.   And is this the document that was approved by senior
24   managers at JetBlue?
25   A.   Yes.
```

1    Q.   Okay.

2         MR. MITCHELL:  Let's go to slide 2.

3    Q.   We don't need to go through all of this, you covered

4    most of it with Mr. Moore, but just high level what is this

5    slide conveying about JetBlue's plans through the combined

6    network plan?

7    A.   This slide is the executive summary and it's conveying

8    just how impactful JetBlue and Spirit coming together will

9    be to unleash a national low-fare competitor.  By 2027 we'll

10   have roughly 665 aircraft, up from 200 today.  That's up

11   from 200 -- or, excuse me -- 200 today in total, up from 280

12   for JetBlue alone.  Those roughly 200 incremental aircraft

13   are going to generate 425 round trips.  There are multiple

14   strategies that we're going to pursue, multiple new focus

15   cities, and we're going to see just the JetBlue Effect

16   permeate through the national landscape, lowering fares for

17   millions of customers.

18   Q.   Okay.  We're not going to cover all the strategies

19   here, but in the middle of the page you see there's

20   reference to seven growth strategies?

21   A.   Yes.

22   Q.   So the first one, just explain what that first growth

23   strategy means to you?

24   A.   I think one of the things that we discussed earlier is

25   that for the past 12 years that I've been here we've been --

 1   or been at JetBlue, we've been speaking about the
 2   six-focus-city strategy.  I think as part of this
 3   transaction we'll be able to complete -- accelerate that to
 4   completion, complete it, and in some instances, places like
 5   LA, Fort Lauderdale, Orlando, grow it, grow them even more
 6   than we otherwise would have.
 7   Q.   Okay.  Mr. Moore earlier showed you one of the slides
 8   in here and I'll pause to get the slide number.  I think
 9   it's 8.  Yeah, slide 8, which ends on Bates 888.
10       Why hasn't JetBlue accomplished its network goals in
11   Boston already?
12   A.   I think when it comes to Boston, right now we're
13   dealing with a post-COVID environment.  Corporate demand has
14   lagged, and as a result corporate frequencies -- or
15   frequency reductions on corporate routes have been enacted.
16   I think, over time, as corporate demand comes back, we will
17   get back to our previous levels and we will complete the
18   original Boston 200 vision.
19   Q.   Okay.  And if we flip back to slide 2, we're just going
20   to talk about a couple more of the growth strategies.
21           MR. MITCHELL:  Your Honor, that's on the page
22   ending 882.
23           THE COURT:  I didn't hear, I'm sorry.
24           MR. MITCHELL:  That's on the page ending Bates
25   number 882.

```
 1            THE COURT:  Thank you.
 2    Q.   So, Mr. Friedman, what is the second growth strategy?
 3    What does it mean to drive national route events with a
 4    geographic strategic hub?
 5    A.   Yes.  So as we were putting these growth strategies
 6    together from a bottom-up perspective, what we saw was the
 7    opportunity to add frequency in many cities across the
 8    country.  And then there was also the opportunity to connect
 9    these cities with a geographically strategic hub.  And what
10    it would do is it would create a focus city for this
11    particular large MSA that's growing pretty well.
12         We would create a new focus city there, but in doing
13    so, and serving those customers, we'd also be able to create
14    connecting opportunities for millions of customers around
15    the country, from one part of the country over this
16    geography to another part of the country, serving the people
17    of the city but also creating relevance across the country
18    in other cities as well.
19    Q.   Okay.  You alluded to it a little bit in your answer
20    there, but is JetBlue becoming a hub-and-spoke carrier after
21    the transaction?
22    A.   No, absolutely not.  I think the forecasts that we have
23    associated with this combined network plan have us going
24    from being 85 percent nonstop to 80 percent nonstop in line
25    with where Spirit is today.
```

1    Q.   Okay.  The last one I want to -- the last growth
2    strategy I'd like to talk about on this page is number 6.
3    It says, "Leverage Spirit's position in OA hubs."  What does
4    that one mean to you?
5    A.   So if we look at Spirit's position in a number of other
6    airline hubs, they have a relatively large presence.  They
7    serve routes that are good for them.  There are a number of
8    routes that are not served from those hubs that are strong
9    for JetBlue.  I think if we were to combine the strong
10   JetBlue routes with the Spirit routes that already exist
11   we'd actually be able to create a meaningful and relevant
12   network despite the sheer size differences in those cities.
13   Q.   And just we'll look through some of the specific cities
14   in a moment, but just in your view, how will this combined
15   network that you've planned benefit consumers?
16   A.   Look, at the end of the day we're going to be
17   introducing hundreds of new routes, creating thousands of
18   connecting opportunities, and across all of that, the
19   JetBlue Effect will be permeating the country as a result.
20   Q.   So now we'll turn through to some of the cities and
21   metro areas here.  So let's start with JetBlue's expansion
22   on the west coast.  So let's turn to slide 9, and that's
23   Bates number ending 889.  And before we walk through this
24   slide, Mr. Friedman, you'll see in your binder copy there
25   are red boxes around certain things.  So please don't say

1    anything that's in a red box.  Okay?

2    A.   Sure.

3    Q.   So since this is the first one of the slides, these

4    slides we're looking at, can you just explain to the Court

5    what the different colors mean on the map there?

6    A.   Yes.  On the map anything that's in a dark blue line is

7    a preexisting route and it will remain as such.  Anything in

8    a light blue line is a preexisting route that will receive

9    added frequency.  And anything in green is a route that

10   currently doesn't exist but will be entered upon as a result

11   of the transaction.

12   Q.   Okay.  All right.  So with that context, what does

13   JetBlue hope to accomplish in Los Angeles after the

14   transaction?

15   A.   Yes.  So this is our strategy for bringing Los Angeles

16   to 125 daily departures.  The idea here is to become a

17   carrier of parity with the other big four carriers at LA.

18   As we were talking about national point-of-sale strength,

19   the reality is that we have a strong focus city in New York.

20   We'd like to continue to grow in places like LA, which is

21   the second largest metropolitan area and very similar to New

22   York in the transcon opportunity that exists, the leisure

23   opportunity that exists, the VFR opportunity that exists.

24   Growing in LA will allow us to increase our national brand

25   recognition and our national relevance.

1    Q.   Okay.  Let's take a look at another western city.

2    Let's look at slide 12, that's Bates ending 892.  Okay.  And

3    this slide reflects -- does this slide reflect JetBlue's

4    growth plans for Las Vegas?

5    A.   Yes.  This is the Las Vegas 130 plan, officially making

6    it a focus city.  As we've discussed for 12 years at JetBlue

7    about enhancing our west coast presence, or building a west

8    coast presence, we'll be able to do that in LA and we'll

9    also be able to do that in Las Vegas and they'll be able to

10   mutually complement each other.

11       I think when we also think about Las Vegas, I think

12   it's quite obvious it's a very popular leisure destination.

13   It's a very fast-growing place where people are moving to,

14   and developing into a strong origin point as well.  So we'll

15   be able to tap into, again, our transcon Mint product,

16   opening up new routes with Mint, tapping into VFR

17   opportunities, and to Central America, as well as new

18   leisure opportunities.

19   Q.   Okay.  Some of those acronyms the Court's heard before,

20   but just to be clear, what do you mean when you say you're

21   going to tap into the transcon Mint product?

22   A.   So one of the innovative products that JetBlue

23   unleashed in 2014 was the first domestic lie-flat business

24   class product.  We call that Mint.  We are now close to 40

25   aircraft on that fleet and growing to about 50.  Having a

1    strong focus city in Las Vegas will allow us to grow the

2    Mint product even more for multiple long-haul transcon

3    destinations from one coast to the other coast using the

4    Mint lie-flat product.

5    Q.   Okay.  Thank you, Mr. Friedman.  Let's look at one more

6    west coast city.  This is on slide 18, Bates number 898.

7    Okay, Mr. Friedman.  So, again, don't say the name of the

8    city on this one but just describe what JetBlue's growth

9    plans are in this city after the merger.

10   A.   Yes.  So here we're looking at another west coast city

11   that we will essentially be bringing to what we currently

12   are in the Los Angeles region, really, again, leaning into

13   that Mint product, the leisure space, and the VFR space.

14        What's interesting about this particular destination is

15   it is a major hub.  It is significantly underserved.  And

16   the prices are high.  So the ability for JetBlue to grow

17   here will certainly enable and unleash the JetBlue Effect as

18   a result.

19   Q.   So is this city an example of serving underserved

20   geographies, one of the strategies we saw on slide 2?

21   A.   Yes.

22   Q.   Let's move from the west coast into the middle of the

23   country.  So let's turn to slide 15, please.  And that ends

24   on Bates number 895.  Okay.  Mr. Moore showed you this slide

25   so we won't spend too much time on it but, again, just to

1    make clear, the green on the map, that reflects what?

2    A.   The green on this map reflects all new routes as a

3    result of this transaction.

4    Q.   Routes that neither JetBlue nor Spirit currently

5    serves?

6    A.   That's correct.

7    Q.   Thank you.  And, broadly speaking, again, because

8    Mr. Moore did cover this with you, what are JetBlue's plans

9    with respect to this, this city?

10   A.   So as we grow across the country in cities that we were

11   talking about before, we'll be adding frequencies to

12   multiple other cities, increasing our relevance there on a

13   nonstop basis.  By allowing or enabling this focus city to

14   be created, we'll be able to take our new-found

15   point-of-sale strength in all of the cities across the

16   country and not only offer new nonstop options for those

17   customers, but also open up thousands or hundreds of O&D

18   combinations on a connecting basis as well.  Not only would

19   we be able to do that on a connecting basis, but for this

20   city in particular, which is currently dominated by one of

21   the big four carriers, we would be able to become the

22   largest carrier as well, and create a focus city for the

23   local population.

24   Q.   Okay.  And the heading makes reference to this city

25   going to approximately 90 departures; is that right?

1   A.    That's correct.

2   Q.    And just so, briefly, how do you get from 90 departures

3   in a city to benefiting millions of customers?

4   A.    I think, again, as you think about the, all the

5   different -- all of the different cities that would be

6   served on a nonstop basis, you combine that with all of the

7   hundreds of combinations of connecting options that that

8   would serve, and the thousands of people a day and the

9   millions of people a day that are interested in flying on

10  those route pairings, the JetBlue pricing structure would be

11  put into all of those different nonstop options and

12  connecting options as a result of this, benefiting millions.

13  Q.    Okay.  Now, you talked earlier about looking at top

14  MSAs.  But aside from the MSA issue, the population issue,

15  were there other reasons that you chose this city in

16  particular?

17  A.    Another reason this city would be or was chosen was a

18  result of the operational benefits that could be had as a

19  result.  So, for example, given its geographic location, if

20  we were to put spare aircraft in this destination, those

21  spare aircraft would be in essentially a 3-hour range of any

22  U.S. city as a result.  Having that would potentially allow

23  us to reoptimize our spare count and potentially fly more

24  elsewhere.

25  Q.    Okay.  Are you familiar with the term called "customer

```
 1   reaccommodation?"
 2   A.    Yes.  And that's another operational benefit that would
 3   come from this.  The customer reaccom that this city
 4   creates, if you were to think about a weather event in one
 5   part of the country where you cancel flying, you can't
 6   reaccom those customers on a nonstop basis, this provides an
 7   outlet for those customers to be reaccom'd on a connecting
 8   basis which would help stabilize the operation, if needed.
 9   Q.    So let's take a look at -- another one of the
10   strategies that we discussed was leveraging Spirit's
11   positions in OA hubs.  Do you recall that?
12   A.    Yes.
13   Q.    Okay.  So let's take a look at slide 31, which is on
14   the Bates ending 911.  So what are JetBlue's plans for
15   growth in Atlanta after the merger?
16   A.    Yes.  So, as you can see here, this is the Atlanta 60
17   that we've referenced in the past.  This would make the new
18   JetBlue the third largest carrier in Atlanta, up from 50
19   today, with Spirit and JetBlue combined growing to 60.  The
20   idea here would be, you know, fully recognizing that Delta
21   has roughly 814 daily departures, about the size of JetBlue
22   on a Saturday, despite that we'd be able to become the third
23   largest carrier.  We'd be able to grow into markets that
24   have traditionally done well for us, and we'd be able to
25   create a network that would serve major metropolitan areas
```

 1    within the U.S., major destinations south of Atlanta, and

 2    we'd be able to cover a wider array of customers' needs

 3    while introducing the JetBlue Effect within Atlanta as well.

 4    Q.   Okay.  You made reference to Atlanta's daily departures

 5    from -- sorry, Delta's daily departures from Atlanta being

 6    approximately the size of JetBlue on a Saturday.  Is that

 7    what you said?

 8    A.   Yes, that's correct.

 9    Q.   So just to make sure I understand, the daily departure

10    number on this chart, the 814, that's Delta average daily

11    departures in this single airport.  You're saying that's

12    approximately the size of JetBlue's entire network daily

13    departures on a Saturday?

14    A.   Yes, that's correct.

15    Q.   Okay.  And after --

16         THE COURT:  You did say, though, in answer to this

17    question, that you would introduce the JetBlue Effect.  But

18    you fly into Atlanta now?

19         THE WITNESS:  That's a very good point.  We would

20    expand the JetBlue Effect.  Thank you.

21    Q.   So we've talked a number of times today about the

22    concept of relevance.  So let's, we'll just look at a few

23    slides relating to relevance before we move on from this

24    exhibit.  So let's start with slide 6, go backwards in the

25    deck, that's to the Bates number ending 886.  And this slide

```
 1   reflects JetBlue's growth plan in Fort Lauderdale after the
 2   merger; is that correct?
 3   A.   Yes, that's correct.
 4   Q.   Okay.  And you've made reference to it a couple times,
 5   but just explain, what does that heading mean?  What are you
 6   trying to convey through that heading?
 7   A.   I think the reality is when you look at South Florida,
 8   American has a hub with roughly 350 flights a day.  They
 9   serve the Miami area and it's a large connecting hub.
10   Getting Fort Lauderdale to 250 daily departures will serve
11   as a competitive alternative to Miami, both for the South
12   Florida customer set, but also for millions of customers
13   looking to transit from multiple parts of the United States
14   into Central America, Caribbean, Latin America, and South
15   America.
16   Q.   And let's take another -- let's take a look at another
17   growth city in the area.  Let's flip one page to slide 7.
18   That's the slide ending 887.  And what are JetBlue's plans
19   post-merger in Orlando?
20   A.   Yes.  So we've publicly announced that we'd get Orlando
21   to 200 daily departures, becoming Orlando's national
22   airline.  Similar to Las Vegas, we know that Orlando is a
23   very large leisure destination.  It's very popular.  Serving
24   this destination from multiple origin points across the
25   country will increase our relevance in those cities across
```

1    the country, and our point-of-sale strength.  But also

2    similar to Las Vegas, Orlando is a growing origin point and

3    we'll be able to get the customers of Orlando into the

4    Caribbean, as well as to most destinations across the

5    country.

6    Q.   Do the growth plans we've just looked at on slide 6 and

7    7 here, it is your view that those will increase JetBlue's

8    relevance at these two airports, one in Fort Lauderdale, one

9    in Orlando?

10   A.   Yes, absolutely.

11   Q.   Okay.  So these are some examples of JetBlue increasing

12   its relevance in its existing focus cities.  Does the

13   combined network plan also predict that JetBlue will be able

14   to expand its relevance in nonfocus cities?

15   A.   Yes, absolutely.

16   Q.   Okay.  So let's take a look at slide 43.  So this is

17   the last slide we're going to look at.  This is at the back

18   of the deck, and it's the Bates number that ends 923.  And

19   again, Mr. Friedman, most of the information, the

20   information on this table here has a red box in it, in your

21   binder, so please don't say any of the information in the

22   box.  But what does the heading here mean?

23   A.   So as I was talking about before, with all of these

24   other focus city initiatives that we'll be able to pursue as

25   a result of the transaction, we'll be adding service across

```
 1    the country to a number of other cities that aren't
 2    necessarily prioritized for growth but it makes sense to fly
 3    them from the focus city origin points.  As a result, there
 4    are a host of cities that receive incremental frequency.
 5    And as we're expanding the destination set across dozens of
 6    cities across the country, we're becoming more relevant in
 7    those cities as well, increasing our point of sale, allowing
 8    us to better compete, to better compete against the big four
 9    carriers that are entrenched in those other cities.
10    Q.   And is that what this slide means when it says "knock
11    on" national relevance?
12    A.   Yes.  By focusing on the other growth strategies, we're
13    able to knock on relevance as well in these cities as a
14    result.
15    Q.   Thank you, Mr. Friedman.  We can put that exhibit to
16    the side.
17         The growth plans that you've set out, we didn't go
18    through all these cities in the network plan, could JetBlue
19    have this sort of growth without the merger?
20    A.   Absolutely not.  We've been focused on the
21    six-focus-city strategy for 12 years, as long as I've been
22    at JetBlue.
23    Q.   Okay.  Before we move on from the combined network plan
24    I just want to quickly touch on one more topic.  Are you
25    aware of the term "utilization" in the airline industry?
```

1   A.   Yes.

2   Q.   What does that mean in the context of network planning?

3   A.   Utilization is usually referred to as how, how many

4   block hours per day or how many hours per day we're flying

5   an aircraft.

6   Q.   Okay.  And did you assume an aircraft utilization level

7   when you prepared the combined network plan?

8   A.   Yes.  We assumed the 2019 levels of utilization.

9   Q.   And was that -- are you familiar with that, when people

10   talk about utilization, they can say fleet utilization

11   versus line utilization?

12   A.   Yes.  And to be clear, that would have been fleet

13   utilization.

14   Q.   Okay.  Why did you assume JetBlue's 2019 fleet

15   utilization when preparing the combined network plan?

16   A.   2019 was really the last clean year before COVID.  And

17   as a result, in planning a 2027 network plan we felt it

18   appropriate that we would eventually get back to the 2019

19   levels that existed before the pandemic.

20   Q.   Okay.  Do you believe that there are opportunities to

21   increase aircraft utilization after the merger?

22   A.   There absolutely could be, yes.

23   Q.   Okay.  And in what ways does the combined network plan

24   provide opportunities for increased utilization after the

25   merger?

1   A.   There are a couple ways.  One, there's a lot of growth

2   from the east coast to the west coast in the combined

3   network plan, places like LA, places like Las Vegas that we

4   were able to discuss publicly.  As a result, there could be

5   opportunities to add additional red-eye flying if we're able

6   to find the opportunity and the aircraft.

7   Q.   Okay.  And just so everyone understands, how does

8   red-eye flying relate to aircraft utilization?

9   A.   So red-eye flying, the best way that I can describe it

10   from a route-planning perspective would be that at the end

11   of the day, the aircraft, sometime around 6:00, 7:00,

12   8:00 p.m. can either sit and not generate revenue or, if

13   there's an appropriate route that allows the aircraft to

14   leave late at night and arrive somewhere early in the

15   morning, you can fly that aircraft, generate revenue, and

16   increase utilization.

17   Q.   Okay.  And we talked about the term "seasonality"

18   earlier.  Does seasonality impact an airline's utilization?

19   A.   Yes, it does.

20   Q.   How so?

21   A.   The less seasonal the network is, the less it dips in

22   the trough months.  The less it dips in the trough months,

23   the more flying occurs throughout the year.

24   Q.   And that's because it's not sitting those planes on the

25   ground in the off-peak months?  What's it doing with those

1    planes?

2    A.   As we were talking about before, by diversifying our

3    customer segments we're able to move capacity in and out of

4    demand pools throughout the year, allowing those planes to

5    continuously fly and get through the trough months by

6    perhaps focusing on corporate travel more and more.  So as a

7    result, by diversifying, we're able to fly more throughout

8    the year.

9    Q.   Thank you, Mr. Friedman.  So let's switch topics for a

10   second.  And in your binder, in the front pocket, you'll see

11   two demonstratives.  Okay?  And I don't want this to be

12   overly confusing, but it might be.

13        MR. MITCHELL:  So, your Honor, you should take

14   both of those out.

15   Q.   Mr. Friedman, take both of those out.  The first one

16   you'll see has already been identified for the Court as

17   Kirby Demonstrative 2.

18        MR. MITCHELL:  That's a chart that looks like

19   this, your Honor.

20        (Indicating.)

21   Q.   Okay?  And Kirby Demonstrative 2 reflects an excerpt

22   from the expert report of one of plaintiff's economist

23   experts, Dr. Gowrisankaran.  That's Exhibit 5 from his

24   report.  And because Kirby Demonstrative 2 is not very

25   user-friendly, we have created Friedman Demonstrative 1,

1    which is an Excel sheet, and all we've done is we've copied

2    the 51 routes identified in Dr. Gowrisankaran's Exhibit 5

3    and copied them into Friedman Demonstrative 1.

4         So, Mr. Friedman, I'm going to ask you to look at your

5    screen while we talk about Friedman Demonstrative 1.

6              MR. MITCHELL:  And, your Honor, we provided you a

7    paper copy of that demonstrative if you'd like to follow

8    along.

9              THE COURT:  And I appreciate it.  Go ahead.

10   Q.   Okay.  So, Mr. Friedman, the first question I have for

11   you about these routes is could you please review these and

12   let us know if you see any routes that JetBlue does not

13   currently fly?

14   A.   Yes.

15   Q.   And can I ask you to do a favor, when you identify

16   those routes, can you also identify the route number so we

17   can highlight that on the screen?

18   A.   Yes.  Start with row 30, Cleveland to Miami.  Row 32,

19   Aruba to Miami.  Row 34 and 35, Cartegena to Miami and

20   Philadelphia to San Juan.  Row 46, Austin to Cancun.  And

21   row 47, Miami to St. Maarten.

22   Q.   So, by my count, I think that's six routes you've

23   identified here; is that right?

24   A.   Yes, that's correct.

25   Q.   Okay.  And so those six routes, just for the record,

1    those are the routes at row 30, 32, 34, 35, 46 and 47.  Who

2    at JetBlue made the -- first, before we get to that, does

3    JetBlue have any plans to fly any of these routes again in

4    the future?

5    A.   No, not at this time.

6    Q.   Okay.  And who at JetBlue was responsible for deciding

7    to discontinue service in these six routes?

8    A.   The recommendation would have come from my team,

9    approved by me, and finally approved by Dave Jehn.

10   Q.   Did JetBlue's proposed acquisition of Spirit influence

11   in any way your decision to have JetBlue discontinue service

12   on any of these six routes?

13   A.   Absolutely not.

14   Q.   And what about this litigation?  Did this lawsuit

15   influence in any way your decision to discontinue service on

16   those six routes?

17   A.   No, absolutely not.

18   Q.   Okay.  Now, earlier we talked about -- what is the

19   state in which you observed Spirit most often?

20   A.   That would be Florida.

21   Q.   Okay.  So let's go back and let's filter the 51 routes

22   just to look at the routes that touch Florida.

23        MR. MITCHELL:  And I apologize, your Honor, we

24   haven't figured out how to filter the paper copy.  So we're

25   going to do this on the screen.  So we're going to look at

 1    only the routes that touch Florida.

 2    Q.    Mr. Friedman, how many --

 3              MR. MITCHELL:   And you should be able to see that

 4    on your screen, counsel.

 5    Q.    How many of 51 routes identified in Exhibit 5 of

 6    Dr. Gowrisankaran's report touch Florida?

 7    A.    I apologize, I might have to count here.  I believe

 8    it's --

 9    Q.    If you want to cheat a little you can look in the

10    bottom left corner.

11    A.    Sorry.  There it is, yes, 42 of 51.  Forty-two.

12    Q.    Let's drill down on these Florida cities a little bit

13    more.  Let's look at only the routes that touch South

14    Florida.  And, Mr. Friedman, how many of these routes touch

15    South Florida?

16    A.    Twenty-five.

17    Q.    And JetBlue's focus city in South Florida is Fort

18    Lauderdale?

19    A.    Yes.

20    Q.    Okay.  The Court has heard a lot about slot controls,

21    so we don't need to talk about that, but what are some other

22    type of constraints you can face trying to grow in an

23    airport other than slot controls?

24    A.    Historically, we've come across constraints in the form

25    of RONs, which is essentially an overnight parking spot.

1   Additionally, in some airports we've run into gate
2   constraints that have manifested as well.
3   Q.   Okay.  With that context in mind, is Fort Lauderdale
4   Airport, that is the airport with the code FLL, is that a
5   constrained airport, in your view?
6   A.   I think I would consider Fort Lauderdale constrained in
7   certain aspects.  I think for a carrier like JetBlue that
8   has a large presence, getting access to more gates in a
9   contiguous fashion not spread out across all of the airport
10  can be difficult.  That said, for a new carrier to gain
11  access for an individual gate across any terminal may not be
12  as challenging.
13       There's also been constraints in the short term driven
14  by the CBP, the customs and border patrol throughput
15  limitations.  Over the short term they're being managed.  In
16  the medium to long term, with the new facility, it should
17  improve, especially with the master plan.
18  Q.   Okay.  And, just briefly, what is the master plan
19  you're referencing?
20  A.   So the master plan is a plan that BCAD, the airport
21  authority in Fort Lauderdale, has our support and has stated
22  that they want to build out.  It includes dozens of gates to
23  be added to Fort Lauderdale over time.  And we've pledged to
24  support it.
25  Q.   Okay.  And what about the other airport in South

```
 1   Florida, Miami International Airport, MIA.  In your view is
 2   that a constrained airport?
 3   A.   No, I wouldn't consider it constrained.
 4   Q.   Okay.  Now, despite the short- to medium-term
 5   challenges you outlined at Fort Lauderdale, have you
 6   observed recent entry by carriers into Fort Lauderdale?
 7   A.   Yes.  Most recently we've observed El Al come into Fort
 8   Lauderdale.  We've seen the ULCCs Avelo and Breeze come into
 9   Fort Lauderdale.  And we've seen American introduce
10   DCA-to-Fort Lauderdale service as well.
11   Q.   Okay.  And the same question with respect to Miami.
12   Have you seen recent examples of carriers entering that
13   airport or entering new service?
14   A.   Yes, absolutely.  Since the pandemic we've seen
15   Frontier grow in Miami.  We've seen a ULCC international
16   carrier, Norse, grow, from London.  We've seen JetBlue grow
17   into Miami as well.  Plus a whole host of international
18   carriers.  I think there's a new airline, Sunrise Airways,
19   that flies from Haiti to Miami.  And Sky Peru, I believe, is
20   the airline flying Miami to Lima.
21   Q.   Thank you.  And we'll look at some entry information in
22   a moment.  But the JetBlue's other focus city in Florida is
23   Orlando; correct?
24   A.   Yes.
25   Q.   And what is the airport JetBlue uses in Orlando?
```

1    A.    MCO.

2    Q.    Is MCO, in your view, a constrained airport?

3    A.    No.

4    Q.    And why do you say that?

5    A.    MCO has four runways.  It has a brand-new terminal.

6    Southwest, just recently as last week, or maybe two weeks

7    ago at this point, moved a significant amount of

8    international flying from Fort Lauderdale, out of Fort

9    Lauderdale into Orlando.

10   Q.    Okay.  The other Florida airports on

11   Dr. Gowrisankaran's Exhibit 5 are Fort Myers and Tampa.

12   Okay.  So what airport does JetBlue use in Fort Myers?

13   A.    We use the RSW airport.

14   Q.    In your view, is RSW a constrained airport?

15   A.    No.

16   Q.    And what airport does JetBlue use in Tampa?

17   A.    We use Tampa International.

18   Q.    And what's the code for that one?

19   A.    TPA.

20   Q.    In your view, is TPA a constrained airport?

21   A.    No.

22   Q.    Mr. Friedman, I want to -- you made reference to some

23   entry events a minute ago.  And earlier in your testimony

24   you testified about the report that's created on a weekly

25   basis by your team to track schedule change activity by

1    JetBlue and its competitors.  Do you recall talking about

2    that?

3    A.   Yes, the competitive schedule change report.

4    Q.   That's exactly right.  And those reports are created

5    and maintained by JetBlue in the ordinary course of

6    business?

7    A.   Yes.

8    Q.   So can you please turn in your binder, sir, to tab

9    1006 Summary E for identification?

10   A.   I apologize.  What tab?

11        THE COURT:  It's the Demonstrative E.  It's the

12   second-to-last tab.

13        MR. MITCHELL:  Thank you, your Honor.

14   Q.   And, Mr. Friedman, it's also on the screen.

15        Without getting into the substance, I just want to ask

16   you a few questions.  Did you personally review this exhibit

17   to ensure that it accurately describes information that's

18   contained within the competitive schedule change reports

19   that are reflected in this second column here?

20   A.   Yes.

21   Q.   Okay.  And did you personally review each of the

22   competitive schedule change reports identified in that

23   second column to ensure that the schedule changes reflected

24   in the fourth column, that is the column that says "Schedule

25   Change," that the information described in that column are

 1  accurately described?

 2  A.   Yes.

 3         MR. MITCHELL:  Your Honor, I move to have Friedman

 4  1006 Summary E admitted into evidence.

 5         THE COURT:  No objection?

 6         MR. MOORE:  No objection.

 7         THE COURT:  E is admitted, Exhibit 696.

 8         (Exhibit 696 received in evidence.)

 9         MR. MITCHELL:  Thank you, your Honor.

10  Q.   Mr. Friedman, can you briefly explain to the Court what

11  this Exhibit 696 is showing, please?

12  A.   Yes.  This is a select number of competitive schedule

13  change report activity that was identified between July 5th,

14  2022 and May 2nd of 2023.

15  Q.   Okay.  And we won't go through all of these, but

16  there's a couple codes in here I'm not sure that we've been

17  through yet.  So we talked earlier today, SY, that -- what

18  airline is that a code for?

19  A.   SY is Sun Country.

20  Q.   Okay.  What route were they entering here?

21  A.   Sun Country, the ULCC from before, here entered 3 to 4X

22  weekly service from Austin to Cancun.

23  Q.   That's one of the routes reflected on

24  Dr. Gowrisankaran's Exhibit 5?

25  A.   Yes.

1    Q.   And there's another reference to an airline with the

2    code MX.  Do you see that?

3    A.   Yes.

4    Q.   What airline is that?

5    A.   That MX is Breeze, another ULCC.

6    Q.   Okay.  Thank you, Mr. Friedman.  So after you -- after

7    you reviewed this, these competitive schedule change reports

8    here, how many entry events did you see for the 51 routes

9    identified in Dr. Gowrisankaran's Exhibit 5 for the time

10   period indicated here?

11   A.   Yeah.  So these are all the entry events associated

12   with those 51 routes from the July 5th through

13   May 2nd period.  There were 19 entry events across those 51

14   routes, and those 19 entry events occurred on 16 different

15   routes.

16   Q.   Okay.  Thank you, Mr. Friedman.  Now, if we wanted to

17   look broader than just entry events, if we wanted to look at

18   the full set of competitive scheduling events that happened

19   on the 51 nonstop routes contained with Dr. Gowrisankaran's

20   Exhibit 5, in this ten-month period, have you reviewed the

21   competitive schedule change reports for that full set of

22   activity?

23   A.   Yes, we have.

24   Q.   So now I'd like you to turn in your binder to what I

25   think is the last tab.  It's called Friedman 1006 Summary F,

1    like "frank."  Let me know when you have that in front of

2    you, Mr. Friedman.

3    A.   Yes.

4    Q.   Okay.  So this goes on, this is a lengthy document,

5    this goes on 37 pages; is that right?

6    A.   I believe so.

7    Q.   Okay.  I'm going to ask you the same questions as

8    before.  So have you had an opportunity to review this

9    exhibit to ensure that it accurately describes information

10   contained within the competitive schedule change reports

11   reflected in the second column here?

12   A.   Yes.

13   Q.   And then did you personally review each of the

14   competitive schedule change reports reflected in that second

15   column to ensure that the information contained in the

16   fourth column, that is the schedule change column, that that

17   information is accurately described?

18   A.   Yes.

19   Q.   Thank you.

20        MR. MITCHELL:  Your Honor, I move to have Friedman

21   1006 Summary F admitted into evidence.

22        THE COURT:  No objection?

23        MR. MOORE:  No objection, your Honor.

24        THE COURT:  F is admitted, it will be 697.

25        (Exhibit 697 received in evidence.)

```
 1              MR. MITCHELL:  Thank you, your Honor.
 2   Q.   Now, Mr. Friedman, just very briefly, could you explain
 3   to the Court what information is being shown in Exhibit 697?
 4   A.   Yes.  I believe these are all of the competitive events
 5   documented from July 5th through May 2nd -- sorry, July 5th,
 6   2022 through May 2nd of 2023 that touched one of the 51
 7   routes in the plaintiff's expert's outline.
 8   Q.   Okay.  Now, are all of these competitive events
 9   impactful from a route-planning perspective?
10   A.   Some of these are more impactful than others.  Some of
11   these would be exits, reductions in frequency.  Some could
12   be schedule extensions.  Others could be added frequency or
13   entries into new routes.
14   Q.   So, Mr. Friedman, with that context, can you please
15   tell the Court how many competitive schedule events there
16   have been on these 51 routes in the ten-month time period
17   reflected here?
18   A.   718.
19   Q.   Thank you, Mr. Friedman.
20              MR. MITCHELL:  Your Honor, I pass the witness
21   back.
22              THE COURT:  Any further questions?
23              MR. MOORE:  Yes, your Honor.
24              THE COURT:  Go ahead.
25              MR. MOORE:  And, your Honor, given the length of
```

1    the examination I'm going to do my best to cover as much as

2    possible during redirect, but I think it's possible we may

3    need to hold the witness.

4              THE COURT:  We may indeed.  I'm not crowding you

5    for time.  I have the outside time limits, and to those I'm

6    going to stick.

7              MR. MITCHELL:  Your Honor, may I be heard on that?

8              THE COURT:  About what?  He just wants to have

9    redirect.

10             MR. MITCHELL:  I understand.  All right.

11                        REDIRECT EXAMINATION

12   BY MR. MOORE:

13   Q.   All right.  Mr. Friedman, I have a few questions for

14   you about some of the demonstratives or 1006 exhibits that

15   you looked at with your counsel.  So to start, why don't we

16   go to what was marked in your binder as 1006 A.  All right.

17   So this is the exhibit that you created for South Florida;

18   correct?

19             (On screen.)

20   A.   This was the exhibit created for South Florida.

21   Q.   And this exhibit is only describing aggregated shares

22   across routes that JetBlue serves from South Florida;

23   correct?

24   A.   This is all of JetBlue's -- all of JetBlue's routes on

25   a metro-to-metro basis.  So if it's, for example, if it was

```
 1    Fort Lauderdale to New York, Miami to Newark would be
 2    included.
 3    Q.   But this is not looking at shares across all routes
 4    across -- that are served from the South Florida airports,
 5    correct, by all carriers?
 6    A.   This is a snapshot of only JetBlue's routes.
 7    Q.   So fair to say that you thought it would be more
 8    informative to look at the routes that where JetBlue was
 9    providing service; correct?
10    A.   This is just simply outlining who our competitors are
11    today on the routes that we serve.
12    Q.   Right.  And you chose specifically the routes that
13    JetBlue serves in order to present this information to the
14    Court; right?
15    A.   That's what was chosen to show who we compete with on
16    JetBlue routes.
17    Q.   That's because the competitive conditions can vary from
18    route to route; right?
19    A.   Competitive conditions do vary on a route-to-route
20    basis.
21    Q.   Mr. Friedman, do you understand that JetBlue has
22    announced it would sell certain gates to Allegiant at Fort
23    Lauderdale Airport?
24    A.   I'm aware that we'd be divesting five gates to
25    Allegiant, yes.
```

1    Q.   And that airport, Fort Lauderdale-Hollywood Airport,

2    that would be included in the South Florida airports that we

3    see here; correct?

4    A.   Yes.

5    Q.   Allegiant doesn't appear anywhere in this graphic;

6    correct?

7    A.   It would be in the "other" column.

8    Q.   The other column for which there's 0 percent share;

9    correct?

10   A.   Yes.

11   Q.   But Allegiant does offer some service from Fort

12   Lauderdale today; correct?

13   A.   Yes, I believe so.

14   Q.   So what we can learn from this graphic is that

15   Allegiant offers no service, effectively, on the routes

16   where JetBlue offers service out of Fort Lauderdale today;

17   correct?

18   A.   I think there's a lot to learn from this graphic.  That

19   could be one takeaway.

20   Q.   So we've been looking at the demonstrative or the

21   exhibit that you created.  I want to look at one other

22   demonstrative now.  And, I apologize, you'll need to flip

23   back to the binder that plaintiffs gave you earlier today.

24   And we're going to go to Friedman Demonstrative G.  So I

25   think it should be towards the back of your binder.

```
 1                  (On screen.)

 2              THE COURT:  The very last demonstrative.

 3              MR. MOORE:  Yes, your Honor.  All the way at the

 4      back.  It's the quite colorful bar chart.

 5      Q.   Do you see that, Mr. Friedman?

 6      A.   Yes.

 7      Q.   So plaintiffs put together this demonstrative based on

 8      the data that was underlying the exhibit that we were just

 9      looking at, the data you testified about earlier.  And I'll

10      represent to you that we've limited that data to just the

11      routes in which both JetBlue and Spirit offers nonstop

12      service.  Does that make sense?

13      A.   Yes.  So this is just the nonstop overlap routes from

14      South Florida.  Is it done on a metro-to-metro basis?

15      Q.   So, as you can see at the top, it's airport pair to

16      airport pair for this particular graphic.

17      A.   Okay.  So it's inconsistent with the methodology we

18      did.

19      Q.   Understood.  So we were using the data, though, and

20      unfortunately the data has its limitations.  The data,

21      though, we could both put together this graphic.  Does that

22      make sense?

23              THE COURT:  It doesn't to me.  I just lost you,

24      that's all.

25              MR. MOORE:  No problem, your Honor.  I can explore
```

```
 1    that a little bit more.
 2    Q.   So, Mr. Friedman, we used that data that backs up the
 3    exhibit we were just looking at, the South Florida exhibit.
 4    Do you recall that?
 5    A.   Yes.  But you aggregated it slightly differently, I
 6    believe.
 7    Q.   So we're looking at seat shares.  You can see that
 8    here, looking at seat shares?
 9    A.   Okay.
10    Q.   And we're looking on an airport-to-airport basis;
11    right?
12    A.   And not on a metro-to-metro basis.
13    Q.   So for a couple of metro areas, for example, New York,
14    New York might include three different airports versus just
15    a route to one airport; correct?
16    A.   Correct.
17    Q.   And the airport to airport, that would be one airport
18    to a different airport, even if there's other airports in
19    that metro area.
20    A.   Okay.
21    Q.   So I want to start with the first page of this
22    demonstrative which is the one for South Florida.  So what
23    we can see here is if we measure by seat share, JetBlue and
24    Spirit have the first and second highest shares on the
25    nonstop overlap routes where they compete against each
```

1   other; correct?

2   A.   On overlap routes, Spirit has 33 percent, JetBlue

3   24 percent, I believe the big four have about 40 percent.

4   Q.   So together JetBlue and Spirit have 57 percent?

5   A.   Yes, I believe so.

6   Q.   Okay.  Let's go to the next page.  If you can flip to

7   the next page in your binder.  It will flip on the screen as

8   well.  We're going to go to Orlando.  So looking at this

9   graphic, JetBlue and Spirit are, again, the two largest

10  carriers on the nonstop overlap routes where they compete

11  against each other in Orlando, correct, when measured by

12  seats?

13  A.   On overlap routes only, yes.  JetBlue is the largest,

14  followed by Spirit, followed by Delta, Frontier, United,

15  Southwest.

16  Q.   And their combined share, as measured here, is

17  56 percent; correct?

18  A.   Yes.

19  Q.   All right.  So you can --

20        THE COURT:  Actually, Mr. Moore, we're going to

21  stop now, respectfully, because I want to talk about the

22  schedule.  So you may step down, sir.

23        THE WITNESS:  Thank you, your Honor.

24        (Whereupon the witness stepped down.)

25        THE COURT:  At the end of today's testimony, the

```
 1    government has used up four days, one hour 35 minutes.  The
 2    defense has used up three days, one hour,
 3    twenty-five minutes.
 4          Looking ahead at the schedule to come, we're not
 5    sitting tomorrow because of the holiday.  We're not sitting
 6    Monday.  On Tuesday we will stop at 12:30, taking a shorter
 7    recess so as to lose only fifteen minutes.  Tuesday I must
 8    hold court -- or I've agreed to hold court at the Boston
 9    University Law School in the afternoon.  Some or all of you
10    are welcome to come if you want.  What we do is we hold a
11    motion session, and then at the end we answer the students'
12    questions.  This is no effort to get you to come, I'm just
13    telling you what we're doing in the afternoon.
14          But if lawyers are there we don't talk at all
15    about the cases heard except practice and procedure.  But if
16    lawyers are there, I ask them how proceedings in the motion
17    session, the way I conduct it, varies from their practices.
18    And it's instructive to the students because some are
19    largely state practitioners.  Some, like you, are national
20    practitioners.  And I find it instructive for the students.
21          So that's what -- and for the rest of the week
22    we'll sit all four days, 9:00 to 1:00.  So, Mr. Duffy, when
23    do you think you're going to rest here?
24          MR. DUFFY:  Yes, your Honor.  So the first thing I
25    would point out, defendants are putting on much of their
```

1    case contemporaneously.

2           THE COURT:  And I'm very sensitive to that.

3           MR. DUFFY:  And so I expect we will rest roughly

4    the day before we break for Thanksgiving, if we stick to

5    kind of the current time estimates that we've been looking

6    at.  I will say, we are actually running slightly ahead of

7    our anticipated schedule.

8           THE COURT:  That's what I wanted to hear you say.

9           MR. DUFFY:  But we will, I believe, finish the

10   fact witnesses in our case next week, start with our two

11   experts, and then there's only a few fact witnesses on

12   defendants' side who haven't already been called in our

13   case.

14          The one other thing I did want to ask the Court,

15   with respect to our experts, if we can recall them after

16   defendants' experts have been called, in rebuttal, solely to

17   respond to things their experts have said.  That will make

18   the presentation of our expert testimony a bit more

19   efficient, I think.

20          THE COURT:  My view about recalling rebuttal

21   witnesses is that it's something that to which, if you can

22   anticipate that -- if I think you should have anticipated

23   what they said, you best deal with it on direct.  However,

24   if there is something new beyond what is anticipated in the

25   development of the evidence, you may call a rebuttal

```
 1   witness.  In other words, I think that's the usual rule.
 2             MR. DUFFY:  Understood.
 3             MR. SHORES:  May I be heard on this, your Honor?
 4             THE COURT:  Yes.
 5             MR. SHORES:  From our perspective, your Honor was
 6   very clear that everything has to be disclosed in the expert
 7   report so there is going to be no surprises here.  And, I
 8   mean, in that context it's hard to see why they would need
 9   to be recalling experts back.
10             THE COURT:  It is.  But I don't give advisory
11   opinions.
12             MR. SHORES:  Okay.
13             THE COURT:  One thing that -- and I'm sure you've
14   anticipated this.  In addition to your copious -- I don't
15   criticize it at all.  I'm very appreciative of the
16   smoothness with which I am receiving a large body of
17   evidence here.  And I've said that before and repeat it.
18   But I want the actual expert report sitting in front of me
19   whenever an expert called under Rule 702 testifies.
20             All right.  We're about ready to take the recess.
21   I want to say something about Veteran's Day briefly.  Not to
22   give a speech, but I really do think that tomorrow you ought
23   to give thought to the men and women who have served and who
24   are serving.  And I mention two points.
25             My first legal job was to be law clerk to Chief
```

1    Justice Raymond Sanger Wilkins, Chief Justice of the Supreme

2    Judicial Court of Massachusetts.  And when I was younger, of

3    course, we called this holiday, which is never a Monday

4    holiday, it's always on the day, we called it Armistice Day

5    because it was the 11th hour of the 11th month in which the

6    armistice kicked in.  On that day, the judge for whom I

7    clerked was riding at the head of his artillery battery

8    toward the front, in France, and next to him was his first

9    lieutenant.  His first lieutenant was Leverett Saltonstall,

10   a distinguished senator from Massachusetts.

11        A little more than ten years later I was

12   privileged to become a judicial officer on the Superior

13   Court in the Commonwealth of Massachusetts, the senior judge

14   in service.  They don't have a senior judge system like the

15   federal courts do, but the senior judge, the one who was

16   longest in service, was Justice -- and the state judges are

17   called justices -- John H. Meagher.  Justice Meagher's

18   father was a color bearer in the 28th Massachusetts.  The

19   28th Massachusetts was part of the Irish Brigade in the

20   Civil War.  He carried a big green flag up the hill toward

21   Longstreet's men on Marye's Heights at Fredericksburg.

22        Those stories ought remind us that this whole

23   polity, how we live together as a nation, is really a vast

24   experiment in human relationships.  And President Reagan had

25   it right: "Freedom is a fragile thing.  It is never more

     1    than one generation away from extinction.  It must be fought

     2    for and defended in every generation for it comes but once

     3    to a people."

     4         So give a thought to those men and women today serving

     5    who make it possible for us to sit here and courteously and

     6    quietly and thoroughly be about the important business that

     7    it is our privilege to debate and consider in this

     8    courtroom.

     9         Thank you.  We'll recess until 9:00 a.m. on Tuesday,

    10    November 14th.  Have a good weekend.

    11              COUNSEL:  Thank you, your Honor.

    12              THE CLERK:  All rise.

    13

    14         (Proceedings adjourned.)

    15

    16

    17

    18                        * * * * * *

    19

    20

    21

    22

    23

    24

    25

C E R T I F I C A T E

I, Cheryl B. Palanchian, Court Reporter
for the United States District Court for the
District of Massachusetts, do hereby certify that
the foregoing pages are a true and accurate
transcription of my shorthand notes taken in the
aforementioned matter to the best of my skill and
ability.

/s/ Cheryl B. Palanchian 11/9/2023
CHERYL B. PALANCHIAN

Registered Merit Reporter
Certified Realtime Reporter