```
                    UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS (Boston)

                                        No. 1:23-cv-10511-WGY
                                        Vol. 2, Pages 82-153


UNITED STATES OF AMERICA, et al
           Plaintiffs

vs.


JETBLUE AIRWAYS CORPORATION,
et al,
           Defendants



                          ********


                  For Bench Trial Before:
                  Judge William G. Young




                     United States District Court
                     District of Massachusetts (Boston)
                     One Courthouse Way
                     Boston, Massachusetts 02110
                     Friday, November 17, 2023



                          ********



          REPORTER:  CHERYL B. PALANCHIAN, RMR, CRR
                  Official Court Reporter
                United States District Court
              One Courthouse Way, Boston, MA 02110
```

```
                     A P P E A R A N C E S


EDWARD WILLIAM DUFFY, ESQ.
ARIANNA MARKEL, ESQ.
AARON TEITELBAUM, ESQ.
        DOJ-Atr
        450 Fifth Street NW, Suite 8000
        Washington, DC 20530
        (202)812-4723
        Email:  Edward.duffy@usdoj.gov
        For Plaintiff United States of America
- and -
WILLIAM T. MATLACK, ESQ.
        Attorney General's Office
        One Ashburton Place, 18th Floor
        Boston, MA 02108
        (617)727-2200
        Email:  William.matlack@mass.gov
        For Plaintiffs United States of America and The
        Commonwealth of Massachusetts



RYAN SHORES, ESQ.
        Cleary Gottlieb Steen & Hamilton LLP
        2112 Pennsylvania Avenue, NW
        Washington, DC 20037
        (202)974-1876
        Email:  Rshores@cgsh.com
- and -
ELIZABETH M. WRIGHT, ESQ.
        Cooley LLP
        500 Boylston Street
        Boston, MA 02116-3736
        (617)937-2349
        Email:  Ewright@cooley.com
- and -
RACHEL MOSSMAN ZIEMINSKI, ESQ.
MICHAEL MITCHELL, ESQ.
        Shearman & Sterling LLP
        2601 Olive Street, 17th Floor
        Dallas, TX 75201
        (214)271-5777
        Email:  Rachel.zieminski@shearman.com
        For Defendant JetBlue Airways Corporation


(Continued.)
```

(Continued.)


JAY COHEN, ESQ.
ANDREW C. FINCH, ESQ.
        Paul, Weiss, Rifkind, Wharton & Garrison
        1285 Avenue of the Americas
        New York, NY 10019-6064
        (212)373-3000
        Email:  Jaycohen@paulweiss.com
        For Defendant Spirt Airlines, Inc.

```
                      I N D E X

WITNESS:              DIRECT    CROSS    REDIRECT   RECROSS

GAUTAM GOWRISANKARAN, Continued

 By Mr. Battaglia    86



                  (No exhibits marked)
```

```
 1   (Proceedings, 11:24 a.m.)
 2           THE CLERK:  Court is back in session.  You may be
 3   seated.
 4           THE COURT:  Mr. Battaglia, you may continue.
 5           MR. BATTAGLIA:  Your Honor, we're in the process
 6   of printing those 1006s.  We'll have those before the end of
 7   the day.
 8           THE COURT:  That's fine.
 9               GAUTAM GOWRISANKARAN, (Resumed)
10                DIRECT EXAMINATION, (Cont'd.)
11   BY MR. BATTAGLIA:
12   Q.   Welcome back, Dr. Gowrisankaran.  Prior to the break we
13   were discussing some of the appendices in your report that
14   concern market share and market concentration.  I'd like to
15   revisit one more appendix, please.  If you could turn to
16   appendix F in your binder.  And, Doctor, is this an appendix
17   from your initial report?
18   A.   Yes, it is.
19   Q.   And what's being shown in this appendix?
20   A.   What I showed in this appendix is the same information
21   as appendix E, which are all of the markets where there's a
22   presumption of harm or where they fall in other buckets
23   where they're being significant concentration.  And the
24   difference between appendix E and this exhibit is that here
25   what I did is I calculated the market shares using the
```

1    ticket data that was -- that were produced by the parties.

2    And the ticket data include all of the fees that passengers

3    paid for ancillary services.  So, for instance, for overhead

4    bin space.

5    Q.   All right.  Thank you, Doctor.  Now if we could go back

6    to your slides.

7            MR. BATTAGLIA:  Ms. Afari, slide 27, please.

8            (On screen.)

9    Q.   And, Doctor, you mentioned earlier that you used data

10   from the year preceding the merger announcement for market

11   shares.  Can you explain a bit more why you used data from

12   that time period?

13   A.   Yeah.  Just give me a second to get back to the slide.

14   All right.

15          So it's most appropriate to use as recent data as are

16   possible, but I wanted to have two criteria in using the

17   more recent data.  So, first of all, I wanted to use data

18   from before the merger was announced because any data from

19   after the merger was announced may reflect change incentives

20   from the merger itself and from the litigation surrounding

21   the merger.

22          So the way to do this that's most consistent with

23   ordinary-course documents is to use data from immediately

24   before it's announced.  And I wanted to use one year of data

25   because sometimes in using -- some flights are seasonal and

1    some demand is seasonal.  So if you're thinking about going

2    from Boston to San Juan, for instance, there may be a lot

3    more demand for that in the winter when it's cold in Boston.

4    Q.   And, Doctor, we've heard testimony about exits from

5    both Spirit and JetBlue.  Did that change your conclusions?

6            THE COURT:  We've heard data about exits?

7            MR. BATTAGLIA:  We've heard testimony about exits

8    from Spirit and JetBlue from markets.

9            THE COURT:  I understand.

10   A.   No, it doesn't change my conclusions overall.  So I've

11   seen that there's been entry, and there's been exit.  The

12   exit has removed some of the nonstop overlap markets, and

13   some of those were presumptive entries added a few markets.

14   Most of the markets are unaffected.  And the biggest markets

15   are largely unaffected by these decisions.

16           MR. BATTAGLIA:  Slide 28, please.

17   Q.   Doctor, did you update your market-share calculations?

18   A.   Yes, I did.

19   Q.   What did you find?

20   A.   So what I found from this slide is I listed the markets

21   which were presumptive markets under my original

22   market-share calculations.  Those are with data that were

23   from 2021 to 2022.  And then I looked at the following year,

24   which are the most recent data available for market-share

25   calculations, and I found that most of the markets remain in

1    both, that they were presumptive markets in the previous

2    year and the more recent year.  And that's indicated with

3    check marks in both cases.

4         There's some markets where they drop off and some that

5    are added.  That's at the bottom right.  The markets that

6    drop off, and the ones that are added are at the very

7    bottom.

8    Q.   So, Doctor, just to be clear on the slide, the ones, so

9    the two columns, the ones on the left were your prior

10   markets?

11   A.   That's correct.  Those were the 51 markets that I

12   testified about earlier.

13   Q.   And the ones on the right are the updated?

14   A.   That's right.  If they have a check mark on the right

15   that's because they're presumptive markets using more recent

16   data.

17   Q.   And, Doctor, why did you only do market-share

18   calculations through Q2 2023?

19   A.   Well, that reflects the most recent data that are

20   available.  So that's June of this year.  And the data on

21   market shares after that or on passenger counts are not

22   available yet.

23   Q.   Thank you.

24        MR. BATTAGLIA:  Slide 29, please.

25   Q.   Doctor, did you conduct any other analyses of nonstop

```
 1   overlap markets?
 2   A.   Yes, I did.
 3   Q.   And what analysis did you do?
 4   A.   Well, what I did is I saw testimony, for instance, from
 5   Mr. Kirby at Spirit about Spirit's exit plans and entry
 6   plans, and so I went and I looked at Spirit's data on
 7   scheduling.  And so that reflects the flights that are
 8   operating now.  And by now, I mean from July of this year up
 9   to June of next year when they have schedules published.
10   And I went to see, based on where Spirit plans to exit or
11   where they plan to enter, or where they already have exited
12   or entered, how does that change the routes where Spirit and
13   JetBlue would overlap with nonstop.
14   Q.   And so what are the lists being shown here, Doctor?
15   A.   The list on the top of this demonstrative, those are
16   the ones where there's exit by Spirit or JetBlue that would
17   mean that those airlines would no longer compete as nonstop
18   overlaps.
19   Q.   And on the bottom, Doctor?
20   A.   Those are routes where there will be entry planned by
21   or in the schedule by Spirit or JetBlue, and where those
22   entries will create new nonstop overlaps between the two
23   airlines.
24   Q.   Now, Doctor, did you identify which of these are
25   presumption markets?
```

1   A.   No, I did not.

2   Q.   And why not?

3   A.   Because to identify presumption we need to understand

4   shares.  And shares are simply not available.  These are

5   flights that have -- where people have flown very recently,

6   so the airlines haven't tabulated their data, or where

7   people are planning to fly, like in January of next year, so

8   we don't even know what shares would be in that case.

9   Q.   Thank you.

10          MR. BATTAGLIA:  Slide 30, please.

11   Q.   Now, Dr. Gowrisankaran, earlier in your testimony you

12   explained that you used market shares based on passengers.

13   Why did you decide to use passenger shares in this case?

14   A.   Well, in this case passengers are what makes sense to

15   use because this is a case where if you're buying one plane

16   ticket, then a plane ticket on a different airline could

17   substitute for that first plane ticket.  So if you're in

18   Boston and you want to go to Orlando to go to Disney World,

19   then you're thinking, How do I get to Disney World?  You're

20   thinking the family might go, maybe I need four tickets for

21   the family, and four tickets on one airline are going to

22   substitute for four tickets on another airline.

23          So as an economist, it makes most sense to use unit

24   sales, or numbers of passengers, rather than revenues.  This

25   is also supported by the horizontal merger guidelines, so I

1   put a quote here from that.  And they specifically say, they

2   identified this case where one of a low-price product can

3   substitute for one unit of a high-price product.  They say

4   in that case it's appropriate to use unit sales rather than

5   to use revenues.  Because otherwise you're going to

6   understate the significance of low-cost competitors, such as

7   Spirit.

8   Q.   Thank you.

9        MR. BATTAGLIA:  Slide 31, please.

10  Q.   Now, Doctor, even though passenger counts are your

11  preferred measure of market shares, how do alternative

12  market shares affect the number of presumption?

13  A.   I calculated market shares three ways, and those are

14  reflected in the appendices that you asked me about a couple

15  minutes ago.  And two of those ways are using revenue

16  shares.  And the reason there's two different ways is I used

17  revenue shares both using the DB1B data, and those data

18  include the base prices the passenger is paying, and I also

19  calculated revenue shares using the ticket data that were

20  produced by the parties.  And the ticket data include the

21  ancillary fees.

22       And it doesn't matter which way you calculate these,

23  you get a very similar number of nonstop overlap markets

24  that meet the presumption.  So it's 51 nonstop overlap

25  markets with my passenger shares, that's in the leftmost bar

1    in blue, and then 44 with revenue shares, or 45 with ticket

2    data; 44 with DB1B revenue shares, and 45 with ticket data

3    revenue shares.

4               MR. BATTAGLIA:  Slide 32, please.

5    Q.   So, Doctor, you just explained how the merger will

6    increase market share and market concentration in many

7    markets.  Would these increases in share and concentration

8    change JetBlue's unilateral pricing incentives post-merger?

9    A.   Yes, they will.

10   Q.   How so?

11   A.   Well, they're changing in what as economists we call

12   upward pricing pressure.  And so I illustrate what I mean by

13   upward pricing pressure with this demonstrative.

14        So let's think about before the merger and think about

15   what constrains JetBlue from raising prices.  So before the

16   merger, and this is on the left, if JetBlue raises its

17   prices a dollar, they'll get more money for every passenger

18   that stays with JetBlue, but it recognizes that some of

19   those passengers are going to switch.  So let's say this was

20   the Boston-to-San Juan flight, for instance, and let's say

21   it had a couple of flights and Spirit has a flight at noon

22   for instance.  So then some of those passengers are going to

23   take this flight on Spirit at noon.  Maybe they switch to

24   other airlines.  I illustrated Delta's logo as one such

25   airline.  Maybe there's a flight at 2:00 p.m. on Delta that

```
 1    they can take.  And some of those passengers are going to

 2    choose just not to fly if JetBlue raises its price.

 3         Now, what's going to happen post-merger is that JetBlue

 4    has this incentive to raise prices.  The reason for that, if

 5    JetBlue kept prices the same, then some of those passengers

 6    that were flying, that chose to fly on Spirit at that noon

 7    flight, they're still going to fly on that noon fight if

 8    JetBlue raised prices.  But what's going to happen is

 9    Spirit's now part of JetBlue.  So JetBlue likes it when

10    passengers fly on Spirit instead of JetBlue because they're

11    still getting the revenues from those passengers.

12         So the fact that they don't suffer as many customers

13    switching away from them when they raise prices after the

14    merger generates a pressure on this, on JetBlue, to raise

15    prices after the merger.  And as an economist we call that

16    an upward pricing pressure.  And it's really the incentive

17    that's there because products are substitutes to raise

18    prices after a merger.

19              MR. BATTAGLIA:  Slide 33, please.

20    Q.   Doctor, did you do anything to quantify the upward

21    pricing pressure that you just described?

22    A.   Yes, I did.

23    Q.   And what did you do?

24    A.   So what I did is I did what's called a GUPPI analysis.

25    "GUPPI" is an acronym, it stands for "Gross Upward Pricing
```

1    Pressure Index."

2         So my GUPPI analysis, what it does is it takes a couple

3    of simple inputs, so notably it takes the margins for

4    airlines and then it takes the relative price between the

5    two different airlines, JetBlue and Spirit, and then it just

6    takes some very simple modeling of where people would

7    substitute to, if prices were risen.

8         And what it does is it calculates what are the

9    incentives to raise prices.  And so all of the figures that

10   I show here are saying what are the incentives -- that's

11   what a GUPPI index is -- what are the incentives for JetBlue

12   and for Spirit to raise prices after the merger occurs, if

13   it were to go forward.

14   Q.   Doctor, what were the results of your GUPPI analysis?

15   A.   So I put the results here for the 51 presumption

16   markets, the same ones that I've testified to with the

17   yellow and blue bars, for instance.  And what I find, and

18   just looking at the left columns where it says "Spirit," is

19   that Spirit has an incentive to raise prices a substantial

20   amount in a lot of these markets.

21        And so many of these values, the first 35 of them, the

22   GUPPI is over 10 percent.  And that means that if JetBlue

23   were to acquire Spirit, JetBlue would have an incentive

24   doing nothing else, no repositioning or anything, but just a

25   straight unilateral incentive to raise Spirit's prices by

1   10 percent or more in 30, 35 of these markets.

2   Q.   And, Doctor, is this analysis consistent with

3   defendants' post-merger plans?

4   A.   Yes, it is.

5   Q.   How so?

6   A.   What the defendants want to do is that they plan to

7   eliminate Spirit after the merger.  And Spirit offers low

8   prices.  So this analysis, part of the reason that there's

9   an incentive to raise prices on Spirit is because the prices

10  are low.  And what the defense wants to do by eliminating

11  Spirit, it's effectively the same as saying we're raising

12  the price so high that nobody can choose Spirit.

13       So all in all, these incentives that I'm seeing in the

14  GUPPI, it doesn't surprise me that the defendants' plans for

15  the merger are very consistent with them.

16            MR. BATTAGLIA:  Slide 34, please.

17  Q.   All right, Doctor.  I'd like to switch topics and take

18  a look at your analysis of the likely competitive effects

19  from this merger.  And first let's look at the econometric

20  framework you've implemented to evaluate competitive

21  effects.

22       Dr. Gowrisankaran, at a high level can you please

23  explain your approach for analyzing the likely competitive

24  effects of this transaction?

25  A.   Yes.  So what I do as an economist and econometrician

1    here is, and this is a pretty standard way of doing this, is

2    to say conceptually what would the world look like if the

3    merger were not to go forward, and then what would the world

4    look like if the merger were to go forward, and then to ask

5    what's the difference between those two worlds.

6    Q.   And, Doctor, how does the elimination of Spirit factor

7    into this analysis?

8    A.   Well, what's particular about this particular proposed

9    merger is that the parties have indicated that they plan to

10   eliminate Spirit as a competitor from the market.  And so

11   because the parties want to eliminate Spirit and turn all

12   the Spirit planes, and this whole Spirit business model, get

13   rid of it and turn those planes into JetBlue planes, what

14   that means is that there's a potential for consumer harm and

15   for net harm even in markets where JetBlue currently doesn't

16   compete.

17        And the reason for this is that the merger will result

18   in the loss of Spirit Airlines even in markets where Spirit

19   is there and JetBlue isn't there.  And so that's one thing

20   that's different from the standard analysis, and one thing

21   where I really want to take that into account in order to

22   get an accurate view of the competitive effects of this

23   merger.

24             MR. BATTAGLIA:  Slide 37, please.

25   Q.   Doctor, what quantitative analysis did you rely on to

```
1    identify the likely competitive effects of the proposed

2    merger?

3    A.   What I did is because, as I said, the proposed merger

4    will eliminate Spirit in all markets, what I need to do is

5    to understand what would happen as a result of this merger

6    is to say how much value does Spirit bring to the market.

7    How much is Spirit lowering prices for rivals and overall

8    market prices because of being in the market.

9         And so, as an econometrician, what I wanted to do is to

10   try to find something in the data that most closely

11   resembles the variation that occurs when Spirit is in a

12   market or is not in a market.  And what I used was entry

13   events.  And these are, in my opinion, reasonable natural

14   experiments that help illustrate what would happen if we

15   have Spirit as a competitor.  And then what I can do is to

16   say, well, now understanding what happens if Spirit is

17   entered in the market, I can flip that and say the merger

18   would result in Spirit not being in the market and I could

19   understand how much prices would go up if Spirit were

20   removed from the market.

21              MR. BATTAGLIA:  Slide 38, please.

22   Q.   So, Doctor, how did you use entry events to identify

23   competitive effects?

24   A.   So what I wanted to do to identify competitive effects

25   is to say let me systematically look at all of the entry
```

```
 1   events that I can find that are relevant and comparable, and
 2   use them to understand what would be the impact, on average,
 3   of Spirit entry or of JetBlue entry in lowering prices.
 4        And so I started with all of these data.  So I have the
 5   DB1B data, and the parties-produced ticket data, and I said
 6   let me identify a time period that's relatively recent and
 7   where there's a substantial number of entry events, but
 8   where it's unaffected by the COVID pandemic.  So I settled
 9   on a time period of 2017 up to the first quarter of 2019.
10        Okay.  And then I further wanted to rule out entry
11   events that might be caused by some market characteristic
12   that was changing.  And so I looked at entry events where,
13   in the previous year, in the previous four quarters, there
14   was no entry of a different carrier.
15   Q.   Doctor, what would be an example of a market structure
16   change?
17   A.   So market structure change might be, for instance, that
18   Delta left a market and then JetBlue entered in a quarter
19   after that.  In that case, that wouldn't be something that's
20   necessarily as valid as if just looking at instances where
21   JetBlue entered but no one else had exited.  So I didn't
22   include those other entry events, I focused on the ones
23   where there was no market structure change.
24   Q.   And, Doctor, what's being shown by the two examples
25   here on the slide?
```

```
 1   A.   Well, these are two of the 62 examples where Spirit

 2   entered markets, and this is -- these examples show exactly

 3   the type of data that's going to -- I'm going to use to

 4   identify what the average impact of Spirit is.

 5        So the example on the left is an example that I -- is

 6   from an analysis I did, it's in my report, and that is the

 7   market of New York to Santo Domingo in the Dominican

 8   Republic.  And, your Honor, what I find on this is one

 9   example of what can occur, which is that when Spirit enters,

10   and that's after the vertical bar, this is on the left

11   graph, Spirit offers low prices.  So the yellow line is well

12   below the other lines.  But the three airlines that were

13   operating nonstop on that route, they also lower their

14   prices in response to Spirit entering.  Okay.  That's one

15   example of what can occur.

16        And on the right is another example I gave.  And this

17   example is from Dr. Hill's report.  So it's based on an

18   analysis he did, and I just put it here for the Court's

19   convenience, and that's Hartford to Miami.  So what happens

20   in Hartford to Miami is there were three airlines operating

21   before, there's a vertical line, and Spirit enters after

22   that.  And there's also a yellow bar.  And what we see there

23   is that, again, the yellow bar is well below the prices --

24   well below the other -- excuse me, the yellow line, not

25   yellow bar -- the yellow line is well below the three other
```

1    lines.

2         And what that indicates is that Spirit is entering with

3    low prices.  Then what we see is the other airlines, they

4    lower their prices, but it's a more modest reduction in how

5    much they lower the prices than on the New York-to-Santo

6    Domingo route.

7         My point in showing these two examples is not to

8    highlight that any one example is right, it's rather to say

9    that what I want to do and what I do as an economist is to

10   systematically analyze all the examples that meet the

11   criteria I listed above, and there's 62 of them where Spirit

12   entered, and do a regression analysis that effectively takes

13   the mean price drop when Spirit enters.

14   Q.   And, Doctor, earlier you mentioned that one of your

15   core disagreements with Dr. Hill is that he estimated

16   effects without consideration of Spirit's prices.  How is

17   that reflected in these examples?

18   A.   Well, what Dr. Hill is going to do when he calculates

19   net harm is he's effectively going to erase the yellow line.

20   So Dr. Hill's measure of net harm is going to focus, in the

21   left example, on only the three airlines -- Delta, JetBlue

22   and United -- and how their prices change, and he's not

23   going to give credit to Spirit passengers or to the low

24   prices they pay.

25        And on the right graph, Dr. Hill, he's going to use the

1   dotted line that he indicates, he calls average rival fare,

2   and that shows, in his estimation, a 6 percent drop in

3   prices.  And, again, he's not going to account for Spirit's

4   prices, which are well below those three prices, the average

5   of those three prices.

6   Q.   And, Doctor, you also mentioned that you used a

7   regression analysis.  What's the purpose of using a

8   regression?

9   A.   Well, what a regression does is it takes the weighted

10  average of these different entry events.  So regression,

11  it's something where I input all the data into a statistical

12  package, and the regression crunches all the data and it

13  comes back with this is the average impact of how much

14  prices changed.

15       So it's able to take all 62 events, and without having

16  to eyeball them, the regression, in a way that's systematic

17  and that's well-substantiated in economics and econometrics,

18  says this is the average.  This is the number that most

19  closely represents what would happen across these events.

20  Q.   And, Doctor, does a regression allow you to control for

21  any factors?

22  A.   Yes, it does.

23  Q.   How so?

24  A.   Well, in a regression such as this I'm going to control

25  for factors that might change over time that are not related

```
 1    to the entry.  And so I'm going to do that by including all

 2    these routes, and essentially using routes where there was

 3    an entry at a particular time to pick up time-varying

 4    factors, such as maybe fuel price changes or other things

 5    that might enter.

 6    Q.   Thank you, Doctor.

 7             MR. BATTAGLIA:  Slide 39, please.

 8    Q.   Now, let's take a look at what you found with respect

 9    to head-to-head competition between Spirit and JetBlue.

10             MR. BATTAGLIA:  Slide 40, please.

11    Q.   Doctor, what did your entry analysis reveal about

12    head-to-head competition between Spirit and JetBlue?

13    A.   Well, first of all, let me mention that I talked about

14    these 62 Spirit entry events.  Of those 62 events, 16 are in

15    markets where JetBlue was already present.  And so what I

16    looked at here was I did a regression of what happens to

17    JetBlue prices when Spirit enters using those 16 events.

18    And what I found is that, depending on the specification I

19    chose, JetBlue's prices go down by 10 to 15 percent, on

20    average, when Spirit enters into a market.

21         And just to be clear, this is based on analysis I did

22    that's in my report.  And this -- this is the head-to-head

23    competition between JetBlue and Spirit that would be lost if

24    Spirit Airlines were to be acquired by JetBlue.

25    Q.   And what's being shown on the right side, Doctor?
```

1    A.   This is an ordinary-course analysis that JetBlue put

2    together.  And it's very consistent with what I found.

3    They're looking at price impacts and they're finding them

4    right in the range of what I estimate.

5              MR. BATTAGLIA:  Slide 41, please.

6    Q.   Now, Doctor, on the last slide you gave results for

7    both weighted and unweighted regressions.  Can you please

8    explain what that means?

9    A.   Yes.  So there's two ways that one can do this

10   regression analysis, and both have some justification in

11   economics and in econometrics.  The first way is called an

12   unweighted regression.  And what that says is that I should

13   take each of those 16 entry events by Spirit and I should

14   take the average across -- or not I, but the regression will

15   take the average across those 16 entry events to figure out

16   what's the impact of Spirit entering on JetBlue prices.

17        And this is a well-justified technique.  And it's the

18   best technique to use if prices are set market-by-market

19   because it's just taking those 16 entry events and it's

20   treating each of them equally.  In my opinion, it's the most

21   appropriate for this case because what we see here is that

22   each route there's a pricing manager, and that pricing

23   manager is deciding how to price.  And this is exactly the

24   type of scenario where prices are set market-by-market.

25        But there's another way to do the regression.  And the

```
 1    other way is what's called a weighted regression.  What a

 2    weighted regression does is it gives more weight to larger

 3    markets.  So if there's a Spirit entry in a market that's

 4    larger, it's going to weight that more.  It's going to do a

 5    weighted average and weight that more in the coefficients in

 6    what its findings are.

 7         And that's a better approach if each customer's price

 8    is set individually, which is not the case here, so I think

 9    it's a little less appropriate than using the unweighted

10    regression approach.  But the results of the weighted

11    regression are more favorable to the defendants, it turns

12    out.  That's what I found after doing it both ways.  So I

13    thought it was most useful to the Court if I presented both

14    the unweighted and the weighted regression so that I can

15    give the Court the analysis that I think is most appropriate

16    but also the one that's most favorable to the defendants.

17              MR. BATTAGLIA:  Slide 42, please.

18    Q.   Now, I'd like to turn to what you've done to assess how

19    Spirit more broadly impacts competition in the markets that

20    it serves.  Dr. Gowrisankaran, what did you observe with

21    respect to how Spirit affects the prices of all of its

22    competitors?

23    A.   What I observed is very consistent with what I found

24    about how Spirit affects JetBlue prices.  So when I look at

25    all 62 events and I say what happens to the average prices
```

1    of competitors in those 62 markets where Spirit entered, I

2    find that Spirit lowers prices.  And, again, I did that the

3    two ways I talked about, unweighted and weighted.  And the

4    results range from 7 to 11 percent fare drop on its

5    competitors when Spirit enters into the market.

6    Q.    Doctor, does this analysis fully capture Spirit's

7    effect on competition?

8    A.    No, it doesn't.  And --

9    Q.    And why not?

10   A.    Yeah, well, there's really two reasons for that.  One

11   is a reason I testified to a couple minutes ago, which is

12   that this is about Spirit's impact on its rivals' prices.

13   So thinking back to the example of Hartford to Miami, it's

14   not including the yellow line.  And I don't know if your

15   Honor would like -- well, I guess it's fine to just,

16   thinking about that example, it just doesn't include that

17   line.

18        So that's one impact.  It's just about rivals and it

19   doesn't include the fact that Spirit has low prices itself

20   and that benefits Spirit customers.

21        But the second is that it doesn't account for the fact

22   that the mix of passengers on other airlines will change.

23   So what's going to happen when Spirit enters that route of

24   Hartford-to-Miami, well, in other airlines that are

25   operating in that route, like I think there was American and

1   Delta, they're going to be -- get a mix of more of the

2   business travelers because spirit is getting the

3   cost-conscious travelers.  So that mix, business travelers

4   typically pay more for tickets, that's going to be reflected

5   in those prices of those other airlines.

6            MR. BATTAGLIA:  Slide 44, please.

7   Q.   Let's take a look at how the loss of Spirit and

8   Spirit's low prices will affect consumers who prefer low

9   prices.

10            MR. BATTAGLIA:  Your Honor, here I believe we have

11   an animation.  I'm not sure if you are looking at your

12   monitor, but I think the slide is also --

13            THE COURT:  Okay.

14   Q.   So, Dr. Gowrisankaran, did your entry analysis reveal

15   anything about the impact of Spirit's prices?

16   A.   Yes.  So what I show -- I think it's -- there's a slide

17   on each of them, so there's no need to use the animation,

18   your Honor.

19        So looking at the first slide, which is all gray, what

20   we see there is that's the Hartford-to-Miami fare

21   distribution.  So it's what's called a histogram.  And each

22   dot on that is one passenger paying one fare.  And so what I

23   see from this is that the passenger, the most typical fare

24   to pay, that's the highest of the bars.  If we trace it

25   downward, that's about $140 or $150 each way.  And that's

1    before Spirit entered on this Hartford-to-Miami route.

2            MR. BATTAGLIA:  Next slide.

3    A.   So this is the fare distribution after Spirit entered

4    on that route.  And what we can see is that there's a whole

5    bunch of people now who are paying a lot less for tickets.

6    So there's a bunch of people, looking at where the green

7    bars are, that are paying, like -- paying $40 or somewhere

8    in a $20 to $40 range or $40 to $60 range.  Those are fares

9    that most people were not paying before, and -- or almost

10   nobody was paying, and now there's a bunch of people that

11   are paying those low fares.  Those are exactly the

12   cost-conscious travelers.  They're exactly Spirit's core

13   market.

14           MR. BATTAGLIA:  Slide 47, please.

15   A.   So what I did here is I just overlapped the two

16   densities just to show them on top of each other.  And what

17   you can see from this -- these graphs overlapped is that

18   what's happening when Spirit enters is that it's really the

19   low end of the fare distribution, those people who are

20   paying under $100, where there's a whole bunch of people now

21   that are able to afford to travel between Hartford to Miami

22   because Spirit has made low-cost air travel, low-priced air

23   travel available.  And cost-conscious travelers are the ones

24   who benefit from that.

25   Q.   And, Doctor, what did your analysis show?

1    A.   So just very specifically, what I showed just in

2    numbers is if we want to say what is it -- how much are

3    90 percent of tickets being priced more or 10 percent of

4    tickets being priced less, before Spirit entered it was

5    $102.50.  Only 10 percent of people were paying less than

6    102 bucks before Spirit entered.  And if we look in the year

7    after Spirit entered, 31 percent of tickets were being sold

8    for that low price.  And so what Spirit is really doing is

9    not just lowering prices on average, your Honor, but Spirit

10   is also lowering prices exactly for the cost-conscious

11   travelers who are paying relatively little to fly.

12           MR. BATTAGLIA:  Slide 48, please.

13   Q.   And, Doctor, your previous example showed how Spirit

14   entry has a significant effect on fares at the lower end of

15   the fare distribution.  Did you analyze how entry by both

16   defendants affect fares along the fare distribution?

17   A.   Yes, I did.  And I just want to highlight that the

18   previous example was just one example.  And so it's not

19   somewhere where I'd stop as an economist because what I want

20   to do is look at this systematically.  This looks at it

21   systematically for both Spirit and JetBlue.

22           And what I found is that after the -- after Spirit

23   enters at the low end of the distribution, that tenth

24   percentile of fares, Spirit's able to lower prices

25   33.5 percent, which is pretty consistent with the example I

```
1    gave.  And JetBlue, it has some impact at the low end of the
2    fare distribution, but it's a lot lower than Spirit.  It's
3    only an 18.5 percent reduction in prices when JetBlue
4    enters.
5         In other words, the bottom line here is that Spirit is
6    more able to lower prices for the cost-conscious travelers
7    that are its target market.
8              MR. BATTAGLIA:  Slide 49, please.
9    Q.   Dr. Gowrisankaran, have you analyzed how Spirit's
10   prices have changed over time?
11   A.   Yes, I have.
12   Q.   And what did you find?
13   A.   What I found is that looking at the last, what is it,
14   six years, from 2017 until now, Spirit prices are the yellow
15   lines.  And what I put there is two ways of calculating
16   Spirit prices.  Because Spirit offers this unbundled fare
17   model, I put its base fare in and I put the all-inclusive
18   price.  That's the price that people pay, that Spirt
19   customers pay, including all the ancillary services.
20        Those two yellow lines, they're just well below all of
21   the other lines on this graph.  What that means is that
22   consistently over the past six years, through the pandemic,
23   before the pandemic, and after the end of the pandemic,
24   Spirit has offered lower prices than the other airlines
25   here.  And what the other airlines I'm listing are the
```

1    legacy airlines, those are in gray, and JetBlue, which is in

2    black.  And what this graph shows is that when you add up

3    JetBlue prices and the legacy prices, they're really pretty

4    similar to each other.  And they've been similar for the

5    last six years.  But Spirit prices are lower than JetBlue

6    prices or the legacy prices.

7                MR. BATTAGLIA:  Slide 50, please.

8    Q.   Doctor, let's discuss your fourth basis of harm from

9    the loss of Spirit, an increased risk in coordination in

10   relevant markets.  And we're on slide 51.

11        Dr. Gowrisankaran, what is coordination?

12   A.   So coordination, as an economist, the way I define it

13   is when there are multiple firms and they're going to engage

14   in conduct, such as pricing above the competitive level, and

15   the only reason that it's profitable for them to do so is

16   because they know that other firms are going to accommodate

17   them when they end up pricing above the competitive level.

18        And this definition that I use as an economist is

19   really very similar to what the horizontal merger guidelines

20   define.  And I put that in quotes, what they say.

21   Q.   Doctor, what are the ways in which coordination can

22   occur?

23   A.   Well, there's a whole bunch of different ways that we

24   can have coordination, and I illustrated that with the

25   arrows in the middle of this slide.  And the arrows are

 1    meant to illustrate that there's a continuum of ways.

 2         So on one extreme is what I'll call explicit

 3    agreements.  So, traditionally, we would think of these as

 4    smoke-filled back rooms where CEOs would get together and

 5    they would agree on prices.  Now maybe it's CEOs texting or

 6    whatever, but the same idea, that it's an explicit

 7    agreement.

 8         The other way, the other extreme is what's called

 9    parallel accommodating conduct.  And what this means is that

10    there's no agreement either explicit or implicit, but maybe

11    these airlines have recognized that in order to work with

12    each other they don't fight too hard on each other's turf,

13    maybe they don't put a lot of capacity where other firms

14    are, or maybe they just price relatively high on their turf,

15    but there's not necessarily any sort of signaling or

16    agreement.

17         And in the middle, broad middle, is what I'd call

18    implicit agreements.  And that's where firms, in this case

19    airlines, may recognize that they have ways of strategies

20    that they'd like to do where they accommodate each other.

21    And when other airlines don't accommodate, when they price

22    too low or expand capacity too much, maybe they have ways of

23    punishing them or fighting them.  But they're not actually

24    talking to the other airlines.  There's no one picking up

25    the phone, or texting, or whatever that is.

1    Q.   Doctor, what are the economic features of coordination?

2    A.   Well, any type of coordination across this spectrum of

3    effects has really three features in common.

4         So the first feature is that one thing that firms need

5    to do to be able to coordinate is to have a common

6    understanding of what to do.  So how do you coordinate on

7    prices?  Well, the easiest way is if you all decide, if

8    you're firms, like this is the prices we're going to

9    coordinate on.  So that common understanding is crucial.

10        The second feature of economics -- second economic

11   feature of coordination is that firms have to have an

12   ability to monitor what their rivals are doing.  So how do

13   you know if your rivals are following your pricing strategy?

14   Well, it's sure helpful if you can observe your rivals'

15   prices and see if they're actually following what you

16   implicitly or explicitly agreed to do, or what you've just

17   come to do over time because you're in the industry a long

18   time.

19        And the third is that there has to be an ability to

20   respond to rivals' deviations.  So the most common way that

21   you can respond to rivals' deviations is if they don't go

22   along with the coordination, if they, say, price too low,

23   then you, as a firm, can lower prices where it's going to

24   hurt your rivals.  So punishment is one type of response.

25   But any type of coordination has to have some ability to

1    respond in order to make sure that that coordination is able

2    to be sustained.

3    Q.   Doctor, what is the connection between coordination and

4    your evaluation of coordinated effects with respect to this

5    merger?

6              THE COURT:  I don't understand the question.

7              MR. BATTAGLIA:  Well, your Honor, he was just

8    speaking about features of coordination, and now I'm just

9    connecting that to his analysis of coordinated effects.

10             THE COURT:  So your question is?

11             MR. BATTAGLIA:  What is the connection between the

12   two.

13             THE COURT:  His understanding, like what did he

14   find in this case about coordination?

15             MR. BATTAGLIA:  Just how coordination is related

16   to the notion of coordinated effects.

17             THE COURT:  Well, that appears to mean something

18   to you, but it doesn't mean something to me.  So it's got to

19   tell me something.  So having -- let me try a question, see

20   if you're okay with my question.

21             THE WITNESS:  Uhm-hmm.

22             THE COURT:  So you have described generally one

23   end of the spectrum is price-fixing, at the other end of the

24   spectrum of, at least concern, is this parallelism.

25             THE WITNESS:  Right.

```
 1              THE COURT:  How does that relate to this case?
 2              THE WITNESS:  Well, in this case what I see
 3    evidence of is that there is -- there are coordinated
 4    effects.  I have not seen evidence of explicit agreements,
 5    but I have seen evidence of signaling, which I would think
 6    of as a type of implicit agreement.  And I've also seen
 7    evidence of parallel accommodating conduct.
 8              But, your Honor, I think my counsel was just going
 9    to ask me about the two words, coordinated effect and
10    coordination.
11              THE COURT:  Well, we'll let him ask.
12    Q.   Well, Doctor, I'll try it this way.  Doctor, can you
13    please explain coordinated effects?
14    A.   Yes.  So coordinated effects mean how does coordination
15    change as a result of the merger.
16              THE COURT:  I see.  All right.
17    Q.   Thank you.
18              MR. BATTAGLIA:  Slide 52, please.
19    Q.   And, Doctor, as part of your analysis of this merger,
20    what did you find with respect to coordinated effects?
21    A.   What I found is that the airline industry is
22    susceptible to coordination.  I also found that Spirit has
23    been a disruptive force that has mitigated the risk of
24    coordination, and that post-merger JetBlue would have an
25    increased incentive to participate in coordination.
```

1    Q.   Doctor, how does this merger affect the three economic

2    features of coordination that you discussed on the previous

3    slide?

4    A.   It affects all of those features.  So the first feature

5    is can -- is it easy to come to an understanding.  This

6    merger will make it easier to come to an understanding about

7    prices, it makes it easier to monitor rivals' actions, and

8    it makes it easier to respond to deviations and to punish

9    rivals.

10   Q.   Doctor, in your opinion, is the merger likely to

11   increase the risk of coordinated effects?

12   A.   Yes, the merger is likely to have coordinated effects

13   for all of these reasons.

14        MR. BATTAGLIA:   Slide 53, please.

15   Q.   Now, Doctor, what factors did you consider in

16   concluding that the airline industry is susceptible to

17   coordination?

18   A.   Well, there's a number of factors that would make an

19   industry susceptible to coordination that we think of as

20   economists.  And they're also all listed in the horizontal

21   merger guidelines.

22        So the first is transparency in monitoring.  So, again,

23   it boils down to asking, do airlines know what fares other

24   airlines are filing, and do they monitor them.  And here I

25   see evidence this is absolutely true.  So airlines publish

fares with ATPCO.  We've seen a lot of ATPCO, for instance,
yesterday, from Mr. Lage at Spirit.  These make prices
transparent to other airlines.  Airlines also monitor ATPCO.
And this gives airlines an ability to identify competitive
actions that are deviating from coordinated outcomes.

The other thing that's there is that there's a lot of
sales and they're generally small relative to airlines.  So
every day, and we've seen testimony about this too, there's
millions of fares that are being filed over a year, and
thousands every day.  And airlines frequently change those
fares.  So ATPCO transmissions for domestic fares are
changed four times a day, and that allows airlines to
quickly respond to competitive deviations, and that also is
a feature that sustains collusion -- excuse me,
coordination, not collusion.

The other -- the third piece of evidence is that, is
what's called multimarket contact.  And the idea here is
that airlines compete with each other in many different
routes, and some of those routes are important to one
airline and other routes are important to another airline.
So just to think of an example, let's think of DFW,
Dallas-Fort Worth, to Tucson, Arizona.  So that's -- DFW is
a fortress hub, as it's called, for American Airlines.  So
DFW-Tucson is going to be a very important route for
American Airlines, so they're going to have most of the

1   market share on that route.

2       Now, United Airlines also flies that route.  But if you

3   want to fly on United from Dallas to Tucson you'd have to

4   make a connection in Houston.  So that route is important to

5   American but not important to United, which means that if

6   United just lowers its fares on that route, it's able to

7   punish American effectively for any deviation from

8   coordinated actions.

9       But United also flies the route Houston to Tucson

10  nonstop and that's a fortress hub for United.  So there's a

11  symmetry to that, which is that that route is important for

12  United and it gives American the ability to punish United by

13  lowering fares from Houston to Tucson with a stopover in

14  Dallas.

15      And so the fact that these airlines are symmetric, but

16  they both have routes that are important to them but those

17  routes deviate from each other, allows them to essentially

18  punish each other very effectively.  And that punishment is

19  what can sustain coordination.

20          THE COURT:  If I understand the thrust of your

21  testimony, at least in this area, these risks are present in

22  any oligopoly and they are increased if you get rid of one

23  of the players and reduce the number remaining.  Right?

24          THE WITNESS:  That's right, your Honor.  But

25  that's not the only way in which they'll be reduced by this

```
 1   merger.

 2              THE COURT:  What other ways?

 3              THE WITNESS:  Well, Spirit's prices are less --

 4   are less transparent to its rivals because they don't file a

 5   lot of their prices -- they don't file nearly as many of

 6   their prices on ATPCO.  Also Spirit has a different fare

 7   model, so they operate an unbundled product model, and they

 8   don't match legacy prices.  So it's very hard to coordinate

 9   on a single set of prices since Spirit is going to be

10   offering different prices, but also lower prices.  And also

11   Spirit doesn't -- they just don't engage in coordination as

12   much as other rivals do.  They don't follow the herd, in

13   their own words.

14              Finally, your Honor, this merger would make

15   JetBlue look a lot more like a legacy carrier.  So it'll

16   increase their symmetry.  They would be more of a

17   hub-and-spoke airline, and that would increase the ability

18   for airlines to punish each other in this type of

19   multimarket contact mechanism.

20              THE COURT:  Go ahead.

21   Q.   And, Doctor, did you consider any other factors?

22   A.   Yes, I did.

23   Q.   And what else did you consider?

24   A.   So the last bullet on this slide gives evidence of --

25   is evidence of past coordination.  And what I found there is
```

 1    that there was a -- the Department of Justice sued the
 2    airlines for coordinated practices and they settled with a
 3    consent decree in 1994 where they agreed to sop using ATPCO
 4    to signal in certain ways.  There was also a settlement in
 5    2004 for alleged violations of American Airlines of this
 6    consent decree.
 7              MR. BATTAGLIA:  Slide 54, please.
 8    Q.   And, Doctor, before I ask you a question I just want to
 9    point out that we've redacted a portion of this slide.  It
10    contains confidential third-party material.  It has a red
11    box, in your binder.  Please do not disclose that material.
12    Thank you.
13         Doctor, did you make any observations with respect to
14    how airlines use ATPCO?
15    A.   Yes, I did.
16    Q.   And how did those observations relate to the features
17    of coordination that you previously discussed?
18    A.   Well, what I have observed is that the airlines use
19    ATPCO to attempt to signal each other.  And I gave a few
20    examples on this slide of how they signal each other.  We've
21    already heard about two of the ways that airlines can signal
22    each other.  One way is called a cross-market initiative, or
23    a CMI, and the other way is called flashing.
24         The basic point of a cross-market initiative is that an
25    airline will lower fares on -- in routes that are important

```
 1    to a second airline.  So, like, routes out of their hubs,

 2    for instance.  And the lowering of fares might seem like

 3    it's good for consumers, but it's meant as a signal to the

 4    other airline.  It's meant to tell the other airline back

 5    off and raise prices.

 6        So as we heard from Mr. Lage, I believe, those prices

 7    might last for just a few hours or maybe a day.  And then

 8    what happens is both airlines give up and they raise prices

 9    across the board for -- for -- they raise prices on a broad

10    set of routes.  So it's ultimately customers that suffer

11    with CMIs.

12        What I showed here is an example of a manual that Delta

13    uses to train new pricing analysts.  What Delta is training

14    its analysts to do, and this is in the top right of this

15    slide, your Honor, is Delta -- is American is saying --

16    excuse me, Delta is saying this is how you can see what a

17    CMI is.  So they're saying look at ATPCO transmissions and

18    here are the telltale signs that will tell you when another

19    airline is trying to do a cross-market initiative and

20    ultimately trying to punish the other airline that --

21    American, in this case, is trying to punish United so that

22    both of them will ultimately raise prices.

23        And what I showed in the bottom right is that there's a

24    lot of information in these ATPCO signals.  This is, again,

25    from Delta Airlines.  So an example of that is Delta is
```

1    telling its pricing analysts when American is filings fares,

2    how do you know if those fares are for initiatives that are

3    about JetBlue, about competition with JetBlue.  Well, look

4    for a J in the fourth digit, or something like that, is what

5    Delta is telling its analysts to look at in these American

6    Airlines transmissions.

7    Q.    Thank you, Doctor.

8          MR. BATTAGLIA:  Slide 55, please.

9    Q.    Now, Doctor, you covered some of what's on this slide

10   in response to the Court's question, but could you just, you

11   know, briefly explain how Spirit mitigates the risk of

12   coordination?

13   A.    Yes.  And so, your Honor, this is exactly what I was

14   testifying to a couple of minutes ago, that Spirit fares are

15   less transparent to other airlines.  So JetBlue's contracts

16   with what are called global distribution systems mean that

17   it must make nearly all its fares available.  And so do the

18   big four airlines.  But that's not true for Spirit.  And so

19   because that's not true for Spirit, other airlines have a

20   harder time understanding exactly what Spirit's fares are

21   going to be and what all the different fares they have

22   available are.  They can't just look on ATPCO on these

23   four-times-a-day transmissions.

24         Spirit also is able to ignore the price initiatives

25   from other airlines.  Why is Spirit able to ignore them?

1    Well, it is their branding that they have no obligation to

2    follow the herd, but it stems from some fundamentals of

3    economics, which is that Spirit has lower costs than other

4    airlines, so they don't have to follow other airlines'

5    prices.  They can make a profit even with lower prices.  And

6    Spirit has a different business model where they focus on an

7    unbundled business model, and they focus more on these

8    cost-conscious travelers and less on corporate accounts, for

9    instance.

10          MR. BATTAGLIA:  Slide 56, please.

11   Q.    Dr. Gowrisankaran, what's being shown on this slide?

12   A.    This is some empirical evidence on how Spirit prices

13   relative to other airlines.  And this is an analysis I did

14   that's in my report.  And I put together this analysis based

15   on data from Spirit Airlines.  And this is data that I think

16   Mr. Lage testified about yesterday, if I remember correctly.

17   And what this data shows is Mr. Lage is looking at what are

18   the lowest filed fares, the lowest posted prices in nonstop

19   markets where Spirit is.

20          And what he's trying to look at, and what I looked at

21   in this, when this went out in this exhibit that I did, is I

22   wanted to understand how often does Spirit have lower posted

23   prices than other airlines, than the big four airlines.  The

24   big four are Delta, American, United and Southwest.  And so

25   those yellow bars are very close to one.  They're very high.

1    And what that indicates is that it doesn't matter which of

2    these types of fares you're looking at, walk-up fares, or

3    3-day advance purchase, or 7-day advance purchase, Spirit

4    Airlines most often has a lower posted lowest fare than any

5    of the big four.  Over 90 percent of the time.

6        And that's simply not true for JetBlue.  If you look at

7    JetBlue Airways, the blue bars, they're about 20 percent, on

8    average.  So it's only about one in five times that

9    JetBlue's lowest posted fare is lower than what the big four

10   are charging.  And the rest of the time JetBlue is either

11   charging the same as the big four or they're charging

12   something higher than the big four.

13           MR. BATTAGLIA:  Slide 57, please.

14   Q.   Doctor, earlier you mentioned the ability to respond to

15   deviation as an economic feature of coordination.  What

16   about Spirit makes it less susceptible to punishment by

17   competitors?

18   A.   So what's different about Spirit, and I highlight this

19   on the left two columns, is that Spirit is not symmetric to

20   the other carriers.  So what I mean by that is Spirit, in

21   the markets where it operates, it often has a much lower

22   share than the big four or than JetBlue.

23       And so specifically, your Honor, I point you to two

24   numbers, that Spirit is the largest passenger share in 40 of

25   the 320 markets in which it operates.  So only in one in

```
 1   eight of the markets where Spirit operates nonstop is it the
 2   largest airline in that market.
 3        And if we look at the big four, we look at JetBlue,
 4   they're the largest carrier in a far greater percentage of
 5   the markets where they operate in.  And so this merger, it
 6   would get rid of a competitor that's fundamentally
 7   asymmetric to the other competitors.
 8             MR. BATTAGLIA:  Slide 58, please.
 9   Q.   Doctor, why is this merger likely to increase the risk
10   of coordination?
11   A.   Well, at a big picture, what I've illustrated and what
12   I've testified to are the two reasons why, which is that it
13   would eliminate Spirit as a competitor.  So it removes a
14   source of disruption.  But it also changes JetBlue's
15   incentives.  So as a result of this merger, JetBlue's going
16   to become more like a legacy.  So it's going to be bigger on
17   many routes in which it operates, and that's going to mean
18   that it's going to give it a greater susceptibility to
19   punishment.  It's also going to be more like a hub-and-spoke
20   carrier, so that's also going to mean it's much more
21   symmetric to the big four, and that's going to increase
22   their ability to coordinate.
23   Q.   Doctor, are you aware that the Department of Justice in
24   the NEA case argued that JetBlue is a member?
25   A.   Yes, I am.
```

```
 1   Q.   Does that assertion affect your conclusions here?

 2   A.   No, it doesn't.

 3        MR. CULLEY:  Objection, your Honor.  None of this

 4   is in Dr. Gowrisankaran's reports.

 5        THE COURT:  Where is that in his report?

 6        (Whereupon counsel conferred.)

 7        MR. BATTAGLIA:  I withdraw the question, your

 8   Honor.

 9        THE COURT:  All right.

10        MR. BATTAGLIA:  Slide 59, please.

11   Q.   Doctor, you just discussed four separate competitive

12   effects likely to result from this merger.  Did you reach

13   any other conclusions in regard to competitive effects?

14   A.   Yes, I did.

15   Q.   And what were those?

16   A.   Well, there's also a number of markets where Spirit has

17   planned to enter, and these competitive effects would also

18   be felt in those markets.  Because if this merger were to go

19   forward, Spirit would also be lost as an independent

20   competitor in these markets where Spirit plans to enter.

21   Q.   And do you know approximately how many markets Spirit

22   planned to enter?

23   A.   I reported in my initial report it's over 100 markets,

24   if I remember correctly.

25   Q.   And, Doctor, did you make any observations with respect
```

1    to how long Spirit remains in a market after it enters?

2    A.   Yes, I did.

3    Q.   And what did you observe?

4    A.   Well, a couple of things.  So in my report I noted that

5    prepandemic when Spirit entered a market it typically stayed

6    in the market.  So over 90 percent of the time Spirit

7    remained in the market two years after it entered.

8        And I also saw testimony from Mr. Kirby at Spirit that

9    said that Spirit invests a lot when they enter in markets,

10   and they only want to enter in markets if they think they

11   could stay.  Even in light of the current operational

12   challenges, Mr. Kirby said some of the markets where Spirit

13   has suspended service, like for instance he mentioned a

14   couple of markets from smaller places in Puerto Rico, from

15   Aguadilla and Ponce, he said they're suspending service and

16   hope to return to them.

17            MR. BATTAGLIA:  Slide 60, please.

18   Q.   Doctor, did you quantify the harm resulting from the

19   loss of Spirit?

20   A.   Yes, I did.

21   Q.   I'd like to take a closer look at that quantification.

22            MR. BATTAGLIA:  Slide 61, please.

23   Q.   Dr. Gowrisankaran, what framework did you use to

24   quantify the harm from the loss of Spirit?

25   A.   Well, what I did to quantify the loss was, first of

1  all, what I wanted to do was estimate how much Spirit is

2  lowering prices when they enter, and then what I want to do

3  is use that estimation to understand what would happen if we

4  remove Spirit from all markets.

5       And so focusing on the first step of the estimation

6  step, what I'm going to do there or what I did there is I

7  used the same entry events that I -- that I've testified to

8  earlier to understand when Spirit enters a market how much

9  does it lower prices.  And so those are the same 62 entry

10  events.  But I'm going to do it a slightly different way

11  because what I want to do is to allow the relationship

12  between Spirit's ability to enter and lower prices to be

13  specific to markets.

14       So specifically what I'm going to do, to do that, is

15  I'm going to recognize if Spirit enters with more planes or

16  more frequency in the market, it's likely to have a bigger

17  impact on lowering prices, but if it enters a bigger market,

18  all else equal, then it's not going to be that determinant

19  in lowering prices because it won't have that much of an

20  impact.  So I'm going to measure how much it lowers prices

21  by looking at the number of planes at which Spirit enters

22  relative to the size of the market.

23       Focusing on the second step of my analysis, what I'm

24  going to do is to say let me look at what would happen if

25  the parties simply moved all of the planes out of the

1    relevant markets, what would that -- how much would prices

2    be increased.

3    Q.   And as part of that second step did you exclude any

4    markets?

5    A.   I did.

6    Q.   And why?

7    A.   So I excluded a few markets where Spirit either had a

8    huge amount of the capacity or where they -- or where they

9    had a very small amount of the capacity.  And the reason I

10   excluded them is that those were out of sample for my

11   estimation.  And one of the principles of econometrics is

12   what you'd like to do is, if you're doing prediction, is to

13   predict on a similar set of events from the ones that you're

14   using to estimate what the impact of something is.  And so

15   by excluding those markets with very low or very high Spirit

16   frequency, my numbers are conservative because I'm not

17   assessing any harm or net harm in those few markets.

18              MR. BATTAGLIA:   Slide 62, please.

19   Q.   Doctor, let's take a closer look at that first step in

20   your framework that you just described.

21   A.   Uhm-hmm.

22   Q.   How do you estimate the effect of Spirit entry on

23   prices?

24   A.   So what I did to estimate the effect of Spirit entry on

25   prices was I, first of all, I plotted these 62 events.  And,

1    your Honor, what this graph shows is on the horizontal axis,

2    that line exactly, on the horizontal axis I plotted Spirit's

3    relative capacity.  And what I mean by that is how many

4    flights a day did they have divided by the number of

5    passengers total in that market.  On the Y-axis, or the

6    vertical axis, I plotted the impact of Spirit on lowering

7    prices, so how much did prices change in the year after

8    Spirit entered relative to the year before Spirit entered.

9         And there's two things that you can see from this graph

10   right away.  The first thing is that most of these points

11   are below zero.  What that means is that when Spirit enters

12   markets, market prices, this is the market average price,

13   typically goes down in almost all these cases.  And the

14   second thing that this shows, this line shows, is that

15   there's a downward slope.  If you tried to fit a line

16   through those points you would see that there would be a

17   downward slope to that line.  What that's indicating, your

18   Honor, is that the bigger the entry of Spirit, the more it's

19   going to have an impact on lowering prices.

20             MR. BATTAGLIA:  Slide 63, please.

21   Q.   Doctor, what's being shown on this slide?

22   A.   So what I'm showing on this slide, on the left part of

23   it, is the same 62 dots, but I'm showing a regression

24   analysis.  And so what a regression analysis does, or

25   regression line does, is I feed all the information on

1   prices into a statistical package and it says let me try to

2   find -- the statistical package says let me analyze the data

3   and come up with the line that best fits those points.

4        And in particular what the package identified is that

5   the line that fits those points is a curved line.  So I let

6   it be flexible and it picked a line that's curved.  So it's

7   not a straight line but it's one where the impact of

8   additional Spirit relative capacity diminishes.  So it's

9   always -- so it's -- so the impact is negative on prices,

10  but it diminishes as Spirit gets to be bigger.

11  Q.   Doctor, what do you mean by be flexible?

12  A.   So what I mean by be flexible is that I didn't restrict

13  that line, for instance, to be a straight line, or I didn't

14  restrict it to go through what's called the origin, the zero

15  point.  Instead I said let me let the data speak to what

16  that line should be.  Let me input the data and let the

17  statistical package come out with the formula for what that

18  line should be.

19  Q.   And, Doctor, what's being shown on the right-hand side

20  of this slide?

21  A.   Well, what I showed on the top right is the

22  mathematical specification that underlies this regression

23  line.  And so, if you recall, I testified that I did most of

24  my analyses two ways, with an unweighted regression and a

25  weighted regression.  The unweighted one is what I think is

1    more accurate, but the weighted one is the one that gives

2    results more favorable to the defendants.  And so what I

3    showed is the mathematical specifications that underlie

4    these regression lines for both the unweighted and the

5    weighted Spirit regressions.

6        And on the bottom right what I showed is a document

7    from a ULCC trade group.  And they're also looking at the

8    relationship between ULCC size and market prices, and they

9    find something very similar to what I'm finding.

10   Q.   So this document on the bottom right, how is that

11   related to your analysis?

12   A.   So the document on the bottom right really verifies

13   what I'm saying; when ULCC trade groups do this, they find

14   exactly the same thing that I'm finding.

15            MR. BATTAGLIA:  Slide 64, please.

16   Q.   So, Doctor, once you determined the relationship

17   between Spirit entry and market prices, how did you use that

18   relationship to quantify the effects from the merger?

19   A.   So what I did is I applied that relationship to all the

20   markets where Spirit currently operates, or operated during

21   the last time period of my sample, excluding the couple ones

22   that were outliers.  So what I showed here is, first of all,

23   I just took that same regression line that I estimated and

24   I'm just plotting it without all the points on here to

25   illustrate it.  I'm going to illustrate what I did with one

 1    example in particular, which is Las Vegas to San Francisco.

 2            MR. BATTAGLIA:  Next slide, please.

 3    A.    So these are the facts about Las Vegas to San

 4    Francisco.  So if we look at it, Las Vegas, when Spirit

 5    entered this route, they had 5.6 flights a day, and there

 6    were 6,378 passengers a day in the year before Spirit

 7    entered.  So dividing 5.6 by 6,378 gives a relative

 8    capacity, which is what I'm measuring here, as 0.00088.

 9            What I plotted on this figure, your Honor, is I drew a

10    vertical line as exactly what Spirit's capacity is.  The

11    vertical dotted line ends at the point at the yellow line,

12    and that's indicating how much Spirit, on average, lowered

13    prices in the Las Vegas-to-San Francisco market by being in

14    that market.

15            MR. BATTAGLIA:  Your Honor, this is an animation,

16    so I don't believe this appears on your hard copy.  My

17    apologies.

18    A.    I think it's there actually, because I have -- I'm

19    looking at the binder so...

20    Q.    Okay.  Sorry, Doctor.  Proceed.

21    A.    Yeah, I think the next slide is good.

22            Okay.  So what I did here is I took this same graph,

23    but I'm just going to zoom in on the part around 0.00088,

24    that's Spirit's relative capacity.  So it's just the

25    leftmost part of the earlier graph, and I just highlighted

1    here so that we can see this in more detail.

2         And so what this shows, your Honor, is that looking at

3    that line, and where that dotted line hits it, Spirit had

4    about a 12 percent price decrease from being in that -- from

5    its entry into that Las Vegas-to-San Francisco market.

6         And next slide, please.

7         So what's going to happen if this merger were to go

8    forward is that Spirit would be eliminated and prices would

9    go down from -- would go up, excuse me, from their lower

10   level, where they are now, that's indicated on line, back to

11   the baseline level of zero.  So that yellow upward arrow is

12   the impact in this market of price increase that would occur

13   just from eliminating Spirit.

14        MR. BATTAGLIA:  Next slide, please.  Slide 66.

15   Q.   Doctor, thank you for that example.  Did you conduct

16   this analysis for other markets?

17   A.   Yes, I did.

18   Q.   So I know that we're going to talk about JetBlue using

19   Spirit planes, but before we get to that did you calculate

20   an initial harm number?

21   A.   I did calculate an initial harm number, and this is a

22   number I testified to at the beginning of my testimony,

23   which is 4.2 billion or 4.5 billion, depending on whether I

24   use a weighted regression or an unweighted regression.

25        And I want to stress this is the harm from completely

```
 1   eliminating Spirit in the relevant markets.  But I recognize
 2   that the Spirit planes may continue to be used by JetBlue in
 3   the relevant markets, and so what I'm going to do is not
 4   stop here, but also assume, conservatively, that all the
 5   Spirit planes stay in the relevant markets and estimate a
 6   net harm number that takes that efficiency claim seriously
 7   and tries to understand the net harm that would result to
 8   consumers from that.
 9              MR. BATTAGLIA:  Slide 67, please.
10   Q.   And, Doctor, how do you refer to the use of Spirit
11   planes post-merger?
12   A.   What I refer to this is, as a conversion-efficiency
13   claim.  So the defendants have said that they would take
14   those planes and use them and take advantage of the JetBlue
15   Effect.  And I'm going to call that the defendants'
16   conversion-efficiency claim, just to be clear.
17   Q.   Let's take a closer look at that claim.
18              MR. BATTAGLIA:  Slide 68, please.
19   Q.   So, Dr. Gowrisankaran, can you please explain
20   defendants' conversion-efficiency claim in a bit more
21   detail?
22   A.   What the defendants claim is that they're going to take
23   those Spirit planes and they're going to redeploy them as
24   JetBlue planes in the same markets that Spirit serves today.
25   So this is in their network modeling that they've said
```

1    they're going to use them in the same markets, and that's

2    going to benefit consumers because of the JetBlue Effect.

3         But what I -- so I already found that just removing

4    Spirit is going to be -- going to cost consumers over

5    $4 billion, and these claims need to be evaluated with

6    respect to that to understand whether they're certain and

7    substantial enough to offset those $4 billion.

8    Q.   Doctor, did you consider any other of defendants'

9    efficiency claims?

10   A.   No, I did not.

11   Q.   Thank you.

12        MR. BATTAGLIA:  Slide 69, please.

13   Q.   So, Doctor, how credible is JetBlue's

14   conversion-efficiency claim?

15   A.   Well, I think that it's not fully credible in that

16   their incentives are not to do exactly what they've

17   outlined.

18   Q.   And why is that, Doctor?

19   A.   Well, this relates to my GUPPI analysis, which is that

20   the defendants face incentives to raise prices in the

21   relevant markets.  And how do you raise prices?  Well, one

22   way that you do is that if you raise prices, quantity's

23   going to go down, you reduce capacity.  So those same

24   incentives that I talk about in the GUPPI analysis speak to

25   the fact that defendants would have a reason to want to

1    reduce capacity in the overlap markets.  And if they do --
2    yeah.
3    Q.   And, Doctor, what happens to defendants' claim if they
4    don't use the Spirit --
5             THE COURT:  I'm not clear why.  Why would they --
6    they'd want to reduce capacity so they will fill the planes
7    they are flying and make that more efficient.  Have I got
8    it?
9             THE WITNESS:  Partly, your Honor.  So defendants
10   would have an incentive to raise prices.  And if prices go
11   up then quantity would go down, so they would need less
12   capacity in those markets.
13   Q.   Doctor, what happens to defendants' claim if they don't
14   use the Spirit planes on the same routes Spirit serves
15   today?
16   A.   If they don't use them in part or in all in the same
17   relevant markets there's going to be less benefit on those
18   routes that would offset the harm that I'm finding, the
19   $4 billion in gross harm that I'm finding from removing
20   Spirit.
21            MR. BATTAGLIA:  Slide 70, please.
22   Q.   Doctor, how does your net-harm model account for both
23   the Spirit Effect and the JetBlue Effect?
24   A.   Well, what I need to do to understand whether the
25   Spirit Effect or the JetBlue Effect is bigger is to

1    understand when Spirit or JetBlue enter markets, on an

2    apples-to-apples basis what happens to market prices.  And

3    there's two important facts I'd like to highlight to the

4    Court.

5         The first is that, as the parties have indicated, I've

6    seen in testimony, I think it was Mr. Hayes, the CEO of

7    JetBlue, if I remember correctly, who said that they cannot

8    get new planes from Airbus until 2029.  And so, effectively,

9    what's in short supply right now is airplanes.  And they're

10   not going to -- they're not going to be able to get those

11   airplanes.  And what they seem to want, what they've said

12   they want most from the merger are the airplanes and the

13   pilots to fly them.  So because of that, what it makes sense

14   to do is to think about how much does Spirit or JetBlue,

15   when they enter, on a plane-for-plane basis, affect prices.

16        And the second important fact that I'd like to bring to

17   your Honor's attention is that when Spirit and JetBlue

18   enter, they enter with different frequencies, on average.

19   So when JetBlue enters a market, they enter with 2.7 flights

20   per day.  That's in the second column from the bottom on

21   this demonstrative.  And when Spirit enters, they enter with

22   1.7 flights per day, on average.

23        And so what that means is that if I want to look at how

24   effective Spirit or JetBlue are in restraining market

25   prices, what I need to do is I need to take their total

1    effect on restraining prices, and I need to divide by the

2    number of flights per day to get a per-plane effect.

3    Q.   And what did you find when you conducted this analysis,

4    Doctor?

5    A.   When I conducted this analysis, what I found is that

6    the Spirit Effect on reducing market prices is a lot bigger

7    than the JetBlue Effect.  So just looking at my unweighted

8    results, I found that the Spirit Effect was a 13 percent

9    reduction in price per plane, that's per flight per day,

10   while the JetBlue Effect was only a little more than half as

11   large, which is a 6.7 percent reduction in market prices.

12   And if I didn't account for this difference in frequency

13   then I'm going to overstate the JetBlue Effect relative to

14   the Spirit Effect.  And that's why this is important to

15   control for the frequency per day.

16        MR. BATTAGLIA:  Slide 71, please.

17   Q.   So, Doctor, you just explained the JetBlue per-plane

18   pricing effect is lower than Spirit's.  Now I'd like to

19   discuss what that means for prices when JetBlue uses the

20   Spirit planes post-merger?

21        MR. BATTAGLIA:  Slide 72, please.

22   Q.   Doctor, how does your net-harm model incorporate the

23   per-plane effect?

24   A.   So what my net-harm model does is I'm using this

25   relative capacity measure, the same measure I discussed in

my gross-harm model, which is how many flights per day
relative to the number of passengers is there on Spirit and
on JetBlue.

Q.   And, Doctor, what's being shown on the left side here?

A.   So what I'm showing on the left side are two regression
lines and the points underlying it.  So the first set of
points are the 62 Spirit entry events.  That's exactly the
same as the 62 Spirit entry events I showed earlier.  And
the regression line, the yellow line, is exactly the same
also.

     The second thing I'm showing is the equivalent
statistics and equivalent regression line for JetBlue.  And
so there were 19 JetBlue entry events over this time period.
Your Honor, you can see that the JetBlue events also almost
all lie below zero, and you can see that they also have this
declining, this downward sloping pattern.  And that's
reflected in the JetBlue regression line, which is the blue
line.

     Now, the difference between the yellow and the blue
line is that for most of the sample the yellow line lies
below the blue line.  And what that means is that Spirit is
more effective at lowering market prices than JetBlue is, if
you look at plane-per-plane, on a plane-per-plane or
apples-to-apples basis.

Q.   And, Doctor, what's being shown on the right-hand side?

```
 1   A.   So what I showed here is two of the columns, the first

 2   and the third, were ones I showed earlier.  They're the

 3   mathematical formulas that underlie those two regression

 4   lines.  And the other two columns are the same lines for

 5   JetBlue.  And, again, I did this two different ways.  I used

 6   unweighted regressions and I used weighted regresses.  I'll

 7   present results on both to the Court.

 8              MR. BATTAGLIA:  Slide 73, please.

 9   Q.   Doctor, how did you use the estimation explained on the

10   last slide to calculate net harm?

11   A.   Well, importantly, I need to distinguish between two

12   types of markets.  So there's markets where JetBlue is

13   already operating nonstop and those in which JetBlue is not

14   operating nonstop.

15        So starting with markets where JetBlue doesn't operate

16   nonstop, this is where Spirit only, I'll call these

17   Spirit-only nonstop routes to indicate that JetBlue isn't

18   there.  So what's going to happen as a result of the merger

19   is there would be an exit of Spirit.  That will increase

20   prices because the Spirit Effect won't be there.  But there

21   will be the entry of JetBlue, and that's going to lower

22   prices and take advantage of the JetBlue Effect.

23        Now, the second type of markets is nonstop overlap

24   markets.  And these are the markets where we're going to see

25   one fewer competitor as a result of the merger.  So there
```

 1    will be an exit of Spirit, but JetBlue's already present so

 2    we won't see a de novo competitor.  But what I'm doing in my

 3    net-harm model is I'm allowing for JetBlue to expand in

 4    those markets.  I'm specifying that JetBlue expands by

 5    exactly Spirit capacity, and I'm allowing for that to reduce

 6    prices, and for the JetBlue Effect to get bigger and for

 7    that to help consumers.

 8              MR. BATTAGLIA:  Slide 74, please.

 9    Q.   And, Doctor, could you walk us through an example of

10    your net-harm model for a Spirit-only nonstop market?

11    A.   Yes.  So an example of a Spirit-only nonstop market is

12    the one I talked about earlier, one I testified to earlier,

13    that's the Las Vegas-to-San Francisco market.  So as I said

14    earlier, Spirit has a relative capacity of 0.00088 and

15    JetBlue does not serve the market nonstop.  And so what I'm

16    showing on this demonstrative is the same yellow line, and

17    then there's also a blue line which is what Spirit would do.

18         And if we could go to the next slide, please.

19         I'm not sure that your Honor can see this, so maybe we

20    should go to the next, the one that's in my binder.

21              THE COURT:  I'm looking at one that starts, "Net

22    harm calculation."

23              THE WITNESS:  Yes.  And I think on the right side

24    it will say, "Net effect, 9 percent price increase" on the

25    bottom right, your Honor.

```
 1              THE COURT:  I see it.
 2              THE WITNESS:  Okay.
 3    A.    So this is the end of the animation.  And so what I
 4    showed here is that what's going to happen in this market is
 5    that we take that dotted line, it's the same dotted line
 6    at 0.00088, that's Spirit's relative capacity.  Spirit is
 7    going to be eliminated as a competitor post-merger and
 8    there's a price increase.  That's the vertical yellow arrow
 9    at the left, your Honor.  But JetBlue is going to enter, and
10    JetBlue is going to enter with the same relative capacity.
11         Now, the blue line lies above the yellow line at this
12    point, and so that JetBlue Effect is the vertical blue line
13    that slopes downwards -- the vertical blue line that's
14    pointing downwards, excuse me.  When I want to figure out
15    the net impact of this -- of this merger in this market
16    where Spirit only is serving nonstop, I have to look at the
17    increase in price removing Spirit, that's on the very left,
18    and the decrease in price from adding JetBlue, and I sum
19    them together.  And that's what I get with the red arrow
20    that points upward.
21         And so what I'm finding here is that the net effect of
22    this merger on increasing price in this particular market is
23    a 9 percent price increase.
24    Q.    So, Doctor, this is an example of how you calculated
25    net harm in a Spirit-only nonstop, but you also calculated
```

```
 1   net harm in nonstop overlap markets?

 2   A.   That's correct.

 3   Q.   So let's take at how your model works in those markets.

 4   A.   Okay.  So this is an example of a nonstop overlap

 5   market, and it's one that I testified to a little while ago

 6   with the graph about price changes.  So it's Hartford to

 7   Miami.

 8        So what I'm going to do here is I'm going to start with

 9   the same regression lines that I talked about earlier.

10   These are the yellow and blue lines.

11        And if we could skip to the next slide, please.  And I

12   think we can go -- I think that's a good place to stop

13   because it's -- sorry, excuse me -- yes.  I think this is

14   what's on the next slide.

15             THE WITNESS:  Does your Honor see that?

16             THE COURT:  I do.

17   A.   Okay.  So what I show here is that in Hartford to

18   Miami, so Spirit has 2.8 flights a day, but it's a lot

19   smaller market than Las Vegas to San Francisco.  And so if

20   you look at Spirit's relative capacity, it's about 4 or 5

21   times larger, so it's 0.0037.  Now, JetBlue has a bigger

22   capacity than Spirit, and that's pretty typical that when

23   JetBlue enters, it enters with more flights.  So JetBlue has

24   4.1 flights a day, or its relative capacity, doing that same

25   division, is 0.0054.  Okay.  So these are just the facts of
```

1    the market.

2        I think we can switch to the next slide.  And please

3    keep going.  One more.

4        Okay.  So let me talk through what this slide is

5    showing.  So what's happening in this market is that Spirit

6    has this relative capacity of .0037, and that's indicated

7    with the dotted line, the left of the two dotted lines, your

8    Honor.  That's going to be the price increase from removing

9    Spirit in the market.  And when I take that price increase

10   and I look at it on the left, that's the yellow upward

11   arrow.  That's the same exercise I did in the markets where

12   Spirit is the -- is operating nonstop but JetBlue does not

13   operate nonstop, like earlier.

14       Okay.  But now what I need to do is I need to

15   understand what's the incremental effect of adding JetBlue

16   capacity.  So to start with I need to understand what is the

17   effect that JetBlue has on prices given that it's already

18   operating in the market.  And that effect of JetBlue, the

19   effect before the merger, is the second dotted line, the one

20   to the right.  That's at 0.0054.  And so if we take that,

21   that's the existing JetBlue Effect.

22       Now, what we need to understand is that JetBlue takes

23   that Spirit capacity of 0.0036, and it -- 0.0037, excuse me,

24   and it adds it to its existing capacity.  So what it does is

25   it shifts that Spirit capacity and it gets bigger.  And when

```
 1  JetBlue gets bigger, if you add those two numbers together,
 2  you're at almost 0.01.  What that means is that the
 3  incremental JetBlue Effect is the effect of going down that
 4  blue curve from its current point to the point that's
 5  at 0.01 or almost 0.01.  And when you look at that effect,
 6  that's the downward blue arrow that I've now put all the way
 7  on the left.  So the impact in this market, the net impact,
 8  the net harm, is going to be that there's a 15 percent price
 9  increase from this merger in this market.
10       And, your Honor, it's not coincidental that the number
11  I'm finding here of a 15 percent price increase is greater
12  than the number I was finding for the San Francisco-to-Las
13  Vegas route.  And the reason it's greater is that there's a
14  loss of one independent competitor.  So as a result of this
15  merger, JetBlue and Spirit would no longer compete
16  head-to-head on this route, but my model is giving credit to
17  JetBlue for being a stronger competitor because it's
18  allowing JetBlue to increase its capacity by the full amount
19  of Spirit capacity on this route.
20  Q.   Thank you, Doctor.
21            MR. BATTAGLIA:  Slide 78, please.
22  Q.   Doctor, just going back --
23            MR. BATTAGLIA:  Could we go back to the last
24  slide?
25  Q.   What do you mean by when you said a stronger competitor
```

```
 1   JetBlue?
 2   A.   What I mean is that JetBlue will have more capacity on
 3   this route.  What I found is that when JetBlue or Spirit has
 4   a higher relative capacity, they're able to restrict market
 5   prices more.  And so JetBlue, on this route, I'm allowing it
 6   to have a higher capacity, and thereby to have a bigger
 7   impact on disciplining market prices.
 8            MR. BATTAGLIA:  Ms. Afari, can you please pull up
 9   appendix G from Dr. Gowrisankaran's initial report?
10            Your Honor, this is labeled appendix G in your
11   binder.
12            (On screen.)
13            MR. BATTAGLIA:  Thank you.  Please zoom in,
14   Ms. Afari.
15   Q.   Doctor, are you able to see it in your binder?
16   A.   Yes, I am.
17   Q.   So, Doctor, is this an appendix from your initial
18   report?
19   A.   Yes, it is.
20   Q.   And at a high level can you please describe what it is
21   showing?
22   A.   What this is showing is I listed all of the markets
23   where Spirit serves nonstop, and for each of those markets I
24   listed a bunch of different information.  And so I'll read
25   the information, what it is, from left to right.
```

1    So the first column lists the market.  So it lists the

2    endpoint pairs.  The second -- the second column lists the

3    quarter of observations.  So I'm going to list the harm

4    separately for the four quarters over which I estimate this

5    harm, and that's Q2 -- Q3 2021 up to Q2 2022.  The third

6    column lists the number of passengers in this market in this

7    quarter.  The fourth column lists the market average price

8    in this market in this quarter.  And the next two columns

9    list the harm, the gross harm from the loss of Spirit per

10   passenger and overall.  And the final columns list the net

11   harm.  And they list the net harm per passenger, and they

12   list the total net harm in that market and quarter.  And the

13   final column lists the annualized number for a total net

14   harm.

15   Q.   And, Doctor, just to be clear, for which regression are

16   these results?

17   A.   These results are from my weighted regressions.  So

18   these are the ones that are more favorable to defendants but

19   that I think are less accurate.

20        THE COURT:  What determines net harm as opposed to

21   the two columns immediately preceding net harm?

22        THE WITNESS:  Your Honor, the two columns

23   preceding it are the harm from just removing Spirit.  So

24   they're the exercise where I look at just the yellow

25   vertical bar.  The net harm is the yellow vertical bar minus

1    the blue vertical bar.

2              THE COURT:  Thank you.

3              MR. BATTAGLIA:  Ms. Afari, if you could please

4    pull up appendix H from Dr. Gowrisankaran's initial report.

5              THE COURT:  Appendix?

6              MR. BATTAGLIA:  Appendix H.

7              THE COURT:  Thank you.

8              (On screen.)

9    Q.   And do you have that in front of you, Doctor?

10   A.   Yes, I do.

11   Q.   And is this an appendix from your initial report?

12   A.   Yes, it is.

13   Q.   And what's being shown in this appendix, Doctor?

14   A.   This is the same information that I showed in appendix

15   G that I just testified to, except this is the harm and net

16   harm based on my unweighted regressions.  So these are the

17   specifications that I think are more accurate, but that are

18   less favorable to the defendants.

19   Q.   Thank you, Doctor.

20             MR. BATTAGLIA:  If we could go back to the slide,

21   slide 79, please.

22             (On screen.)

23   Q.   And, Doctor, what were the results of your net-harm

24   calculations?

25   A.   Well, focusing on the weighted regressions, these are

```
 1   the ones that are more favorable to defendants, the
 2   bottom-line number is that I find that this transaction
 3   would result in a total net harm of $944 million to American
 4   consumers annually.
 5            MR. BATTAGLIA:  Slide 80, please.
 6   Q.   And what are the results being shown here, Doctor?
 7   A.   What I showed here is I broke down that $944 million
 8   figure into different parts.  Here what I'm showing is that
 9   the bulk of that harm, $750 million, would be felt in
10   markets where JetBlue and Spirit currently compete as
11   nonstop overlaps and where this merger would result in that
12   competition no longer existing.
13            MR. BATTAGLIA:  Slide 81, please.
14   Q.   And what results are being shown here?
15   A.   What I'm showing here is that these are the remainder
16   of the harm.  And this is $193 million, and it's the net
17   harm, the total net harm in markets where Spirit serves
18   nonstop but JetBlue does not serve nonstop.
19            MR. BATTAGLIA:  Slide 82, please.
20   Q.   And, Doctor, what were your net-harm results for your
21   unweighted regression?
22   A.   They're larger than for my weighted regression, as I
23   explained before, and they are $2.5 billion annually in
24   total net harm.
25            MR. BATTAGLIA:  Slide 83, please.
```

1    Q.    And what result is being shown here, Doctor?

2    A.    What I did here is I used the ticket data that were

3    produced by the parties that include all the ancillary fees

4    that JetBlue and Spirit passengers and passengers on all

5    other airlines paid, and I looked at the net harm there.

6    Q.    And what did you find, Doctor?

7    A.    I found that it's very consistent with my base results.

8    So even if we account for the fees that Spirit passengers

9    pay for checked bags or for overhead bin space, we get a

10   number that's very similar to my base results, in fact,

11   slightly larger, at $1.045 billion annually.

12              MR. BATTAGLIA:  Slide 84, please.

13   Q.    Doctor, can you explain how the net harm you've

14   calculated is distributed across markets?

15   A.    Yes.  So what I show on this slide is I show a

16   distribution of this net harm for both the weighted

17   regressions, these are, again, the ones that are more

18   favorable to the defendants, and the unweighted regressions,

19   the ones I think are more accurate.

20         And focusing on the left part of this slide, the red,

21   the red bars are ones where Spirit and JetBlue compete head

22   to head.  And the predicted post-merger change in price is

23   highest in those markets.  That's indicated by the fact that

24   all of the red bars -- or most of the red bars, excuse me,

25   are above zero, and they're mostly higher than the gray

```
 1    bars.  And that's the -- and what's in the red bars is the
 2    price increase in the nonstop overlaps, and the gray bars is
 3    the price increase in the ones that are not nonstop
 4    overlaps.  And even for the gray bars, the majority are
 5    bigger than zero, but some are less than zero.
 6              THE COURT:  I think this is a good place to stop.
 7              Have we got a packet of the exhibits that you wish
 8    to come from this?  You do.
 9              MR. DUFFY:  We do, your Honor.  It will take us a
10    minute to get everything passed out but we can do that now,
11    if you would like.
12              THE COURT:  Well, no, I'll recess and you can do
13    the passing and it will get to me.
14              At present the government has used up seven days,
15    one hour, five minutes.  The defense has used up four days,
16    forty-five minutes.
17              Have a good weekend.  We'll recess and we'll start
18    promptly at 9:00 a.m. on Monday.  We'll stand in recess.
19              THE CLERK:  All rise.
20
21              (Proceedings adjourned.)
22
23
24                          * * * * * *
25
```

C E R T I F I C A T E

        I, Cheryl B. Palanchian, Court Reporter for the United States District Court for the District of Massachusetts, do hereby certify that the foregoing pages are a true and accurate transcription of my shorthand notes taken in the aforementioned matter to the best of my skill and ability.

/s/ Cheryl B. Palanchian 11/18/2023
CHERYL B. PALANCHIAN

Registered Merit Reporter
Certified Realtime Reporter