THE UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS (Boston)

No. 1:23-cv-10511-WGY
Vol 1, Pages 1 - 76

UNITED STATES OF AMERICA, et al,
            Plaintiffs

vs.

JETBLUE AIRWAYS CORPORATION, et al,
            Defendants

* * * * * * * * *

For Bench Trial Before:
Judge William G. Young

United States District Court
District of Massachusetts (Boston)
One Courthouse Way
Boston, Massachusetts 02210
Tuesday, November 28, 2023

* * * * * * * *

REPORTER: RICHARD H. ROMANOW, RPR
Official Court Reporter
United States District Court
One Courthouse Way, Room 5510, Boston, MA 02210
rhrbulldog@aol.com

```
 1                    A P P E A R A N C E S

 2

 3   EDWARD WILLIAM DUFFY, ESQ.
     ARIANNA MARKEL, ESQ.
 4   AARON TEITELBAUM, ESQ.
        DOJ-Atr
 5      450 Fifth Street NW, Suite 8000
        Washington, DC 20530
 6      (202) 812-4723
        Email: Edward.duffy@usdoj.gov
 7   and
      WILLIAM T. MATLACK, ESQ.
 8      Attorney General's Office
        One Ashburton Place, 18th Floor
 9      Boston, MA 02108
        (617) 727-2200
10      Email: William.matlack@mass.gov
        For Plaintiffs United States of America and
11      The Commonwealth of Massachusetts

12

13   RYAN SHORES, ESQ.
        Cleary Gottlieb Steen & Hamilton LLP
14      2112 Pennsylvania Avenue, NW
        Washington, DC 20037
15      (202) 974-1876
        Email: Rshores@cgsh.com
16   and
      ELIZABETH M. WRIGHT, ESQ.
17      Cooley LLP
        500 Boylston Street
18      Boston, MA 02116-3736
        (617) 937-2349
19      Email: Ewright@cooley.com
     and
20    RACHEL MOSSMAN ZIEMINSKI, ESQ.
      MICHAEL MITCHELL, ESQ.
21      Shearman & Sterling LLP
        2601 Olive Street, 17th Floor
22      Dallas, TX 75201
        Email: Rachel.zieminski@shearman.com
23      For Defendant JetBlue Airways Corporation

24

25      (Continued.)
```

1       (Continued.)

2

3    JAY COHEN, ESQ.
     ANDREW C. FINCH, ESQ.
4        Paul, Weiss, Rifkind, Wharton & Garrison
         1285 Avenue of the Americas
5        New York, NY 10019-6064
         (212) 373-3000
6        Email: Jaycohen@paulweiss.com
         For Defendant Spirit Airlines, Inc.
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
1                          I N D E X

2

3   WITNESS              DIRECT  CROSS  REDIRECT  RECROSS

4

5   ANDREW NOCELLA

6      By Mr. Hafer:          7

7      By Mr. Teitelbaum:          32

8

9   RICHARD SCHEFF

10     By Mr. Mitchell:     44

11     By Mr. DeRita:

12

13                      E X H I B I T S

14

15        EXHIBIT 911.................. 16

16

17

18

19

20

21

22

23

24

25
```

```
1              P R O C E E D I N G S

2         (Begins, 9:00 a.m.)

3         (Dr. Hill takes the stand.)

4         THE COURT:  Did you want to do some redirect?

5         And good morning.  If you'd remind the witness.

6         THE CLERK:  I'd like to remind you, sir, that you

7    are still under oath.

8         Do you understand?

9         THE WITNESS:  I do.

10        MR. GELFAND:  Good morning, your Honor, I

11   shouldn't have interrupted you, but we actually have no

12   further questions.

13        THE COURT:  Well that's fine.  Then that was

14   superogatory and you may step down.

15        (Laughter.)

16        MR. GELFAND:  But I do have some housekeeping on

17   exhibits, if I could?

18        THE COURT:  Go right ahead.

19        MR. GELFAND:  All right.

20        The slide presentation that Dr. Hill used

21   yesterday had several -- a number, I think maybe 17, um,

22   documents that had been marked.  They're summary

23   exhibits under Rule 1006.  They'd been marked for

24   identification.  We conferred with the government.  They

25   have no objection to us moving them into evidence.
```

```
 1          I have the collection here, your Honor, with the
 2    list of the identifying letters and the exhibit numbers.
 3    If you wish, I can read them if you wish.
 4          THE COURT:  No reason to read them.  I thank you
 5    for preparing it.  They will be received in evidence.
 6    Just what number are we up to now?
 7          MR. GELFAND:  All right.  So this will get us from
 8    883 through 899.
 9          THE COURT:  Thank you very much.
10          (Pause.)
11          THE COURT:  The Clerk tells me there's more.
12          THE CLERK:  I was handed some this morning.  It
13    brings us up to 910.
14          MR. GELFAND:  I'm sorry, I might have a
15    misnumbering.  It's next section, your Honor, it's the
16    next witness.
17          THE COURT:  But it's by agreement and the Clerk
18    already has it.
19          All right, you may call your next witness.
20          MR. GELFAND:  All right, Mr. Hafer will do that,
21    your Honor.
22          Thank you very much.
23          MR. HAFER:  Zach Hafer for JetBlue.  We call
24    Mr. Andrew Nocella.
25          THE COURT:  He may be called.
```

```
1          THE CLERK:  Please remain standing, raise your
2     right hand.
3          (ANDREW NOCELLA, sworn.)
4          MR. HAFER:  May I proceed, your Honor?
5          THE COURT:  You may.
6
7          * * * * * * * * * * * * * *
8          ANDREW NOCELLA
9          * * * * * * * * * * * * * *
10
11    DIRECT EXAMINATION BY MR. HAFER:
12    Q.   Good morning, Mr. Nocella.  Could you please state
13    your full name and spell your last name for the record.
14    A.   Andrew Paul Nocella, N-O-C-E-L-L-A.
15    Q.   How are you currently employed?
16    A.   I'm employed by United Airlines.
17    Q.   What is your title at United Airlines?
18    A.   I'm the Chief Commercial Officer of United.
19    Q.   How long have you had that title?
20    A.   About 5 years.
21    Q.   How long have you been in the airline industry,
22    Mr. Nocella?
23    A.   Oh, close to 30 years now.
24    Q.   Could you briefly walk the Court through, um,
25    starting when you began in the industry, the various
```

1    positions you've held?

2    A.    Sure.   I started with Continental Airlines in the

3    early 1990s, um, I worked as a Senior Analyst and a

4    manager in the Network Planning Department.  I then left

5    Continental to join America West Airlines, I worked

6    there for about 5 years as the VP of Network in America

7    West Airlines.  After that I went to U.S. Airways, um,

8    and I worked there for about 3 years in Washington,

9    D.C., again in Network, but I had also taken on pricing

10   and management.  After that U.S. Airways and America

11   West merged, so I continued at U.S. Airways and worked

12   in the combined company for another 5 years or so.  And

13   then after that, U.S. Airways turned into American

14   Airlines, so I joined American Airlines as the Chief

15   Marketing Officer in approximately the 2014 time period.

16   And then I left American about 6 years ago and I joined

17   United.

18   Q.    Taking you back to the present day.  What are your

19   daily responsibilities as Chief Commercial Officer?

20   A.    My responsibilities lie with really creating a

21   commercial business plan for the airlines, so that

22   includes where we fly, the type of aircraft we fly, our

23   product segmentation strategies, the frequent flier

24   program, the Marketing and Sales departments, and things

25   like that.  All largely associated with either the

1    revenue potential or the business.

2    Q.    And were you associated with United's Pricing and

3    Revenue Management department?

4    A.    That department reports to me.

5    Q.    And what did that department do?

6    A.    That department does two primary things.  One, is

7    they set our prices, which we have obviously many many

8    of, for all the places we fly, and second, they

9    determine when we actually sell a price point.

10   Q.    And finally, Mr. Nocella, who do you report to?

11   A.    I report to Scott Kirby, our CEO.

12   Q.    Mr. Nocella, I'd like to begin by showing you, um,

13   a document that's already in evidence, it should be in

14   the exhibit binder in front of you behind Tab, um, 130.

15   A.    (Looks.)  Okay, I'm at Tab 130.

16   Q.    It's already in evidence, but would you just look

17   at it, there's a cover e-mail and then a long deck

18   behind it.  Would you just look at the first 1 to 3

19   pages and tell me if you recognize that document?

20   A.    I do.

21   Q.    What is it?

22   A.    This was a presentation I gave to our board of

23   directors, um, a few months after joining United, in the

24   fall of 2017, on our early commercial strategy that my

25   team was developing.

```
1    Q.    Mr. Nocella, I'm going to ask you to turn now to

2    Slide 75 in that document, which is the Bates ending

3    4740.

4         Just a caution that there's confidential

5    information in the document that we redacted on the

6    screen in court, but not on the document in front of

7    you.  So just to caution you not to talk about

8    confidential information.

9         What is Slide 75 depicting, Mr. Nocella?

10   A.    Slide 75 is, at the very high level, are revenue

11   segmentation strategies.  So this is a wide-body jet and

12   it's showing the different types of products we intend

13   to sell on board the jet, which we've classified into

14   five categories from Basic Economy to our Premium Cabin,

15   which we call "Polaris."

16   Q.    The notation in the title about "Segmentation

17   Increasing Customer Choice," what does that mean?

18   A.    So from United's perspective, we desire to create

19   a business plan strategy that includes customers of all

20   types and flying for all reasons.  And so sometimes a

21   customer wants to fly in a very premium experience --

22   and obviously some want to fly on a basic economy

23   experience, and this creates a diversified evolution for

24   United that we think is right for our commercial

25   strategy.
```

1  Q.    Could you turn -- there's a tab in your binder

2  market "Nocella Demonstrative A."  Could you turn to

3  that.  It's probably precedes the --

4  A.    Well let's see.  (Turns.)  Yes, I have that.

5  Q.    Do you recognize that document?

6  A.    Um, yes, that's a route map for United Airlines,

7  um, domestic and I think Canadian system.

8          THE COURT:  Just go back to the presentation

9  to the board of directors for a moment, if you could,

10  um, where you were discussing segmentation, and

11  immediately below the logo of the plane is, um, the

12  spectrum of fares that one could buy, and I'm just

13  interested in the titles.

14          Do you actually sell to the public, um, from --

15  you call them "Basic Economy" up to "Premium Cabin," or

16  in smaller font below the United logo there are what are

17  called "Economy," "Economy Plus," "Premium Plus," and

18  "Business Class."  I just want to know what the public,

19  um, understands about this segmentation?

20          THE WITNESS:  Sure.

21          They mainly understand the logo, um, that you just

22  described.  I'm not sure why the very first one doesn't

23  say "Basic Economy," but if you're on the United

24  website, I think it's very clear that you have the

25  opportunity to buy a Basic Economy seat.  But the rest,

1    the logos, whether it's "Premium Plus" or "Polaris" or
2    "Economy," is what you'd see on United.com.
3         THE COURT:  Thank you.
4         Forgive me, Mr. Hafer.  We'll go back to your
5    demonstrative.
6         MR. HAFER:  Thank you, your Honor.
7    Q.   Mr. Nocella, I believe you indicated that this is
8    United's domestic map and it also includes Canada?
9    A.   Correct.
10   Q.   The cities that are in red, what are those?
11   A.   We consider those cities at United our hub cities
12   for which within the continental United States we
13   classify 7 of our cities as hubs.
14   Q.   What are those?
15   A.   They're New York, Newark, Washington Dulles,
16   Chicago, Denver, Houston, Los Angeles, and San
17   Francisco.  Cleveland is indicated as red here, but it's
18   not a hub for United Airlines, so I'll correct that.  It
19   remains -- it was a hub in the past.  Which is, I think,
20   why maybe it's red.
21   Q.   Obviously there's a lot of blue on here,
22   Mr. Nocella, but approximately how many domestic flights
23   does United Airlines --
24   A.   United currently operates somewhere north of 4,000
25   flights per day, 4,200, 4,300 flights per day is my

1    guess.

2    Q.    Moving from the network to the fleet, Mr. Nocella.

3    To orient, I want to ask you some questions about

4    United's fleet, but to do that could you start by

5    telling the Court, what is "United Next"?

6    A.    Sure.  United Next was our commercial business

7    plan that we officially branded as "United Next" during

8    the middle of the pandemic, and it's our business plan.

9    We took the business forward in our post-pandemic era by

10   changing a number of the core, you know, issues that

11   United had felt and seen prepandemic to be able to grow

12   our business successfully.

13   Q.    And as it relates to the fleet, what were the sort

14   of objectives with respect to the fleet for United Next?

15   A.    So for United Next we placed a rather large order

16   in the summer of 2021 and we followed that up with

17   another two orders since then, at least two orders since

18   then.  So we had approximately 800 aircraft on order.

19   And one of the biggest things we were trying to

20   accomplish in United Next was the retirement and

21   replacement of a large number of single-class 50-seat

22   RJs to be replaced by these larger and more modern, more

23   customer-preferred aircraft.

24         And so that, um, the key tenet of United Next is

25   the upgauge of the airline.  We were going to go from an

1    airline that had an average of 104 seats per departure

2    in North America prepandemic -- I'm sorry, about 2017,

3    '18, up to approximately 140 seats per departure in the

4    near future.

5    Q.    I think you've explained it, but you used the term

6    "upgauge."  What does that mean?

7    A.    So the aircraft that we're replacing were 50-seat

8    single-class RJs, so they had very few product amenities

9    on board, and the aircraft we're acquiring are modern

10   Boeing and Airbus jetliners that seat 160 to 200

11   passengers and have multiple classes of service on

12   board.  So we're able to diversify our revenue streams

13   and offer more customer choice.

14   Q.    Mr. Nocella, could you turn in the binder behind

15   130, there's an exhibit marked BGY.  Would you look at

16   that document and let me know if you recognize it?

17   A.    I do recognize it.

18   Q.    What is it?

19   A.    This is the presentation deck that we presented to

20   the investors to announce United Next on June 29th,

21   2021.

22   Q.    And was that presented publicly?

23   A.    It was presented publicly in New York City.

24   Q.    And are decks likes those, Mr. Nocella, made in

25   the course of a regularly-conducted business activity at

1    United?

2    A.    They are.

3    Q.    Are they routinely made in the ordinary course of

4    United's business?

5    A.    They are.

6    Q.    Are they typically made at or near the time of the

7    event in question, June 29th, 2021?

8    A.    Yes.

9    Q.    And are they typically made by a person with

10   knowledge or people with knowledge of the underlying

11   facts depicted therein?

12   A.    Yes.

13        MR. HAFER:  Your Honor, I offer Exhibit BGY.

14        THE COURT:  Well the Clerk has a list apparently

15   by agreement.  I'm just trying to save time.

16        Have we gone over this list and given them

17   numbers?

18        MR. TEITELBAUM:  Your Honor, I don't believe this

19   one is included in, um, the predetermined list.

20        THE COURT:  It's not.

21        MR. TEITELBAUM:  But with that being said, the

22   United States has no objection.

23        THE COURT:  Thank you.  So BGY is admitted and the

24   Clerk will remind me of the next number.

25        Yes, 911.  It's Exhibit 911 in evidence.

1          And proceed, Mr. Hafer.

2          MR. HAFER:  Thank you, your Honor.

3          (Exhibit 911, marked.)

4    Q.    Mr. Nocella, could you turn to Page 5 of the deck,

5    which is the Bates ending 0313.

6    A.    (Turns.)  Okay.

7    Q.    This slide is titled "Capitalizing on United's

8    Unique Competitive Advantages."  The second bullet

9    refers to United being the only airline with the hubs in

10   7 of the largest and most premium markets.  Why is that

11   a competitive advantage?

12   A.    So United's hubs happen to be located in markets

13   that, um, have a lot of premium business, business

14   travel or high-end leisure travel, or global travel, and

15   that is different than many of our -- in fact all of our

16   competitors which have hubs that have different

17   characteristics that have less premium demand to and

18   from the hubs.  And that just means that from our

19   perspective, as we develop a business plan, being able

20   to attract those customers and their willingness to buy

21   a premium product is a key aspect to what we think

22   about.

23   Q.    The third bullet there refers to "United being the

24   only airline that didn't retire its wide-body-fleet

25   types during the pandemic."  What does that mean and why

1    is that a competitive advantage?

2    A.    Well during the pandemic there was a lot of

3    uncertainty as to whether travel would return and when

4    it would return, and we always believed it would.  But

5    during the pandemic there was also a lot of pressure to

6    reduce the size of one's fleet, um, to simplify one's

7    fleet, and we chose to believe differently, that it

8    would be better to just temporarily ground the aircraft,

9    while there's no demand, and then be ready for the

10   bounce-back that occurred post-pandemic, and in fact I

11   think we've been proven right on that.  And so we've

12   been able to rapidly grow our global network between

13   aircraft we didn't retire and aircraft we've taken

14   delivery of, and United today is the largest global

15   airline to and from the United States.

16   Q.    And finally the reference in the last bullet there

17   to being "the only airline within an approximate 30

18   percent gauge increase."  What is that referring to?

19   A.    So, um, gauge is a really important thing, it

20   drives a lot of consumer benefits, but it also drives

21   our costs down.  And so as we replace small aircraft

22   with big, um, we're able to dramatically enhance the

23   quality of our product with different features that

24   weren't on board the single-class RJs, including, you

25   know, multiple cabin types, large overhead bins, really

1    great WIFI, and we're also able to do it while we lower

2    our costs.  You know it's not very often in a business

3    where you can enhance your product and lower your unit

4    costs at the same time.  And that's really one of the

5    key tenets of United Next's plan.

6    Q.    And you may have said this, you've used the term

7    "RJ" a few times.  What is an "RJ"?

8    A.    An "RJ" from United is an aircraft type that seats

9    76 passengers or less.

10   Q.    And the acronym stands for "Regional Jet," is that

11   correct?

12   A.    That's correct, "Regional Jet."

13   Q.    Could you turn, if you would, to Slide 8, which is

14   the Bates number ending 0316.

15   A.    (Turns.)

16   Q.    What's being depicted on this slide, Mr. Nocella?

17   A.    So again this is a very high-level summary of the

18   key tenets of the United Next plan and this is, um, you

19   know highlighted in the -- you know the important things

20   as we try to create a premier global carrier.  One is

21   the "Global Network," to achieve more potential from it.

22   One is to "Optimize the Fleet," which is the gauge gap

23   that I just referred to.  One is to "Create a Leading

24   Product and Decommoditize our Product versus Others."

25   And then the last is "Best Service," to invest in the

1    customer experience and push our MPS scores higher.

2    Q.    As of today, staying on the fleet for a minute,

3    approximately how many aircraft is United operating?

4    A.    As of today we have just north of 900 mainline

5    aircraft and probably about 340 to 350 regional jets in

6    our system.

7    Q.    So 1240 to 1250 in total?

8    A.    Approximately, yes.

9    Q.    You mentioned earlier this part of United Next is

10   "Purchase," I think you said approximately 800 new

11   aircraft over a particular period of time?

12   A.    I believe it's the early 2030s to 2031,

13   approximately, or 2032.

14   Q.    Will those 800, um, all be added to that 1240 to

15   1250 or are there ones which will be retired?

16   A.    There will be retirements as aircraft reach a

17   certain age or economic status, um, they have to be

18   retired.  We do intend to grow the airline and exactly

19   how much we grow will depend on the economics of the

20   airline, but many of our oldest jets will have to be

21   retired.  But as I said earlier, a large number of

22   single-class 50-seat regional jets have already been

23   retired since the --

24   Q.    Focusing just on 2024, "Net of Retirements,"

25   approximately how many additional aircraft does United

1    intend to take delivery of?

2    A.    It's subject to may factory constraints, so it's

3    approximately 115 to 120 aircraft are scheduled for

4    delivery next year.

5    Q.    And kind of going forward, 2025 and forward,

6    approximately how many additional aircraft does United

7    intend to take delivery of?

8    A.    So I think the best way to say that from the

9    publicly-available information is, you know, there's

10   somewhere in the neighborhood of 650 or so aircraft left

11   to deliver over the period from 2025 to 2032.  In

12   addition to that, United holds options to acquire more

13   aircraft which we have not confirmed.

14   Q.    Would you turn to Slide 17 in that deck, which is

15   the Bates ending 0325.

16   A.    (Turns.)  Okay.

17   Q.    You spoke a little bit earlier about gauge.  But

18   could you describe what this slide is depicting?

19         THE COURT:  Before we leave the page we're on,

20   what does it mean to "decommoditize and differentiate

21   versus others," what does that mean?

22         THE WITNESS:  Sure.  In 2019, there were

23   fast-growing ULC carriers, namely Spirit and Frontier,

24   that had a very single-class product mentality, and

25   we're really working to commoditize air travel.  And

1    what United was trying to do was continue to have this

2    Basic Economy product, um, that was, I think, very

3    commoditized, but also have a large swath of our cabin

4    and product offerings that were not in that category and

5    were not commoditized, that people seeking a better

6    experience, whether it was a flatbed going to London or

7    a Premium Plus seat going to Los Angeles, could buy-up

8    into that better experience.

9        THE COURT:  I'm not conversant with your

10   definition of the word "commoditize."  Could you give me

11   your definition?

12       THE WITNESS:  My definition would be a consumer

13   that's simply looking for the lowest possible price.

14       THE COURT:  Thank you.

15       Mr. Hafer, could you orient me again?

16       MR. HAFER:  Yes, your Honor.  Could you turn

17   please to Slide 17, Bates ending 0325.

18       THE COURT:  Go ahead.

19   Q.    Mr. Nocella, what is this slide depicting?

20   A.    I talked about gauge earlier and this is a slide

21   that depicts what our gauge would look like from going

22   from 2019 to the 2026 estimate that we had.  So in 2019,

23   the average United airplane departed with 104 seats per

24   departure, which we considered extremely low at the

25   time, and we've already moved that up.  In fact I think

1    even today we're already at this 130-something number

2    and we expect to go beyond that into the 140s.

3    Q.    You've said before -- you've alluded I think at

4    the beginning of your testimony to it's rare when you

5    would sort of enhance the customer experience and lower

6    costs.  How is it that -- is that related to gauge, this

7    increasing gauge?

8    A.    It is.  Generally the larger the aircraft, the

9    more unit cost-effective it is, so the lower its -- the

10   airline business we'd say its CASM is, which is just

11   cost per available seat mile.  So a 50-seat jet has a

12   very high cost per available seat mile and a 737 Max 9

13   or 10 has a dramatically lower one.  And so as we

14   replace the little aircraft with the big aircraft, our

15   unit cost structure tends to improve.  And again it's

16   kind of rare to have unit cost going down as the product

17   quality goes up in a business.

18   Q.    I want to turn now to a new topic that your

19   Honor has asked you some questions -- his Honor has

20   asked you some questions about Basic Economy.

21         What is Basic Economy on United?

22   A.    So Basic Economy is our lowest fare price offering

23   to customers.  It tends to be, you know, price points

24   that are, I think, very attractive to consumers that are

25   looking for a trip that would otherwise not normally buy

1    a premium product.

2    Q.    When did United introduce Basic Economy?

3    A.    We, at United, introduced Basic Economy shortly

4    after I arrived, in the summer of 2017 is when we put

5    Basic into place.

6    Q.    A little over 6 years ago?

7    A.    Correct.

8    Q.    Why -- at a very high-level, why did United

9    introduce Basic?

10    A.    Well, Basic Economy was put in place to compete

11    more effectively with the new-generation ultra-low cost

12    airlines, but even at that time my memory would say

13    Delta Airlines also offered a basic product as did

14    American.  I believe United may have been last of at

15    least the Big 3 to offer it.

16    Q.    Since first introducing Basic Economy in the

17    summer of 2017, has the kind of competitive landscape

18    shifted?

19    A.    Well the competitive landscape is always shifting

20    in the airline business, it's very competitive business,

21    um, but what I'd say is, in regards to Basic Economy,

22    its use has gone up and down.  Although I really think

23    the pandemic era is a really difficult period to judge

24    airlines by because of the unique demand characteristics

25    that we saw in that time period.  But Basic continues to

1    be a very important part of our segmentation strategy.
2    We're seeking to, you know, offer choice to all
3    customers from the lowest end to the highest end, and we
4    believe we need to do that to be successful.
5    Q.    Could you please turn back to Exhibit 130, which
6    is the tab I think behind the demonstrative, and turn to
7    Slide 131.  There's no confidential information in this
8    slide.  It's the Bates ending 4796.
9    A.    (Turns.)  Okay, I have it.
10   Q.    At a high level, Mr. Nocella, what is this slide
11   reflecting?
12   A.    This slide is meant to give the reader an
13   understanding of the difference between a Basic Economy
14   fare and a Standard Economy fare.
15   Q.    And directing your attention to the right-hand
16   side under "Product," um, what, um, customer segment is
17   United targeting with Basic Economy?
18   A.    This is the price-sensitive customers.
19   Q.    And does United -- again not in the weeds, but at
20   a very high level, does United have a strategy with
21   respect to how it prices Basic Economy?
22   A.    We almost always, if not always, price-match our
23   competitors.
24   Q.    In terms of the actual airplane itself, where do
25   the customers in Basic Economy physically sit?

1   A.     They sit in the main cabin, but there is not a

2   differentiated seat for a Basic Economy passenger

3   relative to a Standard Economy passenger.

4   Q.     Who today, um -- when you talk about matching, um,

5   competitive pricing, who are you matching, what other

6   airlines?

7   A.     Every airline, whether it be Delta, American, or

8   Spirit or JetBlue.  Every airline.

9   Q.     The, um -- so it's a normal seat on the airplane

10  with Basic Economy on a typical United jet, it's a

11  normal seat?

12  A.     A standard seat, yes.

13  Q.     What is the seat pitch?

14  A.     Generally United Airlines, in the main cabins,

15  it's a 30-inch seat pitch, unless you're sitting in

16  Economy Plus, where it's 33.

17  Q.     Does United offer Basic Economy -- you know

18  thinking back to that network map, is Basic Economy

19  offered across the network?

20  A.     It's offered across the network, yes.

21  Q.     Do you offer Basic Economy even on routes where

22  there is no ULCC present?

23  A.     We do.  We're trying to be consistent and offer a

24  product type across all the different, you know,

25  consumers in our hubs, and so we have introduced Basic

1    Economy to places like Hawaii where neither Spirit nor

2    Frontier fly.

3    Q.    And again not seeking confidential information and

4    staying at a very high level, how do you determine how

5    many Basic Economy seats to offer on any given flight?

6    A.    We use, you know, revenue management techniques,

7    is the standard definition in the industry.  So we have

8    a bunch of mathematical computer models that look at the

9    demand for each one of our flights day by day and those

10   flights determine all the different segments of business

11   we have on board the flight.  Basic Economy tends to be

12   our lowest yield on price on board the aircraft.  So the

13   computer models determine how many seats that we have

14   available to sell for that particular product.  And it

15   depends on overall demand, whether it's low or high.

16   Q.    I want to direct your attention now, if I could,

17   to a little over a month ago, October 18th of 2023, did

18   United have an earnings call that day?

19   A.    We did.

20   Q.    Did you participate in that call?

21   A.    I did.

22   Q.    Was Basic Economy discussed on the October 18th,

23   2023 earnings call?

24   A.    We had quite a significant increase in the number

25   of Basic Economy passengers we're able to accommodate in

1    that quarter and so that was a topic of the call.

2    Q.    As a percentage, was the -- well what percentage

3    of United passengers in Q3 2023 flew Basic Economy?

4    A.    I think it was about 12 percent of our passengers

5    is what I said.

6    Q.    And you indicated that was a significant increase

7    from prior quarters?

8    A.    I believed it was a significant increase from

9    year -- normally I compare things year to year, so I

10   probably compared it year to year.

11   Q.    Without turning this into a math problem, but

12   knowing how many passengers fly on United in a given

13   quarter, is there any way to quantify what 12 percent

14   means in terms of the number of people?

15   A.    Sure.  I mean it's millions of passengers per year

16   and per quarter.  There's a number of ways to kind of

17   assess it, but it's in the neighborhood of many many

18   millions, tens of million.  And so 12 percent of tens of

19   millions is millions of passengers.  So it's millions of

20   passengers that we have classified as Basic Economy.

21   Q.    Does United have any expectations about Basic

22   Economy going forward in terms of whether it will grow,

23   stay the same, decrease?

24   A.    Sure, it's always subject to market conditions,

25   but what I would tell you is that the United Next plan,

1    which allows us to upgauge our fleet, allows us to

2    accommodate more and more Basic Economy passengers

3    profitably.  So we look forward to competing, you know,

4    even more aggressively in the space in the future.

5    Q.    Competing aggressively for the Basic Economy

6    segment?

7    A.    Yes.

8    Q.    Do United have any observations as to what might

9    have caused the increase in Basic Economy passengers

10   that was reported in --

11         MR. TEITELBAUM:  Objection, hearsay.

12         THE COURT:  Well sustained on that foundation, but

13   you may inquire.

14   Q.    (Pause.)  You indicated it was a significant

15   increase in Basic Economy passengers, is that correct?

16         MR. TEITELBAUM:  Objection, leading, and hearsay

17   as to the prior statement.

18         THE COURT:  Well he asked that.  Don't lead the

19   witness.  But you may inquire.

20         Well not to beat around the bush.  Have you done

21   any analysis of this increase to which you testified?

22         THE WITNESS:  Well we, um, measure the number of

23   passengers we carry by cabin, so we can see the

24   increase, and we generally measure things year to year,

25   and we had a significant increase in the quarter.

1          THE COURT:  To which you've testified?

2          THE WITNESS:  Correct.

3          THE COURT:  Now he's asking the question why?  The

4     government objects.  I say "Well I don't know that he

5     really knows.  Has he done any analysis?"

6          So now I'm asking, have you done any analysis of

7     that significant increase?

8          THE WITNESS:  Sure.

9          Our perspective on this is that the gauge plan

10    that I've talked about, that we're -- as we upgauge the

11    aircraft, we have more and more seats to sell.  And so

12    the upgauging of the airline has allowed us to offer

13    more seats in this class of service.

14    Q.    Turning to a different subject, Mr. Nocella.

15          As Chief Commercial Officer, are you generally

16    familiar with how United makes decisions regarding

17    capacity and route entry and exit?

18    A.    I am.

19    Q.    Does United add and remove capacity in and out of

20    different cities frequently?

21    A.    We regularly do change our schedule, yes.

22    Q.    And again just in very general terms, how do you

23    -- what factors determine how you make those decisions?

24    A.    Well we're trying to bring a broad network out of

25    the 7 hubs that we fly to from the United States to make

```
1   sure that passengers in those cities, um, you have an
2   opportunity, whether they are going on a vacation or a
3   business trip or to see the grandparents, the ability to
4   get where they want to go.  So we offer the most
5   comprehensive network we can out of those cities.  And
6   then we look at the profitability of those flights to
7   make sure that we have the right aircraft type.  If
8   demand is high, maybe it's a big plane, if demand is
9   low, maybe it's a small plane.  And ultimately if the
10  flights are unprofitable, what do we need to do to make
11  them run profitable or do we just discontinue the
12  flight.
13  Q.    Did United recently make an announcement with
14  respect to adding capacity in Florida?
15  A.    We did.
16  Q.    What was the gist of that announcement?
17  A.    That announcement was we are planning to add
18  approximately 20 percent capacity, I believe it was year
19  over year, into the major Florida cities like Fort
20  Meyers, Orlando, and Miami, the Fort Lauderdale area.
21  Q.    And will that 20 percent increase in capacity to
22  Florida include Basic Economy?
23  A.    We fly Basic Economy fares to Florida, yes.
24  Q.    I want to turn to, um, your Quarter 3 revenue
25  results.
```

1          Did United discuss its Quarter 3, 2022 revenue

2     results on the October 18th call?

3     A.    We did.

4     Q.    And what did United disclose regarding its profit

5     margins?

6     A.    We disclosed --

7          MR. TEITELBAUM:  Hearsay as to what United

8     previously --

9     Q.    What were United's profit margins?

10    A.    United produced approximately an 11 percent profit

11    margin in the quarter.

12    Q.    How did that compare, um, as a percentage of

13    industry growth or profit?

14         THE COURT:  I don't know what that means?  It may

15    mean something to him.

16         Compared to what?

17    Q.    Are you personally familiar with the percentage of

18    industry profit and revenue growth attributable to

19    United?

20    A.    So, um, I'm aware of the revenue change year over

21    year and, um, that, you know the number we've been

22    quoting, which is the combination of Delta and United,

23    accounted for over 90 percent of the incremental revenue

24    year over year, was what I said in the conference call.

25    Q.    Delta and United accounted for over 90 percent?

1    A.     That's correct.

2    Q.     Thank you, Mr. Nocella.

3           MR. HAFER:  I have no further questions, your

4    Honor?

5           THE COURT:  Counsel?

6           MR. TEITELBAUM:  Good morning, Mr. Nocella.  How

7    are you doing?

8           THE WITNESS:  Good.  I'm great.

9

10   CROSS-EXAMINATION BY MR. TEITELBAUM:

11   Q.     So, first of all, I just have a couple of

12   additional questions for you about United Next.

13          One of the things that you mentioned -- and while

14   we're talking we also have a binder, there's always an

15   ample supply of binders in this case, and so we'll be

16   distributing those.

17          I do have just a couple of questions for you about

18   United Next.  There's no need for you to look in there

19   yet, but I'll let you know.

20          You mentioned that was an effort by United to

21   decommoditize air travel, right?  And I think you

22   described that as turning away from a pure focus on

23   price, is that fair?

24   A.     Um, at a high level, yes.  Yes.

25   Q.     And so United is looking to offer -- to have

1    offerings for the travelers that are focused on things
2    beyond just price, correct?
3    A.    We're looking to accommodate all travelers, many
4    of which are looking beyond just price.
5    Q.    And so actually one of the key tenets of United
6    Next is an increase in the availability of premium
7    seats, right?
8    A.    Yes, absolutely.
9    Q.    And in fact what United's plan is, as a part of
10   United Next, is to increase premium seats available by
11   about 75 percent through 2026, is that accurate?
12   A.    It depends on how you measure it.  To my memory
13   that is a measurement of seats -- premium seats per
14   departure that are increasing pretty rapidly, yes.
15   Q.    So part of the upgauging of fleet size that United
16   is doing, in terms of the size of the aircraft, is to
17   make more room for first class, for instance?
18   A.    Absolutely.
19   Q.    And also for the Extra Leg Room and Premium
20   Economy seats, right?
21   A.    That is correct.
22   Q.    And fair to say those extra amenities that a
23   person can get closer to the front of the plane, those
24   come at a cost, right?
25   A.    Absolutely.

1    Q.    All right.  So you were asked some questions on

2    your direct examination about how Basic Economy is sold,

3    so I'd just like to ask you a little bit more about

4    that.

5         First of all, I think you mentioned that a

6    customer knows when they're buying a Basic Economy seat

7    based on how it's labeled on the website?

8    A.    That's correct.

9    Q.    But at the same time, if you go onto a United

10   plane, there are no seats on the plane that are

11   indelibly stamped with the words "Basic Economy," right?

12   A.    That is correct.

13   Q.    And that's because United is able to vary either

14   up or down the amount of Basic Economy seats that are

15   offered at any particular time, right?

16   A.    That is absolutely correct.

17   Q.    And I think what you mentioned before is that that

18   largely depends on what the demand environment is on a

19   particular flight, right?

20   A.    Correct.

21   Q.    So a flight for which there is extremely strong

22   demand is going to have less Basic Economy offered,

23   right?

24   A.    That's correct.

25   Q.    And a flight for which there is weak demand will

1    have more Basic Economy offered?

2    A.    That's correct.

3    Q.    Because ultimately for United this is a question

4    about maximizing the value that it's able to capture

5    from those seats on the aircraft, right?

6    A.    That's correct.

7    Q.    It's a business decision?

8    A.    Yes.

9    Q.    And in terms of the stats about the percentage of

10   how much Basic Economy is being offered, um, I think as

11   of the time of your deposition in June, United was

12   offering Basic Economy in about the high single-digit

13   percentages across its capacity, is that fair?

14   A.    Um, you know it depends on how you measure this,

15   but I do think domestically I would have said

16   approximately 12 percent is where we are today.

17   Q.    12 percent is where you are today.  But fair to

18   say that's fluctuated, there have been periods where

19   it's been lower than that, um, before Q3 of this year?

20   A.    Yeah, during the pandemic there were time periods

21   where it was virtually nil for a number of

22   pandemic-related reasons.

23   Q.    And, um, you mentioned on your direct testimony

24   that United's, a strategy to compete with other

25   carriers, is to match their prices, right?

A.      That's correct.

Q.      And that includes, for ultra-low cost carriers,
United's strategy is to match their price dollar for
dollar?

A.      The best we can.

Q.      And Basic Economy is something that helps United
with that competitive strategy, right?

A.      It does, yes.

Q.      (Pause.)  So let's talk a little bit more about
some of the other considerations besides the demand
environment that would determine on how much or how
little Basic Economy is offered on a particular route.

        As of June of this year, for instance, and I'm
speaking about the Denver Airport, United had actually
minimized its Basic Economy offerings out of that
airport, right?

A.      That's correct.

Q.      And that's because United competes with Southwest
Airlines in Denver, right?

A.      We compete with Southwest everywhere, but in
Denver we've chosen a different strategy to be price
competitive.

Q.      And so United made a business judgment that it
would actually be a more effective strategy not to offer
Basic Economy at any significant levels out of Denver,

1  correct?

2  A.     It depends on how you measure "significant."  We

3  do have Basic Economy out of Denver, but it is minimal

4  relative to the other hubs.

5  Q.     United also has, um, price ceilings at times where

6  it's not going to sell a Basic Economy ticket if the

7  price would be above a certain price point, is that

8  fair?

9  A.     The way we would describe that at United is, um,

10  the booking classes are a ladder, and there's a point at

11  which we don't believe the price point for Basic Economy

12  no longer makes sense, and we go to just Standard

13  Economy.

14  Q.     So if the demand environment on a route is such

15  that the lowest fare is going to be above that ceiling,

16  then the lowest fare is just going to be a regular

17  economy ticket, right?

18  A.     That's correct.

19  Q.     So I'd like to just look at an example of United's

20  Basic Economy offerings and practice.  And so if you

21  could turn to your binder at the tab that's marked

22  Exhibit 283.

23         MR. TEITELBAUM:  And, um, I'll just state for the

24  record that we are, um, at this time not going to

25  publish this to the gallery due to some confidential

```
 1    requests from United's counsel.
 2         And if you could please turn, Mr. Nocella, to the
 3    Bates number ending in .024 on that exhibit.
 4    A.   (Turns.)  I'm there.
 5         MR. HAFER:  Your Honor, could I just elicit a date
 6    on the document?
 7         MR. TEITELBAUM:  Yes, absolutely.
 8    Q.   And, Mr. Nocella, if you'd like, just turn briefly
 9    back to the second page of this exhibit.
10         This is a domestic update from July of 2022, is
11    that right?
12    A.   That's correct.
13         THE COURT:  Let me ask counsel this question.
14         You said you're not going to publish this to the
15    gallery because of concerns from United's counsel.  I've
16    said and I am very satisfied with this business of the
17    red boxes because when I come to work with these
18    documents, I know what at least the parties and
19    nonparties think is confidential, and so far at least it
20    seems to me I can stay away from it and fully explain my
21    reasoning.
22         Here you're not publishing anything and I don't
23    see any specifics, so I don't know if this document
24    becomes significant, what's confidential and what isn't.
25    Help me out.
```

```
 1            MR. TEITELBAUM:  Absolutely, your Honor.

 2            Because this is pure cross-examination, we didn't

 3      have a crystal clear idea of which documents we would

 4      use in advance, but what I will tell the Court is we

 5      will -- after this examination is over, have a

 6      conversation with the defendants and also with United

 7      and then provide a red-box version, if that's

 8      satisfactory, your Honor?

 9            THE COURT:  Fully satisfactory.  Thank you.

10            And go ahead with your questions.

11      Q.    Mr. Nocella, given that, um, this is a, um, at

12      least for the moment, at your counsel's request, a

13      confidential document, so I'm just going to ask you not

14      to read any specific number figures off of this slide.

15      If we could just speak in somewhat more general terms

16      when we're talking about this.

17            So this is a slide that's entitled "Basic Economy

18      Trends," right?

19      A.    Correct.

20      Q.    And it's reflecting a percentage of the passengers

21      for which, um, Basic Economy ticketing is occurring as

22      of July of 2022, right?

23      A.    That's correct.

24      Q.    And one of the things that reflected here is that,

25      um, there's an observation that American Airlines did
```

1    not have a Basic Economy in, um, certain markets with

2    Southwest pricing, right?

3    A.    That's correct.

4    Q.    And so that's just a reflection of the fact that

5    not only United, but other legacy carriers will either

6    turn off or turn on or increase or decrease Basic

7    Economy levels depending on their business judgment,

8    right?

9    A.    That is correct.

10   Q.    And, um, in the second bullet there's a reflection

11   that the demand environment was such that the selling

12   fares were exceeding the Basic Economy ceiling, is that

13   right?

14   A.    That's correct.

15   Q.    So that's the phenomenon we were talking about

16   before that, um, the demand environment was such that

17   prices actually rose above what it would make sense to

18   sell as a Basic Economy ticket, right?

19   A.    Correct.

20         THE COURT:  And so I'm clear, and this is probably

21   obvious, you're not reserving X amount of seats for

22   Basic Economy, if you can sell seats at a higher price,

23   you're going to do that?

24         THE WITNESS:  That is correct.

25         THE COURT:  All right.

1    Q.    And then the bottom half of this slide, there's a

2    graph that's tracking Basic Economy passenger

3    percentages for a variety of carriers, right?

4    A.    Correct.

5    Q.    And so one of the things that's reflected here

6    around -- on the late July or early August of 2021, um,

7    is a drop in Basic Economy availability on the part of

8    United, right?

9    A.    Correct.

10   Q.    And so that's a drop of roughly a factor of 6,

11   correct?

12   A.    Correct.

13   Q.    And that was just a reflection of what the demand

14   environment was at that time, that it made sense for

15   United to reduce its Basic Economy availability,

16   correct?

17   A.    That's correct.

18   Q.    Okay.  We can take that exhibit down for now.

19   Thank you.

20         And so just a few more questions for you about

21   Basic Economy, Mr. Nocella.

22         The selling of Basic Economy tickets on United

23   flights, that doesn't affect the seating density layout

24   on United's aircraft, right?

25   A.    It does not.

1   Q.    And the selling of Basic Economy tickets does not
2   affect the hub-and-spoke nature of United's network,
3   right?
4   A.    No.
5   Q.    And the selling of Basic Economy tickets does not
6   affect United's aircraft utilization in terms of the
7   hours flown per aircraft per day, right?
8   A.    I don't think so.
9   Q.    And even with the current mix of Basic Economy
10   that's being offered by United, um, United's operating
11   costs on a unitized basis remains higher than Spirit
12   Airlines, correct?
13   A.    That's correct.
14   Q.    United for Q3 of this year was at about 11.51
15   cents cost per available seat mile, excluding fuel, is
16   that right?
17   A.    I have to admit, I did not track that particular
18   number, so I don't know.
19   Q.    But you're aware that Spirit's is lower than that?
20   A.    I'm aware that we're a higher-cost airline than
21   Spirit.
22   Q.    (Pause.)  And you were asked some questions on
23   direct about, um, the result -- that United's
24   profitability results for this quarter, right?
25   A.    Correct.

```
1    Q.    And I think you had also mentioned that the
2    pandemic made it very difficult to draw helpful
3    conclusions about airline performance during the time
4    that the pandemic was ongoing, is that fair?
5    A.    That's fair, correct.
6    Q.    And in fact it's your belief that airline
7    performance for the years 2020, 2021, and 2022, was
8    basically not relevant for doing airline industry
9    analysis, is that correct?
10   A.    We continued to compare our results to 2019
11   because of that, so that is correct.
12   Q.    (Pause.)
13         MR. TEITELBAUM:  If I could have just have a
14   moment, your Honor?
15         (Pause.)
16         MR. TEITELBAUM:  No further questions.  Thank you,
17   Mr. Nocella.
18         THE COURT:  Any redirect?
19         MR. HAFER:  No redirect, your Honor.
20         THE COURT:  Thank you.  You may step down.  And
21   thank you.
22         You may call your next witness.
23         MR. MITCHELL:  Your Honor, the defense calls
24   Richard Scheff.
25         THE COURT:  He may be called.
```

1          (RICHARD SCHEFF, sworn.)

2          MR. MITCHELL:  So, your Honor, you should have in

3     front of you a binder that has the slides that

4     Mr. Scheff have prepared as well as an enlarged copy of

5     those slides.  And then in the pocket of that binder

6     there are two folders that contain the premarked

7     exhibits that Ms. Gaudet had the numbers for that we're

8     going to proffer with this witness.

9          THE COURT:  Thank you.

10          MR. MITCHELL:  Okay.

11

12          * * * * * * * * * * * * * *

13          RICHARD SCHEFF

14          * * * * * * * * * * * * * *

15

16     DIRECT EXAMINATION BY MR. MITCHELL:

17     Q.    Good morning, Mr. Scheff.

18     A.    Good morning.

19     Q.    Could you please state and spell your name for the

20     record.

21     A.    Yes.  My name is Richard Scheff, R-I-C-H-A-R-D,

22     S-C-H-E-F-F.

23     Q.    Thank you.  Could you describe your educational

24     background for the Court.

25     A.    Yes.  I have a Bachelor's Degree in Industrial and

1    Systems Engineering from Georgia Tech, as well as a

2    Master's Degree in Industrial and Systems Engineering

3    from Georgia Tech.

4    Q.    Okay.  And in what years did you receive those

5    degrees?

6    A.    I received the Bachelor's Degree in 1984 and the

7    Master's Degree in 1991.

8    Q.    Thank you.  Broadly speaking, what is your

9    professional background?

10   A.    Beginning in 1979 as a college student, as a

11   co-op, I worked in the airline industry both as an

12   airline employee and as a software developer, um,

13   developing airline models, and then for the last 20

14   years as a consultant, working primarily with airlines

15   and aviation-related issues.

16   Q.    Okay.  And what airline did you work for in that

17   co-op position you mentioned?

18   A.    I worked for Delta Airlines.  Um, the co-op

19   program is a program where you go to school for a

20   quarter and then you work for a quarter and then you

21   alternate.  So I worked at Delta in a variety of

22   positions at the Atlanta Airport, um, loading bags, a

23   ticket agent, a gate agent.  And then later on in the

24   Station Manager's office, um, scheduling and planning

25   and other issues.

1    Q.    What did you do for Delta once you were a full-

2    time employee?

3    A.    I joined Delta full-time in 1985 as a programmer

4    in the IT department, but within the first year I moved

5    into network planning.  And so for the bulk of the 13

6    years that I worked there, I worked in the Network

7    Planning area, um, at Delta.

8    Q.    Okay.  And what was your title when you left Delta

9    Airlines?

10   A.    When I left Delta I was the System Manager in

11   Network Planning, so I was responsible simply for the

12   Delta domestic network.  So responsibilities would have

13   included evaluating new market entry, market exits,

14   capacity, relations with the Delta commuter carriers,

15   um, and the use of our fleet-assignment model to assign

16   aircraft to the network.

17   Q.    Okay.  I think you mentioned after Delta you

18   worked for a software startup, is that right?

19   A.    Yes, I left Delta and we had a small startup

20   company to build airline planning models.

21   Q.    What software products did you develop at that

22   time?

23   A.    We did a fleet assignment model as well as a

24   QSI-based network planning model.

25   Q.    And is the fleet-assignment model you developed at

1    that startup the same fleet-assignment model you used in

2    connection with this matter?

3    A.    Yes, it is.

4    Q.    And when was that fleet-assignment model

5    developed, what year?

6    A.    We developed that in the 1998 to 1999 timeframe.

7    Q.    Okay.  Since you developed that software in the

8    late '90s, has it been licensed by industry

9    participants?

10   A.    Yes, a number of airlines and manufacturers have

11   licensed the model.

12   Q.    Okay.  And what have you been doing professionally

13   since leaving the software company?

14   A.    Um, beginning at 2002, I've been working as a

15   consultant, I started a company called ATG, and I

16   essentially continued consulting from 2002 through my

17   current position.

18   Q.    Okay.  And again broadly speaking, what sort of

19   consulting mandate have you worked on over the past 20

20   years?

21   A.    We've worked on a variety of different types of

22   analysis, many of them involving network planning,

23   future business plans, aircraft fleet purchases, um,

24   we've done some work with reorganization.  So a variety

25   of projects.  But primarily focusing on network and

1    fleet more than anything else, I would say.

2    Q.    Okay.  And what types of clients have hired you on

3    a consulting basis?

4    A.    Well many airlines of different types and

5    geographic locations.  Also aircraft manufacturers.

6    Financial firms interested in potentially investing in

7    business plans.  And airports as well.

8    Q.    Okay.  In your role as a consultant, have you ever

9    advised on the effect of combining two fleets as the

10   result of a merger?

11   A.    Yes, I have.

12   Q.    Okay, and you don't have to name names, but just

13   at a high level would you please describe that

14   assignment?

15   A.    Yes, we had a financial institution who wanted to

16   understand the value that could be created by a merger

17   of two airlines that they were interested in investing

18   in, so in order to understand the potential revenue

19   gains and cost savings.  So we did a, um, analysis to

20   evaluate what the -- what the synergies and implications

21   that that merger could create.

22   Q.    Okay.  Have you ever published any papers?

23   A.    Yes, I have co-authored a paper.

24   Q.    About what?

25   A.    When I was at Delta Airlines we were, um, a

1    finalist for the Edelman Prize, which is awarded to the

2    best use of operations research in -- the best use in an

3    actual business application.  So as a finalist for that,

4    the, um, the "Interfaces" magazine, which is their

5    journal, publishes a paper for all the finalists.  So we

6    wrote a paper describing our work in building and then

7    implementing the fleet assignment model at Delta.

8    Q.    Okay.  And have you ever testified as an expert

9    witness before?

10   A.    No, I have not.

11   Q.    Okay.  Have you prepared a slide presentation to

12   assist with your testimony today?

13   A.    Yes, I have.

14         MR. MITCHELL:  So, your Honor, with the Court's

15   permission I'd like to publish Mr. Scheff's

16   demonstrative slides to the gallery.

17         THE COURT:  You may proceed.

18   Q.    Mr. Scheff, who retained you in this matter?

19   A.    I was retained by JetBlue and Spirit.

20   Q.    And when were you retained in this matter?

21   A.    Within late June of this year.

22   Q.    In 2023?

23   A.    2023, correct.

24   Q.    Okay.  And what was the scope, as you understood

25   it, of your assignment?

A.    The scope was to, um, evaluate certain aspects of
the airline industry and in particular to assess whether
the combined and merged JetBlue and Spirit would be able
to increase utilization compared to the standalone
separate entities, and in particular with respect to,
um, seat-departure production.

Q.    Okay.  And broadly speaking, what analyses did you
perform in connection with that assignment?

A.    I did a number of different analyses.  I looked at
the carriers' networks, where they flew, their
scheduling patterns, their fleets, how they utilized the
fleets.  So it's a broad cross-section.  And since we
have their scheduling and their fleet and how those were
used.

Q.    Okay.  And after conducting those analyses, did
you form any opinions related to your assignment?

A.    Yes, I did.

Q.    And did you memorialize those opinions in a report
or reports?

A.    Yes, I did.

Q.    Okay.  How many expert reports did you prepare in
this matter?

A.    I prepared one expert report.  There were two
amendments.  The first amendment corrected some small
typographical-type errors.  And there was a second

1   amendment, um, that was correcting an error where there

2   was some double-counting of seasonal and day-of-week

3   effects that, um, Dr. Chipty pointed out in her

4   rebuttal.  I recognized her correction was applicable

5   and I updated that in the second amended report.

6   Q.    Okay, thank you.  And can you please tell the

7   Court the opinions you formed in connection with your

8   assignment on this matter?

9   A.    Yes, if we turn to the next slide.

10         So after analyzing the networks and fleets, my

11   opinion is that the combination of JetBlue and Spirit

12   would likely enable the firm to increase capacity using

13   seat departures as a measure in a variety of ways.  I

14   would expect less seasonal and day-of-week reductions by

15   the combined firm than by Spirit as a standalone

16   airline.  I think pooling the, um, fleets and the

17   networks of the two airlines will allow for some fleet

18   efficiency.  I do believe that the combined entity would

19   have more opportunities and more incentives to fly

20   additional red-eye flying using existing aircraft.  I

21   also believe that the Spirit A321 CEO aircraft, after

22   reconfiguration, could also be better used for longer-

23   haul missions.  And that potentially the number of

24   Spirit aircraft that the combined firm would require

25   could be less than the separate firms.

1    Q.    Thank you, Mr. Scheff.

2          MR. DeRITA:  Objection, your Honor.  We'd like to

3    renew the arguments made in our motion in limine

4    regarding the reliability of Mr. Scheff's analysis.  And

5    we agree with your Honor that the Court should be

6    skeptical of the foundation for his opinions.

7          THE COURT:  Well "skeptical of the foundation"

8    does not bar him from testifying, it goes to the weight.

9    Overruled.

10         MR. DeRITA:  Thank you, your Honor.

11         THE COURT:  The testimony he's given may stand.

12         MR. DeRITA:  Thank you, your Honor.

13   Q.    Mr. Scheff, after forming opinions you just

14   testified to, did you form an overall opinion as to the

15   number of seats available per departure after the

16   merger?

17   A.    My overall opinion is that the overall seats

18   available for departure after the merger would very

19   likely increase compared to the seats that would be

20   available without the merger.

21   Q.    Okay.

22   A.    Notwithstanding the reconfiguration of the Spirit

23   aircraft.

24   Q.    Okay.  And why did you focus on seats available

25   for departure?

1   A.    It was really to have an apples-to-apples

2   comparison with the seats that would be removed from

3   departure with JetBlue reconfiguring Spirit aircraft to

4   be consistent with their configuration.  So that change

5   would result in a net loss of seats and a reduction.  So

6   I wanted to look at how the synergy benefits could or

7   whether they could offset that reduction.  And so that's

8   -- to essentially use the same metric for measuring

9   performance, I used seats per departure.

10  Q.    Okay, thank you.  And did you perform calculations

11  to quantify certain of the utilization benefits that you

12  just discussed?

13  A.    Yes, I did.  If we could turn to Slide 3.

14  Q.    Thank you.  Could you just very briefly walk the

15  Court through what's being reflected here in Figure 18

16  on Slide 3?

17  A.    Slide 3 shows the various categories that I

18  quantified, um, basically that would result in changing

19  seats with the merger.  So on the left there are the

20  seats that would be lost due to aircraft

21  reconfiguration, and then we have the benefits for

22  schedule changes, and for fleet optimization, and then

23  the net benefit of those particular, um, factors that

24  we'll quantify here.  So that's what this chart

25  represents.

 1   Q.    Okay, so we'll talk about these numbers in more

 2   detail as we go through your analysis.

 3         What was the first thing you did in conducting

 4   your analysis?

 5   A.    Well the first thing I did was look at the fleets

 6   of the respective airlines and how they utilized them.

 7   Q.    Okay.  So let's take a look at the next slide.

 8   A.    (Turns.)  Okay.

 9   Q.    Explain to the Court what's reflected here in

10   Figures 1 and 2 on this slide?

11   A.    Figure 1 and 2 show the, um, active fleets, along

12   with some associated statistics, for both JetBlue and in

13   Figure 2 for Spirit for July 2019 and July 2023.

14   Q.    Thank you.  And could you just briefly walk the

15   Court through these aircraft types and give some color

16   on sort of their features and the types of missions they

17   might fly?

18   A.    Sure.  So Figure 1 was JetBlue, so the first

19   aircraft is the Embraer 190.  So this is, um, it's a 100

20   seat airplane, it has a 2-by-2 configuration.  It's

21   typically used for lower-demand flights and for shorter

22   stage length.  The average stage length is only around

23   500 miles.

24         The next fleet is the Airbus A2 2300.  So this is

25   a new airplane, it was not available in 2019, but

1    JetBlue has introduced it and they have a significant
2    number on order.  It's a, um, 135-seat airplane, it has
3    transcontinental range, it has very low fuel burn.  So
4    it's the lowest-cost airplane that they would have.

5          The next two, the A320 200 CEO and the A321 CEO,
6    they're similar aircraft, they can fly virtually any
7    mission on the JetBlue North American route.  The
8    primary difference is the 321 is a larger airplane so it
9    would be used where there's higher demand.

10         And then we have the A321 Mint aircraft.  That's
11   an airplane that has a premium configuration.  They're
12   lie-flat business seats, it flies very long stage
13   lengths, generally transcon flights, and it's really
14   designed to compete effectively with Delta, American,
15   and United, in markets like New York to Los Angeles or
16   Boston to Los Angeles.

17         And lastly for, um, JetBlue, the A321 LR NEO.  So
18   that's also a 321, but "LR" stands for "Long Range," so
19   it has much longer range.  And it is what JetBlue is
20   using to fly to transatlantic.  And they can use it for
21   ultra-long-haul flying that the other aircraft are not
22   capable of flying.
23   Q.   Okay.  And just quickly let's look at Figure 2 and
24   just give the Court some color on the Spirit fleet?
25   A.   Okay, yes.  So the Spirit fleet, they're all the

1    Airbus A320 family, the 319, 320, and 321.  So the
2    primary difference here is the size.  So the 321 is the
3    largest aircraft, and then the 320, and with the 319
4    being the smallest.  So their use would be largely
5    dictated by the demand for each flight.
6         They have similar capabilities with the exception
7    that the A321 CEO is more limited from a range
8    perspective from flying a transcontinental flight.  But
9    other than that, they're similar airplanes that, um,
10   Spirit uses and really assigns them based on demand.
11   Q.   Okay, we'll talk about the A321 CEO issue a little
12   bit later.  But just overall, do JetBlue and Spirit have
13   complementary fleet?
14   A.   Yes, they do.  They both have, you know, large
15   numbers of Airbus A320s and A321s so they're, um --
16   yeah, they could be flown by the same pilots.  So their
17   fleets are very complementary, yes.
18   Q.   Okay.  And what does the complementary nature of
19   the fleets allow you to do?
20   A.   The complementary nature of the fleets allows me
21   to simply combine the two separate airlines.  So after
22   the reconfiguration, instead of having, for example, you
23   know 69 A320 CEOs here that are flying Spirit and 118
24   that are flying JetBlue, you can combine them, they have
25   the same number of seats, the same costs, the same

1    capabilities.  So it allows you to take two separate
2    fleets from two separate airlines and treat them as a
3    single fleet.
4    Q.    Thank you, Mr. Scheff.  So we can turn to the next
5    slide.
6          After you looked at the fleets of the two
7    airlines, what analyses did you perform?
8    A.    I looked at several different analyses to assess
9    whether, um, there would be additional capacity.  So
10   starting with, um, looking at seasonality and day-of-
11   week variations.
12         So if we could turn to Slide 6.
13   Q.    So, Mr. Scheff, what does "seasonality" mean in
14   the airline industry?
15   A.    "Seasonality" refers to the fact that passenger
16   demand would vary seasonally depending on a number of
17   factors, um, the geography.  But in different seasons of
18   the month there are peak periods, um, and there are
19   other periods that are offpeak.  Seasonality can also
20   vary by type of passenger as well as geography.
21   Q.    Okay.  And how does seasonality relate to
22   utilization?
23   A.    Generally an airline would be highly motivated in
24   the peak seasons to maximize their utilization.  They
25   fly as much as possible when the seasonal demand is

1   high.  They would often scale back and fly less when the

2   seasonality, um, provides lower demand.

3   Q.    Okay.  And, um, what analysis did you conduct

4   related to the seasonal patterns of JetBlue and Spirit?

5   A.    What I did is I used 2019 and I looked at the 320

6   and 321 fleets.  So, um, 2019 is really the last full

7   year without covid and other factors.  So I looked at

8   the seasonal patterns that the two airlines flew to

9   identify how they flew seasonally.

10  Q.    Okay.  And is that what's reflected in Figure 3

11  here on Slide 6?

12  A.    Yes, it is.

13  Q.    Okay.  Can you just explain to the Court what is

14  the dotted line and then how do the blue and gold lines

15  relate to that?

16  A.    Okay.  So the dotted line reflects the, um, what I

17  would call the "peak seat production capacity," and what

18  I used for each airline was how they flew during the

19  peak months.  So what was their capability with their

20  fleet to produce seat departures.  So that 100 percent

21  line represents their capability.

22        The Blue line shows for each month what JetBlue's

23  scheduled seats were relative to their peak for each

24  month.  And, um, the gold line shows the same

25  information for Spirit, so what was their seat

1  production and compared to their peak capability.

2  Q.   Okay.  And just to make it clear, could you just

3  give an example of the information you're trying to

4  convey using January 2019 as the example.

5  A.   Sure.  So if we look at January, um, the Blue line

6  which represents how did JetBlue fly relative to their

7  capability, it looks just at 95 or slightly over.  So

8  their January flying was at 95 percent of what their

9  capability was.  Whereas in January the Spirit line is

10  approximately 90.  So they reduced their flying more so

11  in January than did JetBlue.

12  Q.   Okay.  And then what about the gray bars on the

13  bottom, what do those represent?

14  A.   Those show the percentage difference between the

15  JetBlue line and the Spirit line.  So the 6 percent for

16  January would indicate that JetBlue flew, um, 6 percent

17  more relative to their capacity than did Spirit.

18  Q.   Okay.  And big picture, what's your takeaway from

19  this figure?

20  A.   Well I think there's a couple of key points.  I

21  think the first thing that stands out is that, um, both

22  airlines are at or very near the peak for June and July

23  and August, which is, um, very typical a peak seasonal

24  period for most airlines, it's very common for airlines

25  to fly their airplanes as much as possible during that

1    period.  So they both fly as much as they can.  But

2    during the other months the, um, JetBlue, um, reduction

3    from peak is less than what you see from Spirit, based

4    on their 2019.

5    Q.    Okay.  To what do you attribute that difference?

6    A.    Um, I think the primary difference is, um, the

7    demand seasonality of the customer bases for the two

8    airlines.  So although I said that June and July and

9    August are peak months, and they certainly are, and

10   JetBlue has a higher percentage of their, um, schedule

11   and also a bit more of a focus on business travel.

12        For business travel, months like February, March,

13   October, are actually peak months.  So the seasonality

14   patterns -- so JetBlue was very active for both leisure

15   passengers and business passengers.  I believe Spirit's

16   focus is a little more narrow on leisure passengers, so

17   their capacity pullbacks are more reflective of leisure

18   seasonality.  So that's what I attribute the difference

19   to.

20   Q.    Okay.  And then what did you do with the seasonal

21   pattern you identified in terms of determining whether

22   additional seats could be put into the market by the

23   post-merger airlines?

24   A.    What I did was, assuming that a future post-merger

25   JetBlue from a seasonal perspective would fly similar to

1    the way that they had done, how many additional seats

2    would be produced by flying those Spirit aircraft that,

3    in the 320 and the 321 fleets, on the JetBlue seasonal

4    pattern as opposed to the Spirit seasonal pattern.

5    Q.  Okay, so we'll get to those calculations in a few

6    minutes.

7         But first, what leads you to believe that JetBlue

8    would continue to fly a less-seasonal pattern than

9    Spirit was flying in the future after the merger?

10   A.   Well that's what JetBlue has done historically.

11   Also their, um, focus on business travel and leisure

12   travel, um, does -- they have a different seasonality of

13   their customer base both in terms of the markets they

14   serve and the customers within the market.  And lastly,

15   reviewing Mr. Friedman's testimony, he indicated that

16   JetBlue has every intention of continuing to fly, um,

17   the same seasonal pattern.  And then I guess, finally,

18   in reviewing their 2027 combined network plan, the types

19   of markets in their plan to me indicated an airline that

20   would be very consistent with what JetBlue has done

21   historically.

22   Q.  Okay, one of the things you said there was, um,

23   that "JetBlue has a more business focus than the markets

24   it serves."  What do you mean by that?

25   A.   Um, I think a combination of several things.  The

```
1    scheduled frequency in a number of their markets, they
2    offer more frequency, which is a very important factor
3    for business travel.  Um, the product, um, is different.
4    So it's just their -- their selection of -- they'll have
5    -- for example, they'll fly Boston to Chicago and Boston
6    to Washington.  So they'll have a heavy emphasis on
7    those markets.  But I also believe with frequency in the
8    product they're more geared toward competing with, for
9    example Delta and American, for that passenger segment.
10   Q.    Okay.  But couldn't Spirit just decide today on
11   its own as a standalone company to fly a flatter pattern
12   and decrease the amount of capacity of --
13         MR. DeRITA:  Objection, leading.
14         THE COURT:  You are leading.  But I will supply
15   the answer.
16         What I take could do that, um, I'm inclined to
17   think -- I don't see as a matter of airline
18   administration why they would want to.  But if I allowed
19   him to answer, I assume his answer would be "Yes."
20   Let's move on.
21         MR. DeRITA:  Also, your Honor, I believe this goes
22   outside --
23         THE COURT:  It may very well, but now I've
24   revealed what I'm thinking.
25         Go ahead.
```

1          (Laughter.)

2          MR. MITCHELL:  Thank you, your Honor.

3     Q.    In addition to a seasonality analysis, did you

4     also look at the two airlines' day-of-week flying

5     pattern?

6     A.    Yes, I did.  And if we could turn to Slide 7.

7     Q.    Okay, so we've just looked at Figure 4, which is a

8     similar chart.  So could you just quickly walk the Court

9     through Figure 5 on Slide 7.

10    A.    Yes, so this is a very similar analysis, but

11    instead of looking at the months of the year, it's

12    looking at the day-of-week.  So the 100 percent is the

13    peak capability, so which day of the week did the

14    airline fly the maximum number of seats relative to

15    their fleet capability.  So, um -- and then for each day

16    of the week I looked at the actual scheduled seats for

17    that airline compared to their peak capability.

18          So that's -- the blue line represents the JetBlue

19    pattern on a day-of-week basis for 2019, and for A320

20    and A321 fleets, and the gold line represents the Spirit

21    day-of-week capacity or production relative to capacity

22    capability.

23    Q.    Okay.  And again what did you take away from this

24    figure?

25    A.    Um, well the takeaway here is really that there

1    are three days of the week that they're significantly

2    different patterns.  So on Tuesday and Wednesday the

3    Spirit reduction is, um, a lot more than the JetBlue

4    reduction, whereas on Saturday JetBlue actually reduces

5    their seats below capability where Spirit flies at a

6    peak level.  The other four days the airlines fly

7    essentially the same way.  I don't see a significant

8    difference there.

9    Q.    Okay.  And again for what do you attribute the

10   difference here on Figure 5?

11   A.    I think very similar to the seasonality, the, um,

12   demand on a day-of-week basis is quite different for

13   business travel versus leisure travel.  So an airline

14   who has a bigger presence in business markets or is

15   attempting to compete more heavily, it's very important

16   to fly on, for example, Tuesday and Wednesday.  Most

17   business trips are on a Monday-through-Friday basis.  So

18   I think the heavier emphasis or the more balance between

19   business and leisure, whereas the Spirit line dictates a

20   more narrow focus on leisure travel, but incentivises

21   them to reduce on days where that demand is less.

22        And then for Saturday, it's really just the

23   opposite.  That's the weakest day for business travel by

24   far domestically, but it's a very strong day for leisure

25   travel.  So with Spirit's heavy emphasis on the leisure

1    market, then they're incentivising to flying as much as

2    they can on Saturdays.  So that's what I attribute that

3    to.

4    Q.    Okay.  And now what did you do with this

5    day-of-week pattern you identified in terms of

6    determining whether additional seats could be put into

7    the market by the combined airline after the merger?

8    A.    Again using the assumption that a future JetBlue,

9    a merged JetBlue would operate with a similar

10   day-of-week pattern to what they have historically done,

11   I looked at what would be the change in seats from the

12   Spirit line.  So essentially if we bring the gold line

13   up to the blue line, or in the case of Saturday down to

14   the blue line, what would be the net change in seat

15   departures.

16   Q.    Okay, and did you prepare calculations of the

17   seasonal and day-of-week patterns we just discussed?

18   A.    Yes, I did.  If you could turn to Slide 8.

19   Q.    Okay.  And could you just explain to the Court,

20   um, first at a high level, just what are the figures on

21   this slide reflecting?

22   A.    These figures, since we show the seat changes that

23   would occur, um, on the left on a seasonal basis for

24   Figure 4 and on the right on a day-of-week basis, um, if

25   the Spirit aircraft were flown at the JetBlue seasonal

1   and day-of-week patterns.

2   Q.     Okay, so let's start with the figure on the right,

3   which is Figure 6.

4   A.     Okay.

5   Q.     On Slide 8.

6          How did you calculate the annual seat change

7   figure in this Figure 6?  And let's use the row Tuesday

8   as the example.

9   A.     Okay, sure.

10         So if we look at Tuesday in 2019, on seats per

11  day, scheduled seats per day on Tuesday, Spirit flew at

12  88,085 on average.  In order to determine what the peak

13  day was, I looked at each for the 7 days.  So here

14  Friday is their peak day.  So they flew 97,436.  So for

15  each day of the week, I took the ratio of how many seats

16  they offered relative to their capability, which was

17  defined by the peak day, and that's the number shown.

18  So for Tuesday, they flew at 90.4 percent.

19         I did the same calculation for JetBlue.  So on

20  Tuesday JetBlue flew at 96 percent of their peak

21  capability, which was also, um, Friday was the peak day.

22  So if the Spirit airplanes flew the JetBlue pattern at

23  96 percent, that 88,000 seats per day would now be

24  92,551, which would produce an additional 5,466 seats

25  per day.  And annualizing that would be 284,208 seats.

1    So that was the calculation done for Tuesday, Wednesday,

2    and Saturday.  And the other days, I assume there was no

3    change, so I just left them the same as they were.

4          THE COURT:  You're not saying that JetBlue would

5    increase its capacity above the blue lines on your

6    charts, what you're saying is that where Spirit is lower

7    than those blue lines, JetBlue would have the incentive

8    to, after they've reconfigured the Spirit planes, fly

9    the Spirit planes up to the blue line percentage, is

10   that right?

11         THE WITNESS:  Yes, your Honor, that's correct.

12         THE COURT:  Okay.

13         MR. DeRITA:  Objection.

14         THE COURT:  To my question?

15         (Laughter.)

16         MR. DeRITA:  No, of course not.

17         THE COURT:  No, don't say of course not, I've

18   sustained objections to my questions.  I don't --

19         MR. DeRITA:  Objection to Mr. Scheff's testimony

20   and analysis on this point, and on Figure 4, which is a

21   related analysis, so slightly different, um, as not

22   being based on sufficient facts.

23         THE COURT:  Well actually that objection again, in

24   my mind, goes to the weight.  The fact that this witness

25   doesn't have advanced degrees, and I'm not -- I mean no

1   disrespect from that, he's done this work, and I can

2   understand, um, what he's saying.  I purport to

3   understand what those with advanced degrees are saying.

4   But I can understand him.

5         (Laughter.)

6         THE COURT:  And maybe he's not adding anything

7   beyond what my Clerk and I could figure out on our own.

8   But it helps to have him figure it out.  Whether I

9   accept it or not remains.  But I'm finding his testimony

10  helpful to the factfinder.  And that's sufficient, I

11  think, to allow him to testify.  You'll get a chance to

12  cross-examine him.

13        I'm on the record saying generically that I'm

14  skeptical, and I am.

15        Go ahead, Mr. Mitchell.

16        MR. MITCHELL:  Thank you, your Honor.

17  Q.    Just two points.  Just to address counsel's

18  statement, Mr. Scheff, just so the Court understands the

19  information that supports this Figure 6, just explain

20  again where you got these seats per day and where you

21  got the numbers for those blue and gold bars that were

22  in Figure 4 that we talked about earlier?

23  A.    Yes, both airlines publish their schedules.  So I

24  used, um, from "See-And-View MI," so the published

25  schedules for every day of 2019.  So again using the 320

1   and 321 fleets.  And in terms of the aircraft available,

2   both airlines provided me the number of active airplanes

3   by month that they used in the schedule.  So knowing the

4   number of airplanes and knowing the number of seats, I

5   was able to do these calculations.

6   Q.    Thank you.  One of the calculations you talked

7   about, um, in your previous answer was that you, quote,

8   "annualized" the seat change per day to get to an annual

9   seat change.  It may seem very obvious, but just explain

10  what do you mean when you say you "annualized" that

11  number?

12  A.    Right.  So essentially there are 52 Tuesdays, I

13  believe, possibly there were 53 that year.  But

14  converting that daily change on the average Tuesday to a

15  full year of Tuesdays would be the annual number.

16  Q.    Okay, thank you.  And how did you get to the

17  number 251,947 in the net effect route?

18  A.    That's simply the sum of the seats that would be

19  added on Tuesday and Wednesday, um, with the seats that

20  would be reduced on Saturday netted out.  So it's the

21  sum of those three days of the week where I would

22  anticipate a change in the schedule pattern for the

23  merged airline.

24  Q.    Okay.  And then there's another number there

25  that's shaded.  How did you get to that shaded number?

1    A.     Yes, so the 251,000 number is reflective of if the

2    Spirit fleet were flown at the JetBlue levels.  But the

3    fleet would be reconfigured.  And so the 320 and 321

4    aircraft going forward would have fewer seats.  So the

5    223,000 number represents the additional seats after

6    adjusting for the fact that the JetBlue aircraft in the

7    future would have fewer seats than the Spirit aircraft.

8    Q.     Okay.  And to just sort of capture that.  The net

9    effect number is, um, as his Honor put it, is "bringing

10   the gold line up the blue," that's the net effect

11   number?

12   A.     Correct, and also the gold line down to the blue

13   on Saturday.  But, yes, that's the net effect.

14   Q.     And then you had to adjust that number to take

15   into account that there would be fewer seats on the

16   Spirit aircraft after they're retrofitted to the JetBlue

17   specifications?

18   A.     That's correct.

19   Q.     And you refer to that row there as the "LOPA

20   adjustment."  What does "LOPA adjustment" mean?

21   A.     "LOPA" stands for a "Layout of Passenger

22   Accommodation," it's essentially the number of seats

23   that are on the airplane.  So that's what I used.

24   Q.     Okay, thank you.

25          MR. MITCHELL:  So let's zoom back out so we can

1    see the figures again.  And now let's take a look at the

2    figure on the left, which is Figure 4.

3    Q.    And can you very quickly walk the Court through

4    your -- and this figure, by the way, what does this

5    reflect, what calculation?

6    A.    This reflects the calculation that if the Spirit

7    aircraft were flown on the JetBlue seasonal pattern

8    month by month, what would be the change in seats as a

9    result of that.

10   Q.    Okay.  And can you very quickly walk the Court

11   through the calculation you performed for the seasonal

12   analysis and let's use January as the example route.

13   A.    Sure.  So we will start with January.  So, um,

14   looking at the active fleet for the 320s and 321s, so

15   how many airplanes at each site were there, um, I

16   calculated the number of flying days, so how many days

17   were available to fly.  That's important because over

18   the course of the year the size of the fleet changed, so

19   there would be a nonseasonal effect that I don't want to

20   have included.  But looking at that, um, in January,

21   Spirit flew 926 seats per flying day.  So on average a

22   single airplane would fly 926 seats.

23         So, um, I did that calculation for each month.

24   And if you recall from the line chart, of course June,

25   July, and August, were the peak months.  So here August

1    was the peak.  So using their August production as a

2    measure for their capability, what I did in the next

3    column was scale.  So in January Spirit flew at 90.4

4    percent of what their capability was as defined by how

5    they flew in August.  So I did that calculation for

6    every month.  The same calculation was done for JetBlue.

7    So they flew in January at 95.9 percent.

8         So the next column would show if those Spirit

9    aircraft were flown at 95.9 percent of their capability

10   as opposed to 90.4, then instead of 926 seats per day,

11   they would produce 983.  And then over the course of a

12   month, the entire combined fleets would produce an

13   additional 140,552 seats.

14   Q.    You said "across the course of the months, the

15   entire combined fleets."

16   A.    Yeah.

17   Q.    What did you mean by that?

18   A.    Um, so the 320s and 321s combined and then across

19   all 31 days.  So, um --

20   Q.    But only Spirit's fleet?

21   A.    Well these are -- well, right, for the change.  I

22   mean the JetBlue fleet was used to determine their

23   ratio.  But, yes.  The additional seats were only on the

24   Spirit fleet.

25   Q.    Okay.  And then did you perform that same type of

1   calculation for each of the other months here in 2019?

2   A.    Yes, I did.

3   Q.    And then what is the full-year number that's

4   shaded in the bottom there?

5   A.    Yes, the number at the bottom shows the seat

6   change that would occur across all 12 months using the

7   2019 pattern -- so it's essentially the sum of each

8   month-by-month seasonality change.

9   Q.    Okay.  Did you make the same LOPA adjustment we

10  discussed in Figure 6, did you make that same adjustment

11  to this number here in Figure 4?

12  A.    I did.  The difference here is I included it in

13  each row.  So the 140,552 has already been reduced to

14  account for the reduction in seats on the JetBlue

15  aircraft.

16  Q.    Okay, so just to be clear for the record, does

17  that number, the shaded number, the 1.352 million

18  number, does that already incorporate the same downward

19  LOPA adjustment we just discussed?

20  A.    Yes, it does.

21  Q.    Okay.  And you said that these seasonality and

22  day-of-week analyses are based on 2019 data.  Did

23  Spirit's fleet increase in size between 2019 and 2023?

24  A.    Yes, their 320 and 321 fleet was substantially

25  larger in 2023 than it was in 2019.

1    Q.    Okay.  So what did you do to convert these

2    additional seats you identified here to the number of

3    seats that would be generated based on the size of

4    Spirit's 2023 fleet?

5    A.    I looked at the number of aircraft that were in

6    fleet, that were actively flying in 2019, and 2023, and

7    used the ratio of increase.  So how much more was the

8    fleet in 2023.  And used that increase in size to scale

9    the 2019 number.  So essentially the pattern comes from

10   2019, but it was scaled to a volume representing the

11   larger fleet in 2023.

12   Q.    Okay.  And did you calculate the size of the

13   additional seat departures attributable to these

14   seasonality and day-of-week analyses based on the size

15   of Spirit's 2023 fleet?

16   A.    Yes, I did.  And if we can turn to Slide 9.

17   Q.    Okay.  So the portion of this slide with the red

18   bar here, do those numbers reflect the additional seats

19   available after the scaling calculation you just

20   mentioned?

21   A.    Yes, they do.

22   Q.    Okay.  And were there any other adjustments that

23   you made to these numbers in the schedule change bar

24   there?

25   A.    Yes, I did make an adjustment to the number from

 1     the seasonal change.  Many of the seasonal reductions

 2     were implemented on a day-of-week basis.  So if they're

 3     reducing in January, many of those reductions, um, came

 4     on a Tuesday and Wednesday.  So to avoid having those

 5     reductions counted in both columns, I reduced the

 6     seasonal increase to, um, eliminate any double-counting

 7     in that manner.

 8     Q.    Okay.  And just to be clear, is that the

 9     double-counting error that Dr. Chipty identified?

10     A.    Yes, it is.

11     Q.    And so the seasonal numbers reflected here on

12     Figure 18, on Slide 9, are those numbers net of any

13     double-counting identified by Dr. Chipty?

14     A.    Yes, they are.

15     Q.    Okay, thank you, Mr. Scheff.

16           MR. MITCHELL:  And let's go to the next slide.

17           And, your Honor, I'm cognizant that we're going to

18     be close to the break and we're about halfway through,

19     so we have about a half an hour.

20           So transitioning topics, would you like to break

21     now?

22           THE COURT:  That makes sense.  We will break now

23     and we'll start again at 10 minutes after 11:00.  We'll

24     stand in recess.

25           THE CLERK:  All rise.

1          (Recess, 10:40 a.m.)

2

3              C E R T I F I C A T E

4

5          I, RICHARD H. ROMANOW, OFFICIAL COURT REPORTER,

6     do hereby certify that the foregoing record is a true

7     and accurate transcription of my stenographic notes

8     before Judge William G. Young, on Tuesday, November 28,

9     2023, to the best of my skill and ability.

10

11

12     /s/ Richard H. Romanow 11-28-23
       _____
13     RICHARD H. ROMANOW    Date

14

15

16

17

18

19

20

21

22

23

24

25