# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et. al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., <br><br> Defendants. | Case No. 1:23-cv-10511-WGY |

## **NOTICE OF APPEARANCE BY JAMIE R. LYNN**

TO THE CLERK OF THE ABOVE-NAMED COURT:

Please enter my appearance as counsel for Amicus Curiae Party Association of Flight Attendants-CWA, AFL-CIO, in this matter.

Dated: December 12, 2023

*/s/ Jamie R. Lynn*_____
Jamie R. Lynn (MA Bar No. 667350)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
Tel: (202) 639-7786
Fax: (202) 585-1026
jamie.lynn@bakerbotts.com

*Counsel to Amicus Curiae Association of Flight Attendants-CWA, AFL-CIO*

## CERTIFICATE OF SERVICE

I, Jamie R. Lynn, hereby certify that I am filing this document via the Court's ECF system, and relying on the system to make service on all parties. All counsel are registered participants.

*/s/ Jamie R. Lynn*