## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et. al., | |
| Plaintiffs, | |
| v. | Case No. 1:23-cv-10511-WGY |
| JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., | |
| Defendants. | |

## MOTION FOR LEAVE FOR TAYLOR M. OWINGS
## TO APPEAR AND PRACTICE PRO HAC VICE

Under Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, the undersigned attorney hereby moves this Court to permit Taylor M. Owings to appear and practice *pro hac vice* in the above-captioned action on behalf of Amicus Curiae Party Association of Flight Attendants-CWA, AFL-CIO.

Under Local Rule 83.5.3, the undersigned states the following:

1.     The undersigned is a member in good standing of the bar of this Court.

2.     Taylor M. Owings is counsel for the Amicus Curiae Party Association of Flight Attendants-CWA, AFL-CIO and is an attorney with the law firm Baker Botts L.L.P.

3.     Ms. Owings is a member of good standing of the bars of the State of California (Bar No. 302146) and the District of Columbia (Bar No. 1031064); as well as the United States Court of Appeals for the First and Fourth Circuits and the United States District Courts for the Northern District of California and the District of Columbia.

4.     Ms. Owings is presently admitted *pro hac vice* in the United States District Court for the Eastern District of Virginia.

5.     Ms. Owings has not been denied admission to or disciplined by this Court or any other court, and is not subject to any pending disciplinary proceedings.

1

6.      The undersigned, Jamie R. Lynn, an attorney with the law firm Baker Botts L.L.P., has filed an appearance and will participate in this action.

7.   An affidavit by Ms. Owings in support of this Motion is attached hereto as Exhibit A.

WHEREFORE, Amicus Curiae Party Association of Flight Attendants-CWA, AFL-CIO respectfully requests that the Court grant the instant Motion for Leave for Taylor M. Owings to Appear and Practice *Pro Hac Vice*.

Date: December 12, 2023

Respectfully submitted,

*/s/ Jamie R. Lynn*_____
Jamie R. Lynn (MA Bar No. 667350)
BAKER BOTTS L.L.P.
700 K Street N.W.
Washington, DC 20001
Tel: (202) 639-7786
Fax: (202) 585-1026
jamie.lynn@bakerbotts.com

*Counsel to Amicus Curiae Association of Flight Attendants-CWA, AFL-CIO*

## **CERTIFICATE OF SERVICE**

I, Jamie R. Lynn, hereby certify that I am filing this document via the Court's ECF system, and relying on the system to make service on all parties. All counsel are registered participants.

*/s/ Jamie R. Lynn*