# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA et. al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC., <br><br> Defendants. | Case No. 1:23-cv-10511-WGY |

### AFFIDAVIT OF TAYLOR M. OWINGS IN SUPPORT OF MOTION FOR LEAVE TO APPEAR AND PRACTICE *PRO HAC VICE*

I, Taylor M. Owings, being duly sworn, do hereby depose and state:

1. I am over the age of eighteen, and am counsel for Amicus Curiae Party Association of Flight Attendants-CWA, AFL-CIO in the above-captioned action.

2. I make this Affidavit in support of the Motion for Leave for Taylor M. Owings to Appear and Practice *Pro Hac Vice*.

3. I am a member of good standing of the bars of the State of California (Bar No. 302146) and the District of Columbia (Bar No. 1031064); as well as the United States Court of Appeals for the First and Fourth Circuits and the United States District Courts for the Northern District of California and the District of Columbia. I am presently admitted to practice *pro hac vice* in the United States District Court for the Eastern District of Virginia.

4. I am not the subject of any disciplinary proceeding pending in any jurisdiction in which I am a member of the bar.

2

5. I have not been denied admission to and have not had any *pro hac vice* admissions to this Court or any other court revoked for misconduct.

6. I have reviewed and agree to comply with the Local Rules for the United States District Court for the District of Massachusetts.

SIGNED UNDER THE PAINS AND PENALTIES OF PERJURY THIS 12TH DAY OF DECEMBER, 2023.

*/s/ Taylor M. Owings*
Taylor M. Owings