UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br>   *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and<br>SPIRIT AIRLINES, INC.,<br><br>   *Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

**PLAINTIFFS' UNOPPOSED MOTION
TO FILE UNDER PARTIAL SEAL**

    Plaintiffs hereby respectfully move for leave to file Plaintiffs' Proposed Findings of Fact under partial seal.

    In support of this motion, Plaintiffs state that this document contains information that Defendants and/or non-parties have designated as confidential under the Stipulated Joint Protective Order (ECF No. 66), and as ordered to be sealed by this Court (ECF No. 330).

    Plaintiffs are submitting both a public redacted version and a nonpublic confidential version of Plaintiffs' Proposed Findings of Fact concurrently with this motion. Consistent with trial practice in this matter, Plaintiffs' nonpublic version of the document contains annotations reflecting the Defendants' and non-parties' confidentiality claims, upon which Plaintiffs take no position.

    Accordingly, Plaintiffs respectfully request leave to file Plaintiffs' Proposed Findings of Fact under partial seal according to the procedure set forth herein.

1

Dated: December 13, 2023	Respectfully submitted,

<div style="margin-left:2em;">

/s/ Edward W. Duffy  
Edward W. Duffy  
Don Amlin  
Garrett Windle  
United States Department of Justice, Antitrust Division  
450 Fifth Street, NW, Suite 8000  
Washington, DC 20530  
Telephone: (202) 812-4723  
Fax: (202) 307-5802  
Email: edward.duffy@usdoj.gov

*Attorneys for Plaintiff United States of America*

</div>

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1

Pursuant to Local Rule 7.1(a)(2), I hereby certify that Plaintiffs have conferred with counsel for Defendants and affected non-parties, who have confirmed that they do not oppose the motion.

> */s/* Edward W. Duffy
> Edward W. Duffy
> U.S. Department of Justice, Antitrust Division
> 450 Fifth Street, NW, Suite 8000
> Washington, DC 20530
> Phone: 202-812-4723
> Facsimile: 202-307-5802
> E-mail: edward.duffy@usdoj.gov
>
> *Attorney for Plaintiff United States of America*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants on the Notice of Electronic Filing.

Dated: December 13, 2023                                 */s/ Edward W. Duffy*