# Exhibit B

*United States, et al. v. JetBlue Airways Corp. and Spirit Airlines, Inc.*, Case No. 1:23-cv-10511-WGY

**Demonstratives Used as of December 5, 2023**

| Demonstrative Label | Description/Additional Information |
|---|---|
| Christie Demonstrative 1 | Amended Complaint Paragraph 22 slide |
| Christie Demonstrative 2 | Spirit's Total Operating Revenue FY 2018-2022 slide |
| Christie Demonstrative 3 | Spirit's Net Income FY 2018-2022 slide |
| Clark Demonstrative A | https://www.jetblue.com/flyingwith-us/our-fares |
| Plaintiffs' Clark Demonstrative B | 3/6/2020 Text Message Exchange Between Dave Clark and Jonathan Weiner summary table |
| Defendants' Clark Demonstrative B | JetBlue in Boston slide |
| Yealy Demonstrative 1 | Avelo Airlines Current Route Map slide |
| Klein Demonstrative 1 | Spirit Seat Measurements: Acro 6 Seats slide |
| Hayes Demonstrative A | JetBlue Seat Measurements: A320 Family Meridian slide |
| Hayes Demonstrative B | Legroom slide |
| Hayes Demonstrative C | JetBlue and Spirit Seat Measurements slide |
| Hayes Demonstrative D | Seatback Entertainment, Free Wi-Fi, Power Outlets, and Free Snacks & Drinks slides |
| Hayes Demonstrative E | Fleet Size (End of 2022) slide |
| Hayes Demonstrative F | JetBlue Divestitures slide |
| Hayes Demonstrative G | Statements by United States Department of Justice slide |
| Hayes Demonstrative H | United States v. Am. Airlines Grp., Inc. slide |
| Gardner Demonstrative A | 10/13/2022 Text Exchange Between Mac Gardner and Ted Christie summary table |
| Gardner Demonstrative 1 | Spirit's Board of Directors slide |
| Kirby Demonstrative 1 | Targeting at Least 23 New Cities to Add to the Network slide |
| Kirby Demonstrative 2 | Gowrisankaran Report Exhibit 5 slide |
| Kirby Demonstrative 3 | NK-2R-06906072 (single-page, annotated excerpt from Tr. Ex. 285) |
| Friedman Demonstrative A | Tr. Ex. 436 tab "read" screenshot |
| Friedman Demonstrative B | Tr. Ex. 436 tab "NK P&L View" screenshot |
| Friedman Demonstrative C | Tr. Ex. 436 tab "NK P&L View" screenshot |
| Friedman Demonstrative D | Tr. Ex. 436 tab "Combined network view by city" screenshot |
| Friedman Demonstrative G | South Florida and Orlando airport pair nonstop overlap routes, Domestic carrier seat share (Q2 2022 - Q1 2023) slides |
| Friedman Demonstrative 1 | City pair table |
| Biffle Demonstrative 1 | Frontier's Florida, Puerto Rico, and Mexico Focus Cities slide |

| Demonstrative Label | Description/Additional Information |
|---|---|
| Biffle Demonstrative 2 | Frontier Route Map with Bases slide |
| Biffle Demonstrative 3 | Frontier's Current Fleet and Incoming Aircraft slide |
| Wells Demonstrative A | https://www.allegiantair.com/interactive-routemap Allegiant Boston (Logan), MA (BOS) Routemap screenshot |
| Wells Demonstrative B | https://www.allegiantair.com/interactive-routemap Allegiant Fort Lauderdale / Miami, FL (FLL) Routemap screenshots |
| Wells Demonstrative C | https://www.allegiantair.com/interactive-routemap Allegiant New York City, NY / Newark, NJ (EWR) Routemap screenshot |
| Wells Demonstrative 1 | Allegiant's Current Fleet and Incoming Aircraft slide |
| Wells Demonstrative 2 | JetBlue Divestitures to Allegiant slide |
| Jarashow Demonstrative A | Excerpts from Tr. Ex. 790 (FD) |
| Lage Demonstrative C | Tr. Ex. 332 tab "AA" screenshot (columns A-H, rows 1-27) |
| Lage Demonstrative D | Tr. Ex. 332 tab "UA" screenshot (columns A-H, rows 1-27) |
| Lage Demonstrative E | Tr. Ex. 332 tab "OA Junk FN Structure" |
| Gowrisankaran Direct Presentation | |
| Gowrisankaran Demonstrative A | Changes on Nonstop Presumption Routes slides |
| Gowrisankaran Demonstrative B | Most recent changes to nonstop overlap markets based on 2023 Q3 - 2024 Q2 schedule data slides |
| Gowrisankaran Demonstrative C | More recent passenger share data show a similar number of nonstop overlap markets that meet the presumption slides |
| Gowrisankaran Demonstrative D | "Critical Elasticity" Framework slides |
| Gowrisankaran Demonstrative E | Select JetBlue Elasticity Estimates slides |
| Gowrisankaran Demonstrative F | Harm on Presumption Routes Exited or Partially Exited by at Least One Party slides |
| Gowrisankaran Demonstrative G | Shrago Figure 3: Legacy Carrier Fare Reduction Association with Competitor Presence slides |
| Gowrisankaran Demonstrative H | Changes on Nonstop Presumption Routes - GUPPI Analysis slides |
| Chipty Direct Presentation | |
| BXI | Chipty Report Exhibit 13 |
| BXJ | Chipty Report Exhibit 15 |
| BYB | Chipty Reply Report Exhibit 11 |
| BYD | Chipty Supplemental Report Exhibit 1 |
| Chipty Demonstrative B | Routemap slide |
| Chipty Demonstrative C | Routemap slides |
| Hill Direct Presentation | |
| Hill Demonstrative A | Dr. Hill's Figure 69 & Breakdown of Market Quarters by Entry Intensity slide |
| Hill Demonstrative B | Dr. Hill's Comparison of JetBlue and Spirit Products slide |
| Hill Demonstrative C | Blue Basic and Spirit Market Shares slide |
| Hill Demonstrative D | Select Markets in Which Dr. Hill Indicates a "Disqualifying Deficiency" slide |
| Hill Demonstrative G | Dr. Hill's Treatment of Southwest slide |
| Hill Demonstrative H | Dr. Hill's Econometric Critiques slide |

| Demonstrative Label | Description/Additional Information |
|---|---|
| Hill Demonstrative N | Hill 1006 Summary 2, Presumptive nonstop overlap markets 2020 Q3 - 2021 Q2, 2021 Q3 - 2022 Q2, and 2022 Q3 - 2023 Q2 (note: never proffered/admitted as an exhibit, used only for demonstrative purposes) |
| Nocella Demonstrative A | United Airlines Domestic Network slide |
| Scheff Direct Presentation | |
| Scheff Demonstrative A | Ex. AJQ, B6_NK_FamOutput_Logs.xlsx tab "Log_CombinedBase" |
| Scheff Demonstrative B | https://www.jetblue.com/booking LAX-BUF screenshot |
| Scheff Demonstrative C | https://www.spirit.com/book/flights LAS-TPA screenshot |