# APPENDIX A[1]

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 25 | Seal Entirely | No |
| 26 | Seal Entirely | No |
| 27 | Seal Entirely | No |
| 28 | Seal Entirely | No |
| 30 | Redact | Yes |
| 31 | Redact | No |
| 32 | Redact | No |
| 33 | Redact | No |
| 34 | Redact | No |
| 40 | Redact | No |
| 112 | Redact | No |
| 117 | Redact | No |
| 118 | Redact | No |
| 122 | Seal Entirely | No |
| 125 | Redact | Yes |
| 131 | Seal Entirely | No |
| 132 | Seal Entirely | No |
| 133 | Seal Entirely | No |
| 134 | Seal Entirely | No |
| 135 | Seal Entirely | No |
| 146 | Redact | No |
| 147 | Redact | No |
| 148 | Redact | No |
| 149 | Seal Entirely | No |
| 150 | Seal Entirely | No |
| 151 | Seal Entirely | No |
| 152 | Seal Entirely | No |
| 154 | Seal Entirely | No |
| 155 | Seal Entirely | No |
| 156 | Seal Entirely | No |

---

[1] This Appendix identifies all admitted exhibits that Defendants have either proposed redacting or sealing in full.

[2] Certain admitted exhibits appearing in this Appendix were subject to review under the Joint Confidentiality Protocol for Party Documents (Dkt. No. 166; approved by this court via electronic order (Dkt. No. 187)), but were not used with a witness at trial.

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 157 | Seal Entirely | No |
| 158 | Seal Entirely | No |
| 159 | Seal Entirely | No |
| 160 | Seal Entirely | No |
| 161 | Seal Entirely | No |
| 162 | Seal Entirely | No |
| 163 | Seal Entirely | No |
| 164 | Seal Entirely | No |
| 165 | Redact | No |
| 168 | Redact | No |
| 169 | Redact | No |
| 170 | Redact | No |
| 171 | Redact | No |
| 172 | Redact | No |
| 173 | Redact | No |
| 174 | Redact | Yes |
| 175 | Redact | No |
| 177 | Redact | No |
| 180 | Redact | Yes |
| 182 | Redact | No |
| 186 | Seal Entirely | No |
| 187 | Seal Entirely | No |
| 207 | Redact | Yes |
| 225 | Redact | Yes |
| 235 | Redact | Yes |
| 241 | Redact | Yes |
| 245 | Redact | Yes |
| 246 | Redact | Yes |
| 257 | Redact | No |
| 258 | Redact | No |
| 261 | Redact | No |
| 262 | Redact | No |
| 263 | Redact | No |
| 264 | Redact | No |
| 265 | Redact | No |
| 266 | Redact | No |
| 267 | Redact | No |

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 268 | Redact | No |
| 269 | Redact | No |
| 270 | Redact | No |
| 271 | Redact | No |
| 272 | Redact | No |
| 273 | Redact | No |
| 274 | Redact | No |
| 275 | Redact | Yes |
| 276 | Redact | No |
| 277 | Redact | No |
| 279 | Redact | Yes |
| 280 | Redact | No |
| 281 | Redact | No |
| 285 | Redact | Yes |
| 286 | Redact | Yes |
| 287 | Redact | No |
| 290 | Redact | Yes |
| 291 | Redact | No |
| 292 | Redact | No |
| 293 | Redact | Yes |
| 294 | Redact | No |
| 298 | Redact | Yes |
| 303 | Redact | No |
| 307 | Redact | Yes |
| 314 | Redact | Yes |
| 323 | Redact | No |
| 325 | Redact | Yes |
| 329 | Redact | Yes |
| 330 | Redact | Yes |
| 331 | Redact | Yes |
| 333 | Redact | No |
| 334 | Redact | Yes |
| 338 | Redact | No |
| 342 | Redact | Yes |
| 343 | Redact | Yes |
| 352 | Redact | Yes |
| 353 | Redact | Yes |

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 356 | Redact | Yes |
| 359 | Redact | No |
| 360 | Redact | Yes |
| 361 | Redact | Yes |
| 362 | Redact | Yes |
| 363 | Redact | Yes |
| 364 | Redact | Yes |
| 365 | Redact | Yes |
| 366 | Redact | No |
| 368 | Redact | Yes |
| 369 | Seal Entirely | No |
| 370 | Redact | Yes |
| 372 | Redact | No |
| 378 | Redact | No |
| 382 | Redact | Yes |
| 391 | Redact | No |
| 396 | Redact | No |
| 397 | Seal Entirely | Yes |
| 398 | Seal Entirely | Yes |
| 399 | Redact | No |
| 400 | Redact | Yes |
| 401 | Redact | Yes |
| 402 | Redact | Yes |
| 403 | Redact | Yes |
| 405 | Redact | No |
| 406 | Redact | No |
| 408 | Redact | Yes |
| 412 | Redact | No |
| 413 | Redact | Yes |
| 414 | Redact | No |
| 415 | Redact | Yes |
| 416 | Redact | Yes |
| 417 | Redact | No |
| 418 | Seal Entirely | Yes |
| 419 | Redact | Yes |
| 420 | Redact | Yes |
| 421 | Redact | No |

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 422 | Redact | No |
| 423 | Redact | Yes |
| 424 | Redact | Yes |
| 425 | Redact | Yes |
| 427 | Redact | No |
| 428 | Redact | Yes |
| 429 | Redact | Yes |
| 430 | Redact | No |
| 431 | Redact | No |
| 434 | Redact | No |
| 435 | Redact | Yes |
| 436 | Redact | Yes |
| 438 | Seal Entirely | No |
| 440 | Redact | No |
| 441 | Redact | No |
| 442 | Redact | Yes |
| 452 | Redact | Yes |
| 611 | Redact | Yes |
| 615 | Redact | Yes |
| 616 | Redact | Yes |
| 617 | Redact | Yes |
| 618 | Redact | Yes |
| 622 | Redact | No |
| 626 | Redact | Yes |
| 648 | Redact | Yes |
| 652 | Redact | Yes |
| 655 | Redact | Yes |
| 657 | Redact | Yes |
| 667 | Redact | No |
| 669 | Redact | Yes |
| 670 | Redact | No |
| 679 | Redact | Yes |
| 685 | Redact | Yes |
| 692 | Redact | Yes |
| 713 | Seal Entirely | No |
| 751 | Seal Entirely | No |
| 752 | Seal Entirely | No |

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 753 | Seal Entirely | No |
| 754 | Seal Entirely | No |
| 755 | Seal Entirely | No |
| 756 | Seal Entirely | No |
| 757 | Seal Entirely | No |
| 758 | Seal Entirely | No |
| 759 | Seal Entirely | No |
| 760 | Seal Entirely | No |
| 761 | Seal Entirely | No |
| 762 | Seal Entirely | No |
| 763 | Seal Entirely | No |
| 764 | Seal Entirely | No |
| 765 | Seal Entirely | No |
| 766 | Seal Entirely | No |
| 767 | Seal Entirely | No |
| 768 | Seal Entirely | No |
| 769 | Seal Entirely | No |
| 770 | Seal Entirely | No |
| 771 | Seal Entirely | No |
| 772 | Seal Entirely | No |
| 773 | Seal Entirely | No |
| 774 | Seal Entirely | No |
| 775 | Seal Entirely | No |
| 776 | Seal Entirely | No |
| 777 | Seal Entirely | No |
| 778 | Seal Entirely | No |
| 779 | Seal Entirely | No |
| 780 | Seal Entirely | No |
| 781 | Seal Entirely | No |
| 782 | Redact | No |
| 792 | Redact | Yes |
| 797 | Redact | Yes |
| 798 | Redact | Yes |
| 799 | Redact | Yes |
| 800 | Redact | Yes |
| 801 | Redact | Yes |
| 850 | Redact | Yes |

| Ex. # | Seal/Redact | Subject to Confidentiality Protocol[2] |
|---|---|---|
| 852 | Redact | Yes |
| 853 | Redact | Yes |
| 854 | Seal Entirely | No |
| 861 | Redact | No |
| 887 | Redact | Yes |
| 889 | Redact | Yes |
| 896 | Redact | Yes |
| 912 | Redact | No |