UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al., <br><br> Plaintiffs, <br><br> v. <br><br> JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC. <br><br> Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**NOTICE OF WITHDRAWAL OF DANIEL H. LEFF
FOR THE COMMONWEALTH OF MASSACHUSETTS**

The undersigned hereby withdraws as counsel for the Commonwealth of Massachusetts and the other Plaintiff States. Massachusetts and the Plaintiff States continue to be represented by other counsel who have previously entered their appearance.

Dated: January 16, 2024				Respectfully submitted,

						PLAINTIFF COMMONWEALTH
						OF MASSACHUSETTS

						ANDREA JOY CAMPBELL
						ATTORNEY GENERAL

						/s/ Daniel H. Leff
						Daniel H. Leff (MA BBO No. 689302)
						Assistant Attorney General
						Daniel.Leff@mass.gov
						Office of the Attorney General
						One Ashburton Place, 18th Fl.
						Boston, MA 02108
						Tel: (617) 727-2200

## CERTIFICATE OF SERVICE

The forgoing document will be served on counsel of record through the Court's CM/ECF system.

/s/Daniel H. Leff
Daniel H. Leff