```
                     UNITED STATES DISTRICT COURT
                       DISTRICT OF MASSACHUSETTS
```

```
_____
                                    )
UNITED STATES OF AMERICA,           )
COMMONWEALTH OF MASSACHUSETTS,      )
DISTRICT OF COLUMBIA,               )
STATE OF CALIFORNIA,                )
STATE OF MARYLAND,                  )
STATE OF NEW JERSEY,                )
STATE OF NEW YORK, and              )
STATE OF NORTH CAROLINA,            )
                                    )
          Plaintiffs,               )
                                    )
                    v.              )   CIVIL ACTION
                                    )   NO. 23-10511-WGY
JETBLUE AIRWAYS CORPORATION, and    )
SPIRIT AIRLINES, INC.,              )
                                    )
          Defendants.               )
_____)
```

YOUNG, D.J.                                         January 17, 2024

**JUDGMENT**

This action came to trial before the Court. The issues have been tried and a decision has been rendered.

IT IS ORDERED AND ADJUDGED:

Judgment for the plaintiffs

UNITED STATES OF AMERICA,
COMMONWEALTH OF MASSACHUSETTS,
DISTRICT OF COLUMBIA,
STATE OF CALIFORNIA,
STATE OF MARYLAND,
STATE OF NEW JERSEY,
STATE OF NEW YORK, and
STATE OF NORTH CAROLINA.

[1]

```
                                    ROBERT M. FARRELL
                                    CLERK OF COURT


                                    By /s/ Jennifer Gaudet
                                        Deputy Clerk
```