UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>　　　　　　　　　　*Plaintiffs*,<br><br>　　　　v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>　　　　　　　　　　*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

## CERTIFICATION OF KANNON K. SHANMUGAM FOR ADMISSION *PRO HAC VICE*

Pursuant to Rule 83.5.3 of the Local Rules of the United States District Court for the District of Massachusetts, I, Kannon K. Shanmugam, hereby certify that:

1.　I am a partner with the law firm of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, and I am admitted to the bars of the District of Columbia, New York, Kansas, and Virginia.  My office telephone number is (202) 223-7325.

2.　I am a member of good standing in every jurisdiction where I have been admitted to practice.

3.　There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

4.　I have not previously had a pro hac vice admission, or other limited admission, revoked for misconduct in the United States District Court for the District of Massachusetts.

5. I have read and agree to comply with the Local Rules of the United States District Court for the District of Massachusetts.

I declare under penalty of perjury that the foregoing is true and correct and that I have executed this certification on January 19, 2024 in Washington, D.C.

/s/      *Kannon K. Shanmugam*
         Kannon K. Shanmugam