# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

## CLERK'S CERTIFICATE AND APPEALS COVER SHEET

### ABBREVIATED ELECTRONIC RECORD

Case Caption: United States of America et al v. JetBlue Airways Corporation et al

District Court Number: 23cv10511-WGY

Fee: Paid? Yes **X** No ____   Government filer ____   *In Forma Pauperis* Yes ____ No ____

Motions Pending   Yes ____ No **X**
If yes, document # ____

Sealed documents   Yes **X** No ____
If yes, document # 250

*Ex parte* documents   Yes ____ No **X**
If yes, document # ____

Transcripts   Yes **X** No ____
If yes, document # 67,390-424

Notice of Appeal filed by: Plaintiff/Petitioner ____   Defendant/Respondent **X**   Other: ____

Appeal from:

#461 Findings of Fact and Conclusions of Law, #463 Judgment

Other information:

I, Robert M. Farrell, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed electronic documents:

#461, #463, and #464

with the electronic docket sheet, constitute the abbreviated record on appeal in the above entitled case for the Notice of Appeal # 464 filed on January 19, 2024.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on January 21, 2024.

**ROBERT M. FARRELL**
Clerk of Court

/s/Matthew A. Paine
Deputy Clerk

**PLEASE RETURN TO THE USDC CLERK'S OFFICE**