## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil Action No. 1:23-cv-10511-WGY |

### NOTICE OF APPEARANCE

Please enter the appearance of Kannon K. Shanmugam, of Paul, Weiss, Rifkind, Wharton & Garrison LLP, 2001 K Street NW, Washington, DC 20006-1047, as an attorney representing Defendant Spirit Airlines, Inc. in the above-captioned action.

Dated: January 22, 2024.

                                                    Respectfully submitted,

/s/ *Kannon K. Shanmugam*
Kannon K. Shanmugam (admitted *pro hac vice*)
Paul, Weiss, Rifkind, Wharton & Garrison LLP
2001 K St. NW
Washington, DC 20006-1047
(202) 223-7325
kshanmugam@paulweiss.com

*Attorney for Defendant Spirit Airlines, Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that this document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on January 22, 2024.

                 /s/ *Kannon K. Shanmugam*