UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants.* | Case No. 1:23-cv-10511-WGY |

## **PLAINTIFF STATES' CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES**

Pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), Plaintiffs, the District of Columbia, the states of California, Maryland, New Jersey, New York, North Carolina and the Commonwealth of Massachusetts (collectively Plaintiff States), move this Court for an extension of time for Plaintiff States to file a motion for attorneys' fees and costs to twenty-one (21) days after final resolution of the appeal in this matter.[1]

Pursuant to L.R., D. Mass. 7.1(a), the counsel for the Plaintiff States conferred with counsel for Defendants who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed order are attached.

---

[1] Plaintiff United States of America does not intend to seek attorneys' fees, but reserves the right to seek costs pursuant to Fed. R. Civ. P. 54(d)(1).

1

Dated: January 25, 2024					Respectfully submitted,

/s/ Jamie L. Miller
Jamie L. Miller (*admitted pro hac vice*)
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Tel: (415) 510-3565
Email:  Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff State of California*


/s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorney for Plaintiff Commonwealth of Massachusetts*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff State of New York*


/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Estefania Y. Torres Paez (BBO # 705952)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov
Email: estefania.torrespaez@dc.gov

*Attorneys for Plaintiff District of Columbia*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

/s/ Ana Atta-Alla
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

3

## Certificate of Service

I certify that on January 25, 2024, I caused a true and correct copy of the Plaintiff States' Motion to Extend Time to File a Motion for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

        /s/ Jamie L. Miller
        Jamie L. Miller