UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil No. 1:23-cv-10511-WGY |

## **ORDER**

Upon consideration of the Plaintiff States' Consent Motion to Extend Time to Move for Attorneys' Fees pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), it is this _____ day of _____, 2024.

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff States will have until twenty-one (21) days after final resolution of the appeal in this matter to file their motion for attorneys' fees and costs.

SO ORDERED.

_____
William G. Young
United States District Court Judge