UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br><br>*Plaintiffs,*<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |

## PLAINTIFF STATES' MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

## INTRODUCTION

Plaintiffs, the District of Columbia, the states of California, Maryland, New Jersey, New York, North Carolina, and the Commonwealth of Massachusetts (collectively Plaintiff States), move this Court for an order extending the time for Plaintiff States to file a motion for attorneys' fees and costs, pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d). Plaintiff States request this extension to allow time for the parties to confer and to attempt to reach agreement on attorneys' fees and costs issues and to eliminate the need to file multiple motions for attorneys' fees and costs. Pursuant to L.R. D. Mass. 7.1(a), the undersigned counsel conferred with counsel for Defendants JetBlue Airways Corporation (JetBlue) and Spirit Airlines, Inc. (Spirit) (collectively Defendants). JetBlue and Spirit consent to the relief requested by the Plaintiff States.

1

## ARGUMENT

On July 28, 2022, JetBlue and Spirit announced they had reached an agreement that JetBlue would acquire Spirit. On March 31, 2023, the Plaintiff States and the United States Department of Justice filed an amended complaint to enjoin JetBlue's proposed acquisition of Spirit, pursuant to Section 7 of the Clayton Act, 15 U.S.C. § 18, and Section 16 of the Clayton Act, 15 U.S.C. § 26. Section 16 of the Clayton Act provides that "any person . . . shall be entitled to sue for and have injunctive relief . . . against threatened loss or damage by a violation of the antitrust laws," including a violation of Section 7 of the Clayton Act, 15 U.S.C. § 18. Plaintiff States are "persons" under Section 16 of the Clayton Act. *Hawaii v. Standard Oil Co.*, 405 U.S. 251, 260-261 (1972).

On January 16, 2024, this Court issued an Order permanently enjoining Defendants "from executing the proposed merger as agreed on July 28, 2022." Section 16 of the Clayton Act states that "[i]n any action under this section in which the plaintiff substantially prevails, the court shall award the cost of suit, including a reasonable attorneys' fee, to such plaintiff." 15 U.S.C. § 26. Plaintiff States will seek their attorneys' fees and costs as prevailing plaintiffs in this action. On January 17, 2024, this Court issued Judgment in favor of the Plaintiffs. Defendants JetBlue and Spirit filed a Notice of Appeal on January 19, 2024.

Pursuant to Fed. R. Civ. P. 54(d)(2), a motion for claiming attorneys' fees must be filed no later than 14 days after the entry of judgment. Prevailing parties, Plaintiff States, seek the requested extension to meaningfully meet and confer with Defendants on attorneys' fees and costs issues. Given there are seven Plaintiff States who will request fees and costs, the two weeks provided under Fed. R. Civ. P. 54(d)(2) to file a motion for attorneys' fees does not provide sufficient time for a full discussion and resolution of these issues. Further, JetBlue and

Spirit have appealed the Court's ruling. The proposed extension of time will obviate the need to file multiple fee petitions and responses.

      Accordingly, for good cause shown and with the consent of Defendants, Plaintiff States request that the Court grant an order under Fed. R. Civ. P. 54(d)(2) extending the time for Plaintiff States to file a motion for attorneys' fees and costs to twenty-one (21) days after final resolution of the appeal in this matter.

Dated: January 25, 2024

Respectfully submitted,

/s/ Jamie L. Miller
Jamie L. Miller (*admitted pro hac vice*)
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Tel: (415) 510-3565
Email:  Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorney for Plaintiff Commonwealth of Massachusetts*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff State of New York*

/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Estefania Y. Torres Paez (BBO# 705952)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov
Email: estefania.torrespaez@dc.gov

*Attorneys for Plaintiff District of Columbia*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

/s/ Ana Atta-Alla
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

## **Certificate of Service**

I certify that on January 25, 2024, I caused a true and correct copy of the Plaintiff States' Memorandum in Support of Motion to Extend Time to Move for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

/s/ Jamie L. Miller<br>
Jamie L. Miller