# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, *et al.,*<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Civil No. 1:23-cv-10511-WGY |

# ORDER

Upon consideration of the Plaintiff States' Consent Motion to Extend Time to Move for Attorneys' Fees pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), it is this   30th     day of

 January            , 2024.

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff States will have until twenty-one (21) days after final resolution of the appeal in this matter to file their motion for attorneys' fees and costs.

SO ORDERED.

 /s/ William G. Young

William G. Young

United States District Court Judge