# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION, and SPIRIT AIRLINES, INC.<br><br>Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

## NOTICE OF WITHDRAWAL OF SAMUEL GUGGENHEIMER
## FOR JETBLUE AIRWAYS CORPORATION

The undersigned hereby withdraws as counsel for Defendant JetBlue Airways Corporation. Defendant JetBlue Airways Corporation continues to be represented by other counsel who have previously entered appearances on its behalf.

Dated: February 16, 2024

Respectfully submitted,

*/s/ Samuel Guggenheimer*
Samuel Guggenheimer (admitted *pro hac vice*)
Shearman & Sterling LLP
401 9th Street NW, Suite 800
Washington, DC 20004
Tel: (202) 508-8000
samuel.guggenheimer@shearman.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on February 16, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ *Samuel Guggenheimer*
Samuel Guggenheimer