# United States Court of Appeals
## For the First Circuit

No. 24-1092

UNITED STATES; COMMONWEALTH OF MASSACHUSETTS; DISTRICT OF COLUMBIA; STATE OF NEW YORK; STATE OF CALIFORNIA; STATE OF NORTH CAROLINA; STATE OF MARYLAND; STATE OF NEW JERSEY,

Plaintiffs - Appellees,

v.

JETBLUE AIRWAYS CORPORATION; SPIRIT AIRLINES, INC.,

Defendants - Appellants.

**MANDATE**

Entered: March 5, 2024

In accordance with the judgment of March 5, 2024, and pursuant to Federal Rule of Appellate Procedure 41(a), this constitutes the formal mandate of this Court.


By the Court:

Maria R. Hamilton, Clerk


cc:
Ana Atta-Alla, Tyler S. Badgley, Deepti Bansal, John C. Calhoun, Jay Cohen, Daniel P. Culley, Andrew N. DeLaney, Meredith Richardson Dearborn, Jessica K. Delbaum, James P. Denvir III, Edward William Duffy, Dean Austin Elwell, Andrew C. Finch, David I. Gelfand, Jennifer L. Giordano, Jeremy Girton, Daniel Edward Haar, Zachary R. Hafer, Brian Hauser, Joseph M. Kay, Olga Kogan, Nickolai Levin, Michelle Livingston, Donald Campbell Lockhart, Glenn A. MacKinlay, C. William Margrabe, Christina S. Marshall, William T. Matlack, Robert B. McNary, Jamie L. Miller, Tara S. Morrissey, Eli Nachmany, Matt Nguyen, Andrew T. O'Connor, Joseph Peter Rockers, Samuel Newland Rudman, Kannon K. Shanmugam, Ryan A. Shores, Zachary Sisko, Benjamin P. Solomon-Schwartz, Marguerite M. Sullivan, Jessica Vance Sutton, Kaitlin Mary Thompson, David C. Tolley, Caroline S. Van Zile, Schonette Walker, Alice A. Wang, John Francis White III, Lisa C. Wood, Elizabeth M. Wright, Lauren Willard Zehmer