UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.*,

*Plaintiffs*,

v.

JETBLUE AIRWAYS CORPORATION and
SPIRIT AIRLINES, INC.,

*Defendants*.

Civil No. 1:23-cv-10511-WGY

**ORDER**

Upon consideration of the Plaintiff States' Consent Motion to Extend Time to Move for Attorneys' Fees pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), it is this _____ day of _____, 2024.

ORDERED that the Motion is GRANTED; and it is further

ORDERED that Plaintiff States will have until May 27, 2024 to file their motion for attorneys' fees and costs.

SO ORDERED.

_____
William G. Young
United States District Court Judge