# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA, *et al.,*

*Plaintiffs,*

v.

JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,

*Defendants.*

Case No. 1:23-cv-10511-WGY

## PLAINTIFF STATES' CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), Plaintiffs, the Commonwealth of Massachusetts, the District of Columbia, and the states of California, Maryland, New Jersey, New York, and North Carolina (collectively Plaintiff States), move this Court for a sixty (60) day extension of time, until July 26, 2024, for Plaintiff States to file a motion for attorneys' fees and costs. Plaintiff States request this extension to allow time for the parties to continue to confer and attempt to reach agreement without motion practice. The parties do not presently anticipate seeking another extension of time.

Pursuant to L.R., D. Mass. 7.1(a), counsel for the Plaintiff States conferred with counsel for Defendants, who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed order are attached.

1

Dated: May 21, 2024                                Respectfully submitted,

/s/ William T. Matlack
William T. Matlack (MA Bar No. 552109)
Office of the Attorney General
One Ashburton Place, 18th Floor
Boston, MA 02108
Telephone: (617) 727-2200
Email: William.Matlack@mass.gov

*Attorney for Plaintiff Commonwealth of Massachusetts*

/s/ C. William Margrabe
C. William Margrabe (*admitted pro hac vice*)
Office of the Attorney General
400 6th Street NW, Suite 10100
Washington, DC 20001
Telephone: (202) 727-6294
Email: will.margrabe@dc.gov

*Attorney for Plaintiff District of Columbia*

/s/ Jamie L. Miller
Jamie L. Miller (*admitted pro hac vice*)
Supervising Deputy Attorney General
Office of the California Attorney General
455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102
Tel: (415) 510-3565
Email:  Jamie.Miller@doj.ca.gov

*Attorney for Plaintiff State of California*

/s/ Schonette J. Walker
Schonette J. Walker (*admitted pro hac vice*)
Gary Honick (*admitted pro hac vice*)
Byron Warren (*admitted pro hac vice*)
Maryland Office of the Attorney General
200 St. Paul Place, 19th Floor
Baltimore, MD 21202
410-576-6470
swalker@oag.state.md.us
ghonick@oag.state.md.us
bwarren@oag.state.md.us

*Attorneys for Plaintiff State of Maryland*

/s/ Ana Atta-Alla
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff State of New York*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

**Certificate of Service**

I certify that on May 21, 2024, I caused a true and correct copy of Plaintiff States' Consent Motion to Extend Time to Move for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

                                                /s/ Jessica V. Sutton
                                                    Jessica V. Sutton
                                                    Special Deputy Attorney General