UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, et al, | ) ) ) | |
| Plaintiffs, | ) ) ) | |
| v. | ) ) ) | |
| JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC., | ) ) ) ) | Civil Action No. 1:23-cv-10511-WGY |
| Defendants, | ) ) ) ) ) ) ) | |

**NOTICE OF WITHDRAWAL OF MATT ROSENTHAL
FOR JETBLUE AIRWAYS CORPORATION**

The undersigned hereby withdraws as counsel for Defendant JetBlue Airways Corporation. Defendant JetBlue Airways Corporation continues to be represented by other counsel who have previously entered appearances on its behalf.

Dated: July 17, 2024            Respectfully submitted,

*/s/ Matt Rosenthal*
Matt Rosenthal (*Pro Hac Vice*)
Cleary Gottlieb Steen & Hamilton, LLP
2112 Pennsylvania Avenue, NW
Washington, DC 20037
Tel: 202-974-1500
mrosenthal@cgsh.com

*Attorneys for Defendant JetBlue Airways Corporation*

1

**CERTIFICATE OF SERVICE**

I hereby certify that this document was filed through the ECF system on July 17, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

*/s/ Matt Rosenthal*
Matt Rosenthal