UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>      *Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>      *Defendants*. | Civil Action 1:23-cv-10511-WGY |

### NOTICE OF CHANGE OF FIRM NAME AND EMAIL ADDRESSES

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, as a result of the combination of Shearman & Sterling LLP and Allen & Overy LLP, effective May 1, 2024, the name of the firm representing JetBlue Airways Corporation is Allen Overy Shearman Sterling US LLP. The new email addresses of counsel are:

 jessica.delbaum@aoshearman.com

 rschwed@aoshearman.com

 leila.siddiky@aoshearman.com

 liz.robinson@aoshearman.com

 noni.nelson@aoshearman.com

 harlan.rosenson@aoshearman.com

 sheyla.soriano@aoshearman.com

 david.garfinkel@aoshearman.com

 tina.asgharian@aoshearman.com

michael.mitchell@aoshearman.com

brian.hauser@aoshearman.com

ryan.leske@aoshearman.com

jake.kotler@aoshearman.com

grace.song@aoshearman.com

rachel.zieminski@aoshearman.com

The mailing address, telephone number, and facsimile number remain unchanged.

| | |
|---|---|
| Dated: August 1, 2024<br>New York, New York | Respectfully submitted,<br><br>ALLEN OVERY SHEARMAN STERLING US LLP<br><br>By: /s/ *Jessica K. Delbaum*<br><br>Jessica K. Delbaum (*Pro Hac Vice*)<br>Richard F. Schwed (*Pro Hac Vice*)<br>Leila Siddiky (*Pro Hac Vice*)<br>Elizabeth Robinson (*Pro Hac Vice*)<br>Noni Nelson (*Pro Hac Vice*)<br>Harlan P. Rosenson (*Pro Hac Vice*)<br>Sheyla D. Soriano (*Pro Hac Vice*)<br>David Garfinkel (*Pro Hac Vice*)<br>Tina Asgharian (*Pro Hac Vice*)<br>Allen Overy Shearman Sterling US LLP<br>599 Lexington Avenue<br>New York, NY 10022-6069<br>Tel: 212-848-4000<br>Fax: 212-848-7179<br>jessica.delbaum@aoshearman.com<br>rschwed@aoshearman.com<br>leila.siddiky@aoshearman.com<br>liz.robinson@aoshearman.com<br>noni.nelson@aoshearman.com<br>harlan.rosenson@aoshearman.com<br>sheyla.soriano@aoshearman.com<br>david.garfinkel@aoshearman.com<br>tina.asgharian@aoshearman.com<br><br>Michael Mitchell (*Pro Hac Vice*)<br>Brian Hauser (*Pro Hac Vice*) |

Ryan Leske (*Pro Hac Vice*)
Jacob Kotler (*Pro Hac Vice*)
Grace Song (*Pro Hac Vice*)
Allen Overy Shearman Sterling US LLP
401 9th Street, N.W., Suite 800
Washington, DC 20004
Tel: 202-508-8005
Fax: 202-661-7480
michael.mitchell@aoshearman.com
brian.hauser@aoshearman.com
ryan.leske@aoshearman.com
jake.kotler@aoshearman.com
grace.song@aoshearman.com

Rachel Mossman Zieminski (*Pro Hac Vice*)
Allen Overy Shearman Sterling US LLP
2601 Olive Street, 17th Floor
Dallas, TX 75201
Tel: 214-271-5385
rachel.zieminski@aoshearman.com

*Attorneys for Defendant JetBlue Airways Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on August 1, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

/s/ *Jessica K. Delbaum*
Jessica K. Delbaum