**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>                        Plaintiffs,<br><br>                  v.<br><br>JETBLUE AIRWAYS CORPORATION, and<br>SPIRIT AIRLINES, INC.<br><br>                        Defendants. | Civil Action No.: 1:23-cv-10511-WGY |

**NOTICE OF WITHDRAWAL OF TINA ASGHARIAN**
**FOR JETBLUE AIRWAYS CORPORATION**

The undersigned hereby withdraws as counsel for Defendant JetBlue Airways Corporation. Defendant JetBlue Airways Corporation continues to be represented by other counsel who have previously entered appearances on its behalf.

Dated: August 1, 2024

Respectfully submitted,

/s/ *Tina Asgharian*

Tina Asgharian (admitted *pro hac vice*)
Allen Overy Shearman Sterling US LLP
599 Lexington Avenue
New York, NY 10022-6069
Tel: 212-848-4000
Fax: 212-848-7179
tina.asgharian@aoshearman.com

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that this document was filed through the ECF system on August 1, 2024, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Respectfully submitted,

*/s/ Tina Asgharian*
Tina Asgharian