# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>*Defendants*. | Case No. 1:23-cv-10511-WGY |

## PLAINTIFF STATES' CONSENT MOTION TO EXTEND TIME TO MOVE FOR ATTORNEYS' FEES

Pursuant to Fed. R. Civ. P. 6(b)(1) and 54(d), Plaintiffs, the Commonwealth of Massachusetts, the District of Columbia, and the states of California, Maryland, New Jersey, New York, and North Carolina (collectively Plaintiff States), move this Court for a six (6) week extension of time, until October 17, 2024, for Plaintiff States to file a motion for attorneys' fees and costs. Plaintiff States request this extension to allow time for the parties to continue to confer and attempt to reach agreement without motion practice. An agreement in principle has been reached and the parties are diligently finalizing that agreement.

Pursuant to L.R., D. Mass. 7.1(a), counsel for the Plaintiff States conferred with counsel for Defendants, who consent to this motion. Plaintiff States' memorandum of points and authorities in support of this request and proposed order are attached.

1

Dated: September 3, 2024                    Respectfully submitted,

3                                            /s/ William T. Matlack
                                             William T. Matlack (MA Bar No. 552109)
                                             Office of the Attorney General
                                             One Ashburton Place, 18th Floor
                                             Boston, MA 02108
                                             Telephone: (617) 727-2200
                                             Email: William.Matlack@mass.gov

                                             *Attorney for Plaintiff Commonwealth of Massachusetts*

                                             /s/ C. William Margrabe
                                             C. William Margrabe (*admitted pro hac vice*)
                                             Office of the Attorney General
                                             400 6th Street NW, Suite 10100
                                             Washington, DC 20001
                                             Telephone: (202) 727-6294
                                             Email: will.margrabe@dc.gov

                                             *Attorney for Plaintiff District of Columbia*

                                             /s/ Jamie L. Miller
                                             Jamie L. Miller (*admitted pro hac vice*)
                                             Supervising Deputy Attorney General
                                             Office of the California Attorney General
                                             455 Golden Gate Avenue, Suite 11000
                                             San Francisco, CA  94102
                                             Tel: (415) 510-3565
                                             Email:  Jamie.Miller@doj.ca.gov

                                             *Attorney for Plaintiff State of California*

                                             /s/ Schonette J. Walker
                                             Schonette J. Walker (*admitted pro hac vice*)
                                             Gary Honick (*admitted pro hac vice*)
                                             Byron Warren (*admitted pro hac vice*)
                                             Maryland Office of the Attorney General
                                             200 St. Paul Place, 19th Floor
                                             Baltimore, MD 21202
                                             410-576-6470
                                             swalker@oag.state.md.us
                                             ghonick@oag.state.md.us
                                             bwarren@oag.state.md.us

                                             *Attorneys for Plaintiff State of Maryland*

/s/ Ana Atta-Alla
Ana Atta-Alla (*admitted pro hac vice*)
State of New Jersey - Office of the Attorney General
Division of Law
124 Halsey Street – 5th Floor
Newark, NJ 07102
Telephone: (973) 648-6835
Ana.Atta-Alla@law.njoag.gov

*Attorney for Plaintiff State of New Jersey*

/s/ Olga Kogan
Olga Kogan (*admitted pro hac vice*)
New York State Office of the Attorney General
28 Liberty Street, 20th Floor
New York, NY 10005
Telephone: (212) 416-8262
Email: olga.kogan@ag.ny.gov

*Attorney for Plaintiff State of New York*

/s/ Jessica V. Sutton
Jessica V. Sutton (*admitted pro hac vice*)
Special Deputy Attorney General
North Carolina Department of Justice
Post Office Box 629
Raleigh, NC 27602
Tel: 919-716-6000
E-mail: jsutton2@ncdoj.gov

*Attorney for Plaintiff State of North Carolina*

**Certificate of Service**

I certify that on September 3, 2024, I caused a true and correct copy of Plaintiff States' Consent Motion to Extend Time to Move for Attorneys' Fees to be served upon the parties of record through the Court's ECF system.

                                              /s/ *Jessica V. Sutton*
                                                    Jessica V. Sutton
                                                      Special Deputy Attorney General