UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>JETBLUE AIRWAYS CORPORATION and SPIRIT AIRLINES, INC.,<br><br>        Defendants. | Case No. 1:23-cv-10511-WGY |

**NOTICE OF WITHDRAWAL OF JARED P. NAGLEY FOR SPIRIT AIRLINES, INC.**

The undersigned hereby withdraws his appearance as counsel for Defendant Spirit Airlines, Inc. ("Spirit"). The reason for the withdrawal is that the undersigned has changed law firms. Spirit will continue to be represented by other counsel who have previously entered appearances on its behalf.

Dated: September 4, 2024

Respectfully Submitted,

*/s/ Jared P. Nagley*
Jared P. Nagley (*pro hac vice*)
30 Rockefeller Plaza
New York, NY 10112-0015
Tel: (212) 896-0651
Fax: (212) 896-0652
Email: jnagley@sheppardmullin.com

## CERTIFICATE OF SERVICE

I hereby certify that this document was filed through the ECF system on September 4, 2024 and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Dated: September 4, 2024

                                                          */s/ Jared P. Nagley*  
                                                          Jared P. Nagley