November 19, 2024

Honorable William G. Young
John Joseph Moakely U. S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

Captain Stephen Ambrozy
6010 Blue Bay Drive
Dallas, Texas 75248

Dear Judge Young,

I am a 12-year captain at Spirit Airlines, and I felt the urge to write to you today since my company declared bankruptcy yesterday. I want you to know the ramifications of the decision you thrust upon my company.

To date, over 160 pilots are furloughed and an additional 360 pilots will be furloughed in January. Those coworkers know have an uncertain future. My ability to make money has been cut by 25%. Morale is at an all-time low.

My company faces a bleak future because your decision to deny the merger with JetBlue will allow the biggest airlines to squeeze both airlines out of the market. You see, your intention to create a better market for the "little guys" did just the opposite. Your part in the government's intrusion into the free market crippled my airline and put another into a financially poor condition.

I hope you have a great Thanksgiving and Christmas because over 500 Spirit pilots and the entire Spirit family face challenging futures because of you. So, tell me, is this what you were thinking when you said, "this one's for you?"

I doubt you'll have the decency to respond to this letter, but I want you to know how I feel about your horrendous and reckless decision.

Sincerely,

Stephen Ambrozy, DFW Captain, A-320 series aircraft

Captain Stephen Ambrozy
6010 Blue Bay Dr.
Dallas, Texas 75248

NORTH TEXAS TX P&DC
DALLAS TX 750
19 NOV 2024 PM 6 L

Honorable William G. Young
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

USMS SCREENED

02210-300475